IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISC-O-TECH MEDICAL TECHNOLOGIES LTD., and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,<br><br>Defendants. | C.A. No. 04-204-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 8, 2005, a true and correct copy of the **EXPERT WITNESS REPORT OF MICHAEL MARKS, M.D., M.B.A.** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY**
Maryellen Noreika
Morris Nichols Arsht & Tunnell
1201 North Market Street, Suite 2100
Wilmington, DE  19899-1347

*Attorneys for Defendants*
*Disc-O-Tech Medical Technologies, Ltd.*
*and Disc Orthopaedic Technologies, Inc.*

**VIA E-MAIL**
Jonathan M. Sobel
Hogan & Hartson, L.L.P.
875 Third Avenue
New York, NY 10022

*Attorneys for Defendants*
*Disc-O-Tech Medical Technologies, Ltd.*
*and Disc Orthopaedic Technologies, Inc.*

Dated:  March 9, 2005

FISH & RICHARDSON P.C.

By: /s/ Thomas L. Halkowski
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Tel:  (302) 652-5070
Fax:  (302) 652-0607

Attorneys for Plaintiff
KYPHON INCORPORATED

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Maryellen Noreika  
Morris Nichols Arsht & Tunnell  
Chase Manhattan Centre  
1201 North Market Street, Suite 2100  
P.O. Box 1347  
Wilmington, DE  19899-1347

*Attorneys for Defendants*  
*Disc-O-Tech Medical Technologies, Ltd.*  
*and Disc Orthopaedic Technologies, Inc.*

I hereby certify that on March 9, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Eric J. Lobenfeld  
Jonathan M. Sobel  
Robert J. DeMento  
Hogan & Hartson, L.L.P.  
875 Third Avenue  
New York, NY 10022

*Attorneys for Defendants*  
*Disc-O-Tech Medical Technologies, Ltd.*  
*and Disc Orthopaedic Technologies, Inc.*

Thomas L. Halkowski