IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.<br>and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 04-0204-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2005, I electronically filed a Notice of Service for the Expert Report of Dr. David Mitchell with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

　　　Thomas L. Halkowski
　　　FISH & RICHARDSON P.C.
　　　919 N. Market Street, Suite 1100
　　　P.O. Box 1114
　　　Wilmington, DE  19899-1114

　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL

　　　　　　　　　　　　　　　　　/s/ Maryellen Noreika (#3208)
　　　　　　　　　　　　　　　Maryellen Noreika (#3208)
　　　　　　　　　　　　　　　E-mail address:  mnoreika@mnat.com
　　　　　　　　　　　　　　　James W. Parrett, Jr. (#4292)
　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　P. O. Box 1347
　　　　　　　　　　　　　　　Wilmington, DE  19899-1347
　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　Attorneys for Defendants/Counterclaimants
　　　　　　　　　　　　　　　　Disc-O-Tech Medical Technologies, Ltd.
　　　　　　　　　　　　　　　　and Disc Orthopaedic Technologies, Inc.