IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>DISC-O-TECH MEDICAL TECHNOLOGIES LTD., and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,<br><br>        Defendants. | C.A. No. 04-204-JJF |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 11, 2005, a true and correct copy of the **EXPERT REPORT OF BRIAN NAPPER** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY**
Maryellen Noreika
Morris Nichols Arsht & Tunnell
1201 North Market Street, Suite 2100
Wilmington, DE  19899-1347

*Attorneys for Defendants*
*Disc-O-Tech Medical Technologies, Ltd.*
*and Disc Orthopaedic Technologies, Inc.*

**VIA E-MAIL AND FACSIMILE**
Jonathan M. Sobel
Hogan & Hartson, L.L.P.
875 Third Avenue
New York, NY 10022

*Attorneys for Defendants*
*Disc-O-Tech Medical Technologies, Ltd.*
*and Disc Orthopaedic Technologies, Inc.*

Dated: March 11, 2005

FISH & RICHARDSON P.C.

By: _/s/ Thomas L. Halkowski_
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Attorneys for Plaintiff
KYPHON INCORPORATED

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Maryellen Noreika<br>Morris Nichols Arsht & Tunnell<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 2100<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | *Attorneys for Defendants*<br>*Disc-O-Tech Medical Technologies, Ltd.*<br>*and Disc Orthopaedic Technologies, Inc.* |

I hereby certify that on March 11, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Jonathan M. Sobel<br>Hogan & Hartson, L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | *Attorneys for Defendants*<br>*Disc-O-Tech Medical Technologies, Ltd.*<br>*and Disc Orthopaedic Technologies, Inc.* |

_____
Thomas L. Halkowski