IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.<br>and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,<br><br>  Defendants. | Civil Action No. 04-0204-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the Expert Report of Dr. David Mitchell Regarding the Invalidity of U.S. Patent Nos. 6,241,734 (B1) and 6,613,054 (B2) were caused to be served on March 11, 2005 upon the following in the manner indicated:

**BY E-MAIL & FEDERAL EXPRESS (for Saturday delivery)**

Thomas L. Halkowski
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

MORRIS, NICHOLS, ARSHT & TUNNELL

    /s/ Maryellen Noreika (#3208)
Maryellen Noreika (#3208)
E-mail address:  mnoreika@mnat.com
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Defendants/Counterclaimants
  Disc-O-Tech Medical Technologies, Ltd.
  and Disc Orthopaedic Technologies, Inc.

- 2 -

OF COUNSEL:

Eric J. Lobenfeld
Jonathan M. Sobel
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY  10022
(212) 918-3000

March 14, 2005