IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON, INC.,<br><br>    Plaintiff,<br> v.<br><br>DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.<br>and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action No. 04-0204-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2005, I electronically filed a Notice of Service for the Expert Report of Dr. David Mitchell Regarding the Invalidity of U.S. Patent Nos. 6,241,734 (B1) and 6,613,054 (B2) with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

 Thomas L. Halkowski
 FISH & RICHARDSON P.C.
 919 N. Market Street, Suite 1100
 P.O. Box 1114
 Wilmington, DE  19899-1114

    MORRIS, NICHOLS, ARSHT & TUNNELL

     /s/ Maryellen Noreika (#3208)
    Maryellen Noreika (#3208)
    E-mail address:  mnoreika@mnat.com
    James W. Parrett, Jr. (#4292)
    1201 N. Market Street
    P. O. Box 1347
    Wilmington, DE  19899-1347
    (302) 658-9200
     Attorneys for Defendants/Counterclaimants
     Disc-O-Tech Medical Technologies, Ltd.
     and Disc Orthopaedic Technologies, Inc.