IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYPHON, INC.,

Plaintiff,

v.

DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.
and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,

Defendants.

Civil Action No. 04-0204-JJF

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the Rebuttal Expert Report of Dr.
David Mitchell Regarding the Non-Infringement of U.S. Patent Nos. 5,108,404, 4,969,888 and
6,235,043 (B1) were caused to be served on March 23, 2005 upon the following in the manner
indicated:

**BY FEDERAL EXPRESS**

Thomas L. Halkowski
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114

MORRIS, NICHOLS, ARSHT & TUNNELL

_____/s/ Maryellen Noreika (#3208)_____
Maryellen Noreika (#3208)
E-mail address:  mnoreika@mnat.com
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Defendants/Counterclaimants
  Disc-O-Tech Medical Technologies, Ltd.
  and Disc Orthopaedic Technologies, Inc.

OF COUNSEL:

Eric J. Lobenfeld
Jonathan M. Sobel
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY  10022
(212) 918-3000

March 24, 2005