IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON, INC.,<br><br>    Plaintiff,<br> v.<br><br>DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.<br>and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action No. 04-0204-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2005, I electronically filed a Notice of Service for the Rebuttal Expert Report of Dr. David Mitchell Regarding the Non-Infringement of U.S. Patent Nos. 5,108,404, 4,969,888 and 6,235,043 (B1) with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

  Thomas L. Halkowski
  FISH & RICHARDSON P.C.
  919 N. Market Street, Suite 1100
  P.O. Box 1114
  Wilmington, DE  19899-1114

            MORRIS, NICHOLS, ARSHT & TUNNELL

             /s/ Maryellen Noreika (#3208)
            Maryellen Noreika (#3208)
            E-mail address:  mnoreika@mnat.com
            James W. Parrett, Jr. (#4292)
            1201 N. Market Street
            P. O. Box 1347
            Wilmington, DE  19899-1347
            (302) 658-9200
             Attorneys for Defendants/Counterclaimants
             Disc-O-Tech Medical Technologies, Ltd.
             and Disc Orthopaedic Technologies, Inc.