IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC., <br><br> Plaintiff, <br><br> v. <br><br> DISC-O-TECH MEDICAL TECHNOLOGIES LTD., and DISC ORTHOPAEDIC TECHNOLOGIES, INC., <br><br> Defendants. | C.A. No. 04-204-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 24, 2005, a true and correct copy of the **REBUTTAL EXPERT WITNESS REPORT OF MICHAEL MARKS, M.D.** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA E-MAIL & FEDERAL EXPRESS**
Maryellen Noreika
Morris Nichols Arsht & Tunnell
1201 North Market Street, Suite 2100
Wilmington, DE 19899-1347

*Attorneys for Defendants*
*Disc-O-Tech Medical Technologies, Ltd.*
*and Disc Orthopaedic Technologies, Inc.*

**VIA E-MAIL & FEDERAL EXPRESS**
Jonathan M. Sobel
Hogan & Hartson, L.L.P.
875 Third Avenue
New York, NY 10022

*Attorneys for Defendants*
*Disc-O-Tech Medical Technologies, Ltd.*
*and Disc Orthopaedic Technologies, Inc.*

Dated: March 24, 2005

FISH & RICHARDSON P.C.

By: /s/ Thomas L. Halkowski
 Thomas L. Halkowski (#4099)
 919 N. Market Street, Suite 1100
 P.O. Box 1114
 Wilmington, DE 19899-1114
 Tel: (302) 652-5070
 Fax: (302) 652-0607
 halkowski@fr.com

Attorneys for Plaintiff
KYPHON INCORPORATED

50268237.doc

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

**VIA CM/ECF & FEDERAL EXPRESS**  
Maryellen Noreika  
Morris Nichols Arsht & Tunnell  
1201 North Market Street, Suite 2100  
P.O. Box 1347  
Wilmington, DE  19899-1347  

Attorneys for Defendants  
*Disc-O-Tech Medical Technologies Ltd.*  
*and Disc Orthopaedic Technologies, Inc.*

I hereby certify that on March 24, 2005, I have served via Federal Express, the document to the following non-registered participants:

**VIA FEDERAL EXPRESS**  
Jonathan M. Sobel  
Hogan & Hartson, L.L.P.  
875 Third Avenue  
New York, NY 10022  

Attorneys for Defendants  
*Disc-O-Tech Medical Technologies Ltd.*  
*and Disc Orthopaedic Technologies, Inc.*

/s/ Thomas L. Halkowski  
Thomas L. Halkowski  
halkowski@fr.com

50268237.doc

From: Origin ID: (650)839-5070
Thomas L. Halkowski
FISH & RICHARDSON P.C
500 ARGUELLO STREET, SUITE 500

REDWOOD CITY, CA 94063

SHIP TO: (212)918-3000    BILL SENDER
**Johnathan M. Sobel**
**Hogan & Hartson L.L.P**
**875 Third Avenue**

**New York, NY 10022**

Ship Date: 24MAR05
Actual Wgt: 1 LB
System#: 5897456/INET2000
Account#: S *********

REF: 17116-001LL1



Delivery Address Bar Code

**PRIORITY OVERNIGHT**    **FRI**
Deliver By:
TRK# **7909 5910 7137**   FORM 0201    25MAR05
                                       EWR   A1
**10022**   -NY-US
                    **XA JRBA**



---

**Shipping Label: Your shipment is complete**
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/2FcQq8FiQx3AdVu6DeVy4DhVx2AaZy8C...    3/24/2005

From:　Origin ID: (650)839-5070
Thomas L. Halkowski
FISH & RICHARDSON P.C
500 ARGUELLO STREET, SUITE 500

REDWOOD CITY, CA 94063

Ship Date: 24MAR05
Actual Wgt: 1 LB
System#: 5897456/INET2000
Account#: S ********

REF: 17116-001LL1

Delivery Address Bar Code

SHIP TO: (302)658-9200　　　BILL SENDER
Maryellen Noreika
Morris Nichols Arsht & Tunnell
1201 North Market Street
Suite 2100
Wilmington,, DE 198771347

**PRIORITY OVERNIGHT**　　　　　　　　**FRI**
Deliver By:
TRK# **7910 1793 2477**　FORM 0201　25MAR05

19877　　-DE-US　　　　　　PHL　　AA

**XB ILGA**

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.