IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC., <br><br>                Plaintiff, <br><br> v. <br><br> DISC-O-TECH MEDICAL TECHNOLOGIES LTD., and DISC ORTHOPAEDIC TECHNOLOGIES, INC., <br><br>                Defendants. | CA No. 04-204-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 21, 2005, true and correct copies of **PLAINTIFF'S THIRD SET OF INTERROGATORIES TO DEFENDANTS DISC-O-TECH MEDICAL TECHNOLOGIES, LTD. AND DISC ORTHOPAEDIC TECHNOLOGIES, INC. (Nos. 30-31) and PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSIONS TO DEFENDANTS DISC-O-TECH MEDICAL TECHNOLOGIES, LTD. AND DISC ORTHOPAEDIC TECHNOLOGIES, INC. (NOS. 30-38)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **VIA HAND DELIVERY** <br> Maryellen Noreika <br> Morris Nichols Arsht & Tunnell <br> 1201 North Market Street, Suite 2100 <br> Wilmington, DE  19801 | Attorneys for Defendants <br> *Disc-O-Tech Medical Technologies Ltd. and Disc Orthopaedic Technologies, Inc.* |
| **VIA FASCIMILE** <br> Jonathan M. Sobel <br> Hogan & Hartson L.L.P. <br> 875 Third Avenue <br> New York, NY 10022 | Attorneys for Defendants <br> *Disc-O-Tech Medical Technologies Ltd. and Disc Orthopaedic Technologies, Inc.* |

Dated:  March 28, 2005

FISH & RICHARDSON P.C.

By:   /s/ Thomas L. Halkowski
      Thomas L. Halkowski (#4099)
      919 N. Market Street, Suite 1100
      Wilmington, DE  19899-1114
      Tel: (302) 652-5070
      Fax: (302) 652-0607

Attorneys for Plaintiff
KYPHON INCORPORATED

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Maryellen Noreika | *Attorneys for Defendants* |
| Morris Nichols Arsht & Tunnell | *Disc-O-Tech Medical Technologies, Ltd.* |
| Chase Manhattan Centre | *and Disc Orthopaedic Technologies, Inc.* |
| 1201 North Market Street, Suite 2100 | |
| P.O. Box 1347 | |
| Wilmington, DE  19899-1347 | |

I hereby certify that on March 28, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Jonathan M. Sobel | *Attorneys for Defendants* |
| Hogan & Hartson, L.L.P. | *Disc-O-Tech Medical Technologies, Ltd.* |
| 875 Third Avenue | *and Disc Orthopaedic Technologies, Inc.* |
| New York, NY 10022 | |

/s/ Thomas L. Halkowski
Thomas L. Halkowski