IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.<br>and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action No. 04-0204-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Defendants Disc-O-Tech Medical Technologies, Ltd.'s and Disc Orthopaedic Technologies, Inc.'s Responses and Objections to Plaintiff Kyphon Inc.'s Third Set of Interrogatories (Nos. 30-31); and (2) Defendants Disc-O-Tech Medical Technologies, Ltd.'s and Disc Orthopaedic Technologies, Inc.'s Responses to Plaintiff Kyphon Inc.'s Second Set of Requests for Admissions (Nos. 30-38) were caused to be served on March 28, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Thomas L. Halkowski
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114

                                                MORRIS, NICHOLS, ARSHT & TUNNELL

                                                /s/ Maryellen Noreika (#3208)
                                        Maryellen Noreika (#3208)
                                        E-mail address: mnoreika@mnat.com
                                        James W. Parrett, Jr. (#4292)
                                        1201 N. Market Street
                                        P. O. Box 1347
                                        Wilmington, DE 19899-1347
                                        (302) 658-9200
                                          Attorneys for Defendants/Counterclaimants
                                          Disc-O-Tech Medical Technologies, Ltd.
                                          and Disc Orthopaedic Technologies, Inc.

OF COUNSEL:

Eric J. Lobenfeld
Jonathan M. Sobel
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000

March 29, 2005

- 2 -