IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON, INC., <br><br> Plaintiff, <br> v. <br><br> DISC-O-TECH MEDICAL TECHNOLOGIES, LTD. and DISC ORTHOPAEDIC TECHNOLOGIES, INC., <br><br> Defendants. | Civil Action No. 04-0204-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2005, I electronically filed a Notice of Service for (1) Defendants Disc-O-Tech Medical Technologies, Ltd.'s and Disc Orthopaedic Technologies, Inc.'s Responses and Objections to Plaintiff Kyphon Inc.'s Third Set of Interrogatories (Nos. 30-31); and (2) Defendants Disc-O-Tech Medical Technologies, Ltd.'s and Disc Orthopaedic Technologies, Inc.'s Responses to Plaintiff Kyphon Inc.'s Second Set of Requests for Admissions (Nos. 30-38) with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

                    MORRIS, NICHOLS, ARSHT & TUNNELL

              /s/ Maryellen Noreika (#3208)
      -----------------------------------------------
Maryellen Noreika (#3208)
E-mail address:  mnoreika@mnat.com
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
 Attorneys for Defendants/Counterclaimants
 Disc-O-Tech Medical Technologies, Ltd.
 and Disc Orthopaedic Technologies, Inc.