IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYPHON INC.,

       Plaintiff,

    v.

DISC-O-TECH MEDICAL
TECHNOLOGIES LTD., and DISC
ORTHOPAEDIC TECHNOLOGIES, INC.,

       Defendants.

C.A. No. 04-204-JJF

## ORDER

    **WHEREAS** the parties to this action have agreed to modify certain dates in the Scheduling Order for this matter, subject to the Court's approval,

    **NOW THEREFORE,** the parties' proposed changes are approved and the Scheduling Order is hereby modified as follows:

    (i)    The date for service of rebuttal expert reports regarding U.S. Patent Nos. 6,613,054 B2 and 6,241,734 B1 is April 4, 2005;

    (ii)    The date for service of Defendants' rebuttal damages expert report is April 6, 2005;

    (iii)    The date for filing and service of claim construction and summary judgment opening briefs is April 6, 2005; and

    (iv)    The date for filing and service of rebuttal briefs regarding claim construction and summary judgment motions is April 13, 2005.

    **SO ORDERED** this 3/ day of March, 2005.

Vincent J. Poppiti
Special Master

April 4, 2005    APPROVED BY:

UNITED STATES DISTRICT JUDGE