IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DISC-O-TECH MEDICAL<br>TECHNOLOGIES LTD., and DISC<br>ORTHOPAEDIC TECHNOLOGIES, INC.,<br><br>    Defendants. | C.A. No. 04-204-JJF |

## ORDER

**WHEREAS** the parties to this action have agreed to change the date in the Scheduling Order for argument regarding claim construction issues and summary judgment motions, subject to the Court's approval,

**NOW THEREFORE,** the parties' proposed change is approved and the Scheduling Order is hereby modified as follows:

Argument regarding claim construction issues and summary judgment motions will be heard on April 19, 2005, from 1:00 to 4:00 p.m. EST in Courtroom 2B.

SO ORDERED this 31 day of March, 2005.

Vincent J. Poppiti
Special Master

April 4, 2005          APPROVED BY: _____
                                    UNITED STATES DISTRICT JUDGE