IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISC-O-TECH MEDICAL TECHNOLOGIES, LTD. and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,<br><br>Defendants. | Civil Action No. 04-0204-JJF |

**DEFENDANTS DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.'S AND DISC ORTHOPAEDIC TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 4,969,888, 5,108,404 AND 6,235,043 B1**

Defendants, Disc-O-Tech Medical Technologies, Ltd. and Disc Orthopaedic Technologies, Inc. (collectively "DOT"), hereby move for summary judgment that the asserted claims of U.S. Patent Nos. 4,969,888, 5,108,404 and 6,235,043 B1 are not infringed by the accused DOT products. The grounds for this motion are set forth in DOT's opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Maryellen Noreika
Maryellen Noreika (#3208)
E-mail address: mnoreika@mnat.com
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Defendants/Counterclaimants
  Disc-O-Tech Medical Technologies, Ltd.
  and Disc Orthopaedic Technologies, Inc.

- 2 -

OF COUNSEL:

Eric J. Lobenfeld
Jonathan M. Sobel
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000


April 6, 2005

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that copies of the foregoing were caused to be served this 6[h] day of April, 2005 upon the following in the manner indicated:

### BY HAND DELIVERY

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

_____
Maryellen Noreika (#3208)