IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.<br>and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,<br><br>Defendants. | Civil Action No. 04-0204-JJF |

**DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.'S AND DISC ORTHOPAEDIC TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT THAT KYPHON, INC.'S U.S. PATENT NOS. 5,108,404 AND 4,969,888 ARE INVALID DUE TO ANTICIPATION AND/OR OBVIOUSNESS**

Defendants, Disc-O-Tech Medical Technologies, Ltd. and Disc Orthopaedic Technologies, Inc. (collectively "DOT"), hereby move for summary judgment that the claims of U.S. Patent Nos. 5,108,404 and 4,969,888 are invalid due to anticipation and/or obviousness. The grounds for this motion are set forth in DOT's opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL

_/s/ Maryellen Noreika_
Maryellen Noreika (#3208)
E-mail address: mnoreika@mnat.com
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Defendants/Counterclaimants
  Disc-O-Tech Medical Technologies, Ltd.
  and Disc Orthopaedic Technologies, Inc.

- 2 -

OF COUNSEL:

Eric J. Lobenfeld
Jonathan M. Sobel
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000

April 6, 2005

## **CERTIFICATE OF SERVICE**

I, Maryellen Noreika, hereby certify that copies of the foregoing were caused to be served this 6[h] day of April, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

_____
Maryellen Noreika (#3208)