# Sealed Document

Case 1:04-cv-00204-JJF    Document 138    Filed 04/06/2005    Page 1 of 1

PDF created with FinePrint pdfFactory trial version http://www.pdffactory.com