IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC., <br><br> Plaintiff, <br><br> v. <br><br> DISC-O-TECH MEDICAL TECHNOLOGIES LTD., and DISC ORTHOPAEDIC TECHNOLOGIES, INC., <br><br> Defendants. | C.A. No. 04-204-JJF |

## STIPULATION/ORDER

**IT IS HEREBY STIPULATED**, subject to the approval of the Court, that notwithstanding the December 30, 2004, Scheduling Order (D.I. 111), the Pretrial Conference for this matter shall be held at 3:00 p.m. EDT on May 24, 2005, in court room 4B.

FISH & RICHARDSON P.C.

_____
Thomas L. Halkowski (#4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
Maryellen Noreika (#3208)
1201 N. Market Street, Suite 2100
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: (302) 658-9200
Fax: (302) 658-3989

**SO ORDERED,** this _____ day of April, 2005.

_____
United States District Court Judge