# E-5

NOTICE
THIS MATERIAL MAY BE PROTECTED
BY COPYRIGHT LAW (TITLE 17, U.S. CODE)

BRISTOL-MYERS/ZIMMER ORTHOPAEDIC SYMPOSIUM

# LIMB SALVAGE IN MUSCULOSKELETAL ONCOLOGY

### EDITED BY
## WILLIAM F. ENNEKING, M.D.

Distinguished Service Professor and
Eugene L. Jewett Professor of Orthopaedic Surgery
Department of Orthopaedics
University of Florida College of Medicine
Gainesville, Florida



## CHURCHILL LIVINGSTONE
New York, Edinburgh, London, Melbourne 1987

DOTINC 050479

Library of Congress Cataloging-in-Publication Data

Bristol-Myers/Zimmer Orthopaedic Symposium (2nd:
   1985: Orlando, Fla.)
   Limb salvage in musculoskeletal oncology.

   "The Second Bristol-Myers/Zimmer Orthopaedic
Symposium . . . held in Orlando, Florida, in 1985"—
Foreword.
   "Organized by the American Orthopedic Association,
through a grant from the Orthopaedic Research and
Education Foundation"—P. facing t.p.
   Includes bibliographies and index.
   1. Bones—Cancer—Surgery—Congresses.
2. Musculoskeletal—Cancer—Surgery—Congresses.
3. Prosthesis—Congresses.   4. Bones—Cancer—
Treatment—Congresses.   5. Musculoskeletal system—
Cancer—Treatment—Congresses.   I. Enneking, William
F. (Date).   II. American Orthopaedic Association.
III. Title. [DNLM: 1. Bone Neoplasms—surgery—
congresses.   2. Extremities—surgery—congresses.
3. Musculoskeletal System—surgery—congresses.
4. Prosthesis—congresses.   W3 BR429C 2nd 1985L/
WE 800 B861 1985L]
RD675.B75    1985          616.99'47059          87-22421
ISBN 0-443-08552-8

LIBRARY

JAN 19 1988

NEW YORK ACADEMY
OF MEDICINE

© Churchill Livingstone Inc. 1987

All rights reserved. No part of this publication may be
reproduced, stored in a retrieval system, or transmitted in any
form or by any means, electronic, mechanical, photocopying,
recording, or otherwise, without prior permission of the publisher
(Churchill Livingstone Inc., 1560 Broadway, New York, N.Y.
10036).

Distributed in the United Kingdom by Churchill Livingstone,
Robert Stevenson House, 1–3 Baxter's Place, Leith Walk,
Edinburgh EH1 3AF, and by associated companies, branches,
and representatives throughout the world.

Accurate indications, adverse reactions, and dosage schedules for
drugs are provided in this book, but it is possible that they may
change. The reader is urged to review the package information
data of the manufacturers of the medications mentioned.

Acquisitions Editor: Robert A. Hurley
Copy Editor: Margot Otway
Production Designer: Gloria Brown
Production Supervisor: Sharon Tuder

Printed in the United States of America

First published in 1987

# CONTENTS

Introduction                                                              xxxi

Opening Material                                                             1

Opening Remarks                                                              1
GARY J. MILLER

A System for the Functional Evaluation of the Surgical
Management of Musculoskeletal Tumors                                         5
WILLIAM F. ENNEKING

A System for the Evaluation of the Materials Used in
Musculoskeletal Reconstruction                                              16
WILLIAM F. ENNEKING

1  Fixation for Prosthetic Implants after Tumor Resection                   21

Opening Remarks                                                             21
EDMUND Y. S. CHAO

Nonmodular Segmental Knee Replacements: Design and
Performance                                                                 22
JAMES C. OTIS AND JOSEPH M. LANE

Cementless Prosthetic Implants for Limb Salvage of
Malignant Bone Tumors of the Knee Joint: Clinical
Results of Three Modes of Anchorage                                         26
M. SALZER, K. KNAHR, R. KOTZ, AND W. RAMACH

Histomorphology of Bone and Soft Tissues in Response
to Cemented and Noncemented Prosthetic Implants                             30
HANNS PLENK, JR.

Load Transmission Characteristics of Intramedullary
Stem/Polymethyl Methacrylate Fixation in
Endoprostheses after Tumor Resection                                        40
KEITH W. J. WRIGHT, J. M. MESWANIA, AND JOHN T. SCALES

DOTINC 050481

**xxii**  *Contents*

Design and Clinical Use of Extending Prostheses 52
JOHN T. SCALES, R. S. SNEATH, AND KEITH W. J. WRIGHT

Prosthetic Proximal Humeral Replacement: The Mayo
Clinic Experience 61
GARY BOS, FRANKLIN H. SIM, DOUGLAS J. PRITCHARD,
THOMAS C. SHIVES, MICHAEL ROCK, LINDA ASKEW,
AND EDMUND Y. S. CHAO

Porous-Coated Segmental Bone and Joint Replacement
Prostheses 73
TAIN-HSIUNG CHEN, FRANKLIN H. SIM, THOMAS C. SHIVES,
DOUGLAS J. PRITCHARD, AND EDMUND Y. S. CHAO

Use and Anchoring of Ceramic Cervical Spine Prosthesis
in Patients with Metastatic Disease 83
KATSURO TOMITA

The TCG Prosthesis System 88
FRANTZ LANGLAIS, MICHEL POSTEL, JACQUES H. AUBRIOT,
AND DANIEL BLANQUAERT

Discussion 94

Closing Remarks 99
EDMUND Y. S. CHAO

2  Functional Results of Reconstruction for Periacetabular
Pelvic Resections Requiring Sacrifice of the Hip Joint 103

Opening Remarks 103
M. CAMPANACCI

Resection Treatment of Malignant Pelvic Bone Tumors 104
M. SALZER, K. KNAHR, J. SEKERA, AND O. BRAUN

Limb Salvage for Tumors about the Pelvic Girdle 112
THOMAS C. SHIVES, FRANKLIN H. SIM,
DOUGLAS J. PRITCHARD, AND WILLIAM E. BOWMAN

Functional Evaluation of Various Reconstructions after
Periacetabular Resection of Iliac Lesions 117
WILLIAM F. ENNEKING AND LAWRENCE R. MENENDEZ

Resection of Malignant Bone Tumors of the Pelvis:
Evaluation of Local Recurrence, Survival, and Function 136
FREDERICK R. EILBER, JEFFREY J. ECKARDT,
AND TODD G. GRANT

Periacetabular Pelvic Resections 141
R. CAPANNA, N. GUERNELLI, P. RUGGIERI, R. BIAGINI,
A. TONI, P. PICCI, AND M. CAMPANACCI

Local Resection with Limb Salvage for the Treatment
of Periacetabular Bone Tumors: Functional Results in
Nine Cases 147
B. TOMENO, A. LANGUEPIN, AND C. GERBER

DOTINC 050482

Functional Results after Pelvic Resection with
Endoprosthetic Replacement                                      156
W. MUTSCHLER, C. BURRI, AND H. KIEFER

Periacetabular Resections for Malignant Sarcomas                166
JOSEPH M. LANE, KAREN DUANE, DALE B. GLASSER,
MICHAEL KROLL, AND JAMES C. OTIS

Acetabular Resections for Sarcoma                               170
W. K. DUNHAM, JR.

