April 14, 2005

**BY HAND DELIVERY**

Ms. Deborah Krett
Case Manager, Chambers of
 The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE  19801

        Re:    Request for Permission to have Equipment in Courtroom 4B --
                  *Kyphon Inc. v. Disc-O-Tech Medical Technologies, et al.*
                  C.A. 04-204-JJF

Dear Ms. Krett:

      We are scheduled to appear in an Argument before the special master assigned to this case, Judge Poppiti, in Courtroom 2B on Tuesday, April 19, 2005 at 1:00 p.m. and request permission to bring laptop computers, a projector and a screen to Courtroom 2B to assist in presentation during the Argument.  Attached is a proposed Order for the Court's consideration.  I am aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

                                            Sincerely,

                                            */s/ Maryellen Noreika (#3208)*

                                            Maryellen Noreika

MN:pab
cc:    Peter T. Dalleo, Clerk of the Court
       David Thomas, United States Marshal
       Keith Ash, Chief Court Security Officer
       Thomas L. Halkowski, Esquire