IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 2B, laptop computers, a projector and screen for proceedings on Tuesday, April 19, 2005 at 1:00 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

        Maryellen Noreika
        Eric J. Lobenfeld
        Jonathan M. Sobel
        Arlene L. Chow
        Robert J. DeMento
        Denise S. Stitik
        David Kelley

Dated: April     , 2005

        JOSEPH J. FARNAN, JR.
        United States District Court Judge