IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYPHON INC.

           Plaintiff,

     v.

DISC-O-TECH MEDICAL
TECHNOLOGIES LTD., and DISC
ORTHOPAEDIC TECHNOLOGIES, INC.

         Defendants.

C.A. 04-204-JJF

**PUBLIC VERSION**

**DECLARATION  OF THOMAS L. HALKOWSKI IN SUPPORT OF
KYPHON INC'S OPENING BRIEF REGARDING CONSTRUCTION
OF THE DISPUTED CLAIM TERMS FOR THE PATENTS-IN-SUIT**

**VOLUME 1 OF 2**

DATED:  April 6, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYPHON INC.,

      Plaintiff,

      v.

DISC-O-TECH MEDICAL
TECHNOLOGIES LTD., and DISC
ORTHOPAEDIC TECHNOLOGIES, INC.,

      Defendants.

C.A. 04-204-JJF

**PUBLIC VERSION**

**DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF
KYPHON INC.'S OPENING BRIEF REGARDING CLAIM CONSTRUCTION
OF THE DISPUTED CLAIM TERMS FOR THE PATENTS-IN-SUIT**

I, Thomas L. Halkowski, declare as follows:

1.     I am a Principal of Fish & Richardson P.C., counsel of record in this action for Kyphon Inc. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.     **Exhibit A is confidential under the protective order and filed under seal.**

3.     Attached hereto as Exhibit B is a true and correct copy of United States Patent No. 5,108,404.

4.     Attached hereto as Exhibit C is a true and correct copy of Forbes article "The Inflatable Spine", dated June 7, 2004.

5.     Attached hereto as Exhibit D is a true and correct copy of Orthopedics Today article "Kyphoplasty employs bone balloon to correct kyphosis due to fractures", dated November 1999.

6.     Attached hereto as Exhibit E is a true and correct copy of a "News Channel 12 Connecticut" CD bates numbered KY375745, dated July 2001.

7.      Attached hereto as Exhibit F is a true and correct copy of United States Patent No. 4,969,888.

8.      Attached hereto as Exhibit G is a true and correct copy of United States Patent No. 6,235,043 B1.

9.      Attached hereto as Exhibit H is a true and correct copy of United States Patent No. 6,241,734 B1.

10.     Attached hereto as Exhibit I is a true and correct copy of United States Patent No. 6,613,054 B2.

11.     Attached hereto as Exhibit J is a true and correct copy of *A Patient's Guide to Osteoporosis*, at http://www.spineuniversity.com/public/spinesub.asp?id=65 (last visited November 23, 2004).

12.     Attached hereto as Exhibit K is a true and correct copy of *Osteoporosis, Making the Diagnosis of Osteoporosis*, at http://www.endocrineweb.com/osteoporosis/diagnosis.html (last visited November 10, 2004).

13.     Attached hereto as Exhibit L is a true and correct copy of *What Everyone Should Know About Osteoporosis*, THE DAILY CAMPUS, November 2, 2004, at http://www.dailycampus.com/global_user_elements/printpage.cfm?storyid=789865 (last visited November 10, 2004).

14.     Attached hereto as Exhibit M is a true and correct copy of 1 The Adult Spine, Principles and Practice, Vol. 1, p. 491 (1991).

15.     Attached hereto as Exhibit N is a true and correct copy of  United States Patent Nos. 5,192,282; 4,981,481; and  4,513,754.

**16.     Exhibit O is confidential under the protective order and filed under seal.**

17.     Attached hereto as Exhibit P is a true and correct copy of excerpts of the Deposition of Mark Reiley, M.D., dated November 3, 2004.

18.      **Exhibit Q is confidential under the protective order and filed under seal.**

19.      Attached hereto as Exhibit R is a true and correct copy of David Halliday et al., *Fundamentals of Physics*, page 351 (5th ed. 1997).

20.      Attached hereto as Exhibit S is a true and correct copy of excerpts the deposition of William S. Rosenberg, dated November 22, 2004.

21.      Attached hereto as Exhibit T is a true and correct copy of United States Patent No. 4,488,549.

22.      Attached hereto as Exhibit U is a true and correct copy of excerpts of the Deposition of John C. Eisenhart, dated March 17, 2005.

23.      Attached hereto as Exhibit V is a true and correct copy of excerpted definitions from The American Heritage Dictionary, Second College Edition © 1982.

24.      Attached hereto as Exhibit W is a true and correct copy of United States Patent No. 5,312,333.

25.      Attached hereto as Exhibit X is a true and correct copy of Kyphon Press Release, *Kyphon Receives FDA Clearance to Market KyphX® HV-R ™ Bone Cement for Use in Kyphoplasty*, dated April 5, 2004 at http://kyph.client.shareholder.com/ReleaseDetail.cfm?ReleaseID=132205 (last visited April 6, 2005).

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  April 6, 2005                          ___s/ Thomas L. Halkowski___
                                               Thomas L. Halkowski

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2005, a true and correct copy of the

DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF KYPHON INC.'S

MOTION FOR A PRELIMINARY INJUNCTION was caused to be served on the

attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**
Maryellen Noreika
Morris Nichols Arsht & Tunnell
1201 North Market Street, Suite 2100
P.O. Box 1347
Wilmington, DE 19899-1347

Attorneys for Defendants
*Disc-O-Tech Medical Technologies Ltd.*
*and Disc Orthopaedic Technologies, Inc.*

**VIA FEDERAL EXPRESS**
Julie A. Petruzzelli
Eric S. Namrow
Venable LLP
575 7th Street, N.W.
Washington, DC 20004

Attorneys for Defendants
*Disc-O-Tech Medical Technologies Ltd.*
*and Disc Orthopaedic Technologies, Inc.*

Thomas L. Halkowski

80023869.doc

1



# REDACTED DOCUMENT

B

US005108404A

# United States Patent [19]

## Scholten et al.

[11] **Patent Number:** 5,108,404

[45] **Date of Patent:** * Apr. 28, 1992

[54] **SURGICAL PROTOCOL FOR FIXATION OF BONE USING INFLATABLE DEVICE**

[76] Inventors: **Arie Scholten,** 4175 Tamayo St., Fremont, Calif. 94536; **Mark A. Reiley,** 333 63rd St., Oakland, Calif. 94618

[ * ] Notice: The portion of the term of this patent subsequent to Nov. 13, 2007 has been disclaimed.

[21] Appl. No.: **567,862**

[22] Filed: **Aug. 15, 1990**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 308,724, Feb. 9, 1989, Pat. No. 4,969,888.

[51] Int. Cl.⁵ ............................................. A61B 17/56
[52] U.S. Cl. ........................................ 606/94; 606/60; 606/95
[58] Field of Search ...................... 606/60, 94, 95, 191, 606/192, 193, 194

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,965,653 | 7/1934 | Kennedy | 606/192 |
| 3,112,743 | 12/1963 | Cochran et al. | 128/92 VP |
| 3,889,665 | 6/1975 | Ling et al. | 128/92 VP X |
| 4,462,394 | 7/1984 | Jacobs | 128/92 VP |
| 4,488,549 | 12/1984 | Lee et al. | 128/92 VP |
| 4,627,434 | 12/1986 | Murray | 128/92 VP |
| 4,714,478 | 12/1987 | Fischer | 623/23 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 15864 | 10/1912 | France | 606/192 X |
| 512456 | 9/1939 | United Kingdom | 606/192 |

#### OTHER PUBLICATIONS

Howmedica Exeter Pressurizer, 1979, 2 pages.
Journal of B & J Surgery, pp. 1665–1676, vol. 54A, #8, Dec. 1972.

*Primary Examiner*—Robert A. Hafer
*Assistant Examiner*—Kevin G. Rooney
*Attorney, Agent, or Firm*—Townsend and Townsend

[57] **ABSTRACT**

A method and apparatus for the fixation of osteoporotic and non-osteoporotic bones and especially vertebral body compression fractures, Colles' fractures and fractures of the proximal humerus. The method of the present invention includes a series of steps including penetrating the bone having the fracture with a guide pin, drilling the bone marrow of the bone to enlarge the cavity to be treated, following which a bone specific inflatable device is inserted in the cavity and inflated. The expansion of the device causes a compacting of the bone marrow against the inner surface of the outer wall of the bone to be treated to further enlarge the cavity. When this occurs, a flowable synthetic bone material or methyl methacrylate cement is directed into the cavity and allowed to set to a hardened condition. Following this, the instruments are removed. In the fixation of vertebral body fractures, an elliptical inflatable device is first used to initiate the compacting of the bone marrow, following which a substantially cylindrical inflatable device is inserted into the cavity to further compact the bone marrow in all directions. In the fixation of Colles' fractures and proximal humerus fractures, a gourd-shaped inflatable device is used to compact the bone marrow.

**29 Claims, 11 Drawing Sheets**



U.S. Patent

Apr. 28, 1992

Sheet 1 of 11

5,108,404



FIG.1

FIG.2

CRANIAL

CAUDAL

HYPEREXTENSION

FIG.3

FIG.4

U.S. Patent

Apr. 28, 1992

Sheet 2 of 11

5,108,404



FIG.5

U.S. Patent

Apr. 28, 1992

Sheet 3 of 11

5,108,404



FIG.6



FIG.7

U.S. Patent      Apr. 28, 1992      Sheet 4 of 11      5,108,404



FIG.8

FIG.9

FIG.10

FIG.II

U.S. Patent

Apr. 28, 1992

Sheet 5 of 11

5,108,404



FIG.12

FIG.13



FIG.14

FIG.15

U.S. Patent

Apr. 28, 1992

Sheet 6 of 11

5,108,404



FIG.16

FIG.17



FIG.18

FIG.19

U.S. Patent

Apr. 28, 1992

Sheet 7 of 11

5,108,404



FIG.20

FIG.24

FIG.21

FIG.22

FIG.23

U.S. Patent

Apr. 28, 1992

Sheet 8 of 11

5,108,404



FIG.25



FIG.26

U.S. Patent

Apr. 28, 1992

Sheet 9 of 11

5,108,404



FIG.27

FIG.28

U.S. Patent    Apr. 28, 1992    Sheet 10 of 11    5,108,404



FIG.29

FIG.30

RADIUS    ULNA

FIG.31

FIG.32

U.S. Patent     Apr. 28, 1992     Sheet 11 of 11     5,108,404



100

FRACTURE

FRACTURE

FIG.33

FIG.34

5,108,404

1

## SURGICAL PROTOCOL FOR FIXATION OF BONE USING INFLATABLE DEVICE

This is a continuation-in-part application of application Ser. No. 07/308,724, filed Feb. 9, 1989, entitled "Surgical Protocol for Fixation of Osteoporotic Bone Using Inflatable Device," now U.S. Pat. No. 4,969,888.

This invention relates to improvements in the surgical treatment of bone conditions of the human and other animal body systems and, more particularly, to a method and apparatus for use in correcting such conditions.

## BACKGROUND OF THE INVENTION

Every year in the United States there occurs over 1.2 million bone fractures of osteoporotic bone. Over nine hundred thousand (900,000) of those fractures occur in bones which can be treated with the percutaneous balloon technology of the present invention which includes instant fixation by methyl methacrylate cement or with liquid artificial bone substitutes. Those fractures which can be treated by the method and apparatus of the present invention are distal radius fractures, the proximal humerus fractures, the vertebral body compression fractures, and fractures of other long bones.

Osteoporotic and non-osteoporotic vertebral body compression fractures are currently treated with bed rest, analgesics, and intravenous hydration during the first week after onset of the problem. These steps are followed by the prescription of a soft or firm spinal corset, depending upon the physician's preference. In most cases, the corset is not worn because the patient suffers much discomfort and oftentimes greater discomfort than that due to the fracture of the vertebral body. The fracture pain lasts from two to eight months. In many cases, patients with vertebral body collapse fractures require about one week in an acute care hospital and two to three weeks in an extended care facility until they are able to move about independently and with only moderate pain. Current treatment does not substantially alter the conditions of the vertebral body.

The current management of shoulder fractures includes either long term immobilization in a sling, followed by lengthy physical therapy. If the fracture is in three or four parts, the fracture is treated with a shoulder hemiarthroplasty. Long term stiffness is the rule, following either treatment due to long term immobilization and/or extensive wound healing.

Colles' fractures of the wrist in the elderly are currently treated in three different ways: 1) they are treated with closed reduction and application of a short arm cast for one or more weeks; 2) they can be treated with a short arm cast without reduction; and 3) they may be treated with closed reduction and pins and plaster immobilization for eight weeks. All treatment modalities result in considerable stiffness and have frequent malunions of the fractures.

Because of the problems associated with the treatment of vertebral body fractures, Colles' fractures, shoulder fractures and other bone conditions similar thereto, a need has existed for a method and apparatus to improve on the protocol for treating such fractures such as shortening the time in which a patient suffers pain due to such fracture. The present invention provides apparatus and a method of percutaneous fracture fixation which satisfies this need.

2

## SUMMARY OF THE INVENTION

This invention relates to a method and apparatus for the fixation of fractures of osteoporotic and non-osteoporotic bones. The invention is especially suitable for use in the fixation of osteoporotic vertebral body compression fractures, Colles' fractures and fractures of the proximal humerus. The method of the present invention includes a series of steps including forming an incision in the body and penetrating the bone having the fracture with instruments including a guide pin and a cannula, drilling the bone marrow of the bone to enlarge the cavity or passage to be treated, following which an inflatable device, such as an expandable balloon, is inserted in the cavity and inflated. The expansion of the balloon causes a compacting of the bone marrow against the inner surface of the outer cortical wall of the bone to be treated to further enlarge the cavity. Then, a flowable synthetic bone material or methyl methacrylate cement is directed into the cavity and allowed to set to a hardened condition. Following this, the instruments are removed and the incision in the skin is covered with a bandage.

In the fixation of vertebral body fractures, an elliptical inflatable device is first used, if needed, to initiate the compacting of the bone marrow and to commence the formation of a cavity or passage in the bone marrow, following which a larger inflatable device is inserted into the cavity to further compact the bone marrow in all directions. In the fixation of Colles' fractures and proximal humerus fractures, a gourd-shaped inflatable device is used to compact the bone marrow.

It is the intention of the present invention to provide, in each case of a fracture of osteoporotic or non-osteoporotic bone, an inflatable device that has a shape of or the ability to conform to the internal surface configuration of the cortical bone in which the device is used. Thus, the inner surface configuration of the cortical bone of a vertebral body is disk-shaped or checker-shaped, the cortical bone of distal radius is gourd-shaped and the cortical bone of the proximal humerus is also gourd-shaped.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a patient about to undergo the surgical treatment of vertebral body fixation in accordance with the method of the present invention, the patient lying prone on a U-shaped holder;

FIG. 2 is a front elevational view of the patient on the holder;

FIG. 3 is a side elevational view of the patient, showing hyperextension of the spine of the patient;

FIG. 4 is a perspective view of the rear portion of the patient showing the patient lying between the sides of the holder;

FIG. 5 is a stabilizer bracket for a guide pin and a cannula forming parts of the apparatus for carrying out the method of the present invention;

FIG. 6 is a perspective view of the patient holder shown in FIGS. 1, 2 and 4;

FIG. 7 is another perspective view of the holder of FIG. 6 looking upwardly from the bottom thereof;

FIG. 8 is a top plan view of the portion of the patient showing several vertebral bodies of the patient and the way in which the a guide pin enters a patient for carrying out the method of the present invention;

FIG. 9 is a schematic front elevational view of the patient and a vertebral body of the patient showing the

5,108,404

3

entry angles of the guide pin of the apparatus of the present invention;

FIG. 10 is a side elevational view of the vertebrae, showing a guide pin inserted into one of the vertebral bodies;

FIG. 11 is a top plan view of the guide pin inserted into the vertebral body;

FIG. 12 is a perspective view of the guide pin placed within the vertebral body and a tissue expander sliding on the guide pin to the vertebral body;

FIG. 13 is a side elevational view of the tissue expander over the guide pin;

FIG. 14 is a view similar to FIG. 12 but showing a cannula carried by the tissue expander toward the vertebral body;

FIG. 15 is a view similar to FIG. 13 but showing teeth of the cannula embedded in the outer wall of the vertebral body;

FIG. 16 is a view similar to FIG. 14 but showing another view of the cannula embedded in the cortical wall of the vertebral body;

FIG. 17 is a view similar to FIG. 15 but showing the withdrawal of the tissue expander through the cannula;

FIG. 18 is a view similar to FIG. 11 but showing a drill guided into the vertebral body by the guide pin through the cannula;

FIG. 19 is an enlarged perspective view of the drill of FIG. 18;

FIG. 20 is a view similar to FIG. 18 but showing an elliptical inflatable device inserted into the vertebral body to expand the bone marrow in the vertebral body;

FIG. 21 is a checker-shaped inflatable device in the vertebral body to complete the expansion of the bone marrow in the vertebral body;

FIG. 22 is a top plan view of the checker-shaped inflatable device of FIG. 21;

FIG. 23 is a side elevational view of the checker-shaped inflatable device of FIG. 22;

FIG. 24 is a view similar to FIGS. 20 and 21 but showing the insertion of the inflatable device of FIG. 22 into a vertebral body;

FIG. 25 is a view similar to FIG. 24 but showing the insertion of a liquid artificial bone or methyl methacrylate cement into the vertebral body to replace the bone marrow;

FIG. 26 is an enlarged, fragmentary perspective view for directing liquid bone or methyl methacrylate cement into the vertebral body;

FIG. 27 is a side elevational view of the vertebral body after the liquid bone has been injected into the interior thereof;

FIG. 28A is a schematic side view of a vertebral body showing the initial insertion of an elliptical inflatable device in the vertebral body and before inflation of the device;

FIG. 28B is a view similar to FIG. 28A but showing partial inflation of the inflatable device of FIG. 28A to initiate a cavity or passage in the bone marrow of the vertebral body;

FIG. 28C is a view similar to FIG. 28B but showing a checker-shaped inflatable device in the vertebral body to further compact the bone marrow in the vertebral body;

FIG. 28D is a view similar to FIG. 28C but showing the initial injection stage in which liquid bone or methyl methacrylate cement is injected into the vertebral body;

4

FIG. 28E is a view similar to FIG. 28D but showing the vertebral body after the liquid bone or methyl methacrylate cement has set to a hardened condition;

FIG. 29 is a schematic top plan view of a distal radius fracture of the wrist, the fracture at the end of the radius being aligned with Chinese finger traps;

FIG. 30 is a view similar to FIG. 29 but looking in a different direction at the hand but illustrating the fracture;

FIG. 31 is a view of the fracture with the guide pin being inserted through the interface of the fracture;

FIG. 32 is a view similar to FIG. 31 but showing a drill in the radius, and the area to be filled with liquid bone or methyl methacrylate cement;

FIG. 33 is a side elevational view of a shoulder showing a fracture therein; and

FIG. 34 is a view similar to FIG. 33 but showing the bone fracture and cavity to be filled with liquid bone or methyl methacrylate cement.

## DETAILED DESCRIPTION OF THE DRAWINGS

Percutaneous vertebral body fixation is indicated for all causes of spontaneous osteoporotic or non-osteoporotic vertebral body collapse fractures except those due to infection or neoplasia. The etiology of the bone marrow should be diagnosed prior to fixation. Concomitant endocrine therapy, chemotherapy or radiation is not contraindicated with percutaneous vertebral fracture fixation.

Impending vertebral body collapse as determined by the presence of previous collapse fractures and increased uptake on technetium-99 bone scan in a non-collapsed vertebral body. Various CT density values may eventually correlate with impending vertebral body collapse and be utilized to predict impending vertebral body fractures.

Contradictions of such fixation are as follows:

Presence of pyogenic infection;

Presence of tuberculous infection;

Presence of neoplasia;

Presence of sepsis;

High velocity spinal fractures;

Fractures above the level of T-6; and

Fractures which demonstrated widened pedicles on AP spine x-rays.

To illustrate the teachings of the present invention, the following specification will be described with respect to treatment of fractures relating to osteoporotic bone, but it is to be understood that the invention applies also to treatment of fractures relating to non-osteoporotic bone.

In carrying out the teachings of the method of the present invention as to osteoporotic vertebral fixation, a patient 10 is placed on a generally U-shaped holder 12 so that the patient lies above the central part 14 of holder 12 and between a pair of spaced sides 16 and 18 as shown in FIGS. 1, 2 and 4. Holder 12 can be of any suitable construction, such as metal or plastic and is constructed to render the patient generally immovable when the patient is prone as shown in FIGS. 1–4. The length of sides 16 and 18 is preferably sufficient to achieve the aim of rendering the patient generally immovable.

Typically, the length of sides 16 and 18 is approximately 12 to 15 inches. For the comfort of the patient, a cushion 20 is provided above central part 14 as shown in FIG. 2. The central part 14 has holes 22 therethrough

5,108,404

5

(FIGS. 6 and 7) and the holes are for the purpose of receiving circular portions of the cushion 20 formed due to the weight of the patients to anchor the cushion in place and to prevent it from moving relative to holder 12 when the patient's body is on the cushion as shown in FIG. 2. This assures that the cushion will not contribute to the movement of the patient relative to the holder. Pads 24 and 26 are placed at the chest and hip regions of the patient for the comfort of the patient and to extend the spine.

FIG. 5 shows a support bracket 28 adjustably mounted on the sides 16 and 18 of holder 12. The purpose of bracket 28 is to support a cannula 30 and guide pin 70 forming part of the apparatus of the present invention. Cannula 30 will be described hereinafter in more detail.

Bracket 28 includes a pair of clamps 31 and 32 for releasably connecting the bracket to respective sides 16 and 18 of holder 12 by means of thumb screws 34. Bracket 28 further includes a pair of legs 38 and 40 which are made up of connectable extensions as shown in FIG. 5. Legs 38 and 40 are releasably connected to respective clamps 31 and 32 by thumb screws 42 and 44. A rod 46 is connected by thumb screws 48 and 50 to end sleeves 52 and 54 on the upper ends of respective legs 38 and 40. Rod 46 can be rotated in the sleeves 52 and 54 to thereby rotate a clamp 56 coupled to the rod 46 and having a leg 58 on which cannula 30 and guide pin 70 are adjustably mounted. Thus, the cannula can be moved toward or away from legs 38 and 40 and can rotate about the longitudinal axis of rod 46. In this way, the cannula can be adjusted as to the distance from the patient to rod 46 as well adjust the position of the bracket 28 by means of shifting clamps 31 and 32 along the sides of holder 12.

The teachings of the method of the present invention will be hereinafter described with respect to treatment of a person with osteoporotic spine disease. The presence of such disease is evidenced by a plain film spinal x-rays and either CAT-scan evidence of impending fracture or plain film x-ray evidence of vertebral body collapse. In obtaining such evidence, both sagittal and coronal CAT-scans should be obtained before the performance of the method of the present invention. The coronal scan is also needed to determine the width of the vertebral body which is to be treated and also to rule out the presence of posterior displacement of the colon which can interfere with the posterolateral approach which generally occurs in four percent of the patients. If the colon is noted, the approach must be altered to the other side of the body.

The sagittal CAT-scan is needed to determine the height of the vertebral body to be treated. If an acute compression fracture is present, then the appropriate height is determined by the height of the vertebral body located superior to the fracture. If the patient has an acute fracture of a vertebral body, the patient is to be placed prone in the manner shown in FIGS. 1–4.

Attempts to reconstitute the height of the vertebral body should be made by hyperextending the patient's spine as shown in FIG. 3. If the patient has an impending fracture of a vertebral body, then the patient can be positioned either prone as shown in FIGS. 1–4 or on his side depending upon the surgeon's preference. If on the side, the patient is rendered immovable by suitable structure for holding the patient in one position during the time that the method of the present invention is being performed.

6

The posterolateral approach is used whether the patient is prone (FIGS. 1–4) or in the lateral position. Then the entry point on the skin is determined radiologically and is located approximately 10 cm from the midline and just inferior to a rib if present at that level as shown in FIG. 8.

FIG. 8 shows the entry points of the instruments for carrying out the method of the present invention for two vertebral bodies spaced from each other. The instrument shown in FIG. 8 is a guide pin 70 which enters the patient at an incision 62 (FIG. 8). A choice of angle of entry of the guide pin 70 can be 30° to 45° as shown in FIG. 9. The vertebral body to be injected is located fluoroscopically. The skin, underlying soft tissue and lateral cortex of the vertebral body are injected with a long spinal needle. General anesthesia is not advisable.

The surgical procedure for treating a vertebral body is as follows:

The vertebral body 66 to be treated (FIGS. 10 and 11) is penetrated by the pointed end 68 of guide pin 70 which enters the vertebral body between the inferior and superior end plates of the body 66 and into the posterior quarter of the vertebral body. Pedicles are to be ignored. The guide pin penetrates to a depth in the range of 60 to 80% across vertebral body 66 as shown in FIG. 11. Placement of the pin is fluoroscopically monitored. Any further penetration beyond 70% runs the risk of perforation of the vertebral body and an adjacent major vessel or lung.

