# Exhibit A

# MICHAEL R. MARKS, M.D. MBA

## CURRICULUM VITAE

**HOME ADDRESS:** 15 Partridge Lane
Weston, CT 06883

**HOME TELEPHONE:** (203) 454-4787

**BUSINESS ADDRESS:** Coastal Orthopaedics, PC
40 Cross Street #300
Norwalk, CT 06851

**BUSINESS TELEPHONE:** (203) 845-2200

**SOCIAL SECURITY NUMBER:** [redacted]

**PLACE OF BIRTH:** New York, NY

**DATE OF BIRTH:** [redacted]

**FAMILY:** Married - 1979 - Yvonne Lavender
Daughter - Jennifer Leigh - 1984
Daughter - Amy Brooke - 1988
Daughter - Kelli Amber - 1990

**EDUCATION:**

MBA -   University of Tennessee, Physician's Executive
Knoxville, TN, December 2001

M.D. -   George Washington University School of Medicine
Washington, D.C., May 1982

B.S. -   Union College - Cum Laude
Schenectady, NY, June 1978

1

**POST GRADUATE TRAINING:**

    Fellow in Spine Surgery - August 1987 - July 1988
    Cleveland Clinic Foundation, Cleveland, OH

    Orthopedic Surgery Resident - July 1983 - June 1987
    George Washington University Medical Center, Washington, D.C.

    General Surgery Intern - July 1982 - June 1983
    George Washington University Medical Center, Washington, D.C.

**ACTIVITIES/COMMITTEES:**

| | |
|---|---|
| American Academy of Orthopaedic Surgeons: | Regional Membership Committee #101, 1993, 1994<br>BOC State Orthopaedic Societies Committee, 2004- |
| Americare Volunteer: | Christmas in April 1991, 1992<br>Homefront, 1993 |
| Volunteer Physician: | Weston High School Football Program,<br>Weston, CT, 1988 – present |
| Weston Sports Complex Committee: | Member, Safety Consultant – 2002 - present<br>Goal raised $2.4M for H.S. sports complex |
| Medical Director: | Union Trust Tennis Classic, New Canaan, CT  1991 - 1994<br>First Fidelity Tennis Classic, New Canaan, CT 1995<br>First Union Tennis Classic, New Canaan, CT   1996<br>USTA Clay Court Classic, Pinehurst, NC<br>May 2-8, 1994<br>  US Clay Court Championship, Pinehurst, NC<br>  May 8-14, 1995, May 6-12, 1996<br>Northwest Airlines Legends of Time<br> Newport, RI, 1995, 1997, 1998 |
| Weston Babe Ruth Softball: | Director of Safety-     1996 - 2003<br>Asst. Coach/ Coach - 1996 - 2003 |
| Camp Physician: | Camp Mah-Kee- Nac, Lenox, MA<br>Summer 1989 (1 week)<br>Camp Danbee, Hinsdale, MA<br>Summer 1991, 1992, 1993, 1995, 2001 (1 week)<br> 1994, 1996, 1997, 1998, 1999, 2000 (2 weeks) |
| Union College Alumni: | Co-Chairperson - Fairfield County<br>Alumni Association, 1990 - 1995 |

2

|  |  |
|---|---|
|  | Member - Alumni Council, 1988 - 1993 |
| Connecticut Orthopaedic Society: | Executive Committee, 1996-2001<br>Vice-President, 2001 - 2003<br>President, 2003 - |
| Norwalk Hospital: | Assistant Chief of Staff, 2004 –<br>Board of Trustees, 2004 –<br>Medical Staff Executive Committee, Member<br>  1997 - 1999<br>Norwalk Medical Society Foundation,<br>  Board of Directors, Member, 1998 - 2002<br>Credentials Committee, Chairman, 1993 – 1996, 2002 - 2003<br>Credentials Committee, Member, 1997 - 2001<br>Surgical Infection Control Committee, 1990-1992<br>Trauma Committee, 1989 - 1992<br>Ad Hoc Committee on Physicians Assistants,<br>Norwalk Hospital, 1991<br>Encouraged universal use of pneumatic stockings to prevent deep vein thrombosis<br>Brought Advanced spinal techniques to Norwalk |
| Kyphon, Inc. | Medical Consultant and Instructor, 2002 – present |
| Oxford Health Plans: | Quality Management Committee, Member,<br>1995 - 1999<br>Board of Directors, Member 2000 – 2002<br>Physician Advisory Board 2002 - present |
| HealthMarket, Inc.: | Medical Advisory Committee, 2000 – 2003 |
| Post-Graduate: | Member, Ad Hoc Chief Residents Committee<br>George Washington University, 1986-1987<br><br>Member, Search Committee for Orthopaedic<br>Chairman, George Washington University,<br>1986-1987 |
| Medical School: | Editor, Class Yearbook, 1981-1982<br>Treasurer, Phi Delta Epsilon, 1979-1980 |
| Union College: | Editor, Freshman Record<br>Co-editor, Class Yearbook<br>Photographer, Concordiensis (Newspaper) |

