IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC., <br><br> Plaintiff, <br><br> v. <br><br> DISC-O-TECH MEDICAL TECHNOLOGIES LTD., and DISC ORTHOPAEDIC TECHNOLOGIES, INC., <br><br> Defendants. | C.A. No. 04-204-JJF |

**REVISED ORDER RE USE OF LAPTOPS IN COURTROOM 2B**

The attorneys listed below from the firm Fish & Richardson P.C. are permitted to bring laptop computers into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 2B, during the oral arguments scheduled for Tuesday, April 19, 2005, beginning at 1:00 p.m.

Counsel shall comply with the inspection provisions of the United States Marshal.

Thomas L. Halkowski

Frank E. Scherkenbach

Rama G. Elluru

**SO ORDERED** this ____ day of April, 2005.

_____
United States District Court Judge