IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYPHON INC.,

    Plaintiff,

v.

DISC-O-TECH MEDICAL
TECHNOLOGIES LTD., and DISC
ORTHOPAEDIC TECHNOLOGIES, INC.,

    Defendants.

C.A. No. 04-204-JJF

**ORDER RE USE OF LAPTOPS IN COURTROOM 4B**

The attorneys listed below from the firm Fish & Richardson P.C. are permitted to bring laptop computers into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, during the oral arguments scheduled for Tuesday, April 19, 2005, beginning at 1:00 p.m.

Counsel shall comply with the inspection provisions of the United States Marshal.

Thomas L. Halkowski

Frank E. Scherkenbach

SO ORDERED this 19 day of April, 2005.

_____
United States District Court Judge