IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYPHON INC.,

    Plaintiff,

v.

DISC-O-TECH MEDICAL
TECHNOLOGIES LTD., and DISC
ORTHOPAEDIC TECHNOLOGIES, INC.,

    Defendants.

C.A. No. 04-204-JJF

### REVISED ORDER RE USE OF LAPTOPS IN COURTROOM 2B

The attorneys listed below from the firm Fish & Richardson P.C. are permitted to bring laptop computers into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 2B, during the oral arguments scheduled for Tuesday, April 19, 2005, beginning at 1:00 p.m.

Counsel shall comply with the inspection provisions of the United States Marshal.

Thomas L. Halkowski

Frank E. Scherkenbach

Rama G. Elluru

SO ORDERED this 19 day of April, 2005.

United States District Court Judge