## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2005, I electronically filed the attached **PUBLIC VERSION – KYPHON OPPOSITIONS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE '404 AND '888 PATENTS ARE INVALID BASED ON ANTICIPATION AND/OR OBVIOUSNESS** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Maryellen Noreika
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre
1201 North Market Street, Suite 2100
P.O. Box 1347
Wilmington, DE  19899-1347

*Attorneys for Defendants
Disc-O-Tech Medical Technologies, Ltd.
and Disc Orthopaedic Technologies, Inc.*


/s/ Thomas L. Halkowski
Thomas L. Halkowski