## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2005, I electronically filed the attached **PUBLIC VERSION – KYPHON OPPOSITIONS TO DOT'S PROPOSED CLAIM CONSTRUCTION OF DISPUTED CLAIM TERMS OF U.S. PATENT NOS. 4,969,888; 5,108,404; 6,235,043 B1 AND U.S. PATENT NOS. 6,241,734 B1 & 6,613054 B2** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Maryellen Noreika
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre
1201 North Market Street, Suite 2100
P.O. Box 1347
Wilmington, DE 19899-1347

*Attorneys for Defendants
Disc-O-Tech Medical Technologies, Ltd.
and Disc Orthopaedic Technologies, Inc.*


/s/ Thomas L. Halkowski
Thomas L. Halkowski