IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYPHON INC.

         Plaintiff,

    v.

DISC-O-TECH MEDICAL
TECHNOLOGIES LTD., and DISC
ORTHOPAEDIC TECHNOLOGIES, INC.

        Defendants.

C.A. No. 04-204-JJF

**PUBLIC VERSION**

### DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF KYPHON INC'S OPPOSITIONS TO DOT'S PROPOSED CLAIM CONSTRUCTION AND MOTIONS FOR <u>SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY</u>

I, Thomas L. Halkowski, declare as follows:

1.     I am a Principal of Fish & Richardson P.C., counsel of record in this action for Kyphon Inc. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.     Exhibit 1 is confidential under the protective order and filed under seal.

3.     Exhibit 2 is confidential under the protective order and filed under seal.

4.     Exhibit 3 is confidential under the protective order and filed under seal.

5.     Attached hereto as Exhibit 4 is a true and correct copy of Exhibit 24 of Kyphon's ITC Complaint, dated April 5, 2004.

6.     Attached hereto as Exhibit 5 is a true and correct copy of Exhibit 23 of Kyphon's ITC Complaint, dated April 5, 2004.

7.     Exhibit 6 is confidential under the protective order and filed under seal.

8.     Attached hereto as Exhibit 7 is a true and correct copy of United States Patent No. 4,627,434.

9.    Exhibit 8 is confidential under the protective order and filed under seal.

10.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of Mark Reiley, M.D., dated November 3, 2004.

11.    Attached hereto as Exhibit 10 is a true and correct copy of a Patent Application No. 08,788,786, dated 1/26/94, marked KY 229071-112.

12.    Attached hereto as Exhibit 11 is a true and correct copy of a 1/23/97 Preliminary Amendment to Application No. 08,788,786, marked KY229303-307

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  April 14, 2005            /s/ Thomas L. Halkowski

1

# REDACTED DOCUMENT

2

# REDACTED DOCUMENT

3

# REDACTED DOCUMENT

**4**

# PUBLIC EXHIBIT 24

Declaration of Keith Harvie, DO, in support of Kyphon Inc.'s Complaint under Section 337 of the Tariff Act of 1930, as amended.

I, Dr. Keith Harvie, declare as follows:

1)   I am an orthopaedic surgeon practicing at Albuquerque Regional Medical Center in Albuquerque, New Mexico. I make these statements on personal knowledge and could competently testify to them if called upon to do so.

2)   On March 10, 2004, I attended the American Academy of Orthopaedic Surgeons (AAOS) Annual Meeting in San Francisco, California. Disc-O-Tech Medical Technologies Ltd. (Disc-O-Tech) had a display booth in the exhibit hall at that meeting.

3)   During the afternoon of March 10, I visited the Disc-O-Tech booth at AAOS. While there, I spoke with one of the Disc-O-Tech personnel manning the booth, who talked to me about the SKy Bone Expander device. I do not remember the name of the man I spoke to. He explained that the SKy Expander device can be used to reduce fractures, and that Disc-O-Tech recommends a "bipedicular approach" when using its SKy Expander device, that is, to use two devices to treat a single vertebra, to create an even fracture reduction. During the conversation, I asked him if the SKy Expander product is manufactured in Israel. He told me that Disc-O-Tech is based in Israel.

4)   Before I left the booth, he gave me a Disc-O-Tech brochure with a toll-free phone number on it, 800.936.6006. He said that I should contact Disc-O-Tech at that number with any other questions, and if I wanted to perform a procedure with the SKy Expander, I should call and I would be supplied with the device.

5)   On March 15, 2004, I called the 800 phone number and spoke to a Disc-O-Tech representative named Ari. We again talked about the SKy Expander device. Ari explained that the device can be used to perform kyphoplasty, and that it can be used as a substitute "instead of Kyphon's balloons." I asked him to clarify exactly where the SKy Expander is made. Ari explained that Disc-O-Tech's headquarters are in New Jersey, but the SKy Expander is manufactured in Israel.

Executed under penalty of perjury this 16th day of March, 2004 in Albuquerque, New Mexico.

_____

Dr. Keith Harvie

CURRICULUM VITAE

Keith W. Harvis, D.O.

EDUCATION

| College | Dates | Degree received |
|---|---|---|
| Yeshiva University – New York, N.Y. | 1957-1961 | (BA) biochemistry |
| Kirksville College of Osteopathic Medicine – Kirksville, Missouri | 1961-1965 | D.O. |

INTERNSHIPS AND RESIDENCIES

Rotating Internship – Grandview Hospital, 405 W. Grand Avenue, Dayton, Ohio 45405. July 1, 1965 through June 30, 1966.

Residency        – Doctors Hospital, 1087 Dennison Avenue, Columbus, Ohio 43201. Orthopedic surgery. July 1, 1966 through June 30, 1967.

Residency        – Tufts University Affiliated Hospitals. 171 Harrison Avenue, Boston, Mass. Orthopedic surgery. July 1, 1970 through December 31, 1973.

CERTIFICATIONS

Certified by American Board of Orthopedic Surgery – 1975.

Certified by American Osteopathic Board of Orthpedic Surgery-1977.

