## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2005, I electronically filed the attached **PUBLIC VERSION – DECLARATION OF THOMAS L. HALKOWSKI IN SUPPORT OF KYPHON INC.'S OPPOSITIONS TO DOT'S PROPOSED CLAIM CONSTRUCTION AND MOTIONS FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Maryellen Noreika  
Morris Nichols Arsht & Tunnell  
Chase Manhattan Centre  
1201 North Market Street, Suite 2100  
P.O. Box 1347  
Wilmington, DE  19899-1347

*Attorneys for Defendants*  
*Disc-O-Tech Medical Technologies, Ltd.*  
*and Disc Orthopaedic Technologies, Inc.*

/s/ Thomas L. Halkowski  
Thomas L. Halkowski