IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISC-O-TECH MEDICAL TECHNOLOGIES, LTD. and DISC ORTHOPAEDIC TECHNOLOGIES, INC., <br><br> Defendants. | Civil Action No. 04-0204-JJF <br><br> **REDACTED – PUBLIC VERSION** |

**DEFENDANTS DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.'S and DISC ORTHOPAEDIC TECHNOLOGIES, INC.'S CLAIM CONSTRUCTION AND SUMMARY JUDGMENT PRESENTATIONS**

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)
E-mail address: mnoreika@mnat.com
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Defendants/Counterclaimants
  Disc-O-Tech Medical Technologies, Ltd.
  and Disc Orthopaedic Technologies, Inc.

OF COUNSEL:

Eric J. Lobenfeld
Jonathan M. Sobel
Arlene L. Chow
Robert J. DeMento
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000

April 27, 2005

# KYPHON, INC. v.
# DISC-O-TECH MEDICAL TECHNOLOGIES, LTD. et al.
## (Civil Action No. 04-0204-JJF)

# CLAIM CONSTRUCTION & SUMMARY JUDGMENT HEARING
## April 19, 2005

## PRESENTATION ON BEHALF OF DISC-O-TECH

Hogan & Hartson L.L.P.
Eric J. Lobenfeld
Jonathan M. Sobel
Arlene L. Chow

Morris, Nichols, Arsht & Tunnell
Maryellen Noreika

1

1

# Claim Construction of the '404 and '888 Patents – All Claims Require a Balloon

Intrinsic Evidence - entirely focused on balloons (inflatable devices) as a way of compacting in order to increase a passage in a fractured bone:

– Specification
– Prosecution History
– Record of Invention

Extrinsic Evidence – confirms DOT's interpretation:

– Inventor Testimony
– '043 Patent Specification

2

# Claim Construction of the '043 Patent

- All Claims Require a Balloon
- "Internal Restraint" Limitation Requires A Second Structure Connected to the Balloon
- "Two Materials" Means A Balloon and an Attached Restraint Material

3

4

# BACKGROUND OF SPINAL ANATOMY

# Background of Spinal Anatomy



Lateral (Side) View of Normal Spinal Column
- Cervical (C1 through C7)
- Thoracic (T1 through T12)
- Lumbar (L1 through L5)
- Sacral (S1 through S5)
- Coccygeal or Coccyx (Tailbone)

- Devices and Patents Relate to Fixation of Bone Fractures
- Most Commonly used in Vertebral Compression Fractures in the Spine

5

6

## Background of Spinal Anatomy
### Vertebra



Vertebral Body

Pedicle

# Background of Bone Anatomy

- Components of Bone
  - Cortical Bone
  - Cancellous Bone
  - Bone Marrow



**Cancellous Bone**

Spaces containing bone marrow and blood vessels

8

# Vertebral Compression Fracture

