# WHO IS DISC-O-TECH?

- Founded in 1998
- The company focus is on innovation in orthopedics
- Its goal is to develop minimally invasive implants and devices using patented technology in the field of metal and plastic folding and expansion

9

# DOT'S HISTORY OF INNOVATION

- 2002 – Introduced the B-Twin Expandable Spinal System
- The B-Twin Expandable Spinal Spacer, shown fully expanded
- The SKy Device is based on the same principle



# DOT'S HISTORY OF INNOVATION

- 2004 – Introduced the SKy Device for treatment of vertebral compression fractures
- Design of SKy Device based on B-Twin, but uses expandable polymer tube instead of metal



11

# THE SKy DEVICE



SKy Device After Deployment



SKy Device Prior To Deployment

12

# The Expansion of the SKy Device



# The KyphX Inflatable Bone Tamp



14

# Kyphon's Balloon vs. Disc-O-Tech's SKy Device

 


# CLAIM CONSTRUCTION OF THE '404 AND '888 PATENTS

16

# PRINCIPLES OF CLAIM CONSTRUCTION

- Intrinsic Evidence
  - Claims Themselves – ordinary meaning unless inconsistent with specification
  - Patent Specification – provides content and context for proper construction
  - Prosecution History – consistency of construction with patentee's statements
- Extrinsic Evidence – all evidence outside of patent and prosecution history (e.g., expert testimony, treatises, dictionaries)

17

# KYPHON'S INVENTION WAS THE USE OF A BALLOON

- As will be shown, what Kyphon invented was an inflatable device and a method of using such a device, for fixation of bone fractures

- Because Kyphon clearly and unequivocally defined its invention as such, all claims require the use of a balloon or other inflatable device

18