# The Claims of the '404 and '888 Patents Require a Balloon

## Specification:

> As balloon 76 is inflated, it forces the osteoporotic bone marrow 67 laterally and outwardly of the wall of the vertebral body 66. This compacts the bone marrow and leaves a void in the interior of the vertebral body to be treated. The compacted bone marrow forms a dam to block any fracture of the vertebral body. Thus, when liquid synthetic bone or methyl methacrylate cement is forced into the void, the compacted bone marrow will substantially prevent flow through the fracture.

# The Claims of the '404 and '888 Patents Require a Balloon

## Specification:

After the balloon 76 has been deflated it is removed from the cannula 30. . . . After the vertebral body has been irrigated, the artificial bone substitute, which may include a synthetic bone or methyl methacrylate cement, is injected into the void left by the inflation of balloon 76. . . . A larger volume is injected than one would predict from the size of the chamber formed with balloon 76 even in those patients injected prophylactically.

# The Claims of the '404 and '888 Patents Require a Balloon

Figures:



42

Redacted

43

Redacted

44

Redacted

45

Redacted

46

Redacted

46

## The Claims of the '404 and '888 Patents Require a Balloon

- Only the use of a balloon is described
- The word "balloon" is used 42 times in the Specification
- The words "Inflatable," "Inflation," "Inflated," "Inflating" collectively are used 46 times in each of the patents
- **NO OTHER STRUCTURE, DEVICE OR METHOD IS DISCLOSED OR DESCRIBED**

47

# The Claims of the '404 and '888 Patents Require a Balloon

Prosecution History:

- Explicit Statements that "compacting" step requires an inflatable device

- Original Application as filed included 16 apparatus claims, all of which explicitly required an inflatable device

48