# SUMMARY JUDGMENT – INVALIDITY OF '404 AND '888

# If an Inflatable Device is Not Required, Then the Claims Are Invalid

Inflatable Bone Tamp

*minus* Inflatable

= Bone Tamp

= Prior Art

# If an Inflatable Device is Not Required, Then the Claims Are Invalid

- Olerud anticipates claims 1, 3, 8, 9, 10 and 12 of the '404 Patent
- Edeland anticipates claims 1, 3, 8, 9, and 10 of the '404 Patent
- Edeland, Olerud and/or Kennedy render obvious all of the asserted claims

3

# Invalidity Legal Principles

- Construe claims the same way for invalidity and infringement purposes
  - Only get to DOT's invalidity motion if the claims do not require a balloon
- Claims are construed to uphold their validity
  - If claims were not limited to a balloon, they would be plainly invalid
    - They would be covered by the prior art -- conventional bone tamps

4

# CONVENTIONAL BONE TAMPS





6

Redacted

7

Redacted

8

Redacted

9

Redacted

Case 1:04-cv-00204-JJF   Document 196-13   Filed 04/27/2005   Page 9 of 10

# Edeland and Olerud Contain The Same Disclosures

- an instrument is introduced into the bone
  - (i.e. forms a passage)

- the pressure of the instrument compacts cancellous bone on its way to, and in the process of, reducing the fracture
  - (i.e. compacts to increase the volume of the passage)

- bone filler such as a ceramic calcium phosphate or bone paste is introduced into the void
  - (i.e. fills the passage with flowable material capable of setting to a hardened condition)

10