21

Redacted

22

Redacted

# Would Have Been Obvious to Use PMMA as well

- By February 1989 ('888 Filing date), PMMA well known for filling voids in bone fractures

- Kennedy – 1978 – PMMA used in the Edeland procedure

# Kyphon's Expert Used PMMA to Fill Bone Voids Prior to '888 Patent

## Effect of Cryosurgery and Polymethyl Methacrylate on a Tumor Cavity: Evaluation of Bone Necrosis and Bone Graft Incorporation in a Dog Model

M. M. Malawer, M. Marks, D. McChesney, M. Piasio, S. F. Gunther, and B. M. Shmookler

1987 Article

(Exhibit E-4)

24

# Kyphon's Expert Used PMMA to Fill Bone Voids Prior to '888 Patent

25

*Effect of Cryosurgery and PMMA on Tumor Cavity* 467

Recently, polymethyl methacrylate (PMMA) has been used to pack curetted cavities of giant-cell tumors (GCTs); presumably the heat of polymerization induces peripheral necrosis and thus decreases the incidence of local recurrence.[5]

Marks' article notes the use of methyl methacrylate bone cement (PMMA) to pack large cavities created by curettes.

Thus, methyl methacrylate bone cement was known to fill bone voids before the '888 Patent

# Olerud Discloses the Claim 3 Limitation:
## "compacting step includes forcing the bone marrow outwardly of the central portion of the bone"



Fig. 3 provides a snapshot of a push of probe that is repeated in different areas of the bone, from the center to the outer portion of bone, both upwards and downwards.

Kyphon's contention that the procedure is limited to the periphery of bone is without merit.

26

# Olerud Discloses the Drilling Limitations of Claims 8, 9 and 10 (drilling into bone marrow, under guidance, to a predetermined depth)

"[A] hole can be made with a 5-mm drill through one of the pedicles of the fractured vertebra, into the vertebral body. A slightly curved punch is brought through the pedicle into the vertebral body (Fig. 3); under fluoroscopic control with the image intensifier, the end plates and anterior wall of the vertebra are reduced, if possible."

**Kyphon's expert, Dr. Marks, does not dispute this fact.**[1]

[1]Exhibit V, pp. 10-12

27

# Olerud Discloses the "Vertebral Fracture" Limitation of Claim 12

Transpedicular Fixation of Thoracolumbar

Vertebral Fractures



SVEN OLERUD, M.D., * GÖRAN KARLSTRÖM, M.D.,** AND LENNART SJÖSTRÖM, M.D.†

The most frequent surgical treatment of thoracolumbar fractures is still the Harrington rod system despite some adverse effects, that require further fixation and fusion of two or more segments. The new pedicular fixation modifications suggested by Magerl and Dick lock only two segments and give far better stability of the fractures. Used internally, the system is convenient for the patient, permitting early mobilization, often without any external support. The instrument, called the "posterior segmental fixator" (PSF), is used both as a reduction device and as a fixation device. The injured vertebra is pulled through its pedicles giving superb control to collapse after device removal. Twenty patients treated with this method had an average follow-up period of ten months. The primary reduction attains 88% of the calculated height of the injured vertebra, with only a slight loss during the follow-up time. Clearance of fragments in the spinal canal, diagnosed with computed tomography scans in eight patients, was successfully accomplished in all but one, who solely distraction or reduction of the fragment through a limited laminotomy. The instrumentation in these patients was atraumatic. Nine patients with neurologic deficits improved and could walk without support or with crutches within a few months. One patient with complete paraplegia remained unchanged.

The main goals of surgical treatment of thoracolumbar vertebral fractures are to

From the Department of Orthopaedic Surgery, University of Uppsala, Uppsala Hospital.
* Professor and Chairman, Orthopaedic Department, University of Uppsala.
** Associate Professor.
† Fellow.
Reprint requests to Sven Olerud, M.D., Department of Orthopaedic Surgery, University Hospital, S-751 85 Uppsala, Sweden.
Received April 13, 1987.

achieve reduction, stability, and early, painless mobilization. It is assumed, though not proven, that stable fracture fixation and decompression of nerve structures facilitate the restoration of neurologic deficit.[4,5,16,20,23,24,25,28,33] A further aim is to avoid late malpositions and to preserve lumbar mobility and posture.[1,15,16,23]

Harrington instrumentation and similar methods are currently the most commonly used fixations for thoracolumbar fractures.[1,2,11,20,23,30,44,47] However, fracture treatment with the Harrington device has certain limitations. The main disadvantage is that this device fixates five to seven vertebrae, resulting in negative effects on mobility. This negative effect is greater the further down in the lumbar spine the fracture is located. Furthermore, in the postoperative period a brace is needed for mobilization of the patient during healing time to avoid instrument failure.[15,19] Moreover, the patient is not allowed to sit for six months.

Instability, instrument failures, and correction losses have been reported.[1,2,5,8] Some loss of correction may occur after removal of the distraction devices, so that the end result is often roughly similar to the original deformation.[23,24]

Roy-Camille and co-workers' transpedicular screw fixation of plates[35,36] paved the way for Magerl's external fixation of vertebral fractures with the aid of transpedicular screws[9,11] and for posterior segmental fixation with an internal fixator.[12] This internal fixation, according to Dick, seems to have

# Edeland Anticipates Every Limitation of Claims 1, 3, 8, 9 and 10 of the '404 Patent

1. A method of fixation of a fracture or impending fracture of a bone having bone marrow therein comprising:

forming a passage in the bone marrow;

compacting the bone marrow to increase the volume of said passage; and

filling the passage with a flowable material capable of setting to a hardened condition.

3. A method as set forth in claim 1, wherein said compacting step includes forcing the bone marrow outwardly of the central portion of the bone.

29

# Edeland Anticipates Every Limitation of Claims 1, 3, 8, 9 and 10 of the '404 Patent

8. A method as set forth in claim 1, wherein said forming step includes drilling said bone marrow to form said passage.

9. A method as set forth in claim 8, wherein said drilling step includes guiding a drill through and into the proximate cortical bone marrow.

10. A method as set forth in claim 8, wherein said forming step includes drilling the bone marrow to a predetermined depth.

15. [DOT is no longer asserting anticipation of claim 15, as that claim requires "liquid" synthetic bone.]