# The Court's Preliminary Injunction Decision Correctly Found that Edeland Undermines the Validity of the '404 Patent

"The [Edeland] reference discloses a method of fixation of a fracture of the tibia by surgically inserting a concave probe via fenestration into the fracture site, pushing the probe into the bone to reduce the fracture by compacting cancellous bone, and injecting a material into the void. Because the probe is inserted via fenestration, the Edeland method appears to form a passage in the bone. With regard to the element 'compacting bone marrow to increase the volume of said passage,' the probe is pushed in order to transfer and compact cancellous bone in front of the probe. The Court finds that pushing the probe to compact cancellous bone could be read to 'increase the volume' of the passage. Furthermore, the Court finds that the [Edeland] reference could be read to disclose 'filling the passage with a flowable material capable of setting to a hardened condition.'"

See Exhibit A-30, p. 7.

31

# Edeland Predates the Effective Filing Date and Discloses the Preamble of Claim 1: "method of fixation of a fracture"

OPEN REDUCTION OF CENTRAL COMPRESSION FRACTURE

OF THE TIBIAL PLATEAU

*Preliminary Report of a New Method and Device Arrangement*

H. G. EDELAND

## 1976

---

OPEN REDUCTION OF CENTRAL COMPRESSION FRACTURES
OF THE TIBIAL PLATEAU

*Preliminary Report of a New Method and Device Arrangement*

H. G. EDELAND

Department of Orthopaedic Surgery, Central Hospital, Skövde, Sweden.

A new method of reduction and fixation of a uniformly depressed fracture of the tibial condyle is described. A curved steel probe, introduced through a cortical window in the uninjured condyle, is used to reduce the fracture fragments as well as to compact the fracture region (TV-monitored x-ray projectioning is desired). The instruments needed for the operative procedure are as follows: a probe for reduction and compaction, a cube and a plunger for compaction of bone transplants, and a forked plate. Five cases in which the curved probe reduction method has been used are reported.

Key words: ceramic material; fixation; fractures; tibia; condylar fractures

Accepted 13.ix.75

A fracture of one of the condyles of the tibia is not an uncommon injury, more often occurring laterally than medially and mostly in the elderly osteoporotic patient (Rasmussen 1973). The uniformly depressed central condylar fracture with an intact cortical rim (Hohl Type I B) represents 26 per cent of the entire tibial condylar fracture group (Hohl 1967). Several of these fractures will benefit from the method of treatment outlined below.

In a forced valgus position of the knee, the lateral femoral condyle is wedged down upon the corresponding tibial condyle. In this way, the femoral condyle depresses and compresses the central parts of the tibial plateau thus fracturing the surface in a mosaic-like manner but often sparing the outer border of the

condyle and the meniscus (Kennedy et al. 1968) (Figure 1).

As stressed by several authors (Hohl 1967, Maquet et al. 1967, Rasmussen 1973), the fracture deformity produced by a central fracture of one of the tibial condyles, can only be tolerated for a short time, and it can only, to a limited extent, be compensated biomechanically by forces acting on the knee.

## PATIENTS

Five patients have been operated on according to the method outlined below. In these patients the different cases were fractured in the first the medial condyle. In all these the central compression extended to an extent compressing the knee. The later were divided in its extent fracture. Two patients were soiled, two male patients were more than 55 years old. In

Exhibit A-17

32

# Edeland Discloses the "Forming the Passage" Step of Claim 1



"The probe is introduced into the bone via a fenestration in the subcondylar cortex of the unfractured side of the tibial head, so that the probe will not affect the supporting cortical parts of the fractured condyle."

Exhibit A-17, at p. 687

33

Edeland Discloses the "Compacting"
Step of Claim 1,
as that Term is Construed by Kyphon



"Figure 3.   Principle of the fracture reduction
and compaction procedure with a curved probe."

Exhibit A-17,
at p. 688

# Edeland Discloses the "Compacting" Step of Claim 1, as that Term is Construed by Kyphon

"The compressed fracture region is reduced by repeated careful pushes of the probe (Figure 3). On its way, the probe transfers and compacts considerable amounts of cancellous bone from the region beneath the depression."



REDUCTION OF CENTRAL COMPRESSION FRACTURES          687

*Figure 1   Forced valgus position of the knee, causing a central depression of the lateral tibial plateau.*

*Figure 2. Two probes, with different curvatures*

one patient the fracture region was stabilized by two loops of wire, from the lateral to the medial side of the tibial condyle. Autologous bone transplactation was performed in two patients.

METHODS

The aim of the method described below is to re-establish in a simple way the all-important support of the femoral condyle and consequently the stability of the knee joint. This will prevent an otherwise unavoidable joint insufficiency due to increased load, with the forces converging on limited parts of the tibial condyle, resulting in gradually increasing strains on the ligaments.

The method requires a curved steel probe which has a diameter of 1.0-1.5 cm, a length of 20 cm, and a radius of the curve of approximately 25 cm. The "reduction end" of the probe is slightly concave. The instrument, with various curvatures, is illustrated in Figure 2.

