# Edeland Discloses the "Filling the Passage" Step of Claim 1

- Dr. Mitchell filled void created by conventional bone tamp with ceramic calcium phosphate compound (flowable slurry) (Mitchell Decl., ¶ 9).

- Dr. Mitchell could have opted to fill void created by conventional bone tamp with methyl methacrylate bone cement. (Mitchell Decl., ¶ 9).



41

42

Redacted

# Edeland Discloses the Claim 3 Limitation: "compacting step includes forcing the bone marrow outwardly of the central portion of the bone"



Fig. 3 provides a snapshot of a push of probe that is repeated in different areas of the bone, from the center to the outer portion of bone.

43

# Edeland Discloses the Drilling Limitations of Claims 8, 9 and 10 (drilling into bone marrow, under guidance, to a predetermined depth)



"The probe is introduced into the bone via a fenestration . . . . . The concave "reduction end" of the probe is placed in position beneath the compressed parts of the condyle, under TV-monitored x-ray control."

Fenestration involves drilling through the cortical bone to create an opening, hole or perforation in the bone marrow; the drill goes through and into the bone marrow.  (See Mitchell Decl., ¶¶ 6, 24.)

44

45

Redacted

46

Redacted

# Obviousness

- Knowledge of a reference in the same field is presumed (In re Dance, 160 F.3d 1339, 1343 (Fed. Cir. 1998))
- What else can we use to fill the void that is flowable and capable of setting to a hardened condition?
  – Edeland plus Kennedy (1978) (same procedure as Edeland, using methylmethacrylate)
  – Edeland plus Brown and Chow (1983 filing date; calcium phosphate hardening material)
  – Olerud plus Kennedy
  – Olerud plus Brown and Chow
- Secondary considerations – praise was for the <u>balloon</u>.
  – DOT is not arguing that balloon aspect was obvious
  – Kyphon can't have it both ways; claims are limited to balloon;
    • if not, they are anticipated and rendered obvious by the prior art
47

3

# CLAIM CONSTRUCTION & NON-INFRINGEMENT - BONE FILLER PATENTS ('734 and '054)

PRESENTATION ON BEHALF OF DISC-O-TECH MEDICAL TECHNOLOGIES, LTD. and DISC ORTHOPAEDIC TECHNOLOGIES, INC.

1

2

# CLAIM CONSTRUCTION

# OF

# BONE FILLER PATENTS