# Comparison of the Bone Filler Patents

- The '054 and '734 disclose systems for filling bone cavities with bone filler material.
- The '054 is a divisional of the '734.
- The '054 and '734 share the same specification and have substantially similar claims.
- The same claim construction and non-infringement analysis should be applied to both the '054 and '734.

3

# The Claims Must Be Read in View of the Specification

- Claims should be interpreted consistently with the specification because the specification explains the nature of the patentee's invention.[1]
- Claim interpretation should be determined with an understanding of what the inventors actually invented.[2]
- In addition, claims should be interpreted so as to preserve their validity. "[C]laims should be read in a way that avoids ensnaring prior art if it is possible to do so."[3]

4

---

1 Medrad, 401 F.3d 1313, 1319 (Fed. Cir. 2005)
2 Renishaw, 158 F.3d 1243, 1250 (Fed. Cir. 1998)
3 Harris, 114 F.3d 1149, 1153 (Fed. Cir. 1997)

# Claims Should be Read to Avoid Ensnaring Prior Art

- If the Bone Filler Patents are read broadly to cover any device that
  - tamps material contacting the inner walls of a hollow tube into bone or
  - tamps material contacting the inner walls of a hollow tube (that is, in turn, inserted into a second hollow tube) into bone
- the Bone Filler Patents would be invalid in light of the prior art.

Prior art discloses the insertion of a tamping instrument into a hollow tube, so that the tamping instrument clears material contacting the inner walls of a hollow tube into the bone.

See DOT's Appendix, Exs. B-A, B-1 thru B-10.

6

# Prior Art Discloses a Tamping Instrument Clearing Material From the Inner Walls of an "Inner" Tube (That is Inserted into an "Outer" Tube) into the Bone (e.g. App. Ex. B-4, U.S. Patent No. 4,801,263)

- A delivery device fills the "inner" tube with material



FIG. 1



FIG. 2

- The filled "inner" tube is inserted into an "outer" tube



FIG. 6

- A tamping instrument is inserted into and advanced through the "inner" tube



FIG. 2



FIG. 6

- The tamping instrument clears the material from the inner walls of the "inner" tube into the bone



FIG. 7

# The Bone Filler Patents Disclose Five Instruments with Distinct Purposes and Operations



- Delivery Device
  (e.g. syringe)
- Nozzle Instrument
  (hollow tube)
- Tamping Instrument
- Cannula
  (hollow tube)
- Stylet
  (discussed later)

# The Delivery Device (e.g. Syringe) is Attached to the Nozzle (a Hollow Tube)



FIG. 25

'734, Col. 16, lines 1-6

9

The Nozzle (a Hollow Tube) is Inserted into the Cannula (a Hollow Tube); the Distal End of the Nozzle is Inserted Past the Distal End of the Cannula



FIG. 26

'734, Col. 11, ll. 3-5; Col. 16, ll. 6-9

10



Initially, the Delivery Device (e.g. Syringe) Expels Material into the Nozzle into the Bone Cavity

FIG. 27

'734, Col. 11, ll. 9-13; Col. 16, ll. 14-21; Col. 16, ll. 40-42; Col. 16, ll. 30-38

# The Nozzle Instrument is Withdrawn From the Cannula As the Syringe Expels Material



FIG. 28

Cannula (orange)
Nozzle (yellow)
Material (blue)

The arrow (on the left) indicates the withdrawal of the Nozzle from the Cannula

'734, Col. 11, ll. 9-13; Col. 16, ll. 14-21; Col. 18, ll. 40-42; Col. 16, ll. 30-38

12