34

# NON-INFRINGEMENT OF

# BONE FILLER PATENTS:

# PRE-JULY 2004

# SKY IMPACTOR DEVICE

The Pre-July 2004 SKy Impactor was designed to be used, intended to be used, and, indeed, was actually used in a manner completely different from how the Bone Filler Patents dictate the claimed apparatus is designed and intended to be used.

The pre-July 2004 Sky Impactor Device Comprises of Two Metal Components, the Impactor Tube and the Impactor Rod; the Impactor Fills the Void Created by the SKy Bone Expander



The Impactor Tube Is Introduced into the Bone Cavity Via the Sky Cannula; the Sky Cannula Does Not Enter the Bone Cavity

37



# The Distal End of the Impactor Tube is Inserted Deep into the Bone Cavity, Remotely From the Distal End of the SKy Cannula

38



A Syringe, Filled With Bone Filler Material, is Attached to the Proximal End of the Impactor Tube; Bone Filler Material is Transferred From the Syringe to the Impactor Tube



39

40

The Impactor Tube is <u>not</u> withdrawn into the SKy Cannula as the syringe expels bone filler material into the bore (that contacts the inner walls) of the Impactor Tube

The Syringe Does Not Expel Bone Filler Material into the Bore (that Contacts the Inner Walls) of the SKy Cannula



41

# The Syringe is Removed; the Distal Tip of the Impactor Rod is Inserted into the Proximal End of the Impactor Tube



42

Advancement of the Impactor Rod Pushes Bone Filler Material Through the Bore and Out the Distal End of the Impactor Tube



Bone filler material introduced from the bore

Bone filler material is introduced into the bone cavity directly from the distal end of the Impactor Tube