IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KYPHON INC., :
:
    Plaintiff, :
:
v. : Civil Action No. 04-204-JJF
:
DISC-O-TECH MEDICAL :
TECHNOLOGIES LTD., and DISC :
ORTHOPAEDIC TECHNOLOGIES, INC. :
:
    Defendants. :

### ORDER

WHEREAS, due to a scheduling conflict the Pretrial Conference scheduled for May 24, 2005 must be rescheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Tuesday, May 17, 2005 at 4:00 p.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

April 28, 2005
DATE

UNITED STATES DISTRICT JUDGE