IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| KYPHON INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-204-JJF |
| | ) |
| DISC-O-TECH MEDICAL TECHNOLOGIES LTD., and DISC ORTHOPAEDIC TECHNOLOGIES, INC., | ) ) ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.'S AND
DISC ORTHOPAEDIC TECHNOLOGIES, INC.'S NOTICE UNDER 35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282, Defendants Disc-O-Tech Medical Technologies, Ltd. and Disc Orthopaedic Technologies, Inc. ("DOT") hereby provide Plaintiff Kyphon, Inc. ("Kyphon") with notice of the patents, publications, and other evidence (in addition to any other patents, publications, and other evidence identified in prior pleadings and other documents served on Kyphon) on which DOT may rely at trial as anticipating or rendering obvious U.S. Patent Nos. 5,108,404, 4,969,888, 6,235,043 B1, 6,241,734 B1, and 6,613,054 B2 ("the Kyphon patents-in-suit"), or as showing the state of the prior art:

- § U.S. Patent No. 3,626,949    Dec. 14, 1971    Shute;

- § U.S. Patent No. 4,488,549    Dec. 18, 1984    Lee et al.;

- § U.S. Patent No. 4,518,430    May 21, 1985    Brown et al.;

- § U.S. Patent No. 4,576,152    March 18, 1986    Müller et al.;

- § U.S. Patent No. 4,627,434    Dec. 9, 1986    Murray;

- § U.S. Patent No. 4,801,263   Jan. 31, 1989        Clark;

- § U.S. Patent No. 4,878,495   Nov. 7, 1989         Grayzel;

- § U.S. Patent No. 4,909,252   Mar. 20, 1990        Goldberger;

- § U.S. Patent No. 5,049,132   Sep. 17, 1991        Shaffer et al.;

- § U.S. Patent No. 5,108,404   Apr. 28, 1992        Scholten et al.;

- § U.S. Patent No. 5,312,333   May 17, 1994         Churinetz et al.;

- § U.S. Patent No. 5,415,631   May 16, 1995         Churinetz et al.;

- § U.S. Patent No. 5,741,261   Apr. 21, 1998        Moskovitz et al.;

- § U.S. Patent No. 5,919,196   Jul. 6, 1999         Bobic et al.;

- § U.S. Patent No. 6,017,348   Jan. 25, 2000        Hart et al.;

- § Aebi, M., "The internal skeletal fixation system. A new treatment of thoracolumbar fractures and other spinal disorders," Clin. Orthop., Vol. 227, pp. 30 - 43, 1988;

- § Angel, M. et al., "Vascularization of Tricalcium Phosphate, an Artificial Bone Substitute," Microsurgery, Vol. 6, pp. 175 - 81, 1985;

- § Benum, P. et al., "Porous Ceramics as a Bone Substitute in the Medial Condyle of the Tibia," Acta Orthop. Scand., Vol. 48, pp. 150 - 57, 1977;

- § Blauth, M., "Therapeutic Concept and Results of Operative Treatment in Acute Trauma of the Thoracic and Lumbar Spine: The Hannover Experience," J. of Orthop. Trauma, Vol. 1, No. 3, pp. 240 – 252, 1987;

- § Bucholz, R. et al., "Hydroxyapatite and Tricalcium Phosphate Bone Graft Substitutes," Orthop. Clin. North Am., Vol. 18, No. 2, pp. 323 - 34, 1987;

-2-

- § Campbell's Operative Orthopaedics, A.H. Crenshaw, Ed., 7th ed., Chapter 44, pp. 1653 – 1663, 1987;

- § Carlson, D., et al., "The Use of Methylmethacrylate in Repair of Neoplastic Lesions in Bone," Radiology, Vol. 112, pp. 43 - 46, 1974;

- § Charvet, A. et al., "Pulmonary embolism of cement during vertebroplasty," Ann. Fr. Anesth. Reanim, Vol. 23, No. 8, pp. 827 - 30, 2004;

- § Daniaux, H., "Technik und Ergebnisse der transpedikulären Spongiosaplastik bei Kompressionsbrüchen im Lendenwirbelsäulenbereich," Acta Chir. Austr. (Suppl.), Vol. 43, pp. 79 - 80, 1982;

- § Daniaux, H., "Transpedikuläre Reposition und erste Spongiosaplastik bei Wirbelkörperbrüchen der unteren Brust und Lendenwirbelsäule," Unfallchirurg, Vol. 89, pp. 197 - 213, 1986;

