IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC.,<br><br>   Plaintiff,<br><br>v.<br><br>DISC-O-TECH MEDICAL<br>TECHNOLOGIES LTD., and DISC<br>ORTHOPAEDIC TECHNOLOGIES, INC.,<br><br>   Defendants. | C.A. No. 04-204-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David J. Miclean, Rama G. Elluru, and Limin Zheng to represent plaintiff Kyphon Inc. in this matter.

Dated: May 3, 2005      FISH & RICHARDSON P.C.

             By: /s/ Thomas L. Halkowski
                Thomas L. Halkowski (#4099)
                919 N. Market Street, Suite 1100
                P.O. Box 1114
                Wilmington, DE 19899-1114
                Tel: (302) 652-5070
                Fax: (302) 652-0607

              Attorneys for Plaintiff
              KYPHON INCORPORATED

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2005   _____
                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 3/17, 2005

Signed: _____
David J. Miclean
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Texas and Virginia, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

Dated: April 20th, 2005          Signed: _____
                                         Rama G. Elluru
                                         Fish & Richardson P.C.
                                         1425 K Street, NW, 11th floor
                                         Washington, DC 20005
                                         (202) 783-5070

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

Dated: Apr. 14th, 2005        Signed: _____
                              Limin Zheng
                              Fish & Richardson P.C.
                              500 Arguello Street
                              Redwood City, CA 94063
                              (650) 839-5107

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2005, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Maryellen Noreika<br>Morris Nichols Arsht & Tunnell<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 2100<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | *Attorneys for Defendants*<br>*Disc-O-Tech Medical Technologies, Ltd.*<br>*and Disc Orthopaedic Technologies, Inc.* |

I hereby certify that on May 3, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Jonathan M. Sobel<br>Hogan & Hartson, L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | *Attorneys for Defendants*<br>*Disc-O-Tech Medical Technologies, Ltd.*<br>*and Disc Orthopaedic Technologies, Inc.* |

/s/ Thomas L. Halkowski
Thomas L. Halkowski (#4099)
halkowski@fr.com