# JUROR QUESTIONNAIRE

Name:_____

1. By whom are (were) you employed during the last 10 years?

   | Employer | Number of Years | Is that a small company, large Company, government agency or self-employment? |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

2. What are (were) your 3 main responsibilities on your current or most recent job?
   _____
   _____
   _____

3. What is your last level of education completed?

   _____ Some High School                _____ College Graduate
   _____ Technical/Vocational School     _____ Post Graduate Degree
   _____ High School Graduate            _____ Post Graduate Work
   _____ Some College

4. When you were in school, what were your:

   | Favorite Subjects | Least Favorite Subjects |
   |---|---|
   | _____ | _____ |
   | _____ | _____ |

5. What was (is) your area of specialization in college, post-graduate or technical school?

   | Technical School | College |
   |---|---|
   | _____ | _____ |

6. Please indicate how comfortable you are with science and science-related concepts?

   _____ Very comfortable            _____ Fairly comfortable
   _____ Fairly uncomfortable        _____ Very uncomfortable

7. Is your job in a health services related field?  Yes _____   No _____

If yes, please explain what type of work you do in the health services field
_____

8. Does your job involve use of a medical device or equipment? Yes _____ No _____

   If yes, what type of work do you do with a medical device and with what type of medical device?
   _____

9. Have you ever worked as a sales person? Yes _____ No _____

   If yes, what did you sell?
   _____

   For what type of company were you a sales person?
   _____

10. Have you ever worked for an agency of the Federal Government?

    Yes _____            No _____

    If so, identify the agency or agencies and what you did in your job(s)?
    _____
    _____

11. Have you ever been employed in, or by a company that makes or sells medical equipment or devices? If so, identify the employer and your job description.

    Yes _____ No _____

    Employer, if any
    _____

    Job Description, if any
    _____

12. Including the present time, have you ever suffered from back pain or had back problems?

    Yes _____ No _____

    If so, are you currently receiving or have you ever received treatment?

    Yes _____ No _____

2

If so, please describe the nature of the treatment:

_____
_____
_____

Did the treatment relieve your pain?  Yes _____   No _____

13. Have you ever had back surgery?  Yes _____   No _____

If so, please explain:

_____
_____
_____

14. Have you ever started your own business?  Yes _____   No _____

15. Have you ever been employed in, or by a foreign company?  Yes _____   No _____

16. Have you ever invested in a foreign company?  Yes _____   No _____

17. Do you have special training or education in the following areas:

| | | | |
|---|---|---|---|
| Medicine | _____ | Biology | _____ |
| Science | _____ | Anatomy | _____ |
| Patents | _____ | Engineering | _____ |
| Mechanical Engineering | _____ | | |
| Physics | _____ | | |

18. Do you consider yourself technically inclined?  Yes _____   No _____

19. Do you consider yourself mechanically inclined?  Yes_____   No. _____

20. What is (was) your spouse's occupation if employed outside the home?
_____
_____

21. By whom is (was) your spouse/partner employed?
_____
_____

22. What are (were) his or her 3 main responsibilities at work?
    _____
    _____

23. Have you ever invented anything?

    _____ Yes    Please explain: _____
    _____ No                     _____

24. Has a relative or close personal friend of yours ever invented anything?

    _____ Yes    Please explain: _____
    _____ No                     _____

25. Have you ever *applied for or received* a patent, trademark, or copyright?

    _____ Yes    Please explain: _____
    _____ No                     _____

26. Has a relative or close personal friend of yours ever *applied for or received* a patent, trademark, or copyright?

    _____ Yes    Please explain: _____
    _____ No                     _____

27. Have you, a relative or close personal friend ever had any dealings with the U.S. Patent Office?

    _____ Yes    Please explain: _____
    _____ No                     _____

28. Have you, a relative or close friend ever worked for a company that patents inventions or ideas?

    _____ Yes    Please explain: _____
    _____ No                     _____

29. Does your current employer own any U.S. Patents?

    Yes_____    No_____    Don't know_____

30. Do you have any strong feelings or opinions about patents or the process by which patents are obtained?   Yes_____ No_____

31. Do you feel that it would be wrong for someone to profit from his invention or discovery?  Yes_____ No   _____

4

32. Do you feel that inventions or discoveries in the medical field are not entitled to patent protection?  Yes_____  No  _____

33. Have you ever served on a jury before?

    Yes  _____                               No  _____

34. If yes, when? _____ (year).  What type of trial?

    Civil  _____           Criminal  _____

35. Have you heard of Kyphon Inc.?

    Yes  _____                               No  _____

    If so, are you familiar with any of their products?

    Yes  _____                               No  _____

36. Have you ever used any Kyphon products?  Yes _____   No _____

37. Do you have any relationship or affiliation with Kyphon Inc. or any of its employees?  Yes_____  No_____

38. Do you currently, or have you ever, owned Kyphon Inc. stock?  Yes _____ No _____

39. Have you heard of Disc Orthopaedic Technologies, Inc.?

    Yes  _____                               No  _____

    If so, are you familiar with any of their products?

    Yes  _____                               No  _____

40. Have you ever used any Disc Orthopaedic Technologies, Inc. products?  Yes_____  No _____

41. Do you have any relationship or affiliation with Disc Orthopaedic Technologies, Inc. or any of its employees?  Yes_____  No_____

42. Have you heard of Disc-O-Tech Medical Technologies, Ltd.?

    Yes  _____                               No  _____

If so, are you familiar with any of their products?

      Yes  \_\_\_\_\_                     No  \_\_\_\_\_

43. Have you ever used any Disc-O-Tech Medical Technologies, Ltd. products? Yes \_\_\_\_\_ No \_\_\_\_\_

44. Do you have any relationship or affiliation with Disc-O-Tech Medical Technologies, Ltd. any of its employees? Yes\_\_\_\_\_ No\_\_\_\_\_

45. Have you heard of the law firm of Fish & Richardson, P.C.? Yes \_\_\_\_\_ No \_\_\_\_\_

    If yes, what have you heard?
    _____

46. Do you have any relationship or affiliation with Fish & Richardson or any of its employees? Yes\_\_\_\_\_ No\_\_\_\_\_

47. Have you heard of the law firm of Hogan & Hartson, L.L.P.? Yes \_\_\_\_\_ No \_\_\_\_\_

    If yes, what have you heard?
    _____

48. Do you have any relationship or affiliation with Hogan & Hartson, L.L.P. or any of its employees? Yes\_\_\_\_ No\_\_\_\_\_

49. Have you ever been sued, been a party to a lawsuit, had your deposition taken or been a witness in court? Yes \_\_\_\_\_ No \_\_\_\_\_

    If so, please explain

    _____
    _____
    _____