# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

**VIA ECF AND HAND DELIVERY**

May 13, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Kyphon Inc. v. Disc-O-Tech Medical Technologies, et al.*
      C.A. 04-204-JJF

Dear Judge Farnan:

Per the Court's request, below for the Court's consideration are: (i) a brief description of the case; and (ii) a question regarding whether and how the prospective juror learned of the case.

  (i)   This is a case between two companies, Kyphon and Disc-O-Tech, involving patents relating to a surgical procedure for repairing fractured bones in the spine.

  (ii)  Have you heard about this case prior to receiving the notice summoning you appear to serve on this Jury?

        Yes _____                    No _____

If so, please identify how you heard about this case:

Newspaper___   Radio___   Internet___   Word of mouth___

Other (please specify)_____

DOT's counsel has been contacted and has confirmed that the above are acceptable.

Counsel are prepared to address any additional questions or concerns that the Court may have.

Respectfully,

/s/ Thomas L. Halkowski

Thomas L. Halkowski

cc    Clerk of the Court (via ECF)
      Maryellen Noreika (via ECF)
      Jonathan M. Sobel (via fax)