IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-204-JJF |
| ) | |
| DISC-O-TECH MEDICAL TECHNOLOGIES ) | |
| LTD., and DISC ORTHOPAEDIC ) | |
| TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER RE USE OF LAPTOPS IN COURTROOM 4B

The attorneys listed below are permitted to bring laptop computers into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, during the pretrial conference scheduled for Tuesday, May 17, 2005 at 4:00 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

        Maryellen Noreika
        Eric J. Lobenfeld
        Jonathan M. Sobel

SO ORDERED this 17 day of May, 2005.

                                              _____
                                              JOSEPH J. FARNAN, JR.
                                              United States District Court Judge