IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYPHON INC.,

    Plaintiff,

v.

DISC-O-TECH MEDICAL
TECHNOLOGIES LTD., and DISC
ORTHOPAEDIC TECHNOLOGIES, INC.,

    Defendants.

C.A. No. 04-204-JJF

### ORDER RE USE OF LAPTOPS IN COURTROOM 4B

The attorney listed below from the firm Fish & Richardson P.C. is permitted to bring a laptop computer into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, during the pretrial conference scheduled for Tuesday, May 17, 2005, beginning at 4:00 p.m.

Counsel shall comply with the inspection provisions of the United States Marshal.

Thomas L. Halkowski

SO ORDERED this 17 day of May, 2005.

United States District Court Judge