# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

May 19, 2005

**VIA ECF**
The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801



Re:   *Kyphon Inc. v. Disc-O-Tech Medical Technologies, et al.*
      C.A. No. 04-204

Dear Judge Farnan:

This letter, submitted on behalf of Kyphon, concerns: (i) the parties' efforts to address an expedited schedule for filing objections to Judge Poppiti's Orders; and (ii) related discussions regarding a trial date that will minimize the disruption to the witnesses that had been scheduled to testify at the June 1st trial in this matter.  Unfortunately, the parties disagree on the best approach to these issues.  The attached correspondence (Exhs. A & B) sets forth the parties' differing positions.  Kyphon respectfully seeks the Court's guidance regarding these matters at the Court's first convenience.  Counsel for Kyphon is available at any time today and understands that counsel for DOT is similarly available.

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Respectfully,

/s/ Thomas L. Halkowski

Thomas L. Halkowski

TLH:sb

Attachments

cc   Clerk of Court (via ECF)
     Maryellen Noreika, Morris Nichols (via ECF)
     Eric J. Lobenfeld, Hogan & Hartson (via facsimile)

80024696.doc