IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KYPHON INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-204 (JJF) |
| | ) | |
| DISC-O-TECH MEDICAL | ) | |
| TECHNOLOGIES LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Disc-O-Tech Medical Technologies Ltd. and Disc Orthopaedic Technologies Inc. (collectively "DOT") hereby offers that judgment may be taken against DOT and in favor of Kyphon Inc. in the amount of $25,000, inclusive of all costs, attorneys' fees or other monetary awards to which Kyphon claims entitlement for its allegations that DOT's accused pre-July 2004 bone impactor devices infringe U.S. Patent Nos. 6,241,734 and 6,613,054.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Defendants*
*Disc-O-Tech Medical Technologies, Ltd. and*
*Disc Orthopaedic Technologies Inc.*

OF COUNSEL:
Eric J. Lobenfeld
Jonathan M. Sobel
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000

May 17, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>DISC-O-TECH MEDICAL TECHNOLOGIES LTD., and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,<br><br>             Defendants. | C.A. No. 04-204-JJF |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Kyphon, Inc. ("Kyphon") accepts the offer of Defendants Disc-O-Tech Medical Technologies, Ltd. and Disc Orthopaedic Technologies, Inc. ("DOT") dated May 17, 2005, for judgment to be issued in favor of Kyphon and against DOT in this action for $25,000, inclusive of all costs, attorneys' fees or other monetary awards to which Kyphon claims entitlement for its allegations that DOT's accused pre-July 2004 bone impactor devices infringe U.S. Patent Nos. 6,241,734 and 6,613,054.

Dated:  May 19, 2005                         FISH & RICHARDSON P.C.

                                            By:  /s/Thomas L. Halkowski
                                                 Thomas L. Halkowski (#4099)
                                                 919 N. Market Street, Suite 1100
                                                 P.O. Box 1114
                                                 Wilmington, DE  19899-1114
                                                 Tel:  (302) 652-5070

                                                 Frank E. Scherkenbach
                                                 225 Franklin Street
                                                 Boston, MA  02110-2804
                                                 Tel:  (617) 542-5070

                                                 Rama G. Elluru
                                                 1425 K Street, N.W.
                                                 Washington, DC  20005
                                                 Tel:  (202) 783-5070

                                            Attorneys for Plaintiff
                                            KYPHON INCORPORATED

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2005, I electronically filed the attached **OFFER OF JUDGMENT** and **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who is also being served with these documents via hand delivery:

| | |
|---|---|
| Maryellen Noreika<br>Morris Nichols Arsht & Tunnell<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 2100<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | *Attorneys for Defendants*<br>*Disc-O-Tech Medical Technologies, Ltd.*<br>*and Disc Orthopaedic Technologies, Inc.* |

I hereby certify that on May 19, 2005, I have mailed via Federal Express, the document(s) to the following non-registered participants:

| | |
|---|---|
| Eric J. Lobenfeld<br>Jonathan M. Sobel<br>Robert J. DeMento<br>Hogan & Hartson, L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | *Attorneys for Defendants*<br>*Disc-O-Tech Medical Technologies, Ltd.*<br>*and Disc Orthopaedic Technologies, Inc.* |

/s/ Thomas L. Halkowski
Thomas L. Halkowski
halkowski@fr.com

40281322.doc