## <u>CERTIFICATE OF SERVICE</u>

I, Maryellen Noreika, hereby certify that copies of the foregoing were caused to be served this 20th day of May, 2005 upon the following in the manner indicated:

### <u>BY HAND DELIVERY</u>

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

_____
*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (#3208)
