IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-204-JJF |
| | : |
| DISC-O-TECH MEDICAL | : |
| TECHNOLOGIES LTD., and DISC | : |
| ORTHOPAEDIC TECHNOLOGIES, INC. | : |
| | : |
| Defendants. | : |

ORDER

WHEREAS, the parties cannot agree on scheduling various pending matters (D.I. 218, 219);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Any objections to the Special Master Reports shall be filed no later than **May 27, 2005**.

2) Responses to objections shall be filed no later than **June 3, 2005**.

3) Trial on infringement shall commence on **Monday, June 20, 2005 at 9:30 a.m.**  The Court will allocate time to each side.

4) The Revised Proposed Pretrial Order, as discussed during the May 17, 2005 pretrial conference, shall be filed on **June 10, 2005**.

May 20 2005
_____
DATE

_____
UNITED STATES DISTRICT JUDGE