| PTX 614 | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | date | |
|---------|------|------|------|------|
| PTX 615 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 3724-3766 |
| PTX 616 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 238 |
| PTX 617 | Email from Tamir Kazaz to Howard Rosenthal | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 6131-6132 |
| PTX 618 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15253 |
| PTX 619 | Exhibit Not Used | | | |
| PTX 620 | Exhibit Not Used | | | |
| PTX 621 | Exhibit Not Used | | | |
| PTX 622 | Bay Fusion Inc Business Plan for Dsic-O-Tech | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | 3/19/2004 | DOTINC 1708-1710 |
| PTX 623 | E-mail from Tamir Kazaz to Elad | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 1424 |
| PTX 624 | Exhibit Not Used | | | |
| PTX 625 | Checklist of info to be sent to distributors and doctors | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15249 |
| PTX 626 | Exhibit Not Used | | | |

| PTX 627 | 510 (k) Premarket Notification re B-Twin Bone Expander System | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | 7/30/2003 | DOTINC 1301-1302 |
|---------|---------------------------------------------------------------|-------------------------------------------------------------------------------------|-----------|------------------|
| PTX 628 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 50013 |
| PTX 629 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 50018 |
| PTX 630 | SKy-Kyphoplasty ad | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 14717-14718 |
| PTX 631 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15355-15358 |
| PTX 632 | Brochure re Sky Bone Expander System for Kyphoplasty | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15666-15667 |
| PTX 633 | DOT presentation for Partner Sales Meeting in Portugal | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15135-15146 |
| PTX 634 | Label for Expander System, including Bone Filler Introducer | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 100-101 |
| PTX 635 | "Comparing SKy and Balloon Kyphoplasty", including SKy Surgical Notes, FAQs and case reports | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 14722-14972 |
| PTX 636 | Exhibit Not Used | | | |

| PTX 637 | SKy Bone Expander System Clinical Cases | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15011-15029 |
|---|---|---|---|---|
| PTX 638 | Presentation re DOT products in Bologna, Italy | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15517-15661 |
| PTX 639 | Gepstein SKy presentation | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15680-15707 |
| PTX 640 | Multipls SKy presentations | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15709-15834 |
| PTX 641 | Rebuttal Expert Witness Report of Michael Marks, M.D. | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 642 | J. Neurosurg. Spine. 2002 Jan; 96(1):56-61 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 643 | Ann. Fr. Anesth. Reanim. 2004 Aug; 23(8):827-30 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 644 | Rofo. 2003 Apr; 175(4):565-6 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 645 | Orthopade. 2004 Aug; 33(8):893-904 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 646 | Spine. 2003; 28(14):1540-1548 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 647 | Spine 2003 Nov. 15; 28(22):E457-60 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |

| | | | | |
|---|---|---|---|---|
| PTX 648 | Spine. 2001 Jul 1; 26(13):E300-2 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 649 | AJNR Am. J. Neuroradial. 1999 Mar; 20(3):375-7 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 650 | Spine. 2002 Oct 1: 27(19):E419-22 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 651 | Unfallchirug. 2004 Sep; 107(9):807-11 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 652 | Anesth. Analg. 2004 Apr; 98(4):1184-6 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 653 | Orthopade. 2004 Jan; 33(1):40-7 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 654 | Lieberman and Reinhardt, Vertebroplasty and Kyphoplasty for Osteolytic Vertebral Collapse | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 655 | Phillips, Frank J., An In Vivo Comparison of the Potential for Extravertebral Cement Leak After Vetbroplasty and Kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 656 | J. Miner Stoffwechs 2004:11 (Suppl 1): 13-15 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 657 | Picture of early prototypes | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 386722-386723 |
| PTX 658 | Email from Ronny Barak to MB and others re: reporting a technical problem during a SKy procedure | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 8305-8306 |
| PTX 659 | Exhibit Not Used | | | |

| PTX 660 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 6120-6122 |
|---|---|---|---|---|
| PTX 661 | Email from Ariel Weinstein to KM re: Dr. Mitchell's botched Sky surgery | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 7411 |
| PTX 662 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 7663 |
| PTX 663 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 7671 |
| PTX 664 | Problems with Fulp surgery in February 2004 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 10989 |
| PTX 665 | Issues re surgeries with Fulp, Rosenthal, and Lane | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 10903 |
| PTX 666 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 50199-50204 |
| PTX 667 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 386744-386759 |
| PTX 668 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 2473-2479 |
| PTX 669 | Article on Baptist Health Care web site, "Balloon procedure restores fractured vertebrae" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 2730-2731 |
| PTX 670 | Article on Marshfield Clinic web site, "New treatment helps spinal fractures from osteoporosis" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 08/00/01 | DOTINC 2734-2737 |

| PTX 671 | Article on University of Washington, Department of Orthopaedics and Sports Medicine web site, "Kyphoplasty - A minimally invasive approach to the treatment of vertebral compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 2738-2741 |
|---|---|---|---|---|
| PTX 672 | Fourney et al., "Percutaneous vertebroplasty and kyphoplasty for painful vertebral body fractures in cancer patients" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 01/00/03 | DOTINC 4396-4405 |
| PTX 673 | Rao & Singrakhia, "Painful osteoporotic vertebral fracture, pathogenesis, evaluation, and roles of vertebroplasty and kyphoplasty in its management" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2003 | DOTINC 4406-4418 |
| PTX 674 | Exhibit Not Used | | | |
| PTX 675 | Chrischilles et al., "Costs and Health Effects of Osteoporotic Fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1994 | KY 23448-23457 |
| PTX 676 | The BackLetter article, "Serious complication for new osteoporosis medication" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1996 | KY 23518 |
| PTX 677 | Riggs & Melton, "The worldwide problem of osteoporosis: Insights afforded by epidemiology" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 11/00/1995 | KY 23561-23567 |
| PTX 678 | Wong et al., "Vertebroplasty/Kyphoplasty" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2000 | KY 23678-23685 |
| PTX 679 | Abstract by Lieberman et al. at 15th NASS annual meeting: "Initial clinical outcome with kyphoplasty for osteoporotic vertebral compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 23686 |
| PTX 680 | Abstract by Garfin et al., "Early outcomes with kyphoplasty treatment for painful osteoporotic compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 23688-23689 |

| PTX 681 | Diamond et al., "Management of acute osteoporotic vertebral fractures: A nonrandomized trial comparing percutaneous vertebroplasty with conservative therapy" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2/00/2003 | KY 23980-23988 |
|---------|---|---|---|---|
| PTX 682 | Dudeney et al., "Kyphoplasty in the treatment of osteolytic vertebral compression fractures as a result of multiple myeloma" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 5/00/2002 | KY 23989-23994 |
| PTX 683 | Fourney et al., "Percutaneous vertebroplasty and kyphoplasty for painful vertebral body fractures in cancer patients" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1/00/2003 | KY 23995-24004 |
| PTX 684 | Garfin et al., "New technologies in spine -- Kyphoplasty and vertebroplasty for the treatment of painful osteoporotic compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 7/00/2001 | KY 24005-24009 |
| PTX 685 | Exhibit Not Used | | | |
| PTX 686 | Exhibit Not Used | | | |
| PTX 687 | Lane et al., "Minimally invasive options for the treatment of osteoporotic vertebral compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 04/00/2002 | KY 24023-24030 |
| PTX 688 | Phillips et al., "An in vivo comparison of the potential for extravertebral cement leak after vertebroplasty and kyphoplasty" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2002 | KY 24045-24051 |
| PTX 689 | Abstract by Phillips et al. at NASS annual meeting (Oct 29 - Nov. 2, 2002): "Balloon kyphoplasty for the treatment of painful spinal deformity resulting from osteoporotic vertebral compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 24052 |
| PTX 690 | Truumees, "Comparing kyphoplasty and vertebroplasty" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2002 | KY 24064-24073 |

