# A 1

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

**Kyphon reserves the right to supplement or otherwise amend this exhibit list in light of resolution of the claim construction issues and pending motions.**

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1 | U.S. Patent No. 4,969,888 Surgical Protocol for Fixation Of Osteoporotic Bone Using Inflatable Device (Scholten et al.) | ITC Complaint Public Ex. 1 | | KY 827-859 | |
| PTX 2 | U.S. Patent No. 5,108,404 Surgical Protocol for Fixation Of Bone Using Inflatable Device (Scholten et al.) | ITC Complaint Public Ex. 2 | | KY 333-353 | |
| PTX 3 | U.S. Patent No. 6,235,043 B1 Inflatable Device for Use in Surgical Protocol Relating to Fixation of Bone (Reiley et al.) | ITC Complaint Public Ex. 3 | | KY 52170-52181 | |
| PTX 4 | U.S. Patent No. 6,241,734 B1 Systems and Methods for Placing Materials Into Bone (Scribner et al.) | | | | |
| PTX 5 | U.S. Patent No. 6,613,054 B2 Systems and Methods for Placing Materials Into Bone (Scribner et al.) | | | | |
| PTX 6 | U.S. Patent No. 5,108,400 Striking Tool for Surgical Instruments (Appel et al.) | | | | NW |
| PTX 7 | U.S. Patent No. 6,013,080 Tamp with Horizontal Steps Used for Impaction Bone Grafting in Revision Femur (Khalili) | | | | NW |

1   As set forth in the letter from Jonathan Sobel to Thomas Halkowski, dated May 11, 2005, DOT objects to Kyphon's Preliminary Exhibit List as overly broad. Kyphon's exhibit list appears to encompass almost every document ever produced in this litigation. It does not appear as though Kyphon made any attempt to narrow the number of potential exhibits for trial. To the extent that DOT was able to identify the exhibits listed on Kyphon's exhibit list, DOT made its objections based on the description provided, and objections are indicated using the key provided below. As for descriptions that were too broad and/or incomplete, DOT could not make meaningful objections. It was impossible for DOT to raise any objections for those entries with no description at all, due to the sheer volume of those entries. The mere listing of a production number was not sufficient to allow DOT to make a fully informed objection, given the limited time and the excessive number of documents. DOT reserves all objections to the exhibits listed in Kyphon's exhibit list up to the time of their presentation at Trial.

2   Key to DOT's Objections - A = Authenticity under FRE 901 et. seq. not established; C = Competency; H = Hearsay, FRE 802; I = Incomplete, FRE 106; IO = Improper Opinion Testimony by non-expert; IS = Improper summary of voluminous writings under FRE 1006; M = Not material, under FRE 401; P = Prejudicial, confusing or misleading, FRE 403; R = Not relevant, FRE 402; ? = Not sufficiently identified for DOT/Kyphon to determine whether this item constitutes relevant evidence; Multiple = Appears to contain multiple exhibits grouped as one; NW = No Proffering Witness; D = Discovery Document/Court Filing

