Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 348 | product delivered goods forms | Foster Ex. 336 1/31/05 | Multiple | CF 1 - 9 | |
| PTX 349 | Kathy Morales with a draft consignment agreement for hospitals | Foster Ex. 337 1/31/05 | 6/8/2004 | CF 82 - 86 | |
| PTX 350 | E-mail regarding the Virginia AVA - Texas TEX cement delivery system | Foster Ex. 338 1/31/05 | 9/17/2004 | CF 67-70 | |
| PTX 351 | Letter from Kazaz to Foster | Barak Foster Ex. 339 1/31/05 | 6/14/2004 | CF 22-23 | |
| PTX 352 | Letter from DOT to Foster asking that inventory be returned | Foster Ex. 340 1/31/05 | 6/29/2004 | CF 24 | |
| PTX 353 | DOT commission reports | Foster Ex. 341 1/31/05 | 9/1/2004 | CF 58-61 | |
| PTX 354 | Email to Tamir Kazaz from Ronny Barak re Massage from Ralph and Dr. Cohen | Barak Ex. 342 2/14/05 | 3/25/2004 | DOTINC 6339 | |
| PTX 355 | Email to Tamir Kazaz from Ronny Barak re Dan Cohen, MD | Barak Ex. 343 2/14/05 | 4/10/2004 | DOTINC 6421 | |
| PTX 356 | Email to Motty Beyar from Ronny Barak re Dr. Cohen | Barak Ex. 344 2/14/05 | 3/1/2004 | DOTINC 8062 | |
| PTX 357 | Letter to Bill Martin from Katherine Morales re distributorship | Barak Ex. 345 2/14/05 | 4/16/2004 | DOTINC 727 | |
| PTX 358 | Letter to Michael O'Neill from Katherine Morales | Barak Ex. 346 2/14/05 | 4/15/2004 | DOTINC 4687 | |
| PTX 359 | Email to Motti Beyar from Ronny Barak re Update on Dr. Cohen Activity | Barak Ex. 347 2/14/05 | 4/26/2004 | DOTINC 6796 | |
| PTX 360 | Email to Ethan S. Lauer from Ronny Barak re Dr. Shani | Barak Ex. 348 2/14/05 | 4/28/2004 | DOTINC 8450 | |
| PTX 361 | Copies of computer screen shots | Barak Ex. 349 2/14/05 | | | |
| PTX 362 | Disc-O-Tech Partner Sales Meeting Information Package | Barak Ex. 350 2/14/05 | 6/1/2004 | | |
| PTX 363 | Document with Power Point Slides and Case Studies | Barak Ex. 351 2/14/05 | | | |
| PTX 364 | Attachment B to the 404 opinion | Eisenhart Ex. 352 3/17/05 | | DOTLTD 14239-14250 | |
| PTX 365 | Exhibit C to the letters- multi-opage document entitled claim construction and infringement | Eisenhart Ex. 353 3/17/05 | | DOTLTD 14251-14271 | |
| PTX 366 | Bone Impactor | Barak Ex. 367 2/15/05 | | | |
| PTX 367 | Bone Impactor | Barak Ex. 368 2/14/05 | | | |
| PTX 368 | Hand-drawn diagram | Barak Ex. 368 2/14/05 | | | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 369 | Trial device | Barak E. 369 2/14/05 | DOTLTD 50016 | | |
| PTX 370 | SKy Bone Expander Syste Instrumentation Set (original) | Barak Ex. 370 2/14/05 | DOTLTD 51001 | | |
| PTX 371 | SKy Bone Expander System Surgical Technique | Barak Ex. 371 2/14/05 | | DOTLTD 15040-15052 | |
| PTX 372 | Color copy of TR 275 "Bone Void Filler Injection" | Barak Ex. 372 2/14/05 | | | |
| PTX 373 | Impactor Kit | Barak Ex. 373 2/14/05 | DOTINC 50013 | | |
| PTX 374 | Bone Biopsy Needle | Barak Ex. 374 2/14/05 | | | |
| PTX 375 | Hi Visco Flow - Cement Delivery Kit | Barak Ex. 375 2/14/05 | DOTINC 50585 | | |
| PTX 376 | Sky Bone Expander System Instrumentation Set (incomplete) | Barak Ex. 376 2/14/05 | DOTINC 5009 | | |
| PTX 377 | Notice of Deposition of Mark Reiley M.D. | Reiley Ex. 1 11/3/04 | 11/1/2004 | | D, R |
| PTX 378 | Invention Disclosure Documents | Reiley Ex. 3 11/3/04 | 10/5/1988 | KY 116725-116739 | |
| PTX 379 | Surgical Protocol for the Osseous Balloon System: Percutaneous Verebral Body Fixation | Reiley Ex. 10 11/3/04 | | | |
| PTX 380 | Document Entitled "The Effect of Internal Augmentation on Vertebral Body Mechanic Properties: A preliminary study | Reiley Ex. 11 11/3/04 | 12/17/1990 | | |
| PTX 381 | Declaration of Dr. Joseph M. Lane | Lane Ex. 1 11/4/04 | 10/8/2004 | | H |
| PTX 382 | Stedman's Medical Dictionary 27th Edition, Illustrated in Color Page 276 | Lane Ex. 2 11/4/04 | 6/21/2004 | | |
| PTX 383 | Medline; Trusted Health Information for You. Medical Dictionary | Lane Ex. 3 11/4/04 | 4/28/2004 | | |
