Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 616 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15253 | ? |
| PTX 617 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15462 | ? |
| PTX 618 | Instructions for Use | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 14097 | |
| PTX 619 | Investigational Study Protocol for the SKy | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 5228-5237 | |
| PTX 620 | Bay Fusion Inc Business Plan for Dsic-O-Tech | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | 3/19/2004 | DOTINC 1708-1710 | |
| PTX 621 | E-mail from Tamir Kazaz to Elad | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 1424 | |
| PTX 622 | E-mail | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 3920 | ? |
| PTX 623 | Checklist of info to be sent to distributors and doctors | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15249 | |
| PTX 624 | E-mail from Mr. Elkayam to Tamir Kazaz and Ronny Barak cc'ing Magal | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 6633 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 625 | 510 (k) Premarket Notification re B-Twin Bone Expander System | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | 7/30/2003 | DOTINC 1301-1302 | |
| PTX 626 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 50013 | ? |
| PTX 627 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTINC 50018 | ? |
| PTX 628 | SKy-Kyphoplasty ad | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 14717-14718 | |
| PTX 629 | | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15355-15358 | ? |
| PTX 630 | Brochure re Sky Bone Expander System for Kyphoplasty | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15666-15667 | |
| PTX 631 | DOT presentation for Partner Sales Meeting in Portugal | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15135-15146 | |
| PTX 632 | Label for Expander System, including Bone Filler Introducer | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 100-101 | |
| PTX 633 | "Comparing SKy and Balloon Kyphoplasty", including SKy Surgical Notes, FAQs and case reports | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 14722-14972 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 634 | SKy Bone Expander Imaging & Anatomy Tutorial | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 14973-15007 | |
| PTX 635 | SKy Bone Expander System Clinical Cases | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15011-15029 | |
| PTX 636 | Presentation re DOT products in Bologna, Italy | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15517-15661 | |
| PTX 637 | Gepstein SKy presentation | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15680-15707 | |
| PTX 638 | Multipls SKy presentations | Supplemental Expert Witness Report of Michael Marks, M.D., MBA re Infringement Issues | | DOTLTD 15709-15834 | |
| PTX 639 | Rebuttal Expert Witness Report of Michael Marks, M.D. | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | H |
| PTX 640 | J. Neurosurg. Spine. 2002 Jan; 96(1):56-61 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 641 | Ann. Fr. Anesth. Reanim. 2004 Aug; 23(8):827-30 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 642 | Rofo. 2003 Apr; 175(4):565-6 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 643 | Orthopade. 2004 Aug; 33(8):893-904 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 644 | Spine. 2003; 28(14):1540-1548 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 645 | Spine 2003 Nov. 15; 28(22):E457-60 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 646 | Spine. 2001 Jul 1; 26(13):E300-2 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 647 | AJNR Am. J. Neuroradial. 1999 Mar; 20(3):375-7 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 648 | Spine. 2002 Oct 1: 27(19):E419-22 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 649 | Unfallchirug. 2004 Sep; 107(9):807-11 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 650 | Anesth. Analg. 2004 Apr; 98(4):1184-6 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 651 | Orthopade. 2004 Jan; 33(1):40-7 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 652 | Lieberman and Reinhardt, Vertebroplasty and Kyphoplasty for Osteolytic Vertebral Collapse | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 653 | Phillips, Frank J., An In Vivo Comparison of the Potential for Extravertebral Cement Leak After Vetbroplasty and Kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 654 | J. Miner Stoffwechs 2004:11 (Suppl 1): 13-15 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | |
