Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 866 | | Expert report of Brian W. Napper | | DOTINC 2377-2379 | ? |
| PTX 867 | | Expert report of Brian W. Napper | | DOTINC 2393-2395 | ? |
| PTX 868 | | Expert report of Brian W. Napper | 3/25/2004 | DOTINC 2396-2402 | ? |
| PTX 869 | | Expert report of Brian W. Napper | 3/18/2004 | DOTINC 2403-2411 | ? |
| PTX 870 | | Expert report of Brian W. Napper | | DOTINC 2454-2459 | ? |
| PTX 871 | | Expert report of Brian W. Napper | 10/30/2003 | DOTINC 2460-2467 | ? |
| PTX 872 | | Expert report of Brian W. Napper | 7/28/2003 | DOTINC 2468-2472 | ? |
| PTX 873 | | Expert report of Brian W. Napper | 10/30/2003 | DOTINC 2473-2479 | ? |
| PTX 874 | | Expert report of Brian W. Napper | | DOTINC 2489-2494 | ? |
| PTX 875 | | Expert report of Brian W. Napper | 8/00/01 | DOTINC 2734-2737 | ? |
| PTX 876 | | Expert report of Brian W. Napper | 4/15/2004 | DOTINC 2738-2741 | ? |
| PTX 877 | | Expert report of Brian W. Napper | | DOTINC 2786-2799 | ? |
| PTX 878 | | Expert report of Brian W. Napper | | DOTINC 2921-2931 | ? |
| PTX 879 | | Expert report of Brian W. Napper | | DOTINC 3354-3356 | ? |
| PTX 880 | | Expert report of Brian W. Napper | | DOTINC 3479-3480 | ? |
| PTX 881 | | Expert report of Brian W. Napper | 3/4/2004 | DOTINC 3733-3742 | ? |
| PTX 882 | | Expert report of Brian W. Napper | | DOTINC 3827-2833 | ? |
| PTX 883 | | Expert report of Brian W. Napper | | DOTINC 4102-4014 | ? |
| PTX 884 | | Expert report of Brian W. Napper | 3/00/04 | DOTINC 4318-4326 | ? |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 885 | | Expert report of Brian W. Napper | 3/2/2004 | DOTINC 4327-4333 | ? |
| PTX 886 | | Expert report of Brian W. Napper | | DOTINC 4334 | ? |
| PTX 887 | | Expert report of Brian W. Napper | | DOTINC 4335-4341 | ? |
| PTX 888 | | Expert report of Brian W. Napper | | DOTINC 4342-4352 | ? |
| PTX 889 | | Expert report of Brian W. Napper | 3/00/00 | DOTINC 4419-4424 | ? |
| PTX 890 | | Expert report of Brian W. Napper | | DOTINC 4627-4637 | ? |
| PTX 891 | | Expert report of Brian W. Napper | | DOTINC 4730 | ? |
| PTX 892 | | Expert report of Brian W. Napper | | DOTINC 4792-4794 | ? |
| PTX 893 | | Expert report of Brian W. Napper | | DOTINC 5218-5227 | ? |
| PTX 894 | | Expert report of Brian W. Napper | | DOTINC 5270-5271 | ? |
| PTX 895 | | Expert report of Brian W. Napper | | DOTINC 5287-5329 | ? |
| PTX 896 | | Expert report of Brian W. Napper | | DOTINC 5360-5436 | ? |
| PTX 897 | | Expert report of Brian W. Napper | | DOTINC 5503-5507 | ? |
| PTX 898 | | Expert report of Brian W. Napper | | DOTINC 5940 | ? |
| PTX 899 | | Expert report of Brian W. Napper | | DOTINC 6062-6064 | ? |
| PTX 900 | | Expert report of Brian W. Napper | | DOTINC 6113-6114 | ? |
| PTX 901 | | Expert report of Brian W. Napper | | DOTINC 6271 | ? |
| PTX 902 | | Expert report of Brian W. Napper | | DOTINC 6357 | ? |
| PTX 903 | | Expert report of Brian W. Napper | | DOTINC 6360 | ? |

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 904 | | Expert report of Brian W. Napper | | DOTINC 6414 | ? |
| PTX 905 | | Expert report of Brian W. Napper | 3/00/04 | DOTINC 6462-6463 | ? |
| PTX 906 | | Expert report of Brian W. Napper | | DOTINC 6643-6645 | ? |
