Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO. OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1151 | Excerpts from the Deposition of Motti Beyar | Exhibit 6 to the Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Oppositions to DOT's Proposed Claim Construction and Motions for Summary Judgment of Non-Infringement and Invalidity (DI 176) | 1/25/2005 | | D, I |
| PTX 1152 | Excerpts from the Deposition of Arie Scholten | Exhibit 8 to the Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Oppositions to DOT's Proposed Claim Construction and Motions for Summary Judgment of Non-Infringement and Invalidity (DI 176) | 2/15/2005 | | D, I |
| PTX 1153 | Excerpts from the Deposition of Mark Reiley, M.D. | Exhibit 9 to the Declaration of Thomas L. Halkowski in Support of Kyphon Inc.'s Oppositions to DOT's Proposed Claim Construction and Motions for Summary Judgment of Non-Infringement and Invalidity (DI 175) | 11/3/2004 | | D, I |
| PTX 1154 | Chad Saunders production | | | CS 1-29; 7-12; 1-6 | ?, Multiple |
| PTX 1155 | Chuck Foster production | | | CF 1-86 | ?, Multiple |
| PTX 1156 | Cohen production | | | COHEN 1-454 | ?, Multiple |
| PTX 1157 | John Steck Production | | | STECK 1-15 | ?, Multiple |
| PTX 1158 | Marks production | | | MARKS 1-815 | ?, Multiple |
| PTX 1159 | Mohammed Majd production | | | MM1-76 | ?, Multiple |
| PTX 1160 | Reguiferos production | | | RR1-287 | ?, Multiple |
| PTX 1161 | Reed Smith production | | | RS 1-1032 | ?, Multiple |
| PTX 1162 | Tom Reilley production | | | TR 1-354 | ?, Multiple |
| PTX 1163 | William Martin production | | | WM 1-269 | ?, Multiple |
| PTX 1164 | Current Good Manufacturing Practices training manual | | | KY 71251-1394 | |
| PTX 1165 | IFU for bone filler device | | | KY 114078-114080 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1166 | Meeting minutes | | | KY 2326-2331 | ? |
| PTX 1167 | Corrections to meeting minutes | | | KY 2332-2356 | ? |
| PTX 1168 | | | | | A, H, M, R |
| PTX 1169 | Kyphon Case Study ads | | | KY 86299-86318 | ? |
| PTX 1170 | Donation to Orthopaedic Research and Education Foundation | | | KY 10085-091 | ? |
| PTX 1171 | Clinical results re efficacy of balloon kyphoplasty | | | KY 10099-KY 102 | ? |
| PTX 1172 | Medtech Insight report re U.S. markets for orthopaedic products and technologies | | | KY 10164-10576 | H |
| PTX 1173 | NASS Surgeon Survey re emerging technologies in spine surgery | | | KY 10577-105679 | H |
| PTX 1174 | NASS Surgeon Survey re emerging technologies in spine surgery | | | KY 10577-679 | H |
| PTX 1175 | Advertisements for various orthopedic products | | | KY 10680-10712 | ?, H |
| PTX 1176 | Issue of Bare Bones | | | KY 10713-723 | ?, H |
| PTX 1177 | Project specification agreement between Kyphon and Advance Research Associates re project to assess kyphoplasty outcomes | | | KY 10724-738 | ?, R |
| PTX 1178 | Articles re kyphoplasty and related products and methods | | | KY 10756-10788 | ?, Multiple, H |
| PTX 1179 | Articles re products for treating spine fractures | | | KY 10808-10812 | ?, Multiple, H |
| PTX 1180 | Market report re spinal surgery | | | KY 10832-11178 | ?, H |
| PTX 1181 | Early correspondence re Reiley Orthopedics, Inc. (1993-94) | | | KY 17330-17337 | ? |
| PTX 1182 | Early correspondence and business plans / executive summaries (1993-94) | | | KY 17373-17390 | ? |
| PTX 1183 | Publications re osteoporosis and VCF treatments | | | KY 18107-18153 | ?, Multiple, H |
| PTX 1184 | IPO Valuation Analysis | | | KY 18212-18246 | ?, H |
| PTX 1185 | Board Minutes and business plan | | | KY 18247-18269 | ?, H |
| PTX 1186 | Kyphon business plan and related presentation and publication | | | KY 18292-18310 | ?, H |
| PTX 1187 | Reiley Orthopedics Business Plan - 1993 | | | KY 18311-18401 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1188 | Kyphon external and internal review re market plans | | | KY 18778-18964 | ? |
| PTX 1189 | Kyphon Business Plan | | 1995 | KY 18965-19026 | |
| PTX 1190 | FDA materials | | | KY 20678-21098 | ?, Multiple |
| PTX 1191 | IDET materials | | | KY 21101-1116 | ?, Multiple |
| PTX 1192 | ARS ATHRO AG materials | | | KY 21117-1120 | ?, Multiple, H |
| PTX 1193 | Cambridge Scientific materials | | | KY 21121-1172 | ?, Multiple, H |
| PTX 1194 | DePuy materials | | | KY 21173-1187 | ?, Multiple, H |
| PTX 1195 | Disc Dynamics materials incl journals and void filler documents | | | KY 21188-1283 | ?, Multiple, H |
| PTX 1196 | Inspection procedure - cement nozzle tubing | | | KY 22010-2018 | ? |
| PTX 1197 | Cement Nozzle Biocompatibility incl numerous lab reports | | | KY 22031-2159 | ? |
