Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1537 | Percuntaneous Vertebroplasty of the cervico-dorsal junction by anterior route | | | KY 37565-7576 | |
| PTX 1538 | Percuntaneous vertebroplasty and kyphoplasty for painful vertebral body fractures | | | KY 37602-7611 | |
| PTX 1539 | Percutaneous pediculoplasty | | | KY 37617-7621 | |
| PTX 1540 | The Downward Spiral of Vertebral Osteoporosis: Consequences | | | KY 37669-37712 | |
| PTX 1541 | Radicular pain after vertebroplasty | | | KY 37948-7952 | |
| PTX 1542 | Balloon kyphoplasty | | | KY 38000-8006 | |
| PTX 1543 | 2003-2004 GM Analysis | | | KY 381452 | |
| PTX 1544 | 2003-2004 GM Analysis | | | KY 381453 | |
| PTX 1545 | Perc. Vert.: treatment | | | KY 38166-8172 | |
| PTX 1546 | Perc. Vert.: long-term clinical and radiological outcome | | | KY 38173-8177 | |
| PTX 1547 | Clinical results of balloon kyphoplasty for the treatment of osteoporotic VCF | | | KY 38202-8209 | |
| PTX 1548 | Dose-dependent epidural leakage of Polymethylmehtacrylate after perc. Vert. | | | KY 38241-8246 | |
| PTX 1549 | Occurrence of new vert. body fracture after perc. Vert. in patients w/ osteoporosis | | | KY 38349-8354 | |
| PTX 1550 | Perc. Vert. for osteoporotic compression fractures | | | KY 38434-8520 | |
| PTX 1551 | Ltr to Richard Murdock re warning ltr to Kyphon | | | KY 38523-8525 | |
| PTX 1552 | Ltr from Richard Murdock enclosing copy of slide presentation | | | KY 38526-8569 | |
| PTX 1553 | Ltr to KT re marketing of device | | | KY 38570-8572 | |
| PTX 1554 | KyphX IBT indications for use | | | KY 38573 | |
| PTX 1555 | Misc KyphX materials | | | KY 38574-8577 | |
| PTX 1556 | KyphX IBT summary of safety and effectiveness | | | KY 38578-8580 | |
| PTX 1557 | FDA materials | | | KY 38615-8750 | |
| PTX 1558 | 2003-2004 GM Analysis | | | KY 386625 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1559 | 2003-2004 GM Analysis | | | KY 386706-386717 | |
| PTX 1560 | Kyphon Price List | | | KY 386718 - 386721 | |
| PTX 1561 | | | | KY 386731 - 386733 | ? |
| PTX 1562 | Photos showing early research at Surgical Dynamics, dated 8/1988 | | | KY 386734 - 386738 | |
| PTX 1563 | News article re DOT | | 8/00/1988 | KY 386734-386738 | |
| PTX 1563 | News article re DOT | | 8/00/1988 | KY 386734-386738 | H |
| PTX 1564 | News article re DOT | | | KY 386739 - 386740 | H |
| PTX 1565 | News article re DOT | | | KY 386830 - 386832 | H |
| PTX 1566 | Kyphon-BRI sublicense agreement | | | KY 386833 - 386372 | |
| PTX 1567 | Kyphon-Sanatis agreement | | | KY 386873 - 386957 | |
| PTX 1568 | Memo to Sales re vertebroplasty information | | | KY 38758-8772 | |
| PTX 1569 | Synthes materials | | | KY 38773-8794 | |
| PTX 1570 | 2003 Financial and operations summary | | | KY 38857-8881 | |
| PTX 1571 | Faculty and lease, reimbursement, etc. data sheets | | | KY 38903-8908 | |
| PTX 1572 | IBT Product Launch Information | | | KY 38909-39087 | |
| PTX 1573 | IBT Product Launch Information | | | KY 39105-39123 | |
| PTX 1574 | Kyphon's Business Development | | | KY 39105-9123 | |
| PTX 1575 | Kyphon's Business Development | | | KY 39124-39205 | |
| PTX 1576 | Clinical section of HV-R, Osteoporosis | | | KY 39124-9205 | |
| PTX 1577 | Marketing material re compression fracture mgmt | | | KY 39206-9337 | |
