Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 1859 | | | | DOTINC 3501-3522, 3530, 3636, 3646 | ? |
| PTX 1860 | Email re $800K market in South Carolina | | | DOTINC 5528 | |
| PTX 1861 | Sales Reports 1/2004- 5/2004 | | | DOTINC 174-178 | |
| PTX 1862 | Insurance reimbursement for Kyphoplasty procedures | | | DOTINC 2670-2721, 2757-2799, 3418, | |
| PTX 1863 | Email from Tom Helfrich to RB re: having sold orthopedics since 1989 we have very good long term relationships with Kyphon's best customers. | | | DOTINC 6935 | |
| PTX 1864 | market analysis by ValueInvestor – Kyphon is not so strong b/c it has competition now | | | DOTINC 6372-6378 | |
| PTX 1865 | DOT Price lists | | | DOTINC 4012-4014 | |
| PTX 1866 | Email (showing that Barak is comparing DOT and KY price lists) | | | DOTINC 3891 | |
| PTX 1867 | | | | DOTINC 3301 | ? |
| PTX 1868 | Email from Tamir Kazaz re: modifications necessary | | | DOTINC 3816 | |
| PTX 1869 | Email from RB to TK re: technical problem during operating with Dr. Rutledge | | | DOTINC 6394 | |
| PTX 1870 | | | | DOTINC 6452-6453 | ? |
| PTX 1871 | | | | DOTINC 6457-6460 | ? |
| PTX 1872 | | | | DOTINC 6466-6468 | ? |
| PTX 1873 | | | | DOTINC 7083-7084 | ? |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1874 | Bad experience with SKy | | | DOTINC 7170-7171 | |
| PTX 1875 | Email from Matthew Wesphal to RB re: Dr. Pedersen's dissatisfaction with SBE | | | DOTINC 7445 | |
| PTX 1876 | Email from TK to RB re: rigidity of SBE can penetrate endplate | | | DOTINC 7531 | |
| PTX 1877 | Email from Chris Bouchard to Mike O'Neill re: Dr. Hirsch's disaster SKy case | | | DOTINC 7661 | |
| PTX 1878 | Email from RB to TK re: Procedural precaution steps and surgical tips (sent to surgeons) | | | DOTINC 6635 | |
| PTX 1879 | Projections for distributor sales | | | DOTINC 750 | |
| PTX 1880 | Recommendations and industry notes re Kyphon | | | DOTINC 2392-2411 | |
| PTX 1881 | Email attaching word file describing purposes and instructions of use for a new Multi-purpose Cannula Blocker tool | | 3/23/2004 | DOTINC 50739-50740 | |
| PTX 1882 | Surgical Techniqe The SKy Bone Expander System | | 1/00/05 | DOTINC 10741-50742 | |
| PTX 1883 | DOT Israeli complication | | | DOTINC 7031 | |
| PTX 1884 | 18mm and 14mm SKy devices | | | DOTINC 6642 | |
| PTX 1885 | Tips for surgeons | | | DOTINC 6683 | |
| PTX 1886 | Dr. Lubin training session | | | DOTINC 7508-7510 | |
| PTX 1887 | Suggestion to SKy users to mix cement | | | DOTINC 1435-1439 | |
| PTX 1888 | Favorable statements re Kyphoplasty | | | DOTINC 1465 | |
| PTX 1889 | DRG codes | | | DOTINC 5977 | |
| PTX 1890 | List of May cases using SKy | | | DOTINC 3835-3843 | |
| PTX 1891 | List of Sales Agents | | | DOTINC 4621-4624 | |
| PTX 1892 | List of distributors | | | DOTINC 4652-4660 | |
| PTX 1893 | List of distributors and sales reps | | | DOTINC 3314-3315 | |
| PTX 1894 | SKy Agent Trainers | | | DOTINC 3892-3900 | |
| PTX 1895 | SKy Sales Reps | | | DOTINC 7204; 7221-7223 | |
| PTX 1896 | Product improvements | | | DOTINC 7601-7602 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1897 | Question re bone cement into vertebral body | | | DOTINC 7640-7641 | |
| PTX 1898 | Dr. Fulp's comments and concerns | | | DOTINC 7672-7673 | |
| PTX 1899 | | | | DOTINC 7674-7675 | ? |
