B

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

KYPHON INC.,
     v.
DISC-O-TECH MEDICAL TECHNOLOGIES
LTD., and DISC ORTHOPAEDIC
TECHNOLOGIES, INC.

C.A. No. 04-204-JJF

# *Defendant's Trial Exhibit List*

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  |  |

---

[1]    <u>Key:</u>
  DOT Appendix – Appendix of Exhibits submitted by DOT in support of Claim Construction and Summary Judgment Briefs
  Kyphon C/C Dec. – Declaration of Thomas Halkowski in Support of Kyphon's Opening Claim Construction Brief
  Kyphon SJ Dec. – Declaration of Thomas Halkowski in Support of Kyphon's Opening Summary Judgment Brief
  Kyphon Opp. Dec. – Declaration of Thomas Halkowski in Support of Kyphon's Opposition to DOT's Summary Judgment and Claim Construction Briefs
  P.I. Mot. – Kyphon's Preliminary Injunction Brief
  P.I. Opp. – DOT's Brief in Opposition to Preliminary Injunction
  P.I. Rep. – Kyphon's Preliminary Injunction Reply Brief.
[2] See final page of exhibit list for key to objections.

    * As noted in Kyphon's comments in the pretrial order regarding admission of exhibits, Kyphon understood that the parties had agreed to a procedure that would allow for objections to be made and addressed in an efficient manner at trial. Because DOT recently objected to this approach, Kyphon has not had an adequate opportunity to review DOT's exhibits. However, based upon a preliminary review, Kyphon has noted with an asterisk those exhibits that appear to be objectionable based upon the descriptions set forth herein. Given the limited notice however, Kyphon has not had a meaningful opportunity to review the actual documents listed herein. Kyphon, therefore, reserves all rights to object to any exhibit that DOT ultimately chooses to offer at trial whether identified herein with an asterisk, or not.

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1001 | DOT Appendix Ex. A-2 | N/A | 11/13/90 | U.S. Patent No. 4,969,888 | |
| 1002 | DOT Appendix Ex. A-3 | N/A | 4/28/92 | U.S. Patent No. 5,108,404 | |
| 1003 | DOT Appendix Ex. A-4 | N/A | 5/22/01 | U.S. Patent No. 6,235,043 B1 | |
| 1004 | | N/A | 6/19/01 | U.S. Patent No. 6,248,110 B1 | * |
| 1005 | DOT Appendix Ex. D-1 | N/A | 6/5/01 | U.S. Patent No. 6,241,734 B1 | |
| 1006 | DOT Appendix Ex. D-2 | N/A | 9/2/03 | U.S. Patent No. 6,613,054 B2 | |
| 1007 | | KY 228787 – 228907 | N/A | File History for U.S. Patent No. 4,969,888 | |
| 1008 | | KY 228908 – 229043 | N/A | File History for U.S. Patent No. 5,108,404 | |
| 1009 | | KY 229044 – 229364 | N/A | File History for U.S. Patent No. 6,235,043 B1 | |
| 1010 | | | N/A | File History for U.S. Patent No. 6,248,110 B1 | * |
| 1011 | | | N/A | File History for U.S. Patent No. 6,241,734 B1 | |
| 1012 | | | N/A | File History for U.S. Patent No. 6,613,054 B2 | |

Moreover, Kyphon specifically objects to any effort to introduce or rely upon technical references which are not set forth in Dr. Mitchell's report and/or which have been belatedly produced by DOT.