Discussion                                                      184

Closing Remarks                                                 187
M. CAMPANACCI AND R. CAPANNA

3   Functional Results of Modular and Customized
    Prosthetic Devices after Resection Involving a Joint        193

Opening Remarks                                                 193
R. KOTZ

Large Segmental Reconstruction about the Knee:
Function and Prosthetic Performance                             194
JOSEPH M. LANE, KURT SPINDLER, KAREN DUANE,
DALE B. GLASSER, JOHN H. HEALEY, MICHAEL KROLL,
JAMES C. OTIS, AND ALBERT BURSTEIN

Discussion                                                      197

Modular Types of Tumor Endoprostheses for
Limb Salvage                                                    198
EDMUND Y. S. CHAO AND FRANKLIN H. SIM

Discussion                                                      206

Custom-Made Prosthesis: The Italian Experience                  207
A. TONI, A. SUDANESE, R. CAPANNA, A. GUERRA, A. GIUNTI,
AND M. CAMPANACCI

Experience with Ceramic and Metal Implants for the
Proximal Humerus in Cases of Malignant Bone Tumor              211
J. SEKERA, W. RAMACH, N. PONGRACZ,
M. SALZER-KUNTSCHIK, R. KOTZ, K. KNAHR, AND M. SALZER

Functional Results of Customized Prosthetic Devices for
the Knee Region after Resection of Bone and Joints             215
W. RAMACH, R. SIGMUND, J. SEKERA, M. SALZER-KUNTSCHIK,
R. KOTZ, K. KNAHR, AND M. SALZER

Follow-Up of Custom-Made Knee Joint Prostheses after
Resection of Malignant Tumors                                  220
R. GRADINGER, T. BIEHL, P. M. KARPF, AND E. HIPP

Discussion                                                      224

DOTINC 050483

Limb Salvage and Functional Results of Prosthetic
Devices in Patients with Primary Tumors or Metastatic
Disease of the Pelvis or Extremities                                 226
R. P. H. Veth, H. K. L. Nielsen, J. Oldhoff,
H. Schraffordt Koops, W. A. Kamps, A. Postma,
L. N. H. Göeken, R. M. Hartel, J. W. Oosterhuis,
and F. M. van Krieken

Bone and Joint Reconstruction for Primary Bone Tumors
of the Proximal Femur                                               227
Franklin H. Sim and Edmund Y. S. Chao

A Modular Prosthetic Knee System for Tumor Surgeons                 234
James Johnston

Modular Reconstruction System for the Lower Extremity               237
P. Ritschl, O. Braun, N. Pongracz, R. Eyb, W. Ramach,
and R. Kotz

Functional and Device Evaluations of Custom-Made and
Modular-System Tumor Prostheses in the
Lower Extremity                                                     243
Katsuro Tomita

Salvage of Tumor Endoprostheses after Deep Infection               250
U. Heise and W. Ramach

Discussion                                                          253

Closing Remarks                                                     258
R. Kotz

4   Adjuvant Therapy for Local Tumor Control before
    and after Resection                                             259

Opening Remarks                                                     259
Frederick R. Eilber

Neoadjuvant Chemotherapy for Osteogenic Sarcoma                     260
Gerald Rosen

Pathologic Assessment of Preoperative Chemotherapy in
Osteogenic Sarcoma                                                  268
Andrew G. Huvos

Conservative Surgery and Radiation Treatment for Soft
Tissue Sarcomas of the Extremities, Torso, and Head and
Neck Region                                                         274
Herman D. Suit, Henry J. Mankin, William C. Wood,
Alan L. Schiller, Joel E. Tepper, Mark C. Gebhardt,
Christopher Willet, and Patricia McNulty

Discussion                                                          279

Adjuvant Therapy in Local Tumor Control: 46 Cases of
Soft Tissue Sarcomas of the Limb                                    282
Yoshio Ogihara and Katsuyoshi Suzuki

DOTINC 050484

Preoperative Aggressive Chemotherapy Including
Isolation–Perfusion as an Adjuvant to Limb Salvage
Operation for Osteosarcoma                                          286
AKIO TATEISHI, SHINSEI TAKEYAMA, SHOZO HIGAKI,
HIROMITSU TANAKA, AND MASAYUKI YAMANASHI

Preoperative Chemotherapy in Osteosarcoma: Local
Results and Histologic Evaluation of Necrosis in a Study
of 97 Patients                                                     294
P. PICCI, M. CAMPANACCI, G. BACCI, R. CAPANNA,
F. GHERLINZONI, AND S. CERASOLI

Comparative Surgical Study of Limb Salvage and
Amputation for Osteosarcoma of the Distal Femur                    297
MICHAEL A. SIMON, MARK R. ASCHLIMAN, NEAL THOMAS,
AND HENRY J. MANKIN

Treatment Adjuvant to Surgery for Primary High-Grade
Sarcoma of the Extremities                                         298
W. K. DUNHAM, JR., G. A. OMURA, M. M. URIST,
AND R. W. ALEXANDER

The UCLA Experience in the Management of Stage IIB
Osteosarcoma: 1972–1983                                            314
JEFFREY J. ECKARDT, FREDERICK R. EILBER, TODD G. GRANT,
FREDERICK J. DOREY, AND JOSEPH M. MIRRA

NCI Experience with Adjuvant Chemotherapy for
Treatment of Extremity Soft Tissue Sarcomas                        327
STEVEN A. ROSENBERG AND ALFRED E. CHANG

Limb Salvage Using *cis*-Diamminedichloroplatinum II as
Preoperative Treatment and in the Design of
Postoperative Adjuvant Treatment in Children with
Osteosarcoma                                                       333
NORMAN JAFFE, JOHN MURRAY, ALBERTO AYALA,
SYDNEY WALLACE, KEVIN RAYMOND, HUMBERTO CARRASCO,
AND RESA ROBERTSON

Limb-Saving Surgery Combined with Chemotherapy and
Radiotherapy in the Treatment of Osteogenic Sarcoma                341
N. N. TRAPEZNIKOV, L. A. YEREMINA, A. T. AMIRASLANOV,
AND P. A. SINUKOV

Discussion                                                         344

Closing Remarks                                                    347
FREDERICK R. EILBER


5  Functional Results after Resection of Tumors about
the Knee                                                           353

Opening Remarks                                                    353
DOUGLAS J. PRITCHARD

DOTINC 050485

Use of Frozen Cadaveric Osteoarticular Allografts in the
Treatment of Benign and Malignant Tumors about
the Knee                                                          354
HENRY J. MANKIN, MARK C. GEBHARDT,
AND WILLIAM W. TOMFORD

Knee Resection—Arthrodesis                                        364
M. CAMPANACCI, C. CERVELLATI, A. GUERRA, R. BIAGINI,
AND P. RUGGIERI

Segmental Prosthetic Replacement of the Knee after
Tumor Resection                                                   379
FRANKLIN H. SIM AND EDMUND Y. S. CHAO