With the guide pin penetrating the vertebral body 66 as shown in FIGS. 10 and 11, a soft tissue expander 71, which is a tubular member as shown in FIGS. 12 and 13, is inserted over the guide pin until the end of the expander makes contact with the vertebral body as shown in FIG. 13. Expander 71 then forms a guide for cannula 30 to guide the cannula toward the vertebral body to be treated.

When the cannula makes contact with the wall of the vertebral body, the cannula is rotated clockwise under pressure to force the teeth 31 of the cannula into the wall of the vertebral body 66 as shown in FIG. 15. This locks the cannula into the wall as shown in FIG. 16 so that the cannula can be coupled to bracket 28 (FIG. 5) for stabilization thereby. Then, the expander 71 can be removed from the interior of cannula 30 as shown in FIG. 17.

Once the cannula is stabilized, a drill stop is formed to prevent penetration of the far cortex of the vertebral body by drill 72 (FIGS. 18 and 19). The drill stop is formed by a shoulder 67 on pin 70 (FIG. 19) which is engageable with shoulder 69 on drill 72 and holding pin 70 with bracket 28.

Vertebral body 66 is drilled by a 4 mm drill 72. The drilling depth is monitored by fluoroscopy to the end of the guide 10. The drill is tubular and is guided by the guide pin 70 as shown in FIG. 19.

The next step to be performed in carrying out the method of the present invention is to withdraw the pointed guide pin 70 and replace it with a deflated elliptical or chambered bladder device 65. The elliptical balloon 65 is monitored fluoroscopically. This is achieved by inflating the elliptical balloon 65 to a pressure in the range of 50 to 300 psi with a radio-opaque contrast medium by an injector as shown in FIG. 24. The purpose of the elliptical balloon 65 is to center a second, checker-shaped inflatable device or balloon 76 (FIGS. 21–23) in the interior of vertebral body 66. After the elliptical balloon 65 is deflated and removed, check-

5,108,404

7

er-shaped or cylindrically shaped device or balloon 76 is inserted into the cannula and directed into the interior of vertebral body 66 as shown in FIG. 21.

The diameter of balloon 76 is determined by the preoperative CAT-scan results. The diameter is in the range of 1.0 cm to 3.5 cm. The axial height of the balloon (FIG. 23) is determined by the intra-operative reduction height of the vertebral body fracture. The height is in the range of 0.5 cm to 4.0 cm. If the balloon placement is somewhat eccentric, a smaller balloon may be needed. The balloon 76 has a neck 77, and the outer configuration of the balloon 76 is substantially the same as that of the inner surface of the cortical wall of the vertebral body 66.

The progress of balloon inflation is monitored fluoroscopically to ensure proper insertion of the balloon 76. The balloon is injected, gradually, with contrast as in the case of the elliptical balloon to a maximum height. This may require pressure as great as 300 psi to accomplish. The balloon's inflation should be monitored on the lateral fluoroscopic view of the spine. Posterior displacement of the bone into the spinal canal or full expansion of balloon 76 signals the termination of the chamber preparation. Further compression of the balloon at this point could result in spinal cord or root injury.

As balloon 76 is inflated, it forces the osteoporotic bone marrow 67 laterally and outwardly of the wall of the vertebral body 66. This compacts the bone marrow and leaves a void in the interior of the vertebral body to be treated. The compacted bone marrow forms a dam to block any fracture of the vertebral body. Thus, when liquid synthetic bone or methyl methacrylate cement is forced into the void, the compacted bone marrow will substantially prevent flow through the fracture.

After the balloon 76 has been deflated it is removed from the cannula 30. An irrigation nozzle (not shown) is then inserted into the vertebral body 66. Irrigation is performed with normal saline solution. Irrigation should be performed until the effluent is reasonably clear.

After the vertebral body has been irrigated, the artificial bone substitute, which may include a synthetic bone or methyl methacrylate cement, is injected into the void left by the inflation of balloon 76. A double barrel injection gun nozzle aspirates constantly through the short barrel. Such injection gun nozzle is shown in FIGS. 25 and 26 and includes a material delivery tube 80 and an aspirating tube 82, both of which have open ends 84 and 86, respectively. Injection of synthetic bone material is monitored using lateral fluoroscopy. Leakage posteriorly into the canal of tube 82 requires an abrupt stopping of the injection. Leakage anteriorly is exceedingly rare since the anterior longitudinal ligament is intact with these fractures.

The volume of injection ranges between 3 and 5 cc's. A larger volume is injected than one would predict from the size of the chamber formed with balloon 76 even in those patients injected prophylactically.

The injection gun nozzle shown in FIG. 26 is slowly removed as the vertebral body is injected with artificial bone or cement. At the entry hole into the vertebral body the tip of the injection nozzle is twisted as the cement sets up. At that time, the injection gun nozzle should be removed. FIGS. 28A and 28B show the sequence of the expansion of elliptical balloon 65. FIGS. 28C and 28D show checker-shaped balloon 76 in the vertebral body 66. FIG. 28E shows the vertebral body

8

after the mass 81 of artificial bone or methyl methacrylate cement has set to a hardened condition.

After the proper volume of artificial bone or cement has been inserted into the void of the vertebral body, cannula 30 is removed and the skin is dressed with a bandage.

Surgical protocol for Colles' fractures are described as follows with reference to FIGS. 29–32.

The current treatment for distal radius fractures of the wrist in osteoporotic patients includes: (1) closed reduction and application of a short arm cast with the wrist in a flexed position for six weeks; (2) application of a short arm cast without reduction of the fracture; and (3) closed reductions of the fracture with Chinese finger traps and application of pins and plaster. All three techniques require cast immobilization for 6 to 8 weeks and result in considerable stiffness for many months. In the case of the second treatment described, the wrist is also malpositioned.

The treatment of the present invention involves the reduction of the fracture with Chinese finger traps and the subsequent use of a balloon to create a chamber followed by the injection of either methyl methacrylate cement or a flowable bone substitute into the chamber to fix the fracture. Immobilization would only be a removable splint for two to four weeks. The wrist would be exercised daily to prevent the subsequent stiffness which usually follows wrist fracture.

The steps involved in this procedure are the same as those listed for the percutaneous fixation of vertebral body fractures. The Colles' fracture is positioned this time using finger traps 90 as shown in FIGS. 29 and 30. Local anesthesia is injected. The hand and forearm are prepped in the usually sterile fashion. A smooth guide pin 92 (FIG. 31) is inserted from the tip of the styloid at a 45° angle across the fracture 93. This is followed by a soft tissue expander and then a 2 mm cannula 91. A 2 mm drill 94 (FIG. 32) is then used to drill a canal or passage across the fracture using fluoroscopic control. The drill and guide pin are removed and a gourd-shaped distal radius balloon 95 is introduced into the fracture region through the cannula. The balloon 95 has a configuration substantially the same as that of the inner surface of the cortical bone. The deflated diameter of a globe-shaped part 95a of balloon 95 is in the range of 7 to 10 mm, the overall length L is in the range of 4 to 7 cm, and cylindrical part 95b has a length in the range of 5 to 8 mm.

The balloon 95 is expanded with contrast liquid using x-ray control. Expansion of the balloon 95 causes compacting of the osteoporotic bone marrow against the inner surface of the cortical wall. The balloon is then deflated and the cavity is then injected with a mass 97 of either methyl methacrylate cement or liquid bone substitute. A splint is used for two to four weeks.

Surgical protocol for the percutaneous fixation of proximal humerus fractures is as follows, with reference to FIGS. 33 and 34:

Percutaneous intra-osseous balloon fixation is indicated for all one-part shoulder fractures (i.e. non-displaced shoulder fractures), all two-part shoulder fractures except greater tuberosity fractures, and all three-part fractures that do not include a prominent elevation of the greater tuberosity or could be better treated with a hemiarthroplasty. It is not now indicated for four-part fractures.

The fracture is reduced with the patient sitting upright. The fracture is injected with local anesthesia as is

5,108,404

the area just posterior to the greater tuberosity where a guide pin will be introduced. The fracture is reduced with traction and held by an assistant. A guide pin is introduced through the head of the humerus just posteriorly to the greater tuberosity and followed fluoroscopically across the fracture to approximately 8 cm below the fracture. The soft tissue expander is introduced followed by the 3 mm cannula. A canal is drilled over the guide pin with a 3 mm drill 100 and the drill and guide pin are removed.

A gourd-shaped proximal humerus inflatable device or balloon is introduced into the cavity and inflated using contrast and fluoroscopic control. The balloon is then removed and the cavity is injected with a mass 101 of either methyl methacrylate cement or a liquid artificial bone substitute as shown in FIG. 34. The fracture is held until the injected substance hardens. The entry site on the top of the shoulder is dressed with a steri-strip and the patient is given a sling for 2 to 4 weeks. During those weeks, the patient should remove the sling several hours a day but perform no heavy lifting.

The gourd-shaped proximal humerus balloon has a configuration substantially the same as that of balloon 95 (FIGS. 31 and 32). The diameter of the globe-shaped part of the proximal humerus balloon is in the range of 14 to 20 mm. The diameter of the cylindrical part is in the range of 6 to 8 mm, and its length is in the range of 8 to 14 cm.

We claim:

1. A method of fixation of a fracture or impending fracture of a bone having bone marrow therein comprising:

forming a passage in the bone marrow;

compacting the bone marrow to increase the volume of said passage; and

filling the passage with a flowable material capable of setting to a hardened condition.

2. A method as set forth in claim 1, wherein said compacting step includes forcing the bone marrow outwardly and against the site of the fracture or impending fracture.

3. A method as set forth in claim 1, wherein said compacting step includes forcing the bone marrow outwardly of the central portion of the bone.

4. A method as set forth in claim 3, wherein said forcing step includes directing the bone marrow against an inner surface of the bone within the fracture or impending fracture.

5. A method as set forth in claim 1, wherein said compacting step includes inflating an inflatable device in said passage to urge the bone marrow therein.

6. A method as set forth in claim 5, wherein is included the step of inserting the device in the passage before the inflating step.

7. A method as set forth in claim 1, wherein is included the step of inserting an inflatable device in said passage, said increasing step including inflating the device to force the bone marrow outwardly of said passage.

8. A method as set forth in claim 1, wherein said forming step includes drilling said bone marrow to form said passage.

9. A method as set forth in claim 8, wherein said drilling step includes guiding a drill through and into the proximate cortical bone marrow.

10. A method as set forth in claim 8, wherein said forming step includes drilling the bone marrow to a predetermined depth.

11. A method as set forth in claim 10, wherein said depth is in the range of approximately 60 to 80% of the maximum oblique dimension of the bone containing the bone marrow.

12. A method as set forth in claim 1, wherein the fracture is a fracture of a vertebral body of the human spine.

13. A method as set forth in claim 1, wherein said fracture is a Colles' fracture of the distal radius.

14. A method as set forth in claim 1, wherein said fracture is a fracture of the proximal humerus.

15. A method as set forth in claim 1, wherein said flowable material is selected from the group consisting of liquid synthetic bone and methyl methacrylate cement.

16. A method of fixation of a fracture of a bone containing bone marrow therein comprising:

drilling said bone to form a recess therein;

inserting an inflatable device in said recess;

inflating the device in the recess to increase the volume thereof and to force the bone marrow outwardly of the recess to form a void in the bone; and

filling the void in the bone with a flowable material capable of setting to a hardened condition.

17. A method as set forth in claim 16, wherein said inflating step includes inflating a chambered bladder device having an elliptical configuration.

18. A method as set forth in claim 16, wherein said inflating step includes inflating a chambered bladder device having generally cylindrical configuration.

19. A method as set forth in claim 16, wherein is included the step of guiding a drill into the bone.

20. A method as set forth in claim 16, wherein said inflating step includes inflating the device with a radio-opaque material.

21. A method as set forth in claim 16, wherein said inflating step includes compacting the bone marrow in the bone.

22. A method as set forth in claim 16, wherein said inflating step includes forcing the bone marrow outwardly of the central portion of the bone.

23. A method as set forth in claim 22, wherein said inflating step includes compacting the bone marrow against an inner surface of the bone.

24. A method as set forth in claim 16, wherein said drilling step includes guiding a drill into the bone, and rotating the drill about its longitudinal axis.

25. A method as set forth in claim 24, wherein said drilling step includes drilling the bone marrow to a predetermined depth.

26. A method as set forth in claim 25, wherein said depth is in the range of 60 to 80% of the maximum oblique dimension of the bone.

27. A method as set forth in claim 16, wherein the fracture is a fracture of a vertebral body of the human spine.

28. A method as set forth in claim 16, wherein said fracture is a Colles' fracture of the distal radius.

29. A method as set forth in claim 16, wherein said fracture is a fracture of the proximal humerus.

* * * * *

C

## Health

# The Inflatable Spine

**Doctors are realigning broken backs with an injection of a small balloon.** BY MATTHEW HERPER

ISADOR (IZZY) LIEBERMAN WAS DUMBFOUNDED when, in 1997, an energetic inventor named Mark Reiley showed him a new procedure for restoring the shape of broken and bent spine bones. "You're going to take a balloon where?" said the Cleveland Clinic orthopedist. "And do what with it?"

Once Lieberman tried the procedure, known as kyphoplasty, he became a convert. Reiley's idea of using a thumb-size balloon as a bellows to prop up compressed vertebrae has become one of the fastest-growing back procedures in the U.S.—33,000 a year.

Some 800,000 spinal fractures afflict Americans each year as a result of osteoporosis or bone cancer. If not treated by braces or surgery, fractures can leave the back painfully hunched, crushing the lungs and digestive system so that breathing and eating become difficult.

Kyphoplasty, says Lieberman, who now directs the Cleveland Clinic's center for minimally invasive surgery, is the only way to restore a fractured spine to its normal shape. In the older surgery, vertebroplasty, a doctor injects cement to solidify brittle bone mass. That alleviates pain but leaves the bone deformed, something Lieberman detests. "The premise of orthopedics is to restore alignment so you can retain function," says Lieberman. "I trained for six years as an orthopedic resident to learn to put bones back where they belong."

Kyphon, the Sunnyvale, Calif. company that Reiley founded in 1994, saw its sales rise 72% to $131 million last year, even though the Food & Drug Administration cleared Kyphon's premixed cement recipe only two months ago, allowing the company to market the full procedure, where before it could not mention cement injection or the name kyphoplasty. Kyphon's market value is up 120% in a year to $940 million, or 34 times last year's net earnings.

Reiley was an orthopedic surgeon in Berkeley, Calif. in 1984 when he began working on techniques to restore shape to spines. He figured it would be possible to restore shape to a collapsed bone if he could first hollow out a space inside it before injecting bone cement. He dove into spines of cadavers with tiny jacks, scrapers, expandable rotors, lasers and ultrasound when he happened upon a stack of balloons used to clear small kidney stones. He brought



A weakened or injured vertebra can fracture and collapse.



To restore shape, a surgeon inserts two balloons into the fracture.



The balloons are inflated, lifting the bone mass and creating a cavity.



The balloons are removed and at a time and the cavity is filled with cement, fixing the spine in place.

them into the anatomy lab and tried them, first drilling a hole in the bone for the balloon to go in, then inflating it, deflating it and injecting cement into the cavity created. The balloons were a success, strong enough to move bone. In an October 2003 study 29 patients had their painfully hunched backs unbent by 8.8 degrees. Eventually Reiley created even hardier versions. Kyphon began marketing the device in 1999, after being cleared by the FDA. A kyphoplasty kit for a single vertebra costs $3,500, six times more than some vertebroplasty kits, according to Shawn Fitz, an analyst at Stephens Inc. Eeric Truumees, an orthopedist at Detroit's William Beaumont Hospital, says that his hospital gets the same payment from insurers or Medicare of about $5,000 for each procedure.

Critics of the procedure say it's too early to call it a success. "I am certainly not going to say that it doesn't work, because it may be the greatest thing since sliced bread," says Richard Deyo, a professor of medicine at the University of Washington. "I just don't think we know that yet." Jeffrey Goldstein, an assistant professor of orthopedic surgery at New York University's Hospital for Joint Diseases, has been impressed with the results of his kyphoplasties, but he worries about performing the surgery too broadly, especially on elderly patients under general anesthesia. "I think this is an excellent procedure in the proper patient," says Goldstein. "I just wonder how many properly indicated patients there will be after all the dust has settled."

Who's the patient to believe? "Find a doctor who does both procedures," says John Mathis of the Virginia College of Osteopathic Medicine. "Then let him decide which is in your best interest."

"Sure," says Reiley, "but if it's your mother, get the balloon." He and other kyphoplasty proponents say that their procedure is safer than vertebroplasty. Using the balloon to create a space in the bone supposedly allows doctors to inject cement under less pressure, potentially preventing harmful leaks of this toxic substance. Reiley, now a consultant at Kyphon, would like to see studies comparing postoperative lung function after the two procedures to prove his theory that kyphoplasty patients will breathe better. "I think more people would use it anyway," he says. "Because it is safer." **F**

D

# ORTHOPEDICS *today*

**November 1999**    CURRENT NEWS IN MUSCULOSKELETAL HEALTH & DISEASE    Volume 19 Number 11

# Kyphoplasty employs bone balloon to correct kyphosis due to fractures

## Balloon restores bone height lost due to osteoporotic compression fractures before they are stabilized with PMMA

**by Patrick McGee**

ORTHOPEDICS TODAY staff writer

BERKELEY, Calif. – While vertebroplasty – a method of setting osteoporotic compression fractures through the injection of bone cement – has grown in popularity as a minimally invasive tool for a prevalent medical problem, spine surgeons are now analyzing the efficacy and, in some cases, advantages of kyphoplasty over vertebroplasty.

Like vertebroplasty, this technique uses polymethylmethacrylate (PMMA) bone cement to stabilize such fractures. However, it differs because it uses a balloon to approximate the vertebra's natural shape and height before stabilizing it.

Researchers say that in patients treated to date, kyphoplasty restored, on average, at least 50% of the lost vertebral body height and improved kyphosis by 50%. That is key, because the kyphosis that often accompanies vertebral compression fractures (VCF) has been linked to an increased incidence of death due to pulmonary disease.

While the study has only just begun, early results have been dramatic, said **Steven R. Garfin, MD,** the study's principal investigator.

"I'm being cautious with my words until the study's done. I don't want to sound like an evangelist, but I've never done a technique that is so immediately satisfying and gratifying to the patient and the physician," said Garfin, professor and chair of the department of orthopedics at the University of California, San Diego.

### Study will involve 25 centers

The study, which will be conducted at 25 centers across the United States, is set to enroll 200 patients. It will compare kyphoplasty with nonoperative treatments like bed rest, narcotic analgesics and bracing, said **Mark A. Reiley, MD,** the general orthopedic surgeon who developed the technique and the tools used to perform it.

However, if the results continue to be as impressive as they have been early on, the study may be halted after 100 patients, said Reiley, who is on staff at Alta Bates Hospital, located here. To be included in the study, the subjects must be at least 40 years old, the vertebra has to be collapsed at least 20%, and the fracture must be less than eight weeks old, Reiley said.





COURTESY OF MARK A. REILEY

The preop radiograph (top) shows a post-collapse view of the anterior cortex at T11 in an 89-year-old osteoporotic woman. The postop view (bottom) shows the anterior height raised to 22 mm. Prior to the kyphoplasty, the anterior height was 13 mm.

*Reprinted from ORTHOPEDICS TODAY, November 1999.*
*Copyright ©1999. SLACK Incorporated. All rights reserved.*

Prior to the outcomes study, 150 fractures were treated in 80 patients, 70% of whom were female. The longest follow-up was 10 months and there were no failures. In addition, 95% of patients experienced pain relief, and there was a 2% complication rate that was not device-related.

In that same group of patients, in six cases where the technique was used to treat kyphosis at T5-L1, patients with an average pretreatment kyphosis of 33° experienced a 17° reduction in kyphosis after treatment.

Reiley said he came up with the idea



— COURTESY OF KYPHON

The KyphX inflatable bone tamp is used in kyphoplasty, which uses bone cement to repair osteoporotic compression fractures and restore vertebral body height.

for the technique in 1985. It grew out of the three years he spent in the bone tumor clinic at the University of California, San Francisco, using bone cements to fill voids left by benign tumors.

"As far as we can tell from our own cases and from the giant-cell literature with 21 years of follow-up, there's no fatigue, there are no fractures, there's no time limit, and the cement that's inside the bone seems to last forever," he said. Reiley and an engineer spent several years developing the technique. Food and Drug Administration approval for the bone tamp was granted via a 510(k) clearance last July.

### Inflatable bone tamp

Key to the technique is the Inflatable Bone Tamp system, which is produced by Kyphon Inc. of Santa Clara, Calif., the company Reiley founded with **Karen Talmadge**, PhD,

the company's executive vice president. The device is called the KyphX inflatable bone tamp and is used via either a posterolateral or transpedicular approach.

The surgeon percutaneously creates a drill channel into the damaged vertebra that allows for the introduction of the bone tamp through a cannula. The bone tamp is then inflated with radiopaque contrast medium while being visualized fluoroscopically.

After a cavity has been created and the fracture reduced, the tamp is withdrawn to allow for injection of PMMA bone cement under low pressure. Depending on the approach used, the technique can take anywhere from 30 to 60 minutes, said Garfin, who has performed the procedure about 10 times. The last time he did it, the patient arrived in a wheelchair due to back pain and walked out to go home 1½ hours later, he said.

Kyphoplasty is similar to vertebroplasty, which originated in France in the mid-1980s. Since then, published studies involving 300 to 500 cases report "very, very good" results with vertebroplasty, Garfin stated.

Vertebroplasty, which is most often performed by interventional radiologists, uses PMMA bone cement for VCF. However, it differs from kyphoplasty because it does not restore vertebral body height before stabilizing the fractures, Reiley said. If a patient's fractures are treated early enough – preferably six to eight weeks after being sustained – kyphoplasty can restore a good deal of the vertebral body height, he said.

In addition, the PMMA is extremely wet and is injected under high pressure during vertebroplasty. That, Reiley said, can cause the cement to leak out of the vertebral body.

Because a cavity is created in the vertebral body during kyphoplasty, the PMMA can be injected under much lower pressure. In addition, because lower pressure is needed, the PMMA can be cured for about four minutes until it has a doughy consistency. Injecting the cement in that





COURTESY OF MARK A. REILEY

A preoperative radiograph shows 38° kyphosis between T5 and L1 caused by a fracture at T12 (top). After the fracture was set using kyphoplasty, the kyphosis was reduced to 18° (bottom).

state makes it unlikely it will leak out of the vertebral body, Reiley said.

Perhaps the key reason orthopedic spine surgeons are drawn to the kyphoplasty technique is that it can be done relatively quickly and yields almost immediate results, Reiley pointed out. "It's a very quick fix and the patients do well, so the surgeons really like doing them," he said.  ■

*Dr. Garfin has a financial interest in the product discussed in this article.*

E



F

# United States Patent [19]

## Scholten et al.

[11] Patent Number: 4,969,888

[45] Date of Patent: Nov. 13, 1990

[54] **SURGICAL PROTOCOL FOR FIXATION OF OSTEOPOROTIC BONE USING INFLATABLE DEVICE**

[76] Inventors: **Arie Scholten**, 4175 Tamayo St., Fremont, Calif. 94536; **Mark A. Reiley**, 333 63rd St., Oakland, Calif. 94618

[21] Appl. No.: **308,724**

[22] Filed: **Feb. 9, 1989**

[51] Int. Cl.⁵ ............................................. A61B 17/56
[52] U.S. Cl. ........................................... 606/94; 606/60; 606/95
[58] Field of Search .................... 128/92 VP, 92 VQ; 606/94, 95, 60

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,091,237 | 5/1963 | Skinner | 128/60 |
| 3,112,743 | 12/1963 | Cochran et al. | 128/92 VP |
| 3,648,294 | 3/1972 | Shahrestani | 128/92 |
| 3,875,595 | 4/1975 | Froning | 128/92 |
| 3,889,665 | 6/1975 | Ling et al. | 128/92 VP X |
| 4,274,163 | 6/1981 | Malcom et al. | 128/92 |
| 4,462,394 | 7/1984 | Jacobs | 128/92 VP |
| 4,466,435 | 8/1984 | Murray | 128/303 |
| 4,488,549 | 12/1984 | Lee et al. | 128/303 |
| 4,562,598 | 1/1986 | Kranz | 128/92 |
| 4,625,722 | 12/1986 | Murray | 128/92 |
| 4,627,434 | 12/1986 | Murray | 128/92 VP |
| 4,627,434 | 12/1986 | Murray | 128/303 |
| 4,628,945 | 12/1986 | Johnson, Jr. | 128/80 |
| 4,714,478 | 12/1987 | Fischer | 623/23 |
| 4,772,287 | 9/1988 | Ray et al. | 623/17 |

### OTHER PUBLICATIONS

Howmedica Exeter Pressurizer 1979, 2 pages.
Journal of B & J Surgery, pp. 1665–1676, vol. 54A #8, 12/1972.