3

                                      Chairman, Film Committee
                                      Chairman, Freshman Orientation
                                      Student Life Committee

**MEDICAL LICENSURE:**       Connecticut - Since 1988
                                      District of Columbia - 1984 - 1987
                                      Massachusetts - 1994 - 2002

**BOARD CERTIFICATION:**     Orthopaedic Surgery - July 1990
                                        Orthopaedic Surgery Recertified – July 1999

**PRESENT STATUS:**            Active Staff
                                        Department of Surgery
                                        Section of Orthopaedics
                                        Norwalk Hospital
                                        Norwalk, CT 06856
                                        Since August 1988

**SOCIETIES/CLUBS:**           American Medical Association, 1982
                                      American Academy of Orthopaedic Surgeons, 1986
                                      North American Spine Society, 2001
                                      American Spinal Injury Association, 1995
                                      Aspetuck Valley Country Club, Member, 1997
                                      Connecticut State Medical Society, 1988
                                      Connecticut Orthopedic Society, 1988
                                      Fairfield County Medical Society, 1988
                                      Federation of Physicians & Dentists, 1998 - 2001
                                      Norwalk Medical Society, 1988
                                      Phi Delta Epsilon, 1982
                                      National Osteoporosis Foundation - Member, 1994

**AWARDS AND HONORS:**
    Frank J. Scallon Award for Surgical Innovation, Norwalk Hospital, 2003.

Physician Executive MBA Program, Outstanding Service Award, University of Tennessee, 2001.

Magida Award Nominee, Norwalk Hospital, 1995

Frank J. Scallon Award for Surgical Innovation, Norwalk Hospital, 1993.

Malcolm S. Beinfield Award for Outstanding Clinical Instruction, 1989.

Resident's Night - Washington Orthopedic Society, 1986, First Prize: "A Dog Model for the Study of Cryosurgery and PMMA in a Tumor Cavity."

President - Delphic Society for Outstanding Service to Union College-1976-78

**PRESENTATIONS:**

Appearance on Cablevision, Channel 12, Norwalk, January 2003 – <u>12 On Health</u> Discussing Total Joint Replacement

Appearance on Cablevision, Channel 12, Norwalk, July 2003 –<u>12 On Health</u> Discussing the condition of Scoliosis

Norwalk Hospital – Health Talk – Cablevision Channel 84 – Norwalk, March 2003, Discussion of Sports Medicine

Norwalk Hospital – Health Talk – Cablevision Channel 70 – Norwalk, May 2002 Discussion of Osteoporosis and Kyphoplasty

Appearance on Cablevision, Channel 12, Norwalk, February 2002 –<u>12 On Health</u> Discussing Kyphoplasty and other current orthopaedic conditions

Norwalk Hospital – Public Service – What is Kyphoplasty? December 4, 2001

Staples High School – Back Packs and Back Pain – Keeping a Healthy Spine, September 25, 2001

Appearance on Cablevision Channel 12, Norwalk, July 2001 – Kyphoplasty in the Operating Room.

Norwalk Hospital - Worker's Compensation: Focus - The New Millennium - Panel Discussion - October 15, 1999.

Weston Middle School  - Career Day - What's It Like To Be A Doctor, March 24, 1999.

Stew Leonard's - "Osteoporosis Awareness Week", May 12, 1998

New Canaan Senior Center - Waveny Hall - "Osteoporosis- Diagnosis and Treatment, June 5, 1996.

Weston High School - Career Day - What's It Like To Be A Doctor
May 21, 1996, April 19, 1999, April 17, 2000

Westport Senior Center - "Osteoporosis - What It Means To Me",
May 21, 1996

Norwalk Senior Center Lecture Series - Roosevelt School - "Osteoporosis - How It Affects You, May 16, 1996

Appearance on Fairfield Exchange, Cablevision - Channel 12, Norwalk - Discussing Osteoporosis - New Treatments Available - May 16, 1996

Appearance on WFAN Radio discussing Dennis Byrd Spinal Cord Injury
November 30, 1992.