MILITARY SERVICE

United States Navy Reserve (LCDR) – 1967-1970.

PROFESSIONAL POSITIONS

1993-1995        – Executive committee member – St. Joseph Hospital – Albuquerque, New Mexico.

1990             – Chairman, Dept. of Surgery – St. Joseph Northeast Heights Hospital – Albuquerque, New Mexico.

August 1965 through 1992        – Member of the sub-committee board that writes the examination test questions for the Osteopathic Board of Surgery examinations.

1981 through 1988        – Clinical professor – Dept. of Orthopedics, College of Osteopathic Medicine of the Pacific – Pomona, California.

1985             – Chairman, Dept. of Surgery – Heights General Hospital – Albuquerque, New Mexico.

(1)

| 1979-1981 | - Part-time clinical instructor - Dept. of Orthopedics - Oklahoma College of Osteopathic Medicine - Tulsa, Oklahoma. |
| 1976-1979 | - Chairman, Dept. of Surgery - University Heights Hospital - Albuquerque, New Mexico. |
| 1974-present | - Clinical Associate - Dept. of Orthopedics - University of New Mexico School of Medicine - Albuquerque, New Mexico. |
| 1973 | - Instructor - Dept. of Orthopedics - Tufts University - Boston, Massachusetts. |

## PROFESSIONAL SOCIETIES AND OFFICES HELD

| Fellow | - American Academy of Orthopaedic Surgeons |
| Fellow | - International College of Surgeons |
| Vice Regent | - International College of Surgeons 1986-1991 |
| Fellow | - North American Spine Society |
| Fellow | - American Osteopathic Academy of Orthopedics - received fellowship October 29, 1985 |
| Member | - American Osteopathic Academy of Orthopedics |
| Delegate | - American Osteopathic House of Delegates |
| Examiner | - American Osteopathic Board of Orthopedic Surgery |
| Member | - American College of Osteopathic Surgeons |
| Member | - Hemenway Society - Tufts University School of Medicine - Orthopedic Alumni |
| Chairman | - New Mexico Medical-Legal Review Commission - 1978-1983 |
| Member | - Executive Committee - New Mexico PSRO - 1976-1980 |
| Member | - Board of Trustees - New Mexico Osteopathic Medical Association - 1980-1985 |
| President | - Bernalillo County Osteopathic Medical Association - 1983-1984 |
| Vice Pres. | - New Mexico Osteopathic Medical Association - 1982-1983 |
| Pres. Elect | - New Mexico Osteopathic Medical Association - 1983 |

(2)

President    - New Mexico Osteopathic Medical Association -
             1984-1985


HONORARY SOCIETIES AND AWARDS
Recipient of Stephen J. Zukowski award for Leadership Through
Education - 1979-1980.


RESEARCH FELLOWSHIPS AND APPOINTMENTS
Advisory Committee - New Mexico House Memorial 51 - Medical care of
the elderly.

Advisory Committee - Workman's compensation rules and regulations
- State of New Mexico.


FIELDS OF SPECIAL INTEREST
Total joint replacement surgery, knee surgery, spine surgery.


PUBLICATIONS
"Double Contrast Arthrography of the Knee",  JOURNAL OF THE A.O.A.,
September, 1968.

"A Major Advance in the Control of Post-Operative Knee Pain",
ORTHOPEDICS, Volume 2, Number 1, January-February 1979.

"Teaching Orthopedic Surgery Using the Osteopathic Concept",
OSTEOPATHIC ANNALS, October 1982.

"Reducing Shoulder Dislocations", THE PHYSICIAN AND SPORTS
MEDICINE, Volume 15, No. 8, Page 28.  August 1987.

"Use of the Galveston Splint in Treating Metacarpal Fractures" -
Correspondence to the Journal of Bone and Joint Surgery   August
1990 - volume 72-A, #7.  pp. 1114-1115.

"Two Stage Anterior Cruciate Ligament Repair Utilizing a Silcone
Rod" - published in Proceedings of XXVI World Congress of
International College of Surgeons - Milan, Italy, July 3-9, 1988.

PAPERS PRESENTED
"Spine Surgery" - presented to New Mexico Osteopathic Medical
Association Fall Symposium - November 1978.

"Method for Repair of Posterior-Medial Instability of the Knee" -
presented to American Osteopathic Academy of Orthopedics - November
1976.

"Total Joint Replacement" - presented to New Mexico Osteopathic
Medical Association Annual Convention - May 1978.

(3)

"The Shoulder" - presented to Sports Medicine Seminar - University Heights Hospital, December 1978.

"Adaptation of Microsurgical Technique for Laminectomy" - presented to Hemenway Society, Tufts University School of Medicine - May 1980.

"Anterior Cruciate Ligament Reconstruction of the Knee" - presented to American Osteopathic Academy of Orthopedics - November 1981.

"Two-Stage Anterior Cruciate Ligament Repair - A Preliminary Report" - presented to the Annual Clinical Assembly of Osteopathic Specialists - New Orleans, Louisiana - September 1984.

"Two Stage Anterior Cruciate Ligament Repair Utilizing a Silicone Rod" - presented to XXVI International College of Surgeons - Milan, Italy - July 3-9, 1988.