The probe is introduced into the bone via a penetration in the subcondylar cortex of the infractured side of the tibial head, so that the probe will not affect the supporting cortical parts of the fractured condyle. The concave "reduction end" of the probe is placed in position beneath the compressed parts of the condyle, under TV-monitored X-ray control. The

compressed fracture region is reduced by repeated careful pushes of the probe (Figure 3). On its way, the probe transfers and compacts considerable amounts of cancellous bone from the region beneath the depression. The curvature of the probe permits some "swing" and this makes some minor adjustments of the reduction possible and also expands and forms transverse bone bridges immediately beneath the fracture parts. This stabilizes the reduced fracture parts. The reduction may, if necessary, be further stabilized by several methods of internal fixation, e.g. by a wire technique, described by Gottfries et al. (1971), or by a plate device especially designed for this purpose (Figure 4). Only a short, skin incision is needed for the reduction procedure. The surgery should be performed with the fractured leg slightly extended. The pre-operative set-up is illustrated in Figure 5. a full-length circular knee-cast should be used for 4 to 6 weeks post-operatively, in order to keep the fractured knee joint compartment protected.

Exhibit A-17, at p. 687

35

# Compacting in Edeland is separate from forming the passage

- Passage:  Probe is "introduced into the bone via a fenestration"
- Compacting occurs to increase the size of that passage
- Consistent with district court's finding:
  - "The Court finds that pushing the probe to compact cancellous bone could be read to 'increase the volume' of the passage."

36

# Edeland Discloses the "Filling the Passage" Step of Claim 1

"Instead of bone grafts to compensate for the bone defects, porous ceramic material could be used .... The <u>ceramic material (e.g. tricalcium phosphate) could be introduced into the bone defect region by the use of a cylinder-and-piston type of instrument arrangement, as shown in Figure 6.</u>"



Figure 6.  Principle of the use of the bone graft and/or ceramic 'loaded' tube-and-plunger instrument set-up.

Edeland Discloses the "Filling the Passage" Step of Claim 1

- Calcium phosphate ceramics constitute "flowable material" capable of setting to a hardened condition.

  - The ceramic material can be made into a slurry by suspension in a liquid medium.

  - The slurry can be inserted into bone via a tube-and-plunger instrument or bone filler device.

  - The slurry hardens over time and becomes bone.

[1] Exhibit E, Mitchell Decl., ¶¶ 11, 12

38

# It Would Be Safe -- and Obvious -- to Fill the Edeland Void With Other Flowable Materials Including Methyl Methacrylate

## Fractures of the Tibial Condyles

A Preliminary Report on Supplementary Fixation With Methylmethacrylate

WILLIAM R. KENNEDY, M.D.*

**Kennedy article is dated July-August 1978: More than 10 years before the filing date for the '888 Patent**

**Exhibit A-18**

39

---

### Fractures of the Tibial Condyles

A Preliminary Report on Supplementary Fixation With Methylmethacrylate

WILLIAM R. KENNEDY, M.D.*

Severely displaced fractures of the tibial condyles present a difficult problem in management. Surgical reconstruction of a significantly disrupted joint surface has been advocated by many authors, however the technical problems associated with open reduction and internal fixation have frequently led to poor reductions, loss of fixation, and in turn, disappointing postoperative results.

A significantly depressed tibial condylar fracture in the osteoporotic, elderly patient provides a most difficult problem for which many techniques have been developed. Bolts, screws, plates, tibial, iliac and patellar bone grafts plus combinations of the preceding have all been described in the literature and used with varying degrees of success. Since 1973 we have used methylmethacrylate in conjunction with metallic devices to treat these fractures. The following is the report based on 7 cases with follow-up ranging from 20 to 51 months.

#### CLASSIFICATION

For this review the modified classification system of Apley, described by Roberts, was used to classify which type of tibial condyle fractures were suitable for this method of treatment. All of the cases in this report were Type III displaced fractures, however a Type II fracture with significant displacement and instability would be an excellent candidate for this method of fixation if open reduction was elected to be used. Also, all of the cases in this report were lateral condyle fractures (Fig. 1).

#### MATERIALS AND METHODS

Surgical repair of the fracture was carried out under general anesthesia within 2 days of the date of injury. None of the cases were operated on as an emergency procedure. The routine was to follow admission with a medical evaluation and surgery to be performed on the second day of hospitalization. Upon admission to the hospital, the leg was placed in a splint, which was removed only for frequent Betadine scrubs. Preoperative and postoperative antibiotics were given routinely.

The proximal tibia at the fracture site was exposed by a long lateral incision as described by Barr. The capsule was incised 1 cm lateral to the patella and the joint was inspected. Removal of the lateral meniscus was usually necessary in order to provide maximal exposure of the joint surface. The capsular incision was continued distally over the lateral tibial condyle to the insertion of the iliotibial band. In 2 cases, the iliotibial band had caused a fragment of bone from the site of its attachment into the tibia.

Using a periosteal elevator the proximal origin of the anterior tibial muscle was elevated from the tibia hinging it on its posterior attachments. Care was taken to protect the anterior tibial artery and deep peroneal nerve as they pass under

*Suite 290, Medical Arts Building, Sarasota, Florida 33579
Received September 20, 1977

# It Would Be Safe to Fill the Edeland Void With Methyl Methacrylate

"Through the window in the tibia, a blunt instrument could be inserted and used to push up the depressed bone fragments. . . . The crushed cancellous bone beneath the articular surface usually left a space which we elected to fill with methylmethacrylate rather than a bone graft."

Exhibit A-18, at p. 184

Kennedy has same the disclosure as Edeland – except methyl methacrylate bone cement filled the void instead of bone graft paste.







40