- § Dick, W., "The 'fixature interne' as versatile implant for spine surgery," Spine, Vol. 12 (9), pp. 882 - 900, 1987;

- § Dick, W., "Use of the Acetabular Reamer to Harvest Autogeneic Bone Graft Material: A Simple Method for Producing Bone Paste," Arch. Orthop. Trauma Surg., Vol. 105, pp. 235 – 238, 1986;

- § Edeland, H.G., "Open Reduction of Central Compression Fractures of the Tibial Plateau," Acta Orthop. Scand., Vol. 47, pp. 686 - 689, 1976;

- § Frame, J. et al., "Hydroxyapatite as a Bone Substitute in the Jaws," Biomaterials, Vol. 2, pp. 19 - 22, 1981;

§ Higgins, K. et al., "Biomechanical Effects of Unipedicular Vertebroplasty on Intact Vertebrae," Spine, Vol. 28, No. 14, pp. 1540 - 1548, 2003;

§ Hillmeier, J. et al., "The evaluation of balloon kyphoplasty for osteoporotic vertebral fractures," Orthopade, Vol. 33, No. 8, pp. 893 - 904, 2004;

§ Kennedy, W., "Fractures of the Tibial Condyles: A Preliminary Report on Supplementary Fixation with Methylmethacrylate," Clin. Orthop., Vol. 134, pp. 153 - 157, 1978;

§ Komp, M. et al., "Minimal-invasive Therapie der funktionell instabilen osteoporotishcen Wirbelkorperfraktur mittels Kyphoplastie: Prospektive Vergleichsstudie von 19 operierten under 17 konservativ behandelten Patienten," J. Miner Stoffwechs, Vol. 11 (Suppl. 1), pp. 13 - 15, 2004;

§ Kraus, G. et al., "Pelvic and leg venous thrombosis as a complication of percutaneous vertebroplasty," Rofo., Vol. 175, No. 4, pp. 565 - 66, 2003;

§ Lee, B. et al., "Paraplegia as a complication of percutaneous vertebroplasty with polymethylmethacrylate: a case report," Spine, Vol. 27, No. 19, pp. E419 - 22, 2002;

§ Lieberman et al., "Vertebroplasty and Kyphoplasty for Osteolytic Vertebral Collapse," Clin. Orthop. And Related Res., No. 415S, pp. S176 - 186, 2003;

§ Limb Salvage in Musculoskeletal Oncology, Chapter 6, "Effectiveness of Methyl Methacrylate as a Physical adjuvant in Local Tumor Control," Enneking, W., Ed., Churchill Livingstone, pp. 443 - 498, 1987;

- § Ma, Yuan-zhang, "Os Calsis Fracture Treated by Percutaneous Poking Reduction and Internal Fixation," Chinese Medical Journal, Vol. 97, No. 2, pp. 105 - 110, 1984;

- § Malawer, M. et al., "Effect of Cyrosurgery and Polymethyl Methacrylate on the Tumor Cavity," Limb Salvage in Musculoskeletal Oncology, Enneking, W., Ed., Churchill Livingstone, pp. 486 – 498, 1987;

- § Mathis, J. et al., "Percutaneous Vertebroplasty: A Developing Standard of Care for Vertebral Compression Fractures," Am. J. Neuroradiology, Vol. 22, pp. 373 - 381, 2001;

- § Olerud, S., "Transpedicular Fixation of Thoracolumbar Vertebral Fractures," Clin. Orthop., Vol. 227, pp. 44 - 51, 1988;

- § Padovani, B. et al., "Pulmonary Embolism Caused by Acrylic Cement: A Rare Complication of Percutaneous Vertebroplasty," Am. J. Neuroradiology, Vol. 20, pp. 375 - 77, 1999;

- § Pentelenyi, T., "First Hungarian Neurosurgical Experiences with 'Fixateur Interne' in the Treatment of Thoraco-lumbar Spine Injuries," Acta Neurochir. (Wien), Vol. 93, pp. 104 - 109, 1988;

- § Phillips, F. et al., "An in Vivo Comparison of the Potential of Extravertebral Cement Leak After Vertebroplasty and Kyphoplasty," Spine, Vol. 27, No. 19, pp. 2173 - 78, 2002;