| PTX 691 | Truumees, "The roles of vertebroplasty and kyphoplasty as parts of a treatment strategy for osteoporotic vertebral compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2002 | KY 24074-24080 |
|---|---|---|---|---|
| PTX 692 | Gehlback et al., "Hospital care of osteoporosis-related vertebral fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2003 | KY24092-24099 |
| PTX 693 | Kado et al., "Vertebral fractures and mortality in older women" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 6/14/1999 | KY 24100-24105 |
| PTX 694 | Coumans et al., "Kyphoplasty for vertebral compression fractures: 1-year clinical outcomes from a prospective study" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 07/00/2003 | KY 24223-24229 |
| PTX 695 | Exhibit Not Used | | | |
| PTX 696 | Presentation by Dr. Lieberman, "'Vertebroplasty' & 'Kyphoplasty': The role in metastatic disease of the spine" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 74967-75016 |
| PTX 697 | Kyphon internal document, with citations to sources | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 114715-114717 |
| PTX 698 | Kyphon presentations, with citations to sources (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 126486 |
| PTX 699 | Income statement and balance sheet, as of 12/31/2000 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 133417-133430 |
| PTX 700 | Income statements, balance sheets, and sales activity analysis, Jan. 2001 - June 2002 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 133663-133688 |
| PTX 701 | Exhibit Not Used | | | |
| PTX 702 | Physician focus group meeting conducted by a marketing research group (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 152400 |
| PTX 703 | Balloon kyphoplasty B-roll video (with praises from physician and patient) (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 152401 |

| PTX 704 | SICOT XXII World Congress (8/2002) presentation by physician, re surgical management of osteoporosis in spine (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 152405 |
|---|---|---|---|---|
| PTX 705 | Kyphoplasty review 2002 (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 152406 |
| PTX 706 | Exhibit Not Used | | | |
| PTX 707 | ThinkEquity report, "KYPH: Ballooning spinal opportunity: Initiating with overweight rating" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 6/20/2003 | KY 155549-155559 |
| PTX 708 | Exhibit Not Used | | | |
| PTX 709 | ThinkEquity report, "KYPH: Expect NASS meeting to be a positive effect for Kyphon," 10/15/2003 (attaching abstracts of presentations, posters, and discussions at 18th NASS annual meeting (Oct. 21 - 25, 2003)) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 155597-155611 |
| PTX 710 | ThinkEquity report, "KYPH: NASS highlights solid business trends, plus some issues to watch" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/28/2003 | KY 155612-155617 |
| PTX 711 | Exhibit Not Used | | | |
| PTX 712 | Projected income statements | Rebuttal Expert Witness Report of Michael Marks, M.D. | 9/9/2000 | KY 158424-158432 |
| PTX 713 | SEC filing (S-1 -- filed 3/4/2002)) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 159495-159592 |
| PTX 714 | Exhibit Not Used | | | |
| PTX 715 | VMS news mornitoring report (local and national TV network) re Kyphon, 4/17 - 4/18/2002 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 159761-159782 |
| PTX 716 | WR Hambrecht + Co report (commenting on DOT's competitive launch of SBE) | Rebuttal Expert Witness Report of Michael Marks, M.D. | 3/26/2004 | KY 161832-161838 |

| PTX 717 | WR Hambrecht + Co report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 4/5/2004 | KY 161839-161844 |
| PTX 718 | Bear Stearns equity research report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/30/2002 | KY 162723-162726 |
| PTX 719 | Exhibit Not Used | | | |
| PTX 720 | Exhibit Not Used | | | |
| PTX 721 | Bear Stearns equity research report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 6/11/2002 | KY 162741-162771 |
| PTX 722 | Banc of America Securities equity research report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 6/12/2002 | KY 162772-162788 |
| PTX 723 | Piper Jaffray report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 6/12/2002 | KY 162789-162795 |
| PTX 724 | Piper Jaffray report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/30/2002 | KY 162796-162801 |
| PTX 725 | Piper Jaffray report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 11/1/2002 | KY 162802-162806 |
| PTX 726 | WR Hambrecht + Co report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/30/2002 | KY 162828-162832 |
| PTX 727 | WR Hambrecht + Co report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 11/12/2002 | KY 162833-162836 |
| PTX 728 | Articles in German | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 163492-163544 |
| PTX 729 | Article by Catherine Hughes: "Kyphoplasty, new minimally invasive treatment for compressed vertebral fractures breakthrough for a common complication of osteoporosis" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 163545 |

| | | | | |
|---|---|---|---|---|
| PTX 730 | Article on Fauquier Hospital's web page, "Vertebroplassty and kyphoplasty: advanced back surgical procedures at Fauquier Hospital" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 163565-163566 |
| PTX 731 | Fourney & Gokaslan, "Thoracolumbar spine: surgical treatment of metastatic disease" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2003 | KY 163570-163578 |
| PTX 732 | Gold et al., "Unexpected consequences of osteoporosis" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1996 | KY 163634-163640 |
| PTX 733 | Exhibit Not Used | | | |
| PTX 734 | Heini & Orler, "Kyphoplasty for treatment of osteoporotic vertebral fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2004 | KY 163653-163670 |
| PTX 735 | Balloon kyphoplasty fact sheet | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 165005-165006 |
| PTX 736 | Exhibit Not Used | | | |
| PTX 737 | Exhibit Not Used | | | |
| PTX 738 | Kyphon financial statements, December 31, 1998, 1999, 2000 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 166114-166190 |
| PTX 739 | Powerpoint presentation by Dr. Garfin, "Kyphoplasty for pathological vertebral body compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 166313-166325 |
| PTX 740 | ThinkEquity Medical Devices ThinkPiece, "Medical devices 2004 - what to expect in orthopedics and ophthalmolody" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1/9/2004 | KY 177548-177574 |
| PTX 741 | ThinkEquity report, "KYPH: Reiterate overweight following two important milestones" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 4/5/2004 | KY 177602-177611 |
| PTX 742 | Rauschmann et al., "Complications of vertebroplasty" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2004 | KY 177942-177950 |
| PTX 743 | Exhibit Not Used | | | |