DOT Objections as of  5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 8 | U.S. Patent No. 6,171,312 B1 Power-Driven Osteotome Tools for Compaction of Bone Tissue (Beaty) | | | | NW |
| PTX 9 | Copy of File History of U.S. Patent No. 6,235,043 B1 Inflatable Device for Use in Surgical Protocol Relating to Fixation of Bone (Reiley et al.) | | | KY 229044-364 | |
| PTX 10 | Copy of File History of U.S. Patent No. U.S. Patent No. 4,969,888 Surgical Protocol for Fixation Of Osteoporotic Bone Using Inflatable Device (Scholten et al.) | | | KY 228787-907 | |
| PTX 11 | Copy of File History of U.S. Patent No. U.S. Patent No. 5,108,404 Surgical Protocol for Fixation Of Bone Using Inflatable Device (Scholten et al.) | | | KY 228908-043 | |
| PTX 12 | Copy of File History of U.S. Patent No. 6,613,054 B2 Systems and Methods for Placing Materials Into Bone (Scribner et al.) | | | KY 387150-387414 | |
| PTX 13 | Copy of File History of U.S. Patent No. 6,241,734 B1 Systems and Methods for Placing Materials Into Bone (Scribner et al.) | | | KY 386958-387149 | |
| PTX 14 | Complainants First Corporate Deposition Notice to Respondent Disc Orthopaedic Technologies, Inc. | Kazaz Ex. 1 7/7/04 | 11/13/1990 | | D, R |
| PTX 15 | USA Production – Management Plan (Revision Status Original) | Kazaz Ex. 2 7/7/04 | 4/28/1992 | DOTINC 1635-1650 | |
| PTX 16 | Clean Room Office File | Kazaz Ex. 3 7/7/04 | 5/22/2001 | DOTINC 277-292 | |
| PTX 17 | Kazaz email to Magal re issues concerning introduction of SKy into US Market | Kazaz Ex. 4 7/7/04 | 6/5/2001 | DOTINC 7447 | |
| PTX 18 | Kazaz letter to Foster, Dunworth, Gleason, Neubauer, Martin, Hebert, Saunders, Sosa, O'Neill & Reguiferos re Kyphon suits against DOT | Kazaz Ex. 5 7/7/04 | 6/19/2001 | DOTINC 5786-815 | |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 19 | Kazaz letter to Dunworth, Sosa, Gleason, Regueiferos, Saunders, Hebert, Neubauer, Martin, O'Neill, Foster re returning all inventory of SKy System | Kazaz Ex. 6 7/7/04 | 9/2/2003 | DOTINC 8806-8825 | |
| PTX 20 | Declaration of Oren Globerman, U.S. ITC Investigation No. 337-TA-507 | Kazaz Ex. 7 7/7/04 | 4/28/1992 | | R, H |
| PTX 21 | Barak emails to Kazaz re AAOS Meeting Schedule; Shavit email to Kazaz re AAOS Hospitality Suite Training Seminar; Reilly email to Kazaz and Bezoza re Kyphoplasty Device | Kazaz Ex. 8 7/7/04 | 1/11/2000 | DOTINC 6008-6017 | |
| PTX 22 | Cripe email to Kazaz re SKy Bone Expander | Kazaz Ex. 9 7/7/04 | 1/9/2001 | DOTINC 6331-6332 | |
| PTX 23 | Morales email to Kazaz re SKy Agent | Kazaz Ex. 10 7/7/04 | 04/00/2004 | DOTINC 3302-3303 | |
| PTX 24 | DOT - Inventory In Stock Detail | Kazaz Ex. 11 7/7/04 | | DOTINC 255-270 | |
| PTX 25 | Morales email to Kazaz re Surgical Guidelines and Tips | Kazaz Ex. 12 7/7/04 | | DOTINC 6917-6918 | |
| PTX 26 | Surgical Technique; The SKy Bone Expander System, Percutaneous Bone Void | Kazaz Ex. 13 7/7/04 | 6/3/2004 | DOTINC 1399-1409 | |
| PTX 27 | DOT SKy Bone Expander System - FAQ | Kazaz Ex. 14 7/7/04 | 50/3/04 | DOTINC 4891-4893 | |
| PTX 28 | Appendix A – SKy Bone Expander System Instructions for Use (IFU) | Kazaz Ex. 15 7/7/04 | 12/00/03 | DOTINC 686-689 | |
| PTX 29 | Sade email to Distributor re SKy – Surgical Tips | Kazaz Ex. 16 7/7/04 | 5/14/2004 | DOTINC 7649 | |
| PTX 30 | Barak email to Kazaz re Product Manual – SKy | Kazaz Ex. 17 7/7/04 | 6/14/2004 | DOTINC 7304-7323 | |
| PTX 31 | DOT SKy Bone Expander System – Key Selling Points (Version 2.0 6/3/2004 7:53 PM) | Kazaz Ex. 18 7/7/04 | 6/29/2004 | DOTINC 5268-5269 | |
| PTX 32 | Kazaz letter to Peress re thank you for using SKy Bone Expander System on patient | Kazaz Ex. 19 7/7/04 | 6/30/2004 | DOTINC 539 | |
| PTX 33 | The SKy Bone Expander System, Novel Technique for Kyphoplasty | Kazaz Ex. 20 7/7/04 | 3/4/2004 3/5/04 | DOTINC 5287-5329 | |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 34 | Morales letter to Martin enclosing SKy Bone Expander System Demonstration kits | Kazaz Ex. 21 7/7/04 | 3/24/2004 | DOTINC 727-728 | |
| PTX 35 | Barak email to Kazaz re first draft of Business Plan | Kazaz Ex. 22 7/15/04 | 4/13/2004 | DOTINC 6166-6177 | |
| PTX 36 | DOT Financial/Structural – Item 7 | Kazaz Ex. 23 7/15/04 | 6/2/2004 | DOTINC 1841-1842 | |
| PTX 37 | Elkayam email to Kazaz w/ attached financial spreadsheet re DOT | Kazaz Ex. 24 7/15/04 | 5/7/2004 | DOTINC 8826-8832 | |
| PTX 38 | DOT Draft Purchase Order | Kazaz Ex. 25 7/15/04 | 03/00/04 | DOTINC 9097-9099 | |
| PTX 39 | DOT Draft Purchase Order | Kazaz Ex. 26 7/15/04 | 01/00/04 | DOTINC 9100 | |
| PTX 40 | DOT Purchase Order | Kazaz Ex. 27 7/15/04 | 12/00/03 | DOTINC 9101 | |
| PTX 41 | Hanan email to Iky Hartman DOT re Quote | Kazaz Ex. 28 7/15/04 | 5/20/2004 | DOTINC 9102 | |
| PTX 42 | Hartman email to Kazaz re PO #400724 for 300 pieces | Kazaz Ex. 29 7/15/04 | 6/1/2004 | DOTINC 9188 | |
| PTX 43 | DOT Proforma Invoice 1608 | Kazaz Ex. 30 7/15/04 | 12/00/03 | DOTINC 9244-9248 | |
| PTX 44 | DOT Proforma Invoice 1588 | Kazaz Ex. 31 7/15/04 | 5/11/2004 | DOTINC 9119 | |
| PTX 45 | DOT Purchase Order PO400663 | Kazaz Ex. 32 7/15/04 | 5/23/2004 | DOTINC 9121 | |
| PTX 46 | Summary of DOT's investment in manufacturing of products in the United States | Kazaz Ex. 33 7/15/04 | 4/16/2004 | DOTINC 8922 | |
| PTX 47 | Sandvic Materials Technology – Tubular Production Packing List. Sandvic Order # 35592 Line # 1; Inspection Certificate; E-mail to Dasha Bezoza from Iky Hartman re pn:6145 St. St 316LVM Tube 5.2 x 4.82 | Kazaz Ex. 34 7/15/04 | 2/2/2004 | DOTINC 9165-9171 | |
| PTX 48 | Product order sheets | Kazaz Ex. 35 7/15/04 | 7/7-8/04 | DOTINC 9250-9251; DOTINC 9257-9260 | |
| PTX 49 | E-mail to/from Ronny Barak to/from Ethan S. Lauer re Surgical Tips and Guidelines | Kazaz Ex. 36 7/15/04 | 2/24/2004 | DOTINC 8392-8393 | |
| PTX 50 | The Sky Bone Expander System for Void Creation and Vertebral Height Restoration | Kazaz Ex. 37 7/15/04 | 5/23/2004 | DOTINC 8753- 8805 | |
| PTX 51 | DOT Sky Bone Expander System – Order 1; Sky Bone Expander System – Price Lists | Kazaz Ex. 38 7/15/04 | 6/3/2004 | DOTINC 1425-1428; DOTINC 3833; DOTINC 5242; DOTINC 5272-5274 | |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 52 | E-mail to Tamir Kazaz from Ronny Barak re Update on Dr. Cohen Activity | Kazaz Ex. 39 7/15/04 | 4/13/2004 | DOTINC 6796 | |
| PTX 53 | A Study Protocol for Comparing the Sky Bone Expander System with the Kyphon | Kazaz Ex. 40 7/15/04 | 5/19/2004 | DOTINC 5218-5227 | |
| PTX 54 | Sky Bone Expander System, Initial Clinical Results | Kazaz Ex. 41 7/15/04 | Undated | DOTINC 3979-3997 | |
| PTX 55 | Sky Bone Expander System – Guidelines and Tips | Kazaz Ex. 42 7/15/04 | 5/7/2004 | DOTINC 4020-4021 | |
| PTX 56 | Sky Bone Expander System, Training Manual | Kazaz Ex. 43 7/15/04 | 6/00/04 | DOTINC 4023-4306 | |
| PTX 57 | Fax to Gigi from Dasha Bezoza re Products Associated with the Sky Bone Expander System | Kazaz Ex. 44 7/15/04 | 1/13/2004 | DOTINC 471-472 | |
| PTX 58 | DOT Sky Bone Expander System for US Residents and for International (non-US) Residents | Kazaz Ex. 45 7/15/04 | 6/27/2004 | DOTINC 7339-7342 | |
| PTX 59 | E-mail to Chris Bouchard from Kathy Morales re New Trial Inserter | Kazaz Ex. 46 7/15/04 | 5/19/2004 | DOTINC 4314 | |
| PTX 60 | DOT Proforma Invoices | Kazaz Ex. 47 7/15/04 | | DOTINC 142-169 | |
| PTX 61 | Fax to Orian from Tamir Kazaz re Comments on Sky Surgical Technique | Kazaz Ex. 48 7/15/04 | 6/1/2004 | DOTINC 988-1001 | |
| PTX 62 | E-mail to Chad Saunders from Kathy Morales re Case Studies and Price List | Kazaz Ex. 50 7/15/04 | 5/20/2004 | DOTINC 3827-3833 | |
| PTX 63 | DOT Sky Bone Expander Description | Kazaz Ex. 51 7/15/04 | 12/28/2003 | DOTINC 2349-2351 | |
| PTX 64 | E-mail to KHarris from David Elkayam re Karren – Meeting Dr. Bronw | Kazaz Ex. 52 7/15/04 | 1/13/2004 | DOTINC 469 | |
| PTX 65 | DOT Letter to Tom Vaughan from Tamir Kazaz | Kazaz Ex. 53 7/15/04 | 5/21/2004 | DOTINC 720 | |
| PTX 66 | Letter to Mary Ellen Keenan from Dasha Bezoza | Kazaz Ex. 54 7/15/04 | 2/20/2004 | DOTINC 362-364 | |
| PTX 67 | Surgeon Leads from AANS 2004 | Kazaz Ex. 55 7/15/04 | 2004 | DOTINC 1559-1561 | |
| PTX 68 | DOT Sales Report 2004-01-01 to 2004-05-24 | Kazaz Ex. 56 7/15/04 | | DOTINC 173-178 | |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 69 | DOT Agent Policy Manual | Kazaz Ex. 57 7/15/04 | 5/00/04 | DOTINC 4627-4637 | |
| PTX 70 | Letter to Doctor from Kazaz | Kazaz Ex. 58 7/15/04 | 3/19/2004 | | |
| PTX 71 | E-mail to Dr. Alan Levine from Ronny Barak re Request for a Meeting on the Sky Bone Expander Device for Kyphoplasty | Kazaz Ex. 59 7/15/04 | 2/6/2004 | DOTINC 6134-6136 | |
| PTX 72 | E-mail to Info:spineupdate.com from Ronny Barak re Request for a Meeting on Sky Bone Expander for Kyphoplasty | Kazaz Ex. 60 7/15/04 | 2/4/2004 | DOTINC 6147-6150 | |
| PTX 73 | E-mail to Dr. Alan Levine from Ronny Barak re interest in SKy Bone Expander | Kazaz Ex. 61 7/15/04 | 2/1/2004 | DOTINC 6190-6192 | |
| PTX 74 | E-mail to Tamir Kazaz from Ronny Barak re Request for a Meeting-Sky Bone Expander System | Kazaz Ex. 62 7/15/04 | 3/3/2004 | DOTINC 6312-6313 | |
| PTX 75 | E-mail from Ronny Barak to Dr. Reuter re SKy | Kazaz Ex. 63 7/15/04 | 2/3/2004 | DOTINC 7933-7934 | |
| PTX 76 | E-mail to Tamir Kazaz from Kathy Morales re Updated Doctor List | Kazaz Ex. 64 7/15/04 | 5/24/2004 | DOTINC 7177-7179 | |
| PTX 77 | E-mail to Bill Martin from Kathy Morales re Sky Comparison | Kazaz Ex. 65 7/15/04 | 4/28/2004 | DOTINC 4792-4794 | |
| PTX 78 | E-mail to Tamir Kazaz from Ronny Barak re Business Plan | Kazaz Ex. 66 7/15/04 | 4/30/2004 | DOTINC 006855 | |
| PTX 79 | Sky Bone Expander System Instructions for Use | Kazaz Ex. 67 7/15/04 | 1/00/04 | | |
| PTX 80 | E-Mail string between Globerman and Bill James requesting quote | Globerman Ex. 69 7/29/04 | | DOTLTD 10855- 10861 | |
| PTX 81 | DOT Shipping Order | Globerman Ex. 70 7/29/04 | 1/9/2004 | DOTLTD 4859-4874 | |
| PTX 82 | DOT Shipping Order | Globerman Ex. 71 7/29/04 | Multiple | DOTLTD 4839-4856 | |
| PTX 83 | E-mail to Steven Mesdom from Dabid Elkayam re Cormed – Sky Bone Expander | Globerman Ex. 72 7/29/04 | 4/18/2004 | DOTLTD 9892-9893 | |
| PTX 84 | E-mail to Ronene Shavit from Yael Rubin re Radiation Sterilization, with attached product Material Listings | Globerman Ex. 73 7/29/04 | 11/26/2003 | DOTLTD 10779-10784 | |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 85 | List of Serial Numbers of Components | Globerman Ex. 74 7/29/04 | 6/3/2004 | DOTLTD 2784-2787 | |
| PTX 86 | Conformity Assessment Checklist/Essential Requirements for B-Twin system, Sky System | Globerman Ex. 75 7/29/04 | Undated | DOTLTD 1532-1559 | |
| PTX 87 | B-Twin BE System, Risk Analysis | Globerman Ex. 76 7/29/04 | Undated | DOTLTD 438-467 | |
| PTX 88 | B-Twin BE System, Product (Tube Specification) | Globerman Ex. 77 7/29/04 | Undated | DOTLTD 533-547 | |
| PTX 89 | B-Twin BE, In Vitro Study Plan | Globerman Ex. 78 7/29/04 | Undated | DOTLTD 573-587 | |
| PTX 90 | B-Twin BE System, In Vitro Study Results | Globerman Ex. 79 7/29/04 | Undated | DOTLTD 588-618 | |
| PTX 91 | SKY System, Manufacturing Flow Chart | Globerman Ex. 80 7/29/04 | Undated | DOTLTD 702-723 | |
| PTX 92 | Sky Size Selection | Globerman Ex. 81 7/29/04 | Undated | DOTLTD 5624 | |
| PTX 93 | Short Description of the Sky Bone Expander System | Globerman Ex. 82 7/29/04 | Undated | DOTLTD 9922 | |
| PTX 94 | Letter addressed "Dear XXX," from Reven | Globerman Ex. 83 7/29/04 | Undated | DOTLTD 5604-5606 | |
| PTX 95 | E-mail to reuveng@clalit.org.il, from David Elkayam re Dr. Courrier | Globerman Ex. 84 7/29/04 | 1/1/2004 | DOTLTD 3306-3307 | |
| PTX 96 | SKy Bone Expander System, Instructions for Use | Globerman Ex. 85 7/29/04 | Undated | DOTLTD 413-415 | |
| PTX 97 | DOT Impactor, Instructions for Use | Globerman Ex. 86 7/29/04 | Undated | DOTLTD 123 | |
| PTX 98 | Surgical Technique, The Sky Bone Expander System, Kyphoplasty | Globerman Ex. 87 7/29/04 | Undated | DOTLTD 1560-1576 | |
| PTX 99 | Document re Revenues and Costs of Goods Sold Headed "Disc-O-Tech Medical Technologies Ltd." | Globerman Ex. 88 7/29/04 | Undated | DOTLTD 5533-5548 | |
| PTX 100 | E-mail Exchange Between Motti Beyar, Tamir Kazaz and Gal Barshem re Dr. Hirsch with Attachment | Globerman Ex. 89 7/29/04 | 7/1/2004 | DOTLTD 10991-10994 | |
| PTX 101 | E-mail to Tamir Kazaz from Motti Beyar re Dr. Lane | Globerman Ex. 90 7/29/04 | 2/20/2004 | DOTLTD 10988 | |
| PTX 102 | E-mail Exchange Between Yael Rubin and Ulrike Westhus re Complaints | Globerman Ex. 91 7/29/04 | 8/26/2003 | DOTLTD 10786 | |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 103 | E-mail and Note 510(k) Status | Globerman Ex. 92 7/29/04 | Undated | DOTLTD 10816 | |
| PTX 104 | E-mail to Beyar Home from David Elkayam re DRG Disc-O-Tech | Globerman Ex. 93 7/29/04 | 6/21/2004 | DOTLTD 6377 | |
| PTX 105 | Sky System, Clinical Evaluation – Spinal Indication | Globerman Ex. 94 7/29/04 | Undated | DOTLTD 1843-1860 | |
| PTX 106 | Sky Systems, Design and Development Plan | Globerman Ex. 95 7/29/04 | Undated | DOTLTD 431-4437 | |
| PTX 107 | Quality Manual | Globerman Ex. 96 7/29/04 | Undated | DOTLTD 1522-1524 | |
| PTX 108 | Discotech Medical Technologies Ltd., 2003 Annual Report | Globerman Ex. 97 7/29/04 | 2003 | DOTLTD 10048-10073 | |
| PTX 109 | Document in Hebrew | Globerman Ex. 98 7/29/04 | 5/25/2003 | DOTLTD 1227 | |
| PTX 110 | Translation of Document | | | | |
| PTX 111 | Handwritten Document with "B-Twin" | Globerman Ex. 99 7/29/04 | 6/23/2003 | DOTLTD 3387 | |
| PTX 112 | Translation of Document | | | DOTLTD 3387 | |
| PTX 113 | B-Twin BE – Design Review (DR) | Globerman Ex. 100 7/29/04 | 8/17/2003 | DOTLTD 1630-1635 | |
| PTX 114 | Translation of Document | | | DOTLTD 1630-1635 | |
| PTX 115 | B-Twin BE – Design Review (DR) | Globerman Ex. 101 7/29/04 | 8/17/2003 | DOTLTD 3364-3371 | |
| PTX 116 | Translation of Document | | | DOTLTD 3364-3365 | |
| PTX 117 | Deformable Tools and Implants | Globerman Ex. 102 7/29/04 | Undated | DOTLTD 10309-10377 | |
| PTX 118 | Test Report | Globerman Ex. 103 7/29/04 | Undated | DOTLTD 1770 | |
| PTX 119 | Translation of Document | | | DOTLTD 1770 | |
| PTX 120 | E-mail to Orian Sade from Kathy Morales re Question | Globerman Ex. 104 7/29/04 | 5/21/2004 | DOTLTD 3868 | |
| PTX 121 | E-mail to Ronny Barak from Tamir Kazaz re Adjustments Needed Due to the Kyphon Claims | Globerman Ex. 105 7/29/04 | 8/4/2004 | DOTINC 6906 | |
| PTX 122 | E-mail re DOT SKy Bone Expander System | Globerman Ex. 106 7/29/04 | 5/26/2004 | DOTLTD 7429 | |
| PTX 123 | Complainant's First Corporate Deposition Notice to Respondent Disc-O-Tech Medical Technologies, Ltd. | Globerman Ex. 107 7/29/04 | 6/7/2004 | | D, R |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 124 | Mt. Sinai Operative Report | Cohen  Ex. 108 10/14/04 | 9/15/2004 | COHEN 10, 14 | |
| PTX 125 | Mt. Sinai Operative Report | Cohen  Ex. 109 10/14/04 | 5/17/2004 | COHEN 28-29 | |
| PTX 126 | Mt. Sinai Operative Report | Cohen  Ex. 110 10/14/04 | 8/23/2004 | COHEN 45-46 | |
| PTX 127 | Mt. Sinai Operative Report | Cohen Ex. 111 10/14/04 | 6/7/2004 | COHEN 70-71 | |
| PTX 128 | Mt. Sinai Operative Report | Cohen  Ex. 112 10/14/04 | 6/9/2004 | COHEN 91-93 | |
| PTX 129 | Mt. Sinai Operative Report | Cohen  Ex. 113 10/14/04 | 5/14/2004 | COHEN 148 | |
| PTX 130 | Mt. Sinai Operative Report | Cohen Ex. 114 10/14/04 | 4/12/2004 | COHEN 160-161 | |
| PTX 131 | Mt. Sinai Operative Report | Cohen  Ex. 115 10/14/04 | 8/19/2004 | COHEN 234-237 | |
| PTX 132 | Mt. Sinai Operative Report | Cohen  Ex. 116 10/14/04 | 6/14/2004 | COHEN 282-286 | |
| PTX 133 | Mt. Sinai Operative Report | Cohen  Ex. 117 10/14/04 | 6/28/2004 | COHEN 356-358 | |
| PTX 134 | Mt. Sinai Operative Report | Cohen Ex. 118  10/14/04 | 3/24/2004 | COHEN 384-385 | |
| PTX 135 | Mt. Sinai Operative Report | Cohen Ex. 119  10/14/04 | 3/10/2004 | COHEN 415-416 | |
| PTX 136 | Mt. Sinai Operative Report | Cohen  Ex. 120 10/14/04 | 4/26/2004 | COHEN 431-433 | |
| PTX 137 | South Florida Spine screen shot re Kyphoplasty. Kyphoplasty is performed for osteoporotic spinal fractures in cases of progressive collapse or intractable pain. This procedure is designed to stabilize the fracture, without the extensive morbidity of open surgical techniques. | Cohen Ex. 121 10/14/04 | 10/13/2004 | | |
| PTX 138 | South Florida Spine screen shot; Journal Article: Advances in Osteoporotic Fracture Management | Cohen  Ex. 122 10/14/04 | 10/13/2004 | | |
| PTX 139 | OR Scheduling Request Form for Kyphoplasty procedure | Cohen Ex. 123 10/14/04 | 6/7/2004 | COHEN 62 | |