| PTX 384 | Stedman's Medical Dictionary 27th Edition, Illustrated in Color Page 1067 | Lane Ex. 4 11/4/04 | | | |
| PTX 385 | DOT Corporate Deposition Notice | Mott Ex. 500 1/31/05 | 12/17/2004 | | D, R |
| PTX 386 | Competitive Activities Q1-2004 document | Mott Ex. 502 1/31/05 | 3/31/2004 | KY 142117-142123 | |
| PTX 387 | Selected KyphX Product Quick Reference Guide | Mott Ex. 503 1/31/05 | 1/21/2004 | KY 115003-115020 | |
| PTX 388 | Kyphon Marketing collection data sheets | Mott Ex. 504 1/31/05 | | DOTINC 1961-1970 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 389 | Kyphon Sales Training Pre-Study Guide | Mott Ex. 505 1/31/05 | | KY 73052-73117 | |
| PTX 390 | Kyphon marketing material for IBT and KyphoPak | Mott Ex. 506 1/31/05 | | KY 3869-3871 | |
| PTX 391 | Olerud, et al., Transpedicular Fixation of Thoracolumbar Vertebral Fractures | Mott Ex. 509 1/31/05 | | | |
| PTX 392 | (510)k Premarket Notification Submission KyphX IBT | Talmadge (2/1/05) /Mott (1/31/05) Ex. 510 | 04/00/1998 | KY 4433-4627 | |
| PTX 393 | Declaration of Richard Mott ISO Kyphon's Preliminary Injunction | Mott Ex. 511 1/31/05 | | | H |
| PTX 394 | Handwritten document – Risk Areas/Issues | Talmadge Ex. 515 2/1/05 | | KY 22890-22911 | |
| PTX 395 | DOT Depo notice for Kyphon Corporate Witness | Taylor Ex. 516 2/3/05 | 12/17/2004 | | D, R |
| PTX 396 | Kyph Financial Statements Excel spreadsheet 2004-03-22 | Taylor Ex. 517 2/3/05 | 7/1/2004 | KY 236801-236812 | |
| PTX 397 | Kyphon US Price List | Taylor Ex. 518 2/3/05 | 11/1/2005 | KY 386718-386721 | |
| PTX 398 | GM Analysis of DOT Lawsuit 2003 | Taylor Ex. 519 2/3/05 | | KY 386712-386715 | |
| PTX 399 | GM Analysis of DOT Lawsuit 2003-2004 | Taylor Ex. 520 2/3/05 | 2/2/2005 | KY 386716-386717 | |
| PTX 400 | Kyphon Financial Statement February 2004 | Taylor Ex. 521 2//305 | 2/00/04 | KY 34710-34899 | |
| PTX 401 | Replicas of items Reiley presented at the first meeting between Reiley and Scholten | Scholten Ex. 522 2/14/05 | | KY 386722 | |
| PTX 402 | U.S. patent number 6,440, 38 B1, issue date of August 27, 2002, filing date of April 6, 1998, "Structures and methods for creating cavities in interior body regions" | Scholten Ex. 523 2/14/05 | 8/27/2002 | KY 386667-386685 | |
| PTX 403 | photo of the curetting device (top view) | Scholten Ex. 524 2/14/05 | | KY 386729 | |
| PTX 404 | photo of the curetting device (Side view) | Scholten Ex. 524a 2/14/05 | | KY 386726 | |
| PTX 405 | photo of the curetting device (different view) | Scholten Ex. 525 2/14/05 | | KY 386727 | |

DOT Objections as of 5/11/05

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 406 | photo of the curetting device (close up of distal tip) | Scholten Ex. 526 2/14/05 | | KY 386728 | |
| PTX 407 | photo of the curetting device (different view of 526) | Scholten Ex. 527 2/15/05 | | KY 386730 | |
| PTX 408 | picture taken at the morgue at Alta Bates Hospital | Scholten Ex. 528 2/15/05 | 8/00/88 | KY 386734 | |
| PTX 409 | picture of one of the technicians mixing cement | Scholten Ex. 529 2/15/05 | | KY 386735 | |
| PTX 410 | Photo of testing where we have potted the samples and we were testing the behavior of the vertebral bodies that were augmented with cement. | Scholten Ex. 530 2/15/05 | | KY 386736 | |
| PTX 411 | Same as 530 with technician in different position | Scholten Ex. 531 2/15/05 | | KY 386737 | |
| PTX 412 | Same as 530 with technician in different position | Scholten Ex. 532 2/15/05 | | KY 386738 | |
| PTX 413 | Record of Invention | Scholten Ex. 533 2/14/05 | 9/26/1988 | KY 116725-116739 | |
| PTX 414 | TT&C Priv log as relates to 888 and 404 patent applications | Scholten Ex. 534 2/15/05 | | | |
| PTX 415 | Letter from Arie to president of Surgical Dynamics | Scholten Ex. 535 2/15/05 | | KY 386731 | |