| PTX 655 | x-rays | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 386722-386723 | H, A |
| PTX 656 | Email from Ronny Barak to MB and others re: reporting a technical problem during a SKy procedure | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 8305-8306 | |
| PTX 657 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 8352 | ? |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 658 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 6120-6122 | ? |
| PTX 659 | Email from Ariel Weinstein to KM re: Dr. Mitchell's botched Sky surgery | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 7411 | |
| PTX 660 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 7663 | ? |
| PTX 661 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 7671 | ? |
| PTX 662 | Problems with Fulp surgery in February 2004 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 10989 | |
| PTX 663 | Issues re surgeries with Fulp, Rosenthal, and Lane | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 10903 | |
| PTX 664 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 50199-50204 | ? |
| PTX 665 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 386744-386759 | ? |
| PTX 666 | | Rebuttal Expert Witness Report of Michael Marks, | | DOTINC 2473-2479 | ? |
| PTX 667 | Article on Baptist Health Care web site, "Balloon procedure restores fractured vertebrae" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 2730-2731 | |
| PTX 668 | Article on Marshfield Clinic web site, "New treatment helps spinal fractures from osteoporosis" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 08/00/01 | DOTINC 2734-2737 | |
| PTX 669 | Article on University of Washington, Department of Orthopaedics and Sports Medicine web site, "Kyphoplasty - A minimally invasive approach to the treatment of vertebral compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTINC 2738-2741 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 670 | Fourney et al., "Percutaneous vertebroplasty and kyphoplasty for painful vertebral body fractures in cancer patients" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 01/00/03 | DOTINC 4396-4405 | |
| PTX 671 | Rao & Singrakhia, "Painful osteoporotic vertebral fracture, pathogenesis, evaluation, and roles of vertebroplasty and kyphoplasty in its management" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2003 | DOTINC 4406-4418 | |
| PTX 672 | Orthopedics Today article re kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1/00/01 | KY 22533-22534 | |
| PTX 673 | Chrischilles et al., "Costs and Health Effects of Osteoporotic Fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1994 | KY 23448-23457 | |
| PTX 674 | The BackLetter article, "Serious complication for new osteoporosis medication" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1996 | KY 23518 | |
| PTX 675 | Riggs & Melton, "The worldwide problem of osteoporosis: Insights afforded by epidemiology" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 11/00/1995 | KY 23561-23567 | |
| PTX 676 | Wong et al., "Vertebroplasty/Kyphoplasty" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2000 | KY 23678-23685 | |
| PTX 677 | Abstract by Lieberman et al. at 15th NASS annual meeting: "Initial clinical outcome with kyphoplasty for osteoporotic vertebral compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 23686 | |
| PTX 678 | Abstract by Garfin et al., "Early outcomes with kyphoplasty treatment for painful osteoporotic compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 23688-23689 | |