| PTX 907 | | Expert report of Brian W. Napper | | DOTINC 6650-6651 | ? |
| PTX 908 | | Expert report of Brian W. Napper | | DOTINC 6678 | ? |
| PTX 909 | | Expert report of Brian W. Napper | | DOTINC 6861 | ? |
| PTX 910 | | Expert report of Brian W. Napper | | DOTINC 6975-6978 | ? |
| PTX 911 | | Expert report of Brian W. Napper | | DOTINC 7231 | ? |
| PTX 912 | | Expert report of Brian W. Napper | | DOTINC 7250-7252 | ? |
| PTX 913 | | Expert report of Brian W. Napper | | DOTINC 7255 | ? |
| PTX 914 | | Expert report of Brian W. Napper | | DOTINC 7296 | ? |
| PTX 915 | | Expert report of Brian W. Napper | | DOTINC 7407 | ? |
| PTX 916 | | Expert report of Brian W. Napper | | DOTINC 7447 | ? |
| PTX 917 | | Expert report of Brian W. Napper | | DOTINC 7507 | ? |
| PTX 918 | | Expert report of Brian W. Napper | | DOTINC 7621 | ? |
| PTX 919 | | Expert report of Brian W. Napper | | DOTINC 7691-7693 | ? |
| PTX 920 | | Expert report of Brian W. Napper | | DOTINC 7779-7781 | ? |
| PTX 921 | | Expert report of Brian W. Napper | | DOTINC 7921-7924 | ? |
| PTX 922 | | Expert report of Brian W. Napper | | DOTINC 7968-7969 | ? |
| PTX 923 | | Expert report of Brian W. Napper | | DOTINC 8158 | ? |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 924 | | Expert report of Brian W. Napper | | DOTINC 8435 | ? |
| PTX 925 | | Expert report of Brian W. Napper | | DOTINC 8441-8442 | ? |
| PTX 926 | | Expert report of Brian W. Napper | | DOTINC 8470 | ? |
| PTX 927 | | Expert report of Brian W. Napper | | DOTINC 8491 | ? |
| PTX 928 | | Expert report of Brian W. Napper | | DOTINC 8555 | ? |
| PTX 929 | | Expert report of Brian W. Napper | | DOTINC 8567 | ? |
| PTX 930 | | Expert report of Brian W. Napper | | DOTINC 8607-8608 | ? |
| PTX 931 | | Expert report of Brian W. Napper | | DOTINC 8653 | ? |
| PTX 932 | | Expert report of Brian W. Napper | | DOTINC 8690 | ? |
| PTX 933 | | Expert report of Brian W. Napper | | DOTINC 8731-8732 | ? |
| PTX 934 | | Expert report of Brian W. Napper | | DOTINC 8826-8832 | ? |
| PTX 935 | | Expert report of Brian W. Napper | | DOTINC 9214-9216 | ? |
| PTX 936 | | Expert report of Brian W. Napper | | DOTINC 9300-9318 | ? |
| PTX 937 | | Expert report of Brian W. Napper | | DOTINC 9589-9592 | ? |
| PTX 938 | | Expert report of Brian W. Napper | 12/00/03 | DOTINC 9849-9850 | ? |
| PTX 939 | | Expert report of Brian W. Napper | | DOTINC 10808-10810 | ? |
| PTX 940 | | Expert report of Brian W. Napper | | DOTINC 10817-10818 | ? |
| PTX 941 | | Expert report of Brian W. Napper | | DOTINC 10882 | ? |
| PTX 942 | | Expert report of Brian W. Napper | | DOTINC 15670-15676 | ? |
| PTX 943 | | Expert report of Brian W. Napper | | DOTINC 50019-50058 | ? |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 944 | | Expert report of Brian W. Napper | | DOTINC 87552 | ? |
| PTX 945 | | Expert report of Brian W. Napper | | DOTLTD 5533-5548 | ? |
| PTX 946 | | Expert report of Brian W. Napper | | DOTLTD 6414 | ? |
| PTX 947 | | Expert report of Brian W. Napper | | DOTLTD 1982-1983 | ? |
| PTX 948 | | Expert report of Brian W. Napper | | DOTLTD 10048-10073 | ? |
| PTX 949 | | Expert report of Brian W. Napper | | DOTLTD 10074-10100 | ? |
| PTX 950 | | Expert report of Brian W. Napper | | DOTLTD 10101-10127 | ? |
| PTX 951 | | Expert report of Brian W. Napper | 12/31/2000 | DOTLTD 10128-10155 | ? |