| PTX 1198 | Kyphon nozzle engineering calculations | | | KY 22177-22241 | |
| PTX 1199 | Steve Garfin materials | | | KY 22445-2680 | ?, Multiple, H |
| PTX 1200 | Slides from Lutheran Med Ctr | | | KY 22803-2814 | ?, H |
| PTX 1201 | Percutaneous lumbar discectomy: current practice | | | KY 22929-2930 | H |
| PTX 1202 | The Effect of Methylmethacrylate on Fracture Healing | | | KY 22931 | H |
| PTX 1203 | Failure of Stabilization of the Spine w/ Methylmethacrylate | | | KY 22932-2945 | H |
| PTX 1204 | The use of Methylmethacrylate for vertebral body replacement and anterior stabilization | | | KY 22948-2958 | H |
| PTX 1205 | Osteoporosis in men | | | KY 22959-2960 | H |
| PTX 1206 | Involutional Osteoporosis | | | KY 22968-2978 | H |
| PTX 1207 | Kyphon Business Plan sheet | | | KY 23520 | H |
| PTX 1208 | Supports for Spinal Osteoporosis | | | KY 23521-3523 | H |
| PTX 1209 | Vertebral compression fractures: how to manage pain, avoid disability | | | KY 23524 | H |
| PTX 1210 | How many women have osteoporosis now? | | | KY 23525-3527 | H |
| PTX 1211 | Fractures of the Osteoporotic Spine | | | KY 23528-3535 | H |
| PTX 1212 | Biomechanical comparison of new treatments for vertebral body compression fracture | | | KY 23546 | H |
| PTX 1213 | Reduced pulmonary function in patients w/ spinal osteoporotic fractures | | | KY 23547-3553 | H |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1214 | Quality of life issues in women w/ vertebral fractures due to osteoporosis | | | KY 23554-3560 | H |
| PTX 1215 | Mtg power point materials | | | KY 2357-2394 | H |
| PTX 1216 | Vertebroplasty/Kyphoplasty article | | | KY 23678-3685 | H |
| PTX 1217 | Initial clinical outcome w/ Kyphoplasty for osteoporotic vertebral compression fractures | | | KY 23686 | H |
| PTX 1218 | Early outcomes w/ Kyphoplasty treatment for painful osteoporotic compression fractures | | | KY 23688-3689 | H |
| PTX 1219 | CDRH mtg materials (handwritten) | | | KY 2395-2400 | H |
| PTX 1220 | Kyphoplasty in the treatment of Osteolytic Vertebral Compression Fractures as a Result of Multiple Myeloma | | | KY 23989-3994 | H |
| PTX 1221 | Percutaneous vertebroplasty and kyphoplasty for painful vertebral body fractures in cancer patients | | | KY 23995-24004 | H |
| PTX 1222 | Kyphoplasty | | | KY 24014-24099 | H |
| PTX 1223 | Vertebral height restoration after kyphoplasty | | | KY 24020-4022 | H |
| PTX 1224 | Minimally invasive options for the treatment of osteoporotic vertebral compression fractures | | | KY 24023-4030 | H |
| PTX 1225 | Initial outcome and efficacy of "kyphoplasty" in the treatment of painful osteoporotic VCF | | | KY 24031-4037 | H |
| PTX 1226 | Balloon kyphoplasty: one-year outcomes in vertebral body height restoration | | | KY 24038-4044 | H |
| PTX 1227 | An in vivo comparison of the potential for extravertebral cement leak after vertebroplasty and kyphoplasty | | | KY 24045-4051 | H |
| PTX 1228 | Balloon kyphoplasty for the treatment of painful spinal deformity | | | KY 24052 | H |
| PTX 1229 | Comparing Kyphoplasty and Vertebroplasty | | | KY 24064-4073 | H |
| PTX 1230 | The roles of vertebroplasty and kyphoplasty as parts of a treatment strategy for osteoporotic VCF | | | KY 24074-4080 | H |

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1231 | Risk of Mortality Following Clinical Fractures | | | KY 24081-4086 | H |
| PTX 1232 | The clinical impact of vertebral fractures | | | KY 24087-4091 | H |
| PTX 1233 | The worldwide problem of osteoporosis | | | KY 24106-4112 | H |
| PTX 1234 | Load shift of the intervertebral disc after a vertebroplasty | | | KY 24117-4122 | H |
| PTX 1235 | Incidence of clinically diagnosed vertebral fractures | | | KY 24144-4150 | H |
| PTX 1236 | Kyphoplasty for vertebral compression fractures | | | KY 24223-4229 | H |
| PTX 1237 | Sets of old minutes | | | KY 2425-2429 | ?, H |
| PTX 1238 | Questions and Answers on Balloon Plasty | | | KY 24323-24324 | |
| PTX 1239 | Report Projects Brisk Growth in Spinal Surgery Products Market | | | KY 24327-24328 | H |
| PTX 1240 | meeting attendees | | | KY 2508-2509 | ? |
| PTX 1241 | Elastomeric Balloons for Medical Devices | | | KY 25308 | ? |
| PTX 1242 | Monthly Report Clinical and Regulatory | | | KY 2531-2533 | ? |
| PTX 1243 | Prediction of Vertebral Body Compressive Fracture | | | KY 23032-3040 | H |
| PTX 1244 | Clinical Specification - IBT | | | KY 112020-026 | |
| PTX 1245 | Clinical Specification - BFD | | | KY 112030-031 | |
| PTX 1246 | Product description for Express BFD | | | KY 112149 | |
| PTX 1247 | List of raw materials for Express BFD | | | KY 112150 | |
| PTX 1248 | Risk analysis | | | KY 113133-140 | ? |