| PTX 1578 | BHAG book review | | | KY 3932-3943 | H |
| PTX 1579 | VCF Market Assessment Model (World) | | | KY 39350-9363 | |
| PTX 1580 | VCF Market Assessment Model (The Americas) | | | KY 39364-9368 | |
| PTX 1581 | VCF Market Assessment Model (The Americas) | | | KY 39369-39376 | |
| PTX 1582 | VCF Market Assessment Model (Europe) | | | KY 39369-9376 | |
| PTX 1583 | VCF Market Assessment Model (Asia) | | | KY 39377-9382 | |
| PTX 1584 | VCF Market Assessment Model (Africa) | | | KY 39383-9390 | |
| PTX 1585 | BHAG Book List of Assumptions | | | KY 39391-9397 | H |
| PTX 1586 | Syracuse cadaver study | | | KY 39402-9413 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1587 | UMAB Cadaver Study | | | KY 39414-9416 | |
| PTX 1588 | Instructions for use: IBT | | | KY 39417-9424 | |
| PTX 1589 | Cement system file | | | KY 3947-3953 | ? |
| PTX 1590 | Bone paste file | | | KY 39543-9547 | ? |
| PTX 1591 | Cement gun file | | | KY 39548-9552 | ? |
| PTX 1592 | Cement study materials | | | KY 39553-9565 | ? |
| PTX 1593 | Marketing brochure materials | | | KY 39575-9587 | |
| PTX 1594 | VCF Market Assessment Model (Pacific Islands) | | | KY 3989-4014 | |
| PTX 1595 | Self or seminar training records | | | KY 39KY 398-9401 | |
| PTX 1596 | Kyphon product list | | | KY 4031 | |
| PTX 1597 | KyphX brochure materials | | | KY 4032 | |
| PTX 1598 | KyphX brochure materials | | | KY 4033-4051 | |
| PTX 1599 | Laboratory Notebook for Ryan Boucher 9/6/00 | | | KY 41377-41383 | |
| PTX 1600 | Laboratory Notebook for Ryan Boucher 12/16/99 | | | KY 41489-51559 | |
| PTX 1601 | Laboratory Notebook for Michael Reo 1/8/97 | | | KY 4228-4253 | |
| PTX 1602 | Laboratory Notebook for Robert Scribner 1/8/97 | | | KY 42391-42508 | |
| PTX 1603 | Balloon drawings | | | KY 4260-4265 | |
| PTX 1604 | Misc FDA materials | | | KY 42646-2656 | |
| PTX 1605 | Misc FDA - Numed, Inc. and general submission papers | | | KY 42935-3178 | |
| PTX 1606 | Misc FDA - Advanced Cardiovascular Systems (1985) | | | KY 43392-3408 | |
| PTX 1607 | Ltr re controlled study to evaluate the performance of IBT | | | KY 4421-4426 | |
| PTX 1608 | Misc FDA - Simplex P (1984) | | | KY 44303-44321 | |
| PTX 1609 | Methods of fixations (bone fillers) | | | KY 4432 | |
| PTX 1610 | Surgical Simplex materials | | | KY 44330-44486 | |
| PTX 1611 | 510(K) Premarket Notification Submission | | | KY 4433-4628 | |
| PTX 1612 | KyphX Osteo Access System - Instructions for Use | | | KY 44489-44491 | |
| PTX 1613 | 510(k) Premarket Notification Submission - KyphX Inflatable Bone Tamp | | | KY 44500-4655 | |
| PTX 1614 | Misc FDA forms | | | KY 44656-4692 | |
| PTX 1615 | Misc 510(k) submission materials | | | KY 45065-5204 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1616 | Vertebroplasty in the Mid and Upper Thoracic Spine | | | KY 45208-5215 | H |
| PTX 1617 | Vertebroplasty: Clinical Experience and Follow-up Results | | | KY 45277-45281 | H |
| PTX 1618 | Percutaneous Vertebroplasty Treatment of Steroid-Induced Osteoporotic Compression Fractures | | | KY 45282-45286 | H |
| PTX 1619 | Vertebroplasty a simple solution to a difficult problem | | | KY 45309-5315 | H |
| PTX 1620 | Article: Vertebroplasty in patients w/ severe vertebral compression fractures | | | KY 45319-5327 | H |