| PTX 1900 | | | | DOTINC 7685 | ? |
| PTX 1901 | References 5mm device | | | DOTINC 7830-7833 | |
| PTX 1902 | Stuck expander | | | DOTINC 7855-7856 | |
| PTX 1903 | 4mm device not smooth | | | DOTINC 8303-8304, 6394 | |
| PTX 1904 | Rutledge procedure | | | DOTINC 6461 | |
| PTX 1905 | Barak to convice surgeons to continue operating until the 4mm is available | | | DOTINC 6119 | |
| PTX 1906 | Email from Elad Magal to Oren et al. re; DOT bone cement-"Ulli starts use (bone cement) with the SKy" | | | DOTINC 6179-6189 | |
| PTX 1907 | Email from Orian Sade to Elad Magal re AAOS meeting | | | DOTINC 6021 | |
| PTX 1908 | Email from Elad Magal re: AAOS Hopitality Suite Training Seminar" | | | DOTINC 6789 | |
| PTX 1909 | Email string re AANS meeting | | | DOTINC 6198 | |
| PTX 1910 | Email from Dasha to Elad Magal re: Surgeon talk program | | | DOTINC 7958 | |
| PTX 1911 | Email from Ronny Barak to Elad Magal re DOT bone cement | | | DOTINC 7346-7347 | |
| PTX 1912 | Email from Ronny Barak to Tamir Kazaz re: SKy-Open Subjects | | | DOTINC 3919-3921 | |
| PTX 1913 | | | | DOTINC 7959 | ? |
| PTX 1914 | | | | DOTINC 8035-8036 | ? |
| PTX 1915 | Email from Ronny Barak to Elad Magal re use of bone biopsy needle | | | DOTINC 5623 | |
| PTX 1916 | Draft letter to physicians asking for comments | | | DOTINC 6337-6338 | |
| PTX 1917 | Email from Tamir Kazaz to Elad Magal et al. re SKy order | | | DOTINC 805-841 | |
| PTX 1918 | Texas Distributor File (Orthopaedic Sales & Service) | | | DOTINC 508-533 | |
| PTX 1919 | Chuck Foster File, DOT rep | | | DOTINC 384-388 | |
| PTX 1920 | Rio Grande Regional Hospital File | | | DOTINC 389-393 | |
| PTX 1921 | St. David's Medical Center File | | | DOTINC 9428-9429 | |
| PTX 1922 | SKy Brochure | | | DOTINC 7431 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1923 | Tracking Kyphon prices | | | DOTINC 3405-3406 | |
| PTX 1924 | SKY demo kit | | | DOTINC 1315 | |
| PTX 1925 | SKy posted used in Miami | | | DOTINC 545 | |
| PTX 1926 | Sky Bone Expander Demonstration Kit | | | DOTINC 6911 | |
| PTX 1927 | "materials into the training program you are preparing for the one on one training sessions" – re Lubin's training program – get set of materials…. | | | DOTINC 8187; 2824 | |
| PTX 1928 | SKy demo kit for presentations | | | DOTINC 8562 | |
| PTX 1929 | "abstract of Dr. Gepstein of first 20 cases" | | | DOTINC 8324 | |
| PTX 1930 | master format for case studies that you can use as a base line | | | DOTINC 8313 | |
| PTX 1931 | Motti letter to Cohen | | | DOTINC 8333-8335 | |
| PTX 1932 | Problems with devices Dr. Rutledge | | | DOTINC 7832-7833 | |
| PTX 1933 | Problem with Rutledge | | | DOTINC 8715-8716 | |
| PTX 1934 | Difference procedure with Rutledge | | | DOTINC 2822 | |
| PTX 1935 | Number of units to U.S. - total value over $1 million | | | DOTINC 6670 | |
| PTX 1936 | | | | DOTINC 8264 | ? |
| PTX 1937 | SKy selling points | | | DOTINC 7923-7934; 6211-6212 | |
| PTX 1938 | "I have met J&J Spine Division people and Boston and they are in the process of evaluating the IP." | | | DOTINC 6247-6248; 6907-6908 | |
| PTX 1939 | Rosenberg contact with DOT | | | DOTINC 7119-7121 | |
| PTX 1940 | Case study changes | | | DOTINC 4022 | |
| PTX 1941 | | | | DOTINC 3959-3960 | ? |