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1013 | DOT Appendix Ex. A-1 | | | Curriculum Vitae of Dr. David Mitchell | * |
| 1014 | DOT Appendix Ex. A-25 | N/A | 7/9/2004 | Kyphon's Supplemental Responses to Disc-O-Tech Medical Technologies, Ltd.'s First Set of Interrogatories (Nos. 1-45) | * |
| 1015 | DOT Appendix Ex. A-26 | N/A | 7/9/2004 | Kyphon's Supplemental Responses to Disc Orthopaedic Technologies, Inc.'s First Set of Interrogatories (Nos. 1-13) | * |
| 1016 | P.I. Opp. Ex. W | N/A | 8/2/2004 | Kyphon's Amended Supplemental Responses to Disc-O-Tech Medical Technologies, Ltd.'s First Set of Interrogatories | * |
| 1017 | | N/A | 10/27/04 | Kyphon's Responses to Disc-O-Tech Medical Technologies Ltd. and Disc Orthopaedic Technologies, Inc.'s First Set of Interrogatories to Plaintiff Kyphon Inc. (Nos. 1-17) | * |
| 1018 | P.I. Mot. Ex. W | N/A | 8/4/2004 | ITC Order No. 13 re Motion to Terminate Investigation | * |
| 1019 | DOT Appendix Ex. K | N/A | 11/10/2002 | Declaration of Dr. William S. Rosenberg | * |
| 1020 | DOT Appendix Ex. C-A | N/A | N/A | Kyphon "Key Points of Difference Between KyphX IBTs and SKy Device" Document | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1021 | DOT Appendix Ex. I | N/A | N/A | Definitions from Stedman's Medical Dictionary ("tissue"; "marrow") | * |
| 1022 | DOT Appendix Ex. CC | N/A | N/A | Definitions from Stedman's Medical Dictionary ("passage") | * |
| 1023 | DOT Appendix Ex. EE | N/A | N/A | Definitions from Stedman's Medical Dictionary ("fluid") | * |
| 1024 | DOT Appendix Ex. J | N/A | N/A | Definition from Medline ("bone marrow"; "cancellous") | * |
| 1025 | DOT Appendix Ex. BB | N/A | N/A | Dictionary definitions ("fenestration") | * |
| 1026 | DOT Appendix Ex. FF | N/A | N/A | Miscellaneous Dictionary definitions ("drill") | * |
| 1027 | DOT Appendix Ex. O | N/A | 2/9/2005 | Letter from Thomas Halkowski to Judge Poppiti regarding Kyphon not asserting claims from the '110 Patent | * |
| 1028 | DOT Appendix Ex. O | N/A | 2/11/2005 | Letter from Jonathan Sobel to Thomas Halkowski regarding Kyphon not asserting claims from the '110 Patent | * |
| 1029 | Kyphon C/C Dec. Ex. W | N/A | N/A | Kyphon Press Release, "Kyphon Receives FDA Clearance to Market KyphX ® HV-R ™ Bone Cement for Use in Kyphoplasty," April 5, 2004 at http://kyph.client.shareholder.com/ReleaseDetail.cfm?ReleaseID=132205 (last visited April 6, 2005). | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1030 | | KY 230242 – 230410 | | Kyphon's 2002 10-K SEC Filing | |
| 1031 | | KY 230411 – 230491 | | Kyphon's 2003 10-K SEC Filing | |
| 1032 | | | | Kyphon's 1Q 2003 10-Q SEC Filing | |
| 1033 | | | | Kyphon's 2Q 2003 10-Q SEC Filing | |
| 1034 | | | | Kyphon's 3Q 2003 10-Q SEC Filing | |
| 1035 | | | | Kyphon's 4Q 2003 10-Q SEC Filing | |
| 1036 | | | | Kyphon's 2004 10-K SEC Filing | |
| 1037 | | | | Kyphon's 1Q 2004 10-Q SEC Filing | |
| 1038 | | | | Kyphon's 2Q 2004 10-Q SEC Filing | |
| 1039 | | | | Kyphon's 3Q 2004 10-Q SEC Filing | |
| 1040 | | | | Kyphon's 4Q 2004 10-Q SEC Filing | |
| 1041 | | | | Kyphon's 1Q 2005 10-Q SEC Filing | |
| 1042 | P.I. Mot. Ex. N | DOTINC 000686 – 000689 | | SKy Bone Expander System Instructions for Use | |
| 1043 | | DOTINC 000990 | | DOT Surgical Technique Document | |
| 1044 | | DOTLTD 014120 | | SKy Bone Expander System Instructions For Use | |
| 1045 | | DOTLTD 014096 | | SKy Bone Expander System Instructions For Use | |
| 1046 | | DOTLTD 014102 | | SKy Bone Expander System Instructions For Use | |
| 1047 | | DOTLTD 006338 | | SKy Bone Expander System Instructions For Use | |
| 1048 | | DOTLTD 013563 | | SKy Bone Expander System Instructions For Use | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1049 | | DOTLTD 014114 | | SKy Bone Expander System Instructions For Use | |
| 1050 | | DOTLTD 014117 | | SKy Bone Expander System Instructions For Use | |
| 1051 | | DOTLTD 014120 | | SKy Bone Expander System Instructions For Use | |
| 1052 | P.I. Opp. Ex. P | DOTINC 001399-1409 | | Surgical Technique for SKy Bone Expander System | |
| 1053 | P.I. Opp. Ex. E | DOTINC 009300-9318 | | DOT Sales Summaries for 1/1/2004 to 9/30/2004 | |
| 1054 | | DOTINC 050018 | | Post-July 2004 Impactor Instructions For Use | |
| 1055 | | DOTINC 050096 – 050198 | 2/9/2004 | Osteoporosis and the Spinal Surgeon (Presentation) | * |
| 1056 | | DOTINC 050301 – 050451 | | DOT Sales Summaries | |
| 1057 | | DOTINC 050452 – DOTINC 050477 | | Procedure Summary Spreadsheet detailing each SKy surgery | |
| 1058 | | DOTINC 050478 | 3/3/2005 | X-Ray of Fractured Tibia | * |
| 1059 | | DOTINC 050581 - 050585 | | Hi-Visco Flow Advertising Materials | * |
| 1060 | | DOTINC 050586 - 050738 | | Worldwide Orthopaedic Market & Equity Research Document | * |
| 1061 | | DOTINC 050741 - 050742 | | Surgical Technique Document | * |
| 1062 | | DOTLTD 000042 | 3/3/2004 | Letter from Richard Mott to Motti Beyar | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|-----|------------------------------------|----------------|------|-------------|-----------------|
| 1063 | P.I. Mot. Ex. H | KY 114403 – 114405 | | Kyphon "Fact Sheet" | |
| 1064 | P.I. Mot. Ex. I | KY 114715 – 114717 | | Kyphon Patient Education Series: "Osteoporosis" | |
| 1065 | P.I. Mot. Ex. K | KY 114731 – 114734 | | Kyphon Patient Educations Series: "Osteoporosis", Questions and Answers | |
| 1066 | | KY 116135-116137 | 8/9/2000 | Letter from Mark Reiley to Invention Disclosure File Re: Balloon Reduction and Fixation of Distal Radius Fracture | * |
| 1067 | | KY 003870 | | Product Catalog | |
| 1068 | | KY 003869 | | Diagram- Preparing the KyphX Inflatable Bone Tamp and Inflation Syringe | |
| 1069 | | KY 039421 | | Pre-Clinical Evaluation Protocol Intraosseous Balloon System | * |
| 1070 | | KY 072428 | | KYPHX System Demonstration | |
| 1071 | | KY 020202-020242 | | Proposed Intraosseous Balloon Protocol for Vertebral Body Fractures | * |
| 1072 | | KY 258772-258813 | 1/26/2004 | A Scientific Review of Current and Potential Bone Void Fillers | * |
| 1073 | | KY 376078-376093 | | Instructions for Use Kyphx HV-R Bone Cement | |
| 1074 | | KY 376093 | | Kyphon Launches KyphX HV-R Bone Cement for use in Balloon Kyphoplasty | |
| 1075 | | KY 189309-189320 | 9/2003 | Kphx HV-R Bone Cement- Information | |