Functional Evaluation of Resection—Arthrodesis for
Lesions about the Knee                                            389
WILLIAM F. ENNEKING, DEMPSEY S. SPRINGFIELD,
AND DAVID A. PRESENT

Kinematic Rotating Hinge Knee—Distal Femoral
Replacement                                                       392
JEFFREY J. ECKHARDT, FREDERICK R. EILBER,
J. MICHAEL KABO, AND JOSEPH M. MIRRA

Functional Results of Endoprosthetic Reconstruction of
the Knee Joint for Bone Sarcomas                                  409
A. T. AMIRASLANOV

Functional Results after Resection and Massive
Osteoarticular Graft Implantation for Tumors
about the Knee                                                    411
H. W. SUNG, D. P. KUO, W. P. SHU, AND Y. B. TSAI

Biologic Reconstruction after en Bloc Excision of Bone
Tumors about the Knee                                             414
ALLAN E. GROSS, A. G. PATRICK MCDERMOTT,
NANCY H. MCKEE, GARY MOSCOVITZ, AND FRED LANGER

Functional Results of Limb Salvage for Osteosarcoma in
the Distal Femur or Proximal Tibia                                419
KAZUO ISU, SHINYA YAMAWAKI, AKIO TATEISHI,
NORIHIKO TAKADA, SHINSEI TAKEYAMA, TETSUKO SASAKI,
AND TOMONORI YAGI

Functional Results after Resection of Tumors Involving
the Knee                                                          423
ROBY C. THOMPSON, JR.

Functional Results of Prosthetic Replacement in Patients
with Primary Tumors of the Distal Femur                           424
H. K. L. NIELSEN, R. P. H. VETH, J. OLDHOFF,
H. SCHRAFFORDT KOOPS, W. A. KAMPS, A. POSTMA,
L. N. H. GÖEKEN, R. M. HARTEL, AND F. M. VAN KRIEKEN

DOTINC 050486

*Contents* xxvii

Comparison of Functional Results of 26 Patients with
Osteogenic Sarcoma of the Distal Femur Treated
Conservatively or by Amputation                                       427
J. DUBOUSSET AND G. MISSENARD

Clinical Evaluation of Patients with Rotationplasty                   429
K. KNAHR, R. KOTZ, H. KRISTEN, W. RAMACH,
M. SALZER-KUNTSCHIK, M. SALZER, AND J. SEKERA

Discussion                                                            435

Closing Remarks                                                       439
DOUGLAS J. PRITCHARD

6  Effectiveness of Methyl Methacrylate as a Physical
   Adjuvant in Local Tumor Control                                    443

Opening Remarks                                                       443
H.-G. WILLERT

Clinical Results of the Temporary Acrylic Bone Cement
Plug in the Treatment of Bone Tumors:
A Multicentric Study                                                  445
H.-G. WILLERT

Experimental Studies of the Treatment of Malignant
Tumors with Bone Cement                                               459
HANS-DIETMAR STRUBE AND DMITRI KOMITOWSKI

Morphology of the Tissue Surrounding a Temporary
Bone Cement Plug                                                      470
A. ENDERLE, H.-G. WILLERT, AND L. ZICHNER

Discussion                                                            474

Curettage and Acrylic Cementation in Surgical
Treatment of Giant-Cell Bone Tumors                                   476
BJÖRN M. PERSSON, ANDERS RYDHOLM, ÖRJAN BERLIN,
AND BJÖRN GUNTERBERG

Treatment of Giant-Cell Tumors by Curettage and
Acrylic Cementation                                                   477
A. H. M. TAMINIAU AND H. W. WOUTERS

Discussion                                                            477

Methyl Methacrylate Replacement of Subchondral Bone:
A Biomechanical, Biochemical, and Morphologic Analysis                479
ROSS M. WILKINS, YUKIYA OKADA, FRANKLIN H. SIM,
EDMUND Y. S. CHAO, AND JEFFREY GORSKI

Effect of Cryosurgery and Polymethyl Methacrylate on a
Tumor Cavity: Evaluation of Bone Necrosis and Bone
Graft Incorporation in a Dog Model                                    486
M. M. MALAWER, M. MARKS, D. McCHESNEY, M. PIASIO,
S. F. GUNTHER, AND B. M. SHMOOKLER

DOTINC 050487

Management of Aggressive Benign and Low-Grade
Malignant Bone Tumors by Cryosurgery: Analysis of
40 Cases                                                                498
M. M. Malawer, B. K. Dunham, T. Zaleski,
and C. J. Zielinski

Discussion                                                              511

Treatment of Giant-Cell Bone Tumors by Aggressive
Curettage and Packing with Bone Cement                                  512
James Johnston

Giant-Cell Tumor Treated with Curettage and Cementation                 516
Ernest U. Conrad III, William F. Enneking,
and Dempsey S. Springfield

Surgical Treatment of Benign Cavitary Bone Lesions
Using Methyl Methacrylate Cement and Polyethylene
Prosthesis: Experience with 135 Cases                                   519
F. P. de Camargo and O. P. de Camargo

Discussion                                                              528

Closing Remarks                                                         529
H.-G. Willert

7   Innovative Techniques                                               531

Deep-Seated Soft Tissue Sarcomas in the Extremities:
Long-Term Results of Primary Surgical Treatment Based
on Clinical Diagnosis or Aspiration Cytology                            531
Örjan Berlin, Göran Markhede, Bertil Stener,
Anders Rydholm, Bo Rööser, and Björn M. Persson

Discussion                                                              540

Endoprosthetic Replacement of the Scapula, Including the
Shoulder Joint, for Malignant Tumors: A Preliminary Report              542
Jeffrey J. Eckardt, Frederick R. Eilber, Riyaz H. Jinnah,
and Joseph M. Mirra

Reconstruction of Skeletal Defects after the Tikhoff-
Linberg Procedure Using Alumina Ceramic
Endoprosthesis and Stabilization of the Shoulder                        553
Taihoh Shibata

Discussion                                                              561

Morphologic and Immunologic Responses to Bone
Allografts in Humans: A Preliminary Report                              562
Gary E. Friedlaender

Resection and Allograft Arthrodesis for Malignant Bone
Tumors of the Extremity                                                 567
Mark C. Gebhardt, Michael H. McGuire,
and Henry J. Mankin

*Contents*    xxix

Use of Allograft and a New Locking Intramedullary Nail
for Limb-Salvage Procedures                                          583
A. G. PATRICK MCDERMOTT AND ALLAN E. GROSS

Intercalary Allograft and Custom Neer Prosthesis after
en Bloc Resection of the Proximal Humerus                            586
MICHAEL ROCK

Discussion                                                           597

The New GT Custom-Made Knee Joint Prosthesis for
Malignant Bone Tumors                                                599
T. BIEHL, R. GRADINGER, W. THOMAS, E. HIPP, AND R. AIGNER

Salvage of Tibial Growth Plate by Telescoping Tibial
Stem Endoprosthesis in a Young Patient with Distal
Femur Osteosarcoma                                                   605
J. DUBOUSSET

Extendable Prosthesis: An Alternative to Amputation                  606
MICHAEL M. LEWIS, WALTER P. SPIRES, JR.,
AND NORMAN BLOOM