*Primary Examiner*—Robert A. Hafer
*Assistant Examiner*—Kevin G. Rooney
*Attorney, Agent, or Firm*—Townsend and Townsend

[57] **ABSTRACT**

A method and apparatus for the fixation of osteoporotic bones and especially vertebral body compression fractures, Colles' fractures and fractures of the proximal humerus. The method of the present invention includes a series of steps including penetrating the bone having the fracture with a guide pin, drilling the osteoporotic bone marrow of the bone to enlarge the cavity to be treated, following which a bone specific inflatable device is inserted in the cavity and inflated. The expansion of the device causes a compacting of the osteoporotic bone marrow against the inner surface of the outer wall of the bone to be treated to further enlarge the cavity. When this occurs, a flowable synthetic bone material or methyl methacrylate cement is directed into the cavity and allowed to set to a hardened condition. Following this, the instruments are removed. In the fixation of vertebral body fractures, an elliptical inflatable device is first used to initiate the compacting of the osteoporotic bone marrow, following which a checker-shaped inflatable device is inserted into the cavity to further compact the osteoporotic bone marrow in all directions. In the fixation of Colles' fractures and proximal humerus fractures, a gourd-shaped inflatable device is used to compact the osteoporotic bone marrow.

**28 Claims, 11 Drawing Sheets**



U.S. Patent     Nov. 13, 1990     Sheet 1 of 11     4,969,888



FIG.1

FIG.2

CRANIAL

FIG.3

HYPEREXTENSION

FIG.4

CAUDAL



FIG.5

U.S. Patent     Nov. 13, 1990     Sheet 2 of 11     4,969,888

U.S. Patent     Nov. 13, 1990     Sheet 3 of 11     4,969,888



FIG.6



FIG.7

**U.S. Patent**    Nov. 13, 1990    Sheet 4 of 11    **4,969,888**



FIG.8



FIG.9



FIG.10    FIG.11



FIG.12

FIG.13

FIG.14

FIG.15

U.S. Patent

Nov. 13, 1990

Sheet 6 of 11

4,969,888



FIG.16

FIG.17



FIG.18

FIG.19



FIG.20

FIG.24

FIG.21

FIG.22

FIG.23

U.S. Patent

Nov. 13, 1990

Sheet 7 of 11

4,969,888

U.S. Patent

Nov. 13, 1990

Sheet 8 of 11

4,969,888



FIG.25



FIG.26

U.S. Patent    Nov. 13, 1990    Sheet 9 of 11    4,969,888

FIG.27

66

FIG.28

66 A

66 B

66 C

66 D

66 E



FIG.29

FIG.30

RADIUS   ULNA

FIG.31

45°

92

5cm

2MM DRILL   2MM DRILL

93

OR

OR

94

93

5cm

FIG.32

5cm

U.S. Patent   Nov. 13, 1990   Sheet 10 of 11   4,969,888

U.S. Patent    Nov. 13, 1990    Sheet 11 of 11    4,969,888



FIG.33

FIG.34

4,969,888

1

## SURGICAL PROTOCOL FOR FIXATION OF OSTEOPOROTIC BONE USING INFLATABLE DEVICE

This invention relates to improvements in the surgical treatment of bone conditions of the human and other animal body systems due to osteoporosis and, more particularly, to a method and apparatus for use in correcting such conditions.

### BACKGROUND OF THE INVENTION

Every year in the United States there occurs approximately 1.2 million fractures due to osteoporosis. Nine hundred thousand (900,000) of those fractures occur in bones which can be treated with the percutaneous balloon technology of the present invention which includes instant fixation by methyl methacrylate cement or with liquid artificial bone substitutes. Those fractures which can be treated by the method and apparatus of the present invention are the Colles' fracture, the proximal humerus fracture, and the vertebral body compressions fracture.

Osteoporotic vertebral body compression fractures are currently treated with bed rest, analgesics, and intravenous hydration during the first week after onset of the problem. These steps are followed by the prescription of a soft or firm spinal corset, depending upon the physician's preference. In most cases, the corset is not worn because the patient suffers much discomfort and oftentimes greater discomfort than that due to the fracture of the vertebral body. The fracture pain lasts from two to eight months. In many cases, patients with osteoporotic vertebral body collapse fractures require about one week in an acute care hospital and two to three weeks in an extended care facility until they are able to move about independently and with only moderate pain. Current treatment does not substantially alter the conditions of the vertebral body.

The current management of osteoporotic shoulder fractures includes either long term immobilization in a sling, followed by lengthy physical therapy. If the fracture is in three or four parts, the fracture is treated with a shoulder hemiarthroplasty. Long term stiffness is the rule, following either treatment due to long term immobilization and/or extensive wound healing.

Osteoporotic Colles' fractures of the wrist in the elderly are currently treated in three different ways: (1) they are treated with closed reduction and application of a short arm cast for one or more weeks; (2) they can be treated with a short arm cast without reduction; and (3) they may be treated with closed reduction and pins and plaster immobilization for eight weeks. All treatment modalities result in considerable stiffness and have frequent malunions of the fractures.

Because of the problems associated with the treatment of vertebral body fractures, Colles' fractures, shoulder fractures and other osteoporotic conditions similar thereto, a need has existed for a method and apparatus to improve on the protocol for treating such fractures such as shortening the time in which a patient suffers pain due to such fracture. The present invention provides apparatus and a method of percutaneous fracture fixation which satisfies this need.

### SUMMARY OF THE INVENTION

This invention relates to a method and apparatus for the fixation of fractures of osteoporotic bones. The

2

invention is especially suitable for use in the fixation of vertebral body compression fractures, Colles' fractures and fractures of the proximal humerus. The method of the present invention includes a series of steps including forming an incision in the body and penetrating the bone having the fracture with instruments including a guide pin and a cannula, drilling the osteoporotic bone marrow of the bone to enlarge the cavity or passage to be treated, following which an inflatable device, such an expandable balloon, is inserted in the cavity and inflated. The expansion of the balloon causes a compacting of the osteoporotic bone marrow against the inner surface of the outer cortical wall of the bone to be treated to further enlarge the cavity. Then, a flowable synthetic bone material or methyl methacrylate cement is directed into the cavity and allowed to set to a hardened condition. Following this, the instruments are removed and the incision in the skin is covered with a bandage.

In the fixation of vertebral body fractures, an elliptical inflatable device is first used, if needed, to initiate the compacting of the osteoporotic bone marrow and to commence the formation of a cavity or passage in the osteoporotic bone marrow, following which a checker-shaped inflatable device is inserted into the cavity to further compact the osteoporotic bone marrow in all directions. In the fixation of Colles' fractures and proximal humerus fractures, a gourd-shaped inflatable device is used to compact the osteoporotic bone marrow.

It is the intention of the present invention to provide, in each case of a fracture of osteoporotic bone, an inflatable device that has a shape preferably approximating the internal surface configuration of the cortical bone in which the device is used. Thus, the inner surface configuration of the cortical bone of a vertebral body is disk-shaped or checker-shaped, the cortical bone of distal radius is gourd-shaped and the cortical bone of the proximal humerus is also gourd-shaped.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a patient about to undergo the surgical treatment of vertebral body fixation in accordance with the method of the present invention, the patient lying prone on a U-shaped holder;

FIG. 2 is a front elevational view of the patient on the holder;

FIG. 3 is a side elevational view of the patient, showing hyperextension of the spine of the patient;

FIG. 4 is a perspective view of the rear portion of the patient showing the patient lying between the sides of the holder;

FIG. 5 is a stabilizer bracket for a guide pin and a cannula forming parts of the apparatus for carrying out the method of the present invention;

FIG. 6 is a perspective view of the patient holder shown in FIGS. 1, 2 and 4;

FIG. 7 is another perspective view of the holder of FIG. 6 looking upwards from the bottom thereof;

FIG. 8 is a top plan view of the portion of the patient showing several vertebral bodies of the patient and the way in which the a guide pin enters a patient for carrying out the method of the present invention;

FIG. 9 is a schematic front elevational view of the patient and a vertebral body of the patient showing the entry angles of the guide pin of the apparatus of the present invention;

4,969,888

**3**

FIG. 10 is a side elevational view of the vertebrae, showing a guide pin inserted into one of the vertebral bodies;

FIG. 11 is a top plan view of the guide pin inserted into the vertebral body;

FIG. 12 is a perspective view of the guide pin placed within the vertebral body and a tissue expander sliding on the guide pin to the vertebral body;

FIG. 13 is a side elevational view of the tissue expander over the guide pin;

FIG. 14 is a view similar to FIG. 12 but showing a cannula carried by the tissue expander toward the vertebral body;

FIG. 15 is a view similar to FIG. 13 but showing teeth of the cannula embedded in the outer wall of the vertebral body;

FIG. 16 is a view similar to FIG. 14 but showing another view of the cannula embedded in the cortical wall of the vertebral body;

FIG. 17 is a view similar to FIG. 15 but showing the withdrawal of the tissue expander through the cannula;

FIG. 18 is a view similar to FIG. 11 but showing a drill guided into the vertebral body by the guide pin through the cannula;

FIG. 19 is an enlarged perspective view of the drill of FIG. 18;

FIG. 20 is a view similar to FIG. 18 but showing an elliptical inflatable device inserted into the vertebral body to expand the osteoporotic bone marrow in the vertebral body;

FIG. 21 is a checker-shaped inflatable device in the vertebral body to complete the expansion of the osteoporotic bone marrow in the vertebral body;

FIG. 22 is a top plan view of the checker-shaped inflatable device of FIG. 21;

FIG. 23 is a side elevational view of the checker-shaped inflatable device of FIG. 22;

FIG. 24 is a view similar to FIGS. 20 and 21 but showing the insertion of the inflatable device of FIG. 22 into a vertebral body;

FIG. 25 is a view similar to FIG. 24 but showing the insertion of a liquid artificial bone or methyl methacrylate cement into the vertebral body to replace the osteoporotic bone marrow;

FIG. 26 is an enlarged, fragmentary perspective view for directing liquid bone or methyl methacrylate cement into the vertebral body;

FIG. 27 is a side elevational view of the vertebral body after the liquid bone has been injected into the interior thereof;

FIG. 28A is a schematic side view of a vertebral body showing the initial insertion of an elliptical inflatable device in the vertebral body and before inflation of the device;

FIG. 28B is a view similar to FIG. 28A but showing partial inflation of the inflatable device of FIG. 28A to initiate a cavity or passage in the bone marrow of the vertebral body;

FIG. 28C is a view similar to FIG. 28B but showing a checker-shaped inflatable device in the vertebral body to further compact the osteoporotic bone marrow in the vertebral body;

FIG. 28D is a view similar to FIG. 28C but showing the initial injection stage in which liquid bone or methyl methacrylate cement is injected into the vertebral body;

FIG. 28E is a view similar to FIG. 28D but showing the vertebral body after the liquid bone or methyl methacrylate cement has set to a hardened condition;

**4**

FIG. 29 is a schematic top plan view of a distal radius fracture of the wrist, the fracture at the end of the radius being aligned with Chinese finger traps;

FIG. 30 is a view similar to FIG. 29 but looking in a different direction at the hand but illustrating the fracture;

FIG. 31 is a view of the fracture with the guide pin being inserted through the interface of the fracture;

FIG. 32 is a view similar to FIG. 31 but showing a drill in the radius, and the area to be filled with liquid bone or methyl methacrylate cement;

FIG. 33 is a side elevational view of a shoulder showing a fracture therein; and

FIG. 34 is a view similar to FIG. 33 but showing the bone fracture and cavity to be filled with liquid bone or methyl methacrylate cement.

## DETAILED DESCRIPTION OF THE DRAWINGS

Percutaneous vertebral body fixation is indicated for all causes of spontaneous osteoporotic vertebral body collapse fractures except those due to infection or neoplasia. The etiology of the osteoporosis should be diagnosed prior to fixation. Concomitant endocrine therapy, chemotherapy or radiation is not contraindicated with percutaneous vertebral fracture fixation.

Impending vertebral body collapse due to osteoporosis as determined by the presence of previous collapse fractures and increased uptake on technetium-99 bone scan in a non-collapsed vertebral body. Various CT density values may eventually correlate with impending vertebral body collapse and be utilized to predict impending vertebral body fractures.

Contradictions of such fixation are as follows:

Presence of pyogenic infection;

Presence of tuberculous infection;

Presence of neoplasia;

Presence of sepsis;

High velocity spinal fractures;

Fractures above the level of T-6; and

Fractures which demonstrated widened pedicles on AP spine x-rays.

In carrying out the teachings of the method of the present invention as to osteoporotic vertebral fixation, a patient 10 is placed on a generally U-shaped holder 12 so that the patient lies above the central part 14 of holder 12 and between a pair of spaced sides 16 and 18 as shown in FIGS. 1, 2 and 4. Holder 12 can be of any suitable construction, such as metal or plastic and is constructed to render the patient generally immovable when the patient is prone as shown in FIGS. 1–4. The length of sides 16 and 18 is preferably sufficient to achieve the aim of rendering the patient generally immovable.

Typically, the length of sides 16 and 18 is approximately 12 to 15 inches. For the comfort of the patient, a cushion 20 is provided above central part 14 as shown in FIG. 2. The central part 14 has holes 22 therethrough (FIGS. 6 and 7) and the holes are for the purpose of receiving circular portions of the cushion 20 formed due to the weight of the patients to anchor the cushion in place and to prevent it from moving relative to holder 12 when the patient's body is on the cushion as shown in FIG. 2. This assures that the cushion will not contribute to the movement of the patient relative to the holder. Pads 24 and 26 are placed at the chest and hip regions of the patient for the comfort of the patient and to extend the spine.

4,969,888

5

FIG. 5 shows a support bracket 28 adjustably mounted on the sides 16 and 18 of holder 12. The purpose of bracket 28 is to support a cannula 30 and guide pin 70 forming part of the apparatus of the present invention. Cannula 30 will be described hereinafter in more detail.

Bracket 28 includes a pair of clamps 31 and 32 for releasably connecting the bracket to respective sides 16 and 18 of holder 12 by means of thumb screws 34. Bracket 28 further includes a pair of legs 38 and 40 which are made up of connectable extensions as shown in FIG. 5. Legs 38 and 40 are releasably connected to respective clamps 31 and 32 by thumb screws 42 and 44. A rod 46 is connected by thumb screws 48 and 50 to end sleeves 52 and 54 on the upper ends of respective legs 38 and 40. Rod 46 can be rotated in the sleeves 52 and 54 to thereby rotate a clamp 56 coupled to the rod 46 and having a leg 58 on which cannula 30 and guide pin 70 are adjustably mounted. Thus, the cannula can be moved toward or away from legs 38 and 40 and can rotate about the longitudinal axis of rod 46. In this way, the cannula can be adjusted as to the distance from the patient to rod 46 as well adjust the position of the bracket 28 by means of shifting clamps 31 and 32 along the sides of holder 12.

The teachings of the method of the present invention will be hereinafter described with respect to treatment of a person with osteoporotic spine disease. The presence of such disease is evidenced by a plain film spinal x-rays and either CAT-scan evidence of impending fracture or plain film x-ray evidence of vertebral body collapse. In obtaining such evidence, both sagittal and coronal CAT-scans should be obtained before the performance of the method of the present invention. The coronal scan is also needed to determine the width of the vertebral body which is to be treated and also to rule out the presence of posterior displacement of the colon which can interfere with the posterolateral approach which generally occurs in four percent of the patients. If the colon is noted, the approach must be altered to the other side of the body.

The sagittal CAT-scan is needed to determine the height of the vertebral body to be treated. If an acute compression fracture is present, then the appropriate height is determined by the height of the vertebral body located superior to the fracture. If the patient has an acute fracture of a vertebral body, the patient is to be placed prone in the manner shown in FIGS. 1–4.

Attempts to reconstitute the height of the vertebral body should be made by hyperextending the patient's spine as shown in FIG. 3. If the patient has an impending fracture of a vertebral body, then the patient can be positioned either prone as shown in FIGS. 1–4 or on his side depending upon the surgeon's preference. If on the side, the patient is rendered immovable by suitable structure for holding the patient in one position during the time that the method of the present invention is being performed.

The posterolateral approach is used whether the patient is prone (FIGS. 1–4) or in the lateral position. Then the entry point on the skin is determined radiologically and is located approximately 10 cm from the midline and just inferior to a rib if present at that level as shown in FIG. 8.

FIG. 8 shows the entry points of the instruments for carrying out the method of the present invention for two vertebral bodies spaced from each other. The instrument shown in FIG. 8 is a guide pin 70 which enters

6

the patient at an inoision 62 (FIG. 8). A choice of angle of entry of the guide pin 70 can be 30° to 45° as shown in FIG. 9. The vertebral body to be injected is located fluoroscopically. The skin, underlying soft tissue and lateral cortex of the vertebral body are injected with a long spinal needle. General anesthesia is not advisable.

The surgical procedure for treating a vertebral body is as follows:

The vertebral body 66 to be treated (FIGS. 10 and 11) is penetrated by the pointed end 68 of guide pin 70 which enters the vertebral body between the inferior and superior end plates of the body 66 and into the posterior quarter of the vertebral body. Pedicles are to be ignored. The guide pin penetrates to a depth in the range of 60 to 80% across vertebral body 66 as shown in FIG. 11. Placement of the pin is fluoroscopically monitored. Any further penetration beyond 70% runs the risk of perforation of the vertebral body and an adjacent major vessel or lung.

With the guide pin penetrating the vertebral body 66 as shown in FIGS. 10 and 11, a soft tissue expander 71, which is a tubular member as shown in FIGS. 12 and 13, is inserted over the guide pin until the end of the expander makes contact with the vertebral body as shown in FIG. 13. Expander 71 then forms a guide for cannula 30 to guide the cannula toward the vertebral body to be treated.

When the cannula makes contact with the wall of the vertebral body, the cannula is rotated clockwise under pressure to force the teeth 31 of the cannula into the wall of the vertebral body 66 as shown in FIG. 15. This locks the cannula into the wall as shown in FIG. 16 so that the cannula can be coupled to bracket 28 (FIG. 5) for stabilization thereby. Then, the expander 71 can be removed from the interior of cannula 30 as shown in FIG. 17.

Once the cannula is stabilized, a drill stop is formed to prevent penetration of the far cortex of the vertebral body by drill 72 (FIGS. 18 and 19). The drill stop is formed by a shoulder 67 on pin 70 (FIG. 19) which is engageable with shoulder 69 on drill 72 and holding pin 70 with bracket 28.

Vertebral body 66 is drilled by a 4 mm drill 72. The drilling depth is monitored by fluoroscopy to the end of the guide 10. The drill is tubular and is guided by the guide pin 70 as shown in FIG. 19.

The next step to be performed in carrying out the method of the present invention is to withdraw the pointed guide pin 70 and replace it with a deflated elliptical device or chambered bladder or balloon 65. The elliptical balloon 65 is monitored fluoroscopically. This is achieved by inflating the elliptical balloon 65 to a pressure in the range of 50 to 300 psi with a radio-opaque contrast medium by an injector as shown in FIG. 24. The purpose of the elliptical balloon 65 is to center a second, checker-shaped inflatable device or balloon 76 (FIGS. 21–23) in the interior of vertebral body 66. After the elliptical balloon is deflated and removed, checker-shaped or cylindrically shaped device of balloon 76 is inserted into the cannula and directed into the interior of vertebral body 66 as shown in FIG. 21.

The diameter of balloon 76 is determined by the pre-operative CAT-scan results. The diameter is in the range of 1.0 cm to 3.5 cm. The axial height of the balloon (FIG. 23) is determined by the intra-operative reduction height of the vertebral body fracture. The height is in the range of 0.5 cm to 4.0 cm. If the balloon

4,969,888

placement is somewhat eccentric, a smaller balloon may be needed. The balloon 76 has a neck 77, and the outer configuration of the balloon 76 is substantially the same as that of the inner surface of the cortical wall of the vertebral body 66.

The progress of balloon inflation is monitored fluoroscopically to ensure proper insertion of the balloon 76. The balloon is injected, gradually, with contrast as in the case of the elliptical balloon to a maximum height. This may require pressure as great as 300 psi to accomplish. The balloon's inflation should be monitored on the lateral fluoroscopic view of the spine. Posterior displacement of the bone into the spinal canal or full expansion of balloon 76 signals the termination of the chamber preparation. Further expansion of the balloon at this point could result in spinal cord or root injury.

As balloon 76 is inflated, it forces the osteoporotic bone marrow 67 laterally and outwardly off the wall of the vertebral body 66. This compacts the bone marrow and leaves a void in the interior of the vertebral body to be treated. The compacted bone marrow forms a dam to block any fracture of the vertebral body. Thus, when liquid synthetic bone or methyl methacrylate cement is forced into the void, the compacted bone marrow will substantially prevent flow through the fracture.

After the balloon 76 has been deflated it is removed from the cannula 30. An irrigation nozzle (not shown) is then inserted into the vertebral body 66. Irrigation is performed with normal saline solution. Irrigation should be performed until the effluent is reasonably clear.

After the vertebral body has been irrigated, the artificial bone substitute, which may include a synthetic bone or methyl methacrylate cement, is injected into the void left by the inflation of balloon 76. A double barrel injection gun nozzle aspirates constantly through the short barrel. Such injection gun nozzle is shown in FIGS. 25 and 26 and includes a material delivery tube 80 and an aspirating tube 82, both of which have open ends 84 and 86, respectively. Injection of synthetic bone material is monitored using lateral fluoroscopy. Leakage posteriorly into the canal of tube 82 requires an abrupt stopping of the injection. Leakage anteriorly is exceedingly rare since the anterior longitudinal ligament is intact with these fractures.

The volume of injection ranges between 3 and 5 cc's. A larger volume is injected than one would predict from the size of the chamber formed with balloon 76 even in those patients injected prophylactically.

The injection gun nozzle shown in FIG. 26 is slowly removed as the vertebral body is injected with artificial bone or cement. At the entry hole into the vertebral body the tip of the injection nozzle is twisted as the cement sets up. At that time, the injection gun nozzle should be removed. FIGS. 28A and 28B show the sequence of the expansion of elliptical balloon 65. FIGS. 28C and 28D show checker-shaped balloon 76 in the vertebral body 66. FIG. 28E shows the vertebral body after the mass 81 of artificial bone or methyl methacrylate cement has set to a hardened condition.

After the proper volume of artificial bone or cement has been inserted into the void of the vertebral body, cannula 30 is removed and the skin is dressed with a bandage.

Surgical protocol for Colles' fractures are described as follows with reference to FIGS. 29-32.

The current treatment for distal radius fractures of the wrist in osteoporotic patients includes: (1) closed

reduction and application of a short arm cast with the wrist in a flexed position for six weeks; (2) application of a short arm cast without reduction of the fracture; and (3) closed reductions of the fracture with Chinese finger traps and application of pins and plaster. All three techniques require cast immobilization for 6 to 8 weeks and result in considerable stiffness for many months. In the case of the second treatment described, the wrist is also malpositioned.

The treatment of the present invention involves the reduction of the fracture with Chinese finger traps and the subsequent use of a balloon to create a chamber followed by the injection of either methyl methacrylate cement or a flowable bone substitute into the chamber to fix the fracture. Immobilization would only be a removable splint for two to four weeks. The wrist would be exercised daily to prevent the subsequent stiffness which usually follows wrist fracture.

The steps involved in this procedure are the same as those listed for the percutaneous fixation of vertebral body fractures. The Colles' fracture is positioned this time using finger traps 90 as shown in FIGS. 29 and 30. Local anesthesia is injected. The hand and forearm are prepped in the usually sterile fashion. A smooth guide pin 92 (FIG. 31) is inserted from the tip of the styloid at a 45° angle across the fracture 93. This is followed by a soft tissue expander and then a 2 mm cannula 91. A 2 mm drill 94 (FIG. 32) is then used to drill a canal or passage across the fracture using fluoroscopic control. The drill and guide pin are removed and a gourd-shaped distal radius balloon 95 is introduced into the fracture region through the cannula. The balloon 95 has a configuration substantially the same as that of the inner surface of the cortical bone. The deflated diameter of a globe-shaped part 95a of balloon 95 is in the range of 7 to 10 mm, the overall length L is in the range of 4 to 7 cm, and cylindrical part 95b has a length in the range of 5 to 8 mm.