Appearance on Fairfield Exchange, Cablevision - Channel 12, Norwalk - Discussing Dennis Byrd Spinal Cord Injury - December 1, 1992.

**SCIENTIFIC PRESENTATIONS AND ABSTRACTS:**
1. The Medical Liability Crisis in 2003, Weston Kiwanis, May 17, 2003.
2. Scientific Trends In Spine, Kyphoplasty: Hastings Conference Center, Hartford, CT, May 10, 2003.
3. Osteoporosis: Treatment Options in 2002, Wellness for the Community, Medicine '03, Norwalk, Hospital, Norwalk, CT, October 22, 2002.
4. Surgical Innovation: Kyphoplasty, Norwalk Hospital, Department of Surgery 17th Annual Scientific Symposium, September 13, 2002, Newport, RI
5. Surgical Innovation: Kyphoplasty, University of Tennessee, PEMBA-CME lecture series, Interactive Internet Class, July 27, 2002
6. Kyphoplasty – treatment for osteoporotic compression fracture- CME course – Designs for Education – Fairfield, CT, May 24, 2001.
7. How to Treat Back Pain Surgically and Rehab It, Grand Rounds, Advanced Center For Rehabilitation Medicine, Norwalk, CT, December 5, 2000.
8. How to Treat Shoulder Pain Surgically, Grand Rounds, Advanced Center for Rehabilitation Medicine, Norwalk, CT, December 3, 1999.
9. What's New In Spinal Instrumentation, Grand Rounds, Healthsouth, Norwalk, CT, March 9, 1999.
10. Back Pain, Wellness For The Community, Medicine '98, Norwalk Hospital, Norwalk, CT, October 28, 1997.
11. Evaluating and Diagnosing Spinal Problems, Department of Medicine Grand Rounds, Norwalk Hospital, Norwalk, CT, January 11, 1996.
12. Exercise and Osteoporosis, Fitness Through the Generations; an official program of the 1995 White House Conference on the Aging, Westfield Court, Stamford, CT, February 22, 1995.

13. Fractures in Older Adults and the Social Implications, Department of Social Services, Norwalk Hospital, Norwalk CT, December 8, 1994.
14. Fractures in Older Adults, Department of Medicine, Subsection of Geriatrics, Grand Rounds, Norwalk Hospital, Norwalk, CT, November 17, 1994.
15. Oh, My Aching Back!, Wellness for the Community, Medicine '95, Norwalk Hospital, Norwalk, CT, September 27, 1994.
16. The How and Why of Spinal Instrumentation, Norwalk Hospital Operating Room, Grand Rounds, May 9, 1994.
17. Smoking and Orthopaedic conditions, Wilton Rotary Club, January 28, 1994.
18. Indications for Spinal Rodding - Rogozinski Spinal Systems, Gold Coast Chapter AORN, Norwalk, CT, November 10, 1993
19. Women's Issues - Estrogen, Menopause and Osteoporosis, Medicine '93 Lecture Series, Norwalk Hospital, Norwalk, CT, March 23, 1993.
20. The Condition of Os Odontiodeum, Department of Surgery Grand Rounds, Norwalk Hospital, Norwalk, CT, December 2, 1992
21. Spinal Instrumentation for the 1990's, Physical Therapy Grand Rounds, Norwalk Hospital, Norwalk, CT, June 3, 1992.
22. Care of the Spine - 1992, New York American Physical Therapy Association, 1992 Annual Conference, Albany, NY, May 7, 1992.
23. Low Back Pain: Non-operative Approaches for the 90's, The Saratoga Hospital, Saratoga Springs, NY, October 11, 1991.
24. Spines and Spinal Cord Trauma, Trauma Update '91, Norwalk Hospital, Norwalk, CT, April 24, 1991.
25. Orthopaedic Aspects of Osteoporosis, Osteoporosis Awareness Program, Norwalk Hospital, Norwalk, CT, November 8, 1990.
26. Low Back Pain: Causes, Diagnosis and Treatment, Medicine '90 Lecture Series, Norwalk Hospital, Norwalk, CT, April 24, 1990.
27. Low Back Pain: A Wellness Approach, Gold Coast Chapter AORN, Norwalk, CT, March 7, 1990.
28. Low Back Pain: A Comprehensive Approach to Treatment, Medical Grand Rounds, Norwalk Hospital, Norwalk, CT, January 5, 1990.
29. The Judicious Use of Tests in Evaluating Spinal Problems, Medical Grand Rounds, Norwalk Hospital, Norwalk, CT, August 1989.
30. Cervical Spine Injuries in Athletes, Department of Surgery, Norwalk Hospital, 4th Annual Meeting, Dorado Beach, Puerto Rico, June 25-28,1989.
31. Cervical Spine Injuries in Athletes - Guidelines for Returning to Competition, Cervical Spine Research Society, 16th Annual Meeting, Key Biscayne, FL, November 30-December 3, 1988.
32. Magnetic Resonance Imaging - Its Uses in Diseases of the Spine, Visiting Professor, Washington Hospital Center, Washington DC, April 26, 1988.