LECTURES
"Anti-inflammary drugs" - lecture presented to the Fall 1999 symposium.

"Osteoporosis" - This lecture has been presented on several occasions to different groups.

(4)

**5**

# PUBLIC EXHIBIT 23

Declaration of Dr. Isador H. Lieberman
In Support of
Kyphon Inc.'s Complaint
Under
Section 337 of the Tariff Act of 1930, as Amended

I, Isador H. Lieberman, declare as follows:

1.  I have personal knowledge of the matters described in this declaration, and could competently testify to these matters if called upon to do so.

2.  After earning my professional credentials as a physician specializing in orthopaedic surgery, I joined The Cleveland Clinic Foundation in 1997 and am presently a member of its departments of orthopaedic surgery, neurological surgery, spinal institute and Taussig Cancer Center. Attached to this declaration as Exhibit 1 is a copy of my curriculum vitae. I currently sit on the Scientific Advisory Board of Kyphon Inc. and have been involved with Kyphon since 1997. As such, I am familiar with Kyphon's products and the "kyphoplasty" procedure for which they are used.

3.  Kyphoplasty provides a treatment option for addressing vertebral compression fractures in patients suffering the effects of osteoporosis. Osteoporosis causes bone tissue, including the kind of bone tissue found inside the vertebrae (the bones of the spine), to weaken and become "spongy," making fractures more likely. Compression fractures of the spine caused by this condition often cause the patient to assume a "hunched over" posture known as "kyphosis," which is commonly associated with the elderly.

4.  Kyphoplasty works by creating an access hole into the bone of the vertebra to be treated and inserting an expandable device through the hole into the interior bone itself. The expandable device is then expanded, which compacts the spongy, osteoporotic bone tissue outwardly and creates a void. This activity often also results in movement of the fractured bone back towards its pre-fracture position; this is known as "reducing the fracture." The expandable device is then collapsed and withdrawn from the vertebra being treated, leaving the void. Finally, the space left behind is filled with a hardening substance—most commonly, bone cement or some other flowable bone filler material. Without filling the void in this manner, the vertebra would collapse again under the patient's weight.

5.  I have described just one void being created and filled in paragraph 4, to illustrate the essence of the procedure. However, because of the anatomy of a vertebral body, it is challenging to position a single expandable device exactly in the right place so that uniform fracture reduction can be achieved. If, for example, the device is placed a little more to one side of the vertebra than the other, the resulting movement of bone during the procedure can be uneven, resulting in a tilt of the endplate of the vertebra. The effect I'm describing is a little like the tilt resulting from the use of a jack to raise only one side of a car. To avoid this undesirable result, kyphoplasty is almost always performed using two expandable devices to create two voids side-by-side, which together have a better chance of evenly raising the fractured bone. The two expandable devices are introduced into the same vertebral body from either side of the vertebra, through portions of the bone called the pedicles. Since two expandable devices are used, this is known as the "bi-pedicular approach." I estimate I have performed kyphoplasty procedures on over 1,000 vertebrae in over 400 patients during my career in this manner, all of which have been performed with Kyphon's products. I have also published and presented numerous papers on kyphoplasty at professional symposia and conferences.

6.  Due to two separate conversations/meetings with representatives of Disc-O-Tech (as described below in this paragraph 6 and also in paragraph 8), I have become familiar with the Disc-O-Tech SKy Bone Expander device. Around the middle of February 2004, Mr. Ronny Barak, Vice President Marketing, Spine-USA for Disc-O-Tech, along with Dr. Reuben Gepstein, an Israeli physician, met with me during the annual American Society of Spine Radiology (ASSR) conference in Florida, in the lobby of the Loews Miami Beach Hotel in which the 2004 ASSR meeting was held, to explain and demonstrate the SKy Expander device to me. We spent about 60 minutes in total together. During our conversation, it was made clear to me that the SKy Expander device is to be used to perform a similar function as the Kyphon tools during a kyphoplasty procedure. I was asked if I could be involved in the evaluation and development of the device and procedure. I was encouraged to perform a kyphoplasty procedure with the SKy Expander device. In response to questions I asked, I was told that the end of the SKy Expander device is inserted into the vertebral body, and the handle on the SKy Expander is twisted to cause the tip of the device to expand inside the bone tissue to create a cavity and reduce the fracture. The operation of the device was demonstrated to me; the tip of the Sky Expander was expanded by turning the handle. I was also then shown that the SKy Expander device is collapsed by rotating the handle in the opposite direction, so that the tip can be withdrawn from the bone. It was also explained to me that the void left behind in the bone is then to be filled with bone cement. It was suggested that I could use whatever kind of bone cement I was most familiar with and had the most confidence in. When I asked about the approach Disc-O-Tech recommended, I was told that while a single SKy Expander might work for smaller vertebra, Disc-O-Tech was recommending use of two devices through a bi-pedicle approach to treat larger vertebra. I was told that a number of surgeries with the SKy Expander device had already been performed in the United States.