- § Pleser, M. et al., "Pulmonary embolism caused by PMMA in percutaneous vertebroplasty," Unfallchirug, Vol. 107, No. 9, pp. 807 - 11, 2004;

- § Ratliff, J. et al., "Root and spinal cord compression from methylmethacrylate vertebroplasty," Spine, Vol. 26, No. 13, pp. E300 - 2, 2001;

- § Rauschmann, M. et al., "Complications of vertebroplasty," Orthopade, Vol. 33, No. 1, pp. 40 - 7, 2004;

- § Rejda, B. et al., "Tri-calcium Phosphate as a Bone Substitute," J. Bioeng., Vol. 1, pp. 93 - 97, 1977;

- § Ryu, K. et al., "Dose-dependent epidural leakage of polymethylmethacrylate after percutaneous vertebroplasty in patients with osteoporotic vertebral compression fractures," J. Neurosurg. Spine., Vol. 96, No. 1, pp. 56 - 61, 2002;

- § Schatzker, J., Operative Orthopaedics, M. Chapman, Ed., 1st ed., Ch. 35, pp. 421 – 434, 1988;

- § Scoville, W., "The Use of Acrylic Plastic for Vertebral Replacement or Fixation in Metastatic Disease of the Spine," J. Neurosurg., Vol. 27, pp. 274 - 79, 1967;

- § Smith, L., "Ceramic-Plastic Material as a Bone Substitute," Arch. Surg., Vol. 87, pp. 653 - 61, 1963;

- § Stricker, K. et al., "Severe Hypercapnia Due to Pulmonary Embolism of Polymethylmethacrylate During Vertebroplasty," Anesth. Analg., Vol. 98, pp. 1184 - 1186, 2004;

- § Tsai, T. et al., "Polymethylmethacrylate Cement Dislodgement Following Percutaneous Vertebroplasty: A case report," Spine, Vol. 28, No. 22, pp. E457 - 60, 2003;

- § Kyphon's 510(k) Premarket Notification Submission, KphX™ Inflatable Bone Tamp – K981251 (KY 004433 – 4865);

- § Presentation regarding Kyphon meeting with FDA on January 16, 2001 (KY 004932 - 4959);

- § Draft Letter from Richard Mott to Erin Keith, dated July 9, 2003 (KY 263533 - 263536);

- § Letter from K. Talmadge to FDA, dated April 3, 1998 (KY 004440);

- § Deposition Testimony of Mark Reiley, dated Nov. 3, 2004;

- § Deposition Testimony of Mark Reiley, dated Feb. 2, 2005;

- § Deposition Testimony of Arie Scholten, dated Feb. 15, 2005;

- § Deposition Testimony of Karen Talmadge, dated February 1, 2005;

- § Deposition Testimony of William Rosenberg, M.D., dated Nov. 22, 2004;

- § Declaration of William Rosenberg, M.D., dated Nov. 10, 2004;

- § Expert Report of Dr. David Mitchell Regarding the Invalidity of U.S. Patent Nos. 5,108,404, 4,969,888, and 6,235,043 B1, dated March 7, 2005;

- § Expert Report of Dr. David Mitchell Regarding the Invalidity of U.S. Patent Nos. 6,241,734 B1 and 6,613,054 B2, dated March 11, 2005;

- § Declaration of Dr. David Mitchell, dated April 6, 2005;

- § Rebuttal Expert Witness Report of Michael Marks, M.D., dated March 23, 2005;

- § Second Rebuttal Expert Witness Report of Michael Marks, M.D., dated April 4, 2005;

- § Declaration of Michael Marks, M.D., dated April 14, 2005;

- § Any prior art relied upon by Kyphon.

Finally, DOT intends to rely on information known to persons skilled in the art as explained in Dr. Mitchell's expert reports and in deposition, and through the trial testimony of DOT's other witnesses.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Maryellen Noreika (#3208)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302)  658-9200
  *Attorneys for Defendants Disc-O-Tech Medical
  Technologies, Ltd. and Disc Orthopaedic Technologies
  Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Jonathan M. Sobel
Arlene L. Chow
Robert J. DeMento
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY  10022
(212) 918-3000

May 2, 2005

**CERTIFICATE OF SERVICE**

      I, Maryellen Noreika, hereby certify that copies of the foregoing were caused to be served this 2nd day of May, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

        /s/ Maryellen Noreika (#3208)
        Maryellen Noreika (#3208)