| PTX 744 | Web article by Isador Lieberman re kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 228257-228260 |
|---|---|---|---|---|
| PTX 745 | Article by Garfin, Reiley, Talmadge et al. re vertebroplasty and kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 228417-228424 |
| PTX 746 | Cook et al., "Quality of life issues in women with vertebral fractures due to osteoporosis" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 06/00/1993 | KY 229789-229795 |
| PTX 747 | Letter from Bob Scribner's father | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 229840-229841 |
| PTX 748 | Kyphon Executive Summary, Spring 2000 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 230102-230106 |
| PTX 749 | Spinal market update from Merrill Lynch | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/27/1999 | KY 230107-230108 |
| PTX 750 | Orthopedics Today article re kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | 11/00/99 | KY 230109-230110 |
| PTX 751 | Letter from investment analyst to Murdock re Kyphon | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1/18/2000 | KY 230111 |
| PTX 752 | Chicago Tribune article re kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | 9/25/1999 | KY 230112-230113 |
| PTX 753 | Start-Up article re Kyphon | Rebuttal Expert Witness Report of Michael Marks, M.D. | July/Aug 1988 | KY 230114-230115 |
| PTX 754 | Needham article re kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 230116-230117 |
| PTX 755 | Presentation by Dr. Garfin et al. at NASS, 10/31/98 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 230118-230122 |

| PTX 756 | Venture Capital & Health Care news article | Rebuttal Expert Witness Report of Michael Marks, M.D. | 02/00/03 | KY 230123 |
| PTX 757 | SEC filings (10K -- filed 3/28/03, 3/10/03; 10Q -- filed 8/14/02, 11/13/02, 5/13/03, 8/14/03, 11/14/03, 5/7/04; 424B2 -- 5/17/02) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 230342-230862 |
| PTX 758 | Exhibit Not Used | | | |
| PTX 759 | Spine article, "Kyphoplasty technique uses bone balloon to correct fracture-related spinal kyphosis" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 11/00/1991 | KY 261446-261448 |
| PTX 760 | Lieberman & Reinhardt, "Vertebroplasty and kyphoplasty for osteolytic vertebral collapse" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/00/2003 | KY 267065-267075 |
| PTX 761 | Ledlie & Renfro, "Kyphoplasty decreases the number and severity of morphometrically defined prevalent vertebral deformities" (manuscript) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 268904-268928 |
| PTX 762 | "Surgical Intervetions for Vertebral Compression Fractures:An Update on Procedures and Outcomes" Mark E. Myers, M.D. | Rebuttal Expert Witness Report of Michael Marks, M.D (Expt. Rpts. Of Napper and Meyer) | | KY 268929-268958 |
| PTX 763 | Channel 12 Connecticut evening news re Dr. Marks' kyphoplasty surgery, 07/01 (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 375745 |
| PTX 764 | Forbes article, "The Inflatable Spine" [same as KY 285304] | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 377458 |
| PTX 765 | Haaretz article re DOT's B-Twin product getting an award | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 386739-386740 |
| PTX 766 | Fool.com article, "Kyphon develop backbone" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2/8/2005 | KY 386741-386742 |
| PTX 767 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1166-1175 |

| PTX 768 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1176-1181 |
|---|---|---|---|---|
| PTX 769 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1188-1195 |
| PTX 770 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 960-967 |
| PTX 771 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1035-1039 |
| PTX 772 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1051-1060 |
| PTX 773 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1061 |
| PTX 774 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1088-1096 |
| PTX 775 | Lieberman et al., "Initial outcome and efficacy of 'kyphoplasty' in the treatment of painful osteoporotic vertebral compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 7/00/2001 | KY 24031-24037 |
| PTX 776 | Ledlie & Renfro, "Balloon kyphoplasty: one-year outcomes in vertebral body height restoration, chronic pain, and activity levels" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1/00/2003 | KY 24038-24044 |
| PTX 777 | www.kyphon.com | Rebuttal Expert Witness Report of Michael Marks, M.D. | | |
| PTX 778 | U.S. Patent 5,919,196 | Expert Report of Dr. David Mitchell Regarding Invalidity of U.S. Patent Nos. 6,241,734 (B1) and 6,613,054 (B2) | | |

| PTX 779 | U.S. Patent 6,017,348 | Expert Report of Dr. David Mitchell Regarding Invalidity of U.S. Patent Nos. 6,241,734 (B1) and 6,613,054 (B2) | | |
| PTX 780 | Rebuttal Expert Report of Dr. David Mitchell Regarding Invalidity of U.S. Patent Nos. 5,108,404, 4,969,888 and 6,235,043 (B1) | Rebuttal Expert Report of Dr. David Mitchell Regarding Invalidity of U.S. Patent Nos. 5,108,404, 4,969,888 and 6,235,043 (B1) | 3/23/2005 | |
| PTX 781 | Rebuttal Expert Report of Dr. David Mitchell Regarding Invalidity of U.S. Patent Nos. 6,241,734 (B1) and 6,613,054 (B2) | Rebuttal Expert Report of Dr. David Mitchell Regarding Invalidity of U.S. Patent Nos. 6,241,734 (B1) and 6,613,054 (B2) | 3/30/2005 | |
| PTX 782 | Expert report of Brian W. Napper | Expert report of Brian W. Napper | | |
| PTX 783 | Business plan year 2004; The SKy Bone Expander Device | Expert report of Brian W. Napper (Meyer) | 3/10/2005 | DOTINC 6273-6287 |
| PTX 784 | Exhibit Not Used | | | |
| PTX 785 | Exhibit Not Used | | | |
| PTX 786 | Exhibit Not Used | | | |
| PTX 787 | www.disc-o-tech.com | Expert report of Brian W. Napper | | |
| PTX 788 | Exhibit Not Used | | | |
| PTX 789 | Exhibit Not Used | | | |
| PTX 790 | Press release "Kyphon Reports Fourth Quarter and Full Year 2004 Results" | Expert report of Brian W. Napper (Exhibit 3) | 2/7/2004 | |
| PTX 791 | Press release "Kyphon to Showcase Contiued Balloon Kyphoplasty Product Innovation at CNS Annual Meeting; 100,000 Spinal Fractures Have Now Been Treated Using Balloon Kyphoplasty" | Expert report of Brian W. Napper (Exhibit 4) | 10/18/2004 | |
| PTX 792 | WR Hambrecht & Co., Research Report | Expert report of Brian W. Napper (Exhibit 5) | 10/27/2004 | |