DOT Objections as of  5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 140 | OR Scheduling Request Form for Kyphoplasty procedure | Cohen Ex. 124  10/14/04 | 6/9/2004 | COHEN 100 | |
| PTX 141 | OR Scheduling Request Form for Kyphoplasty procedure | Cohen Ex. 125 10/14/04 | 5/14/2004 | COHEN 152 | |
| PTX 142 | Subpoena of Cohen | Cohen Ex. 126  10/14/04 | 9/8/2004 | N/A | D, R |
| PTX 143 | Declaration of William S. Rosenberg, M.D. | Rosenberg  Ex. 131 11/22/04 | 11/10/2004 | N/A | |
| PTX 144 | Second Amended Notice of Deposition of William Martin | Martin  Ex. 132  1/20/05 | 1/18/2005 | N/A | D, R |
| PTX 145 | Subpoena of William Martin | Martin  Ex. 133 1/20/05 | 1/7/2005 | N/A | D, R |
| PTX 146 | Sales Agent Agreement between DOT and Bill Martin for SKy Bone Expander System | Martin  Ex. 134 1/20/05 | 4/10/2004 | DOTINC 732 – 747 | R |
| PTX 147 | SKY Bone Expander System Training Manual | Martin  Ex. 135 1/20/05 | 11/00/2004 | DOTINC 9430-9588 | |
| PTX 148 | DOT Agent Policy Manual | Martin Ex. 136  1/20/05 | 09/00/2004 | DOTINC 9369-9378 | |
| PTX 149 | Surgical Technique manual for SKy Bone Expander System | Martin Ex. 137  1/20/05 | 3/00/2004 | N/A | |
| PTX 150 | SKy Bone Expander System Instructions for Use | Martin Ex. 138  1/20/05 | 07/00/2004 | | |
| PTX 151 | (DOT Training Manual) – .ppt re Anatomy of the Spine | Martin  Ex. 139 1/20/05 | | | |
| PTX 152 | SKY Bone Expander System: Bone Filler Set: Sky Bone Imp actor Kit (physical) | Martin Ex. 140  1/20/05 | | | |
| PTX 153 | DOT Sales Report 1/1/04 – 12/13/04 | Martin  Ex. 141 1/20/05 | 1/6/2005 | DOTINC 9607-9615 | |
| PTX 154 | Product Delivered Goods Form | Martin Ex. 142  1/20/05 | 5/18/2004 | DOTINC 2925-2927 | |
| PTX 155 | E-mail from Kathy Morales to Bill Martin re Kyphon Price Lists | Martin  Ex. 144 1/20/05 | 5/19/2004 | DOTINC 4316 | |
| PTX 156 | Letter from Katherine Morales to Bill Martin re enclosed SKy Bone Expander System Demonstration Kit | Martin  Ex. 145 1/20/05 | 4/16/2004 | DOTINC 4722 | |
| PTX 157 | E-mail from Kathy Morales to Tamir Kazaz (cc. Ronny Barak, Bill Martin) re Letter to Dr. Majd | Martin   Ex. 146 1/20/05 | 5/24/2004 | DOTINC 7210-7211 | |
| PTX 158 | E-mail from Kathy Morales to Bill Martin re SKy comparison to competitors | Martin Ex. 147  1/20/05 | 4/28/2004 | DOTINC 4792-4794 | |