| PTX 416 | Unexecuted Confidential Disclosure Agreement between Scholten, Reiley and Norian | Scholten Ex. 536 2/15/05 | | KY 386732-386733 | |
| PTX 417 | 888 patent | Scholten Ex. 537 2/15/05 | 11/13/1990 | | |
| PTX 418 | Letter from Scholten to Caddes of Norian | Scholten Ex. 538 2/15/05 | | KY 19690 | |
| PTX 419 | Expert Witness Report of Michael Marks, M.D., MBA | | 3/8/2005 | | H |
| PTX 420 | SKy Bone Expander demonstration device | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 50010 | |
| PTX 421 | | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 14762-15123 | ? |
| PTX 422 | Sky Bone Expander System, Training Manual | Expert Witness Report of Michael Marks, M.D., MBA | 06/00/2004 | DOTINC 4023-4041 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 423 | Sky Bone Expander System Training Manual | Expert Witness Report of Michael Marks, M.D., MBA | 6/00/04 | DOTINC 1004-1022 | |
| PTX 424 | E-mail to Lubin from Bawar re setting the training program and agenda | Expert Witness Report of Michael Marks, M.D., MBA | 4/23/2004 | DOTINC 6685-6773 | |
| PTX 425 | SKy Bone Expander Instructions for Use (IFU) | Expert Witness Report of Michael Marks, M.D., MBA | 12/00/2003 | DOTINC 686-689 | |
| PTX 426 | SKy Bone Expander Instructions for Use (IFU) | Expert Witness Report of Michael Marks, M.D., MBA | 01/00/2004 | DOTLTD 14096-14101 | |
| PTX 427 | E-mail re Disc-o-tech bone cement | Expert Witness Report of Michael Marks, M.D., MBA | 2/19/2004 | DOTINC 6115-6116 | |
| PTX 428 | SKy Bone Expander Instructions for Use (IFU) | Expert Witness Report of Michael Marks, M.D., MBA | 4/00/2004 | DOTLTD 14102-14104 | |
| PTX 429 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | 4/00/2004 | DOTLTD 123 | |
| PTX 430 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | 05/00/2004 | DOTLTD 14105-14107 | |
| PTX 431 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | 05/00/2004 | DOTLTD 413-416 | |
| PTX 432 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | 6/00/2004 | DOTLTD 14108-14110 | |
| PTX 433 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | 7/00/2004 | DOTLTD 14111-14113 | |
| PTX 434 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | 10/00/2004 | DOTLTD 14114-14116 | |
| PTX 435 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | 11/00/2004 | DOTLTD 14117-14119 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 436 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | 12/00/2004 | DOTLTD 14120-14122 | |
| PTX 437 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 944-946 | |
| PTX 438 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 947-949 | |
| PTX 439 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 950-952 | |
| PTX 440 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 953-956 | |
| PTX 441 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 957-959 | |
| PTX 442 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | 02/00/2004 | DOTLTD 97-99 | |
| PTX 443 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | 12/00/2003 | DOTLTD 407-409 | |
| PTX 444 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | 05/00/2004 | DOTLTD 413-416 | |
| PTX 445 | Scenes from SKy animation | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 14716 | |
| PTX 446 | Pictures of DOT booth; DOT animations re SKy; DOT presentations re SKy; SKy training manual (CD) | Expert Witness Report of Michael Marks, M.D., MBA | 5/00/2004 | DOTINC 50012 | |
| PTX 447 | Pictures of spine demonstratives | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 50014-50017 | |
| PTX 448 | CD entitled Kyphon KyphX Latitude Curette | Expert Witness Report of Michael Marks, M.D., MBA | | RR 1 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 449 | CD entitled Kyphon Mixer (animation of Kyphon Bone Filler Device) | Expert Witness Report of Michael Marks, M.D., MBA | | RR 2 | |