| PTX 679 | Diamond et al., "Management of acute osteoporotic vertebral fractures: A nonrandomized trial comparing percutaneous vertebroplasty with conservative therapy" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2/00/2003 | KY 23980-23988 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 680 | Dudeney et al., "Kyphoplasty in the treatment of osteolytic vertebral compression fractures as a result of multiple myeloma" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 5/00/2002 | KY 23989-23994 | |
| PTX 681 | Fourney et al., "Percutaneous vertebroplasty and kyphoplasty for painful vertebral body fractures in cancer patients" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1/00/2003 | KY 23995-24004 | |
| PTX 682 | Garfin et al., "New technologies in spine -- Kyphoplasty and vertebroplasty for the treatment of painful osteoporotic compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 7/00/2001 | KY 24005-24009 | |
| PTX 683 | Abstract by Garfin at NASS annual meeting (Oct. 31 - Nov. 3, 2001): "A retrospective review of early outcomes of balloon kyphoplasty." | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 24010 | |
| PTX 684 | Hardouin et al., "Kyphoplasty" | Rebuttal Expert Witness Report of Michael Marks, | 2002 | KY 24014-24019 | |
| PTX 685 | Lane et al., "Minimally invasive options for the treatment of osteoporotic vertebral compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 04/00/2002 | KY 24023-24030 | |
| PTX 686 | Phillips et al., "An in vivo comparison of the potential for extravertebral cement leak after vertebroplasty and kyphoplasty" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2002 | KY 24045-24051 | |
| PTX 687 | Abstract by Phillips et al. at NASS annual meeting (Oct 29 - Nov. 2, 2002): "Balloon kyphoplasty for the treatment of painful spinal deformity resulting from osteoporotic vertebral compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 24052 | |
| PTX 688 | Truumees, "Comparing kyphoplasty and vertebroplasty" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2002 | KY 24064-24073 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 689 | Truumees, "The roles of vertebroplasty and kyphoplasty as parts of a treatment strategy for osteoporotic vertebral compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2002 | KY 24074-24080 | |
| PTX 690 | Gehlback et al., "Hospital care of osteoporosis-related vertebral fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2003 | KY24092-24099 | |
| PTX 691 | Kado et al., "Vertebral fractures and mortality in older women" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 6/14/1999 | KY 24100-24105 | |
| PTX 692 | Coumans et al., "Kyphoplasty for vertebral compression fractures: 1-year clinical outcomes from a prospective study" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 07/00/2003 | KY 24223-24229 | |
| PTX 693 | Chicago Tribune article re bone cement and vertebroplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | 7/25/2002 | KY 24230-24231 | |
| PTX 694 | Presentation by Dr. Lieberman, "'Vertebroplasty' & 'Kyphoplasty': The role in metastatic disease of the spine" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 74967-75016 | |
| PTX 695 | Kyphon internal document, with citations to sources | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 114715-KY114717 | ? |
| PTX 696 | Kyphon presentations, with citations to sources (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 126486 | ? |
| PTX 697 | Income statement and balance sheet, as of 12/31/2000 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 133417-133430 | |
| PTX 698 | Income statements, balance sheets, and sales activity analysis, Jan. 2001 - June 2002 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 133663-133688 | |
| PTX 699 | New products US sales, Feb. - Dec. 12, 2003 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 139801-139805 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 700 | Physician focus group meeting conducted by a marketing research group (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 152400 | H, R, P |