| PTX 952 | | Expert report of Brian W. Napper | | KY 2824-2839 | ? |
| PTX 953 | | Expert report of Brian W. Napper | | KY 10832-11178 | ? |
| PTX 954 | | Expert report of Brian W. Napper | | KY 17907-17912 | ? |
| PTX 955 | | Expert report of Brian W. Napper | | KY 17913-17934 | ? |
| PTX 956 | | Expert report of Brian W. Napper | | KY 17935-17961 | ? |
| PTX 957 | | Expert report of Brian W. Napper | 7/23/1997 | KY 17963-17967 | ? |
| PTX 958 | | Expert report of Brian W. Napper | 1995 | KY 18129-18153 | ? |
| PTX 959 | | Expert report of Brian W. Napper | | KY 18265-18269 | ? |
| PTX 960 | | Expert report of Brian W. Napper | | KY 18292-18310 | ? |
| PTX 961 | | Expert report of Brian W. Napper | | KY 18311-18324 | ? |
| PTX 962 | | Expert report of Brian W. Napper | | KY 18330 | ? |
| PTX 963 | | Expert report of Brian W. Napper | | KY 18599-18617 | ? |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 964 | | Expert report of Brian W. Napper | | KY 19027-19109 | ? |
| PTX 965 | | Expert report of Brian W. Napper | | KY 20055-20064 | ? |
| PTX 966 | | Expert report of Brian W. Napper | | KY 20065-20066 | ? |
| PTX 967 | | Expert report of Brian W. Napper | | KY 20067-20068 | ? |
| PTX 968 | | Expert report of Brian W. Napper | | KY 20069-20071 | ? |
| PTX 969 | | Expert report of Brian W. Napper | | KY 20072-20073 | ? |
| PTX 970 | | Expert report of Brian W. Napper | | KY 20074-20075 | ? |
| PTX 971 | | Expert report of Brian W. Napper | | KY 20076-20082 | ? |
| PTX 972 | | Expert report of Brian W. Napper | | KY 20083-20090 | ? |
| PTX 973 | | Expert report of Brian W. Napper | | KY 20091-20105 | ? |
| PTX 974 | | Expert report of Brian W. Napper | | KY 20106-20114 | ? |
| PTX 975 | | Expert report of Brian W. Napper | | KY 34696-34708 | ? |
| PTX 976 | | Expert report of Brian W. Napper | 2/00/04 | KY 34710-34899 | ? |
| PTX 977 | | Expert report of Brian W. Napper | 1/00/04 | KY 34900-35074 | ? |
| PTX 978 | | Expert report of Brian W. Napper | | KY 35294-35299 | ? |
| PTX 979 | | Expert report of Brian W. Napper | 3/00/04 | KY 51186-51188 | ? |
| PTX 980 | | Expert report of Brian W. Napper | | KY 51410-51457 | ? |
| PTX 981 | | Expert report of Brian W. Napper | | KY 161839-161844 | ? |
| PTX 982 | | Expert report of Brian W. Napper | | KY 186891-186902 | ? |
| PTX 983 | | Expert report of Brian W. Napper | | KY 186918-186920 | ? |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 984 | | Expert report of Brian W. Napper | | KY 190044-190045 | ? |
| PTX 985 | | Expert report of Brian W. Napper | | KY 191079-191087 | ? |
| PTX 986 | | Expert report of Brian W. Napper | | KY 191173-191190 | ? |
| PTX 987 | | Expert report of Brian W. Napper | | KY 192123-192165 | ? |
| PTX 988 | | Expert report of Brian W. Napper | | KY 192425-192464 | ? |
| PTX 989 | | Expert report of Brian W. Napper | 4/5/2004 | KY 200362-200363 | ? |
| PTX 990 | | Expert report of Brian W. Napper | 5/1/2003 | KY 200373-200374 | ? |
| PTX 991 | | Expert report of Brian W. Napper | | KY 223077-223093 | ? |
| PTX 992 | | Expert report of Brian W. Napper | 2002 | KY 230342-230410 | ? |
| PTX 993 | | Expert report of Brian W. Napper | 2003 | KY 230411-230491 | ? |
| PTX 994 | | Expert report of Brian W. Napper | 5/17/2002 | KY 230492-230522 | ? |