| PTX 1249 | IFU for bone filler device | | | KY 114078-080 | |
| PTX 1250 | Brochure for Kyphx IBT | | | KY 114343-114344 | |
| PTX 1251 | Brochure for Kyphx Xpander IBT | | | KY 114345-114346 | |
| PTX 1252 | Brochures | | | KY 114353-114359 | |
| PTX 1253 | | | | KY 114364-114365 | ? |
| PTX 1254 | Fact sheet - Xpander IBT | | | KY 114386-114387 | |
| PTX 1255 | | | | KY 114392-114395 | ? |
| PTX 1256 | Fact sheet - Kyphon technology | | | KY 114396-114398 | |
| PTX 1257 | Fact sheet - Osteoporosis | | | KY 114403-114405 | H |
| PTX 1258 | | | | KY 114416 | ? |
| PTX 1259 | Brochure - Balloons for Bones | | | KY 114424-114425 | |
| PTX 1260 | Brochure - Case study | | | KY 114428 | |
| PTX 1261 | Tools for promoting rapid adoption of Kyphx products | | | KY 114435-471 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1262 | Brochure - Case study | | | KY 114479 | |
| PTX 1263 | Brochure - Downward Spiral | | | KY 114480-114483 | |
| PTX 1264 | Fact sheet - reducing fractures with Kyphx | | | KY 114488-114490 | |
| PTX 1265 | Fact sheet - VCF treatment challenges | | | KY 114495-114497 | |
| PTX 1266 | Brochure - Xpander IBT | | | KY 114506-114507 | |
| PTX 1267 | Video Ad | | | KY 114520-114522 | |
| PTX 1268 | Brochure - What is orthopedic fracture reduction | | | KY 114544-114545 | |
| PTX 1269 | Brochure-Advanced Osteo Introducer | | | KY 114556-114567 | |
| PTX 1270 | Brochure - BBD | | | KY 114560 | |
| PTX 1271 | | | | KY 114571-114572 | ? |
| PTX 1272 | Brochure - Kyphx instruments | | | KY 114575-114576 | |
| PTX 1273 | Brochure - IBT, Introducer, and BBD | | | KY 114587-114589 | |
| PTX 1274 | Brocuhres - case studies | | | KY 114592-114595 | |
| PTX 1275 | Brochure - VCFs | | | KY 114608-114609 | |
| PTX 1276 | Brochure - educational package | | | KY 114610-114618 | |
| PTX 1277 | Brochure - Case study / balloons for bones | | | KY 114619-114623 | |
| PTX 1278 | Brochure - Kyphopak Tray | | | KY 114633-635 | |
| PTX 1279 | Script for animated procedural CD project | | | KY 114655-671 | ?, H |
| PTX 1280 | Brochure - Case studies | | | KY 114675-114678 | |
| PTX 1281 | Patient education series (hospital guidelines) | | | KY 114679-681 | |
| PTX 1282 | Marketing brochure | | | KY 114692 | |
| PTX 1283 | Patient education series (Osteoporosis - Q&A) | | | KY 114731-114735 | |
| PTX 1284 | Brochure - Cancer and VCFs | | | KY 114739-114740 | |
| PTX 1285 | Brochure - steroid induced osteoposis | | | KY 114743-114744 | |
| PTX 1286 | Brochure - Mortality associated with VCF | | | KY 114745 | |
| PTX 1287 | Brochure - quality of life with VCF | | | KY 114749-114750 | |
| PTX 1288 | Brochure - pulmonary function with VCF | | | KY 114751-114752 | |
| PTX 1289 | Mailer - IBT | | | KY 114841-843 | |
| PTX 1290 | Ads | | | KY 114846-847 | |
| PTX 1291 | Poster - Xpander IBT | | | KY 114863-864 | |
| PTX 1292 | Brochure - Kyphopak Tray | | | KY 114865-866 | |
| PTX 1293 | Corporate fact sheet | | | KY 114867-870 | |

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1294 | Product list | | | KY 114874-114872 | |
| PTX 1295 | Brochure - Express | | | KY 114876-880 | |
| PTX 1296 | Brochure - Kyphx Latitude curette | | | KY 114881-882 | |
| PTX 1297 | Brochure - Kyphx Exact IBT | | | KY 114885-114886 | |
| PTX 1298 | Brochure - Kyhpx Elevate IBT and balloon geometry comparison chart | | | KY 114887-114890 | |
| PTX 1299 | Brochure-Express BFD | | | KY 114893-114908 | |
| PTX 1300 | Ads - Xpander IBT | | | KY 114895-908 | |
| PTX 1301 | Ads - How tall were you | | | KY 114915-114921 | |
| PTX 1302 | Brochure - Osteo Introducer | | | KY 114968-114969 | |
| PTX 1303 | Brochure - Advanced Osteo Introducer | | | KY 114970-114972 | |
| PTX 1304 | Brochure - Express Osteo Introducer | | | KY 114973-114975 | |
| PTX 1305 | Brochure - Elevate IBT | | | KY 114976-114978 | |
| PTX 1306 | Brochure - Exact IBT | | | KY 114979-114981 | |
| PTX 1307 | Brochure - Xpander IBT | | | KY 114982-114984 | |
| PTX 1308 | Brochure - Express IBT | | | KY 114985-114987 | |
| PTX 1309 | Brochure - Express BFD | | | KY 114988-114990 | |
| PTX 1310 | Brochure - Kyphx BFD | | | KY 114991-114993 | |
| PTX 1311 | Brochure - Latitude curette | | | KY 114994-114996 | |
| PTX 1312 | Brochure - Kyphx BBD | | | KY 114997-149999 | |
| PTX 1313 | Brochure - Express BBD | | | KY 115000-115002 | |
| PTX 1314 | Mechanics of balloons moving bone | | | KY 115025-032 | |
| PTX 1315 | The Fracture Line Newsletter | | | KY 115039-041 | H |
| PTX 1316 | Ad - IBT | | | KY 115042 | |
| PTX 1317 | Ad - HV-R bone cement | | | KY 115070 | |
| PTX 1318 | Ad - HV-R bone cement | | | KY 115075-076 | |
| PTX 1319 | Medco article | | | KY 115083-085 | H |