| PTX 1621 | Vertebroplasty in patients w/ severe vertebral compression fractures | | | KY 45341-45344 | H |
| PTX 1622 | Percutaneous Vertebroplasty for Severe Osteoporotic | | | KY 45357-5363 | H |
| PTX 1623 | Percutaneous Vertebroplasty Treatment of Painful VCFs | | | KY 45364-45370 | H |
| PTX 1624 | Percutaneous Vertebroplasty: A New Technique for Treatment of Painful Compression Fractures | | | KY 45371-45376 | H |
| PTX 1625 | Percutaneous vertebroplasty: long-term clinical and radiological outcome | | | KY 45377-45381 | H |
| PTX 1626 | Percutaneous vertebroplasty: New Treatment for VCFs | | | KY 45382-45386 | H |
| PTX 1627 | Percutaneous Vertebroplasty in the Mgmt of Osteoporotic VCFs | | | KY 45454-45460 | H |
| PTX 1628 | Balloon Vertebroplasty w/ Calcium Phosphate Cement Augmentation for Direct Restoration of Traumatic Thoracolumbar Vertebral Fractures | | | KY 45474-45480 | H |
| PTX 1629 | Is Percutaneous Vertebroplasty Augmentation Effective Treatment for Painful Vertebral Fractures? | | | KY 45481-5483 | H |
| PTX 1630 | Current Medical, Rehabilitation, and Surgical Mgmt of VCFs | | | KY 45506-5515 | H |
| PTX 1631 | Leakage of cement in percuntaneous transpedicular vertebroplasty for painful osteoporotic compression fractures | | | KY 45516-45522 | H |
| PTX 1632 | Percutaneous Vertebroplasty: A to Z | | | KY 45523-45538 | H |
| PTX 1633 | Vertebroplasty and Kyphoplasty in 2001 | | | KY 45523-5538 | H |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1634 | Article: Vertebroplasty and Kyphoplasty in 2001 | | | KY 45650-5652 | H |
| PTX 1635 | Kyphoplasty employs bone balloon to correct kyphosis due to fractures | | | KY 45681-45685 | H, R, P |
| PTX 1636 | Kyphoplasty first line for compression fractures | | | KY 45686-45687 | H |
| PTX 1637 | Clinical and Radiographic Results of Balloon Kyphoplasty | | | KY 45726-45733 | H |
| PTX 1638 | Percutaneous balloon kyphoplasty for the correction of spinal deformity in painful vertebral body compression fractures | | | KY 45782-45787 | H |
| PTX 1639 | Expanded Range of Application of Kyphoplasty for Stabilization of Osteoporotic Spinal Fracture | | | KY 45961-45978 | H |
| PTX 1640 | Kyphoplasty in the treatment of vertebral fractures secondary to multiple myeloma | | | KY 46007 | H |
| PTX 1641 | Kyphoplasty minimally invasive vertebral compression fracture repair | | | KY 46008-46019 | H |
| PTX 1642 | Outcomes of Balloon Kyphoplasty in a Retrospective Study | | | KY 46076-46077 | H |
| PTX 1643 | Article: Vertebroplasty: Current Data and Future Potential | | | KY 46181-6185 | H |
| PTX 1644 | Vertebroplasty: Current Data and Future Potential | | | KY 46254-46258 | H |
| PTX 1645 | Percutaneous Vertebroplasty: State of the Art | | | KY 46259-46272 | H |
| PTX 1646 | Percutaneous Vertebroplasty w/ Acrylic cement in the treatment of osteoporotic vertebral crush fracture syndrome | | | KY 46286-6291 | H |
| PTX 1647 | Percutaneous Vertebroplasty w/ Polymethacrylate | | | KY 46292-6292 | H |
| PTX 1648 | Percutaneous Vertebroplasty: a novel treatment for acute vertebral fractures | | | KY 46303-6316 | H |
| PTX 1649 | Vertebroplasty outcomes in 225 patients | | | KY 46317-6319 | H |
| PTX 1650 | Kyphoplasty: Preliminary Results | | | KY 46367-6368 | H |