| PTX 1942 | Reimbursement codes for "Bone Void Filler Procedure" provided to "SKy Agents" | | | DOTINC 1434 | |
| PTX 1943 | "Kyphoplasty – Surgeon Reimbursement Per Level" "Regardless number of Sky/Balloons per level" | | | DOTINC 8920-8921 | |
| PTX 1944 | Majd reply re study proposal | | | DOTINC 9852-9873 | |
| PTX 1945 | List of publications | | | DOTINC 5584-5585 | |

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1946 | Information regarding resignation letter and timing of same | | | DOTINC 8353 | |
| PTX 1947 | Email from Ronny Barakto Tamir Kazaz "please be informed Motti has gathered us all for a meeting on the SKy yesterday afternoon Sunday, in order to monitor progress of the different development projects" | | | DOTINC 5356 | |
| PTX 1948 | Email from Motti Beyar to Dr. Nate Lebwohl | | | DOTINC 6211-6216 | |
| PTX 1949 | email from Motti Beyar re: Cohen's input to SKy | | | DOTINC 7654 | |
| PTX 1950 | Email from Ronny Barak to Tamir Kazaz | | | DOTINC 6467-6468 | |
| PTX 1951 | Email from Tamir Kazaz to Motti Beyar re 4mm SKy | | | DOTINC 7417 | |
| PTX 1952 | Eemail from Ronni Barak to Motti Beyar/Tamir Kazaz re: mtg. with IL during ASSR | | | DOTINC 6050 | |
| PTX 1953 | Fax to Dru re Lead from Dr. Beyar | | | DOTINC 763-766 | |
| PTX 1954 | Email from Motti Beyar to Ronny Barak and Tamir Kazaz re Dr. Giovanni Carlo Anselmetti | | | DOTINC 7655 | |
| PTX 1955 | Email to Dr. Anselmetti | | | DOTINC 7904 | |
| PTX 1956 | AANS conference | | | DOTINC 1241-1256 | |
| PTX 1957 | AANS conference | | | DOTINC 3371-3372 | |
| PTX 1958 | AAOS conference | | | DOTINC 6012-6017 | |
| PTX 1959 | Email from Ronny Barak to Tamir Kazaz | | | DOTINC 6219 | |
| PTX 1960 | Email from Dan Cohen to Ronny Barak | | | DOTINC 6402-6403 | |
| PTX 1961 | Letter to Motti Beyar, Oren Globermand and Ronny Barak expressing interest in Kryptonite product | | | DOTINC 861-864 | |
| PTX 1962 | Memo from Tamir Kazaz to Motti Beyar | | | DOTINC 3954 | |
| PTX 1963 | Email from Ronny Barak to Tamir Kazaz re R&D | | | DOTINC 6156 | |
| PTX 1964 | Email string re meeting with Boston Scientific | | | DOTINC 6018-6020 | |
| PTX 1965 | Email string re meeting with Medronic | | | DOTINC 6030 | |
| PTX 1966 | Email from Ronny Barak re Boston Scientific | | | DOTINC 6055-6056 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1967 | Email string re meeting with ArthoCare | | | COTINC 6068-6070 | |
| PTX 1968 | Email from Motti Beyar to Dr. Nate Lebwohl | | | DOTINC 6211-6216 | |
| PTX 1969 | Email from Rubin to Ivan Pirzada | | | DOTINC 7035-7080 | |
| PTX 1970 | Letter from Sutherland Asbill re Kyphon ITC complaint | | | DOTINC 1030-1032 | |
| PTX 1971 | | | | DOTINC 8656 | ? |
| PTX 1972 | | | | DOTINC 8836-8874 | ? |
| PTX 1973 | | | | DOTINC 8919 | ? |
| PTX 1974 | | | | DOTINC 8833 | ? |
| PTX 1975 | | | | DOTINC 8674 | ? |
| PTX 1976 | | | | DOTINC 1410 | ? |
| PTX 1977 | | | | DOTINC 6869-6870 | ? |
| PTX 1978 | | | | DOTINC 6473 | ? |
| PTX 1979 | | | | DOTINC 7779-7781 | ? |
| PTX 1980 | | | | DOTINC 7858 | ? |
| PTX 1981 | | | | DOTINC 7890-7891 | ? |
| PTX 1982 | | | | DOTINC 7707 | ? |
| PTX 1983 | | | | DOTINC 6459-6460 | ? |
| PTX 1984 | | | | DOTINC 8706-8709 | ? |
| PTX 1985 | | | | DOTINC 8727-8729 | ? |
| PTX 1986 | | | | DOTINC 8364 | ? |
| PTX 1987 | | | | DOTINC 7953-7954 | ? |