| 1076 | | KY 189453-189530 | 9/2003 | Kphx HV-R Bone Cement- Information | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1077 | | DOTINC 050744-050747 | | Vertebral Augmentation and the Limits of Interpreting Complications Reported in the Food and Drug Administration Manufacturer and User Facility Device Experience Database | * |
| 1078 | | KY 004932-004959 | 2001 | Presentation regarding Kyphon Meeting with FDA on January 16, 2001 | * |
| 1079 | | KY 006271-006273 | 3/2/1998 | Letter from Karen Talmadge to Michael Courtney Re: Draft Minutes | * |
| 1080 | | KY004433-004865 | 4/3/1998 | 510 (k) Premarket Notification Submission, KyphX ™ Inflatable Bone Tamp – K981251 | * |
| 1081 | | KY 004440 | 4/3/1998 | Letter from Karen Talmadge to the FDA | * |
| 1082 | | KY 004925-004927 | 6/2/1998 | Letter from Celia Witter to Karen Talmadge Re: Inflatable Bone Tamp | * |
| 1083 | | KY 004961-004968 | 6/29/1998 | Memo from Karen Talmadge to K981251 File re: Requested Indications for use Statement Changes | * |
| 1084 | | KY 114452 -114454 | 7/2/1998 | Letter from the FDA to Karen Talmadge | * |
| 1085 | | KY 005518-005520 | 10/25/2000 | Letter from Larry Spears to Richard Murdock re: Kyphon Inflatable Bone Tamp | * |
| 1086 | | KY 159239-159241 | 10/25/2000 | October 25, 2000 Warning Letter | * |
| 1087 | | KY 006430 | 11/21/2000 | Letter from Richard Murdock to Byron Tart, Jr. re: Warning Letter | * |
| 1088 | | KY 006415 | 11/22/2000 | Memo from Rick Murdock to Byron Tart and Steve Budabin re: Letter | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1089 | | KY 005416-005418 | 12/1/2000 | Letter from Byron Tart to Richard Murdock re: Kyphon Inflatable Bone Tamp, K981251 | * |
| 1090 | | KY 005409-005411 | 12/19/2000 | Letter from Richard Murdock to Byron Tart re: Kyphon Inflatable Bone Tamp, K981251 | * |
| 1091 | | KY 006459 | 12/27/2000 | Letter from Byron Tart to Richard Murdock re: Warning Letter | * |
| 1092 | | KY 006461-00462 | 1/31/2001 | Letter from Richard Murdock to Byron Tart re: Kyphon Inflatable Bone Tamp, K981251 | * |
| 1093 | | KY 267657 | 6/2/2003 | Memorandum from Cindy Domecus to Alan Marquardt re: Conversation with Dan Schultz, M.D. | * |
| 1094 | | KY 263533-263536 | 7/9/2003 | Draft Letter from Richard Mott to Erin Keith | * |
| 1095 | | | 12/14/1971 | U.S. Patent No. 3,626,949 | |
| 1096 | | | 12/18/1984 | U.S. Patent No. 4,488,549 | * |
| 1097 | | | 4/30/1985 | U.S. Patent No. 4,513,754 | * |
| 1098 | | | 5/21/1985 | U.S. Patent No. 4,518,430 | * |
| 1099 | | | 3/18/1986 | U.S. Patent No. 4,576,152 | |
| 1100 | | | 12/9/1986 | U.S. Patent No. 4,627,434 | * |
| 1101 | | | 3/31/1987 | U.S. Patent No. 4,654,314 | * |
| 1102 | | | 1/26/1988 | U.S. Patent No. 4,721,112 | * |
| 1103 | | | 1/31/1989 | U.S. Patent No. 4,801,263 | |
| 1104 | | | 11/7/1989 | U.S. Patent No. 4,878,495 | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] [*] |
|---|---|---|---|---|---|
| 1105 | | | 3/20/1990 | U.S. Patent No. 4,909,252 | |
| 1106 | | | 1/1/1991 | U.S. Patent No. 4,981,481 | * |
| 1107 | | | 4/16/1991 | U.S. Patent No. 5,007,932 | * |
| 1108 | | | 3/9/1993 | U.S. Patent No. 5,012,818 | * |
| 1109 | | | 9/17/1991 | U.S. Patent No. 5,049,132 | |
| 1110 | | | 3/9/1993 | U.S. Patent No. 5,192,282 | * |
| 1111 | | | 5/17/1994 | U.S. Patent No. 5,312,333 | |
| 1112 | | | 5/16/1995 | U.S. Patent No. 5,415,631 | |
| 1113 | | | 4/21/1998 | U.S. Patent No. 5,741,261 | |
| 1114 | | | 7/6/1999 | U.S. Patent No. 5,919,196 | |
| 1115 | | | 1/25/2000 | U.S. Patent No. 6,017,348 | |
| 1116 | DOT Appendix Ex. A-9 | | 1988 | Aebi, M., "The internal skeletal fixation system. A new treatment of thoracolumbar fractures and other spinal disorders," Clin. Orthop., Vol. 227, pp. 30-43, 1988 | |
| 1117 | | | 1985 | Angel, M. et al., "Vascularization of Tricalcium Phosphate, an Artificial Bone Substitute," Microsurgery, Vol. 6, pp. 175-81, 1985 | * |
| 1118 | | | 1977 | Benum, P. et al., "Porous Ceramics as a Bone Substitute in the Medial Condyle of the Tibia," Acta Orthop. Scand., Vol. 48, pp. 150-57, 1977 | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1119 | DOT Appendix Ex. A-10 | | 1987 | Blauth, M., "Therapeutic Concept and Results of Operative Treatment in Acute Trauma of the Thoracic and Lumbar Spine:  The Hannover Experience," J. of Orthop. Trauma, Vol. 1, No. 3, pp. 240–252, 1987 | |
| 1120 | | | 1987 | Bucholz, R. et al., "Hydroxyapatite and Tricalcium Phosphate Bone Graft Substitutes," Orthop. Clin. North Am., Vol. 18, No. 2, pp. 323 - 34, 1987 | * |
| 1121 | DOT Appendix Ex. A-11 | | 1987 | Campbell's Operative Orthopaedics, A.H. Crenshaw, Ed., 7th ed., Chapter 44, pp. 1653–1663, 1987 | |
| 1122 | DOT Appendix Ex. A-12 | | 1974 | Carlson, "The Use of Methylmethacrylate in Repair of Neoplastic Lesions in Bone," Radiology, Vol. 112, pp. 43-46, July 1974 | |
| 1123 | | | 2004 | Charvet, A. et al., "Pulmonary embolism of cement during vertebroplasty," Ann. Fr. Anesth. Reanim, Vol. 23, No. 8, pp. 827-30, 2004 | * |
| 1124 | DOT Appendix Ex. A-13 | | 1982 | Daniaux, H., "Technik und Ergebnisse der transpedikulären Spongiosaplastik bei Kompressionsbrüchen im Lendenwirbelsäulenbereich," Acta Chir. Austr. (Suppl.), Vol. 43, pp. 79-80, 1982 | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|-----|--------------------------------------------|----------------|------|-------------|-----------------|
| 1125 | DOT Appendix Ex. A-14 | | 1986 | Daniaux, H., "Transpedikuläre Reposition und erste Spongiosaplastik bei Wirbelkörperbrüchen der unteren Brust und Lendenwirbelsäule," Unfallchirurg, Vol. 89, pp. 197-213, 1986 | |
| 1126 | DOT Appendix Ex. A-15 | | 1987 | Dick, W., "Use of the Acetabular Reamer to Harvest Autogeneic Bone Graft Material:  A Simple Method for Producing Bone Paste," Arch. Orthop. Trauma Surg., Vol. 105, pp. 235 – 238, 1986 | |
| 1127 | DOT Appendix Ex. A-16 | | 1986 | Dick, W., "The 'Fixatuer Interne' as versatile implant for spine surgery," Spine, Vol. 12 (9), pp. 882-900, 1987 | |
| 1128 | DOT Appendix Ex. A-17 | | 1976 | Edeland, H.G., "Open Reduction of Central Compression Fractures of the Tibial Plateau," Acta Orthop. Scand., Vol. 47, pp. 686-689, 1976 | |
| 1129 | | | 1981 | Frame, J. et al., "Hydroxyapatite as a Bone Substitute in the Jaws," Biomaterials, Vol. 2, pp. 19 - 22, 1981 | * |