Biomechanical Evaluation of an Extending Adjustable
Tumor Prosthesis in Total Joint and Segmental
Replacement                                                          610
WALTER P. SPIRES, JR., JOHN J. PAFFORD,
AND MICHAEL M. LEWIS

A Growth-Imitating Lengthening Element for Modular
Femoral Endoprostheses                                               613
F. M. VAN KRIEKEN, R. M. HARTEL, D. H. VAN CAMPEN,
W. A. KAMPS, H. H. VAN DEN KROONENBERG, H. K. L.
NIELSEN, J. OLDHOFF, H. SCHRAFFORDT KOOPS,
AND R. P. H. VETH

Discussion                                                           616

8   Concluding Material                                              619

Discussion of the Evaluation System for Implant Devices              619
WILLIAM F. ENNEKING

Discussion of the Functional Evaluation System                      622

Summary                                                              624
WILLIAM F. ENNEKING

Modified System for Functional Evaluation of Surgical
Management of Musculoskeletal Tumors                                 626
WILLIAM F. ENNEKING

Index                                                                641

DOTINC 050489

# 6

NOTICE
THIS MATERIAL MAY BE PROTECTED
BY COPYRIGHT LAW (TITLE 17, U.S. CODE)

# Effectiveness of Methyl Methacrylate as a Physical Adjuvant in Local Tumor Control

## Opening Remarks

### H.-G. Willert

Today, curettage followed by bone cement plugging as surgical treatment of bone tumors is applied mainly to large cystic lesions in the vicinity of the greater joints, such as giant-cell tumors, aneurysmal bone cysts, chondroblastomas, and others.

In order to stabilize defects of the skeleton, bone cement (with or without additional internal fixation) has been used extensively since 1962 in osteolytic metastases and pathologic fractures.[1-6]

In 1968, Wouters[7,8] applied this technique for the first time to a giant-cell tumor, as did Persson[9,10] in 1972. These authors published their results in 1974 and 1984 (Wouters), 1976 (Persson and Wouters) and 1984 (Persson et al.). We have also applied bone cement plugging since 1972, particularly in primary bone tumors and tumorlike lesions that create large osteolytic defects. Unlike other surgeons, we considered cementing a temporary procedure, requiring removal and replacement by bone grafting at a later date, when recurrences are less likely to occur.[11-13] We reported on results for the first time in 1977 and than in 1979 and 1983. Further reports on this topic were given

by Vidal et al.,[14] Mandi and Kiss,[15] and Baddeley and Cullen.[16]

From this panel we will hear about the updated experiences of several distinguished centers with this method, among which Johnston and Persson leave the cement plug in place, Camargo and Camargo are using it in connection with polyethylene implants, while Conrad et al., Taminiau and Wouters, and our group removed the cement and grafted the cavity in a second operation (Table 6-1).

The concept of curettage and subsequent bone cement plugging has several advantages: the affected bone as well as the functional capacity of the joint will be preserved, allowing a quick return to active motion and at least partial weight bearing. Radiographic control of the affected site is easy since recurrences or secondary changes are visible early and are relatively easy to localize. In case of a recurrence, curettage and bone cement plugging can be repeated. If desired, autologous bone, which is only available in limited amounts, can be saved for a subsequent, definite grafting. Whether

**443**

DOTINC 050490

**444**    *Effectiveness of Methyl Methacrylate as a Physical Adjuvant in Local Tumor Control*

**Table 6-1. Bone Cement Plug Used in Giant-Cell Tumors and Similar Lesions**

| Author | Technique First Applied | Published |
|---|---|---|
| Vidal et al. | 1968 | 1969 |
| Wouters | 1968 | 1974, 1984 |
| Persson et al. | 1972 | 1976, 1984 |
| Willert et al. | 1972 | 1977, 1979, 1983 |
| Johnston | 1973 | 1985 |
| Mandi et al. | 1973 | 1976 |
| Baddeley et al. | 1975 | 1979 |
| Camargo et al. | 1974 | 1985 |
| Conrad et al. | 1979 | 1985 |

tumor cells, eventually left behind during curettage, will be devitalized due to the action of cytotoxic monomer or heat released from the polymerizing bone cement is still controversial. Several contributions to this panel will address this question (Conrad et al., Malawer et al., Strube et al., and Wilkins et al.).

However, certain shortcomings of the method should also be mentioned. Regarding the loading capacity, it is hard to predict whether and how long the plugged bone can tolerate full weight bearing over the long term without mechanical failure. This depends substantially on the size and the location of the lesion. We also have to be aware of tissue reactions to the polymethyl methacrylate implant, which will be discussed by Enderle, Strube et al., and Wilkins et al. in this panel. Depending on the mechanical situation, the potential tissue reaction, and the often young age of the patients, the cement plug was usually removed and replaced it by autologous bone after a certain interval.

Finally some investigators (including Wilkins et al.) are afraid of the development of osteoarthrosis when the plug is close to the articular cartilage. In the clinical reports of Conrad et al., Johnston, Persson et al., and our group, only a few observations of secondary osteoarthritis due to bone cement plugging have been noted.

In order to obtain long-lasting good functional results, satisfactory stability, and to avoid local recurrences a perfect surgical technique is required for both curettage and bone cement implantation.

As an alternative to curettage and bone cement plugging, cryosurgery is recommended by Mar-

cove and co-workers. In this panel, Malawer et al. will report on the effect of cryosurgery in a tumor cavity and will compare this with the use of the temporary bone cement plug.

## REFERENCES

1. Müller ME: Die Verwendung von Kunstharzen in der Knochenchirurgie. Arch Orthop Trauma Surg 54:513, 1962
2. Willenegger H, Schenk R, Bandi W: Die Anwendung von Leimsubstanzen in der Knochenchirurgie. Melsunger Med Pharm Mitt Wiss Praxis Symposium 1963 (proceedings). 100:2487, 1963
3. Scheuba G: Osteosynthese pathologischer Frakturen. Zentralbl Chir 90:1737, 1965
4. Scheube G: Zur Osteosynthese pathologischer Frakturen and Palacos. Zentralbl Chir. 91:464, 1966
5. Scheuba G: Zur operativen Behandlung von Knochenmetastasen mit Palacos. Wien Klin Wochenschr 80:550, 1968
6. Harrington KD, Johnston JO, Turner RH, Green DL: The use of methylmethacrylate as an adjunct in the internal fixation of malignant neoplastic fractures. J Bone Joint Surg 54A:1665, 1972
7. Wouters HW: Tumeurs à cellules géantes de l'extrémité distale du fémur avec fracture intra-articulaire de genou. Traitées par excochléation et remplissage avec du ciment osseux. Rev Chir Orthop 60(suppl. 2):316, 1974
8. Wouters HW: Tumeur à cellules géantes de l'extrémité distale du fémur avec intra-articulaire du genou. Deux cas traités par excochléation et remplissage avec du ciment. Rev Chir Orthop 70:157, 1984
9. Persson BM, Wouters HW: Curettage and acrylic cementation in surgery of giant cell tumors of bone. Clin Orthop 120:125, 1976
10. Persson BM, Ekelund L, Lövdahl R, Gunterberg B: Favourable results of acrylic cementation for giant cell tumors. Acta Orthop Scand 55:209, 1984
11. Willert H-G, Enderle A: Temporäre Zementplombe bei Knochentumoren fraglicher Dignität. Czcechoslovak Congress of Orthopedic Surgery, 1977. Acta Facult Med Brunensis 64:263, 1979
12. Willert H-G, Enderle A: Temporäre Zementplombe bei Knochentumoren fraglicher Dignität. Z Orthop 117:224, 1979