The balloon 95 is expanded with contrast liquid using x-ray control. Expansion of the balloon 95 causes compacting of the osteoporotic bone marrow against the inner surface of the cortical wall. The balloon is then deflated and the cavity is then injected with a mass 97 of either methyl methacrylate cement or liquid bone substitute. A splint is used for two to four weeks.

Surgical protocol for the percutaneous fixation of proximal humerus fractures is as follows, with reference to FIGS. 33 and 34:

Percutaneous intra-osseous balloon fixation is indicated for all one-part shoulder fractures (i.e. non-displaced shoulder fractures), all two-part shoulder fractures except greater tuberosity fractures, and all three-part fractures that do not include a prominent elevation of the greater tuberosity or could be better treated with a hemiarthroplasty. It is not now indicated for four-part fractures.

The fracture is reduced with the patient sitting upright. The fracture is injected with local anesthesia as is the area just posterior to the greater tuberosity where a guide pin will be introduced. The fracture is reduced with traction and held by an assistant. A guide pin is introduced through the head of the humerus just posteriorly to the greater tuberosity and followed fluoroscopically across the fracture to approximately 8 cm below the fracture. The soft tissue expander is introduced followed by the 3 mm cannula. A canal is drilled over the guide pin with a 3 mm drill 100 and the drill and guide pin are removed.

4,969,888

**9**

A gourd-shaped proximal humerus inflatable device or balloon is introduced into the cavity and inflated using contrast and fluoroscopic control. The balloon is then removed and then the cavity is injected with a mass 101 of either methyl methacrylate cement or a liquid artificial bone substitute as shown in FIG. 34. The fracture is held until the injected substance hardens. The entry site on the top of the shoulder is dressed with a steri-strip and the patient is given a sling for 2 to 4 weeks. During those weeks, the patient should remove the sling several hours a day but perform no heavy lifting.

The gourd-shaped proximal humerus balloon has a configuration substantially the same as that of balloon 95 (FIGS. 31 and 32). The diameter of the globe-shaped part of the proximal humerus balloon is in the range of 14 to 20 mm. The diameter of the cylindrical part is in the range of 6 to 8 mm, and its length is in the range of 8 to 14 cm.

We claim:

1. A method of fixation of a fracture or impending fracture of an osteoporotic bone having osteoporotic bone marrow therein comprising:

forming a passage in the bone marrow;

compacting the bone marrow to increase the volume of said passage and

filling the passage with a flowable material capable of setting to a hardened condition.

2. A method as set forth in claim 1, wherein said compacting step includes forcing the osteoporotic bone marrow outwardly and against the site of the fracture or impending fracture.

3. A method as set forth in claim 1, wherein said compacting step includes forcing the osteoporotic bone marrow outwardly of the central portion of the bone.

4. A method as set forth in claim 3, wherein said forcing step includes direction the osteoporotic bone marrow against an inner surface of the bone within the fracture or impending fracture.

5. A method as set forth in claim 1, wherein said compacting step includes inflating an inflatable device in said passage to urge the osteoporotic bone marrow therein.

6. A method as set forth in claim 5, wherein is included the step of inserting the device in the passage before the inflating step.

7. A method as set forth in claim 1, wherein said forming step includes drilling said osteoporotic bone marrow to form said passage.

8. A method as set forth in claim 7, wherein said drilling step includes guiding a drill through into the proximate corticol bone marrow.

9. A method as set forth in claim 7, wherein said forming step includes drilling the osteoporotic bone marrow to a predetermined depth.

10. A method as set forth in claim 9, wherein said depth is in the range of approximately 60 to 80% of the maximum oblique dimension of the bone containing the osteoporotic bone marrow.

**10**

11. A method as set forth in claim 1, wherein the fracture is a fracture of a vertebral body of the human spine.

12. A method as set forth in claim 1, wherein said fracture is a Colles' fracture of the distal radius.

13. A method as set forth in claim 1, wherein said fracture is a fracture of the proximal humerus.

14. A method as set forth in claim 1, wherein said flowable material is selected from the group consisting of liquid synthetic bone and methyl methacrylate cement.

15. A method of fixation of an osteoporotic fracture of a bone containing osteoporotic bone marrow therein comprising:

drilling said bone to form a passage therein;

inserting an inflatable device in said recess;

inflating the device in the passage to increase the volume thereof and to force the osteoporotic bone marrow outwardly of the passage and against the bone to form a void in the bone; and

filling the void in the bone with a flowable material capable of setting to a hardened condition.

16. A method as set forth in claim 15, wherein said inflating step includes inflating a chambered bladder device having an elliptical configuration.

17. A method as set forth in claim 15, wherein said inflating step includes inflating a chambered bladder device having generally cylindrical configuration.

18. A method as set forth in claim 15, wherein is included the step of guiding a drill into the bone.

19. A method as set forth in claim 15, wherein said inflating step includes inflating the device with a radio-opaque material.

20. A method as set forth in claim 16, wherein said inflating step includes compacting the osteoporotic bone marrow against the bone at the fracture site thereof.

21. A method as set forth in claim 15, wherein said inflating step includes forcing the osteoporotic bone marrow outwardly of the central portion of the bone.

22. A method as set forth in claim 21, wherein said inflating step includes compacting the osteoporotic bone marrow against an inner surface of the bone.

23. A method as set forth in claim 15, wherein said drilling step includes guiding a drill into the bone, and rotating the drill about its longitudinal axis.

24. A method as set forth in claim 23, wherein said drilling step includes drilling the osteoporotic bone marrow to a predetermined depth.

25. A method as set forth in claim 24, wherein said depth is in the range of approximately 60 to 80% of the maximum oblique dimension of the bone.

26. A method as set forth in claim 15, wherein the fracture is a fracture of a vertebral body of the human spine.

27. A method as set forth in claim 15, wherein said fracture is a Colles' fracture of the distal radius.

28. A method as set forth in claim 15, wherein said fracture is a fracture of the proximal humerus.

* * * * *

65

G

US006235043B1

(12) **United States Patent**
    Reiley et al.

(10) Patent No.:     **US 6,235,043 B1**
(45) Date of Patent:     **May 22, 2001**

(54) **INFLATABLE DEVICE FOR USE IN SURGICAL PROTOCOL RELATING TO FIXATION OF BONE**

(75) Inventors: **Mark A. Reiley**, Piedmont; **Arie Scholten**, Fremont; **Karen Talmadge**, Palo Alto, all of CA (US)

(73) Assignee: **Kyphon, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/788,786**

(22) Filed: **Jan. 23, 1997**

**Related U.S. Application Data**

(63) Continuation of application No. 08/188,224, filed on Jan. 26, 1994, now abandoned.

(51) Int. Cl.[7] .................................................. **A61M 29/00**
(52) U.S. Cl. ............................................. **606/192; 604/96**
(58) Field of Search ................................... 606/191, 192, 606/95; 604/96, 916; 128/898

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,965,653 | 7/1934 | Kennedy . |
| 3,091,237 | 5/1963 | Skinner . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 3736604 | 11/1989 | (DE) . |
| 512456 | 9/1939 | (GB) . |
| 9001858 | 3/1992 | (NL) . |
| 906530 | 2/1982 | (RU) . |
| 1148610 | 4/1985 | (RU) . |

OTHER PUBLICATIONS

S.L. Silverman, "The Clinical Consequences of Vertebral Compression Fracture", *Bone*, 13, S27–S31 (1992).
Melton, III, L. Joseph et al., "Perspective: How Many Women Have Osteoporosis", *Journal of Bone and Mineral Research*, vol. 7, No. 9, 1992, pp. 1005–1010.
Harrington, Kevin D., The Use of Methylmethacrylate as an Adjunct in the Internal Fixation of Malignant Neoplastic Fractures, *The Journal of Bone and Joint Surgery*, vol. 54A, No. 8, Dec. 1972, pp. 1665–1676.
Instructions entitled "Exeter Pressurizer System", by Howmedica Inc., Orthopaedics Division, 1979, 2 pages.
B. Lawrence Riggs, M.D. and Joseph Melton III, M.D., "Medical Progress, Involutional Osteoporosis", *The New England Journal of Medicine*, Jun. 26, 1986, pp. 1676–1686.
Lawrence D. Cohen, M.D., "Fractures of the Osteoporotic Spine", Pathologic Fractures in Betabolic Bone Disease, *The Orthopedic Clinics of North America*, vol. 21:1, Jan. 1990, pp. 143–152.

* cited by examiner

*Primary Examiner*—Michael H. Thaler
*Assistant Examiner*—Julian W. Woo
(74) *Attorney, Agent, or Firm*—Ryan Kromholz & Manion

(57)     **ABSTRACT**

A balloon for use in compressing cancellous bone and marrow (also known as medullary bone or trabecular bone) against the inner cortex of bones whether the bones are fractured or not. The balloon comprises an inflatable, non-expandable balloon body for insertion into said bone. The body has a shape and size to compress at least a portion of the cancellous bone to form a cavity in the cancellous bone and to restore the original position of the outer cortical bone, if fractured or collapsed. The balloon is prevented from applying excessive pressure to the outer cortical bone. The wall or walls of the balloon are such that proper inflation the balloon body is achieved to provide for optimum compression of all the bone marrow. The balloon is able to be folded so that it can be inserted quickly into a bone. The balloon can be made to have a suction catheter. The main purpose of the balloon is the forming or enlarging of a cavity or passage in a bone, especially in, but not limited to, vertebral bodies.

**28 Claims, 10 Drawing Sheets**



**US 6,235,043 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,112,743 | 12/1963 | Cochran et al. . |
| 3,648,294 | 3/1972 | Shahrestani . |
| 3,766,924 | 10/1973 | Pidgeon . |
| 3,800,788 | 4/1974 | White . |
| 3,850,176 | 11/1974 | Gottschalk . |
| 3,875,595 | 4/1975 | Froning . |
| 3,889,665 | 6/1975 | Ling et al. . |
| 4,274,163 | 6/1981 | Malcom et al. . |
| 4,313,434 | 2/1982 | Segal . |
| 4,399,814 | 8/1983 | Pratt, Jr. et al. . |
| 4,462,394 | 7/1984 | Jacobs . |
| 4,466,435 | 8/1984 | Murray . |
| 4,467,479 | 8/1984 | Brody . |
| 4,488,549 | 12/1984 | Lee et al. . |
| 4,562,598 | 1/1986 | Kranz . |
| 4,595,006 | 6/1986 | Burke et al. . |
| 4,625,722 | 12/1986 | Murray . |
| 4,627,434 | 12/1986 | Murray . |
| 4,628,945 | 12/1986 | Johnson, Jr. . |
| 4,697,584 | 10/1987 | Haynes . |
| 4,706,670 | 11/1987 | Andersen et al. . |
| 4,714,478 | 12/1987 | Fischer . |
| 4,772,287 | 9/1988 | Ray et al. . |
| 4,888,022 | 12/1989 | Huebsch . |
| 4,888,024 | 12/1989 | Powlan . |
| 4,892,550 | 1/1990 | Huebsch . |
| 4,896,662 | 1/1990 | Noble . |
| 4,932,975 | 6/1990 | Main et al. . |
| 4,969,888 | 11/1990 | Scholten et al. . |
| 5,002,576 | 3/1991 | Fuhrmann et al. . |
| 5,053,035 | 10/1991 | McLaren . |
| 5,071,435 | 12/1991 | Fuchs et al. . |

| | | | |
|---|---|---|---|
| 5,102,413 | | 4/1992 | Poddar . |
| 5,108,404 | | 4/1992 | Scholten et al. . |
| 5,147,366 | | 9/1992 | Arroyo et al. . |
| 5,163,989 | | 11/1992 | Campbell et al. . |
| 5,176,683 | | 1/1993 | Kimsey et al. . |
| 5,176,692 | * | 1/1993 | Wilk et al. ........................... 606/151 |
| 5,290,306 | * | 3/1994 | Trotta et al. ........................ 606/194 |
| 5,295,994 | * | 3/1994 | Bonutti ................................. 606/192 |
| 5,303,718 | | 4/1994 | Krajicek . |
| 5,330,429 | * | 7/1994 | Noguchi et al. ........................ 604/96 |
| 5,331,975 | * | 7/1994 | Bonotti ................................. 606/192 |
| 5,361,752 | * | 11/1994 | Moll et al. .............................. 128/20 |
| 5,383,932 | | 1/1995 | Wison et al. . |
| 5,423,850 | | 6/1995 | Berger . |
| 5,441,538 | | 8/1995 | Bonutti . |
| 5,454,365 | | 10/1995 | Bonutti . |
| 5,468,245 | | 11/1995 | Vargas, III . |
| 5,480,400 | | 1/1996 | Berger . |
| 5,514,143 | | 5/1996 | Bonutti et al. . |
| 5,514,153 | | 5/1996 | Bonutti . |
| 5,522,790 | | 6/1996 | Moll et al. . |
| 5,522,846 | | 6/1996 | Bonutti . |
| 5,527,343 | | 6/1996 | Bonutti . |
| 5,527,624 | | 6/1996 | Higgins et al. . |
| 5,531,856 | | 7/1996 | Moll et al. . |
| 5,540,711 | | 7/1996 | Kieturakis et al. . |
| 5,545,222 | | 8/1996 | Bonutti . |
| 5,549,679 | | 8/1996 | Kuslich . |
| 5,562,736 | | 10/1996 | Ray et al. . |
| 5,571,109 | | 11/1996 | Bertagnoli . |
| 5,571,189 | | 11/1996 | Kuslich . |
| 5,772,681 | * | 6/1998 | Leoni ................................... 606/192 |



FIG. 1



FIG. 2



FIG. 3

FIG. 4

FIG. 5



FIG. 6

FIG. 6A



FIG. 7

FIG. 8



FIG. 9

FIG. 9B

FIG. 9A

FIG. 10

FIG. 11



FIG. 12



FIG. 13



FIG.14



FIG. 15



FIG. 16



FIG. 17B

FIG. 17A



FIG.18



FIG.19A

FIG.19B

FIG.19C

FIG.19D

Case 1:04-cv-00204-JJF    Document 168    Filed 04/14/2005    Page 63 of 108



FIG. 20A

FIG. 20

US 6,235,043 B1

1

### INFLATABLE DEVICE FOR USE IN SURGICAL PROTOCOL RELATING TO FIXATION OF BONE

This is a continuation of application Ser. No. 08/188,224 filed on Jan. 26, 1994, now abandoned.

This invention relates to improvements in the surgical treatment of bone conditions of the human and other animal bone systems and, more particularly, to an inflatable balloon-like device for use in treating such bone conditions. Osteoporosis, avascular necrosis and bone cancer are diseases of bone that predispose the bone to fracture or collapse. There are 2 million fractures each year in the United States, of which about 1.3 million are caused by osteoporosis. Avascular necrosis and bone cancers are more rare but can cause bone problems that are currently poorly addressed.

### BACKGROUND OF THE INVENTION

In U.S. Pat. Nos. 4,969,888 and 5,108,404, an apparatus and method are disclosed for the fixation of fractures or other conditions of human and other animal bone systems, both osteoporotic and non-osteoporotic. The apparatus and method are especially suitable for use in the fixation of, but not limited to, vertebral body compression fractures, Colles fractures and fractures of the proximal humerus.

The method disclosed in these two patents includes a series of steps which a surgeon or health care provider can perform to form a cavity in pathological bone (including but not limited to osteoporotic bone, osteoporotic fractured metaphyseal and epiphyseal bone, osteoporotic vertebral bodies, fractured osteoporotic vertebral bodies, fractures of vertebral bodies due to tumors especially round cell tumors, avascular necrosis of the epiphyses of long bones, especially avascular necrosis of the proximal femur, distal femur and proximal humerus and defects arising from endocrine conditions).

The method further includes an incision in the skin (usually one incision, but a second small incision may also be required if a suction egress is used) followed by the placement of a guide pin which is passed through the soft tissue down to and into the bone.

The method further includes drilling the bone to be treated to form a cavity or passage in the bone, following which an inflatable balloon-like device is inserted into the cavity or passage and inflated. The inflation of the inflatable device causes a compacting of the cancellous bone and bone marrow against the inner surface of the cortical wall of the bone to further enlarge the cavity or passage. The inflatable device is then deflated and then is completely removed from the bone. A smaller inflatable device (a starter balloon) can be used initially, if needed, to initiate the compacting of the bone marrow and to commence the formation of the cavity or passage in the cancellous bone and marrow. After this has occurred, a larger, inflatable device is inserted into the cavity or passage to further compact the bone marrow in all directions.

A flowable biocompatible filling material, such as methylmethacrylate cement or a synthetic bone substitute, is then directed into the cavity or passage and allowed to set to a hardened condition to provide structural support for the bone. Following this latter step, the insertion instruments are removed from the body and the incision in the skin is covered with a bandage.

While the apparatus and method of the above patents provide an adequate protocol for the fixation of bone, it has been found that the compacting of the bone marrow and/or the trabecular bone and/or cancellous bone against the inner surface of the cortical wall of the bone to be treated can be significantly improved with the use of inflatable devices that incorporate additional engineering features not heretofore described and not properly controlled with prior inflatable devices in such patents. A need has therefore arisen for improvements in the shape, construction and size of inflatable devices for use with the foregoing apparatus and method, and the present invention satisfies such need.

Prior Techniques for the Manufacture of Balloons for In-Patient Use

A review of the prior art relating to the manufacture of balloons shows that a fair amount of background information has been amassed in the formation of guiding catheters which are introduced into cardiovascular systems of patients through the brachial or femoral arteries. However, there is a scarcity of disclosures relating to inflatable devices used in bone, and none for compacting bone marrow in vertebral bodies and long bones.

In a dilatation catheter, the catheter is advanced into a patient until a balloon is properly positioned across a lesion to be treated. The balloon is inflated with a radiopaque liquid at pressures above four atmospheres to compress the plaque of the lesion to thereby dilate the lumen of the artery. The balloon can then be deflated, then removed from the artery so that the blood flow can be restored through the dilated artery.

A discussion of such catheter usage technique is found and clearly disclosed in U.S. Pat. No. 5,163,989. Other details of angioplasty catheter procedures, and details of balloons used in such procedures can be found in U.S. Pat. Nos. 4,323,071, 4,332,254, 4,439,185, 4,168,224, 4,516, 672, 4,538,622, 4,554,929, and 4,616,652.

Extrusions have also been made to form prism shaped balloons using molds which require very accurate machining of the interior surface thereof to form acceptable balloons for angioplasty catheters. However, this technique of extrusion forms parting lines in the balloon product which parting lines are limiting in the sense of providing a weak wall for the balloon itself.

U.S. Pat. No. 5,163,989 discloses a mold and technique for molding dilatation catheters in which the balloon of the catheter is free of parting lines. The technique involves inflating a plastic member of tubular shape so as to press it against the inner molding surface which is heated. Inflatable devices are molded into the desired size and shape, then cooled and deflated to remove it from the mold. The patent states that, while the balloon of the present invention is especially suitable for forming prism-like balloons, it can also be used for forming balloons of a wide variety of sizes and shapes.

A particular improvement in the catheter art with respect to this patent, namely U.S. Pat. No. 4,706,670, is the use of a coaxial catheter with inner and outer tubing formed and reinforced by continuous helical filaments. Such filaments cross each other causing the shaft of the balloon to become shorter in length while the moving portion of the shank becomes longer in length. By suitably balancing the lengths and the angle of the weave of the balloon and moving portions of the filaments, changes in length can be made to offset each other. Thus, the position of the inner and outer tubing can be adjusted as needed to keep the balloon in a desired position in the blood vessel.

Other disclosures relating to the insertion of inflatable devices for treating the skeleton of patients include the following:

U.S. Pat. No. 4,313,434 relates to the fixation of a long bone by inserting a deflated flexible bladder into a medullary

US 6,235,043 B1

3

cavity, inflating the balloon bladder, sealing the interior of the long bone until healing has occurred, then removing the bladder and filling the opening through which the bladder emerges from the long bone.

U.S. Pat. No. 5,102,413 discloses the way in which an inflatable bladder is used to anchor a metal rod for the fixation of a fractured long bone.

Other references which disclose the use of balloons and cement for anchoring of a prosthesis include U.S. Pat. Nos. 5,147,366, 4,892,550, 4,697,584, 4,562,598, and 4,399,814.

A Dutch patent, NL 901858, discloses a means for fracture repair with a cement-impregnated bag which is inflated into a preformed cavity and allowed to harden.

It can be concluded from the foregoing review of the prior art that there is little or no substantive information on inflatable devices used to create cavities in bone. It does not teach the shape of the balloon which creates a cavity that best supports the bone when appropriately filled. It does not teach how to prevent balloons from being spherical when inflated, when this is desired. Current medical balloons can compress bone but are too small and generally have the wrong configuration and are generally not strong enough to accomplish adequate cavity formation in either the vertebral bodies or long bones of the body.

U.S. Pat. Nos. 4,969,888 and 5,108,404 disclose a checker-shaped balloon for compressing cancellous bone, but does not provide information on how this balloon remains in its shape when inflated.

Thus, the need continues for an improved inflatable device for use with pathological bones and the treatment thereof.

## SUMMARY OF THE INVENTION

The present invention is directed to a balloon-like inflatable device or balloon for use in carrying out the apparatus and method of the above-mentioned U.S. Pat. Nos. 4,969, 888 and 5,108,404. Such inflatable devices, hereinafter sometimes referred to as balloons, have shapes for compressing cancellous bone and marrow (also known as medullary bone or trabecular bone) against the inner cortex of bones whether the bones are fractured or not.

In particular, the present invention is directed to a balloon for use in treating a bone predisposed to fracture or to collapse. The balloon comprises an inflatable, nonexpandable balloon body for insertion into said bone. The body has a predetermined shape and size when substantially inflated sufficient to compress at least a portion of the inner cancellous bone to create a cavity in the cancellous bone and to restore the original position of the outer cortical bone, if fractured or collapsed. The balloon body is restrained to create said predetermined shape and size so that the fully inflated balloon body is prevented from applying substantial pressure to the inner surface of the outer cortical bone if said bone is unfractured or uncollapsed.

In addition to the shape of the inflatable device itself, another aspect of importance is the construction of the wall or walls of the balloon such that proper inflation the balloon body is achieved to provide for optimum compression of all the bone marrow. The material of the balloon is also desirably chosen so as to be able to fold the balloon so that it can be inserted quickly and easily into a bone using a guide pin and a cannula, yet can also withstand high pressures when inflated. The balloon can also include optional ridges or indentations which are left in the cavity after the balloon has been removed, to enhance the stability of the filler. Also, the inflatable device can be made to have an optional, built-in suction catheter. This is used to remove any fat or fluid

4

extruded from the bone during balloon inflation in the bone. Also, the balloon body can be protected from puncture by the cortical bone or canula by being covered while inside the canula with an optional protective sleeve of suitable material, such as Kevlar or PET or other polymer or substance that can protect the balloon. Thus main purpose of the inflatable device, therefore, is the forming or enlarging of a cavity or passage in a bone, especially in, but not limited to, vertebral bodies.

The primary object of the present invention is to provide an improved balloon-like inflatable device for use in carrying out a surgical protocol of cavity formation in bones to enhance the efficiency of the protocol, to minimize the time prior to performing the surgery for which the protocol is designed and to improve the clinical outcome. These balloons approximate the inner shape of the bone they are inside of in order to maximally compress cancellous bone. They have additional design elements to achieve specific clinical goals. Preferably, they are made of inelastic material and kept in their defined configurations when inflated, by various restraints, including (but not limited to) use of inelastic materials in the balloon body, seams in the balloon body created by bonding or fusing separate pieces of material together, or by fusing or bonding together opposing sides of the balloon body, woven material bonded inside or outside the balloon body, strings or bands placed at selected points in the balloon body, and stacking balloons of similar or different sizes or shapes on top of each other by gluing or by heat fusing them together. Optional ridges or indentations created by the foregoing structures, or added on by bonding additional material, increases stability of the filler. Optional suction devices, preferably placed so that if at least one hole is in the lowest point of the cavity being formed, will allow the cavity to be cleaned before filling.

Among the various embodiments of the present invention are the following:

1. A doughnut (or torus) shaped balloon with an optional built-in suction catheter to remove fat and other products extruded during balloon expansion.

2. A balloon with a spherical outer shape surrounded by a ring-shaped balloon segment for body cavity formation.

3. A balloon which is kidney bean shaped in configuration. Such a balloon can be constructed in a single layer, or several layers stacked on top of each other.

4. A spherically shaped balloon approximating the size of the head of the femur (i.e. the proximal femoral epiphysis). Such a balloon can also be a hemisphere.