33. A Prospective Randomized Double-Blind Evaluation of Trigger Point Therapy in Low Back Pain, International Society for the Study of the Lumbar Spine, Bal Harbour, FL, April 13-17, 1988.

34. The Efficacy of Cortisone Injection as the Treatment for Stenosing Tenosynovitis of Thumbs and Fingers, Eastern Orthopaedic Association

7

  Meeting, Hot Springs, VA, October 14-17, 1987.
35. The Treatment of Trigger Thumb by Synovial Sheath Injection, AOA Resident's Conference, Salt Lake City, UT, March 1987; Washington Orthopaedic Society, Washington, DC, March 1987.
36. Dog Model for the Study of Cryosurgery and Polymethylmethacrylate in a Tumor Cavity, AOA Resident's Conference, Los Angeles, CA, May, 1986.

**INSTRUCTIONAL LECTURES:**

Frequent Lecturer to Physician Assistant Residents - Norwalk Hospital

 Appropriate Casting and Splinting Techniques
 October 24, 1989, January 26, 1990, September 30, 1999, April 4, 2002

 Low Back Pain: An Approach to Treatment
 April 18, 1989, April 20, 2001, November 18,2002, December 8, 2003, February 23,2004

 Fractures: Description, Diagnosis and Treatment
 January 19, 1989, May 1, 1990, May 11, 1993, October 11, 1993
 February 25, 1994, July 7, 1995, April 11, 1996, May 1997, April 1998,
 May 13, 1999, April 6, 2000, April 12, 2001, October 18, 2001, October 21, 2002,
 March 17, 2003, November 24, 2003, February 2, 2004

 Tumors of the Musculoskeletal System
 May 22, 1990

 The Judicious Use of Tests in Orthopaedics
 August 7, 1989

 Osteoporosis
 June 25, 1993

 Disease of the Back
 May 25, 1993, October 29, 1993, March 25, 1994, July 21, 1995
 April 25, 1996, May 1997, April 1998, April 20, 1999, April 28,2000,
 April 12, 2002


 Cervical Spine Problems
 June 11, 1993




**SCIENTIFIC PUBLICATIONS:**

8

1. Stahl, Michael J: <u>Encyclopedia of Health Care Management</u>, Sage Publications, Thousand Oaks, CA, 2004 – Contributor – Michael R. Marks, MD MBA

2. Marks M, Bell G and Boumphrey F: Cervical Spine Injuries and their Neurologic Implications, <u>Clinics in Sports Medicine</u>, W.B. Saunders Co., Philadelphia, Vol. 9, No. 2, April 1990.

3. Marks M, Bell G and Boumphrey F: Cervical Spine Fractures in Athletes, <u>Clinics in Sports Medicine</u>, W.B. Saunders Co., Philadelphia, Vol. 9, No. 1 January 1990.

4. Garvey T, Marks M and Wiesel S: A Prospective, Randomized, Double-Blind Evaluation of Trigger-Point Injection for Low Back Pain, <u>Spine</u>, Vol. 14, No. 9, p. 962-964.

5. Marks M and Gunther S: The Efficacy of Cortisone Injection as Treatment for Trigger Fingers and Thumbs, <u>J. Hand Surgery</u>, Vol. 14A, No. 4, p. 722-727, July 1989.

6. Marks M and Bell G: Upper Cervical Spine Instability in the Rheumatoid Patient, <u>Orthopaedic Consultation</u>, HP Publishing Co., New York, Vol. 9., No. 5, May 1988.

7. Marks M, Haas S and Wiesel S: Lower Back Injuries in the Competitive Tennis Player, <u>Clinics in Sports Medicine,</u> W. B. Saunders Co., Philadelphia, p. 277-287, April 1988.

8. Malawer M, Marks M, McChesney D, Piasio M, Gunther S and Shmookler B: Effects of Cryosurgery and Polymethylmethacrylate (PMMA) on a Tumor Cavity Using a Dog Model, <u>Limb Salvage - Musculoskeletal Oncology</u>, Enneking W, Ed, Churchill Livingston, New York 1987.

Updated March 2004