7.  The way that the SKy Bone Expander expands is difficult to describe in words. To help my explanation, reproduced below is a series of pictures taken directly from Disc-O-Tech's website, www.disc-o-tech.com, to illustrate how the SKy Expander transitions from a collapsed to an expanded configuration. The end of the device includes a metal threaded rod surrounded by a plastic polymer tube or straw with multiple longitudinal slits. Essentially, when the handle of the SKy Bone Expander is twisted, the plastic polymers covering the metal rod "accordians" or "bellows" out, creating the expanded mass shown in the "fully expanded" picture, which to me resembles a cauliflower-like shape. According to the Disc-O-Tech representatives, the slits cut in the tube control how the device expands to reach its "fully expanded" configuration.

8.  At the American Association of Orthopaedic Surgeons (AAOS) meeting in San Francisco, California during the week of March 8, 2004, I again met with Disc-O-Tech, this time just with Dr. Motti Beyar, its President, for about 45 minutes. During that conversation, I was again encouraged to perform a kyphoplasty procedure with the Sky Expander device. We also discussed other technical and business issues.

9.  My sole purpose in providing this declaration is to factually describe the face-to-face conversations that took place between Disc-O-Tech representatives and myself. As such, I want anyone who reads this declaration to be assured that it is not my intention to take sides in any potential dispute between Kyphon and Disc-O-Tech.



S Ky before expansion

S Ky fully expanded                    SKy Bone Expander System

From http://www.disc-o-tech.com/Articles/Article.asp?CategoryID=4&ArticleID

I declare under penalty of perjury that the above are true and correct statements.

Executed this 2nd day of April 2004, at Cleveland, Ohio.

_____

Isador H. Lieberman, M.D., M.B.A., F.R.C.S. (Canada)

# ISADOR H. LIEBERMAN  BSc MD MBA FRCS(C)

| | |
|---|---|
| Office Address: | The Cleveland Clinic Foundation |
| | 9500 Euclid Ave.  Desk A-41 |
| | Cleveland Ohio 44195 |
| | |
| e-mail: | lieberi@ccf.org |
| Telephone: | 216 445-2743 |
| Fax: | 216 444-3328 |
| Last Update: | February 22, 2004 |
| Date of Birth: | August 8, 1959 |
| Place of Birth: | Toronto, Canada |

## MEDICAL LICENSES

| | |
|---|---|
| Jun 1987-Present | General Medical License, |
| | The College of Physicians & Surgeons of Ontario |
| | |
| Jan 1993-Present | Certificate of Full Registration, |
| | General Medical Council, United Kingdom |
| | |
| Aug 1997-Present | Ohio State Medical License, |
| | |
| Mar 2002-Present | State of Illinois Medical License |
| | |
| Mar 2002-Present | Michigan State Medical License |
| | |
| Dec 2002-Present | Commonwealth of Pennsylvania Medical License |
| | |
| Apr 2003-Present | State of Connecticut Medical License |
| | |
| July 2003-Present | State of New York Medical License |
| | |
| Jan 2004-Present | State of California Medical License |

## EDUCATION

### Degrees, Diplomas and Certifications

| | |
|---|---|
| May 1981 | BSc, University of Toronto |
| | |
| May 1982 | Honors BSc, University of Toronto |
| | Graduated with "High Distinction" |
| | |
| May 1986 | MD, University of Toronto, |
| | Faculty of Medicine |
| | |
| Jun 1986 | L.M.C.C., *Qualifying Exam* |
| | Medical Council of Canada |
| | |
| Jun 1987 | Certificate of Registration, |
| | The Medical Council of Canada |
| | |
| Sep 1990 | Principles of Surgery Exam, |
| | Royal College of Physicians & Surgeons of Canada, |
| | |
| Dec 1992 | FRCS(C), Fellow Royal College of Surgeons, |
| | Royal College of Physicians & Surgeons of Canada, |
| | |
| July 1999 | Board Certified, |
| | American Board of Orthopaedic Surgeons, |
| | *Part 1 & 2 Orthopaedic Specialty Exam* |
| | |
| Dec 2002 | MBA, Cleveland State University, |
| | James J. Nance College of Business Administration |

**Undergraduate Education**

Sept 1978 - May 1979
    The University of Western Ontario,
    London Ontario Canada
    *Natural Sciences program*

Sept 1979 - May 1982
    The University of Toronto,
    Toronto Ontario Canada
    *Arts & Sciences program*

**Medical School**

Sept 1982 - May 1986
    The University of Toronto,
    The Faculty of Medicine,
    Toronto Ontario Canada

**Medical Internship**

Jun 1986 - Jun 1987
    The Wellesley Hospital,
    Toronto Ontario Canada
    *Comprehensive Surgery Intern*

**Orthopaedic Specialty Training**

Jul 1987 - Jun 1988
    Mount Sinai Hospital, Toronto
    *Orthopaedic Surgery Research Resident*

Jul 1988 - Jun 1989
    Sunnybrook Health Science Centre, Toronto
    *Orthopaedic Surgery Resident - Rotations in*
    *General Surgery, Neurosurgery & Orthopaedics*

Jul 1989 - Dec 1989
    Toronto East General Hospital
    *Orthopaedic Surgery Resident*

Jan 1990 - Jun 1990
    Sunnybrook Health Science Centre, Toronto
    *Orthopaedic Surgery Resident - Rotation in*
    *Surgical Intensive Care Unit*