| PTX 793 | Kyphon 2004 10-K | Expert report of Brian W. Napper | | |
|---|---|---|---|---|
| PTX 794 | Exhibit Not Used | | | |
| PTX 795 | Piper Jaffray Analyst Report | Expert report of Brian W. Napper (Exhibit 1) (Meyer) | 8/10/2004 | |
| PTX 796 | ThinkEquity Partners Industry Update | Expert report of Brian W. Napper | | KY 139080-139081 |
| PTX 797 | | Expert report of Brian W. Napper (Exhibit 6) (Meyer) | 11/4/2004 | |
| PTX 798 | Exhibit Not Used | | | |
| PTX 799 | Exhibit Not Used | | | |
| PTX 800 | Exhibit Not Used | | | |
| PTX 801 | Exhibit Not Used | | | |
| PTX 802 | Exhibit Not Used | | | |
| PTX 803 | Exhibit Not Used | | | |
| PTX 804 | | Expert report of Brian W. Napper | | DOTINC 7614-7617 |
| PTX 805 | | Expert report of Brian W. Napper | | DOTINC 5503-5507 |
| PTX 806 | | Expert report of Brian W. Napper | | DOTINC 7250-7252 |
| PTX 807 | | Expert report of Brian W. Napper | | DOTINC 8435 |
| PTX 808 | | Expert report of Brian W. Napper | | DOTINC 6975-6978 |
| PTX 809 | Exhibit Not Used | | | |
| PTX 810 | Exhibit Not Used | | | |
| PTX 811 | Exhibit Not Used | | | |
| PTX 812 | Exhibit Not Used | | | |
| PTX 813 | www.kyphon.com "List of Kyphon Surgeons" | Expert report of Brian W. Napper | | DOTINC 6357 |
| PTX 814 | Exhibit Not Used | | | |
| PTX 815 | Exhibit Not Used | | | |
| PTX 816 | Exhibit Not Used | | | |
| PTX 817 | Exhibit Not Used | | | |
| PTX 818 | Exhibit Not Used | | | |
| PTX 819 | Exhibit Not Used | | | |

| PTX 820 | Exhibit Not Used | | | |
|---|---|---|---|---|
| PTX 821 | Minimally Invasive Therapy for Functionally Unstable Osteoporotic Vertebral Fracture by Means of Kyphoplasty: Prospective Comparative Study of 19 Surgicallly and 17 Conservatively Treated Patients (Komp et al.) | Expert report of Brian W. Napper | | KY 127124-127127 |
| PTX 822 | Piper Jaffray Analyst Report on Arthrocare Corporation | Expert report of Brian W. Napper (Exhibit 7) | | |
| PTX 823 | Exhibit Not Used | | | |
| PTX 824 | Exhibit Not Used | | | |
| PTX 825 | Exhibit Not Used | | | |
| PTX 826 | Exhibit Not Used | | | |
| PTX 827 | Exhibit Not Used | | | |
| PTX 828 | Exhibit Not Used | | | |
| PTX 829 | | Expert report of Brian W. Napper | | DOTINC 6271 |
| PTX 830 | | Expert report of Brian W. Napper | | DOTINC 7255 |
| PTX 831 | Exhibit Not Used | | | |
| PTX 832 | Exhibit Not Used | | | |
| PTX 833 | Exhibit Not Used | | | |
| PTX 834 | Exhibit Not Used | | | |
| PTX 835 | Exhibit Not Used | | | |
| PTX 836 | Exhibit Not Used | | | |
| PTX 837 | Exhibit Not Used | | | |
| PTX 838 | Exhibit Not Used | | | |
| PTX 839 | Exhibit Not Used | | | |
| PTX 840 | | Expert report of Brian W. Napper (Exhibit 9) | 2/8/2005 | |
| PTX 841 | Exhibit Not Used | | | |
| PTX 842 | Exhibit Not Used | | | |
| PTX 843 | | Expert report of Brian W. Napper (Exhibit 11) | | |
| PTX 844 | Exhibit Not Used | | | |

| | | | | |
|---|---|---|---|---|
| PTX 845 | | Expert report of Brian W. Napper | | KY 230434 |
| PTX 846 | Exhibit Not Used | | | |
| PTX 847 | Exhibit Not Used | | | |
| PTX 848 | Exhibit Not Used | | | |
| PTX 849 | Exhibit Not Used | | | |
| PTX 850 | | Expert report of Brian W. Napper (Exhibit 13) | 2004 | |
| PTX 851 | Exhibit Not Used | | | |
| PTX 852 | Exhibit Not Used | | | |
| PTX 853 | Exhibit Not Used | | | |
| PTX 854 | Exhibit Not Used | | | |
| PTX 855 | Exhibit Not Used | | | |
| PTX 856 | Exhibit Not Used | | | |
| PTX 857 | Exhibit Not Used | | | |
| PTX 858 | Exhibit Not Used | | | |
| PTX 859 | Exhibit Not Used | | | |
| PTX 860 | Exhibit Not Used | | | |
| PTX 861 | Exhibit Not Used | | | |
| PTX 862 | Exhibit Not Used | | | |
| PTX 863 | Exhibit Not Used | | | |
| PTX 864 | Exhibit Not Used | | | |
| PTX 865 | Exhibit Not Used | | | |
| PTX 866 | Exhibit Not Used | | | |
| PTX 867 | Exhibit Not Used | | | |
| PTX 868 | Exhibit Not Used | | | |
| PTX 869 | Exhibit Not Used | | | |
| PTX 870 | Exhibit Not Used | | | |
| PTX 871 | Exhibit Not Used | | | |
| PTX 872 | Exhibit Not Used | | | |
| PTX 873 | | Expert report of Brian W. Napper | | DOTINC 2454-2459 |
| PTX 874 | | Expert report of Brian W. Napper | 10/30/2003 | DOTINC 2460-2467 |
| PTX 875 | | Expert report of Brian W. Napper | 7/28/2003 | DOTINC 2468-2472 |
| PTX 876 | Exhibit Not Used | | | |

| | | | |
|---|---|---|---|
| PTX 877 | Exhibit Not Used | | |
| PTX 878 | Exhibit Not Used | | |
| PTX 879 | Exhibit Not Used | | |
| PTX 880 | Exhibit Not Used | | |
| PTX 881 | Exhibit Not Used | | |
| PTX 882 | Exhibit Not Used | | |
| PTX 883 | Exhibit Not Used | | |
| PTX 884 | Exhibit Not Used | | |
| PTX 885 | Exhibit Not Used | | |
| PTX 886 | Exhibit Not Used | | |
| PTX 887 | Exhibit Not Used | | |
| PTX 888 | Exhibit Not Used | | |
| PTX 889 | Exhibit Not Used | | |
| PTX 890 | Exhibit Not Used | | |
| PTX 891 | Exhibit Not Used | | |
| PTX 892 | Exhibit Not Used | | |
| PTX 893 | Exhibit Not Used | | |
| PTX 894 | Exhibit Not Used | | |
| PTX 895 | Exhibit Not Used | | |
| PTX 896 | Exhibit Not Used | | |
| PTX 897 | Exhibit Not Used | | |
| PTX 898 | Exhibit Not Used | | |
| PTX 899 | Exhibit Not Used | | |
| PTX 900 | Exhibit Not Used | | |
| PTX 901 | Exhibit Not Used | | |
| PTX 902 | Exhibit Not Used | | |
| PTX 903 | Exhibit Not Used | | |
| PTX 904 | Exhibit Not Used | | |
| PTX 905 | Exhibit Not Used | | |
| PTX 906 | Exhibit Not Used | | |
| PTX 907 | | Expert report of Brian W. Napper | | DOTINC 64114 |
| PTX 908 | Exhibit Not Used | | |
| PTX 909 | Exhibit Not Used | | |
| PTX 910 | Exhibit Not Used | | |
| PTX 911 | Exhibit Not Used | | |
| PTX 912 | Exhibit Not Used | | |