DOT Objections as of  5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 159 | E-mail from Ronny Barak to Bill Martin re incident with Dr. Page | Martin Ex. 148  1/20/05 | 6/3/2004 | DOTINC 8709 | |
| PTX 160 | E-mail from Tamir Kazaz to Ronny Barak (cc Kathy Morales) re Dr. Lee's non-use of SKy device due to patent litigation | Martin Ex. 149  1/20/05 | 5/11/2004 | DOTINC 7449 | |
| PTX 161 | New/Replacement Technology Request Form | Martin  Ex. 150 1/20/05 | N/A | WM 59 | |
| PTX 162 | E-mail from (redacted) to Bill Martin re Dr. Majd and DOT, use of SKy device | Martin  Ex. 151 1/20/05 | 6/18/2004 | WM 96-97 | |
| PTX 163 | DOT Agent Policy Manual | Martin Ex. 152  1/20/05 | 8/00/04 | WM 117-127 | |
| PTX 164 | Kyphon Request for Purchase Order | Martin  Ex. 153 1/20/05 | 2/25/2004 | WM 202-213 | |
| PTX 165 | Balloon Inflation Geometry Comparison Chart | Martin Ex. 154 1/20/05 | 4/23/2004 | WM 224 | |
| PTX 166 | Letter from Bill Martin to (redacted) re enclosed paperwork from Dr. Majd's 3 cases | Martin  Ex. 155 1/20/05 | 5/21/2004 | WM 1-5 | |
| PTX 167 | Instruction and Tips on the Proper Use of the Ava-Tex Cement Delivery System | Beyar Ex. 156   1/25/05 | | WM 13-14 | |
| PTX 168 | SKy System Design and Development Plan, rev. 3 | Beyar  Ex. 157 1/25/05 | | DOTLTD 431-437 | |
| PTX 169 | Technical document for development of Kyphoplasty from inflatable tube | Beyar Ex. 158 1/25/05 | 5/25/2003 | DOTLTD 1622 | |
| PTX 170 | BE/Twin Status Meeting document | Beyar Ex. 159 1/25/05 | | DOTLTD 3377 | |
| PTX 171 | Translation of Document | | | DOTLTD 3377 | |
| PTX 172 | SKy System stage 2 design review | Beyar Ex. 160 1/25/05 | 1/14/2003 | DOTLTD 3361-3362 | |
| PTX 173 | Translation of Document | | | DOTLTD 3361-3362 | |
| PTX 174 | BE/Twin BE System Product Tube specifications | Beyar Ex. 161 1/25/05 | | DOTLTD 533-547 | |
| PTX 175 | E-mail re SKy Bone Expander Competitve Comparison | Beyar Ex. 162 1/25/05 | 4/29/2004 | DOTINC 5856-5859 | |
| PTX 176 | E-mail from David Elkayam to Or Benjamin re giving Tamir hard copies of Kyphon data and training materials (IFUs) to give to Beyar | Beyar  Ex. 163 1/25/05 | 3/31/2003 | DOTLTD 6463 | |
| PTX 177 | E-mail re meeting between Beyar and McCellan | Beyar Ex. 164 1/25/05 | 5/4/2004 | DOTINC 6872 | |
| PTX 178 | Documents from Dr. Constantz | Beyar Ex. 165  1/25/05 | 5/17/2004 | DOTLTD 1577-1620 | |