| PTX 450 | DOT presentation on SKy system, including reference to fracture age indications (fresh or non-union), SKy and Kyphon comparison; explanation "SKy expansion compresses bone around void to create confined cavity"; DOT presentations on SKY re U.S. surgeonsm | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 50017 | |
| PTX 451 | SKy animation | Expert Witness Report of Michael Marks, M.D., MBA | 02/00/2004 | WM 102 (DOTINC 87552) | |
| PTX 452 | 510k Premarket Notification re B-Twin Bone Expander System | Expert Witness Report of Michael Marks, M.D., MBA | 7/30/2003 | DOTLTD 1982-2052 | |
| PTX 453 | DOT response to FDA Oct. 1 comments | Expert Witness Report of Michael Marks, M.D., MBA | 10/3/2003 | DOTLTD 2055-2063 | |
| PTX 454 | DOT Response to FDA concerns | Expert Witness Report of Michael Marks, M.D., MBA | 11/13/2003 | DOTLTD 2069-2074 | |
| PTX 455 | FDA submission for 510k premarket notification for SKy | Expert Witness Report of Michael Marks, M.D., MBA | 12/29/2003 | DOTLTD 2081-2137 | |
| PTX 456 | Description of SKy Bone Expander: Kyphoplasty | Expert Witness Report of Michael Marks, M.D., MBA | | TR 1 | |
| PTX 457 | Description of "blocker" | Expert Witness Report of Michael Marks, M.D., MBA | | TR 2 | |
| PTX 458 | Listing of SKy components | Expert Witness Report of Michael Marks, M.D., MBA | | TR 3, 121, 236 | |
| PTX 459 | Discussion of SKy and uses; "How old of a fracture can we fix?-Depends on Edema or on Bone Scan if it shows up as a hot spot." | Expert Witness Report of Michael Marks, M.D., MBA | | TR 4-57; TR 58-59; TR 143-144 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 460 | SKy powerpoints | Expert Witness Report of Michael Marks, M.D., MBA | | TR 80-88; TR 154-170; TR 173-196 | H |
| PTX 461 | SKy brochure | Expert Witness Report of Michael Marks, M.D., MBA | | TR 89-90 | |
| PTX 462 | Discussion of SKy function versus Kyphon's IBT; "SKy Bone should be positioned as a 'second generation' Kyphoplasty device." "Laser cut polymer creates a better void environment that allows the cement to fill in the small gaps, and compact the oteoporotic | Expert Witness Report of Michael Marks, M.D., MBA | | TR 94-107 | |
| PTX 463 | Discussion of SKy system components | Expert Witness Report of Michael Marks, M.D., MBA | | TR 96-99 | |
| PTX 464 | SKy sales pitch | Expert Witness Report of Michael Marks, M.D., MBA | | TR 138-139 | H |
| PTX 465 | Surgical technique | Expert Witness Report of Michael Marks, M.D., MBA | | TR 197-208 | |
| PTX 466 | SKy FAQ | Expert Witness Report of Michael Marks, M.D., MBA | | TR 209-211 | |
| PTX 467 | Cadaver training invitation | Expert Witness Report of Michael Marks, M.D., MBA | | TR 228-229 | |
| PTX 468 | Case reports | Expert Witness Report of Michael Marks, M.D., MBA | | TR 237-244 | |
| PTX 469 | SKy tutorial | Expert Witness Report of Michael Marks, M.D., MBA | | TR 245-277 | |
| PTX 470 | | Expert Witness Report of Michael Marks, M.D., MBA | | CS 1-29; CF 1-86; WM 1-224 | ? |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 471 | Materials sent to sales representatives | Expert Witness Report of Michael Marks, M.D., MBA | 8/6/2004 | WM 53 | |
| PTX 472 | Delivered goods forms | Expert Witness Report of Michael Marks, M.D., MBA | 5/18/2004 | WM 75-77 | |
| PTX 473 | Agent's policy manual | Expert Witness Report of Michael Marks, M.D., MBA | 8/00/04 | WM 117-127 | |
| PTX 474 | Case reports | Expert Witness Report of Michael Marks, M.D., MBA | | WM 128-134 | |
| PTX 475 | SKy brochures | Expert Witness Report of Michael Marks, M.D., MBA | | WM 135-148 | |
| PTX 476 | SKy case studies | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2511-2431 | |
| PTX 477 | Report on first 20 cases using SKy | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2532-2534 | |