| PTX 701 | Balloon kyphoplasty B-roll video (with praises from physician and patient) (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 152401 | H, R, P |
| PTX 702 | SICOT XXII World Congress (8/2002) presentation by physician, re surgical management of osteoporosis in spine (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 152405 | |
| PTX 703 | Kyphoplasty review 2002 (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 152406 | ? |
| PTX 704 | Sales trend, Jan. 2002 - March, 2004 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 153220-153224 | |
| PTX 705 | ThinkEquity report, "KYPH: Ballooning spinal opportunity: Initiating with overweight rating" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 6/20/2003 | KY 155549-155559 | |
| PTX 706 | ThinkEquity report, "KYPH: Expect NASS meeting to be a positive effect for Kyphon," (attaching abstracts of presentations, posters, and discussions at 18th NASS annual meeting (Oct. 21 - 25, 2003)) | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/15/2003 | KY 155597-155600 | |
| PTX 707 | ThinkEquity report, "KYPH: Expect NASS meeting to be a positive effect for Kyphon," 10/15/2003 (attaching abstracts of presentations, posters, and discussions at 18th NASS annual meeting (Oct. 21 - 25, 2003)) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 155597-1555611 | |
| PTX 708 | ThinkEquity report, "KYPH: NASS highlights solid business trends, plus some issues to watch" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/28/2003 | KY 155612-155617 | |

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 709 | ThinkEquity report, "KYPH: Momentum continues, as Kyphon beats estimates again in Q3" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/30/2003 | KY 155624-155628 | |
| PTX 710 | Projected income statements | Rebuttal Expert Witness Report of Michael Marks, M.D. | 9/9/2000 | KY 158424-158432 | |
| PTX 711 | SEC filing (S-1 -- filed 3/4/2002)) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 159495-159592 | |
| PTX 712 | VMS news mornitoring report (local and national TV network) re Kyphon, 4/25 - 5/2/2003 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 159754-159760 | H, R, P |
| PTX 713 | VMS news mornitoring report (local and national TV network) re Kyphon, 4/17 - 4/18/2002 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 159761-159782 | H, R, P |
| PTX 714 | WR Hambrecht + Co report (commenting on DOT's competitive launch of SBE) | Rebuttal Expert Witness Report of Michael Marks, M.D. | 3/26/2004 | KY 161832-161838 | |
| PTX 715 | WR Hambrecht + Co report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 4/5/2004 | KY 161839-161844 | |
| PTX 716 | Bear Stearns equity research report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/30/2002 | KY 162723-162726 | |
| PTX 717 | Banc of America Securities equity research report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/29/2002 | KY 162727-162731 | |
| PTX 718 | Banc of America Securities equity research report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 11/1/2002 | KY 162732-162737 | |
| PTX 719 | Bear Stearns equity research report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 6/11/2002 | KY 162741-162771 | |
| PTX 720 | Banc of America Securities equity research report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 6/12/2002 | KY 162772-162788 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 721 | Piper Jaffray report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 6/12/2002 | KY 162789-162795 | |
| PTX 722 | Piper Jaffray report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/30/2002 | KY 162796-162801 | |
| PTX 723 | Piper Jaffray report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 11/1/2002 | KY 162802-162806 | |
| PTX 724 | WR Hambrecht + Co report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/30/2002 | KY 162828-162832 | |
| PTX 725 | WR Hambrecht + Co report | Rebuttal Expert Witness Report of Michael Marks, M.D. | 11/12/2002 | KY 162833-162836 | |