| PTX 995 | | Expert report of Brian W. Napper | 9/00/03 | KY 230523-230620 | ? |
| PTX 996 | | Expert report of Brian W. Napper | 6/00/03 | KY 230621-230654 | ? |
| PTX 997 | | Expert report of Brian W. Napper | 3/00/03 | KY 230655-230683 | ? |
| PTX 998 | | Expert report of Brian W. Napper | 9/00/02 | KY 230684-230774 | ? |
| PTX 999 | | Expert report of Brian W. Napper | 6/00/02 | KY 230775-230801 | ? |
| PTX 1000 | | Expert report of Brian W. Napper | 3/00/04 | KY 230802-230862 | ? |
| PTX 1001 | | Expert report of Brian W. Napper | 8/00/03 | KY 264700-264719 | ? |
| PTX 1002 | | Expert report of Brian W. Napper | | KY 265159-265228 | ? |
| PTX 1003 | | Expert report of Brian W. Napper | 9/00/03 | KY 268076-268092 | ? |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1004 | | Expert report of Brian W. Napper | 2/00/04 | KY 268121-268129 | ? |
| PTX 1005 | | Expert report of Brian W. Napper | | KY 268200-268269 | ? |
| PTX 1006 | | Expert report of Brian W. Napper | | KY 125523-125524 | ? |
| PTX 1007 | | Expert report of Brian W. Napper | | KY 132763-132767 | ? |
| PTX 1008 | | Expert report of Brian W. Napper | | KY 133684 | ? |
| PTX 1009 | | Expert report of Brian W. Napper | | KY 133686 | ? |
| PTX 1010 | | Expert report of Brian W. Napper | | KY 133703-133704 | ? |
| PTX 1011 | | Expert report of Brian W. Napper | 2002 | KY 133721-133746 | ? |
| PTX 1012 | | Expert report of Brian W. Napper | | KY 133748-13772 | ? |
| PTX 1013 | | Expert report of Brian W. Napper | | KY 133812-133813 | ? |
| PTX 1014 | | Expert report of Brian W. Napper | | KY 133935-133953 | ? |
| PTX 1015 | | Expert report of Brian W. Napper | | KY 135539-135548 | ? |
| PTX 1016 | | Expert report of Brian W. Napper | | KY 135549-135554 | ? |
| PTX 1017 | | Expert report of Brian W. Napper | | KY 135555-135565 | ? |
| PTX 1018 | | Expert report of Brian W. Napper | 2003 | KY 135714-135718 | ? |
| PTX 1019 | | Expert report of Brian W. Napper | | KY 139022 | ? |
| PTX 1020 | | Expert report of Brian W. Napper | | KY 140201-140241 | ? |
| PTX 1021 | | Expert report of Brian W. Napper | 3/00/04 | KY 142124-142146 | ? |
| PTX 1022 | | Expert report of Brian W. Napper | | KY 145222-145228 | ? |
| PTX 1023 | | Expert report of Brian W. Napper | | KY 146209-146216 | ? |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 1024 | | Expert report of Brian W. Napper | | KY 150808-150812 | ? |
| PTX 1025 | | Expert report of Brian W. Napper | | KY 152327-152378 | ? |
| PTX 1026 | | Expert report of Brian W. Napper | | KY 38903-38911 | ? |
| PTX 1027 | | Expert report of Brian W. Napper | | KY 38912-38916 | ? |
| PTX 1028 | | Expert report of Brian W. Napper | | KY 38917-38952 | ? |
| PTX 1029 | | Expert report of Brian W. Napper | | KY 38990-39002 | ? |
| PTX 1030 | | Expert report of Brian W. Napper | | KY 39065-39085 | ? |
| PTX 1031 | | Expert report of Brian W. Napper | | KY 39339-39413 | ? |
| PTX 1032 | | Expert report of Brian W. Napper | | KY 43650-43659 | ? |
| PTX 1033 | | Expert report of Brian W. Napper | | KY 98126 | ? |
| PTX 1034 | | Expert report of Brian W. Napper | | KY 153234-153238 | ? |
| PTX 1035 | | Expert report of Brian W. Napper | | KY 153363-153368 | ? |
| PTX 1036 | | Expert report of Brian W. Napper | | KY 153834-153838 | ? |