| PTX 1320 | Video script for Kyphoplasty | | | KY 115086--092 | |
| PTX 1321 | Patient ed. Video | | | KY 115093-115095 | |
| PTX 1322 | VCF Study-patient diary | | | KY 123375-123412 | |
| PTX 1323 | Bone-Clinical consequences of VCFs | | | KY 123652-123661 | |
| PTX 1324 | Letter from Melton to Reiley re kyphoplasty (7/26/94) | | | KY 123799-123809 | |
| PTX 1325 | Letter from Reiley to authors of article - explaining background of kyphoplasty (1/28/03) | | | KY 123835 | |
| PTX 1326 | Handwritten draft of balloon article by Reiley | | | KY 124028-124041 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 1327 | Abstract (Percutaneous Balloon-Plasty) by Reiley | | | KY 124042-124043 | |
| PTX 1328 | Aricle re treatment of VCFs | | | KY 124135-124175 | H |
| PTX 1329 | Handwritten speech by inventor re bone tamps | | | KY 124179-124189 | |
| PTX 1330 | Handwritten speech by inventor re bone tamps | | | KY 124257-124261 | |
| PTX 1331 | Handwritten speech by inventor re background of Kyphon; discusses fact that | | | KY 124271-124280 | |
| PTX 1332 | Notes and slides for slide show re kyphoplasty | | | KY 124444-12474 | |
| PTX 1333 | | | | KY 124458-124573 | ? |
| PTX 1334 | Notes and slides for slide show re kyphoplasty | | | KY 124475-124519 | |
| PTX 1335 | Reiley article re kyphoplasty | | | KY 124520-124526 | |
| PTX 1336 | Abstract (Early Clincal Outcomes with Kyphoplasty) by Reiley et al. | | | KY 124527 | |
| PTX 1337 | Handwritten notes re slide show presentation | | | KY 124574-124593 | |
| PTX 1338 | Article: The Century in Orthopedics - Launching spine care into the next millenium | | | KY 124919-124920 | H |
| PTX 1339 | Article: Vertebral Osteoporosis | | | KY 125045-124048 | H |
| PTX 1340 | Article: Treatment of Osteoporosis in Men | | | KY 125087 | H |
| PTX 1341 | Article: Vertebroplasty and Kyphoplasty | | | KY 125088 | H |
| PTX 1342 | Remedica - Kyphoplasty Case Study | | | KY 125092-125126 | H |
| PTX 1343 | Remedica - Advances in Osteoporosis (Literature Review) | | | KY 125127-125222 | H |
| PTX 1344 | Interview with Reiley re Kyphoplasty | | 3/8/1999 | KY 125534-12537 | H |
| PTX 1345 | The Fracture Line - Kyphon Anniversary | | | KY 125561-125564 | H |
| PTX 1346 | Article: Lunar News - Vertebral Fracture article | | | KY 125646-125674 | H |
| PTX 1347 | Article: Osteoporosis: Evaluation and Treatment | | | KY 125894-125900 | H |
| PTX 1348 | Article: Minimally Invasive Treatments of Osteoporotic VCF | | | KY 125902-125910 | H |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1349 | Equity research report re Kyphon stocks | | 9/12/2002 | KY 133396-133400 | H |
| PTX 1350 | Presentation to BOD re Kyphon 2004 sales by Tony Recupero | | | KY 133401-133416 | |
| PTX 1351 | Presentation re 2003 product launch; training; competitive products | | | KY 133774- 13799 | |
| PTX 1352 | BOD meeting presentation re sales & marketing performance for year 2000 | | 2/7/2001 | KY 133800-133811 | |
| PTX 1353 | Notes on references re spine fracture and cancer and population affected | | | KY 135320 -135323 | H |
| PTX 1354 | 8/22/02 news release re Kyphon's patent sublicense agreement with Bonutti Research Inc., for exclusive right to 23 U.S. patents issued to Bonutti | | 8/22/2002 | KY 135533-135538 | |
| PTX 1355 | Myers, "Surgical interventions for vertebral compression fractures: an update on procedures and outcomes" (manuscript) | | | KY 135566-135618 | H |
| PTX 1356 | Presentation re Kyphon business opportunities, including detailed list of other companies' technologies and R&D status | | | KY 137996-138025 | |
| PTX 1357 | Presentation re Kyphon business development strategy | | | KY 138026- 138032 | |
| PTX 1358 | Product descriptions for KyphX Bone Access System, IBT, Inflation Syringe, and BFD | | | KY 138041 | |
| PTX 1359 | Report on DOT SBone Expander [multiple copies] | | | KY 139022 -139029 | |
| PTX 1360 | New products (Advanced OIS, HV-R, BBD) sales in US, 2/03-10/03 | | | KY 139795-139811 | |
| PTX 1361 | Presentation re accessible VCF market opportunity | | | KY 139812-139814 | |
| PTX 1362 | Marketing advisory board meeting presentation, 2/23/04 [multiple copies] | | | KY 139825-140134 | |
| PTX 1363 | Equity research report re Interpore Cross International and US spine market | | | KY 140201-140241 | H |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1364 | Company meeting presentation re annual revenue, sales, strategic plans, 1/15/02 [multiple copies] | | | KY 141901-141960 | |
| PTX 1365 | Company overview re DOT and its SBone Expander System and B-Twin Expandable Spinal System | | | KY 141964-141970 | |