| PTX 1651 | Article: Kyphoplasty: Preliminary Results | | | KY 46369 | H |
| PTX 1652 | VCF: Pain Reduction | | | KY 46370-46376 | H |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1653 | Bone Substitutes in Vertebroplasty | | | KY 46396 | H |
| PTX 1654 | Kyphon's Spinal Fracture System: A Great Commercial Opportunity | | | KY 46445-6453 | |
| PTX 1655 | Kyphon's Spinal Fracture System: A Great Commercial Opportunity | | | KY 51257-1318 | |
| PTX 1656 | Kyphon term sheets and financials including capitalization and valuation materials | | | KY 51319-1523 | |
| PTX 1657 | Misc FDA correspondence 2/10/98 | | | KY 51596-1640 | |
| PTX 1658 | K981521 FDA correspondence | | | KY 51641-1718 | |
| PTX 1659 | K01024 FDA correspondence | | | KY 51719-1751 | |
| PTX 1660 | FDA Device Listing | | | KY 51752-1875 | |
| PTX 1661 | FDA Registration materials (Sunnyvale) | | | KY 51876-1949 | |
| PTX 1662 | 510(K) letters to file with miscellaneous patents | | | KY 52126-2281 | |
| PTX 1663 | Laboratory Notebook for Ryan Boucher 12/1/97 | | | KY 53465-53580 | |
| PTX 1664 | Laboratory Notebook for Ryan Boucher | | | KY 53691-53804 | |
| PTX 1665 | Laboratory Notebook for Mike Reo 5/28/98 | | | KY 53805-53885 | |
| PTX 1666 | Laboratory Notebook for Robert Scribner 9/17/99 | | | KY 54280-54281 | |
| PTX 1667 | Laboratory Notebook for Karen Talmadge | | | KY 54282-54284 | |
| PTX 1668 | Bone cement materials incl guidance for industry and FDA document | | | KY 5649-5798 | |
| PTX 1669 | Disc balloon materials incl test and drawings | | | KY 5799-5926 | |
| PTX 1670 | UC Berkeley study outline | | | KY 5927-5975 | H |
| PTX 1671 | Beth Israel materials | | | KY 5994-6109 | H, Multiple |
| PTX 1672 | Kyphon materials | | | KY 6110-6372 | ?, Multiple |
| PTX 1673 | Misc FDA materials | | | KY 61972-62293 | |
| PTX 1674 | Dr. Chiras agreement materials | | | KY 6518-6542 | |
| PTX 1675 | Balloon reduction radial FX's color graphics | | | KY 6751-6819 | |
| PTX 1676 | Prospective study to evaluate performance of IBT | | | KY 6836-6840 | |
| PTX 1677 | Prospective study to evaluate performance of IBT | | | KY 6859-6868 | |
| PTX 1678 | University test materials | | | KY 6869-6932 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 1679 | IBT Technology Course materials | | | KY 72086-72139 | |
| PTX 1680 | Saving Your Aching Back and Neck: A Patient's Guide | | | KY 72140-72335 | H |
| PTX 1681 | Spine Glossary | | | KY 72336-2350 | |
| PTX 1682 | Spine Education Specialist Training Binder | | | KY 72351-2403 | |
| PTX 1683 | Israel Contract | | | KY 72417 | |
| PTX 1684 | Misc marketing materials | | | KY 72418-2450 | |
| PTX 1685 | The KyphX Game | | | KY 72506-2529 | |
| PTX 1686 | IBT Technology Course Speaker's Notes | | | KY 72708-72839 | |
| PTX 1687 | Osteoporosis Backgrounder Pre-training Study Material | | | KY 72840-73051 | |
| PTX 1688 | Kyphon Sales Training Pre-Study Guide | | | KY 73052-3178 | |
| PTX 1689 | Kyphon Phase 4: Selling Program | | | KY 73179-3246 | |
| PTX 1690 | Kyphon: Train the Trainers | | | KY 73247-3299 | |
| PTX 1691 | Kyphon Business Model Sales Development Seminar | | | KY 73300-3357 | |
| PTX 1692 | The Downward Spiral: Long term consequences of VCFs | | | KY 73411-73418 | |
| PTX 1693 | Spine Consultant Sales Training Binder | | | KY 73658-73691 | |