| PTX 1988 | | | | DOTINC 7955-7956 | ? |
| PTX 1989 | | | | DOTINC 7957 | ? |
| PTX 1990 | | | | DOTINC 7834-7835 | ? |
| PTX 1991 | | | | DOTINC 6384 | ? |
| PTX 1992 | | | | DOTINC 6459-6469 | ? |
| PTX 1993 | DOT email comaring Sky with KyphX IBT | | | DOTINC 4793-4798 | |
| PTX 1994 | Dr. Mitchell | | | DOTINC 7411 | ? |
| PTX 1995 | | | | DOTINC 8352-8358 | ? |
| PTX 1996 | | | | DOTINC 8361-8363 | ? |
| PTX 1997 | Respondent Disc Orthopaedic Technologies, Inc.'s Responses to Complainant Kyphon Inc.'s First Set of Interrogatories [Contains Confidential Business Information Subject to Protective Order] | United States International Trade Commission Investigation No. 377-TA-507 | 5/28/2004 | | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 1998 | Respondent Disc-O-Tech Medical Technologies Ltd.'s Responses to Complainant's First Set of Interrogatories (Nos. 1-45)[Contains Confidential Business Information Subject to Protective Order] | United States International Trade Commission Investigation No. 377-TA-507 | 6/14/2004 | | |
| PTX 1999 | Respondent Disc Orthopaedic Technologies, Inc.'s Supplemental Responses to Complainant Kyphon Inc.'s First Set of Interrogatories [Contains Confidential Business Information Subject to Protective Order] | United States International Trade Commission Investigation No. 377-TA-507 | 6/30/2004 | | |
| PTX 2000 | Respondent Disc-O-Tech Medical Technologies, Ltd.'s Supplemental Responses to Complainant Kyphon Inc.'s First and Third Sets of Interrogatories [Contains Confidential Business Information Subject to Protective Order] | United States International Trade Commission Investigation No. 377-TA-507 | 7/9/2004 | | |
| PTX 2001 | Respondent Disc Orthopaedic Technologies, Inc.'s Supplemental Responses to Complainant Kyphon Inc.'s First and Third Sets of Interrogatories [Contains Confidential Business Information Subject to Protective Order] | United States International Trade Commission Investigation No. 377-TA-507 | 7/9/2004 | | |
| PTX 2002 | Respondent Disc-O-Tech Medical Technologies, Ltd.'s Supplemental Responses to Complainant Kyphon Inc.'s First and Third Sets of Interrogatories [Contains Confidential Business Information Subject to Protective Order] | United States International Trade Commission Investigation No. 377-TA-507 | 7/16/2004 | | |
| PTX 2003 | Respondent Disc Orthopaedic Technologies, Inc.'s Supplemental Responses to Complainant Kyphon Inc.'s First and Third Sets of Interrogatories [Contains Confidential Business Information Subject to Protective Order] | United States International Trade Commission Investigation No. 377-TA-507 | 7/16/2004 | | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 2004 | Respondent Disc-O-Tech Medical Technologies, LTD.'S Supplemental Responses to Complainant Kyphon Inc.'s First and Third Sets of Interrogatories [Contains Confidential Business Information Subject to Protective Order] | United States International Trade Commission Investigation No. 377-TA-507 | 7/30/2004 | | |
| PTX 2005 | Respondent Disc Orthopaedic Technologies, Inc.'s Supplemental Responses to Complainant Kyphon Inc.'s First and Third Sets of Interrogatories [Contains Confidential Business Information Subject to Protective Order] | United States International Trade Commission Investigation No. 377-TA-507 | 7/30/2004 | | |