| 1130 | | | 2003 | Higgins, K. et al., "Biomechanical Effects of Unipedicular Vertebroplasty on Intact Vertebrae," Spine, Vol. 28, No. 14, pp. 1540-1548, 2003 | * |
| 1131 | | | 2004 | Hillmeier, J. et al., "The evaluation of balloon kyphoplasty for osteoporotic vertebral fractures," Orthopade, Vol. 33, No. 8, pp. 893-904, 2004 | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|-----|------|------|------|------|------|
| 1132 | DOT Appendix Ex. A-18 | | 1978 | Kennedy, W., "Fractures of the Tibial Condyles: A Preliminary Report on Supplementary Fixation with Methylmethacrylate," Clin. Orthop., Vol. 134, pp. 153-157, 1978 | |
| 1133 | | | 2004 | Komp, M. et al., "Minimal-invasive Therapie der funktionell instabilen osteoporotishcen Wirbelkorperfraktur mittels Kyphoplastie: Prospektive Vergleichsstudie von 19 operierten unter 17 konservativ behandelten Patienten," J. Miner Stoffwechs, Vol. 11 (Suppl. 1), pp. 13 - 15, 2004 | * |
| 1134 | | | 2003 | Kraus, G. et al., "Pelvic and leg venous thrombosis as a complication of percutaneous vertebroplasty," Rofo., Vol. 175, No. 4, pp. 565 - 66, 2003 | * |
| 1135 | | | 2002 | Lee, B. et al., "Paraplegia as a complication of percutaneous vertebroplasty with polymethylmethacrylate: a case report," Spine, Vol. 27, No. 19, pp. E419 - 22, 2002 | * |
| 1136 | | | 2003 | Lieberman et al., "Vertebroplasty and Kyphoplasty for Osteolytic Vertebral Collapse," Clin. Orthop. And Related Res., No. 415S, pp. S176-186, 2003 | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1137 | | DOTINC 050479 – DOTINC 050537 | 1987 | Limb Salvage in Musculoskeletal Oncology, Chapter 6, "Effectiveness of Methyl Methacrylate as a Physical adjuvant in Local Tumor Control,", Enneking, W., Ed., Churchill Livingstone, pp. 443 - 498, 1987 | * |
| 1138 | DOT Appendix Ex. A-19 | | 1984 | Ma, Yuan-zhang, "Os Calsis Fracture Treated by Percutaneous Poking Reduction and Internal Fixation," Chinese Medical Journal, Vol. 97, No. 2, pp. 105-110, 1984 | |
| 1139 | | DOTINC 050525 – DOTINC 050537 | 1987 | M. Malawer, M. Marks et al., " Effect of Cryosurgery and PMMA on Tumor Cavity: Evalutaion of Bone Necrosis and Bone Graft Incorporation in a Dog Model," Limb Salvage in Musculoskeletal Oncology, Enneking, W., Ed., Churchill Livingstone, pp. 486-498, 1987 | * |
| 1140 | | | 2001 | Mathis, J. M. et al., "Percutaneous Vertebroplasty:  A Developing Standard of Care for Vertebral Compression Fractures," Am. J. Neuroradiology, Vol. 22, pp. 373-381, 2001 | * |
| 1141 | DOT Appendix Ex. A-20 | | 1988 | Olerud, S., "Transpedicular Fixation of Thoracolumbar Vertebral Fractures," Clin. Orthop., Vol. 227, pp. 44-51, 1988 | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1142 | | | 1999 | Padovani, Bernard, et al., "Pulmonary Embolism Cause by Acrylic Cement: A Rare Complication of Percutaneous Vertebroplasty," Am. J. Neuroradiology, Vol. 20, pp.375-77 | * |
| 1143 | DOT Appendix Ex. A-21 | | 1988 | Pentelenyi, T., "First Hungarian Neurosurgical Experiences with 'Fixateur Interne' in the Treatment of Thoraco-lumbar Spine Injuries," Acta Neurochir. (Wien), Vol. 93, pp. 104-109, 1988 | |
| 1144 | | | 2002 | Phillips, F. et al., "An in Vivo Comparison of the Potential of Extravertebral Cement Leak After Vertebroplasty and Kyphoplasty," Spine, Vol. 27, No. 19, pp. 2173 - 78, 2002 | * |
| 1145 | | | 2004 | Pleser, M. et al., "Pulmonary embolism caused by PMMA in percutaneous vertebroplasty," Unfallchirug, Vol. 107, No. 9, pp. 807 - 11, 2004 | * |
| 1146 | | | 2001 | Ratliff, J. et al., "Root and spinal cord compression from methylmethacrylate vertebroplasty," Spine, Vol. 26, No. 13, pp. E300 - 2, 2001 | * |
| 1147 | | | 2004 | Rauschmann, M. et al., "Complications of vertebroplasty," Orthopade, Vol. 33, No. 1, pp. 40 - 7, 2004 | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1148 | | | 1977 | Rejda, B. et al., "Tri-calcium Phosphate as a Bone Substitute," J. Bioeng., Vol. 1, pp. 93 - 97, 1977 | * |
| 1149 | | | 2002 | Ryu, K. et al., "Dose-dependent epidural leakage of polymethylmethacrylate after percutaneous vertebroplasty in patients with osteoporotic vertebral compression fractures," J. Neurosurg. Spine., Vol. 96, No. 1, pp. 56 - 61, 2002 | * |
| 1150 | DOT Appendix Ex. A-22 | | 1988 | Schatzker, J., Operative Orthopaedics, M. Chapman, Ed., 1st ed., Ch. 35, pp. 421 – 434, 1988 | |
| 1151 | DOT Appendix Ex. A-23 | | 1967 | Scoville, W., "The Use of Acrylic Plastic for Vertebral Replacement or Fixation in Metastatic Disease of the Spine," J. Neurosurg., Vol. 27: 274-279, Sept. 1967 | |
| 1152 | | | 1963 | Smith, L., "Ceramic-Plastic Material as a Bone Substitute," Arch. Surg., Vol. 87, pp. 653 - 61, 1963 | * |
| 1153 | | | 2004 | Stricker, K. et al., "Severe Hypercapnia Due to Pulmonary Embolism of Polymethylmethacrylate During Vertebroplasty," Anesth. Analg., Vol. 98, pp. 1184-1186, 2004 | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1154 | | | | Tsai, T. T. et al., "Polymethylmethacrylate Cement Dislodgement Following Percutaneous Vertebroplasty: A case report," Spine, Vol. 28, No. 22, pp. 457-60, 2003 | * |
| 1155 | | DOTINC 002393 – 2395 | | Investor notes re: Kyphon from Value Investors Club, www.investorsclub.com | * |
| 1156 | | DOTINC 002925 - 002927 | 5/18/2004 | Product DGF Forms | |
| 1157 | | DOTINC 003165 – 003279 | | Kyphon Surgeon List | |
| 1158 | | DOTINC 005503 - 005507 | 6/2/2004 | E-mail correspondence between Ronny Barak and Brent Johnston | * |
| 1159 | | DOTINC 006273 | 3/22/2004 | E-mail from Ronny Barak to Tamir Kazaz attaching SKy Business Plan | |
| 1160 | | DOTINC 006861 | 4/30/2004 | E-mail from Ronny Barak to Randy Hebert re: Post meeting summary | |
| 1161 | | DOTINC 006975 - 006978 | 5/12/2004 | E-mail from Ronny Barak to Ken Corrado re: Sales Opportunity | |
| 1162 | | DOTINC 007247 | | E-mail from Ronny Barak to pmprince@bellsouth.net re: Follow up on our May 26 morning meeting-exploring the Jacksonville area | * |
| 1163 | | DOTINC 007250-7252 | 5/27/2004 | E-mail from Ronny Barak to Tamir Kazaz re: Corvus Medical, Inc. | * |
| 1164 | | DOTINC 007296 | 5/31/2004 | E-mail from Ronny Barak to Gene Trozzi re: Pittsburgh | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1165 | | DOTINC 007614-7617 | 6/3/2004 | E-mail from Ken Corrado to Ronny Barak re: KRP Medical, Inc. | * |