DOTINC 050491

13. Willert H-G, Enderle A: Temporary bone cement plug—an alternative treatment of large cystic tumorous bone lesions near the joint. p. 69. In Kotz R (ed): Second International Workshop on the Design and Application of Tumor Prostheses for Bone and Joint Reconstruction. Egermann, Vienna, 1983

14. Vidal I, Mimran R, Allieu A et al: Plastie de complément par métacrylate de méthyle:traitement de certaines tumeurs osseuses bénignes. Montpellier Chir 15:389, 1969

15. Mandi A, Kiss I: Ersatz tumoröser Knochensegmente durch Palacos. Beitr Orthop Traumatol 23:213–217, 1976

16. Baddeley S, Cullen JC: The use of methylmethacrylate in the treatment of giant cell tumors of the proximal tibia. Aust NZ Surg 49:120, 1979

17. Marcove RC, Weis LD, Vaghaiwalla MR, Pearson R, Huvos AG: Cryosurgery in the treatment of giant cell tumors of bone. Cancer 41:957, 1978

# Clinical Results of the Temporary Acrylic Bone Cement Plug in the Treatment of Bone Tumors: A Multicentric Study

*H.-G. Willert*

We have found bone cement plugging (BCP) very valuable in the treatment of large osteolytic lesions of bones, especially of lesions that are located adjacent to a joint and that have a marked tendency to recurrence. Since such lesions are relatively rare, however, the experience of a single institution in our country is only limited. We therefore initiated a retrospective multicentric study to which eight departments contributed their material (Table 6-2).

It is in the nature of a retrospective multicentric study that principles of treatment are not always followed as stringently as in a personal series. On the other hand, the efficiency of a method can be tested best by its application under various conditions of clinical practice. To complete the evaluation, we will compare some data from this study with those of our small personal series.

## METHOD

The technical procedure for bone cement plugging comprises several steps. It starts with excision of the tumor (or tumorlike lesion) and subsequent filling of the cavity with bone cement. It is of the utmost importance to remove all the tumorous tissue carefully and completely. We recommend not only curetting but also milling the walls of the cavity using a burr. When the bone cement is introduced, the cavity should be as clean and as dry as possible and the bone cement should fill it totally. Sometimes it is better to implant the bone cement in portions. Depending on the mechanical situation, an additional internal fixation can be necessary.

Although the bone cement applied in this way

DOTINC 050492



**Fig. 6-1.** Giant-cell tumor in a 29-year-old woman. (A,B) August 1983: The tumor extends far into the popliteal region. (C,D) August 1983: Status immediately after curettage, BCP, and internal fixation. *(Figure continues.)*

446

DOTINC 050493



Fig. 6-1 *(Continued).* (E,F) August 1984: 12 months after curettage and BCP. (G,H) September 1985: 8 months after removal of BCP and bone grafting. Patient has been disease-free for 24 months. Functional rating: Good.

447

DOTINC 050494



Fig. 6-2. Aneurysmal bone cyst in a 14-year-old girl. (A) August 1982: First relapse after curettage and bone grafting. (B) August 1982: Status immediately after curettage and BCP. (C) July 1983: 11 months after BCP. (D) July 1983: Removal of BCP and bone grafting. (E) May 1985: 22 months after bone grafting. Patient has been disease-free for 34 months. Functional rating: Excellent.

DOTINC 050495



**Fig. 6-3.** Chondroblastoma in a 19-year-old woman. (A,B) January 1982: Tumor extends anteriorly into the suprapatellar region. (C,D) May 1982: 3 months after curettage, BCP, and internal fixation. (E,F) February 1984: 24 months after curettage, BCP, and internal fixation. *(Figure continues.)*

DOTINC 050496



Fig. 6-3 *(Continued)*. (C,H) March 1984: 1 month after removal of BCP and bone grafting. (I,J) April 1985: 13 months after bone grafting. Disease-free for 39 months. Functional rating: Excellent.

DOTINC 050497



Fig. 6-4. Giant-cell tumor in a 30-year-old man. (A) Appearance in October 1977. (B) February 1978: 4 months after curettage and BCP. (C) November 1978: 1 month after removal of BCP and bone grafting. (D) August 1983: 58 months after bone grafting. Patient has been disease-free for 70 months. Functional rating: Excellent.

DOTINC 050498



**Fig. 6-5.** Giant-cell tumor in an 18-year-old woman. (A) May 1981: Second relapse after curettage and bone grafting. (B) August 1981: Incomplete curettage and BCP. (C) October 1981: Progressive bone destruction proximal to BCP. Biopsy (window in lateral cortex) proves presence of giant-cell tumor tissue. (D) October 1981: Repeated complete curettage and BCP. (E) April 1985: Patient has been disease-free for over 42 months. Functional rating: Excellent.

DOTINC 050499

*Clinical Results of Temporary Acrylic Bone Cement Plug*    **453**

Table 6-2. Contributing Departments and Coauthors:
Multicentric BCP Study

| Center and Author | Number of Patients |
|---|---|
| Orthopaedic Department "Friedrichsheim," University of Frankfurt, Federal Republic of Germany | |
| L. Hovi and L. Zichner | 21 |
| Orthopaedic Department, University of Innsbruck, Austria | |
| W. Russe | 5 |
| Orthopaedic Department, University of Göttingen, Federal Republic of Germany | |
| A. Enderle and H.-C. Willert | 4 |
| Orthopaedic Hospital, Göttingen, Federal Republic of Germany | |
| R. Braig and M. Spranger | 3 |
| Department of Accident Surgery, University of Mainz, Federal Republic of Germany | |
| H.-D. Strube and D. Komitowski | 2 |
| Orthopaedic Department University of Tübingen, Federal Republic of Germany | |
| J. Gekeler | 2 |
| Orthopaedic Department, St. Josef-Hospital, Troisdorf, Federal Republic of Germany | |
| P. Puls | 1 |
| Orthopaedic Hospital, Vollmarstein, Federal Republic of Germany | |
| W. Becker | 1 |
| Total | 39 |

seems to behave rather inertly, we still tend to remove it in younger patients after a follow-up period of up to 2 years and to refill the cavity with bone, if possible with autografts (Figs. 6-1 to 6-5). In case of a recurrence a repeated excision, again followed by implantation of bone cement, can be employed. More radical surgical procedures, such as en bloc resection or amputation, also have to be taken into consideration, particularly in more aggressive lesions. Removal of the bone cement plug is easy, if one proceeds step by step, splitting the acrylic mass using a chisel or saw. The membrane of connective tissue that usually develops at the bone–cement interface should be removed with another careful curettage. To increase mechanical stability, internal fixation in addition to bone grafting is sometimes necessary. Histologic investigation of the connective tissue membrane removed will show even small recurrences of tumor growths in the walls of the former lesion.