5. A balloon in the shape of a humpbacked banana or a modified pyramid shape approximating the configuration of the distal end of the radius (i.e. the distal radial epiphysis and metaphysis).

6. A balloon in the shape of a cylindrical ellipse to approximate the configuration of either the medial half or the lateral half of the proximal tibial epiphysis. Such a balloon can also be constructed to approximate the configuration of both halves of the proximal tibial epiphysis.

7. A balloon in the shape of sphere on a base to approximate the shape of the proximal humeral epiphysis and metaphysis with a plug to compress cancellous bone into the diaphysis, sealing it off.

8. A balloon device with optional suction device.

9. Protective sheaths to act as puncture guard members optionally covering each balloon inside its catheter.

The present invention, therefore, provides improved, inflatable devices for creating or enlarging a cavity or

US 6,235,043 B1

5

passage in a bone wherein the devices are inserted into the bone. The configuration of each device is defined by the surrounding cortical bone and adjacent internal structures, and is designed to occupy about 70–90% of the volume of the inside of the bone, although balloons that are as small as about 40% and as large as about 99% are workable for fractures. In certain cases, usually avascular necrosis, the balloon size may be as small as 10% of the cancellous bone volume of the area of bone being treated, due to the localized nature of the fracture or collapse. The fully expanded size and shape of the balloon is limited by additional material in selected portions of the balloon body whose extra thickness creates a restraint as well as by either internal or external restraints formed in the device including, but not limited to, mesh work, a winding or spooling of material laminated to portions of the balloon body, continuous or non-continuous strings across the inside held in place at specific locations by glue or by threading them through to the outside which seams in the balloon body created by bonding two pieces of body together or by bonding opposing sides of a body through glue or heat. Spherical portions of balloons may be restrained by using inelastic materials in the construction of the balloon body, or may be additionally restrained as just described. The material of the balloon is preferably a non-elastic material, such as polyethylene tetraphthalate (PET), Kevlar or other patented medical balloon materials. It can also be made of semi-elastic materials, such as silicone or elastic material such as latex, if appropriate restraints are incorporated. The restraints can be made of a flexible, inelastic high tensile strength material including, but not limited, to those described in U.S. Pat. No. 4,706,670. The thickness of the balloon wall is typically in the range of $^2/_{1000}$ths to $^{25}/_{1000}$ths of an inch, or other thicknesses that can withstand pressures of up to 250–400 psi.

A primary goal of percutaneous vertebral body augmentation of the present invention is to provide a balloon which can create a cavity inside the vertebral body whose configuration is optimal for supporting the bone. Another important goal is to move the top of the vertebral body back into place to retain height where possible, however, both of these objectives must be achieved without fracturing the cortical wall of the vertebral body. This fracture could push vertebral bone toward the spinal cord, a condition which is not to be desired.

The present invention satisfies these goals through the design of inflatable devices to be described. Inflating such a device compresses the calcium-containing soft cancellous bone into a thin shell that lines the inside of the hard cortical bone creating a large cavity.

At the same time, the biological components (red blood cells, bone progenitor cells) within the soft bone are pressed out and removed by rinsing during the procedure. The body recreates the shape of the area of unfractured vertebral body, but optimally stops at approximately 70 to 90% of the inner volume. The balloons of the present invention are inelastic, so maximally inflating them can only recreate the predetermined shape and size. However, conventional balloons become spherical when inflated. Spherical shapes will not allow the hardened bone cement to support the spine adequately, because they make single points of contact on each vertebral body surface (the equivalent of a circle inside a square, or a sphere inside a cylinder). The balloons of the present invention recreate the flat surfaces of the vertebral body by including restraints that keep the balloon in the desired shape. This maximizes the contacts between the vertebral body surfaces and the bone cement, which strengthens the spine. In addition, the volume of bone

6

cement that fills these cavities creates a thick mantle of cement (4 mm or greater), which is required for appropriate compressive strength. Another useful feature, although not required, are ridges in the balloons which leave their imprint in the lining of compressed cancellous bone. The resulting bone cement "fingers" provide enhanced stability.

The balloons which optimally compress cancellous bone in vertebral bodies are the balloons listed as balloon types 1, 2 and 3 above. These balloons are configured to approximate the shape of the vertebral body. Since the balloon is chosen to occupy 70 to 90% of the inner volume, it will not exert undue pressure on the sides of the vertebral body, thus the vertebral body will not expand beyond its normal size (fractured or unfractured). However, since the balloon has the height of an unfractured vertebral body, it can move the top, which has collapsed, back to its original position.

A primary goal of percutaneous proximal humeral augmentation is to create a cavity inside the proximal humerus whose configuration is optimal for supporting the proximal humerus. Another important goal is to help realign the humeral head with the shaft of the humerus when they are separated by a fracture. Both of these goals must be achieved by exerting pressure primarily on the cancellous bone, and not the cortical bone. Undue pressure against the cortical bone could conceivably cause a worsening of a shoulder fracture by causing cortical bone fractures.

The present invention satisfies these goals through the design of the inflatable devices to be described. Inflating such a device compresses the cancellous bone against the cortical walls of the epiphysis and metaphysis of the proximal humerus thereby creating a cavity. In some cases, depending on the fracture location, the balloon or inflatable device may be used to extend the cavity into the proximal part of the humeral diaphysis.

Due to the design of the "sphere on a stand " balloon (described as number 7 above), the cavity made by this balloon recreates or approximates the shape of the inside cortical wall of the proximal humerus. The approximate volume of the cavity made by the "spherical on a stand balloon" is 70 to 90% that of the proximal humeral epiphysis and metaphysis, primarily, but not necessarily exclusive of, part of the diaphysis. The shape approximates the shape of the humeral head. The "base" is designed to compress the trabecular bone into a "plug" of bone in the distal metaphysis or proximal diaphysis. This plug of bone will prevent the flow of injectable material into the shaft of the humerus, improving the clinical outcome. The sphere can also be used without a base.

A primary goal of percutaneous distal radius augmentation is to create a cavity inside the distal radius whose configuration is optimal for supporting the distal radius. Another important goal is to help fine tune fracture realignment after the fracture has been partially realigned by finger traps. Both of these goals must be achieved by exerting pressure primarily on the cancellous bone and not on the cortical bone. Excessive pressure against the cortical bone could conceivably cause cortical bone fractures, thus worsening the condition.

The present invention satisfies these goals through the design of inflatable devices either already described or to be described.

The design of the "humpbacked banana", or modified pyramid design (as described as number 5 above), approximates the shape of the distal radius and therefore, the cavity made by this balloon approximates the shape of the distal radius as well. The approximate volume of the cavity to be

US 6,235,043 B1

7

made by this humpbacked banana shaped balloon is 70 to 90% that of the distal radial epiphysis and metaphysis primarily of, but not necessarily exclusive of, some part of the distal radial diaphysis. Inflating such a device compresses the cancellous bone against the cortical walls of the epiphysis and metaphysis of the distal radius in order to create a cavity. In some cases, depending on the fracture location, the osseous balloon or inflatable device may be used to extend the cavity into the distal part of the radial diaphysis.

A primary goal of percutaneous femoral head (or humeral head) augmentation is to create a cavity inside the femoral head (or humeral head) whose configuration is optimal for supporting the femoral head. Another important goal is to help compress avascular (or aseptic) necrotic bone or support avascular necrotic bone is the femoral head. This goal may include the realignment of avascular bone back into the position it previously occupied in the femoral head in order to improve the spherical shape of the femoral head. These goals must be achieved by exerting pressure primarily on the cancellous bone inside the femoral head.

The present invention satisfied these goals through the design of inflatable devices either already described or to be described.

The design of the spherical osseous balloon (described as balloon type 4 above) approximates the shape of the femoral head and therefore creates a cavity which approximates the shape of the femoral head as well. (It should be noted that the spherical shape of this inflatable device also approximates the shape of the humeral head and would, in fact, be appropriate for cavity formation in this osseous location as well.) Inflating such a device compresses the cancellous bone of the femoral head against its inner cortical walls in order to create a cavity. In some cases, depending upon the extent of the avascular necrosis, a smaller or larger cavity inside the femoral head will be formed. In some cases, if the area of avascular necrosis is small, a small balloon will be utilized which might create a cavity only 10 to 15% of the total volume of the femoral head. If larger areas of the femoral head are involved with the avascular necrosis, then a larger balloon would be utilized which might create a much larger cavity, approaching 80 to 90% of the volume of the femoral head.

The hemispherical balloon approximates the shape of the top half of the femoral (and humeral) head, and provides a means for compacting cancellous bone in an area of avascular necrosis or small fracture without disturbing the rest of the head. This makes it easier to do a future total joint replacement if required.

A primary goal of percutaneous proximal tibial augmentation is to create a cavity inside the proximal tibia whose configuration is optimal for supporting either the medial or lateral tibial plateaus. Another important goal is to help realign the fracture fragments of tibial plateau fractures, particularly those features with fragments depressed below (or inferior to) their usual location. Both of these objectives must be achieved by exerting pressure on primarily the cancellous bone and not the cortical bone. Pressure on the cortical bone could conceivably cause worsening of the tibial plateau fracture.

The present invention satisfies these goals through the design of the inflatable devices to be described. Inflating such a device compresses the cancellous bone against the cortical walls of the medial or lateral tibial plateau in order to create a cavity.

Due to the design of the "elliptical cylinder" balloon (described as balloon type 6 above) the cavity made by this

8

balloon recreates or approximates the shape of the cortical walls of either the medial or lateral tibial plateaus. The approximate volume of the cavity to be made by the appropriate elliptical cylindrical balloon is 50 to 90% of the proximal epiphyseal bone of either the medial half or the lateral half of the tibial.

Other objects of the present invention will become apparent as the following specification progresses, reference being had to the accompanying drawings for an illustration of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a first embodiment of the balloon of the present invention, the embodiment being in the shape of a stacked doughnut assembly;

FIG. 2 is a vertical section through the balloon of FIG. 1 showing the way in which the doughnut portions of the balloon of FIG. 1, fit into a cavity of a vertebral body;

FIG. 3 is a schematic view of another embodiment of the balloon of the present invention showing three stacked balloons and string-like restraints for limiting the expansion of the balloon in directions of inflation;

FIG. 4 is a top plan view of a spherical balloon having a cylindrical ring surrounding the balloon;

FIG. 5 is a vertical section through the spherical balloon and ring of FIG. 4;

FIG. 6 shows an oblong-shaped balloon with a catheter extending into the central portion of the balloon;

FIG. 6A is a perspective view of the way in which a catheter is arranged relative to the inner tubes for inflating the balloon of FIG. 6;

FIG. 7 is a suction tube and a contrast injection tube for carrying out the inflation of the balloon and removal of debris caused by expansion from the balloon itself;

FIG. 8 is a vertical section through a balloon after it has been deflated and as it is being inserted into the vertebral body of a human;

FIGS. 9 and 9A are side elevational views of a cannula showing how the protective sleeve or guard member expands when leaving the cannula;

FIG. 9B is a vertical section through a vertebral bone into which an access hole has been drilled;

FIG. 10 is a perspective view of another embodiment of the balloon of the present invention formed in the shape of a kidney bean;

FIG. 11 is a perspective view of the vertebral bone showing the kidney shaped balloon of FIG. 10 inserted in the bone and expanded;

FIG. 12 is a top view of a kidney shaped balloon formed of several compartments by a heating element or branding tool;

FIG. 13 is a cross-sectional view taken along line 13—13 of FIG. 12 but with two kidney shaped balloons that have been stacked.

FIG. 14 is a view similar to FIG. 11 but showing the stacked kidney shaped balloon of FIG. 13 in the vertebral bone;

FIG. 15 is a top view of a kidney balloon showing outer tufts holding inner strings in place interconnecting the top and bottom walls of the balloon;

FIG. 16 is a cross sectional view taken along lines 16—16 of FIG. 15;

FIG. 17A is a dorsal view of a humpback banana balloon in a right distal radius;

9

FIG. 17B is a cross sectional view of FIG. 17A taken along line 17B—17B of FIG. 17A;

FIG. 18 is a spherical balloon with a base in a proximal humerus viewed from the front (anterior) of the left proximal humerus;

FIG. 19A is the front (anterior) view of the proximal tibia with the elliptical cylinder balloon introduced beneath the medial tibial plateau;

FIG. 19B is a three quarter view of the balloon of FIG. 19A;

FIG. 19C is a side elevational view of the balloon of FIG. 19A;

FIG. 19D is a top plan view of the balloon of FIG. 19A;

FIG. 20 is a spherically shaped balloon for treating avascular necrosis of the head of the femur (or humerus) as seen from the front (anterior) of the left hip; and

FIG. 20A is a side view of a hemispherically shaped balloon for treating avascular necrosis of the head of the femur (or humerus).

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

Balloons for Vertebral Bodies

A first embodiment of the balloon (FIG. 1) of the present invention is broadly denoted by the numeral 10 and includes a balloon body 11 having a pair of hollow, inflatable, non-expandable parts 12 and 14 of flexible material, such as PET or Kevlar. Parts 12 and 14 have a suction tube 16 therebetween for drawing fats and other debris by suction into tube 16 for transfer to a remote disposal location. Catheter 16 has one or more suction holes so that suction may be applied to the open end of tube 16 from a suction source (not shown).

The parts 12 and 14 are connected together by an adhesive which can be of any suitable type. Parts 12 and 14 are doughnut-shaped as shown in FIG. 1 and have tubes 18 and 20 which communicate with and extend away from the parts 12 and 14, respectively, to a source of inflating liquid under pressure (not shown). The liquid can be any sterile biocompatible solution. The liquid inflates the balloon 10, particularly parts 12 and 14 thereof after the balloon has been inserted in a collapsed condition (FIG. 8) into a bone to be treated, such as a vertebral bone 22 in FIG. 2. The above-mentioned U.S. Pat. Nos. 4,969,888 and 5,108,404 disclose the use of a guide pin and cannula for inserting the balloon into bone to be treated when the balloon is deflated and has been inserted into a tube and driven by the catheter into the cortical bone where the balloon is inflated.

FIG. 8 shows a deflated balloon 10 being inserted through a cannula 26 into bone. The balloon in cannula 26 is deflated and is forced through the cannula by exerting manual force on the catheter 21 which extends into a passage 28 extending into the interior of the bone. The catheter is slightly flexible but is sufficiently rigid to allow the balloon to be forced into the interior of the bone where the balloon is then inflated by directing fluid into tube 88 whose outlet ends are coupled to respective parts 12 and 14.

In use, balloon 10 is initially deflated and, after the bone to be filled with the balloon has been prepared to receive the balloon with drilling, the deflated balloon is forced into the bone in a collapsed condition through cannula 26. The bone is shown in FIG. 2. The balloon is oriented preferably in the bone such that it allows minimum pressure to be exerted on the bone marrow and/or cancellous bone if there is no fracture or collapse of the bone. Such pressure will compress the bone marrow and/or cancellous bone against the inner

10

wall of the cortical bone, thereby compacting the bone marrow of the bone to be treated and to further enlarge the cavity in which the bone marrow is to be replaced by a biocompatible, flowable bone material.

The balloon is then inflated to compact the bone marrow and/or cancellous bone in the cavity and, after compaction of the bone marrow and/or cancellous bone, the balloon is deflated and removed from the cavity. While inflation of the balloon and compaction occurs, fats and other debris are sucked out of the space between and around parts 12 and 14 by applying a suction force to catheter tube 16. Following this, and following the compaction of the bone marrow, the balloon is deflated and pulled out of the cavity by applying a manual pulling force to the catheter tube 21.

The second embodiment of the inflatable device of the present invention is broadly denoted by the numeral 60 and is shown in FIGS. 4 and 5. Balloon 60 includes a central spherical part 62 which is hollow and which receives an inflating liquid under pressure through a tube 64. The spherical part is provided with a spherical outer surface 66 and has an outer periphery which is surrounded substantially by a ring shaped part 68 having tube segments 70 for inflation of part 68. A pair of passages 69 interconnect parts 62 and 68. A suction tube segment 72 draws liquid and debris from the bone cavity being formed by the balloon 60.

Provision can be made for a balloon sleeve 71 for balloon 60 and for all balloons disclosed herein. A balloon sleeve 71 (FIG. 9) is shiftably mounted in an outer tube 71a and can be used to insert the balloon 60 when deflated into a cortical bone. The sleeve 71 has resilient fingers 71b which bear against the interior of the entrance opening 71c of the vertebral bone 22 (FIG. 9A) to prevent tearing of the balloon. Upon removal of the balloon sleeve, liquid under pressure will be directed into tube 64 which will inflate parts 62 and 68 so as to compact the bone marrow within the cortical bone. Following this, balloon 60 is deflated and removed from the bone cavity.

FIGS. 6 and 6A show several views of a modified doughnut shape balloon 80 of the type shown in FIGS. 1 and 2, except the doughnut shapes of balloon 80 are not stitched onto one another. In FIG. 6, balloon 80 has a pear-shaped outer convex surface 82 which is made up of a first hollow part 84 and a second hollow part 85. A tube 88 is provided for directing liquid into the two parts along branches 90 and 92 to inflate the parts after the parts have been inserted into the medullary cavity of a bone. A catheter tube 16 is inserted into the space 96 between two parts of the balloon 80. An adhesive bonds the two parts 84 and 85 together at the interface thereof.

FIG. 6A shows the way in which the catheter tube 16 is inserted into the space or opening 96 between the two parts of the balloon 80.

FIG. 7 shows tube 88 of which, after directing inflating liquid into the balloon 80, can inject contrast material into the balloon 80 so that x-rays can be taken of the balloon with the inflating material therewithin to determine the proper placement of the balloon. Tube 16 is also shown in FIG. 6, it being attached in some suitable manner to the outer side wall surface of tube 88.

Still another embodiment of the invention is shown in FIG. 3 which is similar to FIG. 1 except that it is round and not a doughnut and includes an inflatable device 109 having three balloon units 110, 112 and 114 which are inflatable and which have string-like restraints 117 which limit the expansion of the balloon units in a direction transverse to the longitudinal axes of the balloon units. The restraints are made of the same or similar material as that of the balloon

US 6,235,043 B1

11

so that they have some resilience but substantially no expansion capability.

A tube system 115 is provided to direct liquid under pressure into balloon units 110, 112 and 114 so that liquid can be used to inflate the balloon units when placed inside the bone in a deflated state. Following the proper inflation and compaction of the bone marrow, the balloon can be removed by deflating it and pulling it outwardly of the bone being treated. The restraints keep the opposed sides 77 and 79 substantially flat and parallel with each other.

In FIG. 10, another embodiment of the inflatable balloon is shown. The device is a kidney shaped balloon body 130 having a pair of opposed kidney shaped side walls 132 which are adapted to be collapsed and to cooperate with a continuous end wall 134 so that the balloon 130 can be forced into a bone 136 shown in FIG. 11. A tube 138 is used to direct inflating liquid into the balloon to inflate the balloon and cause it to assume the dimensions and location shown vertebral body 136 in FIG. 11. Device 130 will compress the cancellous bone if there is no fracture or collapse of the cancellous bone. The restraints for this action are due to the side and end walls of the balloon.

FIG. 12 shows a balloon 140 which is also kidney shaped and has a tube 142 for directing an inflatable liquid into the tube for inflating the balloon. The balloon is initially a single chamber bladder but the bladder can be branded along curved lines or strips 141 to form attachment lines 144 which take the shape of side-by-side compartments 146 which are kidney shaped as shown in FIG. 13. The branding causes a welding of the two sides of the bladder to occur since the material is standard medical balloon material, which is similar to plastic and can be formed by heat.

FIG. 14 is a perspective view of a vertebral body 147 containing the balloon of FIG. 12, showing a double stacked balloon 140 when it is inserted in vertebral bone 147.

FIG. 15 is a view similar to FIG. 10 except that tufts 155, which are string-like restraints, extend between and are connected to the side walls 152 of inflatable device 150 and limit the expansion of the side walls with respect to each other, thus rendering the side walls generally parallel with each other. Tube 88 is used to fill the kidney shaped balloon with an inflating liquid in the manner described above.

The dimensions for the vertebral body balloon will vary across a broad range. The heights (H, FIG. 11) of the vertebral body balloon for both lumbar and thoracic vertebral bodies typically range from 0.5 cm to 3.5 cm. The anterior to posterior (A, FIG. 11) vertebral body balloon dimensions for both lumbar and thoracic vertebral bodies range from 0.5 cm to 3.5 cm. The side to side (L, FIG. 11) vertebral body dimensions for thoracic vertebral bodies will range from 0.5 cm to 3.5 cm. The side to side vertebral body dimensions for lumbar vertebral bodies will range from 0.5 cm to 5.0 cm.

The eventual selection of the appropriate balloon for, for instance, a given vertebral body is based upon several factors. The anterior-posterior (A-P) balloon dimension for a given vertebral body is selected from the CT scan or plain film x-ray views of the vertebral body. The A-P dimension is measured from the internal cortical wall of the anterior cortex to the internal cortical wall of the posterior cortex of the vertebral body. In general, the appropriate A-P balloon dimension is 5 to 7 millimeters less than this measurement.

The appropriate side to side balloon dimensions for a given vertebral body is selected from the CT scan or from a plain film x-ray view of the vertebral body to be treated. The side to side distance is measured from the internal cortical walls of the side of the vertebral bone. In general, the

12

appropriate side to side balloon dimension is 5 to 7 millimeters less than this measurement by the addition of the lumbar vertebral body tends to be much wider than side to side dimension then their A-P dimension. In thoracic vertebral bodies, the side to side dimension and their A-P dimensions are almost equal.

The height dimensions of the appropriate vertebral body balloon for a given vertebral body is chosen by the CT scan or x-ray views of the vertebral bodies above and below the vertebral body to be treated. The height of the vertebral bodies above and below the vertebral body to be treated are measured and averaged. This average is used to determine the appropriate height dimension of the chosen vertebral body balloon.

Balloons for Long Bones

Long bones which can be treated with the use of balloons of the present invention include distal radius (larger arm bone at the wrist), proximal tibial plateau (leg bone just below the knee), proximal humerus (upper end of the arm at the shoulder), and proximal femoral head (leg bone in the hip).

Distal Radius Balloon

For the distal radius, a balloon 160 is shown in the distal radius 152 and the balloon has a shape which approximates a pyramid but more closely can be considered the shape of a humpbacked banana in that it substantially fills the interior of the space of the distal radius to force cancellous bone 154 lightly against the inner surface 156 of cortical bone 158.

The balloon 160 has a lower, conical portion 159 which extends downwardly into the hollow space of the distal radius 152, and this conical portion 159 increases in cross section as a central distal portion 161 is approached. The cross section of the balloon 160 is shown at a central location (FIG. 17B) and this location is near the widest location of the balloon. The upper end of the balloon, denoted by the numeral 162, converges to the catheter 88 for directing a liquid into the balloon for inflating the same to force the cancellous bone against the inner surface of the cortical bone. The shape of the balloon 160 is determined and restrained by tufts formed by string restraints 165. These restraints are optional and provide additional strength to the balloon body 160, but are not required to achieve the desired configuration. The balloon is placed into and taken out of the distal radius in the same manner as that described above with respect to the vertebral bone.

The dimensions of the distal radius balloon vary as follows:

The proximal end of the balloon (i.e. the part nearest the elbow) is cylindrical in shape and will vary from 0.5x0.5 cm to 1.8x1.8 cm.

The length of the distal radius balloon will vary from 1.0 cm to 12.0 cm.

The widest medial to lateral dimension of the distal radius balloon, which occurs at or near the distal radio-ulnar joint, will measure from 1.0 cm to 2.5 cm.

The distal anterior-posterior dimension of the distal radius balloon will vary from 0.5 to 3.0 cm.

Proximal Humerus Fracture Balloon

The selection of the appropriate balloon size to treat a given fracture of the distal radius will depend on the radiological size of the distal radius and the location of the fracture.

In the case of the proximal humerus 169, a balloon 166 shown in FIG. 18 is spherical and has a base design. It compacts the cancellous bone 168 in a proximal humerus 169. A mesh 170, embedded or laminated and/or winding, may be used to form a neck 172 on the balloon 166, and

US 6,235,043 B1

**13**

second mesh 170a may be used to conform the bottom of the base 172a to the shape of the inner cortical wall at the start of the shaft. These restraints provide additional strength to the balloon body, but the configuration can be achieved through molding of the balloon body. This is so that the cancellous bone will be as shown in the compacted region surrounding the balloon 166 as shown in FIG. 18. The cortical bone 173 is relatively wide at the base 174 and is thin-walled at the upper end 175. The balloon 166 has a feed tube 177 into which liquid under pressure is forced into the balloon to inflate it to lightly compact the cancellous bone in the proximal humerus. The balloon is inserted into and taken out of the proximal humerus in the same manner as that described above with respect to the vertebral bone.