Jul 1990 - Jun 1991
    The Toronto Hospital - Western Division
    *Orthopaedic Surgery - Chief Resident*

Jul 1991 - Dec 1991
    St. Michael's Hospital, Toronto
    *Orthopaedic Surgery - Chief Resident*

Jan 1992 - Jun 1992
    Hospital for Sick Children, Toronto
    *Orthopaedic Surgery - Chief Resident*

**Orthopaedic Fellowship Training**

Jul 1992 - Dec 1992
    The Toronto Hospital - Western Division
    *Clinical fellow spine and trauma surgery*
    Supervisor:  Dr. T.W. Wright FRCS(C)

Jan 1993 - Dec 1993
    Queen's Medical Centre
    Nottingham, United Kingdom
    *Clinical fellow spine surgery*
    Supervisor:  Mr. J.K. Webb, FRCS

**Other Post-Graduate Training**

Jan 2000 - Dec 2002
    Masters in Business Administration
    Cleveland State University, James J. Nance
    College of Business Administration

## APPOINTMENTS

### University Appointments

| | |
|---|---|
| 1983 - 1984 | Anatomy Demonstrator, University of Toronto, Faculty of Medicine, Toronto, Ontario |
| 1987 - 1988 | Anatomy Demonstrator, University of Toronto, Faculty of Medicine, Toronto, Ontario |
| 1994 - 1997 | Lecturer, Department of Surgery, University of Toronto, Toronto, Ontario |

### Hospital Appointments

| | |
|---|---|
| 1987 - 1989 | Casualty Officer, Cobourg District Hospital, Cobourg, Ontario |
| 1987 - 1989 | Casualty Officer, Norfolk General Hospital, Simcoe, Ontario |
| 1988 - 1989 | Casualty Officer, Whitby General Hospital, Whitby, Ontario |
| 1989 - 1992 | Casualty Officer, Etobicoke General Hospital, Etobicoke, Ontario |
| Nov - Dec 1992 | Locum Orthopaedic Surgeon, Branson Hospital, North York, Ontario |
| Nov - Dec 1992 | Locum Orthopaedic Surgeon, York Central Hospital, Richmond Hill, Ontario |
| Jan 1994 – Dec 1997 | Orthopaedic & Spinal Surgeon, The Toronto Hospital, Western Division, Toronto, Ontario |
| Sep 1997 – present | Orthopaedic & Spinal Surgeon, The Cleveland Clinic Foundation, Cleveland, Ohio |

### Other Appointments

| | |
|---|---|
| 1992 – 1997 | Examiner, Medical Council of Canada, Qualifying Exams |

## BOOKS EDITED, EDITORSHIPS & PUBLICATION REVIEW BOARDS

*Minimal Access Spine Surgery,* Textbook of spinal surgery,
Publisher: Quality Medical Publishing,  Editors; Regan & Lieberman, 2003

*Advances in Osteoporotic Fracture Management,*
Publisher; REMEDICA Publishers,  Senior Editor; Lieberman

*Disk,* Publisher; REMEDICA Publishers,  Senior Editor; Lieberman

*Spine,* Publisher; Lippincott Williams & Wilkins, Editor; Weinstein,
Member associate editorial board

*Journal of Spinal Disorders & Techniques,* Publisher: Lippincott Williams &
Wilkins, Editor; Zdeblick,  Member editorial review board

*The Spine Journal,* Publisher: Elsevier, Editor; Mayer,
Member editorial review board

*SpineUniverse.com,* Editor; Eidelson,
Member editorial board

3

**PUBLICATIONS**
PA-denotes Principal Author; SRI-Senior Responsible Investigator;
CPA-Co-Principal Author; C-Collaborator

## Peer Reviewed - Journal Publications

1. **Grynpas MD, Lieberman IH, et al:** Subchondral bone in osteoarthritis. Calcified Tissue International, 49: pp 20-26, 1991. **C**

2. **Ogilvie-Harris DJ, Lieberman IH:** Arthroscopically assisted arthrodesis for osteoarthritic ankles. Journal of Bone and Joint Surgery, 75A: pp 1167-1174, 1991. **C**

3. **Lieberman IH, Hastings D, Bogoch ER:** Heterotopic ossification after primary cemented and cementless total hip arthroplasty involving patients with rheumatoid arthritis and osteoarthritis. Canadian Journal of Surgery, 37(2), 1994. **PA**

4. **Lieberman IH, Webb JK:** Cervical spine injuries in the elderly: The last ten years in Nottingham. Journal of Bone and Joint Surgery, 76B: pp 877-881. 1994. **PA**

5. **Webb JK, Lieberman IH:** Posterior instrumentation in scoliosis. European Spine Journal, Vol 4, No 1, pp 2-5, 1995. **CPA**

6. **Catre M, Lieberman IH:** Laterally based skin flap for below knee amputation. Journal of Trauma, Vol 43, No 5, pp 869-871, 1997. **SRI**

7. **Lieberman IH, Woodside T:** Anterior vertebral body screw pull out testing: A comparison of Zielke, Kaneda, Universal spine system, and Universal spine system with pull out resistant nut. Spine, Vol 23, No 8, pp 908-910, April 1998. **PA**