| | | | | |
|---|---|---|---|---|
| PTX 913 | Exhibit Not Used | | | |
| PTX 914 | Exhibit Not Used | | | |
| PTX 915 | Exhibit Not Used | | | |
| PTX 916 | Exhibit Not Used | | | |
| PTX 917 | Exhibit Not Used | | | |
| PTX 918 | Exhibit Not Used | | | |
| PTX 919 | Exhibit Not Used | | | |
| PTX 920 | Exhibit Not Used | | | |
| PTX 921 | Exhibit Not Used | | | |
| PTX 922 | Exhibit Not Used | | | |
| PTX 923 | Exhibit Not Used | | | |
| PTX 924 | Exhibit Not Used | | | |
| PTX 925 | Exhibit Not Used | | | |
| PTX 926 | Exhibit Not Used | | | |
| PTX 927 | Exhibit Not Used | | | |
| PTX 928 | Exhibit Not Used | | | |
| PTX 929 | | Expert report of Brian W. Napper | | DOTINC 8470 |
| PTX 930 | Exhibit Not Used | | | |
| PTX 931 | Exhibit Not Used | | | |
| PTX 932 | Exhibit Not Used | | | |
| PTX 933 | Exhibit Not Used | | | |
| PTX 934 | Exhibit Not Used | | | |
| PTX 935 | Exhibit Not Used | | | |
| PTX 936 | Exhibit Not Used | | | |
| PTX 937 | Exhibit Not Used | | | |
| PTX 938 | Exhibit Not Used | | | |
| PTX 939 | Exhibit Not Used | | | |
| PTX 940 | Exhibit Not Used | | | |
| PTX 941 | Exhibit Not Used | | | |
| PTX 942 | Exhibit Not Used | | | |
| PTX 943 | Exhibit Not Used | | | |
| PTX 944 | Exhibit Not Used | | | |
| PTX 945 | Exhibit Not Used | | | |
| PTX 946 | Exhibit Not Used | | | |
| PTX 947 | Exhibit Not Used | | | |
| PTX 948 | Exhibit Not Used | | | |

| | | | |
|---|---|---|---|
| PTX 949 | Exhibit Not Used | | |
| PTX 950 | Exhibit Not Used | | |
| PTX 951 | Exhibit Not Used | | |
| PTX 952 | Exhibit Not Used | | |
| PTX 953 | Exhibit Not Used | | |
| PTX 954 | Exhibit Not Used | | |
| PTX 955 | Exhibit Not Used | | |
| PTX 956 | Exhibit Not Used | | |
| PTX 957 | Exhibit Not Used | | |
| PTX 958 | Exhibit Not Used | | |
| PTX 959 | Exhibit Not Used | | |
| PTX 960 | Exhibit Not Used | | |
| PTX 961 | Exhibit Not Used | | |
| PTX 962 | Exhibit Not Used | | |
| PTX 963 | Exhibit Not Used | | |
| PTX 964 | Exhibit Not Used | | |
| PTX 965 | Exhibit Not Used | | |
| PTX 966 | Exhibit Not Used | | |
| PTX 967 | Exhibit Not Used | | |
| PTX 968 | Exhibit Not Used | | |
| PTX 969 | Exhibit Not Used | | |
| PTX 970 | Exhibit Not Used | | |
| PTX 971 | Exhibit Not Used | | |
| PTX 972 | Exhibit Not Used | | |
| PTX 973 | Exhibit Not Used | | |
| PTX 974 | Exhibit Not Used | | |
| PTX 975 | Exhibit Not Used | | |
| PTX 976 | Exhibit Not Used | | |
| PTX 977 | Exhibit Not Used | | |
| PTX 978 | Exhibit Not Used | | |
| PTX 979 | Exhibit Not Used | | |
| PTX 980 | Exhibit Not Used | | |
| PTX 981 | Exhibit Not Used | | |
| PTX 982 | Exhibit Not Used | | |
| PTX 983 | Exhibit Not Used | | |
| PTX 984 | Exhibit Not Used | | |
| PTX 985 | Exhibit Not Used | | |

| PTX 986 | Exhibit Not Used | | | |
|---|---|---|---|---|
| PTX 987 | Exhibit Not Used | | | |
| PTX 988 | Exhibit Not Used | | | |
| PTX 989 | Exhibit Not Used | | | |
| PTX 990 | Exhibit Not Used | | | |
| PTX 991 | Exhibit Not Used | | | |
| PTX 992 | Exhibit Not Used | | | |
| PTX 993 | Exhibit Not Used | | | |
| PTX 994 | Exhibit Not Used | | | |
| PTX 995 | Exhibit Not Used | | | |
| PTX 996 | Exhibit Not Used | | | |
| PTX 997 | Exhibit Not Used | | | |
| PTX 998 | Exhibit Not Used | | | |
| PTX 999 | Exhibit Not Used | | | |
| PTX 1000 | Exhibit Not Used | | | |
| PTX 1001 | Exhibit Not Used | | | |
| PTX 1002 | Exhibit Not Used | | | |
| PTX 1003 | Exhibit Not Used | | | |
| PTX 1004 | Exhibit Not Used | | | |
| PTX 1005 | Exhibit Not Used | | | |
| PTX 1006 | Exhibit Not Used | | | |
| PTX 1007 | Exhibit Not Used | | | |
| PTX 1008 | Exhibit Not Used | | | |
| PTX 1009 | Exhibit Not Used | | | |
| PTX 1010 | Exhibit Not Used | | | |
| PTX 1011 | Exhibit Not Used | | | |
| PTX 1012 | Exhibit Not Used | | | |
| PTX 1013 | Exhibit Not Used | | | |
| PTX 1014 | Exhibit Not Used | | | |
| PTX 1015 | Exhibit Not Used | | | |
| PTX 1016 | Exhibit Not Used | | | |
| PTX 1017 | Exhibit Not Used | | | |
| PTX 1018 | Exhibit Not Used | | | |
| PTX 1019 | Exhibit Not Used | | | |
| PTX 1020 | Exhibit Not Used | | | |
| PTX 1021 | Exhibit Not Used | | | |
| PTX 1022 | Exhibit Not Used | | | |

| PTX 1023 | Exhibit Not Used | | | |
|----------|------------------|--|--|--|
| PTX 1024 | Exhibit Not Used | | | |
| PTX 1025 | Exhibit Not Used | | | |
| PTX 1026 | Exhibit Not Used | | | |
| PTX 1027 | Exhibit Not Used | | | |
| PTX 1028 | Exhibit Not Used | | | |
| PTX 1029 | Exhibit Not Used | | | |
| PTX 1030 | Exhibit Not Used | | | |
| PTX 1031 | Exhibit Not Used | | | |
| PTX 1032 | Exhibit Not Used | | | |
| PTX 1033 | Exhibit Not Used | | | |
| PTX 1034 | Exhibit Not Used | | | |
| PTX 1035 | Exhibit Not Used | | | |
| PTX 1036 | Exhibit Not Used | | | |
| PTX 1037 | Exhibit Not Used | | | |
| PTX 1038 | Exhibit Not Used | | | |
| PTX 1039 | Exhibit Not Used | | | |
| PTX 1040 | Exhibit Not Used | | | |
| PTX 1041 | Exhibit Not Used | | | |
| PTX 1042 | Exhibit Not Used | | | |
| PTX 1043 | Exhibit Not Used | | | |
| PTX 1044 | Exhibit Not Used | | | |
| PTX 1045 | Exhibit Not Used | | | |
| PTX 1046 | Exhibit Not Used | | | |
| PTX 1047 | Exhibit Not Used | | | |
| PTX 1048 | Exhibit Not Used | | | |
| PTX 1049 | Exhibit Not Used | | | |
| PTX 1050 | Exhibit Not Used | | | |
| PTX 1051 | Exhibit Not Used | | | |
| PTX 1052 | Exhibit Not Used | | | |
| PTX 1053 | Exhibit Not Used | | | |
| PTX 1054 | Exhibit Not Used | | | |
| PTX 1055 | Exhibit Not Used | | | |
| PTX 1056 | Exhibit Not Used | | | |
| PTX 1057 | Exhibit Not Used | | | |
| PTX 1058 | Exhibit Not Used | | | |
| PTX 1059 | Exhibit Not Used | | | |