DOT Objections as of  5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 179 | E-mail from Rubul to Beyar et al re SKy Stystems 510(k) | Beyar Ex. 166 1/25/05 | 6/24/2004 | DOTLTD 10816 | |
| PTX 180 | Letter from FDA to DOT re 510(k) approval | Beyar Ex. 167 1/25/05 | 6/17/2004 | DOTLTD 3689-3691 | |
| PTX 181 | Submission from DTO to FDA re BE/Twin Bone Expander | Beyar Ex. 168 1/25/05 | 7/30/2003 | DOTLTD 1982-2052 | |
| PTX 182 | Collection of documents including FDA comments and DOT responses to comments | Beyar Ex. 169 1/25/05 | 10/00/2003 | DOTLTD 2055-2063 | |
| PTX 183 | Communication with FDA | Beyar Ex. 170 1/25/05 | 11/00/2003 | DOTLTD 2069-2074 | |
| PTX 184 | 510(k) related to device modification | Beyar Ex. 171 1/25/05 | 12/29/2003 | DOTLTD 2081-2137 | |
| PTX 185 | DOT 510(K) Pre Market Notification re Sky Bone Expander | Beyar Ex. 172 1/25/05 | 3/4/2004 | DOTLTD 3692-3732 | |
| PTX 186 | Letter from Mott to Beyar | Beyar Ex. 173 1/25/05 | 3/3/2004 | | |
| PTX 187 | E-mail from Mott to Beyar | Magal Ex. 174 1/26/05 | 4/3/2004 | DOTLTD 40 | |
| PTX 188 | SKy Bone Expander System | Magal Ex. 175 1/26/05 | | DOTINC 2819 | |
| PTX 189 | E-mail exchange, including Kazaz to Magal re consignment set | Magal Ex. 176 1/26/05 | 4/1/2004 | DOTINC 6396 | |
| PTX 190 | SKy Bone Expander System document | Magal Ex. 177 1/26/05 | | DOTLTD 9922 | |
| PTX 191 | E-mail from Magal to Beyar and Globerman | Magal Ex. 178 1/26/05 | 11/6/2003 | DOTLTD 6427-6428 | |
| PTX 192 | E-mail from Mr. Elkayam to Tamir Kazaz and Ronny Barak cc'ing Magal | Magal Ex. 179 1/26/05 | 1/26/2004 | DOTINC 6633 | |
| PTX 193 | E-mail from Kazaz to Beyar cc'ing Magal & attached case report by Dr. Cohen | Magal Ex. 180 1/26/05 | 5/23/2004 | DOTINC 7172-7173 | |
| PTX 194 | SKy Bone Expander System Kyphoplasty | Magal Ex. 181 1/26/05 | 5/00/04 | DOTLTD 14707-14713 | |
| PTX 195 | Surgical Technique Marketing document | Magal Ex. 182 1/26/05 | | DOTLTD 15840-15847 | |
| PTX 196 | SKy Surgical Notes | Globerman Ex. 183 1/27/05 | 5/20/2004 | DOTLTD 5459-5462 | |
| PTX 197 | Agreement between DOT & Dr. Werding & Mr. Schnieder | Globerman Ex. 184 1/27/05 | 9/28/1997 | DOTLTD 50005-50012 | |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 198 | Consulting Agreement | Globerman Ex. 185 1/27/05 | 6/14/1999 | DOTLTD 50001 – 50004 | |
| PTX 199 | 30(b)(6) Depo notice from Kyphon to DOT | Globerman Ex. 186 1/27/05 | 1/24/2005 | N/A | D, R |
| PTX 200 | BE/Twin BE Design Review | Globerman Ex. 187 1/27/05 | 8/17/2003 | DOTINC 1630-1635 | |
| PTX 201 | Non-infringement opinion for US Patent No. 5,108,404 | Globerman Ex. 188 1/27/05 | 7/14/2004 | DOTLTD 14204-14271 | |
| PTX 202 | Non-infringement opinion for US Patent No. 4,969,888 | Globerman Ex. 189 1/27/05 | 7/14/2004 | DOTLTD 14272-14338 | |
| PTX 203 | Non-infringement opinion for US Patent No. 6,235,043 | Globerman Ex. 190 1/27/05 | 6/18/2004 | DOTLTD 14123-14203 | |
| PTX 204 | E-mail from Barak to Kazaz re adjustments needed due to the Kyphon claims | Globerman Ex. 192 1/27/05 | 4/8/2004 | DOTINC 6906 | |
| PTX 205 | Globerman patent search results | Globerman Ex. 193 1/27/05 | | DOTLTD 1835-1840 | |
| PTX 206 | E-mail from Kazaz to Barak & Globerman re valuable information | Globerman Ex. 194 1/27/05 | 5/11/2004 | DOTLTD 1652 | |
| PTX 207 | Comparison of SKy & Balloon Kyphoplasty | Globerman Ex. 195 1/27/05 | | DOTLTD 14722 – 14727 | |
| PTX 208 | DOT SKy Bone Expnader Imaging & Anatomy Tutorial | Globerman Ex. 196 1/27/05 | | DOTLTD 14973-15007 | |
| PTX 209 | SKy System Clinical Evaluation-Spinal Indication | Globerman Ex. 197 1/27/05 | | DOTLTD 1843-1860 | |
| PTX 210 | E-mail re SKy Bone Expander DOT TXT | Kazaz Ex. 198 1/28/05 | | DOTLTD 10883 | |
| PTX 211 | 30(b)(6) Depo notice from Kyphon to DOT | Kazaz Ex. 199 1/28/05 | 9/14/2004 | | D, R |
| PTX 212 | Corporate notice from Kyphon to Disc-O-Tech LTD | Kazaz Ex. 200 1/28/05 | 9/14/2004 | | D, R |
| PTX 213 | Proposal to Dr. Madj to build an infrastructure to do a study | Kazaz Ex. 201 1/28/05 | 5/24/2004 | DOTINC 675-712 | |
| PTX 214 | E-mail from Morales to DOT rep Giallelj | Kazaz Ex. 202 1/28/05 | 4/29/2004 | DOTINC 6821 - 6829 | |
| PTX 215 | Document listing revenues re BE/Twin Sky and trauma | Kazaz Ex. 203 1/28/05 | 6/30/2004 | DOTLTD 5533- 5548 | |
| PTX 216 | Report for 12 month period ending December 31st, 2004 for the Sky bone expander system in the US | Kazaz Ex. 204 1/28/05 | 1/6/2005 | DOTINC 9593-9639 | |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 217 | Report for 10/04 and 12/04 representing SKy Bone Expander sales in the US | Kazaz Ex. 205 1/28/05 | 1/26/2005 | DOTINC 50019 - 50058 | |
| PTX 218 | Sky bone expander system guidelines and tips | Kazaz Ex. 206 1/28/05 | 5/7/2004 | DOTINC 5430 -31 | |
| PTX 219 | Surgical technique for the Sky device | Kazaz Ex. 207 1/28/05 | 05/00/2004 | DOTLTD 15835 - 849 | |
| PTX 220 | Surgical Technique Sky bone expander system Kyphoplasty Disc-O-Tech | Kazaz Ex. 208 1/28/05 | | DOTLTD 6341- 6353 | |
| PTX 221 | Abstract by Dr. Gepstein presenting his results with the Sky bone expander | Kazaz Ex. 209 1/28/05 | 02/00/2004 | DOTINC 410 | |
| PTX 222 | Sky Surgical Notes | Kazaz Ex. 210 1/28/05 | 5/20/2004 | DOTLTD 6176 - 78 | |
| PTX 223 | SKy Bone Expander system for percutaneous fracture reduction | Kazaz Ex. 211 1/28/05 | 02/00/2004 | DOTLTD 1575 -76 | |
| PTX 224 | SKy Bone Expander system Instructions for Use | Kazaz Ex. 212 1/28/05 | 01/00/2004 | DOTLTD 14096 - 122 | |
| PTX 225 | E-mail from Dasha Bezoza to Kazaz re Deer agent | Kazaz Ex. 213 1/28/05 | 3/5/2004 | DOTINC 6009 - 6010 | |
| PTX 226 | E-mail from Magal to Kazaz | Kazaz Ex. 214 1/28/05 | 3/16/2004 | DOTINC 8112 | |
| PTX 227 | Re training CDs | Kazaz Ex. 215 1/28/05 | 2/3/2004 | DOTINC 6158 | |
| PTX 228 | E-mail re number of Kyphoplasty procedures performed in 2003 | Kazaz Ex. 216 1/28/05 | 4/22/2004 | DOTINC 7507 | |
| PTX 229 | Photo of DOT booth | Kazaz Ex. 217 1/28/05 | | DOTLTD 15393 - 394 | |
| PTX 230 | Sky Bone Expander System V2.0 basic information | Kazaz Ex. 218 1/28/05 | 15-Dec | DOTINC 5270 -71 | |
| PTX 231 | E-mail re Dr. Shaffer and Mr. Martin | Kazaz Ex. 219 1/28/05 | 5/21/2004 | DOTINC 3849 - 51 | |
| PTX 232 | E-mail from Kazaz to Barak re training CDs | Kazaz Ex. 220 1/28/05 | 5/8/2004 | DOTINC 6932 | |
| PTX 233 | Three letters | Kazaz Ex. 221 1/28/05 | 4/14/2004 | DOTINC 4689, 720, 718 | |
| PTX 234 | E-mail | Kazaz Ex. 222 1/28/05 | 3/22/2004 | DOTLTD 9888 | |
| PTX 235 | Letters sent to DOT rep Michael O'Neil and Mr. Chipp Rupp re distributorship | Kazaz Ex. 223 1/28/05 | 4/13/2004 | DOTINC 729, 4687 | |