| PTX 478 | Report on first 20 cases using SKy | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2545 | |
| PTX 479 | Letter | Expert Witness Report of Michael Marks, M.D., MBA | 4/25/2004 | DOTINC 2536-2537 | ? |
| PTX 480 | The Sky Bone Expander vertebroplasty: a case report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 3298 | |
| PTX 481 | Sky Bone Expander System Initial Clinial Review | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 3979-3997 | |
| PTX 482 | Percutaneous Kyphoplasty with Sky Bone Expander | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 3998-4011 | |
| PTX 483 | Preliminary experiment | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 7095-7096 | ? |
| PTX 484 | Sky Bone Expander case report: Kyphoplasty | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 7097 | |
| PTX 485 | SKy "Clinical Cases" | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 15216-15219 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 486 | | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 15320-15348 | ? |
| PTX 487 | "Clinical Case #4 – SKy v. Kyphon" x-rays from Cohen; | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 15304 | |
| PTX 488 | | Expert Witness Report of Michael Marks, M.D., MBA | 4/25/2004 | DOTINC 50012 | ? |
| PTX 489 | Study Protocol | Expert Witness Report of Michael Marks, M.D., MBA | 5/24/2004 | DOTINC 3901-3903 | |
| PTX 490 | Study Protocol | Expert Witness Report of Michael Marks, M.D., MBA | 5/24/2004 | DOTINC 3906 | |
| PTX 491 | Study Protocol (Sky compared to Kyphon IBT) | Expert Witness Report of Michael Marks, M.D., MBA | 01/00/2004 | DOTINC 5218-5227 | |
| PTX 492 | Study Protocol referring to Kyphoplasty | Expert Witness Report of Michael Marks, M.D., MBA | 12/00/2003 | DOTINC 5228-5237 | |
| PTX 493 | Study Prototcol | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 573-587 | |
| PTX 494 | Study Prototcol | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 1890-1904 | |
| PTX 495 | Study Prototcol | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 768-777 | |
| PTX 496 | Study Prototcol | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 794-803 | |
| PTX 497 | Sky Analysis | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 588-618 | |
| PTX 498 | Sky Analysis | Expert Witness Report of Michael Marks, M.D., MBA | 6/8/2003 | DOTLTD 1905-1933 | |
| PTX 499 | Sky Analysis | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 778-793 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 500 | Sky Analysis | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 804-820 | |
| PTX 501 | Sky Analysis | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 14516-14542 | |
| PTX 502 | Sky Analysis | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 14543-14573 | |
| PTX 503 | "Design Risk Analysis – vertebroplasty" | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 14574-14605 | |
| PTX 504 | "B-Twin Expandable Spinal System (Kyphoplasty / Vertebroplasty) Type II" | Expert Witness Report of Michael Marks, M.D., MBA | 3/8/2003 | DOTLTD 14635-14646 | |
| PTX 505 | "B-Twin Expandable Spinal System" August 2003 | Expert Witness Report of Michael Marks, M.D., MBA | 08/00/2003 | DOTLTD 14647-14662 | |
| PTX 506 | Sky Analysis | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 4338-467 | |
| PTX 507 | Sky Analysis | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 533-547 | |
| PTX 508 | Portion of DOT website | Expert Witness Report of Michael Marks, M.D., MBA | 6/27/094 | DOTINC 7339-7345 | |
| PTX 509 | Portion of DOT website | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 14747 | |
| PTX 510 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | MM 1-76 | |
| PTX 511 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 320-330 | |