| PTX 726 | Articles in German (?), appear to relate to vertebroplasty and/or kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 163492-163544 | ? |
| PTX 727 | Article by Catherine Hughes: "Kyphoplasty, new minimally invasive treatment for compressed vertebral fractures breakthrough for a common complication of osteoporosis" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 163545 | |
| PTX 728 | Article on Fauquier Hospital's web page, "Vertebroplassty and kyphoplasty: advanced back surgical procedures at Fauquier Hospital" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 163565-163566 | |
| PTX 729 | Fourney & Gokaslan, "Thoracolumbar spine: surgical treatment of metastatic disease" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2003 | KY 163570-163578 | |
| PTX 730 | Gold et al., "Unexpected consequences of osteoporosis" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1996 | KY 163634-163640 | |
| PTX 731 | Heini & Orler, "Kyphoplasty for treatment of osteoporotic vertebral fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2004 | KY 163653-163670 | |

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 732 | Kyphon internal document (Balloon kyphoplasty fact sheet), with citations to sources | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 165005-165006 | |
| PTX 733 | Kyphon internal document (offering presentation), with citations to sources | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 165764-165813 | ? |
| PTX 734 | Kyphon financial statements, December 31, 1998, 1999, 2000 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 166114-166190 | |
| PTX 735 | Powerpoint presentation by Dr. Garfin, "Kyphoplasty for pathological vertebral body compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 166313-166325 | |
| PTX 736 | ThinkEquity Medical Devices ThinkPiece, "Medical devices 2004 - what to expect in orthopedics and ophthalmolody" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1/19/2004 | KY 177548-177574 | |
| PTX 737 | ThinkEquty report, "KYPH: Reiterate overweight following two important milestones" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 4/25/2004 | KY 177602-177611 | |
| PTX 738 | Rauschmann et al., "Complications of vertebroplasty" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2004 | KY 177942-177950 | |
| PTX 739 | Kyphon internal document (patients with fractures due to trauma treatable by the IBT and a biomaterial) with citations to sources | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 178227-178228 | |
| PTX 740 | Web article by Isador Lieberman re kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 228257-228260 | H, R, P |
| PTX 741 | Article by Garfin, Reiley, Talmadge et al. re vertebroplasty and kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 228417-228424 | |
| PTX 742 | Cook et al., "Quality of life issues in women with vertebral fractures due to osteoporosis" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 06/00/1993 | KY 229789-229795 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 743 | Letter from Bob Scribner's father | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 229840-229841 | ?, R |
| PTX 744 | Kyphon internal document with citations to sources, Spring 2000 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 230102-230106 | ? |
| PTX 745 | Spinal market update from Merrill Lynch | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/27/1999 | KY 230107-230108 | |
| PTX 746 | Orthopedics Today article re kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | 11/00/99 | KY 230109-230110 | H, R, P |
| PTX 747 | Letter from investment analyst to Mott re Kyphon | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1/18/2000 | KY 230111 | H |
| PTX 748 | Chicago Tribune article re kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | 9/25/1999 | KY 230112-230113 | H, R, P |
| PTX 749 | Start-Up article re Kyphon | Rebuttal Expert Witness Report of Michael Marks, M.D. | July/Aug 1988 | KY 230114-230115 | ? |
| PTX 750 | Needham article re kyphoplasty | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 230116-230117 | |