| PTX 1037 | | Expert report of Brian W. Napper | | KY 154185-155633 | ? |
| PTX 1038 | | Expert report of Brian W. Napper | 10/00/03 | KY 155618-155628 | ? |
| PTX 1039 | | Expert report of Brian W. Napper | 10/00/03 | KY 155629-155633 | ? |
| PTX 1040 | | Expert report of Brian W. Napper | | KY 155698-155703 | ? |
| PTX 1041 | | Expert report of Brian W. Napper | | KY 155768-155837 | ? |
| PTX 1042 | | Expert report of Brian W. Napper | | KY 155838-155872 | ? |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1043 | | Expert report of Brian W. Napper | | KY 155873-155914 | ? |
| PTX 1044 | | Expert report of Brian W. Napper | | KY 1508089-159129 | ? |
| PTX 1045 | | Expert report of Brian W. Napper | | KY 161845-163144 | ? |
| PTX 1046 | | Expert report of Brian W. Napper | 10/00/02 | KY 1262727-162731 | ? |
| PTX 1047 | | Expert report of Brian W. Napper | 11/00/02 | KY 162732-162745 | ? |
| PTX 1048 | | Expert report of Brian W. Napper | 7/11/2002 | KY 162746-162771 | ? |
| PTX 1049 | | Expert report of Brian W. Napper | | KY 165651-165556 | ? |
| PTX 1050 | | Expert report of Brian W. Napper | | KY 168266-168832 | ? |
| PTX 1051 | | Expert report of Brian W. Napper | | KY 177469-177473 | ? |
| PTX 1052 | | Expert report of Brian W. Napper | | KY 177482-177489 | ? |
| PTX 1053 | | Expert report of Brian W. Napper | | KY 177612-177621 | ? |
| PTX 1054 | | Expert report of Brian W. Napper | | KY 178000-178008 | ? |
| PTX 1055 | | Expert report of Brian W. Napper | | KY 178124-128127 | ? |
| PTX 1056 | | Expert report of Brian W. Napper | | KY 178209-178217 | ? |
| PTX 1057 | | Expert report of Brian W. Napper | | KY 179142-179166 | ? |
| PTX 1058 | | Expert report of Brian W. Napper | | KY182179-182269 | ? |
| PTX 1059 | | Expert report of Brian W. Napper | | KY 182414-182449 | ? |
| PTX 1060 | | Expert report of Brian W. Napper | | KY 228257-228262 | ? |
| PTX 1061 | | Expert report of Brian W. Napper | | KY 228271-228304 | ? |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1062 | | Expert report of Brian W. Napper | | KY 228324-228326 | ? |
| PTX 1063 | | Expert report of Brian W. Napper | | KY 228327-228408 | ? |
| PTX 1064 | | Expert report of Brian W. Napper (Public Exhibit 23 to ITC Complaint) | | KY 228409-228416 | ? |
| PTX 1065 | | Expert report of Brian W. Napper | | KY 228429-228431 | ? |
| PTX 1066 | | Expert report of Brian W. Napper | | KY 228432-228433 | ? |
| PTX 1067 | | Expert report of Brian W. Napper | | KY 229639-229674 | ? |
| PTX 1068 | | Expert report of Brian W. Napper | | KY 230240-230280 | ? |
| PTX 1069 | | Expert report of Brian W. Napper | | KY 230912-230951 | ? |
| PTX 1070 | | Expert report of Brian W. Napper | | KY 230979-231186 | ? |
| PTX 1071 | | Expert report of Brian W. Napper | | KY 232267-232277 | ? |
| PTX 1072 | | Expert report of Brian W. Napper | | KY 232401-232437 | ? |
| PTX 1073 | | Expert report of Brian W. Napper | | KY 232547 | ? |
| PTX 1074 | | Expert report of Brian W. Napper | | KY 233016-233025 | ? |
| PTX 1075 | | Expert report of Brian W. Napper | | KY 235355-235362 | ? |
| PTX 1076 | | Expert report of Brian W. Napper | | KY 235821 | ? |
| PTX 1077 | | Expert report of Brian W. Napper | | KY 235487-235954 | ? |