| PTX 1366 | Review of competitive activities, 1/03 - 9/03 [2 copies] | | | KY 142055-142072 | |
| PTX 1367 | DOT B-Twin Expandable Spinal System brochure | | | KY 142073-142086 | |
| PTX 1368 | Review of competitive activities for Q1 2004; "New VCF players move beyond void creation. Disc-O-Tech 510(k) clearance for the SBone Expander in Jan 2004. Amond the claims made by the Company are height restoration and reconstruction of the vertebral body to pre-collapse shape" | | | KY 142117-142162 | |
| PTX 1369 | Marketing advisory board meeting presentation | | 8/25/2003 | KY 145193-145198 | |
| PTX 1370 | Script for a speech given by Talmadge at a dedication ceremony for Kyphon's Sunnyvale facility | | 04/00/2004 | KY 145501 | |
| PTX 1371 | Memo re DOT booth at AAOS meeting, noting that Sproduct was demonstrated to physicians by booth personnel, author unknown | | 3/10/2004 | KY 150797 | H |
| PTX 1372 | Information re DOT's Sky Expander and comparison with balloon Kyphoplasty | | | KY 150798 | |
| PTX 1373 | DOT flyer for SExpander | | | KY 150799 | |
| PTX 1374 | 510(k) clearance letter for DOT's B-Twin Bone Expander System, 12/17/03 | | | KY 150803-150807 | |
| PTX 1375 | 510(k) clearance letter for DOT's SBone Expander System | | 1/28/2004 | KY 150863-150867 | |
| PTX 1376 | Cease & desist letter from Richard Mott to Dr. Motti Beyar of DOT re Kyphon's '888, '404, '043, and '110 patents | | 3/3/2004 | KY 151403 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1377 | Fax from Motti Beyar of DOT to Richard Mott re potential collaboration | | 10/22/2002 | KY 151407 | |
| PTX 1378 | DOT brochure/flyer re SBone Expander System, page 1 | | | KY 151410 | |
| PTX 1379 | DOT brochure/flyer re SBone Expander System, page 2 | | | KY 151413 | |
| PTX 1380 | Kyphon strategic marketing focus group video (evidence for initial skepticism) | | | KY 152400-152407 | H, R, P |
| PTX 1381 | DOTs Bone Expander System movie | | | KY 152404 | |
| PTX 1382 | Letter from James Gleason of R & M Distributing to Dr. Kimball Fuiks promoting SBone Expander System | | 6/8/2004 | KY 152404 | H |
| PTX 1383 | Letter from James Gleason of R & M Distributing to Dr. Kimball Fuiks promoting SBone Expander System | | 6/8/2004 | KY 152436 | H |
| PTX 1384 | 510(k) clearance letter for SBone Expander System | | 5/12/2004 | KY 152437-152441 | |
| PTX 1385 | Kyphon US sales regions | | 1/00/2003 | KY 153220-153233 | |
| PTX 1386 | Presentation re VCF and balloon Kyphoplasty, incl. case studies | | | KY 153613-153628 | |
| PTX 1387 | Presentation -- "July 2, 2003 Leadership Council Meeting" | | | KY 154159-154183 | |
| PTX 1388 | Marketing materials for IBT and use in treating VCF, HV-R, and Mixer | | | KY 154292 - 154359 | |
| PTX 1389 | Presentation -- "Kyph 101 -- Marketing & Professional Education" by Julie Tracy, 2004 | | | KY 155515 - 155519 | |
| PTX 1390 | Presentation -- "Kyph 101 -- Marketing & Professional Education" by Julie Tracy | | 2004 | KY 155526 - 155540 | |
| PTX 1391 | Valuation report of Kyphon, provided by ThinkEquity, 6/20/03 | | | KY 155526-155240 | |
| PTX 1392 | Valuation report of Kyphon, provided by ThinkEquity, 10/15/03; 10/28/03; 10/30/03 | | | KY 155549 - 155559 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 1393 | Valuation report from Michael Bilich, ASA and Hans Schroeder Bilich Associates, to Karen Talmadge re "the Fair Market Value of Kyphon" | | 1/30/2004 | KY 155597 - 155628 | |
| PTX 1394 | Presentation by Richard Mott: "Turning Vision into Action, a story of momentum" (incl. financial data, market data, etc.) | | | KY 155768 - 155837 | |
| PTX 1395 | Presentation (to potential investors?), incl. market data, summary of Kyphon technologies, clinical data, and financial data | | | KY 155838 - 155872 | |
| PTX 1396 | Presentation, incl. market data, summary of Kyphon technologies, clinical data, and financial data | | | KY 155873 - 155914 | |
| PTX 1397 | Report entitled "The interventional pain management community as a target pool for Kyphoplasty" | | | KY 156196-156260 | |
| PTX 1398 | Presentations by Richard Mott and Jeffrey Kaiser at Health Care Conference | | | KY 156538-156540 | |
| PTX 1399 | Presentation -- "New Heights in Fracture Management" (incl. market, financial data) | | | KY 158089 - 158129 | |
| PTX 1400 | Presentation -- "New Heights in Fracture Management" (incl. market, financial data) | | | KY 159326 - 159355 | |
| PTX 1401 | Monitoring report from Video Monitoring Services re mentions of Kyphon on TV stations, 4/09-4/12/04 | | | KY 159741 | H, R, P |
| PTX 1402 | Equity research report re Kyphon's stocks | | 3/26/2004 | KY 159747-159782 | |