| PTX 1694 | IBT study | | | KY 74035-4111 | |
| PTX 1695 | Kyphon Business Plan | | | KY 74112-74140 | |
| PTX 1696 | Preclinical Questions sheet | | | KY 74143-4147 | |
| PTX 1697 | Quality Audit Report | | | KY 74150-4152 | |
| PTX 1698 | Proposed Agenda | | | KY 74153-4157 | ? |
| PTX 1699 | Summary of Patent Portfolio and Status | | | KY 74158-4163 | |
| PTX 1700 | Benefits of reduction w/ IBT | | | KY 74263-4283 | |
| PTX 1701 | Premarket Notification Truthful and Accurate Statement | | | KY 74340-4342 | |
| PTX 1702 | IBT Essential Req's Checklist | | | KY 74354-4364 | |
| PTX 1703 | Misc FDA materials | | | KY 74365-4394 | |
| PTX 1704 | IBT feasibility study | | | KY 74401-4435 | |
| PTX 1705 | New Heights in Compression Fracture Mgmt | | | KY 74834-74879 | |
| PTX 1706 | B-Twin Expandable Spinal System | | | KY 75208-5234 | |
| PTX 1707 | B-Twin VBR System | | | KY 75235-75258 | |
| PTX 1708 | Kyphoplasty - a review of current knowledge and operative techniques (color) | | | KY 75261-75276 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1709 | Surgical Mgmt of Osteoporosis of the Spine (color) | | | KY 75277-75358 | |
| PTX 1710 | The Downward Spiral: Impact of Vertebral Body Compression Fractures | | | KY 75371-75384 | |
| PTX 1711 | Kyphon color presentation | | | KY 75492-75501 | |
| PTX 1712 | Scientific Advisory Board Retreat presentation | | | KY 75507-75535 | |
| PTX 1713 | Kyphon FDA Warning Letter Issues presentation | | | KY 75536-5552 | |
| PTX 1714 | Kyphon Field roster sheet and corporate profile | | | KY 75553-5560 | |
| PTX 1715 | Pre-Kyphosis sheet | | | KY 75565-5573 | |
| PTX 1716 | Various surgical photos and images of spinal procedure (Utrecht) | | | KY 83484-3754 | |
| PTX 1717 | Wright Medical Surgical Technique - distraction technique for using Wrightlock and Outboard Correction System | | | KY 8520-540 | H |
| PTX 1718 | Wright Medical offer to sell its spine division (inlcudes list of WM owned or licensed IP) | | | KY 8541-548 | H |
| PTX 1719 | Wright Medical brochers/manuals re Versalok low back fixation system | | | KY 8549-582 | H |
| PTX 1720 | Paper re Wrightlock screws | | | KY 8583-586 | H |
| PTX 1721 | Confidentiality agreement between Wright Medical and Kyphon | | | KY 8587-589 | |
| PTX 1722 | Wright Medical brochures/manuals re Wrightlock spinal fixation system | | | KY 8590-627 | H |
| PTX 1723 | Balloons for Bones ads and various specification and receiving sheets | | | KY 86093-6161 | |
| PTX 1724 | Sofamor Danek - detailed company information | | | KY 8628-762 | |
| PTX 1725 | Kyphon Case Study ads | | | KY 86299-6318 | |
| PTX 1726 | Brocure for Spinal Orthopedic Devices' spinal fixator | | | KY 8763-764 | |
| PTX 1727 | 1997 Catalog for Instrument Makar, Inc. | | | KY 8765-791 | |
| PTX 1728 | Interpore - detailed company information | | | KY 8792-820 | |
| PTX 1729 | Brochure for Calcimar (osteoporosis treatment) | | | KY 8821-831 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1730 | Article re osteoporosis and Ostex (osteoporosis treatment) | | | KY 8832-842 | |
| PTX 1731 | Artice re bone grafting and Collagraft Stip (bone grafting product) | | | KY 8843-854 | |
| PTX 1732 | Arthrocare - business and product information (no spine products) | | | KY 8855-947 | |