| PTX 2006 | Defendants, Disc-O-Tech Medical Technologies, Ltd. and Disc Orthopaedic Technologies, Inc.'s Responses to Plaintiff's First Set of Interrogatories (Nos. 1-15) | USDC-DE CA 04-204-JJF | 10/04/04 | | |
| PTX 2007 | Defendants, Disc-O-Tech Medical Technologies, Ltd. and Disc Orthopaedic Technologies, Inc.'s Supplemental Responses to Plaintiff's First Set of Interrogatories | USDC-DE CA 04-204-JJF | 1/12/2005 | | |
| PTX 2008 | Defendants, Disc-O-Tech Medical Technologies, Ltd. and Disc Orthopaedic Technologies, Inc.'s Second Supplemental Response to Plaintiff's First Set of Interrogatories Nos. 2 and 3 | USDC-DE CA 04-204-JJF | 01/24/05 | | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 2009 | Defendants, Disc-O-Tech Medical Technologies, Ltd. and Disc Orthopaedic Technologies, Inc.'s Responses and Objections to Plaintiff Kyphon Inc.;s Second Set of Interrogatories (Nos. 16-29) | USDC-DE CA 04-204-JJF | 2/9/2005 | | |
| PTX 2010 | Defendants, Disc-O-Tech Medical Technologies, Ltd. and Disc Orthopaedic Technologies, Inc.'s Responses and Objections to Plaintiff Kyphon Inc.'s Thirs Set of Interrogaties (Nos. 30-31) | USDC-DE CA 04-204-JJF | 03/28/05 | | |
| PTX 2011 | Defendants, Disc-O-Tech Medical Technologies, Ltd.'s Responses to Plaintiff Kyphon Inc's First Set of Requests for Admissions (Nos. 1-29) | USDC-DE CA 04-204-JJF | 02/09/05 | | |
| PTX 2012 | Defendants, Disc-O-Tech Medical Technologies, Ltd. and Disc Orthopaedic Technologies, Inc.'s Responses to Plaintiff Kyphon Inc.'s Secodn Set of Requests for Admissions (Nos. 30-38) | USDC-DE CA 04-204-JJF | 03/28/05 | | |
| PTX 2013 | DOTLTD Organizational chart | | | DOTLTD 1841-1842 | |
| PTX 2014 | "SKy System-Design Review" | | | DOTLTD 3357-3371, 3377-3387 | |
| PTX 2015 | Translation of document | | | DOTLTD 3357-3371, 3377-3387 | |
| PTX 2016 | Amended Article of Incorporation (of DOTLTD) | | | DOTLTD 9934-9970 | |
| PTX 2017 | Provisional Patent Applic docket No. 110/03627; "Expandable Device for Treating Fractured and/or Osteoporotic Bone"; | | | DOTLTD 13260-13291 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 2018 | patent application (U.S.?) re "Deformable Tools and Implants"; | | | DOTLTD 13313-13380 | |
| PTX 2019 | Implantable Device for Fracture Reduction and Void Creation - 510K Premarket Notification | | | DOTLTD 13978-14059 | |
| PTX 2020 | FDA Letter denying approval for B-Twin VBR | | | DOTLTD 14060-14061 | |
| PTX 2021 | B-Twin XL System (VBR system); | | | DOTLTD 14064-14069 | |
| PTX 2022 | Check list of equipment and material re M"Motti US tour-Jan 6-8, 2004" | | | DOTLTD 14279-14230 | |
| PTX 2023 | front page of "Implant Specification" | | | DOTLTD 14451 | |
| PTX 2024 | SKy Demo Kits-price calculation | | | DOTLTD 14719 | |
| PTX 2025 | "Potential 2004 Conferences/Events to Launch SKy…" | | | DOTLTD 14740-14743 | |
| PTX 2026 | List of materials re "Motti NY surgeries – Jan 13-16, 2004; | | | DOTLTD 14744 | |
| PTX 2027 | Explain "SKy v. Kyphon" x-rays | | | DOTLTD 14942 | |
| PTX 2028 | Spine Marketing Materials Prices | | | DOTLTD 15374-15375 | |
| PTX 2029 | Sky Bone Expander System – Novel Technique for VBC Fractures Treatment | | | DOTLTD 15197-15202 | |