| 1166 | | DOTINC 007621-7622 | 5/24/2004 | E-mail from David Smith to Ronny Barak re: GA/SC | * |
| 1167 | | DOTINC 007691 – 7693 | 6/9/2004 | E-mail from Kim Welch to Ronny Barak re: Craig Welch and our discussion last week of representing Disc-O-Tech | * |
| 1168 | | DOTINC 007779 | 5/12/2004 | E-mail from Kathy Morales to giallelj@bellsouth.net re: Jupiter Medical Center Forms | * |
| 1169 | | DOTINC 007921 - 7924 | 2/2/2004 | E-mail from Ronny Barak to dscspine@aol.com re: Post Surgeries Follow Up | * |
| 1170 | | DOTINC 008435 | 4/27/2004 | E-mail from Ronny Barak to Tamir Kazaz re: Lacoste distribution in LA/Mississippi | * |
| 1171 | | DOTINC 008470 | 4/29/2004 | E-mail from Ronny Barak to Travis Whitaker re: Territory Info | * |
| 1172 | | DOTINC 008731 | 6/12/2004 | E-mail from Ronny Barak to Paula Jagels re: Visit to Colorado | * |
| 1173 | | DOTINC 009300 - 9318 | | Sales Report for the period 1/1/2004 to 9/30/2004 | |
| 1174 | | DOTINC 009593 - 009639 | | Sales Report for the period 1/1/2004 to 12/31/2004 | |
| 1175 | | DOTLTD 005539 - 005543 | | DOT Financial Projections Spreadsheet | * |
| 1176 | | DOTLTD 06063 – 6064 | | Introduction from SKy Training Manual | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1177 | | DOTLTD 006414 | | E-mail from Tamir Kazaz to Elad Magal, Motti Beyar and Oren Globerman re: Kyphon | |
| 1178 | | DOTLTD 009593 - 009639 | | Test Report (notes in Hebrew) | * |
| 1179 | | DOTLTD 013250 – 013302 | | Application Serial No. 60/478,841 for "Expandable Device for Treating Fractured and/or Osteoporotic Bone." | * |
| 1180 | | DOTLTD 013303 – 013380 | | DOT Patent Application "Deformable Tools and Implants" | * |
| 1181 | | DOTLTD 013438 - 13536 | | DOT Patent Application "Deformable Tools and Implants" | * |
| 1182 | | KY 034711 - 034889 | | Kyphon February 2004 Financials | |
| 1183 | | KY 139080 - 139081 | | Kyphon Revenue spreadsheet | |
| 1184 | | KY 142117 – 142123 | | Competitive Activities, Q1 2004 | * |
| 1185 | | KY 158109 | | "Safety" sheet from Kyphon presentation | * |
| 1186 | | KY 177482 –177489 | | "The Downward Spiral; Consequences of Vertebral Compression Fractures" Presentation | |
| 1187 | | KY 178124 - 000127 | | "Minimally Invasive Thereapy for Functionally Unstable Osteoporotic Vertebral Fracture by Means of Kyphoplasty: Prospective Comparative Study of 19 Surgically and 17 Conservatively Treated Patients | * |
| 1188 | | KY 236801 – 236812 | | Kyphon Financial Statements 3-22-04 | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1189 | | KY 268929 – 000958 | | "Surgical Interventions for Vertebral Compression Fractures: An Update on Procedures and Outcomes" | * |
| 1190 | | KY 377553 – 386666 | | Kyphon GM Analysis by Cost Category | |
| 1191 | | KY 386712 – 386715 | | 2003 GM Analysis Pivot Table Summary | |
| 1192 | | KY 386716 - 386717 | | 2003 GM Analysis with Cost of Goods Sold Breakdown by Variable Cost and Fixed Cost | |
| 1193 | | KY 386833 – 386872 | | Kyphon-Bonutti Sublicense Agreement | |
| 1194 | | KY 386873 – 386956 | | Sanatis Acquisition Agreement | |
| 1195 | | CM 0026 - 0030 | 9/23/2004 | Banc of America Securities Equity Research, 34th Annual Investment Conference, "Highlights from BofA Annual Investment Conference," September 23, 2004 | * |
| 1196 | | CM 0031 - 0035 | 5/24/2004 | Banc of America Securities Equity Research, Health Care Conference, "Highlights from Banc of America Securities Health Care Conference", May 24, 2004 | * |
| 1197 | | CM 0036 - 0063 | 5/6/2004 | Banc of America Securities, Equity Research United States, "Kyphon Inc. Extraordinary Growth, but Valuation Keeps Us at Bay; Coverage Initiated with a Rating of Neutral," May 6, 2004 | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1198 | | CM 0064 - 0084 | 4/12/2004 | Banc of America Securities, Equity Research United States, "Kyphon Inc. Extraordinary Growth, but Valuation keeps Us at bay; Coverage Initiated with a Rating of Neutral, April 12, 2004 | * |
| 1199 | | CM 0085 - 0096 | 8/12/2004 | Banc of America Securities, Equity Research United States, "Kyphon Inc. Lowering  Rating to Sell Owing to New Competitive Threat," August 12, 2004 | * |
| 1200 | | CM 0097 – 0108 | 2/8/2005 | Banc of America Securities, Equity Research United States, "Kyphon Inc. Raising Est./Target Price Due to Higher Int'l Sales. Our Caution Remains Valuation/Competition," February 8, 2005 | * |
| 1201 | | CM 0109 – 0117 | 10/27/2004 | Banc of America Securities, Equity Research United States, "Kyphon Inc. Reports 3Q EPS $0.02 Above Our Estimate, Led by Gross Margin," October 27, 2004. | * |
| 1202 | | CM 0118 – 0131 | 8/5/2004 | Banc of America Securities, Equity Research United States, "Kyphon Inc. Reports Solid 2Q. Maintain Neutral Rating on Valuation,"  August 5, 2004 | * |
| 1203 | | CM 0132 – 0140 | 7/14/2004 | Banc of America Securities, Equity Research United States, "Kyphon Inc. Update Following Recent Management Meeting,"  July 14, 2004 | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1204 | | CM 0141 – 0218 | 5/1/2002 | Deutsche Bank Securities Inc., "Orthopedics 2002 – An Updated Look at the Markets and Companies that Define the Orthopedic Industry," May 1, 2002 | * |
| 1205 | | CM 0219 - 0244 | | Esky, Clifford J., M.D., Ph.D, and Joshua A. Hirsch, M.D., "Vertebroplasty and Kyphonplasty," Dartmouth Medical Center | * |
| 1206 | | CM 0245 - 0255 | | Goldscheider, Robert, John Joarosc, and Carla Mulhern, "Use of the 25 Percent Rule in Valuing IP," *les Nouvelles,* Vol. 37, No. 4, December 2002 | * |
| 1207 | | CM 00256 - 00260 | | Hiwatashi, A., et al., "Increase in Vertebral Body Height after Vertobroplasty", *AJNR Am J Neuroradiology* 23:185-189, February 2003 | * |
| 1208 | | CM 0261 – 0335 | | Knowledge Enterprises, "The Worldwide Orthopaedic Market – 2003-2004,"  November 2004 | * |
| 1209 | | CM 0336 – 0337 | | "Kyphon Announces Acquisition of Sanatis GmbH,"  *Business Wire,* March 4, 2003 | * |
| 1210 | | CM 0338 – 0346 | | Mathis, John M., et al., "Percutaneous Vertebroplasty: A Developing Standard of Care for Vertebral Compression Fractures,"  AJNR Am J. Neuroradiology 22:373-381, February 2001 | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1211 | | CM 0347 – 0356 | | McGavock, Daniel M., David A. Haas, and Michael P. Patin, "Factors Affecting Royalty Rates," *les Nouvelles*, Vol. 27, No. 2, June 1992 | * |