## MATERIAL

A total of 39 lesions treated with BCP are included in this multicentric study. If we count from the first application of curettage and BCP, the follow-up period is close to 2 years and longer for 29 lesions (group A, range of 22–114 and an average of 55 months) and shorter than 2 years for 10 lesions (group B, range of 4–20, average of 16 months) (Table 6-3). In 14 cases the bone cement was removed and replaced by bone grafting after an average of 13 months (range, 1–26 months), in 2 cases the plug was only removed but not replaced, and in 10 cases the bone cement has not been removed and is still in place. In one case a resection–arthrodesis and in two an amputation became necessary. The lesions treated by curettage and BCP included 21 giant-cell tumors, 7 aneurysmal bone cysts, 3 solitary bone cysts, 2 fibromas, 2 unilocular fibrous dysplasias, 2 chondroblastomas, 1 osteosarcoma, and 1 chondromyxoid fibroma. Fifteen of the 39 lesions (38%) had already relapsed one to three times prior to the treatment by curettage and BCP. In these 15 cases, BCP has been applied to recurrences (Tables 6-4, 6-5).

The diagnosis of one aneurysmal bone cyst was changed by the pathologist, after it recurred several times, to malignant giant-cell tumor, stage IA.

The preferential site of the osteolytic lesions treated was around the knee (21), followed by the proximal femur (5), the distal tibia (4), the distal radius (3), the proximal humerus (2), the pelvis (2), the proximal ulna (1), and the distal fibula (1).

Table 6-3. Follow-Up Since BCP (months)

| | Total | Group A (>2 years) | Group B (<2 years) |
|---|---|---|---|
| Number | 39 | 29 | 10 |
| Range | 4–114 | 22–114 | 4–20 |
| Average | 45 | 55 | 16 |

DOTINC 050500

Table 6-4. Proportion of Lesions that Relapsed before BCP,
According to Histologic Diagnosis

| | Total | | Group A | | Group B | |
|---|---|---|---|---|---|---|
| | N | Percent Relapsed | N | Percent Relapsed | N | Percent Relapsed |
| Giant-cell tumor | 21 | 8 | 15 | 5 | 6 | 3 |
| Aneurysmal bone cyst[a] | 7 | 4 | 7 | 4 | — | — |
| Solitary bone cyst | 3 | 1 | 2 | — | 1 | 1 |
| Fibrous dysplasia | 2 | — | 1 | — | 1 | — |
| Chondroblastoma | 2 | 1 | 1 | — | 1 | 1 |
| Fibroma | 2 | 1 | 2 | 1 | — | — |
| Chondromyxoid fibroma | 1 | — | — | — | 1 | — |
| Osteosarcoma | 1 | — | 1 | — | — | — |
| Totals | 39 | 15 | 29 | 10 | 10 | 5 |

[a] One aneurysmal bone cyst progressed to a giant-cell tumor, stage IA.

Table 6-5. Histologic Diagnosis of Lesions that Relapsed before BCP

| | Relapses Prior to BCP | | | | Recurrences After BCP | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Total | 1 | 2 | 3 | Total |
| Giant-cell tumor | 3 | 4 | 1 | | 1 | | | |
| Aneurysmal bone cyst | 2 | 1 | 1 | | | | 1[a] | |
| Fibroma | 1 | | | | 1 | | | |
| Solitary bone cyst | 1 | | | | | | | |
| Chondroblastoma | 1 | | | | | | | |
| | 8 | 5 | 2 | 15 | 2 | | 1 | 3 |

[a] Change of histopathologic diagnosis to malignant giant-cell tumor, stage IA.

## RESULTS

At the time of their respective follow-up examinations, 38 of 39 patients were disease-free over a period of 3–114 months. In 25 of 29 group A (follow-up 2 years) patients (86%) this disease-free interval was longer than close to 2 years.

## Recurrences

Eight of the 39 lesions (20.5%) recurred between 1 and 43 months (average, 14 months) after the treatment with curettage and BCP. Four of them recurred once, three twice, and one three times. The recurring lesions were four giant-cell tumors, two aneurysmal bone cysts, one fibroma, and the one osteosarcoma (Table 6-6). The recur-

rences occurred in 5 of 24 (20.8%) primary lesions in which the first treatment was curettage and BCP and in 3 of 15 (again 20%) lesions treated by other methods that relapsed prior to BCP (Table 6-5). All lesions that recurred had been staged before BCP as 3 or higher agressive (IA, IB, and IIB). The surgical procedure has been either a marginal or an intralesional removal. The management of recurrences of three giant-cell tumors, one aneurysmal bone cyst, and one fibroma consisted of repeated curettage and BCP as well as curettage and bone grafting.

In one aneurysmal bone cyst a resection-arthrodesis (Juvaraplasty) was carried out after the third recurrence. The affected leg was amputated immediately after the first recurrence of the osteosarcoma.

One patient with a malignant giant-cell tumor stage IB died 13 months after the first treatment by

DOTINC 050501

Table 6-6. Recurrences after BCP

| Number of Cases | Number of Recurrences | Percent | Histologic Diagnosis | Recurrences 1 | 2 | 3 |
|---|---|---|---|---|---|---|
| 21 | 4 | 19 | Giant cell tumor | 2 | 2 | |
| 7 | 2 | 28 | Aneurysmal bone cyst | | 1 | 1 |
| 2 | 1 | 50 | Fibroma | 1 | | |
| 1 | 1 | 100 | Osteosarcoma | 1 | | |
| 3 | 0 | — | Solitary bone cyst | | | |
| 2 | 0 | — | Fibrous dysplasia | | | |
| 2 | 0 | — | Chondroblastoma | | | |
| 1 | 0 | — | Chondromyxoid fibroma | | | |
| Total 39 | 8 | 20.5 | | | | |

curettage and BCP. A first recurrence was treated by a repeated curettage and BCP. After a second recurrence an amputation was carried out, but the patient developed lung metastases.

Seven of the eight patients with recurrent lesions, including the one with osteosarcoma, were still disease-free at the time of follow-up examination, three of them for longer than 2 years (Table 6-7).

A careful analysis of the radiographs revealed that in at least five of the eight recurrences the initial removal of the lesion has to be considered incomplete (Fig. 6-5). It may be of interest that two of the three giant-cell tumors of the distal radius have recurred (Table 6-8).

## Infections

Of the 39 BCPs, 2 (approximately 5%) became infected. This was apparent in one case at 5 months and in the other at 10 months after surgery. In both cases the bone cement was removed and the infection could be controlled by local irrigation. Healing occurred with no symptoms (Table 6-9).