The dimensions of the proximal humerus fracture balloon vary as follows:

The spherical end of the balloon will vary from 1.0×1.0 cm to 3.0×3.0 cm.

The neck of the proximal humeral fracture balloon will vary from 0.8×0.8 cm to 3.0×3.0 cm.

The width of the base portion or distal portion of the proximal numeral fracture balloon will vary from 0.5× 0.5 cm to 2.5×2.5 cm.

The length of the balloon will vary from 4.0 cm to 14.0 cm.

The selection of the appropriate balloon to treat a given proximal humeral fracture depends on the radiologic size of the proximal humerus and the location of the fracture.

Proximal Tibial Plateau Fracture Balloon

The tibial fracture is shown in FIG. 19A in which a balloon 180 is placed in one side 182 of a tibia 183. The balloon, when inflated, compacts the cancellous bone in the layer 184 surrounding the balloon 180. A cross section of the balloon is shown in FIG. 19C wherein the balloon has a pair of opposed sides 185 and 187 which are interconnected by restraints 188 which can be in the form of strings or flexible members of any suitable construction. The main purpose of the restraints is to make the sides 185 and 187 substantially parallel with each other and non-spherical. A tube 190 is coupled to the balloon 180 to direct liquid into and out of the balloon. The ends of the restraints are shown in FIGS. 19B and 19D and denoted by the numeral 191. The balloon is inserted into and taken out of the tibia in the same manner as that described above with respect to the vertebral bone. FIG. 19B shows a substantially circular configuration for the balloon; whereas, FIG. 19D shows a substantially elliptical version of the balloon.

The dimensions of the proximal tibial plateau fracture balloon vary as follows:

The thickness or height of the balloon will vary from 0.5 cm to 5.0 cm.

The anterior/posterior (front to back) dimension will vary from 1.0 cm to 6.0 cm.

The side to side (medial to lateral) dimension will vary from 1.0 cm to 6.0 cm.

The selection of the appropriate balloon to treat a given tibial plateau fracture will depend on the radiological size of the proximal tibial and the location of the fracture.

Femoral Head Balloon

In the case of the femoral head, a balloon 200 is shown as having been inserted inside the cortical bone 202 of the femoral head which is thin at the outer end 204 of the femur and which can increase in thickness at the lower end 206 of the femur. The cortical bone surrounds the cancellous bone

**14**

207 and this bone is compacted by the inflation of balloon 200. The tube for directing liquid for inflation purposes into the balloon is denoted by the numeral 209. It extends along the femoral neck and is directed into the femoral head which is generally spherical in configuration. FIG. 20A shows that the balloon, denoted by the numeral 200a, can be hemi-spherical as well as spherical, as shown in FIG. 20. The balloon 200 is inserted into and taken out of the femoral head in the same manner as that described with respect to the vertebral bone. The hemispherical shape is maintained in this example by bonding overlapping portions of the bottom, creating pleats 200b as shown in FIG. 20A.

The dimensions of the femoral head balloon vary as follows:

The diameter of the femoral head balloon will vary from 1.0 cm to up to 4.5 cm. The appropriate size of the femoral head balloon to be chosen depends on the radiological or CT scan size of the head of the femur and the location and size of the avascular necrotic bone. The dimensions of the hemispherical balloon are the same as those of the spherical balloon, except that approximately one half is provided.

What is claimed is:

1. A method for treating bone comprising the steps of

inserting inside bone a device comprising a body adapted to be inserted into bone and undergo expansion in cancellous bone to compact cancellous bone, the body including material that, during the expansion in cancellous bone, applies a force capable of moving fractured cortical bone, and further includes changes in thickness of the body to constrain the expansion in cancellous bone,

causing constrained expansion of the body in cancellous bone, and

compacting cancellous bone by the constrained expansion. .

2. A method for treating bone comprising the steps of

inserting inside bone a device comprising a body adapted to be inserted into bone and undergo expansion in cancellous bone to compact cancellous bone, including the body includes material that, during the expansion in cancellous bone, applies a force capable of moving fractured cancellous bone, and further includes an internal restraint coupled to an interior of the body to constrain the expansion in cancellous bone,

causing constrained expansion of the body in cancellous bone, and compacting cancellous bone by the constrained expansion.

3. A method according to claim 2

wherein the internal restraint includes mesh material.

4. A method according to claim 2

wherein the internal restraint includes string material.

5. A method according to claim 2

wherein the internal restraint includes a woven material.

6. A method according to claim 2

wherein the internal restraint includes a seam.

7. A method according to claim 2

wherein the internal restraint includes an essentially non-elastic material.

8. A method for treating bone comprising the steps of

inserting inside bone a device comprising a body adapted to be inserted into bone and undergo expansion in cancellous bone to compact cancellous bone, the body including material that, during the expansion in cancellous bone, applies a force capable of moving frac-

US 6,235,043 B1

**15**

tured cortical bone, and further includes an external restraint coupled to an exterior of the body to constrain the expansion in cancellous bone,

causing constrained expansion of the body in cancellous bone, and

compacting cancellous bone by the constrained expansion.

9. A method according to claim **8**

wherein the external restraint includes mesh material.

10. A method according to claim **8**

wherein the external restraint includes string material.

11. A device according to claim **8**

wherein the external restraint includes a woven material.

12. A method according to claim **8**

wherein the external restraint includes a seam.

13. A device according to claim **8**

wherein the external restraint includes an essentially non-elastic material.

14. A method according to claim **1** or **2** or **8**

wherein the material includes an essentially non-elastic material.

15. A method according to claim **1** or **2** or **8**

wherein the material includes an essentially semi-elastic material.

16. A method according to claim **1** or **2** or **8**

wherein the material includes an essentially elastic material.

17. A method for treating bone comprising the steps of inserting inside bone a device comprising a body adapted to be inserted into bone and undergo expansion in cancellous bone to compact cancellous bone, the body including at least two materials that, during the expansion in cancellous bone, apply a force capable of moving fractured cortical bone and constrain the expansion in cancellous bone,

**16**

causing constrained expansion of the body in cancellous bone, and

compacting cancellous bone by the constrained expansion.

18. A device according to claim **17**

wherein the at least two materials possess essentially similar elastic properties.

19. A device according to claim **17**

wherein the at least two materials possess essentially different elastic properties.

20. A method according to claim **1** or **2** or **8** or **17**

wherein the constrained expansion lifts vertebral end plates.

21. A method according to claim **1** or **2** or **8** or **17**

wherein the constrained expansion lifts tibial plateau depressions.

22. A method according to claim **1** or **2** or **8** or **17**

wherein the constrained expansion lifts proximal humerus depressions.

23. A method according to claim **1** or **2** or **8** or **17**

wherein the constrained expansion lifts cortical bone.

24. A method according to claim **1** or **2** or **8** or **17**

wherein the step of compacting forms a cavity.

25. A method according to claim **24**

further including the step of filling the cavity with a material.

26. A method according to claim **25**

wherein the material comprises bone cement.

27. A method according to claim **25**

wherein the material comprises synthetic bone substitute.

28. A method according to claim **25**

wherein the material comprises a flowable material that sets to a hardened condition.

\* \* \* \* \*

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:00-cv-00564-JJF**

Chase Manhattan v. Iridium Africa Corp., et al        Date Filed: 06/09/2000
Assigned to: Honorable Joseph J. Farnan, Jr.           Jury Demand: Defendant
Demand: $0                                             Nature of Suit: 190 Contract: Other
Cause: 28:1332 Diversity-Contract Default              Jurisdiction: Diversity

## Plaintiff

**Chase Manhattan Bank**          represented by **Stephen E. Jenkins**
*as Collateral Agent*                            Ashby & Geddes
                                                 222 Delaware Avenue
                                                 P.O. Box 1150
                                                 Wilmington, DE 19899
                                                 (302) 654-1888
                                                 Email: sjenkins@ashby-
                                                 geddes.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

V.

## Defendant

**Iridium Africa Corporation**    represented by **William J. Marsden, Jr.**
                                                 Fish & Richardson, P.C.
                                                 919 N. Market Street, Suite 1100
                                                 P.O. Box 1114
                                                 Wilmington, DE 19899-1114
                                                 (302) 652-5070
                                                 Email: marsden@fr.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

## Defendant

**Iridium Canada Inc.**           represented by **David C. McBride**
*TERMINATED: 11/06/2003*                         Young, Conaway, Stargatt &
                                                 Taylor
                                                 The Brandywine Building
                                                 1000 West Street, 17th Floor
                                                 P.O. Box 391
                                                 Wilmington, DE 19899-0391

(302) 571-6600
Email: dmcbride@ycst.com
*TERMINATED: 11/06/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Iridium China (Hong Kong)**
**Ltd.**

represented by **Barry M. Klayman**
Wolf, Block, Schorr and Solis-
Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite
1001
Wilmington, DE 19801
(302) 777-0313
Fax: (302) 778-7813
Email: bklayman@wolfblock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jesse A. Finkelstein**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
*TERMINATED: 04/06/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Iridium India Telecom Limited**
*TERMINATED: 11/14/2000*

**Defendant**

**Iridium Middle East**
**Corporation**

represented by **William J. Marsden, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Iridium SudAmerica**

represented by **Francis G.X. Pileggi**

**Corporation**
*TERMINATED: 03/10/2004*

Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
Email: fpileggi@foxrothschild.com
*TERMINATED: 11/27/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Khrunichev State Research and Production Space Center**

represented by **William J. Marsden, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Korea Mobile Telecommunications Corporation**
*TERMINATED: 09/19/2002*

represented by **Samuel A. Nolen**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: nolen@rlf.com
*TERMINATED: 09/19/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lockheed Martin Corporation**
*TERMINATED: 05/02/2002*

represented by **Samuel A. Nolen**
(See above for address)
*TERMINATED: 05/02/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Motorola Inc.**
*TERMINATED: 03/07/2003*

represented by **Richard K. Herrmann**
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor

P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Email:
rherrmann@morrisjames.com
*TERMINATED: 03/07/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nippon Iridium (Bermuda)
Limited**

represented by **Joseph R. Slights, III**
Morris, James, Hitchens &
Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
*TERMINATED: 10/03/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**P. Clarkson Collins, Jr.**
Morris, James, Hitchens &
Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pacific Electric Wire & Cable
Co., Ltd.**

represented by **John S. Spadaro**
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805
(302) 472-8100
Email: jspadaro@msllaw.com
*TERMINATED: 09/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan L. Parshall**

Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805
(302) 472-8100
Email: jonp@msllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Raytheon Company**
*TERMINATED: 05/02/2002*

represented by **Samuel A. Nolen**
(See above for address)
*TERMINATED: 05/02/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sprint Iridium Inc.**

represented by **Victor F. Battaglia, Sr.**
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Email: victorsr@batlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**STET-Societa Finanziaria**
**Telefonica per Azioni**
*TERMINATED: 03/01/2005*

represented by **Samuel A. Nolen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thai Satellite**
**Telecommunications Co., Ltd.**
*TERMINATED: 11/14/2000*

**Defendant**

**Vebacom Holdings Inc**

represented by **Joseph R. Slights, III**

H

US006241734B1

## (12) United States Patent
### Scribner et al.

(10) Patent No.: **US 6,241,734 B1**
(45) Date of Patent: **Jun. 5, 2001**

(54) **SYSTEMS AND METHODS FOR PLACING MATERIALS INTO BONE**

(75) Inventors: **Robert M. Scribner**, Los Altos; **Michael L. Reo**, Redwood City; **Mark A. Reiley**, Piedmont; **Ryan Boucher**, San Francisco, all of CA (US)

(73) Assignee: **Kyphon, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/134,323**

(22) Filed: **Aug. 14, 1998**

(51) Int. Cl.$^7$ ................................................... **A61B 17/58**
(52) U.S. Cl. ................................................ **606/93**; 606/94
(58) Field of Search ............................... 606/93, 92, 94, 606/95, 96, 100, 102, 105, 192, 193.7, 194

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,005,527 * 2/1977 Wilson et al. ...................... 33/111

| | | |
|---|---|---|
| 4,919,153 | 4/1990 | Chin . |
| 5,013,318 | 5/1991 | Spranza, III . |
| 5,171,248 | 12/1992 | Ellis . |
| 5,468,245 | 11/1995 | Vargas, III . |
| 5,514,137 * | 5/1996 | Coutts ..................................... 606/62 |
| 5,658,310 * | 8/1997 | Berger ..................................... 606/192 |
| 5,989,260 * | 11/1999 | Yao ......................................... 606/102 |
| 5,997,581 * | 12/1999 | Khalili ..................................... 623/23 |

* cited by examiner

Primary Examiner—Henry J. Recia
Assistant Examiner—Lien Ngo
(74) Attorney, Agent, or Firm—Ryan Kromholz & Manjon, S.C.

(57) **ABSTRACT**

Systems and methods for delivering material into bone deploy a cannula through soft tissue to establish a subcutaneous path into bone. A material is introduced into bone through the cannula. The systems and methods advance a tamping instrument through the cannula to urge material residing in the cannula into bone. The introducing step delivers material at a pressure no greater than about 360 psi.

**21 Claims, 19 Drawing Sheets**



**FIG. 1**

U.S. Patent

Jun. 5, 2001

Sheet 1 of 19

US 6,241,734 B1

U.S. Patent

Jun. 5, 2001

Sheet 2 of 19

US 6,241,734 B1



FIG. 2

U.S. Patent

Jun. 5, 2001

Sheet 3 of 19

US 6,241,734 B1



*FIG. 3*



U.S. Patent

Jun. 5, 2001

Sheet 4 of 19

US 6,241,734 B1

U.S. Patent

Jun. 5, 2001

Sheet 5 of 19

US 6,241,734 B1



*FIG. 5*

*FIG. 6*



*FIG. 7*

*FIG. 8*





U.S. Patent

Jun. 5, 2001

Sheet 8 of 19

US 6,241,734 B1



*FIG. 12*

*FIG. 13*

U.S. Patent

Jun. 5, 2001

Sheet 9 of 19

US 6,241,734 B1



*FIG.14*

*FIG. 15*

U.S. Patent    Jun. 5, 2001    Sheet 10 of 19    US 6,241,734 B1



*FIG. 17*

*FIG. 16*

U.S. Patent

Jun. 5, 2001

Sheet 11 of 19

US 6,241,734 B1



FIG. 18

FIG. 19

U.S. Patent

Jun. 5, 2001

Sheet 12 of 19

US 6,241,734 B1



FIG. 20

FIG. 21



*FIG. 22*

*FIG. 23*

*FIG. 24*

U.S. Patent     Jun. 5, 2001     Sheet 14 of 19     US 6,241,734 B1



FIG. 25

FIG. 26

U.S. Patent    Jun. 5, 2001    Sheet 15 of 19    US 6,241,734 B1



FIG. 27

FIG. 28

FIG. 29

U.S. Patent

Jun. 5, 2001

Sheet 16 of 19

US 6,241,734 B1



U.S. Patent

Jun. 5, 2001

Sheet 17 of 19

US 6,241,734 B1



**FIG. 33**

U.S. Patent

Jun. 5, 2001

Sheet 18 of 19

US 6,241,734 B1



*FIG 34*

*FIG. 35*



U.S. Patent

Jun. 5, 2001

Sheet 19 of 19

US 6,241,734 B1

FIG. 36

FIG. 37

US 6,241,734 B1

1

## SYSTEMS AND METHODS FOR PLACING MATERIALS INTO BONE

### FIELD OF THE INVENTION

The invention generally relates to the treatment of bone conditions in humans and other animals.

### BACKGROUND OF THE INVENTION

Injection devices similar to a household caulking gun are used to inject bone cement into bone. A typical bone cement injection device has a pistol-shaped body, which supports a cartridge containing bone cement. A trigger actuates a spring-loaded ram, which forces a volume of bone cement in a viscous condition through a suitable nozzle and into the interior of a bone targeted for treatment. According to the teachings of U.S. Patent Nos. 4,969,888 and 5,108,404, a cavity can be first formed by compacting cancellous bone inside the bone, into which the bone cement is injected. Conventional cement injection devices provide no opportunity to override the spring action and quickly terminate the flow of cement, should the cavity fill before the spring-actuated load cycle is completed. Furthermore, once the spring-actuated mechanism is triggered, conventional cement injection devices do not permit the injection volume or inject rate to be adjusted or controlled in real time, in reaction to cancellous bone volume and density conditions encountered inside bone.

In a clinical procedure called vertebroplasty, bone cement is injected at high pressure (typically, about 700 psi) into the interior of a vertebral body, without the prior formation of a cavity. Because high pressure is used, there is little opportunity to quickly and accurately adjust cement flow in reaction to bone volume and density conditions encountered. Momentum generated by high pressure-induced cement flow continues to propel cement into the targeted bone site even after termination of the high pressure.

As a result of the relatively high pressure that conventional procedures rely upon, coupled with the effective lack of a short response time, the targeted bone interior can suddenly overfill. Excess filling material can be forced outside the bone interior, and into adjoining tissue regions, where the presence of filling material is not required or desired.

For these and other reasons, there is a need for new systems and methods for placing material into bones, with greater rate and volume control, a faster response time, and without requiring the use of high pressure.

### SUMMARY OF THE INVENTION

The invention provides instruments, systems, and methods, which, in use, enable greater control over the placement of materials into bone.

One aspect of the invention provides an instrument for tamping material into bone through a subcutaneous path. The instrument comprises a body having a length and a terminus. The body includes markings located along the length at increments from the terminus. The markings allow the physician to gauge the position of the instrument in the subcutaneous path, as material is being tamped into bone. In particular, the markers allow the physician to tell at a glance the location of the terminus, in terms of how far beyond or short of the end of the subcutaneous path it is.

In one embodiment, the instrument is used by deploying a cannula to establish a subcutaneous path into bone. A material is introduced into bone through the cannula. The

2

terminus of the instrument is advanced through the cannula to urge material residing in the cannula into bone.

Another aspect of the invention provides an apparatus for introducing material into bone through a subcutaneous cannula. The apparatus includes a delivery device to convey the material at a low delivery pressure. As used herein, a "low delivery pressure" is equivalent to the pressure at which liquid is expressed from 1 cc syringe by the application of moderate force to the syringe piston, which amounts to a pressure that is no greater than about 360 psi.

According to this aspect of the invention, the apparatus also includes a nozzle instrument capable of advancement through the subcutaneous cannula into bone. The nozzle comprises a proximal fitting to couple the nozzle instrument to the delivery device. The nozzle further comprises a nozzle terminus through which the material conveyed by the delivery device enters bone at the delivery pressure.

In one embodiment, the delivery device comprises a syringe.

In one embodiment, the apparatus further includes a tamping instrument, which is capable of advancement through the subcutaneous cannula. The tamping instrument has a tamping terminus which, during the advancement, urges material residing in the subcutaneous cannula into bone.

In one embodiment, the tamping instrument includes markings to visually gauge the advancement of the tamping terminus through the subcutaneous cannula.

In one embodiment, the apparatus is used by deploying a cannula to establish a subcutaneous path into bone. The delivery device is actuated to convey material at the delivery pressure through the nozzle terminus into bone.

Another aspect of the invention provides a tool for deployment into bone. The tool comprises a catheter tube having a distal region and an expandable structure carried by the distal region for compacting cancellous bone. The tool also includes an introducer sleeve slidably carried by the catheter tube for movement between a retracted position spaced from the expandable structure and an advanced position overlying the expandable structure. The introducer sleeve includes a tubular main body dimensioned to compress the expandable structure when the introducer sleeve is in the advanced position. A collar extends beyond the distal region of the catheter tube when the introducer sleeve is in the advanced position. The collar is dimensioned larger than the tubular main body to releasably engage an end of a cannula. Thus, the introducer sleeve both sizes and aligns the expandable structure for passage into the cannula through the end of the cannula.

Another aspect of the invention provides apparatus for introducing material into bone through a subcutaneous cannula. The apparatus includes a delivery device to convey the material at a low delivery pressure, i.e., a pressure no greater than about 360 psi. The apparatus also includes a nozzle instrument capable of advancement through the subcutaneous cannula into bone and comprising a proximal fitting to couple the nozzle instrument to the delivery device. The nozzle also includes a nozzle bore, through which the material conveyed by the delivery device enters bone at the delivery pressure. The apparatus further includes a stylet capable of advancement into the nozzle bore through the proximal fitting to close the nozzle bore and, with the nozzle instrument. Together, the nozzle and the stylet form a tamping instrument capable of advancement through the subcutaneous cannula to urge residual material from the subcutaneous cannula.

US 6,241,734 B1

3

Another aspect of the invention provides a method for delivering material into bone. The method deploys a cannula through soft tissue to establish a subcutaneous path into bone. The method introduces a material into bone through the cannula. The method advances a tamping instrument through the cannula to urge material residing in the cannula into bone.

In one embodiment, the method delivers material at a low delivery pressure, i.e., a pressure no greater than about 360 psi.

In one embodiment, the introducing step uses a manual syringe.

The material can comprise medication or a material that sets to a hardened condition e.g., bone cement, or autograft tissue, or allograft tissue, or synthetic bone substitute, or combinations thereof.

In one embodiment, the method further includes the step of deploying a cavity forming instrument through the cannula to compress cancellous bone and form a cavity. In this embodiment, the introducing and advancing steps convey material into the cavity.

Features and advantages of the inventions are set forth in the following Description and Drawings, as well as in the appended Claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plane view of a kit housing a system of functional instruments, which, in use, gain subcutaneous access to the inside of a bone to compact cancellous bone and form a cavity for therapeutic purposes;

FIG. 2 is an exploded perspective view of the kit shown in FIG. 1;

FIG. 3 is a perspective view of the subcutaneous access instrument group that forms a part of the system shown in FIG. 1;

FIG. 4A is a perspective view of the cavity forming instrument that forms a part of the system shown in FIG. 1;

FIG. 4B is a section view of the catheter tube of the cavity forming instrument, taken generally along line 4B—4B in FIG. 1;

FIG. 4C is an end view of an alternative embodiment of the cavity forming instrument shown in FIG. 4A, having a prebent stylet;

FIG. 5 is a perspective view of the material introducing instrument group that forms a part of the system shown in FIG. 1;

FIGS. 6 and 7 are, respectively, top and side views of a human vertebral body;

FIG. 8 is a top view of a vertebral body during insertion of a spinal needle instrument to begin a bone access procedure;

FIGS. 9 to 11 are top views showing subsequent steps, after insertion of the spinal needle instrument shown in FIG. 8, of inserting a guide pin instrument into the vertebral body;

FIG. 12 is a perspective view showing a subsequent step, after insertion of the guide pin instrument shown in FIGS. 9 to 11, which deploys an obturator instrument deployed over the guide pin instrument with aid of a handle;

FIG. 13 is a top view of the vertebral body, with the obturator instrument shown in FIG. 12 deployed;

FIG. 14 is a perspective view showing a subsequent step, after insertion of the obturator instrument shown in FIG. 12, which uses the handle shown in FIG. 12 to aid in the deployment of a cannula instrument over the obturator instrument;

4

FIG. 15 is a top view of the vertebral body, with the cannula instrument shown in FIG. 14 deployed;

FIG. 16 is a perspective view showing a subsequent step, after insertion of the cannula instrument shown in FIG. 14, which removes the obturator instrument from the cannula instrument, to leave the cannula instrument and guide pin instrument in place;

FIG. 17 is a top view of the vertebral body, after the obturator removal step shown in FIG. 16, leaving the cannula instrument and guide pin instrument in place;

FIG. 18 is a perspective view showing a subsequent step, after removal of the obturator instrument shown in FIG. 16, which uses the handle shown in FIG. 14 to aid in the deployment of a drill bit instrument through the cannula instrument along the guide pin instrument;

FIG. 19 is a top view of the vertebral body, as the drill bit instrument shown in FIG. 18 is deployed with aid of the handle to open a passage into the interior volume of the vertebral body;

FIG. 20 is a perspective view showing a subsequent step, after removal of the drill bit instrument and guide pin instrument shown in FIG. 18, of deploying the cavity forming instrument into the vertebral body;

FIG. 21 is a top view of the vertebral body, as the expandable structure carried by the cavity forming instrument shown in FIG. 20 is deployed into the interior volume of the vertebral body;

FIG. 22 is a top view of the vertebral body, as the expandable structure shown in a collapsed condition in FIG. 21 is expanded to compact cancellous bone and form a cavity;

FIG. 23 is a top view of the vertebral body, after removal of the expandable structure, showing the cavity formed by compacting cancellous bone;

FIG. 24 is a perspective view of the syringe of the material introducing instrument group, shown in FIG. 5, being filled with a material selected for introduction into the cavity shown in FIG. 23;

FIG. 25 is a perspective view of the syringe shown in FIG. 24 being joined to a nozzle, which also forms a part of the material introducing instrument group shown in FIG. 5;

FIG. 26 is a perspective view showing the syringe and attached nozzle shown in FIG. 25 being deployed through the cannula instrument in preparation of introducing material into the cavity;

FIGS. 27 and 28 are perspective and top views, respectively, showing the syringe and attached nozzle shown in FIG. 26 in use to inject material into the cannula instrument for passage into the cavity;

FIG. 29 is a top view of the vertebral body after a measured volume of material has been injected and the syringe and attached nozzle withdrawn from the cannula instrument;

FIG. 30 is a top view showing the deployment of a tamping instrument, which forms a part of the material introducing instrument group shown in FIG. 5, being deployed in the cannula instrument;

FIG. 31 is a top view showing advancement of the tamping instrument in the cannula instrument to displace and distribute material from the cannula instrument into the cavity;

FIG. 32 is a top view of the vertebral body after removal of the tamping instrument and cannula instrument, showing the cavity, now filled with the material;

5                                          6

FIG. 33 is a perspective view of a reduced diameter cannula instrument and associated reduced diameter material introducing instruments, which embody features of the invention;

FIG. 34 is a perspective view of a cavity forming instrument having an expandable cavity forming structure, which, in use, is deployed using the reduced diameter cannula instrument shown in FIG. 33, the cavity forming instrument having a sliding introducer sleeve shown in its rearward position;

FIG. 35 is a perspective view of the cavity forming instrument shown in FIG. 34, with the introducer sleeve moved forward to overlie and compress the expandable cavity forming structure;

FIG. 36 is a perspective view of the cavity forming structure shown in FIG. 35, with the introducer sleeve (shown partially in section) coupled to the proximal end of the cannula instrument, to guide the expandable cavity compressed within the sleeve into the reduced diameter cannula instrument without damage; and

FIG. 37 is a perspective view of the cavity forming structure shown in FIG. 36, after the expandable structure has been guided by the introducer sleeve into the cannula instrument and is being advanced through the cannula instrument for deployment in bone.