8. **Lieberman IH, Salo PT:** Thoracoscopic Techniques for Deformity Surgery. In: Seminars in Spine Surgery, Editor: Hu, Publisher: W.B.Saunders, Dec. 1998. **PA**

9. **Lieberman IH, Webb JK:** Occipito-cervical fusion using posterior titanium plates. European Spine Journal, Vol 7, No 4, pp 308-312, 1998. **PA**

10. **Lieberman IH, Willshir PC, Salo PT, Litwin DEM, Kraetschmer BG:** Transperitoneal Laparoscopic Exposure for Lumbar Interbody Fusion. Spine. Spine, Vol 25, No 4, pp 509-514, 2000. **PA**

11. **Lieberman IH, Salo PT, Orr RD, Kraetschmer BG:** Prone position endoscopic transthoracic release with simultaneous posterior instrumentation for spinal deformity; A Description of the Technique. Spine, Vol 25, No 17, pp 2251-2257, 2000. **PA**

12. **McLain RF, Lieberman IH:** Current Controversies, "Endoscopic approaches to metastatic thoracic disease". Spine, Vol 25, No 14, pp 1855-1858, 2000. **CPA**

13. **Heniford T, Mathews BD, Lieberman IH:** Laparoscopic Lumbar Interbody Fusion. Surgical Clinics of North America, Vol 80, No 5, pp 1487-1500, 2000. **CPA**

14. **Gill I, Meraney AM, Thomas JC, Sung GT, Novick AC, Lieberman IH:** Thoracoscopic transdiaphragmatic adrenalectomy: The initial experience. J Urol, 165;1875-1881, Jun 2001. **C**

15. **Lieberman IH, Dudeney S, Reinhardt M-K, Bell G:** Initial Outcome and Efficacy of Kyphoplasty in the Treatment of Painful Osteoporotic Vertebral Compression Fractures. Spine, Vol 26, No 14, pp 1631-1637, 2001. **PA**

16. Lieberman IH, Kuzhupilly RR, Reinhardt M-K, Davros WJ: 3-D CT volume rendering techniques in endoscopic thoracoplasty. The Spine Journal, Vol 1, No 6, pp 390-394, Nov/Dec 2001. PA

17. Phillips F, Ronjon P, Lieberman IH: Kyphoplasty for the treatment of osteoporotic and osteolytic vertebral compression fractures. Adv Osteo Fracture Management, Vol 1, No 1, pp 7-11, 2001. CPA

18. Brody F, Rosen M, Tarnoff M, Lieberman IH: Laparoscopic lateral L4/L5 disc exposure. Surg Endosc, 16;650-653, 2002. C

19. Dudeney S, Lieberman IH, Reinhardt MK, Hussein M: Kyphoplasty in the treatment of osteolytic vertebral compression fractures as a result of multiple myeloma. J Clin Oncol. 20:9, 2382-2387, May 2002. CPA

20. Kuzhupilly R, Lieberman IH, McLain R, Valdevit A, Kambic H, Richmond BJ: In vitro stability of FRA spacers with integrated crossed screws for anterior lumbar interbody fusion. Spine, Vol 27, No 9, 923-928, 2002. CPA

21. Hussein MA, Juturi JV, Lieberman IH: Multiple Myeloma: present and future. Curr Opin Oncol, 14(1):31-35, Jan 2002. C

22. Phillips F, Wetzel T, Lieberman IH, Campbell-Hupp M: An in vitro comparison of the potential for extra-vertebral cement leak after vertebroplasty or kyphoplasty. Spine, Vol 27, No 19, 2173-2179, 2002.C

23. Togawa D, Bauer T, Lieberman IH, Lowery G, Takikawa S: Histology of Tissues Within Retrieved Human Titanium Mesh Cages. Spine, Vol 28, No 3, 246-254, 2003. C

24. Lieberman IH, Reinhardt, MK: Vertebroplasty and Kyphoplasty for Osteolytic Collapse. Clin Orthop. (415 Suppl), S176-86, Oct, 2003. PA

25. Coumans JV, Reinhardt MK, Lieberman IH: Treatment of Vertebral Compression Fractures with Kyphoplasty: one year clinical outcomes from a prospective study. J of NeuroSurg, (Spine 1), 99:44-50, 2003. CPA

26. Togawa D, Bauer T, Lieberman IH, Takikawa S: Histologic Evaluation of Human Vertebral Bodies After Vertebral Augmentation with Polymethylmethacrylate. Spine, Vol 28, No 14, 1521-1527, 2003. CPA

27. Togawa D, Bauer T, Lieberman IH, Sakai H: Lumbar Intervertebral Body Fusion Cages: Histological Evaluation of clinically failed cages retrieved from Humans. J Bone Joint Surg, 86A: 70-79, 2004. CPA

28. Kayanja MM, Ferrara LA, Lieberman IH: Distribution of Anterior Cortical Shear Strain After a Thoracic Wedge Compression Fracture. The Spine Journal, Vol 4, Issue 1, pp 76-87, 2004. CPA

29. DalCanto RA, Lieberman IH, Inceoglu S, Kayanja MM, Ferrara LA: Biomechanical comparison of transarticular facet screws to lateral mass plates in two level instrumentations of the cervical spine. Spine, in review, 2004. CPA