| PTX 1060 | Exhibit Not Used | | | |
|---|---|---|---|---|
| PTX 1061 | Exhibit Not Used | | | |
| PTX 1062 | Exhibit Not Used | | | |
| PTX 1063 | Exhibit Not Used | | | |
| PTX 1064 | Exhibit Not Used | | | |
| PTX 1065 | Exhibit Not Used | | | |
| PTX 1066 | Exhibit Not Used | | | |
| PTX 1067 | Exhibit Not Used | | | |
| PTX 1068 | Exhibit Not Used | | | |
| PTX 1069 | Exhibit Not Used | | | |
| PTX 1070 | Exhibit Not Used | | | |
| PTX 1071 | Exhibit Not Used | | | |
| PTX 1072 | Exhibit Not Used | | | |
| PTX 1073 | Exhibit Not Used | | | |
| PTX 1074 | Exhibit Not Used | | | |
| PTX 1075 | Exhibit Not Used | | | |
| PTX 1076 | Exhibit Not Used | | | |
| PTX 1077 | Exhibit Not Used | | | |
| PTX 1078 | Exhibit Not Used | | | |
| PTX 1079 | Exhibit Not Used | | | |
| PTX 1080 | Exhibit Not Used | | | |
| PTX 1081 | Exhibit Not Used | | | |
| PTX 1082 | Exhibit Not Used | | | |
| PTX 1083 | Exhibit Not Used | | | |
| PTX 1084 | Exhibit Not Used | | | |
| PTX 1085 | Exhibit Not Used | | | |
| PTX 1086 | Exhibit Not Used | | | |
| PTX 1087 | Exhibit Not Used | | | |
| PTX 1088 | Exhibit Not Used | | | |
| PTX 1089 | Exhibit Not Used | | | |
| PTX 1090 | Exhibit Not Used | | | |
| PTX 1091 | Exhibit Not Used | | | |
| PTX 1092 | Exhibit Not Used | | | |
| PTX 1093 | Exhibit Not Used | | | |
| PTX 1094 | Exhibit Not Used | | | |
| PTX 1095 | Exhibit Not Used | | | |
| PTX 1096 | Exhibit Not Used | | | |

| PTX 1097 | | Expert report of Brian W. Napper | | TR 1-2 |
|---|---|---|---|---|
| PTX 1098 | Exhibit Not Used | | | |
| PTX 1099 | Exhibit Not Used | | | |
| PTX 1100 | Exhibit Not Used | | | |
| PTX 1101 | Exhibit Not Used | | | |
| PTX 1102 | | Expert report of Brian W. Napper | | WM 225-269 |
| PTX 1103 | Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 10/8/2004 | |
| PTX 1104 | Memorandum in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 10/8/2004 | |
| PTX 1105 | Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 10/8/2004 | |
| PTX 1106 | Surgical Technique "The SKy Bone Expander System" brochure | Exhibit C to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | |
| PTX 1107 | FDA's Response to DOT's Premarket Notification re B-Twin Bone Expander System | Exhibit D to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 12/17/2003 | |
| PTX 1108 | FDA's Response to DOT's Premarket Notification re SKy Bone Expander System | Exhibit E to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 1/28/2004 | |

| PTX 1109 | "The Inflatable Spine" Forbes | Exhibit F to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 6/7/2004 | |
| PTX 1110 | Complaint, <u>Kyphon v. Chard Saunders and Does 1-100 inclusive,</u> filed in Santa Clara County, CA | Exhibit G to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 7/8/2004 | |
| PTX 1111 | Kyphon Fact Sheet | Exhibit H to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | |
| PTX 1112 | | Exhibit I to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | KY 114403-114405 |
| PTX 1113 | | Exhibit J to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | KY 114715-114717 |
| PTX 1114 | Exhibit Not Used | | | |
| PTX 1115 | Exhibit Not Used | | | |
| PTX 1116 | | Exhibit M to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | KY 114452-114454; DOTINC 89-54 |
| PTX 1117 | Disc-O-Tech's Instructions for Use | Exhibit N to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | DOTINC 1004-1022 |

| PTX 1118 | Exhibit Not Used | | | |
|---|---|---|---|---|
| PTX 1119 | Exhibit Not Used | | | |
| PTX 1120 | | Exhibit Q to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | |
| PTX 1121 | Exhibit Not Used | | | |
| PTX 1122 | Consultancy agreement signed by Chad Saunders | Exhibit S to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 4/29/2004 | |
| PTX 1123 | Excerpts from the deposition of Oren Globerman 202-206 | Exhibit U to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | |
| PTX 1124 | Excerpts from DOT's website | Exhibit V to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | |
| PTX 1125 | ITC Order No. 13 | Exhibit W to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 8/5/2004 | |
| PTX 1126 | Declaration of Heather A. Ramey in Support of Plaintiff Kyphon Inc.s Motion for a Preliminary Injunction | Declaration of Heather A. Ramey in Support of Plaintiff Kyphon Inc.s Motion for a Preliminary Injunction | 8/12/2004 | |
| PTX 1127 | Declaration of MS. Cheri S. Borgstede | Declaration of MS. Cheri S. Borgstede | 8/16/2004 | |
| PTX 1128 | Declaration of Dr. Joseph M. Lane | Declaration of Dr. Joseph M. Lane | 9/9/2004 | |

| | | | |
|---|---|---|---|
| PTX 1129 | Declaration of Richard W. Mott in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | Declaration of Richard W. Mott in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | |
| PTX 1130 | Declaration of Andrew V.S. Doggett in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | Declaration of Andrew V.S. Doggett in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 10/8/2004 | |
| PTX 1131 | Declaration of Christian S. McCutcheon in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | Declaration of Christian S. McCutcheon in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 10/8/2004 | |
| PTX 1132 | | Exhibit B to Declaration of William S. Rosenberg, M.D. | | DOTLTD 4033, 2579, 2589, 2675 |
| PTX 1133 | Kyphon's Reply in Support of Its Motion for Preliminary Injunction | Kyphon's Reply in Support of Its Motion for Preliminary Injunction | 11/24/2004 | |
| PTX 1134 | Kyphon's Motion for Partial Summary Judgment of Infringement | Kyphon's Motion for Partial Summary Judgment of Infringement (DI 148) | 4/6/2005 | |
| PTX 1135 | Memorandum in Support of Kyphon's Motion for Partial Summary Judgment of Infringement | Memorandum in Support of Kyphon's Motion for Partial Summary Judgment of Infringement (DI 149) | 4/6/2005 | |
| PTX 1136 | Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement | Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 150) | 4/6/2005 | |
| PTX 1137 | Exhibit Not Used | | | |