DOT Objections as of  5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 236 | Patient Brochure | Kazaz  Ex. 224 1/28/05 | 8/00/04 | DOTINC 50000 - 50001 | |
| PTX 237 | SKy Bone Expander System Brochure | Kazaz  Ex. 225 1/28/05 | 07/00/2004 | DOTINC 50002 - 50003 | |
| PTX 238 | Four Articles | Kazaz  Ex. 226 1/28/05 | | DOTINC 50004 - 50007 | |
| PTX 239 | Letter from Kazaz to Magal | Kazaz  Ex. 227 1/28/05 | 5/26/2004 | DOTINC 7230 - 7231 | |
| PTX 240 | Draft of letter from Kazaz to Magal | Kazaz  Ex. 228 1/28/05 | 5/19/2004 | DOTINC 7134 | |
| PTX 241 | Letter to Dr. Brook | Kazaz  Ex. 229 1/28/05 | 4/21/2004 | DOTINC 8399 - 8400 | |
| PTX 242 | Portions of Kyphon Surgeon List | Kazaz  Ex. 230 1/28/05 | | DOTINC 3165, 3279 | |
| PTX 243 | List of Kyphon Surgeons | Barak  Ex. 230-A 2/14/05 | | DOTINC 3165-3279 | |
| PTX 244 | E-mail from David Elkayam to Kazaz et al. | Kazaz Ex. 231 2/14/2005 | 1/29/2004 | DOTINC 5723 - 33 | |
| PTX 245 | E-mail from David Elkayam to various DOT employees re Kyphon news | Kazaz  Ex. 232 1/28/05 | 6/21/2004 | DOTLTD 6380 | |
| PTX 246 | Fax from Kazaz to Beyar | Kazaz  Ex. 233 1/28/05 | 5/24/2004 | DOTINC 1862-1866 | |
| PTX 247 | Kyphon marketing materials forwarded by Kazaz to Yael | Kazaz  Ex. 234 1/28/05 | 6/21/2004 | DOTINC 1837- 1852 | |
| PTX 248 | Competitive Comparison Document | Kazaz  Ex. 235 1/28/05 | 4/28/2004 | DOTINC 4795 - 4798 | |
| PTX 249 | Portion of SKy Bone Expander System Training Manual | Kazaz  Ex. 236 1/28/05 | 11/00/04 | DOTINC 9430 -9588 | |
| PTX 250 | Screen shots from CD – photos of DOT booth | Kazaz  Ex. 237 1/28/05 | | DOTINC 50012 | |
| PTX 251 | Abstracts | Kazaz  Ex. 238 1/28/05 | | DOTINC 50012 | |
| PTX 252 | Sky presentation | Kazaz  Ex. 239 1/28/05 | | DOTINC 50012 | |
| PTX 253 | SBE System training items | Kazaz  Ex. 240 1/28/05 | | DOTINC 50012 | |
| PTX 254 | Patient Brochure in Spanish | Kazaz  Ex. 241 1/28/05 | | DOTINC 50059 - 50062 | |
| PTX 255 | DOTINC financial statements for 2004 | Kazaz  Ex. 242 1/28/05 | 12/31/2004 | DOTINC 50090 - 50095 | |