| PTX 512 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 332-352 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 513 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 355-356 | |
| PTX 514 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 358-361 | |
| PTX 515 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 372-373 | |
| PTX 516 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 375-380 | |
| PTX 517 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 404-405 | |
| PTX 518 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 407-412 | |
| PTX 519 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 415-418 | |
| PTX 520 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 420-467 | |
| PTX 521 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 540-541 | |
| PTX 522 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 629 | |
| PTX 523 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 715-717 | |
| PTX 524 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2813 | |
| PTX 525 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2815 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 526 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2830-2831 | |
| PTX 527 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2844-2847 | |
| PTX 528 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2880-2881 | |
| PTX 529 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2886-2889 | |
| PTX 530 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2905-2912 | |
| PTX 531 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2925-2927 | |
| PTX 532 | Majd operative report | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2945 | |
| PTX 533 | DOT delivered goods form and invoice | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 2950 | |
| PTX 534 | Description of delivered goods forms | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 1423 | |
| PTX 535 | Description of delivered goods forms | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 3853-3854 | |
| PTX 536 | Surgical Notes | Expert Witness Report of Michael Marks, M.D., MBA | 8/00/2004 | DOTLTD 6173-6175 | |
| PTX 537 | Surgical Notes | Expert Witness Report of Michael Marks, M.D., MBA | 4/5/2004 | DOTLTD 15147-14150 | |
| PTX 538 | Surgical Technique Manual | Expert Witness Report of Michael Marks, M.D., MBA | 6/1/2004 | DOTINC 988-1022 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 539 | Surgical Technique Manual | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 1399-1409 | |
| PTX 540 | Surgical Technique Manual | Expert Witness Report of Michael Marks, M.D., MBA | 03/00/2004 | DOTINC 1392-1397 | |
| PTX 541 | Surgical Technique Manual | Expert Witness Report of Michael Marks, M.D., MBA | 5/23/2004 | DOTLTD 1560-1574 | |
| PTX 542 | Surgical Technique Manual | Expert Witness Report of Michael Marks, M.D., MBA | 5/00/2004 | DOTLTD 14707-14713 | |
| PTX 543 | Surgical Technique Manual | Expert Witness Report of Michael Marks, M.D., MBA | 5/00/2004 | DOTLTD 15359-15373 | |
| PTX 544 | Surgical Technique Manual (SKy technique compared to Kyphon kyphoplasty | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 5287-5239 | |
| PTX 545 | Surgical Technique Manual (SKy technique compared to Kyphon kyphoplasty | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 4691-4719 | |
| PTX 546 | Surgical Technique Manual (SKy technique compared to Kyphon kyphoplasty | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 15328-15353 | |
| PTX 547 | Surgical Technique Manual (refers to Kyphoplasty; SKy compared to Kyphon) | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 15151-15191 | |
| PTX 548 | Guidelines and tips and related material | Expert Witness Report of Michael Marks, M.D., MBA | 5/7/2004 | DOTINC 3629-3650 | |
| PTX 549 | Guidelines and tips and related material | Expert Witness Report of Michael Marks, M.D., MBA | 4/24/2004 | DOTINC 5734-5735 | |