| PTX 751 | Presentation by Dr. Garfin et al. at NASS, 10/31/98 | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 230118-230122 | |
| PTX 752 | Venture Capital & Health Care news article | Rebuttal Expert Witness Report of Michael Marks, M.D. | 02/00/03 | KY 230123 | |
| PTX 753 | SEC filings (10K -- filed 3/28/03, 3/10/04; 10Q -- filed 8/14/02, 11/13/02, 5/13/03, 8/14/03, 11/14/03, 5/7/04; 424B2 -- 5/17/02) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 230342-230862 | Multiple |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 754 | Crandall et al., "Acute versus chronic vertebral compression fractures treated with kyphoplasty: early results" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2004 | KY 230878-230884 | |
| PTX 755 | Spine article, "Kyphoplasty technique uses bone balloon to correct fracture-related spinal kyphosis" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 11/00/1991 | KY 261446-261448 | |
| PTX 756 | Lieberman & Reinhardt, "Vertebroplasty and kyphoplasty for osteolytic vertebral collapse" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/00/2003 | KY 267065-267075 | |
| PTX 757 | Ledlie & Renfro, "Kyphoplasty decreases the number and severity of morphometrically defined prevalent vertebral deformities" (manuscript) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 268904-268928 | |
| PTX 758 | "Surgical Intervetions for Vertebral Compression Fractures:An Update on Procedures and Outcomes" Mark E. Myers, M.D. | Rebuttal Expert Witness Report of Michael Marks, M.D (Expt. Rpts. Of Napper and Meyer) | | KY 268929-268958 | |
| PTX 759 | Channel 12 Connecticut evening news re Dr. Marks' kyphoplasty surgery, 07/01 (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 375745 | H, R, P |
| PTX 760 | Forbes article, "The Inflatable Spine" [same as KY 285304] | Rebuttal Expert Witness Report of Michael Marks, M.D. | | KY 377458 | H, R, P |
| PTX 761 | Haaretz article re DOT's B-Twin product getting an award | Rebuttal Expert Witness Report of Michael Marks, | | KY 386739-386740 | |
| PTX 762 | Fool.com article, "Kyphon develop backbone" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2/8/2005 | KY386741-386742 | H |
| PTX 763 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1166-1175 | ? |
| PTX 764 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1176-1181 | ? |
| PTX 765 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1188-1195 | ? |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 766 | | Rebuttal Expert Witness Report of Michael Marks, | | DOTLTD 960-967 | ? |
| PTX 767 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1035-1039 | ? |
| PTX 768 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1051-1060 | ? |
| PTX 769 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1061 | ? |
| PTX 770 | | Rebuttal Expert Witness Report of Michael Marks, M.D. | | DOTLTD 1088-1096 | ? |
| PTX 771 | Lieberman et al., "Initial outcome and efficacy of 'kyphoplasty' in the treatment of painful osteoporotic vertebral compression fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 7/00/2001 | KY 24031-24037 | |
| PTX 772 | Ledlie & Renfro, "Balloon kyphoplasty: one-year outcomes in vertebral body height restoration, chronic pain, and activity levels" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1/00/2003 | KY 24038-24044 | |
| PTX 773 | Phillips et al., "An in vivo comparison of the potential for extravertebral cement leak after vertebroplasty and kyphoplasty" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2002 | KY 24045-24051 | |
| PTX 774 | www.kyphon.com | Rebuttal Expert Witness Report of Michael Marks, M.D. | | | ? |
| PTX 775 | U.S. Patent 5,919,196 | Expert Report of Dr. David Mitchell Regarding Invalidity of U.S. Patent Nos. 6,241,734 (B1) and 6,613,054 (B2) | | | |
| PTX 776 | U.S. Patent 6,017,348 | Expert Report of Dr. David Mitchell Regarding Invalidity of U.S. Patent Nos. 6,241,734 (B1) and 6,613,054 (B2) | | | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 777 | Rebuttal Expert Report of Dr. David Mitchell Regarding Invalidity of U.S. Patent Nos. 5,108,404, 4,969,888 and 6,235,043 (B1) | Rebuttal Expert Report of Dr. David Mitchell Regarding Invalidity of U.S. Patent Nos. 5,108,404, 4,969,888 and 6,235,043 (B1) | 3/23/2005 | | H |