| PTX 1078 | | Expert report of Brian W. Napper | | KY 235963-235977 | ? |
| PTX 1079 | | Expert report of Brian W. Napper | | KY 236431-236449 | ? |
| PTX 1080 | | Expert report of Brian W. Napper | 1/15/2003 | KY 236785-236812 | ? |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1081 | | Expert report of Brian W. Napper | 2005 | KY 239018-239049 | ? |
| PTX 1082 | | Expert report of Brian W. Napper | | KY 239593-239597 | ? |
| PTX 1083 | | Expert report of Brian W. Napper | 7/00/03 | KY 240351-240368 | ? |
| PTX 1084 | | Expert report of Brian W. Napper | | KY 240369-240398 | ? |
| PTX 1085 | | Expert report of Brian W. Napper | | KY 240407-240422 | ? |
| PTX 1086 | | Expert report of Brian W. Napper | | KY 240479 | ? |
| PTX 1087 | | Expert report of Brian W. Napper | 2003 | KY 242407-242713 | ? |
| PTX 1088 | | Expert report of Brian W. Napper | | KY 242714-242719 | ? |
| PTX 1089 | | Expert report of Brian W. Napper | | KY 242741-242763 | ? |
| PTX 1090 | | Expert report of Brian W. Napper | | KY 254702-254738 | ? |
| PTX 1091 | | Expert report of Brian W. Napper | 6/00/02 | KY 258982-259025 | ? |
| PTX 1092 | | Expert report of Brian W. Napper | | KY 260690-260724 | ? |
| PTX 1093 | | Expert report of Brian W. Napper | | KY 268280-268287 | ? |
| PTX 1094 | | Expert report of Brian W. Napper | | KY 268904-268928 | ? |
| PTX 1095 | | Expert report of Brian W. Napper | | KY 269121-269145 | ? |
| PTX 1096 | | Expert report of Brian W. Napper | | KY 377553-386666 | ? |
| PTX 1097 | | Expert report of Brian W. Napper | | TR 1-2 | ? |
| PTX 1098 | | Expert report of Brian W. Napper | | TR 3 | ? |
| PTX 1099 | | Expert report of Brian W. Napper | | TR 4-277 | ? |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1100 | | Expert report of Brian W. Napper | | TR 278-354 | ? |
| PTX 1101 | | Expert report of Brian W. Napper | | WM 1-5 | ? |
| PTX 1102 | | Expert report of Brian W. Napper | | WM 225-269 | ? |
| PTX 1103 | Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 10/8/2004 | | D, R |
| PTX 1104 | Memorandum in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 10/8/2004 | | D, R |
| PTX 1105 | Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 10/8/2004 | | D, R |
| PTX 1106 | Surgical Technique "The SKy Bone Expander System" brochure | Exhibit C to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | | |
| PTX 1107 | FDA's Response to DOT's Premarket Notification re B-Twin Bone Expander System | Exhibit D to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 12/17/2003 | | |
| PTX 1108 | FDA's Response to DOT's Premarket Notification re SKy Bone Expander System | Exhibit E to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 1/28/2004 | | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1109 | "The Inflatable Spine" Forbes | Exhibit F to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 6/7/2004 | | H, R, P |
| PTX 1110 | Complaint, Kyphon v. Chard Saunders and Does 1-100 inclusive, filed in Santa Clara County, CA | Exhibit G to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 7/8/2004 | | D, R |
| PTX 1111 | Kyphon Fact Sheet | Exhibit H to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | | |
| PTX 1112 | | Exhibit I to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | KY 114403-114405 | ? |