| PTX 1403 | Equity research report re Kyphon's stocks | | 4/5/2004 | KY 161832 - 161838 | |
| PTX 1404 | Marketing materials for KyhpX Express IBT and KyphX Latitude Curette | | | KY 162732 - 162737 | |

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1405 | List of "surgeons using the KyphX balloon" [2 versions] | | | KY 162833 - 162836 | |
| PTX 1406 | DOT's agenda for "Workshop -- B-Twin Spinal Systems Fusion & Kyphoplasty" at EuroSpine 2003 meeting, Prague | | 10/2/2003 | KY 163400-163403 | |
| PTX 1407 | HealthPoint Spine Industry Summit information brochure | | 10/9/2003 | KY 163555 | |
| PTX 1408 | Photographs of DOT products, incl. SBone Expander (163677-78; 163680; 163682) and B-Twin (163692); chart showing diameters of expanded vs. reduced configuration (163690). | | | KY 163650 - 163652 | |
| PTX 1409 | Balloon Kyphoplasty Fact Sheet | | 2000 | KY 163673-163692 | |
| PTX 1410 | Balloon Kyphoplasty Fact Sheet | | 2000 | KY 165005 - 165006 | |
| PTX 1411 | Presentation re Kyphon | | 2003 | KY 165557-165560 | ? |
| PTX 1412 | Kyphon stock offering presentation | | 2002 | KY 165570-165590 | |
| PTX 1413 | Presentation by Fuld & Co. | | 2002 | KY 165764 - 165813 | H, ? |
| PTX 1414 | Presentation by Fuld & Co. | | 2002 | KY 165817 - 165844 | H, ? |
| PTX 1415 | Prsentation re Kyphoplasty, incl case data | | | KY 165848-165854 | |
| PTX 1416 | Presentation by Dr Steven Garfin -- "Kyphoplasty for pathological vertebral body compression fractures" | | | KY 166298 - 166312 | H |
| PTX 1417 | Presentation by Dr Steven Garfin -- "Kyphoplasty for pathological vertebral body compression fractures" | | | KY 166313 - 166325 | H |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1418 | Presentation -- "Clinical update" | | 2002 | KY 166578-166581 | ? |
| PTX 1419 | Presentation by Julie Tracy -- "Marketing and Professional Education" | | 2004 | KY 168128 - 168139 | |
| PTX 1420 | Presentation by Mary Wheeler -- "Corporate Marketing," showing 2003 | | | KY 168143-168157 | |
| PTX 1421 | Marketing material re IBT (showing steps) | | | KY 168158 - 168159 | |
| PTX 1422 | Letter forwarding sales agreement with Hartford Hospital | | 4/11/2002 | KY 168176 - 168177 | |
| PTX 1423 | Letter forwarding sales agreement with Hospital for Special Surgery | | 4/15/2004 | KY 168178 - 168182 | |
| PTX 1424 | Letter forwarding sales agreement with Hospital for Special Surgery | | 4/15/2004 | KY 168832-168833 | |
| PTX 1425 | Presentation entitled "The downward spiral, consequences of vertebral compression fractures" | | | KY 173987-174018 | |
| PTX 1426 | Medical Devices ThinkPiece | | 1/9/2004 | KY 177482 - 177489 | H |
| PTX 1427 | Equity research report re Kyphon | | 4/5/2004 | KY 177548 - 177474 | |
| PTX 1428 | Presentation by Mott re Kyphon's future | | | KY 177602 - 177611 | |
| PTX 1429 | Kyphon business plan | | | KY 180490-180510 | |
| PTX 1430 | Board minutes and business plan | | 10/00/2000 | KY 182190-182202 | |
| PTX 1431 | Kyphon external and internal review re market plans | | | KY 188080-188093 | |
| PTX 1432 | Manuscript re Kyphoplasty | | | KY 188439-188447 | ?, H |
| PTX 1433 | "A qualitativ review of the likelihood of physicians referring patients for Kyphoplasty" | | 06/00/02 | KY 218948 - 218987 | H |
| PTX 1434 | Competitive information | | | KY 223077-223093 | |
| PTX 1435 | Competitive playbook DOT & Spineology | | 07/00/04 | KY 228327 - 228408 | |
| PTX 1436 | projections/assumptions/income statemets | | | KY 232234-232277 | ? |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1437 | FDA Meeting minutes | | | KY 232351-232400 | |
| PTX 1438 | New product sales | | | KY 232921-233025 | ? |
| PTX 1439 | Competitor database | | | KY 235355 - 235362 | |
| PTX 1440 | Financial/income statements | | | KY 235847-235954 | |
| PTX 1441 | Market models | | | KY 236025-236047 | ? |
| PTX 1442 | Balloon catheter development valuations | | | KY 242713 - 242719 | |
| PTX 1443 | Kyphoplasty surgical techniques guide | | | KY 245258 - 245341 | |
| PTX 1444 | Balloon research team topics | | | KY 246826 - 246837 | |
| PTX 1445 | Memos to balloon team project file | | | KY 246838 - 246846 | |
| PTX 1446 | from "Notes/Arie's" folder | | | KY 258503 - 285158 | |
| PTX 1447 | Memo from Bob to Karen re "further balloon studies" | | 6/23/1997 | KY 253269-253270 | |
| PTX 1448 | Talmadge 1995-1997 letters to doctors re proposal of studies and requests for funding | | | KY 253271 - 253278 | |
| PTX 1449 | Talmadge 1995-1997 letters to doctors re proposal of studies and requests for funding | | | KY 253309 | |
| PTX 1450 | 1997 correspondence re potential collaboration | | | KY 253315 - 253316 | |