| PTX 1733 | gen sci - letter re DynaGraft osteoinductive bioimplants | | | KY 8948-949 | |
| PTX 1734 | Scientix - brochure re Secuplate spinal implant device | | | KY 8950-961 | |
| PTX 1735 | Advanced Spine - brochure for fixation system | | | KY 8962-967 | |
| PTX 1736 | Midas Rex - instrument catalog | | | KY 8968-973 | |
| PTX 1737 | Interpore - detailed company and product information (including article re use of coral to mend bones) | | | KY 8974-9131 | |
| PTX 1738 | Ortho product catalogs | | | KY 9132-283 | |
| PTX 1739 | Report entitled "Opportunities in U.S. Spinal Fusion Markets" | | | KY 9284-923 | |
| PTX 1740 | Materials from Admis, Inc. (Japanese Marketing Company) | | | KY 9926-939 | |
| PTX 1741 | Materials from NASS 1997, 1998, and 1999 | | | KY 9940-10084 | |
| PTX 1742 | Draft clinical report re kyphoplasty results | | | KY10789-807 | |
| PTX 1743 | Gen IBT DFMEA | | | KY 3735-3742 | |
| PTX 1744 | Email from Ronny Barak to Elad Magal re Dr. Cohen | | | KY 387415-387410 | |
| PTX 1745 | NDA between Reiley, Scholten and Surgical Dynamics | | 9/19/1989 | KY 19825-19827 | |
| PTX 1746 | NDA between Reiley, Scholten and Surgical Dynamics | | 7/30/1989 | KY 19850-19851 | |
| PTX 1747 | Photos from Arie's documents | | | KY 20165-20176 | |
| PTX 1748 | Letter from Dr. Riggs to Karen Talmadge | | 8/1/1994 | KY 21608 | |
| PTX 1749 | Letter from Dr. Riggs to Mark Reiley | | 6/17/1994 | KY 21609 | |
| PTX 1750 | Mark Reiley's memo re his 10/31 - 11/3/96 trip to Philadelphia with Scholten | | | KY 22218 | |
| PTX 1751 | Proposed intaosseous balloon protocol for vertebral body fractures | | | KY 22219-22241 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1752 | Invetigator list | | | KY 24379-24381 | ? |
| PTX 1753 | Memo re DOT | | | KY 72503-72507 | |
| PTX 1754 | Reiley-Scholten Agreement | | 7/2/1986 | KY 116754-116755 | |
| PTX 1755 | Draft Kyphoplasty Surgical Techniques Guide | | | KY 118578-119227 | |
| PTX 1756 | IFU for IBT | | | KY 118703-118704 | |
| PTX 1757 | Material re "the downward spiral" | | | KY 118705-118708 | |
| PTX 1758 | Osteoporosis fact sheet | | | KY 119035 | |
| PTX 1759 | Kyphon marketing brochure | | | KY 230088-230138 | |
| PTX 1760 | Market Analysis | | | KY 235968-235972 | |
| PTX 1761 | Kyphoplasty course material | | | KY 377464-377551 | Multiple |
| PTX 1762 | Memo from Bob to Karen re "further balloon studies | | 6/23/1997 | KY 235269-235270 | |
| PTX 1763 | 2003-2004 Summaries of Kyphon Sales | | | KY 38706 – KY 38711 | |
| PTX 1764 | | | | KY 376745-376746 | ? |
| PTX 1765 | | | | KY 377017-377018 | ? |
| PTX 1766 | | | | KY 369271-369272 | ? |
| PTX 1767 | | | | KY 305103-305106 | ? |
| PTX 1768 | | | | 305162 | ? |
| PTX 1769 | | | | KY 305278 | ? |
| PTX 1770 | | | | KY 306116 | ? |
| PTX 1771 | | | | KY 366506 | ? |
| PTX 1772 | | | | KY 311540-311541 | ? |
| PTX 1773 | | | | KY 3212312-312355 | ? |
| PTX 1774 | | | | KY 312428-312329 | ? |
| PTX 1775 | | | | KY 31164 | ? |
| PTX 1776 | | | | KY 313225-31228 | ? |
| PTX 1777 | | | | KY 311803-311804 | ? |
| PTX 1778 | | | | KY 311821-31822 | ? |
| PTX 1779 | | | | KY 311942 | ? |
| PTX 1780 | | | | KY 311978-311979 | ? |
| PTX 1781 | | | | KY 370333-370339 | ? |
| PTX 1782 | | | | KY 358221-359223 | ? |