| PTX 2030 | Sky Bone Expander System – Surgical Technique | | | DOTLTD 15203-151215 | |
| PTX 2031 | SKy "clinical cases" | | | DOTLTD 15216-15219 | |
| PTX 2032 | Sky Bone Expander System - Clinical Results | | | DOTLTD 15320-15327 | |
| PTX 2033 | Sky Bone Expander System for Kyphoplasty | | | DOTLTD 15328-15333 | |
| PTX 2034 | Sky Bone Expander System | | | DOTLTD 15334-15335 | |
| PTX 2035 | Sky Bone Expander System - Surgical Technique | | | DOTLTD 15336-15353 | |
| PTX 2036 | Sky ppt with x-rays | | | DOTLTD 15376-15392 | |
| PTX 2037 | System Components-The SKY Instrumentation Set | | | DOTLTD 15848 | |
| PTX 2038 | | | | DOTLTD 6140-6153 | ? |
| PTX 2039 | | | | DOTLTD 4201 | ? |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 2040 | Partial list of raw materials for SKy system components | | | DOTLTD 4363-4363 | |
| PTX 2041 | Partial list of raw materials for SKy system components | | | DOTLTD 9991-9994 | |
| PTX 2042 | | | | DOTLTD 3783 | ? |
| PTX 2043 | US Sales of SKy systems | | | DOTLTD 533-547 | |
| PTX 2044 | Product "tube" Specifications | | | DOTLTD 3687-3688 | |
| PTX 2045 | Email | | | DOTLTD 5567-5576 | ? |
| PTX 2046 | Investigational Protocol for the SKy Bone Expander System | | | DOTLTD 5584 | |
| PTX 2047 | US- Surgeons-May 2004 | | | DOTLTD 9923-9933 | |
| PTX 2048 | Surgical Techniques | | | DOTLTD 6051-6058 | |
| PTX 2049 | Comparison of SKy v. KyphX | | | DOTLTD 6060-6079 | |
| PTX 2050 | | | | DOTLTD 6140-6153 | ? |
| PTX 2051 | | | | DOTLTD 6161-6172 | ? |
| PTX 2052 | List of SKy instruments | | | DOTLTD 6247-6249 | |
| PTX 2053 | FAQs | | | DOTLTD 6266-6295 | ? |
| PTX 2054 | Slide presentation | | | DOTLTD 6296-6223 | ? |
| PTX 2055 | Gepstein et al., slide presentation | | | DOTLTD 5607-5610 | |
| PTX 2056 | Letter | | | DOTLTD 5625-5630 | ? |
| PTX 2057 | List of documents | | | DOTLTD 5631 | ? |
| PTX 2058 | List of documents | | | DOTLTD 5859-5907 | ? |
| PTX 2059 | Gepstein et al presentations | | | DOTLTD 5612-5613 | |
| PTX 2060 | Key selling points | | | DOTLTD 5614-5617 | |
| PTX 2061 | | | | DOTLTD 5565 | ? |
| PTX 2062 | Catalogue of SKy system devices | | | DOTLTD 5485-5486 | |
| PTX 2063 | "Motti US tour" details | | | DOTLTD 113-114 | |
| PTX 2064 | Brochure | | | DOTLTD 10900-10902 | |
| PTX 2065 | How to advise surgeons re bone cement introduction | | | DOTLTD 10633 | |
| PTX 2066 | Reference to new FDA clearance to include use of bone cement in the spine | | 4/8/2002 | DOTLTD 2143-2177 | |
| PTX 2067 | 510(k) premarket notification for SKy | | 3/4/2005 | DOTLTD 911-943 | |
| PTX 2068 | 510(k) premarket notification | | | DOTLTD 10383-10398 | |
| PTX 2069 | E-mail from Elad Magal re; SKy Production Plan | | | DOTLTD 10886-10889 | |
| PTX 2070 | Email string re Spine packaging | | | DOTLTD 6378 | |

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1,2 |
|---|---|---|---|---|---|
| PTX 2071 | Email from Elkayam to Elad Magal et al. re Kyphon news | | | DOTLTD 3319-3335 | |
| PTX 2072 | Design and Development plan | | | DOTLTD 1424 | |
| PTX 2073 | Letter from Tamir Kazaz to Elad Magal re: modifications to SKy | | | DOTLTD 1313-1314 | |
| PTX 2074 | Email from Tamir Kazaz to Elad Magal re AANS | | | DOTLTD 14736 | |
| PTX 2075 | Flier for DOT workshop | | | DOTLTD 14745-14748 | |
| PTX 2076 | SKy product brochure | | 3/00/04 | DOTLTD 14749-14750 | |