| 1212 | | CM 0357 - 0398 | | Philip A. Beutel and Richard T. Rapp, "Patent Damages:  Updated Rules on the Road to Economic Rationality," *Patent Litigation 1996- Volume 2, Practising Law Institute, Patents, Copyrights, Trademarks and Literary Property:  Course Handbook Series Number G-457*, November 1996 (Exhibit 6) | * |
| 1213 | | DOTINC 050000 – 050007 | | DOT Color Marketing Materials | |
| 1214 | | DOTINC 050008 | | DOT Instrumentation Set | |
| 1215 | | DOTINC 050010 | | DOT Demonstration Device | |
| 1216 | | DOTINC 050012 | | CD Containing DOT Electronic Materials | |
| 1217 | | DOTINC 050013 | | Post-July 2004 Impactor Device | |
| 1218 | | DOTINC 050743 | | Demonstration Kit | |
| 1219 | | DOTLTD 050016 | | Trial Device Specimen | |
| 1220 | | DOTLTD 051000 | | Bone Filler Kit representative of Pre-July 2004 device | * |
| 1221 | | DOTLTD 0501001 | | Instrumentation Set representative of Pre-July 2004 device | |
| 1222 | | | 11/17/1992 | U.S. Patent No. 5,163,949 | * |
| 1223 | | | 3/30/1993 | U.S. Patent No. 5,197,971 | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|-----|-----|-----|-----|-----|-----|
| 1224 | | | 1/26/1994 | U.S. Patent No. 5,331,975 | * |
| 1225 | | | 3/22/1994 | U.S. Patent No. 5,295,994 | * |
| 1226 | | | 9/13/1994 | U.S. Patent No. 5,345,927 | * |
| 1227 | | | 5/7/1996 | U.S. Patent No. 5,514,153 | * |
| 1228 | | | 2/11/1997 | U.S. Patent No. 5,601,590 | * |
| 1229 | | | 9/16/1997 | U.S. Patent No. 5,667,520 | * |
| 1230 | | | 11/11/1997 | U.S. Patent No. 5,685,826 | * |
| 1231 | | | 1/13/1998 | U.S. Patent No. 5,707,390 | * |
| 1232 | | | 2/10/1998 | U.S. Patent No. 5,716,325 | * |
| 1233 | | | 10/27/1998 | U.S. Patent No. 5,827,318 | * |
| 1234 | | | 1/19/1999 | U.S. Patent No. 5,860,997 | * |
| 1235 | | | 3/30/1999 | U.S. Patent No. 5,888,196 | * |
| 1236 | | | 9/21/1999 | U.S. Patent No. 5,954,739 | * |
| 1237 | | | 1/25/2000 | U.S. Patent No. 6,017,305 | * |
| 1238 | | | 3/28/2000 | U.S. Patent No. 6,042,596 | * |
| 1239 | | | 8/15/2000 | U.S. Patent No. 6,102,928 | * |
| 1240 | | | 1/9/2001 | U.S. Patent No. 6,171,299 | * |
| 1241 | | | 1/9/2001 | U.S. Patent No. 6,171,236 | * |
| 1242 | | | 2/13/2001 | U.S. Patent No. 6,187,023 | * |
| 1243 | | | 8/21/2001 | U.S. Patent No. 6,277,136 | * |
| 1244 | | | 3/19/2002 | U.S. Patent No. 6,358,266 | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1245 | Reiley Ex. 3 | KY116725-116739 | 9/26/1988 | Record of Invention for Balloon Assisted Fixation of Osteoporotic Fractures (Arie Scholton and Mark Reilly) | * |
| 1246 | Reiley Ex. 5 | N/A | 2/3/1989 | Declaration and Power of Attorney for Surgical Protocol for Fixation of Osteoporotic Bone Using Inflatable Device | * |
| 1247 | Reiley Ex. 6 | N/A | 8/14/1990 | Declaration and Power of Attorney for Surgical Protocol for Fixation of Bone Using Inflatable Device | * |
| 1248 | Reiley Ex. 7 | N/A | 2/9/1989 | Patent Application for Surgical Protocol for Fixation of Osteoporotic Bone Using Inflatable Device | |
| 1249 | Reiley Ex. 8 | N/A | 8/25/1989 | Notice of References Cited by Examiner for Patent Application for Surgical Protocol for Fixation of Osteoporotic Bone Using Inflatable Device | |
| 1250 | Reiley Ex. 9 | N/A | 2/9/1989 | Amendment to Patent Application for Surgical Protocol for Fixation of Osteoporotic Bone Using Inflatable Device | |
| 1251 | Reiley Ex. 10 | N/A | N/A | Surgical Protocol for the Osseous Balloon System, Percutaneous Vertebral Body Fixation | * |
| 1252 | Reiley Ex. 11 | N/A | 12/17/1990 | The Effect of Internal Augmentation on Vertebral Body Mechanical Properties: A Preliminary Study, by A.U. Daniels, Ph.D. and Karl Wenger | * |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] [*] |
|---|---|---|---|---|---|
| 1253 | Globerman Ex. 12 | DOTINC 006917-006918 | 5/7/2004 | E-mail from Kathy Morales to Tamir Kazaz re: Surgical Guidelines & Tips | |
| 1254 | Globerman Ex. 13 | DOTINC 001399-001409 | | Surgical Technique Sky Bone Expander System | |
| 1255 | Globerman Ex. 14 | DOTINC 004891-004893 | 1/2004 | Sky Bone Expander System- FAQ | |
| 1256 | Globerman Ex. 15 | DOTINC 000686-000689 | | Appendix A- Sky Bone Expander System Instructions for Use (IFU) | |
| 1257 | Globerman Ex. 17 | DOTINC 007304 | 6/1/2004 | E-mail from Ronny Barak to Tamir Kazaz re: Product Manual SKy | |
| 1258 | Globerman Ex. 18 | DOTINC 005268-005269 | | Sky Bone Expander Systems- Key Selling Points | |
| 1259 | Kazaz Ex. 37 | DOTINC 008753-008803 | | Sky Bone Expander System Presentation | |
| 1260 | Kazaz Ex. 40 | DOTINC 005218-005227 | | A Study Protocol for Comparing Sky Bone Expander System with the Kyphon Bone Tamp | |
| 1261 | Kazaz Ex. 41 | DOTINC 003979-003997 | | Sky Bone Expander System Initial Clinical Results | |
| 1262 | Kazaz Ex. 48 | DOTINC 000988 | 6/1/2004 | Fax to Orian from Tamir Kazaz re: Comments on the attached Sky Surgical Technique | |
| 1263 | Kazaz Ex. 49 | | | Sky Surgical Technique | |
| 1264 | Globerman Ex. 85 | DOTLTD 000413 | | Disc-O-Tech Impactor Instructions for use | |
| 1265 | Globerman Ex. 86 | DOTLTD 000123 | | Sky Bone Expander System Instructions for use | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|-----|------------|------------|------|-------------|------------|
| 1266 | Globerman Ex. 87 | DOTLTD 001560 | | Surgical Technique- Sky Bone Expander System | |
| 1267 | Globerman Ex. 102 | DOTLTD 010309 | | Deformable Tools and Implants – Patent Application | * |
| 1268 | Beyar Ex. 157 | DOTLTD 000431-437 | 10/6/2003 | SKy System Design and Development Plan | |
| 1269 | Beyar Ex. 161 | DOTLTD 005335-47 | 7/2003 | B-Twin BE System Product (Tube) Specifications | |
| 1270 | Beyar Ex. 162 | DOTINC 005856-5859 | 4/29/2004 | Email from Or Benjamin to Kathy Morales regarding SKy Bone Expander Competitive Comparison, cc: Tamir Kazaz | |
| 1271 | Beyar Ex. 164 | DOTINC 006872 | 5/4/2004 | Email from David Elkayam to Tamir Kazaz and Ronny Barak regarding USA SKy Surgeon | * |
| 1272 | Beyar Ex. 174 | DOTLTD 000040 | 4/7/2004 | Email from Kimberly Sherwood (on behalf of Rich Mott) to Motti Beyar regarding follow up communications | |
| 1273 | Magal Ex. 175 | DOTINC 002819 | N/A | SKy Bone Expander System items and category numbers | * |