Table 6-7. Management and Result of Eight Recurrences after BCP

| Lesion | Recurrence after BCP (months) | Management | Result Disease-Free (months) | Clinical Evaluation | Device Evaluation |
|---|---|---|---|---|---|
| GCT[a] | 6 | Curettage + BCP | 42 | Excellent | Excellent |
| GCT | 8 | Curettage + BCP | 57 | Excellent | Good |
| Fibrosarcoma[a] | 25 | Curettage + BCP | 3 | Excellent | Excellent |
| Osteosarcoma | 22 | Amputation | 72 | Good | — |
| GCT[b] | 2,6 | Curettage + BCP Amputation | Died at 13 months | Poor | — |
| GCT | 12,23 | Curettage + bone graft Curettage + BCP | 9 | Good | Good |
| Aneurysmal bone cyst | 12,43 | Curettage + BCP Curettage + bone graft | 6 | Good | Good |
| Aneurysmal bone cyst[a] | 1,11,16 | Curettage + bone graft Curettage + BCP Resection – arthrodesis (Juvaraplasty) | 8 | Fair | Poor[c] |

[a] Recurrent lesion prior to BCP.
[b] Stage IB.
[c] No active movement; required removal.

456    *Effectiveness of Methyl Methacrylate as a Physical Adjuvant in Local Tumor Control*

Table 6-8. Site and Quality of Curettage with BCP in Recurrent Lesions

| Histologic Diagnosis | Recurrence After Primary BCP (months) | Site | Quality of Curettage and BCP |
|---|---|---|---|
| Giant-cell tumor | 6 | Distal femur | Incomplete |
| Giant-cell tumor | 8 | Distal radius | Incomplete |
| Giant-cell tumor | 2 | Distal femur | Incomplete |
| Giant-cell carcoma | 6 | | |
| Giant-cell tumor | 12 23 | Distal radius | Sufficient |
| Aneurysmal bone cyst | 12 43 | Distal femur | Incomplete |
| Aneurysmal bone cyst | 1 11 16 | Proximal tibia | ? |
| Fibroma | 25 | Distal femur | Incomplete |
| Osteosarcoma | 22 | Distal femur | Sufficient |

Table 6-9. Management and Results of Two Infections after BCP

| Histologic Diagnosis | Infection After Primary BCP (months) | Management | Result |  |  |
|---|---|---|---|---|---|
| | | | Disease-Free (months) | Clinical Evaluation | Device Evaluation |
| Aneurysmal bone cyst | 5 | BCP removed Irrigation BCP removed Irrigation | 40 | Good | Fair* |
| Giant-cell tumor | 10 | Curettage + BCP | 29 | Excellent | Good |
| | | Removal of BCP and bone graft | | | |

* Required removal.

## Osteoarthrosis

In 23 patients with lesions located subchondral to a joint, assessment of the course by reviewing the radiographs was possible. Radiographic signs of osteoarthrosis were present in eight cases with a mean follow-up of 56 months. In these, defects of the subchondral bone were present in two lesions, and in another one osteoarthrosis already existed at the time of BCP. In 15 cases with a mean follow-up of 38 months, osteoarthrosis was absent (Table 6-10).

Table 6-10. Osteoarthrosis (OA) in 23 Lesions Subchondral to Joint

| | Number | Mean Follow-Up (months) | Remarks |
|---|---|---|---|
| OA Present | 8 | 56 | Two defects of subchondral bone |
| OA Absent | 15 | 38 | |

Twelve lesions were located far from the joint.
No information on location was available for four lesions.

DOTINC 050503

**Table 6-11.** Evaluation of BCP

| Rating | Functional | Device |
|---|---|---|
| Excellent | 25 | 10 |
| Good | 11 | 25 |
| Fair | 2 | 3 |
| Poor | 1 | 1 |
| Total | 39 | 39 |

**Table 6-12.** Functional Results in Cases with and without Osteoarthrosis (OA)

| | Total | Functional Rating | | | |
| | | Excellent | Good | Fair | Poor |
|---|---|---|---|---|---|
| OA Present | 8 | 6 | 1 | 1 | |
| OA Absent | 15 | 10 | 4 | | 1 |

## FUNCTIONAL EVALUATION

The functional evaluation of BCP showed Excellent results in 25, Good in 11, Fair in 2, and Poor in 1 patient (Table 6-11).

The outcome was Poor in the patient who died from lung metastases after repeated recurrences. One lesion of the proximal humerus was rated as Fair because of osteoarthrosis and weakness of the movements of the shoulder joint. The other Fair result was a repeatedly recurring aneurysmal bone cyst of the proximal tibia, the diagnosis of which has been changed to giant-cell tumor. But the Fair rating concerned only the BCP. In this patient a resection–arthrodesis was carried out, the result of which was Excellent since only the motion of the knee was lost. Reasons for a Good rating were mostly minor restrictions of motion, stability, and/or emotional acceptance.

Even among the lesions that recurred, the results could be rated three times as Excellent and three times as Good (Table 6-7).

Manifest osteoarthrosis does not seem to affect the final outcome unfavorably. Six of the eight patients with osteoarthrosis were rated Excellent, one Good, and only one Fair (Table 6-12).

The rating of the device clearly showed less favorable results. Only 10 cases could be rated as Excellent, 25 were Good, 3 Fair, and 1 Poor. The reason for this was most often restricted weight bearing for several weeks, together with a mild tissue reaction.

In the relatively small series treated personally

**Table 6-13.** Results of Author's Personal Series

| Histologic Diagnosis | Site | Follow-Up BCP (months) | Recurrence/ Infection (months after BCP) | BCP Removed Bone Graft (months after BCP) | Disease-Free (months) | Clinical Evaluation | Device Evaluation |
|---|---|---|---|---|---|---|---|
| GCT | Distal femur | 114 | — | 14 | 114 | Excellent | Good |
| GCT | Proximal tibia | 100 | — | 11 | 100 | Excellent | Good |
| GCT | Proximal femur | 70 | — | 12 | 70 | Excellent | Good |
| GCT | Distal femur | 57 | — | 16 | 57 | Excellent | Good |
| GCT (recurrence) | Distal femur | 22 | — | 17 | 20 | Good | Good |
| ABC (3rd recurrence) | Distal tibia | 85 | — | 14 | 85 | Good | Good |
| ABC | Distal femur | 49 | Recurrence 2 + 43 | 6 | 6 | Good | Good |
| ABC | Proximal femur | 45 | Infection 5 | 5 | 40 | Good | Fair |
| ABC (recurrence) | Proximal tibia | 34 | — | 11 | 34 | Excellent | Good |
| Chondroblastoma | Distal femur | 39 | — | 24 | 39 | Excellent | Good |
| Solitary bone cyst | Proximal humerus | 85 | — | — | 85 | Good | Good |
| Solitary bone cyst | Pelvis | 82 | — | 8 | 82 | Excellent | Good |
| Totals 12 | | 65 | 1 Recurrence (8%) 1 Infection (8%) | 11 (92%) | 60 | 7 Excellent 5 Good | 11 Good 1 Fair |

GCT, giant-cell tumor; ABC, aneurysmal bone cyst.

DOTINC 050504

**458**   *Effectiveness of Methyl Methacrylate as a Physical Adjuvant in Local Tumor Control*

by the author, 12 cases were evaluated over a mean period of 65 months (range, 22–114). Only one of them (8%) developed a recurrence but another one (8%) became infected. Further details are shown in Table 6-13.

## DISCUSSION

The overall results of BCP in this multicentric study are satisfying. All patients except one were disease-free at the time of follow-up-examination; 25 were followed up for about 2 years or longer.