The invention may be embodied in several forms without departing from its spirit or essential characteristics. The scope of the invention is defined in the appended claims, rather than in the specific description preceding them. All embodiments that fall within the meaning and range of equivalency of the claims are therefore intended to be embraced by the claims.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

FIGS. 1 and 2 show a system 10 of functional instruments. In use, certain instruments of the system 10 are deployed in a purposeful manner to penetrate tissue and gain subcutaneous access to the inside of a bone. Inside bone, other instruments of the system 10 are deployed to form a cavity in cancellous bone, into which a material is placed for therapeutic purposes.

In the illustrated embodiment, the system 10 is arranged as a prepackage kit 12 in three functional instrument groups 14, 16, and 18. The first group 14 (which FIG. 3 shows outside the kit 12) comprises instruments whose purpose is to gain subcutaneous access to a bone interior. The second group 16 (which FIG. 4 shows outside the kit 12) comprises an instrument whose function is to create a cavity in cancellous bone. The third group 18 (which FIG. 5 shows outside the kit 12) comprises instruments whose function is to introduce a material into the bone.

The kit 12 can take various forms. In the illustrated embodiment, the kit 12 comprises a sterile, wrapped assembly.

Further details of each functional instrument group 14, 16, and 18 and the kit 12 follow.

I. The Subcutaneous Access Instrument Group

The number and type of instruments in the group 14 can vary. FIG. 3 shows five representative instruments, each having a different size and function.

A. The Spinal Needle and Guide Pin

As FIG. 3 shows, one instrument comprises a conventional spinal needle assembly 20 and a guide pin instrument 26.

In use, the spinal needle assembly 20 establishes the initial subcutaneous path leading to the targeted treatment site. The guide pin instrument 26 is deployed through this path, followed by progressively larger instruments, as will be described later.

The spinal needle assembly 20 comprises a stylet 22, which is slidably deployed within a stylus 24. The stylus 24 typically has, for example, about an eleven gauge diameter. Other gauge diameters can be used, according to the gauge of the guide pin instrument 26 used.

In use, the guide pin instrument 26 is deployed through the subcutaneous path established by the spinal needle assembly 20, by exchange with the needle stylet 22. The guide pin instrument 26 serves to guide the establishment of the main operative pathway to the targeted treatment site.

The remaining instruments 28, 30, and 32 in the group 14 share some common features, although they are intended, in use, to perform different functions. These instruments 28, 30, and 32 are each made of a rigid, surgical grade plastic or metal material. These instruments 28, 30, and 32 each comprises an elongated, cylindrical body having a proximal end 34 and a distal end 36.

B. The Obturator Instrument

The instrument 28 functions as an obturator. Its distal end 36 is tapered to present a penetrating surface 38. In use, the surface 38 is intended to penetrate soft tissue in response to pushing or twisting forces applied by the physician at the proximal end 34.

The proximal end 34 of the obturator instrument 28 presents a flanged surface 40, which tapers from a larger outer diameter to a smaller outer diameter in the direction of the proximal end 34. The flanged surface 40 includes an array of circumferentially spaced teeth 42.

An interior lumen 44 extends through the obturator instrument 28 from the distal end 36 to the proximal end 34. The interior lumen 44 is sized to accommodate the guide pin instrument 26, as will be described in greater detail later.

C. The Cannula Instrument

The instrument 30 functions as a cannula or guide sheath. The cannula instrument 30 is somewhat larger in diameter than and not as long as the obturator instrument 28. The cannula instrument 30 includes an interior lumen 46 that extends from its distal end 36 to its proximal end 34. The interior lumen 46 is sized to accept the obturator instrument 28. The size of the interior lumen 46 permits a physician to slide and rotate the cannula instrument 30 relative to the obturator instrument 28, and vice versa, as will be described in greater detail later.

The distal end 36 of the cannula instrument 30 presents an end surface 48. In use, the end surface 48 of the cannula instrument 30 is intended to penetrate soft tissue surrounding the obturator instrument 28 in response to pushing or twisting forces applied at the proximal end 34.

The proximal end 34 carries an enlarged fitting 50. The fitting 50 tapers from a larger diameter to a smaller diameter in the direction of the proximal end 34. Like the tapered flange 40 on the obturator instrument 28, the tapered fitting 50 has an array of circumferentially spaced teeth 52. The tapered fitting 50 of the cannula instrument 30 possesses a larger maximum outer diameter than the maximum outer diameter of the tapered flange 40 of the obturator instrument 28.

The cannula instrument 30 includes measured markings 118 along its length (see FIG. 3). The measured markings 118 gauge the depth of insertion. The markings 118 can be

US 6,241,734 B1

7                                                          8

placed, for example, at one centimeter intervals. As FIG. 3 shows, the markings 118 can be consecutively numbered, beginning at the distal end 36, so that the physician can ascertain the insertion depth at a glance.

D. The Drill Bit Instrument

The instrument 32 functions as a drill bit. The drill bit instrument 32 has generally the same physical dimensions as the obturator instrument 28. Like the obturator instrument 28, the drill bit instrument 32 is intended, in use, to fit for sliding and rotational movement within the interior lumen 46 of the cannula instrument 30.

The distal end 36 of the drill bit instrument 32 includes machined cutting edges 54. In use, the cutting edges 54 are intended to penetrate hard tissue in response to rotation and longitudinal load forces applied at the proximal end 34 of the drill bit instrument 32.

The proximal end 34 presents a tapered flange 56, which is substantially identical to the flange 40 on the obturator instrument 28. Like the obturator instrument 28, the tapered flange 56 changes from a larger diameter to a smaller diameter in the direction of the proximal end 34. The tapered flange 56 of the drill bit instrument 32 also includes an array of circumferentially spaced teeth 58. The form and orientation of the teeth 58 on the drill bit instrument 32 correspond to the form and orientation of the teeth 42 on the obturator instrument 28.

E. The Handle

The group includes a handle 60. The handle 60 engages the functional instruments 28, 30, and 32 in a removable, slip fit fashion to aid a physician in manipulating the instruments during use.

The handle 60 is made from a molded or cast rigid plastic or metal material. The handle 60 is shaped to be comfortably and securely grasped by a normal human hand. The shape and size to accommodate this function can, of course, vary. In the illustrated embodiment, the handle 60 is elongated along a main axis to fit comfortably across the palm of the hand.

The handle 60 includes a center post 62, which is integrally molded to the handle 60 about its geometric center. The center post 62 extends downward to give the handle 60 a general T-shape.

The handle 60 includes two interior cavities or sockets 64 and 66 in the center post 62. The sockets guide the attachment between the handle 60 and the instruments 28, 30, and 32. The first and second sockets 64 and 66 are sized to present unique attachment sites for different functional instruments.

The first socket 64 includes an array of circumferentially spaced grooves 68, which, in form and orientation, match the teeth 42 and 58 at the proximal ends 34 of the obturator instrument 28 and the drill bit instrument 32. The first socket 64 accepts the tapered flange 40 or 56 of either the obturator instrument 28 or the drill bit instrument 32. The teeth 42 and 58 of either tapered flange 40 or 56 mesh in a slip-fit with the grooves 68 of the first socket 64. The running slip-fit allows longitudinal force to be applied to either instrument 28 or 32 through the handle 60. The running slip-fit also prevents relative rotation between either instrument 28 or 32 and the first socket 64, thereby permitting torsional or twisting forces to be applied to either instrument 28 or 32 by the handle 60, with an increased mechanical advantage.

The second socket 66 is larger than the first socket 64 and is sized to accept the larger tapered fitting 50 of the cannula instrument 30. The second socket 66 includes an array of

circumferentially spaced grooves 70, which, in form and orientation, match the teeth 52 on the tapered fitting 50. The teeth 52 of the tapered fitting 50 mesh in a slip-fit with the grooves 70 of the second socket 66. The running slip-fit allows both longitudinal and torsional forces to be applied to the cannula instrument 30 through the handle 60, with increased mechanical advantage.

As shown in phantom lines in FIG. 3, a first passage 72 extends through the top of the handle 60, through the center post 62, and into the first socket 64. The passage 72 is generally aligned with the center of the first socket 64 and is sized to pass the guide pin instrument 26 (see FIG. 12).

Likewise, as also shown in phantom lines in FIG. 3) a second passage 74 extends through the top of the handle 60, through the center post 62, and into the second socket 66. The passage 74 is generally aligned with the center of the second socket 66 and is sized to pass the either obturator instrument 28 or the drill bit instrument 32 (see FIG. 14).

Further details of the handle 60 can be found in copending U.S. patent application Ser. No. 09/014,229, filed Jan. 27, 1998, and entitled "A Slip-Fit Handle for Hand-Held Instruments that Access Interior Body Regions."

Further details regarding the use of the handle 60 and the associated instruments 26, 28, and 30 will be provided later.

II. The Cavity Forming Instrument

As FIG. 4A shows, the group 16 includes an instrument 76, which is deployed through the cannula instrument 30 to a location inside bone (see FIG. 20). When so deployed, the instrument 76 serves to form a cavity in cancellous bone.

The instrument 76 can be constructed in various ways. In the illustrated embodiment, the instrument 76 includes a flexible catheter tube 78 having a proximal end 80 and a distal end 82. The proximal end 80 carries a handle grip 84 to facilitate gripping and maneuvering the catheter tube 78. The materials for the catheter tube 78 are selected to facilitate its advancement through the cannula instrument 30. The catheter tube 78 can be constructed, for example, using standard flexible, medical grade plastic materials, like vinyl, nylon, polyethylenes, ionomer, polyurethane, and polyethylene tetraphthalate (PET). The catheter tube 78 can also include more rigid materials to impart greater stiffness and thereby aid in its manipulation. More rigid materials that can be used for this purpose include stainless steel, nickel-titanium alloys (Nitinol™ material), and other metal alloys.

The distal end 82 of the instrument 76 carries an expandable structure 86. In the illustrated embodiment, the expandable structure 86 is made from a polyurethane or an elastomer (e.g., silicone or nylon) material. The structure 86 has been preformed to possess a desired shape by exposure to heat and pressure, e.g., through the use of conventional thermoforming techniques.

As FIG. 4B shows, the catheter body 78 includes an interior lumen 88, which communicates with the interior of the structure 86. A fitting 90 on the proximal end 80 of the catheter tube 78 (see FIG. 4B) communicates with the lumen 88. The fitting 90 couples the lumen 88 to a source 92 of fluid, e.g., sterile saline (see FIG. 21), or a radiopaque contrast medium.

The fluid is introduced from the source 92 into the structure 86 under positive pressure, causing the structure 86 to expand. During expansion inside bone, the material selected for the structure 86 preferably resists deformation, so that the expanded shape inside bone essentially corresponds to its expanded shape outside bone, i.e., when in an open air environment. This allows the physician to select in

**9**

an open air environment a structure 86 having an expanded shape desired to meet the targeted therapeutic result, with the confidence that the expanded shape inside bone will be similar in important respects. In addition to being able to expand its volume while resisting deformation inside bone, the material of the structure 86 preferable withstands abrasion, tearing, and puncture when in contact with cancellous bone.

The shape of the structure 86, when expanded inside bone, is selected by the physician, taking into account the morphology and geometry of the site to be treated. The shape of the cancellous bone to be compressed, and the local structures that could be harmed if bone were moved inappropriately, are generally understood by medical professionals using textbooks of human skeletal anatomy along with their knowledge of the site and its disease or injury. The physician is also able to select the expanded shape inside bone based upon prior analysis of the morphology of the targeted bone using, for example, plain film x-ray, fluroscopic x-ray, or MRI or CT scanning. The expanded shape inside bone is selected to optimize the formation of a cavity that, e.g., filled with a suitable material, provides support across the region of the bone being treated.

As one general guideline, in cases where the bone disease causing fracture (or the risk of fracture) is the loss of cancellous bone mass (as in osteoporosis), the selection of the expanded shape of the structure 86 inside bone should take into account that from 30% to 90% of the cancellous bone volume should be compacted. Another general guideline is the amount that the targeted fractured bone region has been displaced or depressed. The expansion of the structure 86 within the cancellous bone region inside a bone can elevate or push the fractured cortical wall back to or near its anatomic position occupied before fracture occurred.

In the illustrated embodiment (see FIG. 4A), the structure 86 possesses a preformed hour-glass or peanut shape. This shape is selected in contemplation of deploying the structure 86 in a vertebral body, as will be described in greater detail later.

To facilitate deployment of the structure 86 through the cannula instrument 30, the catheter tube 78 includes a second interior lumen 94. The lumen 94 extends from a second fitting 98 on the proximal end 80 of the catheter tube 78, through the body of the cannula tube 78, and through the interior of the structure 86 to the tip end 172 of the structure 86. The lumen 94 receives a generally stiff stylet 96, which can be made from a molded plastic or stainless steel material. The stylet 96 is inserted through the fitting 98 into the lumen 94, and includes a threaded coupling 100 to secure the stylet 96 against movement. The presence of the stylet 96 serves to keep the structure 86 in the desired distally straightened condition during passage through the cannula instrument 30 into the targeted tissue region. Once the structure 86 is free of the cannula instrument 30 and inside bone, the stylet 96 can be withdrawn (shown by arrow 174 in FIG. 4A). This returns normal flexibility to the catheter tube 78 and facilitates manipulation of the structure 86 inside bone. With the stylet 96 withdrawn, the lumen 94 can also serve as a pathway for introducing rinsing liquid or to aspirate debris from the bone.

In the illustrated embodiment, the stylet 96 is biased toward a generally straight condition. In an alternative embodiment (see FIG. 4C), a stylet 102 can have a preformed memory, to normally bend its distal region. The memory is overcome to straighten the stylet 102 when confined within the cannula instrument 30. However, as the

**10**

structure 86 and distal region of the preformed stylet 102 advance free of the cannula instrument 30, to pass into the targeted region, the preformed memory bends the distal region of the stylet 102 and thereby shifts the main axis of the expandable structure 86. The prebent stylet 102, positioned within the interior of the structure 86, aids in altering the orientation of the structure 86, bringing it into better anatomic alignment with the targeted region.

Other types of instruments that can form cavities in cancellous bone and other interior body regions are described in copending U.S. patent application Ser. No. 09/055,805, entitled "Structures and Methods for Creating Cavities in Interior Body Regions," filed Apr. 6, 1998.

III. The Material Introducing Instrument Group

The group 18 includes instruments 104, 106, and 108 which serve to convey and compact a selected material inside the cavity formed by the structure 86. The material in the cavity provides a desired therapeutic result, e.g., replacement of tissue mass, or renewed interior support for the bone, or the delivery of medication, or combinations thereof. Accordingly, the material to perform this function can be selected from among, e.g., a material that sets to a hardened condition, including bone cement, autograft tissue, allograft tissue, synthetic bone substitute, as well as a medication, or combinations thereof.

In the illustrated embodiment, the group 18 comprises material injection instruments 104 and 106 and a material tamping instrument 108, which deliver material at a low delivery pressure, i.e., a pressure no greater than about 360 psi.

A. Low Pressure Material Injection Instruments

In the illustrated embodiment, the material is injected by use of a conventional syringe 104, to which a specially designed injection nozzle 106 is coupled. A manual actuated syringe with a push plunger can be used. Alternatively, a LeVeen Inflation Syringe with threaded plunger can be used, which can be actuated manually or by use of a mechanical actuator.

In the illustrated embodiment, the syringe 104 is made from a clear plastic material. The syringe 104 includes a chamber 110, which receives the material to be injected. The material is expressed from the chamber 100 by a manually advanced syringe piston 112 (see also FIG. 25).

The injection nozzle 106 connects by a threaded connector 114 to the end of the syringe 104 9 (see also FIG. 25). In the illustrated embodiment, the nozzle 106 is made from a generally flexible, inert plastic material, such as such as polyethylene or an other suitable polymer. Alternatively, the nozzle 106 can be made from a generally rigid plastic or metal material.

The injection nozzle 106 is sized to be advanced through the cannula instrument 30 (see FIG. 26). The nozzle 106 includes measured markings 116 along its length. The markings 116 can be placed, for example, at one centimeter intervals, to correspond with the markings 118 on the cannula instrument 30, so that the relative position of the nozzle 106 within the cannula instrument 30 can be gauged. The markings 118 can, e.g., include a set point 176. Alignment of the set point 176 at the proximal end 34 of the cannula instrument 30, indicates that the distal end of the nozzle 106 is located in an aligned relationship with the distal end 36 of the cannula instrument 30. In this arrangement, the markings 118 are consecutively numbered with positive numbers proximally of the set point 176 and with negative numbers distally of the set point 176. The physician is thereby able to tell at a glance the location of the

**11**

distal end of the nozzle 106, in terms of how far beyond or short of the distal end 36 of the cannula instrument 30 it is.

In use, the distal end of the nozzle 106 is located beyond the distal end 36 of the cannula instrument 30 within the cavity formed in the targeted tissue region. As FIG. 5 shows, the distal end of the nozzle 106, when made from a plastic material, can carry at least one radiopaque marker 208, to enable remote visualization of the nozzle position within the body. The syringe 104 ejects a predetermined volume of material into the nozzle 106 in a low pressure stream into the cavity. As the material fills the cavity, the nozzle (still ejecting material) is retracted from the cavity and into the cannula instrument 30 itself. Further details of this function and result will be provided later.

B. The Material Tamping Instrument

The group 18 also includes a material tamping instrument 108. The tamping instrument 108 is made from generally rigid, inert plastic or metal material. The tamping instrument 108 is also sized to be advanced into the cannula instrument 30 (see FIG. 30). The free end 124 of the tamping instrument 108 is ribbed or contoured to facilitate gripping the instrument 108 during use.

The tamping instrument 108 includes measured markings 122 along its length. The markings 116 can be placed, for example, at one centimeter intervals, to correspond with the markings 118 on the cannula instrument 30, so that the relative position of the tamping instrument 108 within the cannula instrument 30 can be gauged. Like the nozzle 106, the markings 122 on the tamping instrument 108 includes a set point 178, which indicates when the distal end of the tamping instrument 108 aligns with the distal end 36 of the cannula instrument 30. Also like the nozzle 106, the markings 122 on the tamping instrument 108 are consecutively numbered with positive numbers proximally of the set point 178 and with negative numbers distally of the set point 178. The physician is thereby able to tell at a glance the location of the end of the tamping instrument 108, in terms of how far beyond or short of the distal end 36 of the cannula instrument 30 it is. As FIG. 5 also shows, the end of the tamping instrument 108, when made from a plastic material, can carry at least one radiopaque marker 210, so that its position can be visualized from outside the body.

After withdrawal of the nozzle 106 from the cannula instrument 30, residual material is left in the cannula instrument 30. The purpose of the tamping instrument 108 is to displace the residual material out the distal end 36 of the cannula instrument 30 and into the cavity, to thereby fill the cavity without exerting undue pressure within the bone. The tamping instrument 108 thereby serves to clear residual material from the cannula instrument 30, to assure that the desired volume of material is delivered into the cavity. The removal of residual material from the cannula instrument 30 by the tamping instrument 108 also prevents seepage of material into surrounding tissue regions upon removal of the cannula instrument 30. The tamping instrument 108 also compacts the material uniformly within the cavity, again without undue pressure. Further details of these functions and results will be discussed later.

IV. The Kit

As FIGS. 1 and 2 show, in the illustrated embodiment, the kit 12 includes an interior tray 126 made, e.g., from die cut cardboard, plastic sheet, or thermo-formed plastic material. The tray 126 includes spaced apart tabs 128, which hold the various instruments in a secure position during sterilization and storage prior to use.

When packaged as a sterile assembly, the kit 12 includes an inner wrap 130, which is peripherally sealed by heat or

**12**

the like, to enclose the tray 126 from contact with the outside environment. One end of the inner wrap includes a conventional peal-away seal 132, to provide quick access to the tray 126 at the instant of use, which preferably occurs in a sterile environment, such as within an operating room.

When packaged as a sterile assembly, the kit 12 also includes an outer wrap 134, which is also peripherally sealed by heat or the like, to enclosed the inner wrap 130. One end of the outer wrap includes a conventional peal-away seal 136, to provide access to the inner wrap 130 and its contents. The outer wrap 134 can be removed from the inner wrap in anticipation of imminent use, without compromising sterility of the contents of the kit 12.

As FIG. 2 shows, each inner and outer wrap 130 and 134 includes a peripherally sealed top sheet 138 and bottom sheet 140. In the illustrated embodiment, the top sheet 138 is made of transparent plastic film, like polyethylene or MYLAR™ material, to allow visual identification of the contents of the kit 12. The bottom sheet 140 is made from a material that is permeable to ETO sterilization gas, e.g., TYVEK™ plastic material (available from DuPont).

In the illustrated embodiment, the tray 126 presents the instruments groups 14, 16, and 18 in an ordered, organized layout, which is arranged to aid the physician in carrying out the intended procedure. For example, the layout of the tray 126 can present the instruments groups 14, 16, and 18 in top-to-bottom order, according to sequence of intended use. For example, in a typical bone access procedure (as will be demonstrated in greater detail later), the stylet 22 and stylus 24 of the spinal needle assembly 20 are deployed first, followed by the guide pin instrument 26, followed by the obturator instrument 28, then the cannula instrument 30, then the drill bit instrument 32, then the cavity forming instrument 76, then the syringe 104 and nozzle 106 instruments, and lastly the tamping instrument 108. Accordingly, the tray 126 packages these instruments and components in a top-to-bottom order, with the spinal needle assembly 20 topmost, the guide pin instrument 26 next, the obturator instrument 28 next, and so on, with the tamping instrument 108 lowermost on the tray 126.

In this layout, the handle 60 is packaged to the side of the access instrument group 14. The tray 126 can include written labels (not shown) identifying the components contained in the kit 12.

The kit 12 also preferably includes in the tray 126 directions 144 for using the contents of the kit 12 to carry out a desired procedure. An exemplary procedure which the directions 144 can describe will be explained later.

When packaged as a sterile assembly, the directions 144 can also include the statement "For Single Patient Use Only" (or comparable language) to affirmatively caution against reuse of the contents of the kit 12 whose performance characteristics and efficacy degrade after a single use. The spinal needle assembly 20, the cavity forming instrument 76, and the material introducing instruments 104, 106, and 108 should, for these reasons, be used but a single time and then discarded. The directions 144 also preferably affirmatively instruct against resterilization of at least these contents of kit 12, and also instructs the physician to dispose of at least these contents of the kit 12 upon use in accordance with applicable biological waste procedures.

The presence of the instrument groups 14, 16, and 18 packaged in the sterile kit 12 verifies to the physician that the contents are sterile and have not been subjected to prior use. The physician is thereby assured that the instrument groups meet established performance and sterility specifications.