30. Harrop EJ, Lieberman IH, Reinhardt MK: Primary and Secondary Osteoporosis; Incidence of Subsequent Vertebral Compression Fractures after Kyphoplasty. Spine, in print, 2004. CPA

31. Kayanja MM, Togawa D, Lieberman IH: Biomechanical changes following prophylactic and post-fracture augmentation of osteoporotic vertebral compression fractures in the thoraco-lumbar spine. The Spine Journal, in review, 2004. CPA

32. Kayanja MM, Schlenk R, Togawa D, Ferrara L, Lieberman IH: Biomechanics of single, double and triple augmentation patterns in the cadaveric thoraco-lumbar spine. Spine, in review, 2004. SRI

33. **Togawa D, Bauer T, Reinhardt MK, Lieberman IH**: Histological Evaluation of Biopsies Obtained From Vertebral Compression Fractures – Unsuspected Myeloma And Osteomalacia. Spine, in review, 2004. **CPA**

34. **Keller TS, Kosmospoulos V, Lieberman IH**: Vertebroplasty and Kyphoplasty affect vertebral motion segment stiffness and stress distribution: A microstructural finite element study. Spine, in review, 2004. **C**


**Books/Chapters in Books/Proceedings/Letters/Commentaries**

1. **Lieberman IH**: The Effects of Leg Only Cold Water Immersion on Maximal Voluntary Leg Extensor Isometric Strength. U of T Dept. of Physiology, 1982. **PA**

2. **Lieberman IH**: The Intertransverse Ligament of the Lumbar Spine: A Discrete Entity of the Product of Merging Fascia? U of T Dept. of Anatomy, 1982. **PA**

3. **Lieberman IH**: Facial surgery and Down's syndrome: The issues. In: Disadvantaged Patients and Their Families (Chalin CG, ed). U of T Faculty of Medicine, 1984. **PA**

4. **Lieberman IH, Salo PT**: Revision of Previously Operated Progressive Thoracic Kyphotic Deformities Using a Simultaneous Anterior Endoscopic and Posterior Open Technique. In: Revisions in Spine Surgery, Editors: Margulies, Aebi, Farcy, Publisher: Mosby, 1998. **PA**

5. **Mclain R, Lieberman IH**: Surgical treatment of Adult Scoliosis. In: Operative Orthopaedics, Editors: Chapman, McLain, et al, Publisher: Lippincott Williams & Wilkins, Chap 159. 4101-4114, 2000. **CPA**

6. **Lieberman IH**: Thoracoplasty. In: Tricks of the Trade in Spine Surgery, Editors: Albert, Vaccaro, Publisher: Thieme New York, 2000. **PA**

7. **Dudeney S, Lieberman IH**: Commentary on "Percutaneous vertebroplasty in the treatment of osteoporotic vertebral compression fractures: an open prospective study". Journal of Rheumatology, Vol 27, No 10, pp 2526, 2000. **CPA**

8. **Lieberman IH**: Minimally Invasive Spinal Surgery. In: Orthopaedic Knowledge Update (OKU) Spine 2, Editors: Fardon, Publisher: American Academy of Orthopaedic Surgeons. 2001. **PA**

9. **Lieberman IH**: Vertebroplasty and Kyphoplasty in the treatment of osteoporotic vertebral compression fractures. In: Vertebral osteoporotic Compression Fractures. Editors: Szpalski, Gunzburg, Publisher: Lippincott Williams Wilkens. 2003. **PA**

10. **Lieberman IH**: The clinical results of kyphoplasty in the treatment of Osteoporotic and Osteolytic vertebral compression fractures. In: Vertebroplasty and Kyphoplasty, Editors: Resnick, Barr, Garfin, Publisher: Thieme Medical Publishers & American Association of Neurological Surgeons. 2003. **PA**

11. **Harrop EJ, Lieberman IH**: Remote and Adjacent fractures after Kyphoplasty. In: Vertebroplasty and Kyphoplasty, Editors: Resnick, Barr, Garfin, Publisher: Thieme Medical Publishers & American Association of Neurological Surgeons. 2003. **CPA**

12. **Coumans JV, Lieberman IH**: Minimally invasive approaches to spinal metastases; endoscopic surgery and vertebral augmentation. In: Cancer in the spine; Handbook of comprehensive care. Editors: McLain & Benzel. Publisher: Humana Press. 2002. **CPA**

13. **Lieberman IH:** Vertebral augmentation for osteoporotic and osteolytic vertebral compression fractures; vertebroplasty and kyphoplasty. In: Progress in Neurological Surgery; Advances in spinal stabilization. Editors: Haid, Subach & Rodts. Publisher: Karger Publishing. 2002. **PA**

14. **Lieberman IH:** Kyphoplasty, its indications and techniques. In: Instructional Course Lectures, Volume 52. Editor: Ferlic, Publisher: American Academy of Orthopaedic Surgeons. 2002. **PA**

15. **Leon S, Lieberman IH:** Cervical Spine Outcome Tools. In: The Cervical Spine 4th Edition. Editors: Clark, Benzel. Publisher: Lippincott Williams & Wilkins. 2002. **CPA**