| PTX 1138 | Excerpts from deposition testimony of Oren Globerman | Exhibit F to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 150) | | |
| PTX 1139 | | Exhibit I to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 150) | | DOTINC 1007 |
| PTX 1140 | DOT's Infringement Charts filed in response to Kyphons Interrogatories dated 1/24/05 | Exhibit J to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 150) | | |
| PTX 1141 | Marketing Video | Exhibit N to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 151) | | DOTINC 87552 |
| PTX 1142 | DOT Sales Presentation | Exhibit P to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 151) | 6/1/2004 | |
| PTX 1143 | SKy Bone Expander Training Manual | Exhibit Q to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 151) | | DOTLTD 14777-14788 |

| PTX 1144 | | Exhibit T to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 151) | | TR107 |
|---|---|---|---|---|
| PTX 1145 | Excertps from the deposition of Joseph Lane | Exhibit X to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 151) | 11/4/2004 | |
| PTX 1146 | Excerpts from the deposition of Dr. John Steck | Exhibit Y to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 151) | 1/16/2005 | |
| PTX 1147 | Kyphon's Opposition to Defendants' Motion for Summary Judgment that the '404 and '888 Patents are Invalid Based on Anticipation and/or Obviousness | Kyphon's Opposition to Defendants' Motion for Summary Judgment that the '404 and '888 Patents are Invalid Based on Anticipation and/or Obviousness (DI 172) | 4/14/2005 | |
| PTX 1148 | Kyphon's Opposition to DOT's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 4,969,888, 5,108,404 and 6,235,043 B1 | Kyphon's Opposition to DOT's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 4,969,888, 5,108,404 and 6,235,043 B1(DI 173) | | |

| PTX 1149 | Excerpts from the Deposition of Joseph M. Lane, M.D. | Exhibit 1 to the Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Oppositions to DOT's Proposed Claim Construction and Motions for Summary Judgment of Non-Infringement and Invalidity (DI 176) | 11/4/2004 | |
| PTX 1150 | Excerpts from the Deposition of John C. Steck, M.D. | Exhibit 2 to the Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Oppositions to DOT's Proposed Claim Construction and Motions for Summary Judgment of Non-Infringement and Invalidity (DI 175) | 1/26/2005 | |
| PTX 1151 | Excerpts from the Deposition of Motti Beyar | Exhibit 6 to the Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Oppositions to DOT's Proposed Claim Construction and Motions for Summary Judgment of Non-Infringement and Invalidity (DI 176) | 1/25/2005 | |
| PTX 1152 | Excerpts from the Deposition of Arie Scholten | Exhibit 8 to the Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Oppositions to DOT's Proposed Claim Construction and Motions for Summary Judgment of Non-Infringement and Invalidity (DI 176) | 2/15/2005 | |

| PTX 1153 | Excerpts from the Deposition of Mark Reiley, M.D. | Exhibit 9 to the Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Oppositions to DOT's Proposed Claim Construction and Motions for Summary Judgment of Non-Infringement and Invalidity (DI 175) | 11/3/2004 | |
|---|---|---|---|---|
| PTX 1154 | Chad Saunders production | | | CS 1-29; 7-12; 1-6 |
| PTX 1155 | Exhibit Not Used | | | |
| PTX 1156 | Cohen production | | | COHEN 1-454 |
| PTX 1157 | Exhibit Not Used | | | |
| PTX 1158 | Marks production | | | MARKS 1-815 |
| PTX 1159 | Mohammed Majd production | | | MM1-76 |
| PTX 1160 | Reguiferos production | | | RR1-287 |
| PTX 1161 | Reed Smith production | | | RS 1-1032 |
| PTX 1162 | Tom Reilley production | | | TR 1-354 |
| PTX 1163 | William Martin production | | | WM 1-269 |
| PTX 1164 | Exhibit Not Used | | | |
| PTX 1165 | Exhibit Not Used | | | |
| PTX 1166 | Exhibit Not Used | | | |
| PTX 1167 | Exhibit Not Used | | | |
| PTX 1168 | Kyphon Case Study ads | | | KY 86299-86318 |
| PTX 1169 | Exhibit Not Used | | | |
| PTX 1170 | Exhibit Not Used | | | |
| PTX 1171 | Medtech Insight report re U.S. markets for orthopaedic products and technologies | | | KY 10164-10576 |
| PTX 1172 | NASS Surgeon Survey re emerging technologies in spine surgery | | | KY 10577-105679 |
| PTX 1173 | Exhibit Not Used | | | |
| PTX 1174 | Exhibit Not Used | | | |
| PTX 1175 | Exhibit Not Used | | | |
| PTX 1176 | Exhibit Not Used | | | |
| PTX 1177 | Articles re kyphoplasty and related products and methods | | | KY 10756-10768 |

| PTX 1178 | Exhibit Not Used | | | |
|---|---|---|---|---|
| PTX 1179 | Market report re spinal surgery | | | KY 10832-11178 |
| PTX 1180 | Early correspondence re Reiley Orthopedics, Inc. (1993-94) | | | KY 17330-17337 |
| PTX 1181 | Early correspondence and business plans / executive summaries (1993-94) | | | KY 17373-17390 |
| PTX 1182 | Exhibit Not Used | | | |
| PTX 1183 | Publications re osteoporosis and VCF treatments | | | KY 18212-18246 |
| PTX 1184 | Exhibit Not Used | | | |
| PTX 1185 | Exhibit Not Used | | | |
| PTX 1186 | Reiley Orthopedics Business Plan - 1993 | | | KY 18311-18401 |
| PTX 1187 | Kyphon external and internal review re market plans | | | KY 18778-18964 |
| PTX 1188 | Kyphon Business Plan | | 1995 | KY 18965-19026 |
| PTX 1189 | Exhibit Not Used | | | |
| PTX 1190 | Exhibit Not Used | | | |
| PTX 1191 | Exhibit Not Used | | | |
| PTX 1192 | Exhibit Not Used | | | |
| PTX 1193 | Exhibit Not Used | | | |
| PTX 1194 | Exhibit Not Used | | | |
| PTX 1195 | Exhibit Not Used | | | |
| PTX 1196 | Exhibit Not Used | | | |
| PTX 1197 | Exhibit Not Used | | | |
| PTX 1198 | Spine Article: Kyphoplasty offers signigficant pain relief for vertebral compression fractures; Spine Article:Kyphoplasty results:95% good or excellent with few complications | | | KY 222533-22534' KY 22549 |
| PTX 1199 | Slides from Lutheran Med Ctr | | | KY 22803-22814 |
| PTX 1200 | Percutaneous lumbar discectomy: current practice | | | KY 22929-22930 |
| PTX 1201 | The Effect of Methylmethacrylate on Fracture Healing | | | KY 22931 |
| PTX 1202 | Exhibit Not Used | | | |
| PTX 1203 | Exhibit Not Used | | | |
| PTX 1204 | Osteoporosis in men | | | KY 22959-22960 |