DOT Objections as of  5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 256 | Osteoporosis and the spinal surgeon – Paul Holman | Kazaz Ex. 243 1/28/05 | 2/9/2004 | DOTINC 50096 - 50198 | |
| PTX 257 | Notice of Deposition | Reilly, Tom Ex. 244 2/4/05 | 1/7/2005 | | D, R |
| PTX 258 | Disc Orthopaedic Technologies – Sky Bone expander: Kyphoplasty | Reilly, Tom Ex. 245 2/4/05 | | TR 1 | |
| PTX 259 | Sky Bone Expander 2005 Plan of Attack | Reilly, Tom Ex. 246 2/4/05 | | TR 4-TR 16 | |
| PTX 260 | Preference Card. Sky Bone Expander Kyphoplasty (redacted) | Reilly, Tom Ex. 247 2/4/05 | | TR 3 | |
| PTX 261 | Current Business charts (redacted) | Reilly, Tom Ex. 248 2/4/05 | | TR 74-TR 75 | |
| PTX 262 | The Sky Bone Expander System for Void Creation and Vertebral Height Restoration | Reilly, Tom Ex. 249 2/4/05 | | TR 80-TR 90 | |
| PTX 263 | Letter to Rudy, Pete and Mark re The Down and Dirty on the Sky Bone Expander | Reilly, Tom Ex. 250 2/4/05 | | TR 94 | |
| PTX 264 | The Down and Dirty on the Sky Bone Expander | Reilly, Tom Ex. 251 2/4/05 | | TR 107 | |
| PTX 265 | Sky Sales Pitch | Reilly, Tom Ex. 252 2/4/05 | | TR 138-TR 139 | |
| PTX 266 | Letter to Sharon Forsythe from Tom Reiley | Reilly, Tom Ex. 253 2/4/05 | 8/9/2004 | TR 95 | |
| PTX 267 | New Business, Marketing & Relations Manager | Reilly, Tom Ex. 254 2/4/05 | | TR 96-TR 99 | |
| PTX 268 | Plan for Sky Launch | Reilly, Tom Ex. 255 2/4/05 | | TR 104 | |
| PTX 269 | Letter from Tom Reilly re New Kyphoplasty Device – Sky Bone Expander (form letter, Dear Doctor) | Reilly, Tom Ex. 256 2/4/05 | | TR 112 | |
| PTX 270 | Letter/Note from Tom Reiley (redacted) | Reilly, Tom Ex. 257 2/4/05 | | TR 117 | |
| PTX 271 | Multi-Purpose Cannula Blocker ("Blocker") | Reilly, Tom Ex. 258 2/4/05 | | TR 2 | |
| PTX 272 | Letter to Mr. Salinas from Tom Reiley | Reilly, Tom Ex. 259 2/4/05 | 1/14/2005 | TR 124 | |
| PTX 273 | Sky Bone News | Reilly, Tom Ex. 260 2/4/05 | | TR 153 | |
| PTX 274 | Sky Bone Expander Script for Void Creation and Vertebral Height Restoration | Reilly, Tom Ex. 261 2/4/05 | | TR 121 | |
| PTX 275 | The Sky Bone Expander System | Reilly, Tom Ex. 262 2/4/05 | | TR 173-TR 196 | |
| PTX 276 | Draft – Surgical Technique US Versition. The Sky Bone Expander System | Reilly, Tom Ex. 263 2/4/05 | | TR 197-TR 208 | |
| PTX 277 | Screen shots | Reilly, Tom Ex. 264 2/4/05 | | TR 212-TR 225 | |

DOT Objections as of  5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 278 | Presented by: Orthopaedics Sales & Services | Reilly, Tom Ex. 265 2/4/05 | 11/13/2004 | TR 228 | |
| PTX 279 | Cadaver Training Lab: Sky Bone Expander | Reilly, Tom Ex. 266 2/4/05 | | TR 229 | |
| PTX 280 | Abstract, Sky Bone Expander Case Report: Kyphoplasty by M. Hopp, MD, J. Bleeck; R. Elle hospital, Eisenberg, Germany | Reilly, Tom Ex. 267 2/4/05 | | TR 237-TR 244 | |
| PTX 281 | Disc-O-Tech Medical Technologies Ltd. Sky Bone Expander Surgical Technique Tutorial | Reilly, Tom Ex. 268 2/4/05 | | TR 245-TR 277 | |
| PTX 282 | Sky Bone Expander System Price List | Reilly, Tom Ex. 269 2/4/05 | 8/00/04 | TR 134-TR 136 | |
| PTX 283 | Letter to Ronny Barak from Tom Reilly | Reilly, Tom Ex. 270 2/4/05 | 10/4/2004 | TR 115 | |
| PTX 284 | The Sky Cement Delivery System: Instructions for Use | Reilly, Tom Ex. 271 2/4/05 | | TR 140-TR 142 | |
| PTX 285 | ID Words - cheat sheet for using Sky | Reilly, Tom Ex. 272 2/4/05 | | TR 143 | |
| PTX 286 | Case Date and Surgeon report | Reilly, Tom Ex. 273 2/4/05 | | TR 64 | |
| PTX 287 | Horowitz, Fichtel, Kuwamara, Geiger, Atking, Auber, Parra, Aranabar, & Fulp | Reilly, Tom Ex. 274 2/4/05 | | TR 72 | |
| PTX 288 | Sky Bone Expander – Kyphoplasty Surgery Schedule Confirmation | Reilly, Tom Ex. 275 2/4/05 | | TR 152 | |
| PTX 289 | Sky Bone Expander System Initial Clinical Results | Reilly, Tom Ex. 276 2/4/05 | | TR 154-TR 196 | |
| PTX 290 | Sky Bone Expander System – FAQ | Reilly, Tom Ex. 277 2/4/05 | 01/00/2004 | TR 209-TR 211 | |
| PTX 291 | A Novel Technique for Percutaneous Local Anesthesia Reconstruction of Vertebral Fractures Using the Sky Bone Expander: A Preliminary Report on the Firms 20 Cases | Reilly, Tom Ex. 278 2/4/05 | | TR 233 | |
| PTX 292 | Email to Tamir from Barak re marketing materials | Barak  Ex. 279 2/14/05 | 4/30/2004 | DOTINC 6856 | |
| PTX 293 | Email to Barak from Kazaz re Training CD | Barak  Ex. 280 2/14/05 | 5/10/2004 | DOTINC 5421 | |
| PTX 294 | Check list of equipment and material for Beyar US tour | Barak  Ex. 281 2/14/05 | | DOTLTD 14729-30 | |
| PTX 295 | Letter to Kenneth D. Palmer from Katherine Morales | Barak  Ex. 282 2/14/05 | 4/14/2004 | DOTINC 4689 | |
| PTX 296 | Letter to Robert Falk from Kazaz | Barak  Ex. 283 2/14/05 | 5/19/2004 | DOTINC 4674 | |