| PTX 550 | Guidelines and tips and related material | Expert Witness Report of Michael Marks, M.D., MBA | 4/21/2004 | DOTINC 6657-6658 | |
| PTX 551 | Guidelines and tips and related material | Expert Witness Report of Michael Marks, M.D., MBA | 4/28/2004 | DOTINC 8455-8456 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 552 | Guidelines and tips and related material | Expert Witness Report of Michael Marks, M.D., MBA | 4/22/2004 | DOTINC 6668-6669 | |
| PTX 553 | Guidelines and tips and related material | Expert Witness Report of Michael Marks, M.D., MBA | 4/25/2004 | DOTINC 8423-8424 | |
| PTX 554 | Guidelines and tips and related material | Expert Witness Report of Michael Marks, M.D., MBA | 4/24/2004 | DOTINC 8407-8408 | |
| PTX 555 | Guidelines and tips and related material (video script) | Expert Witness Report of Michael Marks, M.D., MBA | 5/20/2004 | DOTLTD 15192-15196 | |
| PTX 556 | SKy product description | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 5256-5259 | |
| PTX 557 | SKy product description | Expert Witness Report of Michael Marks, M.D., MBA | 12/28/2003 | DOTINC 5260 | |
| PTX 558 | SKy product description | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 9922 | |
| PTX 559 | SKy product description | Expert Witness Report of Michael Marks, M.D., MBA | 6/3/2004 | DOTINC 5266-5267 | |
| PTX 560 | SKy product description | Expert Witness Report of Michael Marks, M.D., MBA | 12/15/2003 | DOTINC 5270-5271 | |
| PTX 561 | SKy product description | Expert Witness Report of Michael Marks, M.D., MBA | 12/15/2003 | DOTLTD 14752-14753 | |
| PTX 562 | SKy product description | Expert Witness Report of Michael Marks, M.D., MBA | 12/30/2003 | DOTLTD 6470-6476 | |
| PTX 563 | SKy FAQs | Expert Witness Report of Michael Marks, M.D., MBA | 1/00/04 | DOTINC 4891-4893 | |
| PTX 564 | SKy FAQs | Expert Witness Report of Michael Marks, M.D., MBA | 1/00/04 | DOTINC 274-276 | |
| PTX 565 | SKy FAQs | Expert Witness Report of Michael Marks, M.D., MBA | 2/00/04 | DOTLTD 15677-15679 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 566 | SKy FAQs | Expert Witness Report of Michael Marks, M.D., MBA | 5/17/2004 | DOTINC 3715-3716 | |
| PTX 567 | Price Lists | Expert Witness Report of Michael Marks, M.D., MBA | 3/00/04 | DOTINC 727-728 | |
| PTX 568 | Price Lists | Expert Witness Report of Michael Marks, M.D., MBA | 3/22/2004 | DOTINC 1861 | |
| PTX 569 | Ads and Brochures | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 4015-4016 | |
| PTX 570 | Ads and Brochures | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 1388-1389 | |
| PTX 571 | Ads and Brochures | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 1575-1576 | |
| PTX 572 | Ads and Brochures | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 14714-14715 | |
| PTX 573 | Ads and Brochures | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 15124 | |
| PTX 574 | SKy packaging and consignment information | Expert Witness Report of Michael Marks, M.D., MBA | 2/23/2004 | DOTINC 6101-6104 | |
| PTX 575 | SKy packaging and consignment information | Expert Witness Report of Michael Marks, M.D., MBA | 5/14/2004 | DOTINC 509 | |
| PTX 576 | SKy packaging and consignment information | Expert Witness Report of Michael Marks, M.D., MBA | 5/12/2004 | DOTINC 118 | |
| PTX 577 | SKy packaging and consignment information | Expert Witness Report of Michael Marks, M.D., MBA | 1/13/2004 | DOTINC 471-473 | |
| PTX 578 | Competitive Comparison (SKy compared to KyphX Expander) | Expert Witness Report of Michael Marks, M.D., MBA | 4/28/2004 | DOTINC 4792-4798 | |
| PTX 579 | SKy selling points | Expert Witness Report of Michael Marks, M.D., MBA | 6/3/2004 | DOTINC 5268-5269 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 580 | SKy selling points | Expert Witness Report of Michael Marks, M.D., MBA | 2/24/2004 | DOTLTD 14750-14751 | |