| PTX 778 | Rebuttal Expert Report of Dr. David Mitchell Regarding Invalidity of U.S. Patent Nos. 6,241,734 (B1) and 6,613,054 (B2) | Rebuttal Expert Report of Dr. David Mitchell Regarding Invalidity of U.S. Patent Nos. 6,241,734 (B1) and 6,613,054 (B2) | 3/30/2005 | | H |
| PTX 779 | Expert report of Brian W. Napper | Expert report of Brian W. Napper | | | H |
| PTX 780 | Business plan year 2004; The SKy Bone Expander Device | Expert report of Brian W. Napper (Meyer) | 3/10/2005 | DOTINC 6273-6287 | |
| PTX 781 | | Expert report of Brian W. Napper | | KY 177482-177489 | ? |
| PTX 782 | Kyphon 2003 10-K | Expert report of Brian W. Napper (ITC Complaint Public Ex. 21) | | KY 230411-230491 | |
| PTX 783 | | Expert report of Brian W. Napper | | DOTINC 7779 | ? |
| PTX 784 | www.disc-o-tech.com | Expert report of Brian W. Napper | | | ? |
| PTX 785 | | Expert report of Brian W. Napper | | DOTLTD 1982 | ? |
| PTX 786 | Kyphon 2002 10-K | Expert report of Brian W. Napper | | KY 230370 | |
| PTX 787 | Press release "Kyphon Reports Fourth Quarter and Full Year 2004 Results" | Expert report of Brian W. Napper (Exhibit 3) | 2/7/2004 | | |
| PTX 788 | Press release "Kyphon to Showcase Contiued Balloon Kyphoplasty Product Innovation at CNS Annual Meeting; 100,000 Spinal Fractures Have Now Been Treated Using Balloon Kyphoplasty" | Expert report of Brian W. Napper (Exhibit 4) | 10/18/2004 | | |
| PTX 789 | WR Hambrecht & Co., Research Report | Expert report of Brian W. Napper (Exhibit 5) | 10/27/2004 | | |
| PTX 790 | Kyphon 2004 10-K | Expert report of Brian W. Napper | | | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 791 | Kyphon 1994 10-K | Expert report of Brian W. Napper | | | |
| PTX 792 | Piper Jaffray Analyst Report | Expert report of Brian W. Napper (Exhibit 1) (Meyer) | 8/10/2004 | | |
| PTX 793 | ThinkEquity Partners Industry Update | Expert report of Brian W. Napper | | KY 139080-139081 | |
| PTX 794 | | Expert report of Brian W. Napper (Exhibit 6) (Meyer) | 11/4/2004 | | ? |
| PTX 795 | | Expert report of Brian W. Napper | | DOTLTD 5539-5544 | ? |
| PTX 796 | | Expert report of Brian W. Napper | | DOTINC 9593-9639 | ? |
| PTX 797 | | Expert report of Brian W. Napper | | DOTLTD 6414 | ? |
| PTX 798 | | Expert report of Brian W. Napper | | WM 1-5 | ? |
| PTX 799 | | Expert report of Brian W. Napper | | WM 225-226 | ? |
| PTX 800 | | Expert report of Brian W. Napper | | DOTINC 2925-2927 | ? |
| PTX 801 | | Expert report of Brian W. Napper | | DOTINC 7614-7617 | ? |
| PTX 802 | | Expert report of Brian W. Napper | | DOTINC 5503-5507 | ? |
| PTX 803 | | Expert report of Brian W. Napper | | DOTINC 7250-7252 | ? |
| PTX 804 | | Expert report of Brian W. Napper | | DOTINC 8435 | ? |
| PTX 805 | | Expert report of Brian W. Napper | | DOTINC 6975-6978 | ? |
| PTX 806 | | Expert report of Brian W. Napper | | DOTINC 8470 | ? |
| PTX 807 | | Expert report of Brian W. Napper | | DOTINC 8731 | ? |
| PTX 808 | | Expert report of Brian W. Napper | | DOTINC 7691-7693 | ? |
| PTX 809 | | Expert report of Brian W. Napper | | DOTINC 6861 | ? |
| PTX 810 | www.kyphon.com "List of Kyphon Surgeons" | Expert report of Brian W. Napper | | DOTINC 6357 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 811 | | Expert report of Brian W. Napper (Meyer) | | DOTINC 3165-3279 | ? |
| PTX 812 | | Expert report of Brian W. Napper | | DOTINC 7921-7924 | ? |
| PTX 813 | | Expert report of Brian W. Napper | | DOTINC 7247 | ? |
| PTX 814 | | Expert report of Brian W. Napper | | DOTINC 7926 | ? |
| PTX 815 | | Expert report of Brian W. Napper | | DOTINC 7621-7622 | ? |
| PTX 816 | Value Investor Club KYPH evaluation | Expert report of Brian W. Napper | | DOTINC 6063-6064 | |
| PTX 817 | "Minimally Invasive Therapy for Functionally Unstable Osteoporotic Vertebral Fracture by Means of Kyphoplasty: Prospective Comparative Study of 19 Surgically and 17 Conservatively Treated Patients" | Expert report of Brian W. Napper (Meyer) | | DOTINC 2393-2395 | |