| PTX 1113 | | Exhibit J to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | KY 114715-114717 | ? |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1114 | | Exhibit K to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | KY 114388-114391 | ? |
| PTX 1115 | Kyphon's 1998 FDA clearance to market its' KyphX IBT device | Exhibit L to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | KY 114731-114734 | |
| PTX 1116 | | Exhibit M to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | KY 114452-114454; DOTINC 89-54 | ? |
| PTX 1117 | Disc-O-Tech's Instructions for Use | Exhibit N to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | DOTINC 1004-1022 | |
| PTX 1118 | Disc-O-Tech training materials | Exhibit O to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | DOTINC 686-689 | |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1119 | "Kyphoplasty employs balloon to correct kyphosis due to fractures" Orthopedics Today | Exhibit P to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 11/00/99 | DOTINC 5508-5527 | H, R, P |
| PTX 1120 | | Exhibit Q to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | | ? |
| PTX 1121 | Excerpts from the deposition of Tamir Kazaz 618:3-519:4 | Exhibit R to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | DOTINC 5270-5271 | D, I |
| PTX 1122 | Consultancy agreement signed by Chad Saunders | Exhibit S to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 4/29/2004 | | R |
| PTX 1123 | Excerpts from the deposition of Oren Globerman 202-206 | Exhibit U to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction . | | | D, I |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1124 | Excerpts from DOT's website | Exhibit V to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | | ? |
| PTX 1125 | ITC Order No. 13 | Exhibit W to Declaration of Thomas L. Halkowski in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 8/5/2004 | | |
| PTX 1126 | Declaration of Heather A. Ramey in Support of Plaintiff Kyphon Inc.s Motion for a Preliminary Injunction | Declaration of Heather A. Ramey in Support of Plaintiff Kyphon Inc.s Motion for a Preliminary Injunction | 8/12/2004 | | H |
| PTX 1127 | Declaration of MS. Cheri S. Borgstede | Declaration of MS. Cheri S. Borgstede | 8/16/2004 | | H |
| PTX 1128 | Declaration of Dr. Joseph M. Lane | Declaration of Dr. Joseph M. Lane | 9/9/2004 | | H |
| PTX 1129 | Declaration of Richard W. Mott in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | Declaration of Richard W. Mott in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | | | H |
| PTX 1130 | Declaration of Andrew V.S. Doggett in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | Declaration of Andrew V.S. Doggett in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 10/8/2004 | | H |
| PTX 1131 | Declaration of Christian S. McCutcheon in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | Declaration of Christian S. McCutcheon in Support of Plaintiff Kyphon Inc.'s Motion for a Preliminary Injunction | 10/8/2004 | | H |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1132 | | Exhibit B to Declaration of William S. Rosenberg, M.D. | | DOTLTD 4033, 2579, 2589, 2675 | ? |
| PTX 1133 | Kyphon's Reply in Support of Its Motion for Preliminary Injunction | Kyphon's Reply in Support of Its Motion for Preliminary Injunction | 11/24/2004 | | D |