| PTX 1451 | 1997 letter to Isador Lieberman re potential collaboration | | | KY 253323 - 253324 | |
| PTX 1452 | Kyphon road show presentation | | | KY 253367 - 253410 | |
| PTX 1453 | Market assessment model | | | KY 254091-254128 | ? |
| PTX 1454 | 2002 Goals and Objectives | | | KY 258903-258925 | |
| PTX 1455 | Kyphon 2003 marketing plan | | | KY 2595-2597 | |
| PTX 1456 | 2203 & 2003 Monthly reports | | | KY 260690 - 260724 | |
| PTX 1457 | Draft kyphoplasty surgical techniques guide | | 9/00/1999 | KY 2607-2632 | |
| PTX 1458 | Email regarding information packets | | | KY 261373 - 261414 | ? |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1459 | Information packets | | | KY 2648 | ? |
| PTX 1460 | Surgeon interested in training IBT | | | KY 2649 | |
| PTX 1461 | Kyphon new products summary | | | KY 265159 - 265228 | |
| PTX 1462 | Rhyne III et al., "Kyphoplasty: Report of eighty-two thoracolumbar osteoporotic vertebral fractures" (May/June 2004) | | | KY 268200 - 268269 | |
| PTX 1463 | Gen IB design history file | | | KY 2733-2739 | |
| PTX 1464 | Excised vertebral body study | | | KY 2740-2745 | |
| PTX 1465 | Balloon rupture rate data - test reports | | | KY 2746-2747 | |
| PTX 1466 | Training and brochure items | | | KY 2749-2751 | |
| PTX 1467 | Balloon ruputre rate data - test reports | | | KY 2758-2760 | |
| PTX 1468 | Files from "Notes/Arie's Folder | | | KY 285053 - 285158 | |
| PTX 1469 | Articles re Kyphoplasty | | | KY 285209 - 285373 | H, Multiple |
| PTX 1470 | Ortiz et al., "Kyphoplasty" (12/02) | | | KY 285215 - 285221 | H |
| PTX 1471 | Phillips et al., "Early radiographic and clinical results of balloon kyphoplasty for the treatment of osteoporotic vertebral compression fractures | | | KY 285222 - 285232 | H |
| PTX 1472 | Boszczyk et al., "Expanded range of application of kyphoplasty for stabilization of osteoporotic spinal fracture" (2002) | | | KY 285222 - 285232 | H |
| PTX 1473 | Bono, "Vertebral compression fractures: What time destroys, methylmethacrylate may mend" (02/03) | | | KY 285240 - 285247 | H |
| PTX 1474 | Foster, "New Hope" (undated one-page article; source unclear) | | | KY 285265 - 285276 | H |
| PTX 1475 | "Innovative procedure saves woman's independence" (Kyphon's promotional material; undated) | | | KY 285277 - 285279 | H |
| PTX 1476 | "Balloon Kyphoplasty: Treatment for spine fractures" (Kyphon's promotional material; undated) | | | KY 285293 | H |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1477 | Collalto, "Special procedure treats compression fractures" (undated) | | | KY 285294 | H |
| PTX 1478 | "South Suburban offers high-tech treatment for osteoporosis" (looks like some kind of announcement by the hospital) | | | KY 285295 | H |
| PTX 1479 | Grand Forks Herald article, "Health: Altru offers relief for back pain; Kyphoplasty helps people with compression fractures of the spine, commonly caused by osteoporosis" (9/28/03) | | | KY 285296 | H |
| PTX 1480 | The Patriot Ledger article, "Spine tuning, Kyphoplasty is new technique for painful vertebral fractures" (7/29/03) | | | KY 285305-285308 | H |
| PTX 1481 | "New Jersey Spine Center at BMC performed first kyphoplasty procedure" (article by BMC Spine Center; undated; almost illegible) | | | KY 285310 - 285312 | H |
| PTX 1482 | Pittsburgh Senior News article, "KyphX balloon treats osteoporosis" (undated) | | | KY 385313 | H |
| PTX 1483 | PR Newswire article, "William Blair & Company initiates coverage of Kyphon Inc. with outperform rating" (4/21/04) | | | KY 285318-285319 | H |
| PTX 1484 | Milwaukee Journal Sentinel article, "Kyphon standing tall; Street smart; Kyphon standing tall, stock analyst says; Its balloon technology has an application for spinal osteoporosis" (5/23/04) | | | KY 285320 - 285322 | H |
| PTX 1485 | Pittsburgh Post-Gazette article, "Pondering back surgery? Consider these alternatives" (6/8/04) | | | KY 285329 - 185330 | H |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO. OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1486 | Orthovita press release, "Orthovita completes patient enrollment in U.S. pilot clinical study of CORTOSS in vertebral compression fractures using the kyphoplasty technique" (6/9/04) | | | KY 285336 | H |
| PTX 1487 | Kyphon press release, "Spine Society of Europe honors poster on balloon kyphoplasty" (6/9/04) | | | KY 285333 - 385335 | |
| PTX 1488 | Investor's Business Daily article, "Bone repair expert boasts meaty growth" (6/17/04) | | | KY 285336 - 385338 | H |
| PTX 1489 | Albuquerque Journal article, "Procedure repairs spinal fractures from osteoporosis" | | | KY 285339 - 385341 | H |