| PTX 1783 | | | | KY 360577-360579 | ? |
| PTX 1784 | | | | KY 337517 | ? |
| PTX 1785 | | | | KY 337710-337771 | ? |
| PTX 1786 | CV of Reiley | | | | |
| PTX 1787 | CV of Talmadge | | | | |
| PTX 1788 | CV of Scholten | | | | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO. OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1789 | CV of Reo | | | | H |
| PTX 1790 | CV of Scribner | | | | H |
| PTX 1791 | CV of Boucher | | | | H |
| PTX 1792 | Email from Tamir Kazaz to Ronny Barak | | | DOTINC 1108 | ? |
| PTX 1793 | E-mail from Jeff Lubin to Tamir Kazaz | | | DOTINC 7415 | ? |
| PTX 1794 | Email from Ronny Barak to Tamir Kazaz | | | DOTINC 7438 | ? |
| PTX 1795 | Email from Ronny Barak to Tamir Kazaz | | | DOTINC 7511 | ? |
| PTX 1796 | Chad Saunders training | | | DOTIINC 8266 | ?, R |
| PTX 1797 | Email from Ronny Barak to Tamir Kazaz | | | DOTINC 8617 | ? |
| PTX 1798 | Email from Bill Martin to Tamir Kazaz | | | DOTINC 8033-8034 | ? |
| PTX 1799 | Email from Brent Johnson to Ronny Barak | | | DOTINC 7232-7233, DOTINC 7429-7230 | ? |
| PTX 1800 | Email from Brent Johnson to Ronny Barak | | | DOTINC 6968, DOTINC 6992-6994 | ? |
| PTX 1801 | Email from Ronny Brak to Tamir Kazaz et al. | | | DOTINC 7234-7235; DOTINC 7244-7245 | ? |
| PTX 1802 | Email from Ronny Barak to Tamir Kazaz | | | DOTINC 6412-6415 | ? |
| PTX 1803 | Letters to doctors | | | DOTINC 6036 | ? |
| PTX 1804 | email from potential distributor | | 05/00/2004 | DOTINC 4662-2669 | ? |

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 1805 | | | | DOTINC 3461 | ? |
| PTX 1806 | | | | DOTINC 713 | ? |
| PTX 1807 | | | | DOTINC 761 | ? |
| PTX 1808 | | | | DOTINC 763 | ? |
| PTX 1809 | | | | DOTINC 853 | ? |
| PTX 1810 | | | | DOTINC 1073 | ? |
| PTX 1811 | | | | DOTINC 117, DOTINC 121, 1106-1107, INC 2510, INC 3879-3884 | ? |
| PTX 1812 | | | | DOTINC 3908-3912, 4672-4690 | ? |
| PTX 1813 | FAQs | | | DOTINC 274-276 | ? |
| PTX 1814 | Letter from R&M distributing | | | DOTINC 485 | |
| PTX 1815 | DOT letter to Reguiferos encouraging Dr. Cohen to use the SKy device | | | DOTINC 623 | |
| PTX 1816 | DOT letter to Marshall Pedersen, M.D., thanking for using SKy | | | DOTINC 634, DOTINC 3351, DOTINC 3335, DOTINC 3703 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 1817 | Letters to doctors | | | DOTINC 719, DOTINC 721-728 | |
| PTX 1818 | Dr. Katzman protocol | | 5/17/2004 | DOTINC 3432 | |
| PTX 1819 | Letters to Drs. Lindley & McLaughlen encouraging SBE use | | | DOTINC 4307-4308 | |
| PTX 1820 | Distributorship info re: Rupp & Assoc. | | | DOTINC 751-756 | |
| PTX 1821 | Distributorship info re Orthopedic Sales & Services | | | DOTINC 757-773 | |
| PTX 1822 | | | | DOTINC 1002-1003 | ? |
| PTX 1823 | Integrity Medical Distributor | | | DOTINC 1002-1003 | |
| PTX 1824 | Follow up letters to Drs. who came to AANS booth | | | DOTINC 4812-4831 | |
| PTX 1825 | Letters sending various doctors articles re Kyphoplasty | | | DOTINC 4639-4646 | |
| PTX 1826 | Letter to various doctors encouraging them to use SKy | | | DOTINC 3907-3912 | |
| PTX 1827 | Letters to distributors re shippping inventory to them | | | DOTINC 4720-4722 | |
| PTX 1828 | Letters to distributors re shippping inventory to them | | | DOTINC 4727-4728 | |
| PTX 1829 | Letters to doctors who attended AANS to attend SKy cases | | | DOTINC 3661 | |