| PTX 2077 | SKy Key Selling Points - Draft | | 5/20/2004 | DOTLTD 15459-15462 | |
| PTX 2078 | SKY-Surgical Notes - Not for the US | | | DOTLTD 6432 | |
| PTX 2079 | Email string re name for bone cement | | | DOTLTD 4102 | |
| PTX 2080 | Email from Elkayam to Elad Magal et al, "'bone cement introducer' to 'bone void filler introducer'" | | | DOTLTD 3694-7324 | |
| PTX 2081 | SBE 510(k) Premarket Notification for modified intended use of prior approved device | | | | ? |
| PTX 2082 | CD that includes "Partneer meeting presentations" | | | DOTLTD 14737 | ?, Multiple |
| PTX 2083 | | | | DOTLTD 14619 | ? |
| PTX 2084 | "B-Twin Expandable Spinal System (Lumbar)" "Delivery System Type II – R&D Plan" 07/01/03 "update design" of delivery system… | | | DOTLTD 14686-14691 | |
| PTX 2085 | B-Twin Expandable Spinal System (Lumbar) | | | DOTLTD 14692-14706 | |
| PTX 2086 | | | | DOTLTD 402 | ? |
| PTX 2087 | testingof Trabecular Bone Compressive Strength | | | DOTLTD 3378-3393 | |
| PTX 2088 | notes: "A problem with the above item 2 [use of word kyphoplasty] may be that if we think of the name being relevant, someday, for the US market as well, it may not be a good idea to include "kyphoplasty" in the name." | | | DOTLTD 6436-6437; 6224-6443 | R |

DOT Objections as of 5/11/05

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 2089 | Document from corporate finance department | | | DOTLTD 125-131 | ? |
| PTX 2090 | "Oren would like to know whether Stryker has instrumentation for compacting cancellous bone / creating a void in the bone as well." | | | DOTLTD 10406 | |
| PTX 2091 | Email string re Names for Systems | | | DOTLTD 10399-10400 | ? |
| PTX 2092 | Email from Magal to Oren Globerman et al discussing phases of business | | 11/6/2003 | DOTLTD 6427=6429 | |
| PTX 2093 | Kyphoplasty term in case study | | | DOTLTD 119-121 | ? |
| PTX 2094 | SKy Bone Expander-Training Manual | | | DOTLTD 9450-9516 | |
| PTX 2095 | Email to Oren Globerman et al re Tubing | | | DOTLTD 3474-3475 | |
| PTX 2096 | Letter from Motti Beyar to Don re first SKy surgery in the US | | | DOTLTD 5517 | |
| PTX 2097 | Check list of equipment and material for Motti NY surgeries | | | DOTLTD 1641 | |
| PTX 2098 | Email from Motti Beyar to Ronny Barak re Integra Lifesciences-Kyphoplasty | | | DOTLTD 10996 | |
| PTX 2099 | Customer complaint forms | | | DOTLTD 9837-9841 | |
| PTX 2100 | Letter from Mott to Motti Beyar re DOR infringement | | | DOTLTD 42 | |
| PTX 2101 | Email from Mott to Motti Beyar re: follow-up to meeting | | | DOTLTD 40 | |
| PTX 2102 | Letter from Shaw to Motti Beuar re Kyphon litigation | | | DOTLTD 32-39 | |
| PTX 2103 | | | | DOTLTD 1882-1889 | ? |
| PTX 2104 | | | | DOTLTD 10989 | ? |
| PTX 2105 | | | | DOTLTD 8264 | ? |
| PTX 2106 | | | | DOTLTD 4795-4798 | ? |
| PTX 2107 | | | | DOTLTD 6442-6443 | ? |
| PTX 2108 | | | | DOTLTD 6399-6404 | ? |
| PTX 2109 | Clinical results | | | DOTLTD 15230-15248 | ? |
| PTX 2110 | Pictures of SKy booth at a conference, shows "SKY Kyphoplasty" | | | DOTLTD 15395-15398 | |
| PTX 2111 | English translation of Hebrew document | | | DOTLTD 1527 | ? |
| PTX 2112 | English translation of Hebrew document | | | DOTLTD 1631-1635 | ? |
| PTX 2113 | English translation of Hebrew document | | | DOTLTD 2478 | ? |