| 1274 | Globerman Ex. 188 | DOTLTD 014204-271 | 7/14/2004 | Letter from John C. Eisenhart to Oren Globerman regarding non-infringement opinion for U.S. Patent No. 5,108,404 | |
| 1275 | Globerman Ex. 189 | DOTLTD 014272-338 | 7/14/2004 | Letter from John C. Eisenhart to Oren Globerman regarding non-infringement opinion for U.S. Patent No. 4,969,888 | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1276 | Globerman Ex. 190 | DOTLTD 014123-203 | 6/18/2004 | Letter from John C. Eisenhart to Oren Globerman regarding non-infringement opinion for U.S. Patent No. 6,235,043 | |
| 1277 | Globerman Ex. 191 | DOTLTD 014339-450 | 6/13/2004 | Letter from John C. Eisenhart to Oren Globerman regarding non-infringement opinion for U.S. Patent No. 6,248,110 | * |
| 1278 | Globerman Ex. 193 | DOTLTD 001835-1840 | N/A | Delphion patent search results on Kyphon | |
| 1279 | Globerman Ex. 195 | DOTLTD 014722-727 | N/A | Comparing SKy and balloon Kyphoplasty | |
| 1280 | Globerman Ex. 196 | DOTLTD 014973-15007 | N/A | SKy Bone Expander Imaging and Anatomy Tutorial | |
| 1281 | Globerman Ex. 197 | DOTLTD 001843-1860 | N/A | SKy System Clinical Evaluation – Spinal Indications | |
| 1282 | Kazaz Ex. 203 | DOTLTD 005533-548 | 6/30/2004 | Disc-O-Tech Breakdown of revenues, costs of goods sold, operating expenses | * |
| 1283 | Kazaz Ex. 204 | DOTINC 009535-639 | 1/6/2005 | Sales Report of Disc Orthopaedic Technologies, 1/1/2004 – 12/31/2004 | |
| 1284 | Kazaz Ex. 205 | DOTINC 050019-058 | 1/26/2005 | Sales Report of Tamir Kazaz, 10/1/2004 – 10/31/2004 | |
| 1285 | Kazaz Ex. 206 | DOTINC 005430-431 | 5/7/2004 | Email from Tamir Kazaz to Kathy Morales, Ronny Barak regarding surgical guidelines and tips | |
| 1286 | Kazaz Ex. 207 | DOTLTD 015835-849 | N/A | The SKy Bone Expander System, Kyphoplasty | |
| 1287 | Kazaz Ex. 208 | DOTLTD 006341-353 | N/A | SKy Bone Expander System, Surgical Technique | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|-----|-----|-----|-----|-----|-----|
| 1288 | Kazaz Ex. 209 | DOTINC 001410 | 2/2004 | A Novel Technique for Percutaneous Local Anesthesia Reconstruction of Vertebral Fractures Using the SKy Bone Expander: A Preliminary Report on the First 20 Cases (accepted for oral presentation at the annual ASSR meeting, February 2004, Miami) | * |
| 1289 | Kazaz Ex. 210 | DOTLTD 006176-178 | 5/20/2004 | SKy surgical notes | * |
| 1290 | Kazaz Ex. 212 | DOTLTD 014096-122 | 12/2004 | SKy Bone Expander System, Instructions for Use | |
| 1291 | Kazaz Ex. 224 | DOTINC 050000-001 | N/A | Vertebral Compression Fractures and Osteoporosis | |
| 1292 | Kazaz Ex. 225 | DOTINC 050003 | 7/2004 | SKy Bone Expander System for Percutaneous Vertebral Compression Fracture Reduction | |
| 1293 | Barak Ex. 230A | DOTINC 003165-279 | N/A | List of Kyphon Surgeons | |
| 1294 | Kazaz Ex.237 | N/A | 1/26/2005 | Print screen of D drive, SKy Bone Expander System, SKy Presentations, SKy Training Manual; Booth Pictures | * |
| 1295 | Kazaz Ex. 238 | N/A | N/A | SKy Bone Expander System Case Reports | * |
| 1296 | Kazaz Ex. 239 | N/A | N/A | SKy Presentation: Osteoporosis/SKy Bone Expander System for void creation vertebral height restoration | |
| 1297 | Kazaz Ex. 240 | N/A | 11/2004 | SKy Bone Expander System Training Manual, bone cement facts | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1298 | Barak Ex. 262 | TR 0173-196 | N/A | Presentation: The SKy Bone Expander System for void creation and vertebral height restoration | |
| 1299 | Barak Ex. 263 | TR 0197-208 | 1/1/2004 | Disc-O-Tech's Draft Surgical Technique, US Version – the SKy Bone Expander System | |
| 1300 | Barak Ex. 268 | TR 0245-277 | 2004 | Disc-O-Tech SKy Bone Expander Surgical Technique Tutorial | |
| 1301 | Barak Ex. 285 | N/A | 2004 | Report from American Society of Spine Radiology entitled "A Novel Technique for Percutaneous Local Anesthesia Reconstruction of Vertebral Fractures: A Preliminary Report on the First 20 Cases" by Reuven Gepstein, M.D. (9 pages) | * |
| 1302 | Barak Ex. 287 | DOTINC 002489-2494 | 2/24/04 | Fax from Ronny Barak to Tamir Kazaz regarding updates on Kyphon new sizes, shapes, access systems, directional system, KyphX Exact IBT | |
| 1303 | Barak Ex. 288 | DOTINC 005218-5227 | 1/2004 | A study protocol for comparing the SKy Bone Expander System with the Kyphon Bone Tamp | * |
| 1304 | Barak Ex. 297 | DOTINC 050205-300 | 11/2004 | Disc-O-Tech's SKy Bone Expander System Training Manual | |
| 1305 | Steck Ex. 301 | N/A | N/A | John Crawford Steck's CV | |
| 1306 | Eisenhart Ex. 352 | DOTLTD 014239 | N/A | Schematic of Disc-O-Tech Sky Long Assembly | * |
| 1307 | Barak Ex. 366 | N/A | N/A | Pre-July 2004 Impactor Tube | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|-----|-----|-----|-----|-----|-----|
| 1308 | Barak Ex. 367 | N/A | N/A | Pre-July 2004 Impactor Rod | |
| 1309 | Barak Ex. 370 | DOTLTD 051001 | N/A | Pre-July 2004 Instrumentation Set | |
| 1310 | Barak Ex. 374 | N/A | N/A | Bone Biopsy Needle | |
| 1311 | Barak Ex. 375 | N/A | N/A | High Visco Flow Cement Delivery Kit (for Europe) | * |
| 1312 | Barak Ex. 376 | N/A | N/A | SKy Bone Expander System Instrumentation Set | |
| 1313 | Barak Ex. 378 | N/A | N/A | Cannula | |
| 1314 | Mott Ex. 501 | N/A | N/A | Kyphon 10-Q | |
| 1315 | Mott Ex. 502 | KY 0142117-142123 | 3/31/2004 | Competitive Activities- Q1 2004 | * |
| 1316 | Mott Ex. 503 | KY 115003-115020 | N/A | Selected Kyphx Product Quick Refrence Guide | |
| 1317 | Mott Ex. 504 | DOTINC 001961-1970 | N/A | KYPHX Exact Inflatable Bone Tamp Guide | |
| 1318 | Mott Ex. 505 | KY 073052-73117 | N/A | Kyphon Sales Training Pre-Study Guide | |
| 1319 | Mott Ex. 506 | KY 3869-3871 | N/A | Preparing the Inflatable Bone Tamp (IBT) and Inflation Syringe | |
| 1320 | Mott Ex. 507 | KY 207783-207783 | | Kyphon 10-K | |
| 1321 | Talmadge Ex. 510 | KY 004433-4627 | N/A | Kyphon 5 10(K) Pre-Market Notification Submission | |
| 1322 | Taylor Ex. 517 | KY 236801 | 3/22/2005 | Kyphon Financial Statement | |
| 1323 | Taylor Ex. 518 | KY 386718 | 1/1/2005 | Price List- U.S. | |
| 1324 | Taylor Ex. 519 | KY 386712 | N/A | Analysis Table | |
| 1325 | Taylor Ex. 520 | KY 386717 | N/A | Analysis | |
| 1326 | Taylor Ex. 521 | KY 34710-34899 | 2/2004 | Kyphon Financial Statement | |