The recurrence rate of 20.5% after BCP is relatively low, compared to reports from the literature with giant-cell tumors, aneurysmal bone cysts, and others. Yet the incidence of recurrences among lesions treated by other methods and that relapsed prior to BCP was not higher than among the primary lesions in which curettage and BCP constituted the first operation. This can be regarded as a Good result, particularly one considers that 38% of all the lesions included in this study had already relapsed prior to BCP treatment.

Most of the recurrences could be controlled by repeat curettage and BCP.

There is no doubt that curettage creates only a marginal or intralesional surgical margin. That is why the greatest attention must be paid to a painstaking excision of the lesion and aggressive cleaning of the walls, to remove the tumorous tissue as completely as possible. Likewise the cement plug must fill every recess of the cavity entirely. Though we observed devitalization of the tissue adjacent to the BCP, one cannot rely on this effect and therefore should not neglect a careful mechanical scraping. In five of the eight recurrences in the multicentric study the removal of the lesion was incomplete, as could be proved on the radiographs. In contrast to this, in our personal series of 12 cases in which we were anxious to remove every residual tumorous tissue, we experienced only 1 recurrence of a giant-cell tumor.

For the treatment of malignant tumors, however, curettage and BCP seem to be clearly unsuitable and cannot be recommended.

Up to now we have personally preferred to remove the acrylic bone cement, as we hesitate to leave a foreign material permanently in the body, particularly in younger people. We have kept to this procedure though we found an only relatively moderate reaction of the surrounding tissue to the BCP compared with the tissue reaction to acrylic bone cement used in artificial joint replacement. In lesions such as giant-cell tumors, aneurysmal bone cysts, and chondroblastomas, we consider it sufficient to leave the BCP in place for about 28 months. All except one of the recurrences in our study appeared within this length of time.

Symptoms of osteoarthrosis were found in 34% of patients with subchondral bone lesions in the vicinity of a joint. Defects of the subchondral bone lamella created during the curettage or the plug-removing procedure seem to promote the development of osteoarthrosis.

The cases showing manifest osteoarthrosis were evaluated longer than those with no osteoarthrosis. This means that osteoarthrosis may develop sooner or later in patients lacking signs of joint deterioration at the time of examination.

The functional evaluation was influenced only a little or not at all by the presence of osteoarthrosis; most of these patients had Excellent results.

In summary, temporary bone cement plugging of large osteolytic cavities in bone tumors and tumorlike lesions has proven to be a good method. Its advantage is that the mobility of the joint as well as the continuity and stability of the bone can be preserved, the follow-up is easy using x-ray examination and, if necessary, further therapeutic measures are still possible. To prevent recurrences the curettage has to be done as carefully as possible and should be followed by milling the walls of the cavity. We recommend removing the BCP and the connective tissue formed at the bone–cement interface and refilling the cavity with autologous bone grafts.

DOTINC 050505

# Experimental Studies of the Treatment of Malignant Tumors with Bone Cement

## *Hans-Dietmar Strube and Dmitri Komitowski*

The defect left after resection of malignant bone tumors is sometimes repaired by filling it with bone cement, either temporarily or permanently, and stabilizing it further with plates. In addition to providing early functional stabilization, this "combined osteosynthesis" method may have the advantage that the cement itself destroys remaining, relapse-causing malignant cells. As it polymerizes, bone cement releases heat and cytotoxic monomers. In sound bone and soft tissue this effect is usually disadvantageous, but it may be desirable when malignant tumor cells exist.

Whether this effect might be clinically valuable needed to be determined in animal experiments. In vitro investigations using tissue cultures on hardened cement were also indicated. We undertook both kinds of investigations, looking for long-term effects that might damage tumor cells.

## MATERIALS AND METHODS

### In Vivo Experiments

We needed a model of bone sarcomas that corresponded morphologically and biologically to human sarcomas. For better observation of the process, we also wanted a model that would grow slowly, stay at the site of its formation, and not metastasize uncontrollably and prematurely.

The experimental animals had to be suitable for clinical, radiographic, and histologic investigations comparable to those of human medicine. Most of all, operations such as resection, cement implantation, and functional stabilization that are practicable on the human skeleton had to be possible and tolerable. The femur of 3–5-month-old rabbits

proved to be suitable for the experimental model.

To produce sarcomas, we used 7,12-dimethyl-benz(a)-anthracene (DMBA), a carcinogen of the group of polyaromates often used to induce experimental tumors.[2,3]

To produce bone sarcomas with the desired predefinable localization, the carcinogen was coupled to heated and liquefied gelatine as vehicle. After being cooled and hardened, the particles were incorporated into the medullary canal of the femur through boreholes (Fig. 6-6).

There the gelatin induces a reactive myelofibrosis. The carcinogen is fixed in a "biologic capsule" and cannot be washed off. It can therefore work directly where applied after reduction of the vehicle (Fig. 6-7). For polymethyl methacrylate bone cement, we used Palacos R.

### In Vitro Experiments

We laid small discs of the same cement into special tissue cultures and investigated the growth and reproduction of the cells by scanning electron microscopy. As well as these tests with already hardened cement, we studied the effect of the liquid component of methyl methacrylate on special murine lymphoma cells.[4]

## RESULTS

### In Vivo Experiments

With the technique described, 10 of 25 animals developed after 2–4 months, radiologically discernible tumors that grew to their full size within

DOTINC 050506

**460**    *Effectiveness of Methyl Methacrylate as a Physical Adjuvant in Local Tumor Control*





Fig. 6-7. Sketch of the "biologic capsule" with reactive myelofibrosis round the hardened gelatin particles with DMBA.

comparable human tumors (Fig. 6-8). Altogether eight osteogenic sarcomas, one fibrosarcoma, and one chondrosarcoma developed. As radiologic evidence we found three stages of tumor development:

1. At the earliest, (sixth to eighth week) an intraosseous growth, issuing from the place of carcinogen implantation with fine-spotted osteolysis (Fig. 6-9A).
2. Periostal reactions, beginning after about 6 months (Fig. 6-9B).
3. After about 1 year the tumor followed parosteal growth with partly diffuse extent and sometimes pathologic fractures (Fig. 6-9C,D).

The scintigram and computed tomogram revealed distinct enrichment of activities and a filling of the medullary cavity of the femur (Fig. 6-10).

Depending on the general situation and the local tumor growth the subsequent cement implantation was done either with or without additional stabilization by metal plate and screws. After partial tumor resection the defect was filled with bone cement and, if necessary, a small one-third-tubular plate and four screws were applied (Fig. 6-11).

Just as in the tumor-free experimental animals, the histologic examinations 24 hours and 4 and 10 weeks after cement implantation showed tissue necrosis in the immediate area of cement contact. The sarcomatous tissue is bounded by necrotic areas (Fig. 6-12). We found the following temporarily modified areas of cement reaction (Fig. 6-13).

Fig. 6-6. Diagram of a rabbit skeleton, and drawing and radiograph of a femur with 2 mm drill holes and incorporation of gelatin vehicle substances with carcinogen.

12–14 months. As in humans, pathologic fractures were only found in far-advanced stages. Metastases outside the femur were not observed. The clinical and radiologic development of sarcomas, the macroscopic appearance of the tumors, and their morphology showed a far-reaching conformity with

DOTINC 050507