US 6,241,734 B1

13

It should be appreciated that the various instruments contained in the kit 12 can be packaged into several, smaller functional kits. For example, a first kit can package the access instrument group 14, a second kit can package the cavity forming instrument group 16, and a third kit can package the material introduction instrument group 18. FIGS. 1 and 2 illustrate one of many different possible embodiments.

V. Illustrative Use of the System

The following describes use of the instrument groups 14, 16, and 18 packaged in the kit 12 in the context of treating bones. This is because the instruments of the groups 14, 16, and 18 can be advantageously used for this purpose. Still, it should be appreciated that one or more of the instrument groups, used alone or in association with other instruments, can perform other diagnostic or therapeutic functions in other interior regions of the body.

In particular, the instrument groups 14, 16, and 18 will described with regard to the treatment of human vertebra. It should be appreciated, however, their use is not limited to human vertebrae. The instrument groups 14, 16, and 18 can be used in association with hand-held instruments in the treatment of diverse human or animal bone types.

A. The Vertebral Body

As FIGS. 6 and 7 show, a typical vertebra 146 includes a vertebral body 148, which extends on the anterior (i.e., front or chest) side of the vertebra 146. The vertebral body 148 has the shape of an oval disk. The vertebral body 148 includes an exterior formed from compact cortical bone 150. The cortical bone 150 encloses an interior volume of reticulated cancellous, or spongy, bone 152 (also called medullary bone or trabecular bone).

The spinal cord 154 passes through the spinal canal 156 of the vertebra 146. The vertebral arch 158 surrounds the spinal canal 156. The pedicles 160 of the vertebral arch 158 adjoin the vertebral body 148. The spinous process 162 extends from the posterior of the vertebral arch 158, as do the left and right transverse processes 164.

B. Treatment of a Vertebral Body

During a typical procedure, a patient lies on an operating table. The patient can lie face down on the table, or on either side, or at an oblique angle, depending upon the physician's preference.

The physician or surgical assistant removes the outer and inner wraps 130 and 134 of the kit 12, exposing the tray 126 for use. The physician acquires the spinal needle assembly 20 from the tray 126. As FIG. 8 shows, the physician introduces the spinal needle assembly 20 into soft tissue ST in the patient's back. Under radiologic or CT monitoring, the physician advances the spinal needle assembly 20 through soft tissue down to and into the targeted vertebra 146. The physician will typically administer a local anesthetic, for example, lidocaine, through assembly 20. In some cases, the physician may prefer other forms of anesthesia.

The physician directs the spinal needle assembly 20 to penetrate the cortical bone 150 and the cancellous bone 152 of the targeted vertebral body 148. Preferably the depth of penetration is about 60% to 95% of the vertebral body 148.

FIG. 8 shows gaining access to cancellous bone through the side of the vertebral body 148, which is called posterolateral access. However, access may be indicated through a pedicle 160, which is called transpedicular access. The type of access is based upon the objectives of the treatment or for other reasons, based upon the preference of the physician.

As FIG. 9 shows, after positioning the spinal needle assembly 20 in cancellous bone 152, the physician holds the

14

stylus 24 and withdraws the stylet 22. The physician acquires the guide pin instrument 26 from the tray 126. As FIG. 10 shows, while still holding the stylus 24, the physician slides the guide pin instrument 26 through the stylus 24 and into the cancellous bone 152. The physician now removes the stylus 24 (see FIG. 11), leaving the guide pin instrument 26 deployed within the cancellous bone 152.

The physician next acquires the obturator instrument 28 and the handle 60 from the tray 126. The physician slides the obturator instrument 28 over the guide pin instrument 26, distal end first. As FIG. 12 shows, the physician slides the obturator instrument 28 through the first passage 72 and the first socket 64 of the handle 60. As FIG. 12 shows, the physician slides the handle 60 along the guide pin instrument 26 toward the tapered flange 40 of the obturator instrument 28, until achieving a running slip-fit between the first socket 64 and the tapered flange 40, in the manner previously described. The obturator instrument 28 is now ready for use.

FIG. 12 shows, the physician makes a small incision I in the patient's back. The physician twists the handle 60 while applying longitudinal force to the handle 60. In response, the surface 38 of the obturator instrument 28 rotates and penetrates soft tissue ST through the incision I. The physician may also gently tap the handle 60, or otherwise apply appropriate additional longitudinal force to the handle 60, to advance the obturator instrument 28 through the soft tissue along the guide pin instrument 26 down to the entry site (see FIG. 13). The physician can also tap the handle 60 with an appropriate striking tool to advance the surface 30 of the obturator instrument 28 into the side of the vertebral body 148 to secure its position (as FIG. 13 shows).

The physician next slides the handle 60 along the guide pin instrument 26 away from the obturator instrument 28 to disengage the tapered flange 40 from the first socket 64. The physician then proceeds to slide the handle 60 completely off the guide pin instrument 26.

The physician acquires the cannula instrument 30 from the tray 126. As FIG. 14 shows, the physician slides the cannula instrument 30 over the guide pin instrument 26, distal end first, and, further, over the obturator instrument 28, until contact between the end surface 48 and soft tissue tissue ST. The physician now slides the guide pin instrument 26 and obturator instrument 26 through the second passage 74 and second socket 66 of the handle 60. The physician slides the handle 60 toward the tapered fitting 50 of the cannula instrument 30 until a running slip-fit occurs between the second socket 66 and the tapered fitting 50, as previously described. The cannula instrument 30 is now ready for use.

As FIG. 14 shows, the physician applies appropriate twisting and longitudinal forces to the handle 60, to rotate and advance the cannula instrument 30 through soft tissue ST along the obturator instrument 28. As FIG. 15 shows, when the end surface 48 of the cannula instrument 30 contacts cortical bone, the physician can appropriately tap the handle 60 with a striking tool to advance the end surface into the side of the vertebral body 148 to secure its position.

As FIG. 16 shows, the physician now withdraws the obturator instrument 28, sliding it off the guide pin instrument 26. This leaves the guide pin instrument 26 and the cannula instrument 30 in place, as FIG. 17 shows. The physician next slides the handle 60 along the guide pin instrument 26 away from the cannula instrument 30 to disengage the tapered fitting 50 from the second socket 66. The physician then slides the handle 60 completely off the guide pin instrument 26.

The physician now acquires the drill bit instrument 32 from the tray 126. As FIG. 18 shows, the physician slides the

15

drill bit instrument 32 over the guide pin instrument 26, distal end first, through the cannula instrument 30 until contact between the machined surface 54 and bone tissue occurs. As FIG. 18 also shows, the physician next leads the guide pin instrument 26 through the first passage 72 and first socket 64 of the handle 60. The physician slides the handle 60 along the guide pin instrument 26 toward the tapered flange 56 of the drill bit instrument 32, until a running slip-fit occurs between the first socket 64 and the tapered flange 56, as previously described. The drill bit instrument 32 is now ready for use.

As shown by FIG. 18, guided by X-ray (or another external visualizing system), the physician applies appropriate twisting and longitudinal forces to the handle 60, to rotate and advance the cutting edge 54 of the drill bit instrument 32 to open a passage 166 (see FIG. 19) through the bone tissue and completely into the cancellous bone 152. The drilled passage 166 preferable extends no more than 95% across the vertebral body 148.

The physician now slides the handle 60 along the guide pin instrument 26 away from the drill bit instrument 32 to disengage the tapered flange 56 from the first socket 64. The physician, further, slides the handle 60 completely off the guide pin instrument 26.

The physician can now remove the drill bit instrument 32 and the guide pin instrument 26, leaving only the cannula instrument 30 in place. The passage 166 made by the drill bit instrument 32 remains. Subcutaneous access to the cancellous bone 152 has been accomplished.

The physician can now acquire the cavity forming instrument from the tray 126. As FIG. 20 shows, the physician can advance the expandable structure 86 through the cannula instrument 30 and passage 166 into the interior volume of the vertebral body 148, as FIG. 21 also shows. The structure 86 is in its normally collapsed and not expanded condition during deployment. The stylet 96 or 102 is inserted in the lumen 94 of the catheter tube 78 to provide added stiffness to the structure 86 while being passed through the cannula instrument 30.

As shown in phantom lines in FIG. 20, the physician can, if desired, reconnect the handle 60 to the cannula instrument 30, to help stabilize the cannula instrument 30 while deploying the structure 86. The second passage 74 of the handle accommodates the catheter tube 78 and the structure 86, when collapsed.

As FIG. 21 shows, the structure 86 is oriented in the desired way in the passage 166. As before explained, the bent stylet 102 can aid in this task. Before, during, or after the orientation process, the stylet 96 or 102 can be withdrawn (as FIG. 21 shows), to open the lumen 94 for use to pass a rinsing liquid or negative aspiration pressure.

Sterile liquid is conveyed under pressure from the source 92 through the lumen 88 into the structure 86. As FIG. 22 shows, the structure 86 expands inside bone. Expansion of the structure 86 compresses cancellous bone 152 in the vertebral body 148.

The compression forms an interior cavity 168 in the cancellous bone 152. As FIG. 23 shows, subsequent collapse and removal of the structure 86 leaves the cavity 168 in a condition to receive a filling material.

The compaction of cancellous bone 152 can also exert interior force upon cortical bone, making it possible to elevate or push broken and compressed bone back to or near its original prefracture, or other desired, condition.

16

Upon formation of the cavity 168, the physician acquires the syringe 104 and injection nozzle 106 from the kit 12. As FIG. 24 shows, the physician fills the syringe chamber 110 with the desired volume of filling material 170. As FIG. 25 shows, the physician attaches the nozzle 106 to the filled syringe 104. As FIG. 26 shows, the physician inserts the nozzle 106 a selected distance beyond the distal end 36 of the cannula instrument 30 and into the cavity, guided by the markings 116.

As shown in phantom lines in FIG. 26, the handle 60 can remain attached to the cannula instrument 30 to provide stability, as the second passage 74 of the handle accommodates the nozzle 106.

As FIG. 27 shows, the physician manually advances the piston 112 to cause the material 170 to flow through and out of the nozzle 106 and into the cavity. As material 170 fills the cavity, the physician withdraws the nozzle from the cavity and into the cannula instrument 30. The cannula instrument 30 channels the material 170 flow toward the cavity 168. As FIG. 28 shows, the cement material 170 flows in a stream into the cavity 168.

If the selected material 170 is bone cement, the cement material 170 is placed into the syringe chamber 110 shortly after it is mixed from two materials (e.g., in an external mixing device), while it is in a low viscosity, relatively free flowing liquid state, like a thin pancake batter. In time (e.g., about two minutes after mixing), the consistency of the cement material 170 will change to a substantially putty-like character.

The physician operates the syringe 104 to expel the cement material 170 from the chamber, through the nozzle 106, first into the cavity and then into the cannula instrument 30. Typically, at the end of the syringe injection process, material 170 should extend from the cavity and occupy about 40% to 50% of the cannula instrument 30.

When a desired volume of cement is expelled from the syringe 104, the physician withdraws the nozzle 106 from the cannula instrument 30, as FIG. 29 shows. The physician may first rotate the syringe 104 and nozzle 106, to break loose the material 170 in the nozzle 106 from the ejected bolus of material 170 occupying the cannula instrument 30.

The physician acquires the tamping instrument 108 from the kit 12. As FIG. 30 shows, the physician advances the tamping instrument 108 through the cannula instrument 30. As phantom lines in FIG. 30 show, the handle 60 can remain attached to the cannula instrument 30 to provide stability, as the second passage 74 of the handle accommodates the tamping instrument 108.

The distal end of the tamping instrument 108 contacts the residual volume of cement material 170 in the cannula instrument 30. As FIGS. 30 and 31 show, advancement of the tamping instrument 108 displaces progressively more of the residual material 170 from the cannula instrument 30, forcing it into the cavity 168. The flow of material 170 into the cavity 168, propelled by the advancement of the tamping instrument 108 in the cannula instrument 30, serves to uniformly distribute and compact the material 170 inside the cavity 168, without the application of undue pressure.

The use of the syringe 104, nozzle 106, and the tamping instrument 108 allows the physician to exert precise control when filling the cavity with material 170. The physician can immediately adjust the volume and rate of delivery according to the particular local physiological conditions encountered. The application of low pressure (i.e., no greater than 360 psi), which is uniformly applied by the syringe 104 and the tamping instrument 108, allows the physician to respond

17

18

to fill volume and flow resistance conditions in a virtually instantaneous fashion. The chance of overfilling and leakage of material **170** outside the cavity is significantly reduced.

When the physician is satisfied that the material **170** has been amply distributed inside the cavity **168**, the physician withdraws the tamping instrument **108** from the cannula instrument **30**. The physician preferably first twists the tamping instrument **108** to cleanly break contact with the material **170**. The handle **60** can now be removed and the cannula instrument **30** withdrawn, as FIG. **32** shows. The incision site is sutured closed. The bone treatment procedure is concluded.

Eventually the material **170**, if cement, will harden a rigid state within the cavity **168**. The capability of the vertebral body **148** to withstand loads is thereby improved.

The selected material **170** can be an autograft or allograft bone graft tissue collected in conventional ways. For example, the graft material can be in paste form, as described by Dick, "Use of the Acetabular Reamer to Harvest Autogenic Bone Graft Material: A Simple Method for Producing Bone Paste," *Archives of Orthopaedic and Traumatic Surgery* (1986), 105: 235–238, or in pellet form, as described by Bhan et al, "Percutaneous Bone Grafting for Nonunion and Delayed Union of Fractures of the Tibial Shaft, " *International Orthopaedics* (*SICOT*) (1993) 17: 310–312, both of which are incorporated herein by reference. Alternatively, the bone graft tissue can be obtained using a Bone Graft Harvester, which is commercially available from SpineTech. Using a funnel, the paste or pellet graft tissue material is loaded into the cannula instrument **30**. The tamping instrument **108** is then advanced into the cannula instrument **30** in the manner previously described, to displace the paste or pellet graft tissue material out of the cannula instrument **30** and into the cavity.

The selected material **170** can also comprise a granular bone material harvested from coral, e.g., ProOsteon™ calcium carbonate granules, available from Interpore. The granules are loaded into the cannula instrument **30** using a funnel and advanced into the cavity using the tamping instrument **108**.

The selected material **170** can also comprise demineralized bone matrix suspended in glycerol (e.g., Grafton™ allograft material available from Osteotech), or SRS™ calcium phosphate cement available from Novian. These viscous materials, like the bone cement previously described, can be loaded into the syringe **104** and injected into the cavity using the nozzle **106**, which is inserted through the cannula instrument **30** into the cavity. The tamping instrument **108** is used to displace residual material from the cannula instrument **30** into the cavity, as before described.

The selected material **170** can also be in sheet form, e.g. Collagraft™ material made from calcium carbonate powder and collagen from bovine bone. The sheet can be rolled into a tube and loaded by hand into the cannula instrument **30**. The tamping instrument **108** is then advanced through the cannula instrument, to push and compact the material in the cavity.

VI. Alternative Embodiments

The use of low pressure delivery of material **170** frees the system **10** from the need to accommodate relatively large diameter, high pressure delivery devices. The interior diameter of the cannula instrument **30** can be downsized accordingly, thereby minimizing the dimensions of the subcutaneous pathway to gain access to the targeted bone region.

Typically, when low pressure material injection instruments are used, the largest tool that the reduced-diameter cannula instrument must accommodate is the expandable cavity-forming structure **82**. The structure **82** presents a minimal profile during deployment, as it can be collapsed and, if desired, a lubricous coating may also be applied to the exterior of the structure **82** to facilitate its passage through the reduced-diameter cannula instrument.

A. Low Pressure Material Injection Instruments

FIG. 33 exemplifies low pressure material injection instruments **180** and **182** that function in association with a cannula instrument **184** having a reduced interior diameter, e.g. only about 3.4 mm or less.

One instrument **180** comprises a reduced-diameter nozzle. As FIG. 33 shows, the nozzle **180** is sized to pass through the reduced-diameter cannula instrument **184**, to thereby pass into bone in the manner previously shown in FIG. 26. The reduced-diameter nozzle **180** connects by a threaded connector **186** to the syringe **104**. For material strength, despite its reduced dimension, the nozzle **180** is preferably formed from a rigid metal material, e.g., stainless steel.

As FIG. 33 shows, the reduced-diameter nozzle **180** also includes measured markings **188** along its length, as previously described. The markings **188** include a set point **190**, as previously described, which aligns with the proximal end of the cannula instrument **184** when the distal ends of the cannula instrument **184** and the nozzle **180** align.

The other reduced diameter instrument **182** comprises a stylet, which is sized to pass through the interior bore of the nozzle **180**. The stylet **182** includes a handle **192**, which rests on the proximal connector **186** of the nozzle **180** when the stylet **182** is fully inserted into the nozzle **180**. When the handle **192** is rested, the distal ends of the stylet **182** and nozzle **180** align. The presence of the stylet **182** inside the nozzle **180** closes the interior nozzle bore.

In use, the nozzle **180** is coupled to the syringe **104** and inserted through the cannula instrument **184** into the material-receiving cavity **168** formed in cancellous bone, in the same manner shown in FIG. 26. Material in the syringe **104** is injected at low pressure through the nozzle **180** into the cavity **168**. As before explained, as the cavity **168** progressively fills with material, the nozzle **180** is withdrawn back into the cannula instrument **184**. Typically, when the injection of material is completed, material extends from the cavity **168** and occupies about 40% to 50% of the cannula instrument **184**.

At this point, the nozzle **180** can be fully withdrawn from the cannula instrument **184** and unthreaded from the syringe **104**. The stylet **182** can be advanced into the nozzle **180**, to bring the handle **192** at rest against the connector **186**, thereby clearing residual material from the nozzle **180**. The nozzle **180** and stylet can then be inserted as a nested unit into the cannula instrument **184**. Nested together, the nozzle **180** and stylet **182** form a tamping instrument. Upon advancement through the cannula instrument **184**, the nested nozzle **180** and stylet **182** displace residual material from the cannula instrument **184** into the cavity **168**, in generally the same manner as previously shown in FIGS. **30** and **31**, thereby uniformly compacting material within the cavity **168** in a controlled fashion and without undue pressure.

Alternatively, a single-piece tamping instrument, separate from the nozzle **180**, can be provided, downsized to fit through the reduced-diameter cannula instrument **184**. In this embodiment, the stylet **182** is not necessary, unless it is desired to reclaim material from the nozzle.

B. Cavity Forming Instrument

FIG. 34 shows a cavity forming instrument **194** intended to be deployed through the reduced-diameter cannula instru-

US 6,241,734 B1

**19**

ment **184**, shown in FIG. **33**. In many respects, the instrument **194** is like the instrument **76**, previously described and shown in FIG. **4A**, and common reference numerals will be assigned to common structural elements. The instrument **184** includes a flexible catheter tube **78** having a proximal end **80** and a distal end **82**. The proximal end **80** carries a handle grip **84**, and the distal end **82** carries an expandable structure **86**, which, when deployed in bone, compacts cancellous bone and forms the cavity **168**.

Unlike the previously-described instrument **76**, the instrument **194** carries an introducer sleeve **196**. The introducer sleeve **196** slides along the catheter tube **78** between the handle grip **84** and the expandable structure **86**. The introducer sleeve **196** includes a tubular main body **198** with a forward collar **200** and a rear collar **202**.

The introducer sleeve **196** normally occupies an advanced position on the instrument **194**, as shown in FIG. **35**. In this position, the main body **198** overlies and surrounds the expandable structure **86**. The main body **198** is sized to compress the structure **86** to an outside diameter that is slightly less than the interior diameter of the reduced-diameter cannula instrument **184**.

As FIG. **35** shows, when the introducer sleeve **196** occupies the advanced position, the forward collar **200** extends beyond the distal end of the compressed expandable structure **82**. As FIG. **36** shows, in this position, the forward collar **200** presents itself for engagement with the proximal end **204** of the cannula instrument **184**. The forward collar **200** is sized to have an interior diameter that makes friction-fit engagement about the proximal end **204** of the cannula instrument **184**.

As FIG. **36** shows, when it is time to deploy the expandable structure **86** through the cannula instrument **184**, the physician engages the forward collar **200** of the introducer sleeve **196** in a friction fit about the proximal end **204** of the cannula instrument **184**. As FIG. **37** shows, advancing the catheter tube **78** moves the compressed structure **86** through the main body **198** of the sleeve **196** and into the bore of the cannula instrument **184**. The engagement of the forward collar **200** about the proximal cannula end **204** aligns the axis of the structure **86** with the axis of the cannula instrument **184**, while compressing the structure **86** to a diameter smaller than the interior of the cannula instrument **184**. Upon advancement of the catheter tube **78**, the introducer sleeve **196** guides the structure **86** into the cannula instrument **194** without tearing or other damage.

Once the expandable structure **86** is advanced through the cannula instrument **184** and into bone, the physician can slide the introducer sleeve **196** rearward away from the proximal cannula end **204**, to break the friction fit between the end **204** and the forward sleeve. As FIG. **34** shows, the rear collar **202** of the sleeve **196** is sized to make a snap fit engagement about a stem **206**, which surrounds the catheter tube **78** near the handle **84**. The snap fit engagement stabilizes the position of the sleeve **196** during subsequent use and manipulation of the cavity-forming instrument **194**.

The features of the invention are set forth in the following claims.

We claim:

1. Apparatus for introducing material into bone through a subcutaneous cannula, the apparatus including a subcutaneous cannula, a delivery device to convey the material at a delivery pressure of no greater than about 360 psi, a nozzle instrument capable of advancement into the subcutaneous

**20**

cannula and comprising a proximal fitting to couple the nozzle instrument to the delivery device and a nozzle terminus through which the material conveyed by the delivery device enters bone at the delivery pressure, and a tamping instrument capable of advancement into the subcutaneous cannula and having a tamping terminus which, during the advancement, urges material residing in the subcutaneous cannula into bone.

2. Apparatus according to claim 1

wherein the nozzle instrument is made of a generally flexible material.

3. Apparatus according to claim 1

wherein the nozzle instrument is made of a generally rigid material.

4. Apparatus according to claim 1

wherein the delivery device comprises a syringe.

5. Apparatus according to claim 1

wherein the tamping instrument includes markings to visually gauge the advancement of the tamping terminus through the subcutaneous cannula.

6. Apparatus according to claim 1

wherein the tamping instrument includes at least one radiopaque marker.

7. Apparatus according to claim 1

wherein the tamping instrument is made of a generally rigid material.

8. Apparatus according to claim 1

wherein the nozzle instrument includes markings to visually gauge the advancement of the nozzle terminus through the subcutaneous cannula.

9. Apparatus according to claim 1

wherein the nozzle instrument includes at least one radiopaque marker.

10. Apparatus according to claim 1 and further including a cavity forming instrument capable of advancement through the subcutaneous cannula to compress cancellous bone.

11. Apparatus according to claim 10

wherein the cavity forming instrument includes an expandable structure.

12. Apparatus for introducing material into bone through a subcutaneous cannula, the apparatus including a subcutaneous cannula, a delivery device to convey the material at a delivery pressure of no greater than about 360 psi, a nozzle instrument capable of advancement into the subcutaneous cannula and comprising a proximal fitting to couple the nozzle instrument to the delivery device and a nozzle bore through which the material conveyed by the delivery device enters bone at the delivery pressure, and a stylet capable of advancement into the nozzle bore through the proximal fitting to close the nozzle bore and, with the nozzle instrument, forming a tamping instrument capable of advancement into the subcutaneous cannula to urge residual material from the subcutaneous cannula.

13. Apparatus according to claim 12

wherein the nozzle instrument includes markings to visually gauge the advancement of the nozzle instrument through the cannula.

14. Apparatus according to claim 12

wherein the delivery device comprises a syringe.

15. Apparatus for introducing material into bone through a subcutaneous cannula, the apparatus comprising a subcutaneous cannula, a delivery device to convey the material into the subcutaneous cannula at a delivery pressure of no greater than about 360 psi, and a tamping instrument having

US 6,241,734 B1

21

a tamping terminus which, during advancement of the tamping instrument in the subcutaneous cannula, urges material residing in the subcutaneous cannula into bone.

16. Apparatus according to claim 15

wherein the delivery device comprises a syringe.

17. Apparatus according to claim 15

wherein the tamping instrument includes markings to visually gauge the advancement of the tamping terminus through the subcutaneous cannula.

18. Apparatus according to claim 15

wherein the tamping instrument includes at least one radiopaque marker.

22

19. Apparatus according to claim 15

wherein the tamping instrument is made of a generally rigid material.

20. Apparatus according to claim 15 and further including a cavity forming instrument capable of advancement through the subcutaneous cannula to compress cancellous bone.

21. Apparatus according to claim 15

wherein the cavity forming instrument includes an expandable structure.

* * * * *