16. **Moore T, Lieberman IH:** Laparoscopic Lumbar Fusions. In: Advanced Spinal Surgery Technologies. Editors: Connolly, Yuan & Corbin. Publisher: Quality Medical Publishing. 2002. **CPA**

17. **Fleming JE, Muschler GF, Boehm C, Lieberman IH, McLain RF:** Intraoperative Harvest and Concentration of Human Bone Marrow Osteoprogenitors for Enhancement of Spinal Fusion. In: Tissue Engineering, Editors: Caplan AI, Goldberg VM, 2003. **C**

18. **Lieberman IH.** Letter to Editor, Spine, Re; Verlan JJ, Van Helden WH, et al. Balloon vertebroplasty with calcium phosphate cement for direct restoration of traumatic thoraco-lumbar vertebral fractures. Spine 2002;27:543-548. Spine Vol 27, No 20, pp2300, 2002. **PA**

19. **Lieberman IH.** Commentary , Journal of Spinal Disorders & Techniques, Re; Treatment of Lower Lumbar Radiculopathy Caused by Osteoporotic Compression Fracture: The Role of Vertebroplasty. Jour Spine Dis & Tech, Vol 15, No 6, pp 461-468, 2002. **PA**

20. **Lieberman IH:** Prone Position Endoscopic Approach for Deformity Surgery. In: Minimal Access Spine Surgery. Editors: Regan & Lieberman. Publisher: Quality Medical Publishing. 2003. **PA**

21. **Brody F, Lieberman IH:** Laparoscopic L4L5 Disc Exposure. In: Minimal Access Spine Surgery. Editors: Regan & Lieberman. Publisher: Quality Medical Publishing. 2003. **CPA**

22. **Lieberman IH, Lozado L, Mack M, Aronoff R:** Anaesthetic Issues for Minimal Access Spinal surgery. In: Minimal Access Spine Surgery. Editors: Regan & Lieberman. Publisher: Quality Medical Publishing. 2003. **CPA**

23. **Lieberman IH:** Decision Making in the Treatment of Adult Scoliosis. In: Minimal Access Spine Surgery. Editors: Regan & Lieberman. Publisher: Quality Medical Publishing. 2003. **PA**

24. **Lieberman IH, Reilly M:** Minimally Invasive Vertebral Body Augmentation and Reconstruction for Osteoporotic and Osteolytic Wedge Compression Fractures. In: Minimal Access Spine Surgery. Editors: Regan & Lieberman. Publisher: Quality Medical Publishing. 2003. **CPA**

25. **Truumees E, Lieberman IH, Fessler R, Regan J:** Minimally invasive spinal decompression and stabilization techniques: The Thoracic Spine. In: Spine Surgery II: Techniques Complications Avoidance and Management. Editor: Benzel. Publisher: Elsevier Publishing. 2004. **CPA**

26. **Benzel E, Lieberman IH, Ferrara L:** Bone void fillers: Bone and Bone Substitutes. In: Spine Surgery II: Techniques Complications Avoidance and Management. Editor: Benzel. Publisher: Elsevier Publishing. 2004. **C**

27. **Togawa D, Lieberman IH:** Vertebroplasty and Kyphoplasty. In: Spine Surgery II: Techniques Complications Avoidance and Management. Editor: Benzel. Publisher: Elsevier Publishing. 2004. **CPA**

28. **Ohaegbulam C, Trost G, Lieberman IH, Eichler M**: Education and Knowledge-Base Acquisition and Retention In: Spine Surgery II: Techniques Complications Avoidance and Management.  Editor: Benzel.  Publisher: Elsevier Publishing.  2004. **C**

29. **Togawa D, Bauer T, Eckhardt J, Ferarra L, Lieberman IH, Benzel E**: Osteointegration. In: Spine Surgery II: Techniques Complications Avoidance and Management.  Editor: Benzel. Publisher: Elsevier Publishing. 2004. **C**

30. **Togawa D, Lieberman IH**: Management of symptomatic vertebral compression fractures with Kyphoplasty: Technique & Pitfalls.  In: Spine Surgery II: Techniques Complications Avoidance and Management.  Editor: Benzel. Publisher: Elsevier Publishing. 2004. **CPA**

31. **Prpa B, Whitfield M, Lieberman IH**: Interbody Cages. In: Spine Surgery II: Techniques Complications Avoidance and Management. Editor: Benzel. Publisher: Elsevier Publishing. 2004. **CPA**

32. **Prpa B, Bridwell K, Lieberman IH**: Treatment of Scheurmann's Kyphosis. In: Spine Surgery II: Techniques Complications Avoidance and Management. Editor: Benzel. Publisher: Elsevier Publishing. 2004. **CPA**

33. **Togawa D, Lieberman IH**: Thoracic Kyphoplasty: Pain, Biomechanics and Technique.  In: Non-Fusion Techniques for the Spine: Motion Preservation and Balance. Editor: Maxwell. Publisher: Quality Medical Publishing. 2004. **CPA**

34. **Lieberman IH**: Combined Prone Position Thoracoscopic Anterior Release and Posterior Instrumentation for Deformity Surgery.  In: Minimally Invasive Spine Surgery.  Editor: Kim.  2004. **PA**