| | | | | |
|---|---|---|---|---|
| PTX 1205 | Exhibit Not Used | | | |
| PTX 1206 | Exhibit Not Used | | | |
| PTX 1207 | Supports for Spinal Osteoporosis | | | KY 23521-23523 |
| PTX 1208 | Vertebral compression fractures: how to manage pain, avoid disability | | | KY 23524 |
| PTX 1209 | How many women have osteoporosis now? | | | KY 23525-23527 |
| PTX 1210 | Fractures of the Osteoporotic Spine | | | KY 23528-23535 |
| PTX 1211 | Biomechanical comparison of new treatments for vertebral body compression fracture | | | KY 23546 |
| PTX 1212 | Exhibit Not Used | | | |
| PTX 1213 | Exhibit Not Used | | | |
| PTX 1214 | Mtg power point materials | | | KY 2357-2394 |
| PTX 1215 | Exhibit Not Used | | | |
| PTX 1216 | Exhibit Not Used | | | |
| PTX 1217 | Exhibit Not Used | | | |
| PTX 1218 | Exhibit Not Used | | | |
| PTX 1219 | Exhibit Not Used | | | |
| PTX 1220 | Exhibit Not Used | | | |
| PTX 1221 | Kyphoplasty articles | | | KY 24014-24019; KY 24053-24063 |
| PTX 1222 | Vertebral height restoration after kyphoplasty | | | KY 24020-24022 |
| PTX 1223 | Exhibit Not Used | | | |
| PTX 1224 | Exhibit Not Used | | | |
| PTX 1225 | Exhibit Not Used | | | |
| PTX 1226 | Exhibit Not Used | | | |
| PTX 1227 | Exhibit Not Used | | | |
| PTX 1228 | Exhibit Not Used | | | |
| PTX 1229 | Exhibit Not Used | | | |
| PTX 1230 | Risk of Mortality Following Clinical Fractures | | | KY 24081-24086 |
| PTX 1231 | The clinical impact of vertebral fractures | | | KY 24087-24091 |
| PTX 1232 | Exhibit Not Used | | | |
| PTX 1233 | Load shift of the intervertebral disc after a vertebroplasty | | | KY 24117-24122 |

| PTX 1234 | Incidence of clinically diagnosed vertebral fractures | | | KY 24144-24150 |
|---|---|---|---|---|
| PTX 1235 | Exhibit Not Used | | | |
| PTX 1236 | Exhibit Not Used | | | |
| PTX 1237 | Questions and Answers on Balloon Plasty | | | KY 24323-24324 |
| PTX 1238 | Report Projects Brisk Growth in Spinal Surgery Products Market | | | KY 24327-24328 |
| PTX 1239 | Exhibit Not Used | | | |
| PTX 1240 | Exhibit Not Used | | | |
| PTX 1241 | Exhibit Not Used | | | |
| PTX 1242 | Prediction of Vertebral Body Compressive Fracture | | | KY 23032-23040 |
| PTX 1243 | Exhibit Not Used | | | |
| PTX 1244 | Exhibit Not Used | | | |
| PTX 1245 | Exhibit Not Used | | | |
| PTX 1246 | Product description for Express BFD | | | KY 112149 |
| PTX 1247 | Exhibit Not Used | | | |
| PTX 1248 | IFU for bone filler device | | | KY 114078-080 |
| PTX 1249 | Brochure for Kyphx IBT | | | KY 114343-114344 |
| PTX 1250 | Brochure for Kyphx Xpander IBT | | | KY 114345-114346 |
| PTX 1251 | Brochures | | | KY 114353-114359 |
| PTX 1252 | Exhibit Not Used | | | |
| PTX 1253 | Exhibit Not Used | | | |
| PTX 1254 | Exhibit Not Used | | | |
| PTX 1255 | Exhibit Not Used | | | |
| PTX 1256 | Fact sheet - Kyphon technology | | | KY 114396-114398 |
| PTX 1257 | | | | KY 114416 |
| PTX 1258 | Brochure - Balloons for Bones | | | KY 114424-114425 |
| PTX 1259 | Exhibit Not Used | | | |
| PTX 1260 | Exhibit Not Used | | | |
| PTX 1261 | Exhibit Not Used | | | |
| PTX 1262 | Exhibit Not Used | | | |
| PTX 1263 | Exhibit Not Used | | | |
| PTX 1264 | Exhibit Not Used | | | |
| PTX 1265 | Exhibit Not Used | | | |
| PTX 1266 | Exhibit Not Used | | | |

| PTX 1267 | Exhibit Not Used | | | |
|---|---|---|---|---|
| PTX 1268 | Exhibit Not Used | | | |
| PTX 1269 | Brochure-Advanced Osteo Introducer | | | KY 114556-114567 |
| PTX 1270 | Exhibit Not Used | | | |
| PTX 1271 | | | | KY 114571-114572 |
| PTX 1272 | Exhibit Not Used | | | |
| PTX 1273 | Brocuhres - case studies | | | KY 114592-114595 |
| PTX 1274 | Exhibit Not Used | | | |
| PTX 1275 | Exhibit Not Used | | | |
| PTX 1276 | Exhibit Not Used | | | |
| PTX 1277 | Exhibit Not Used | | | |
| PTX 1278 | Exhibit Not Used | | | |
| PTX 1279 | Exhibit Not Used | | | |
| PTX 1280 | Patient education series (hospital guidelines) | | | KY 114679-114681 |
| PTX 1281 | Exhibit Not Used | | | |
| PTX 1282 | Patient education series (Osteoporosis - Q&A) | | | KY 114731-114735 |
| PTX 1283 | Brochure - Cancer and VCFs | | | KY 114739-114740 |
| PTX 1284 | Brochure - steroid induced osteoposis | | | KY 114743-114744 |
| PTX 1285 | Brochure - Mortality associated with VCF | | | KY 114745 |
| PTX 1286 | Brochure - quality of life with VCF | | | KY 114749-114750 |
| PTX 1287 | Brochure - pulmonary function with VCF | | | KY 114751-114752 |
| PTX 1288 | Exhibit Not Used | | | |
| PTX 1289 | Exhibit Not Used | | | |
| PTX 1290 | Exhibit Not Used | | | |
| PTX 1291 | Brochure - Kyphopak Tray | | | KY 114865-114866 |
| PTX 1292 | Exhibit Not Used | | | |
| PTX 1293 | Exhibit Not Used | | | |
| PTX 1294 | Exhibit Not Used | | | |
| PTX 1295 | Brochure - Kyphx Latitude curette | | | KY 114881-114882 |
| PTX 1296 | Brochure - Kyphx Exact IBT | | | KY 114885-114886 |
| PTX 1297 | Exhibit Not Used | | | |
| PTX 1298 | Brochure-Express BFD | | | KY 114893-114908 |
| PTX 1299 | Exhibit Not Used | | | |