DOT Objections as of  5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 297 | Email to Or from Kathy Morales re AANS Package being sent to your hotel | Barak Ex. 284 2/14/05 | 4/28/2004 | DOTINC 3452 | |
| PTX 298 | Abstracts, American Society of Spine Radiology - 11 Page Document Case Studies | Barak Ex. 285 2/14/05 | | | |
| PTX 299 | Letter to Mohammad E. Majd from Tamir Kazaz | Barak Ex. 286 2/14/05 | 5/24/2004 | DOTINC 675-712 | |
| PTX 300 | Fax to Tamir Kazaz from Ronny re Kyphon new sizes. shapes and access systems | Barak Ex. 287 2/14/05 | 2/24/2004 | DOTINC 2489-2494 | |
| PTX 301 | A Study Protocol for Comparing the Sky Bone Expander System with Kyphon Bone | Barak Ex. 288 2/14/05 | 1/00/04 | DOTINC 5218-5227 | |
| PTX 302 | Sky Bone Expander System v2.0 | Barak Ex. 289 2/14/05 | 215/03 | DOTINC 5270-5271 | |
| PTX 303 | Email to Ronny Barak from Kim Welch re Craig Welch and our discussion last week of representing Disc-o-tech | Barak Ex. 290 2/14/05 | 6/9/2004 | DOTINC 7691-93 | |
| PTX 304 | Email to Tamir Kazaz and Ronny Barak from David Elkayam re Sky – Packaging | Barak Ex. 291 2/14/05 | 2/20/2004 | DOTINC 6113 | |
| PTX 305 | Product Delivered Goods Forms | Barak Ex. 292 2/14/05 | 5/18/2004 | DOTINC 2925-27 | |
| PTX 306 | Email to Kathy Morales from Ronny Barak re Sky Expander Spine: Questions-first pass | Barak Ex. 293 2/14/05 | 5/12/2004 | DOTINC 8607-08 | |
| PTX 307 | Email to Tamir Kazaz from Ronny Barak re WI Contract | Barak Ex. 294 2/14/05 | 5/25/2004 | DOTINC 7225 | |
| PTX 308 | Email to Jeff Lubin from Ronny Barak re Setting the training program and agendas | Barak Ex. 295 2/14/05 | 4/23/2004 | DOTINC 6685-6773 | |
| PTX 309 | Email to Tamir Kazaz from Ronny Barak re Product Manual-Sky | Barak Ex. 296 2/14/05 | 6/1/2004 | DOTINC 7304-7323 | |
| PTX 310 | Sky Bone Expander System Training Manual | Barak Ex. 297 2/14/05 | 11/00/2004 | DOTINC 50205-50300 | |
| PTX 311 | Email to Ronny Barak from Tamir Kazaz re Surgical Tips | Barak Ex. 298 2/14/05 | 4/24/2004 | DOTINC 8407-08 | |
| PTX 312 | Email to Tamir Kazaz from Ronny Barak re Surgical and Guidelines | Barak Ex. 299 2/14/05 | 4/21/2004 | DOTINC 8392-93 | |
| PTX 313 | Deposition notice of John Steck | Steck Ex. 300 1/26/05 | 1/24/2005 | | D, R |

DOT Objections as of  5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 314 | CV of Steck | Steck Ex. 301 1/26/05 | | | |
| PTX 315 | Draft Sales Agent Agreement | Saunders Ex. 302 1/28/05 | | DOTINC 597-612 | |
| PTX 316 | vertebral body compression fracture treatment options .ppt | Saunders Ex. 304 1/28/05 | | DOTINC 4088-4111 | |
| PTX 317 | Scheduled SKy cases | Saunders Ex. 305 1/28/05 | | DOTINC 4779 | |
| PTX 318 | Letter from Kazaz to Saunders re signature page of Sales Agent Agreement | Saunders Ex. 306 1/28/05 | 4/29/2004 | DOTINC 595 | |
| PTX 319 | Saunders' letter of resignation to Kyphon with cover fax from Spine Synergy | Saunders Ex. 307 1/28/05 | 5/11/2004 | DOTINC 613-614 | |
| PTX 320 | Letter from Shaw to Saunders re Proprietary Information Agreement | Saunders Ex. 308 1/28/05 | 5/21/2004 | DOTINC 1024-1025 | |
| PTX 321 | E-mail from Morales to Saunders attaching SKy case studies and price lists | Saunders Ex. 309 1/28/05 | 5/20/2004 | DOTINC 3827-3832 | |
| PTX 322 | E-mail from Saunders to Barak reporting on Dr. Mitchell's impressions of SKy device | Saunders Ex. 310 1/28/05 | 6/1/2004 | DOTINC 5528 | |
| PTX 323 | E-mail between Saunders/Barak/Dr. Mitchell regarding development of further SKy devices | Saunders Ex. 311 1/28/05 | 5/25/2004 | DOTINC 7224 | |
| PTX 324 | Letter from DOT to Saunders requesting return of inventory | Saunders Ex. 312 1/28/05 | 6/29/2004 | DOT INC 8814-8815 | |
| PTX 325 | Letter from Spine Synergy to DOT saying all inventory has been returned | Saunders Ex. 313 1/28/05 | 6/30/2004 | DOTINC 9255 | |
| PTX 326 | Collection of invoices/Product Delivered Goods Forms to Mary Black Hospital | Saunders Ex. 314 1/28/05 | Misc. | DOTINC 317-330 | |
| PTX 327 | Letter from Kazaz to Saunders regarding Kyphon/DOT litigation | Saunders Ex. 315 1/28/05 | 6/14/2004 | DOTINC 5804-5806 | |
| PTX 328 | Letter from Kazaz to Dr. Mitchell regarding 30K grant to research SKy Bone Expander | Saunders Ex. 316 1/28/05 | 6/30/2004 | DOTINC 8834 | |
| PTX 329 | Disc-O-Tech sales report dated 1/1/2004 through December 12/31/2004 | Saunders Ex. 317 1/28/05 | 1/6/2005 | DOTINC 9593-9639 | |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 330 | Document of sales figures prepared for settlement talks in Kyphon/Saunders matter | Saunders Ex. 318 1/28/05 | | CS 1 - 6 | R |
| PTX 331 | North Carolina Secretary of State document regarding Spine Synergy | Saunders Ex. 319 1/28/05 | 1/26/2005 | | |
| PTX 332 | 2nd Amended Notice of Deposition of Charles S. Foster and Request for Production of Documents | Foster Ex. 320 1/31/05 | | | D, R |
| PTX 333 | 2nd Amended Notice of Deposition of Charles S. Foster and Request for Production of Documents | Foster Ex. 321 1/31/05 | | | D, R |
| PTX 334 | Letter from Tony Recupero to Foster | Foster Ex. 322 1/31/05 | 1/29/2001 | | R |
| PTX 335 | Proprietary information agreement Foster was requested to sign | Foster Ex. 323 1/31/05 | 1/30/2001 | CF10-18 | R |
| PTX 336 | Kyphon employee handbook | Foster Ex. 324 1/31/05 | 8/27/2002 | | R |
| PTX 337 | Kyphon employment application as completed by Foster | Foster Ex. 325 1/31/05 | 02/00/2001 | | R |
| PTX 338 | Foster letter of resignation from Kyphon | Foster Ex. 326 1/31/05 | 5/10/2004 | | R |
| PTX 339 | Sales termination check out list | Foster Ex. 327 1/31/05 | 5/14/2004 | | R |
| PTX 340 | Termination certification | Foster Ex. 328 1/31/05 | 5/14/2004 | | R |
| PTX 341 | Notice to employee as to change in relationship | Foster Ex. 329 1/31/05 | 5/14/2004 | | R |
| PTX 342 | Letter from DOT to Foster re Sales Agent Agreement | Foster Ex. 330 1/31/05 | 5/11/2004 | DOT INC 514 | |
| PTX 343 | Letter from DOT re Foster will be receiving a package containing one consignment set of SKy Bone Expander System | Foster Ex. 331 1/31/05 | 5/14/2004 | DOTINC 509-511 | |
| PTX 344 | Sales agent agreement drafts sent by Kazaz to Foster | Foster Ex. 332 1/31/05 | 5/10/2004 | CF 29-44 | |
| PTX 345 | Letter from David Shaw to Foster | Foster Ex. 333 1/31/05 | 5/31/2004 | DOTINC 1027-1029 | R |
| PTX 346 | E-mail from Foster to Barak | Foster Ex. 334 1/31/05 | 6/4/2004 | DOTINC 7914 | |
| PTX 347 | E-mail between Foster and RB | Foster Ex. 335 1/31/05 | 6/2/2004 | DOTINC 8698 | |

DOT Objections as of  5/11/05