| PTX 581 | Conformity assessment | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 1532-1539 | |
| PTX 582 | Conformity assessment | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 417-419 | |
| PTX 583 | Requirements and evaluation | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 648-665 | |
| PTX 584 | Product specifications | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 755-767 | |
| PTX 585 | "SKy System, Manufacturing Flow Chart" | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 702-723 | |
| PTX 586 | "Clinical Evaluation-Vertebroplasty" | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 1861-1881 | |
| PTX 587 | | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 1532-1559 | ? |
| PTX 588 | | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 438-476 | ? |
| PTX 589 | | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 500-532 | ? |
| PTX 590 | | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 548-559 | ? |
| PTX 591 | | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 560-572 | ? |
| PTX 592 | Expandable Tube in Vitro Study Plan - Stage 1 | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 768-777 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 593 | In Vitro Study Plan-B-Twin BE | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 1890-1904 | |
| PTX 594 | Expandable Tube in Vitro Study Plan - Stage 2 | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 794-803 | |
| PTX 595 | Tecoflex Expandable Tube In Vitro Study Results-Stage 1 | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 778-793 | |
| PTX 596 | Tecoflex Expandable Tube In Vitro Study Results-Stage 2 | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 804-820 | |
| PTX 597 | Accessories Requirements and Evaluation | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 648-665 | |
| PTX 598 | Tecoflex Tube-Product Specifications | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 755-756 | |
| PTX 599 | | Expert Witness Report of Michael Marks, M.D., MBA | | DOTLTD 866-877 | ? |
| PTX 600 | ITC Complaint exhibits (to be listed out) | Expert Witness Report of Michael Marks, M.D., MBA | | | ? |
| PTX 601 | Web pages from www.kyphon.com | ITC Complaint Public Exhibit 20 | | | |
| PTX 602 | web pages from www.disc-o-tech.com | ITC Complaint Public Exhibit 22 | | | |
| PTX 603 | Declaration of Keith Harvey, D.O. | ITC Complaint Public Exhibit 24 | 3/16/2004 | | |
| PTX 604 | Declaration of Dan M. Jolivette, M.D. | ITC Complaint Public Exhibit 25 | 2/12/2004 | | |
| PTX 605 | Disco-O-Tech's SKy Bone Expander System 510K Summary | ITC Complaint Public Exhibit 26 | 1/28/2004 | | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 606 | SKY Bone Expander Case Report: Kyphoplasty (Distributed at American Academy of Orthopaedic Surgeons Meeting March 10-14, 2004) | ITC Complaint Public Exhibit 27 | | | |
| PTX 607 | SURGICAL TECHNIQUE: The SKy Bone Expander System brochure | ITC Complaint Public Exhibit 29 | 03/00/04 | | |
| PTX 608 | Medical Journal Articles on Kyphoplasty and KyphX Xpander Inflatable Bone Tamp | ITC Complaint Public Exhibit 30 | | | |
| PTX 609 | White Paper "The Mechanics of Balloons Moving Bone" | ITC Complaint Public Exhibit 31 | | | |
| PTX 610 | Declaration of Richard W. Mott | ITC Complaint Public Exhibit 32 | 3/31/2004 | | H |
| PTX 611 | SKy Bone Expander Training Manual | Expert Witness Report of Michael Marks, M.D., MBA | | DOTINC 9450-9526 | |
| PTX 612 | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | date | | H |
| PTX 613 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 3724-3766 | ? |
| PTX 614 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 238 | ? |
| PTX 615 | Email from Tamir Kazaz to Howard Rosenthal | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 6131-6132 | |