| PTX 818 | Vertebroplasty and Kyphoplasty, Percutaneous", Jeffrey P. Kochan, M.D. (Emedicine.com) | Expert report of Brian W. Napper | | KY 178124-127127 | |
| PTX 819 | Piper Jaffray Analyst Report on Arthrocare Corporation | Expert report of Brian W. Napper (Exhibit 7) | | | |
| PTX 820 | | Expert report of Brian W. Napper (Exhibit 8) | 12/7/2004 | | ? |
| PTX 821 | 510(k) Summary for Spineology, Inc. | Expert report of Brian W. Napper | | KY 158109 | |
| PTX 822 | Letter to Spineology, Inc. from the Department of Health & Human Services | Expert report of Brian W. Napper | | KY 33953 | |
| PTX 823 | Letter to Spineology, Inc. from the Department of Health & Human Services | Expert report of Brian W. Napper | 11/26/2003 | KY 33953 | |
| PTX 824 | | Expert report of Brian W. Napper | 7/6/2004 | KY 14200 | ? |
| PTX 825 | DOT price lists | Expert report of Brian W. Napper | | DOTINC 3480 | |
| PTX 826 | | Expert report of Brian W. Napper | | DOTINC 6271 | ? |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 827 | | Expert report of Brian W. Napper | | DOTINC 7255 | ? |
| PTX 828 | Pricing under Kyphon's Prices | Expert report of Brian W. Napper | | DOTINC 6395 | |
| PTX 829 | | Expert report of Brian W. Napper | | DOTINC 8158 | ? |
| PTX 830 | | Expert report of Brian W. Napper | | DOTINC 6678 | ? |
| PTX 831 | | Expert report of Brian W. Napper | | DOTINC 6280 | ? |
| PTX 832 | | Expert report of Brian W. Napper | | DOTINC 6357 | ? |
| PTX 833 | | Expert report of Brian W. Napper | | DOTINC 6274-6287 | ? |
| PTX 834 | | Expert report of Brian W. Napper | | DOTLTD 5533-5548 | ? |
| PTX 835 | | Expert report of Brian W. Napper | | DOTINC 9300-9317 | ? |
| PTX 836 | | Expert report of Brian W. Napper | | DOTINC 50019-50058 | ? |
| PTX 837 | | Expert report of Brian W. Napper (Exhibit 9) | 2/8/2005 | | ? |
| PTX 838 | | Expert report of Brian W. Napper | | DOTLTD 5541-544 | ? |
| PTX 839 | | Expert report of Brian W. Napper (Exhibit 10) (Meyer) | | | ? |
| PTX 840 | | Expert report of Brian W. Napper (Exhibit 11) | | | ? |
| PTX 841 | | Expert report of Brian W. Napper (Exhibit 12) | 10/24/2003 | | ? |
| PTX 842 | | Expert report of Brian W. Napper | | KY 230434 | ? |
| PTX 843 | | Expert report of Brian W. Napper | | DOTLTD 10048-10155 | ? |
| PTX 844 | | Expert report of Brian W. Napper | | KY 235849 | ? |
| PTX 845 | | Expert report of Brian W. Napper | | KY 38904 | ? |
| PTX 846 | | Expert report of Brian W. Napper | | DOTLTD 5533-5548 | ? |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 847 | | Expert report of Brian W. Napper (Exhibit 13) | 2004 | | ? |
| PTX 848 | | Expert report of Brian W. Napper | | DOTLTD 5543-5544 | ? |
| PTX 849 | | Expert report of Brian W. Napper | | DOTINC 170-172 | ? |
| PTX 850 | | Expert report of Brian W. Napper | | DOTINC 274-276 | ? |
| PTX 851 | | Expert report of Brian W. Napper | | DOTINC 676-685 | ? |
| PTX 852 | | Expert report of Brian W. Napper | | DOTINC 728 | ? |
| PTX 853 | | Expert report of Brian W. Napper | | DOTINC 730-731 | ? |
| PTX 854 | | Expert report of Brian W. Napper | | DOTINC 1367 | ? |
| PTX 855 | | Expert report of Brian W. Napper | | DOTINC 1386-1412 | ? |
| PTX 856 | | Expert report of Brian W. Napper | | DOTINC 1614 | ? |
| PTX 857 | | Expert report of Brian W. Napper | | DOTINC 1708-1716 | ? |
| PTX 858 | | Expert report of Brian W. Napper | | DOTINC 1861 | ? |
| PTX 859 | | Expert report of Brian W. Napper | | DOTINC 1862-1866 | ? |
| PTX 860 | | Expert report of Brian W. Napper | | DOTINC 1867-1878 | ? |
| PTX 861 | | Expert report of Brian W. Napper (Public Exhibit 9 to ITC Complaint) | | DOTINC 1885-1956 | ? |
| PTX 862 | | Expert report of Brian W. Napper | | DOTINC 1957-1970 | ? |
| PTX 863 | | Expert report of Brian W. Napper | | DOTINC 2143-2155 | ? |
| PTX 864 | | Expert report of Brian W. Napper | | DOTINC 2160-2166 | ? |
| PTX 865 | | Expert report of Brian W. Napper | | DOTINC 2179-2188 | ? |