| PTX 1134 | Kyphon's Motion for Partial Summary Judgment of Infringement | Kyphon's Motion for Partial Summary Judgment of Infringement (DI 148) | 4/6/2005 | | D |
| PTX 1135 | Memorandum in Support of Kyphon's Motion for Partial Summary Judgment of Infringement | Memorandum in Support of Kyphon's Motion for Partial Summary Judgment of Infringement (DI 149) | 4/6/2005 | | D |
| PTX 1136 | Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement | Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 150) | 4/6/2005 | | D |
| PTX 1137 | | Exhibit E to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 150) | | KY 114452-114454; DOTLTD 89-94 | ? |
| PTX 1138 | Excerpts from deposition testimony of Oren Globerman | Exhibit F to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 150) | | | D, I |
| PTX 1139 | | Exhibit I to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 150) | | DOTINC 1007 | ? |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1140 | DOT's Infringement Charts filed in response to Kyphons Interrogatories dated 1/24/05 | Exhibit J to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 150) | | | D |
| PTX 1141 | Marketing Video | Exhibit N to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 151) | | DOTINC 87552 | |
| PTX 1142 | DOT Sales Presentation | Exhibit P to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 151) | 6/1/2004 | | |
| PTX 1143 | SKy Bone Expander Training Manual | Exhibit Q to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 151) | | DOTLTD 14777-14788 | |
| PTX 1144 | | Exhibit T to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 151) | | TR107 | ? |
| PTX 1145 | Excertps from the deposition of Joseph Lane | Exhibit X to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 151) | 11/4/2004 | | D, I |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1146 | Excertps from the deposition of Dr. John Steck | Exhibit Y to Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Motion for Partial Summary Judgment of Infringement (DI 151) | 1/16/2005 | | D, I |
| PTX 1147 | Kyphon's Opposition to Defendants' Motion for Summary Judgment that the '404 and '888 Patents are Invalid Based on Anticipation and/or Obviousness | Kyphon's Opposition to Defendants' Motion for Summary Judgment that the '404 and '888 Patents are Invalid Based on Anticipation and/or Obviousness (DI 172) | 4/14/2005 | | D |
| PTX 1148 | Kyphon's Opposition to DOT's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 4,969,888, 5,108,404 and 6,235,043 B1 | Kyphon's Opposition to DOT's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 4,969,888, 5,108,404 and 6,235,043 B1(DI 173) | | | D |
| PTX 1149 | Excerpts from the Deposition of Joseph M. Lane, M.D. | Exhibit 1 to the Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Oppositions to DOT's Proposed Claim Construction and Motions for Summary Judgment of Non-Infringement and Invalidity (DI 176) | 11/4/2004 | | D, I |
| PTX 1150 | Excerpts from the Deposition of John C. Steck, M.D. | Exhibit 2 to the Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Oppositions to DOT's Proposed Claim Construction and Motions for Summary Judgment of Non-Infringement and Invalidity (DI 175) | 1/26/2005 | | D, I |