| PTX 1490 | El Paso Times article, "Easing back pain; Try therapy, other options before having | | | KY 285342 | H |
| PTX 1491 | Deseret Morning News article, "Radiologist can treat spinal woes" (7/9/04) | | | KY 285343 - 285345 | H |
| PTX 1492 | Times-Picayune article, "Medical balloons ease fracture pain; Procedure restores bone to original shape" (7/11/04) | | | KY 285346 - 285348 | H |
| PTX 1493 | Investor's Business Daily article, "New America Spotlight: Thanks to the FDA, it gets a selling boost" (7/14/04) | | | KY 285349 - 285350 | H |
| PTX 1494 | The Ledger article, "Height loss; Osteoporosis, degenerative disease or scoliosis can be factors" (7/25/04) | | | KY 285351 - 285352 | H |
| PTX 1495 | St. Louis Post-Dispatch article, "Procedure can treat osteoporotic fractures" (8/2/04) | | | KY 285353 - 285355 | H |
| PTX 1496 | Kyphon press release, "Kyphon reports second quarter 2004 financial results" (8/4/04) | | | KY 285356 - 285358 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1497 | Kyphon press release, "Kyphon Inc. and balloon kyphoplasty to be featured on American Health Radio on Monday, October 4, 2004" (9/30/04) | | | KY 285361 - 285362 | |
| PTX 1498 | Business Wire article, "Fracture management products leading growth in the $4.7 billion U.S. osteoporosis market, according to a new analysis from Health Research International" (9/13/04) (source:Medtech Insight) | | | KY 285363 - 285367 | H |
| PTX 1499 | Email re SKy v. Kyphon | | | KY 285368 - 285369 | |
| PTX 1500 | Disease state overview - Osteoporotic Compression Fractures | | | KY 2965-3014 | H |
| PTX 1501 | Ltr re approval for controlled study of bone tamp | | | KY 3140 | |
| PTX 1502 | Balloon study in fresh cadavers | | | KY 3141 | |
| PTX 1503 | Investigations re effects of PMMA cement on spinal cord temps | | | KY 3143-3146 | |
| PTX 1504 | Cadaver study | | | KY 3152-3153 | |
| PTX 1505 | Ltr re cadaver study | | | KY 3182 | |
| PTX 1506 | Ltr re preclinical work | | | KY 3183 | |
| PTX 1507 | Ltr re cadaver (thoracic spine) | | | KY 3184 | |
| PTX 1508 | Ltr re vertebralplasty technique | | | KY 3188 | |
| PTX 1509 | Study proposal for review | | | KY 3190 | |
| PTX 1510 | Dr. Ross Wilkens materials (work in cementation) | | | KY 3192-3220 | H, Multiple |
| PTX 1511 | Clinical consultants materials | | | KY 3221-3383 | H, Multiple |
| PTX 1512 | The Mechanics of Balloons Moving Bones | | | KY 3384-3386 | |
| PTX 1513 | Self or seminar training records and action request forms | | | KY 3433-3440 | |
| PTX 1514 | Background on Vertebroplasty from Cheryl Miller | | | KY 34529-34710 | |
| PTX 1515 | February 2004 Financials | | | KY 34711-35054 | |
| PTX 1516 | Consolidation January 2004 Kyphon Europe | | | KY 35056-5057 | |
| PTX 1517 | Balance sheet comparative | | | KY 35058-5074 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1518 | Arthroscopic Reduction of Tibial Plateau Depression Fractures sheet from K Talmadge | | | KY 35093 | |
| PTX 1519 | Excised vertebral body study | | | KY 3567-3571 | |
| PTX 1520 | Premarket Notification 510(K) Submission KyphX HV-R Book 1 of 5 (tabs 1-15) | | | KY 35810-36188 | |
| PTX 1521 | Premarket Notification 510(K) Submission KyphX HV-R Book 2 of 5 (appendices A1-A15: Performance Test Reports) | | | KY 36189-6659 | |
| PTX 1522 | Protocol for a radiopaque bone void filler | | | KY 3635-3660 | |
| PTX 1523 | Evaluation of a radiopaque bone void filler | | | KY 3661-3669 | |
| PTX 1524 | Premarket Notification 510(K) Submission KyphX HV-R Book 3 of 5 (appendices B1-B11: Biocompatibility Reports appendix C: Finite Element Analysis) | | | KY 36660-6902 | |
| PTX 1525 | Sites of IBT courses | | | KY 3670-3675 | |
| PTX 1526 | Disease state overview - Osteoporotic Compression Fractures | | | KY 3676-3697 | |
| PTX 1527 | Premarket Notification 510(K) Submission KyphX HV-R Book 4 of 5 (Appendix D: Kyphon Post-market Clinical Study Outcomes Report) | | | KY 36903-37308 | |
| PTX 1528 | Net worth of Kyphon | | | KY 3721-3723 | |
| PTX 1529 | KyphoPak First Fracture materials | | | KY 3729-3730 | |
| PTX 1530 | A Lethal Pulmonary Embolism During Percutaneous Vertebroplasty | | | KY 37417-7419 | |
| PTX 1531 | Percuntaneous Vertebroplasty for Osteolytic Metastases and Myeloma | | | KY 37471-7475 | |
| PTX 1532 | Percuntaneous Vertebroplasty | | | KY 37476-7488 | |
| PTX 1533 | Percuntaneous Vertebroplasty w/ acrylic cement in the treatment of osteoporotic vertebral crush | | | KY 37502-7505 | |
| PTX 1534 | Percuntaneous Vertebroplasty w/ Polymethylmethacrylate | | | KY 37506-7519 | |
| PTX 1535 | Percuntaneous Vertebroplasty | | | KY 37520-7522 | |
| PTX 1536 | Percuntaneous Vertebroplasty | | | KY 37532-7540 | |