| PTX 1830 | Email to Dr. Hirsch "Thanks and will attend SKy case" | | | DOTINC 3696 | |
| PTX 1831 | Ssales representative profiles – Spine Source & Orthopaedic Sales & Services | | | DOTINC 749; DOTINC 834 | |
| PTX 1832 | spine agent sales roster | | 03/00/04 | DOTINC 2667-2689 | |
| PTX 1833 | shoe exhibitions from 2004 | | 2004 | DOTINC 1681-1683 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1834 | AANS Booth | | 05/00/2004 | DOTINC 1686; DOTINC 5964 | |
| PTX 1835 | AANS | | | DOTINC 3363, 3371, 3379, 3609, 3436, 3390, 3393, 3410-3417, 3648, 3685 | |
| PTX 1836 | Schedule for Gepstein (2/12/04-2/20/04), meetings with DOT people, Cohen and Lieberman | | | DOTINC 1238 | |
| PTX 1837 | Email from David Elkayam to Tamir Kazaz and Ronny Barak B re: Dr. Girardi's (HSS) presentation on kyphoplasty, Kyphon not approaching radiologists, and Kyphon's new CPT code for use in hospitals | | | DOTINC 6137-6138 | |
| PTX 1838 | Email from Ronny Barak to Dr. Mark Brown re: SKy and setting up meeting | | | DOTINC 6159-6161 | |
| PTX 1839 | Email from Ronny Barak to Alan Levine re: SBE and setting up meeting | | | DOTINC 6191-6192 | |
| PTX 1840 | Email from Ronny Barak to Patrick O'Leary re: SBE and setting up meeting | | | DOTINC 6193-6194 | |
| PTX 1841 | Emails from Joshua Hirsch re: interest in SBE | | | DOTINC 6257-6260 | |
| PTX 1842 | Emails re: The following expressed interest in SBE, received letters re: SBE, or were involved in performing SKy case (Travis | | | DOTINC 6834-6837 | |
| PTX 1843 | Email from KM to TK & RB re: SKy cases that have been scheduled or that have occurred as of 5/28/04 | | | DOTINC 6576-6582 | |
| PTX 1844 | Emails re Joshua Hirsch 4/20/04 surgery | | | DOTINC 6583-6586 | |
| PTX 1845 | Email from KM to Tamir Kazaz re: attaching list of scheduled SKy cases for | | | DOTINC 6830-6832 | |
| PTX 1846 | Edit from Tamir Kazaz deleting the term "kyphoplasty" from case report on SKy | | | DOTINC 4786, 3665, 3797-3801 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO. OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1847 | Email re selling to "big" Kyphon user | | | DOTINC 5866 | |
| PTX 1848 | Email to Elad, Ronny re: bone cement "Kyphon doesn't sell cement in the US, so we have to wait." | | | DOTINC 6117 | |
| PTX 1849 | Use of phrase "Skypholplasty" | | | DOTINC 5860 | |
| PTX 1850 | Comparison of SKy v. KyphyX IBT | | | DOTINC 4792-4798, 5463-5465 | |
| PTX 1851 | Email from Ronni to Motti Re: Mtg. w/ Dr. Leiberman during ASSR – comments that Leiberman is open to Sky | | | DOTINC 6500 | |
| PTX 1852 | Comparison of Kyphon CRF with SKy CRF | | | DOTINC 5176-5217 | |
| PTX 1853 | | | | DOTINC 4042-4306 | ? |
| PTX 1854 | Email from KM to Orian Sade re: can we use term "skyphoplasty" when referring to SBE | | | DOTINC 7166 | |
| PTX 1855 | Email from Tamir Kazaz to MB re: can we use term "skyphoplasty" when referring to SBE in case report | | | DOTINC 7440 | |
| PTX 1856 | Email from KM to Ronny Barak & Tamir Kazaz re: is SBE used in place of "Kyphoplasty" (notes that this is a sensitive topic) | | | DOTINC 6985 | |
| PTX 1857 | FFEmail from Bill Martin to RB re: damage caused by Kyphon lawsuit | | | DOTINC 6956 | |
| PTX 1858 | Price lists | | | DOTINC 2948 | |