| PTX 2114 | | | | | ? |

DOT Objections as of 5/11/05

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 2115 | | | | | ? |
| PTX 2116 | | | | | ? |
| PTX 2117 | CD-E-mail | | | KY 358176-375728 | ? |
| PTX 2118 | CD-E-mail | | | KY 275749-377441 | ? |
| PTX 2119 | Ava-Tex Cement Delivery System (including supplemental system)-Physical | | | | |
| PTX 2120 | SKy Bone Expander System (14mm)-physical | | | | |
| PTX 2121 | SKy Bone Expander Deomnstration System (including DOTINC 50743 and 50010)-physical | | | | |
| PTX 2122 | Impactor Kit (various versions, including DOTINC 50014)-physical | | | | |
| PTX 2123 | Kyphon's IBT devices-physical | | | | |
| PTX 2124 | Kypho Pak Tray-physical | | | | |
| PTX 2125 | KyphX Bone Cement -physical | | | | |
| PTX 2126 | Kyphon Mixer-physical | | | | |
| PTX 2127 | CD (no description) | | | DOTINC 50012 | ?, Multiple |
| PTX 2128 | CD | | | DOTINC 50015 | ?, Multiple |
| PTX 2129 | CD | | | DOTINC 50016 | ?, Multiple |
| PTX 2130 | CD | | | DOTINC 50017 | ?, Multiple |
| PTX 2131 | CD | | | DOTINC 50089 | ?, Multiple |
| PTX 2132 | CD - The Skybone Expander Systems | | | DOTINC 87552 | ?, Multiple |
| PTX 2133 | CD | | | DOTLTD 14716 | ?, Multiple |
| PTX 2134 | CD | | | DOTLTD 50017 | ?, Multiple |
| PTX 2135 | CD-KyphX Latitude Curette | | | RR 1 | |
| PTX 2136 | CD-Kyphon Mixer | | | RR 2 | |
| PTX 2137 | CD | | | WM 102 | ?, Multiple |
| PTX 2138 | CD | | | DOTINC 9422 | ?, Multiple |
| PTX 2139 | CD-Radioplaque Bone Cement | | | KY 4434-4865 | |
| PTX 2140 | VHS-Kyphon C-Arm Training | | 8/21/2002 | KY 72136 | |
| PTX 2141 | VHS-KyphoX System Demo | | 1/7/2003 | KY 72137 | |
| PTX 2142 | CD-Strategic Marketing Skyphon #974, San Francisco, CA | | 6/6/1994 | KY 152400 | H, R, P |
| PTX 2143 | CD-Balloon Kyphoplasty B-roll Video | | | KY 152401 | H, R, P |
| PTX 2144 | CD-10F A Call to Action | | | KY 152402 | H, R, P |
| PTX 2145 | CD-10F-The Train | | | KY 152403 | H, R, P |
| PTX 2146 | CD-SKy Bone Expander System | | | KY 152404 | |

Kyphon's Preliminary Trial Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | OBJECTIONS 1, 2 |
|---|---|---|---|---|---|
| PTX 2147 | CD-Surgical Managemetn of Osteoporotic Patients | | | KY 152405 | H, R, P |
| PTX 2148 | CD-Kyphonplasty Review 2000 | | | KY 152406 | H, R, P |
| PTX 2149 | CD-Lyon, France Powerpoint | | | KY 152407 | ? |
| PTX 2150 | CD-Kyphon Product Inservice | | | KY 152399 | ? |
| PTX 2151 | CD-Channel 3 CBC Kyphoplasty Segment | | 2/4/2005 | KY 286743 | H, R, P |
| PTX 2152 | CD-News Channel 12 Connecticut-Dr. Michael Marks | | 7/00/01 | KY 375745 | H, R, P |
| PTX 2153 | VHS D-Spine Consultant Phase II presentation | | | KY 72138 | H, R, P |
| PTX 2154 | CD-Spine Consultant Phase II presentation | | | KY 72138 | H, R, P |
| PTX 2155 | KyphX System Demonstration | | | KY 72139 | H, R, P |
| PTX 2156 | CD-IBT | | | KY 74340-74572 | H, R, P |
| PTX 2157 | CD-Directional IBT | | | KY 11275-11983 | H, R, P |
| PTX 2158 | CD-Physician's Presentations & Speaker's Notes; Downward Spiral; VCF Options | | 4/5/2001 | KY 126486 | H, R, P |
| PTX 2159 | CD-Physician's Presentations and Speaker's Notes | | | KY 126487 | H, R, P |
| PTX 2160 | CD- Kyphon Financials | | | KY 377553 – KY 386666 | |
| PTX 2161 | Early Scholten/Reiley Prototypes | | | | ? |