| DTX | Dep. Exhibit or Exhibit to Court Filing[1] | Production No. | Date | Description | Objections[2] * |
|---|---|---|---|---|---|
| 1327 | Scholten Ex. 522 | KY 386722 | N/A | Picture of Arie Scholten with devices | |
| 1328 | Scholten Ex. 523 | KY 386667 | N/A | '138 Patent | * |
| 1329 | Scholten Ex. 524 | KY 386729 | N/A | Picture of Tool | |
| 1330 | Scholten Ex. 524 A | KY 386726 | N/A | Picture of Tool | |
| 1331 | Scholten Ex. 525 | KY 386727 | N/A | Picture of Tool | |
| 1332 | Scholten Ex. 526 | KY 386728 | N/A | Picture of Tool | |
| 1333 | Scholten Ex. 527 | KY 386730 | N/A | Picture of Tool | |
| 1334 | Scholten Ex. 528 | KY 386734 | N/A | Picture of Product | |
| 1335 | Scholten Ex. 539 | KY 386735 | N/A | Picture of Doctors working on procedure | |
| 1336 | Scholten Ex. 530 | KY 386736 | N/A | Picture of Doctors working on procedure | |
| 1337 | Scholten Ex. 531 | KY 386737 | N/A | Picture of Doctors working on procedure | |
| 1338 | Scholten Ex. 532 | KY 386738 | N/A | Picture of Doctors working on procedure | |
| 1339 | Scholten Ex. 533 | KY 116725 | 9/26/1988 | Invention Disclosure Document | * |
| 1340 | | KY 377552 | N/A | KyphX Osteo Introducer System | |
| 1341 | | N/A | N/A | Kyphon Curette | |
| 1342 | | N/A | N/A | KyphX Elevate Inflatable Bone Tamp | |
| 1343 | | N/A | N/A | Demonstratives to be used at trial | * |
| 1344 | | N/A | N/A | Demonstratives to be used by DOT's Experts | * |
| 1345 | | N/A | N/A | All Exhibits on Plaintiff's Exhibit List | * |

**KEY TO KYPHON'S OBJECTIONS TO DOT'S TRIAL EXHIBITS**

A = Authenticity under FRE 901 et. seq. not established

C = Competency

H = Hearsay, FRE 802

I = Incomplete, FRE 106

IO = Improper Opinion Testimony by non-expert

IS = Improper summary of voluminous writings under FRE 1006

M = Not material, under FRE 401

P = Prejudicial, confusing or misleading, FRE 403

R = Not relevant, FRE 402

? = Not sufficiently identified for DOT/Kyphon to determine whether this item

constitutes relevant evidence