9



**Appendix 9A**

**Kyphon's Proposed Special Verdict Form**[1]

We, the jury, unanimously find as follows:

---

[1]     In an effort to narrow the asserted claims, Kyphon will conduct a further assessment of the claims to be asserted at trial promptly upon issuance of the Court's rulings regarding claim construction and summary judgment.

I.      **U.S. PATENT NO. 4,969,888 (THE '888 PATENT)**

      A.      **Infringement: Literal Infringement**

            1.      Do you find that Kyphon Inc. ("Kyphon") has shown by a preponderance of the evidence that Disc-O-Tech Medical Technologies Ltd. and Disc Orthopaedic Technologies, Inc. (collectively, "DOT") infringe one or more of the following claims of the '888 Patent?  A "YES" answer is a finding for Kyphon.  A "NO" answer is a finding for DOT.

|          |            |            |
|----------|------------|------------|
| Claim 1  | YES ____   | NO ____    |
| Claim 3  | YES ____   | NO ____    |
| Claim 7  | YES ____   | NO ____    |
| Claim 8  | YES ____   | NO ____    |
| Claim 9  | YES ____   | NO ____    |
| Claim 11 | YES ____   | NO ____    |
| Claim 14 | YES ____   | NO ____    |

      B.      **Infringement: Doctrine of Equivalents**

            2.      If your answer to one or more of the claims in Question 1 is "NO," do you find that Kyphon has shown by a preponderance of the evidence that DOT infringes one or more of such claims under the doctrine of equivalents?  A "YES" answer is a finding for Kyphon.  A "NO" answer is a finding for DOT.

|          |            |            |
|----------|------------|------------|
| Claim 1  | YES ____   | NO ____    |
| Claim 3  | YES ____   | NO ____    |
| Claim 7  | YES ____   | NO ____    |
| Claim 8  | YES ____   | NO ____    |
| Claim 9  | YES ____   | NO ____    |
| Claim 11 | YES ____   | NO ____    |
| Claim 14 | YES ____   | NO ____    |

**C.    Infringement: Willfulness**

3.    If you answered "YES" for any of the claims in Questions 1 or 2, do you find that Kyphon has proven by clear and convincing evidence that DOT's infringement of the '888 Patent was willful?  A "YES" answer is a finding for Kyphon. A "NO" answer is a finding for DOT.

YES ____        NO ____

**D.    Validity: Anticipation**

4.    Do you find that DOT has shown by clear and convincing evidence that any of the following claims of the '888 Patent is invalid as anticipated by the prior art?  A "YES" answer is a finding for DOT.  A "NO" answer is a finding for Kyphon.

| | | |
|---|---|---|
| Claim 1 | YES ____ | NO ____ |
| Claim 3 | YES ____ | NO ____ |
| Claim 7 | YES ____ | NO ____ |
| Claim 8 | YES ____ | NO ____ |
| Claim 9 | YES ____ | NO ____ |
| Claim 11 | YES ____ | NO ____ |
| Claim 14 | YES ____ | NO ____ |

**E.    Validity: Obviousness[2]**

5.    For each of the claims in Question 4 for which your answer is "NO," do you find that DOT has shown by clear and convincing evidence that it is invalid as obvious over the prior art?  A "YES" answer is a finding for DOT.  A "NO" answer is a finding for Kyphon.

| | | |
|---|---|---|
| Claim 1 | YES ____ | NO ____ |
| Claim 3 | YES ____ | NO ____ |

---

[2]    Kyphon believes that the issue of obviousness is not properly presentable to the Jury.  However, in the event that the Court decides otherwise, Question Nos. 6 & 7 (Part I.E) set forth Kyphon's proposed special verdict on the issue of obviousness.

2

|          |        |        |
|----------|--------|--------|
| Claim 7  | YES ___ | NO ___ |
| Claim 8  | YES ___ | NO ___ |
| Claim 9  | YES ___ | NO ___ |
| Claim 11 | YES ___ | NO ___ |
| Claim 14 | YES ___ | NO ___ |

## II.    U.S. PATENT NO. 5,108,404 ("THE '404 PATENT")

### A.    Infringement: Literal Infringement

6.    Do you find that Kyphon has shown by a preponderance of the evidence that DOT infringes one or more of the following claims of the '404 Patent? A "YES" answer is a finding for Kyphon. A "NO" answer is a finding for DOT.

|          |        |        |
|----------|--------|--------|
| Claim 1  | YES ___ | NO ___ |
| Claim 3  | YES ___ | NO ___ |
| Claim 8  | YES ___ | NO ___ |
| Claim 9  | YES ___ | NO ___ |
| Claim 10 | YES ___ | NO ___ |
| Claim 12 | YES ___ | NO ___ |
| Claim 15 | YES ___ | NO ___ |

### B.    Infringement: Doctrine of Equivalents

7.    If your answer to one or more of the claims in Question 6 is "NO," do you find that Kyphon has shown by a preponderance of the evidence that DOT infringes one or more of such claims under the doctrine of equivalents? A "YES" answer is a finding for Kyphon. A "NO" answer is a finding for DOT.

|          |        |        |
|----------|--------|--------|
| Claim 1  | YES ___ | NO ___ |
| Claim 3  | YES ___ | NO ___ |
| Claim 8  | YES ___ | NO ___ |
| Claim 9  | YES ___ | NO ___ |
| Claim 10 | YES ___ | NO ___ |

3

Claim 12        YES _____        NO _____

Claim 15        YES _____        NO _____

**C.       Infringement: Willfulness**

8.       If you answered "YES" for any of the claims in Questions 6 or 7, do you find that Kyphon has proven by clear and convincing evidence that DOT's infringement of the '404 Patent was willful?  A "YES" answer is a finding for Kyphon. A "NO" answer is a finding for DOT.

YES _____            NO _____

**D.       Validity: Anticipation**

9.       Do you find that DOT has shown by clear and convincing evidence that any of the following claims of the '404 Patent is invalid as anticipated by the prior art?  A "YES" answer is a finding for DOT.  A "NO" answer is a finding for Kyphon.

Claim 1         YES _____        NO _____

Claim 3         YES _____        NO _____

Claim 8         YES _____        NO _____

Claim 9         YES _____        NO _____

Claim 10        YES _____        NO _____

Claim 12        YES _____        NO _____

Claim 15        YES _____        NO _____

**E.       Validity: Obviousness[3]**

10.       For each of the claims in Question 9 for which your answer is "NO," do you find that DOT has shown by clear and convincing evidence that it is invalid as obvious over the prior art?  A "YES" answer is a finding for DOT.  A "NO" answer is a finding for Kyphon.

Claim 1         YES _____        NO _____

---

[3]       Kyphon believes that the issue of obviousness is not properly presentable to the Jury.  However, in the event that the Court decides otherwise, Question Nos. 13 & 14 (Part II.E) set forth Kyphon's proposed special verdict on the issue of obviousness.

4

Claim 3          YES ____          NO ____

Claim 8          YES ____          NO ____

Claim 9          YES ____          NO ____

Claim 10         YES ____          NO ____

Claim 12         YES ____          NO ____

Claim 15         YES ____          NO ____

### III.   U.S. PATENT NO. 6,235,043 ("THE '043 PATENT")

#### A.   Infringement: Literal Infringement

11.   Do you find that Kyphon has shown by a preponderance of the evidence that DOT infringes one or more of the following claims of the '043 Patent?  A "YES" answer is a finding for Kyphon.  A "NO" answer is a finding for DOT.

Claim 2          YES ____          NO ____

Claim 17         YES ____          NO ____

Claim 20         YES ____          NO ____

Claim 23         YES ____          NO ____

Claim 24         YES ____          NO ____

Claim 25         YES ____          NO ____

Claim 26         YES ____          NO ____

Claim 28         YES ____          NO ____

#### B.   Infringement: Doctrine of Equivalents

12.   If your answer to one or more of the claims in Question 11 is "NO," do you find that Kyphon has shown by a preponderance of the evidence that DOT infringes one or more of such claims under the doctrine of equivalents?  A "YES" answer is a finding for Kyphon.  A "NO" answer is a finding for DOT.

Claim 2          YES ____          NO ____

Claim 17         YES ____          NO ____

Claim 20         YES ____          NO ____

5

| | | | |
|---|---|---|---|
| Claim 23 | YES ____ | NO ____ |
| Claim 24 | YES ____ | NO ____ |
| Claim 25 | YES ____ | NO ____ |
| Claim 26 | YES ____ | NO ____ |
| Claim 28 | YES ____ | NO ____ |

**C.     Infringement: Willfulness**

13.     If you answered "YES" for any of the claims in Questions 11 or 12, do you find that Kyphon has proven by clear and convincing evidence that DOT's infringement of the '043 Patent was willful? A "YES" answer is a finding for Kyphon. A "NO" answer is a finding for DOT.

YES ____          NO ____

**D.     Validity: Obviousness[4]**

14.     Do you find that DOT has shown by clear and convincing evidence that any of the following claims of the '043 Patent is invalid as obvious over the prior art? A "YES" answer is a finding for DOT. A "NO" answer is a finding for Kyphon.

| | | | |
|---|---|---|---|
| Claim 2 | YES ____ | NO ____ |
| Claim 17 | YES ____ | NO ____ |
| Claim 20 | YES ____ | NO ____ |
| Claim 23 | YES ____ | NO ____ |
| Claim 24 | YES ____ | NO ____ |
| Claim 25 | YES ____ | NO ____ |
| Claim 26 | YES ____ | NO ____ |
| Claim 28 | YES ____ | NO ____ |

---

[4]     Kyphon believes that the issue of obviousness is not properly presentable to the Jury.  However, in the event that the Court decides otherwise, Question Nos. 18 & 19 (Part III.D) set forth Kyphon's proposed special verdict on the issue of obviousness.

6

## IV.     U.S. PATENT NO. 6,241,734 ("THE '734 PATENT")

### A.     Infringement: Literal Infringement

15.     Do you find that Kyphon has shown by a preponderance of the evidence that DOT infringes one or more of the following claims of the '734 Patent?  A "YES" answer is a finding for Kyphon.  A "NO" answer is a finding for DOT.

| | | |
|---|---|---|
| Claim 1 | YES ____ | NO ____ |
| Claim 3 | YES ____ | NO ____ |
| Claim 4 | YES ____ | NO ____ |
| Claim 5 | YES ____ | NO ____ |
| Claim 7 | YES ____ | NO ____ |
| Claim 8 | YES ____ | NO ____ |
| Claim 10 | YES ____ | NO ____ |
| Claim 11 | YES ____ | NO ____ |
| Claim 12 | YES ____ | NO ____ |
| Claim 13 | YES ____ | NO ____ |
| Claim 14 | YES ____ | NO ____ |
| Claim 15 | YES ____ | NO ____ |
| Claim 16 | YES ____ | NO ____ |
| Claim 17 | YES ____ | NO ____ |
| Claim 19 | YES ____ | NO ____ |
| Claim 20 | YES ____ | NO ____ |
| Claim 21 | YES ____ | NO ____ |

### B.     Infringement: Doctrine of Equivalents

16.     If your answer to one or more of the claims in Question 15 is "NO," do you find that Kyphon has shown by a preponderance of the evidence that DOT infringes one or more of such claims under the doctrine of equivalents?  A "YES" answer is a finding for Kyphon.  A "NO" answer is a finding for DOT.

Claim 1          YES \_\_\_\_        NO \_\_\_\_

Claim 3          YES \_\_\_\_        NO \_\_\_\_

Claim 4          YES \_\_\_\_        NO \_\_\_\_

Claim 5          YES \_\_\_\_        NO \_\_\_\_

Claim 7          YES \_\_\_\_        NO \_\_\_\_

Claim 8          YES \_\_\_\_        NO \_\_\_\_

Claim 10        YES \_\_\_\_        NO \_\_\_\_

Claim 11        YES \_\_\_\_        NO \_\_\_\_

Claim 12        YES \_\_\_\_        NO \_\_\_\_

Claim 13        YES \_\_\_\_        NO \_\_\_\_

Claim 14        YES \_\_\_\_        NO \_\_\_\_

Claim 15        YES \_\_\_\_        NO \_\_\_\_

Claim 16        YES \_\_\_\_        NO \_\_\_\_

Claim 17        YES \_\_\_\_        NO \_\_\_\_

Claim 19        YES \_\_\_\_        NO \_\_\_\_

Claim 20        YES \_\_\_\_        NO \_\_\_\_

Claim 21        YES \_\_\_\_        NO \_\_\_\_

**C.    Infringement: Willfulness**

17.    If you answered "YES" for any of the claims in Questions 15 or 16, do you find that Kyphon has proven by clear and convincing evidence that DOT's infringement of the '734 Patent was willful? A "YES" answer is a finding for Kyphon. A "NO" answer is a finding for DOT.

YES \_\_\_\_                NO \_\_\_\_

**D.    Validity: Anticipation**

18.    Do you find that DOT has shown by clear and convincing evidence that any of the following claims of the '734 Patent is invalid as anticipated by the prior art? A "YES" answer is a finding for DOT. A "NO" answer is a finding for Kyphon.

8

Claim 1          YES ____          NO ____

Claim 3          YES ____          NO ____

Claim 4          YES ____          NO ____

Claim 5          YES ____          NO ____

Claim 7          YES ____          NO ____

Claim 8          YES ____          NO ____

Claim 10         YES ____          NO ____

Claim 11         YES ____          NO ____

Claim 12         YES ____          NO ____

Claim 13         YES ____          NO ____

Claim 14         YES ____          NO ____

Claim 15         YES ____          NO ____

Claim 16         YES ____          NO ____

Claim 17         YES ____          NO ____

Claim 19         YES ____          NO ____

Claim 20         YES ____          NO ____

Claim 21         YES ____          NO ____

**E.     Validity: Obviousness[5]**

19.     For each of the claims in Question 18 for which your answer is "NO," do you find that DOT has shown by clear and convincing evidence that it is invalid as obvious over the prior art?  A "YES" answer is a finding for DOT.  A "NO" answer is a finding for Kyphon.

Claim 1          YES ____          NO ____

Claim 3          YES ____          NO ____

---

[5]     Kyphon believes that the issue of obviousness is not properly presentable to the Jury.  However, in the event that the Court decides otherwise, Question Nos. 25 & 26 (Part IV.E) set forth Kyphon's proposed special verdict on the issue of obviousness.

9

Claim 4         YES ____         NO ____

Claim 5         YES ____         NO ____

Claim 7         YES ____         NO ____

Claim 8         YES ____         NO ____

Claim 10        YES ____         NO ____

Claim 11        YES ____         NO ____

Claim 12        YES ____         NO ____

Claim 13        YES ____         NO ____

Claim 14        YES ____         NO ____

Claim 15        YES ____         NO ____

Claim 16        YES ____         NO ____

Claim 17        YES ____         NO ____

Claim 19        YES ____         NO ____

Claim 20        YES ____         NO ____

Claim 21        YES ____         NO ____

## V.     U.S. PATENT NO. 6,613,054 ("THE '054 PATENT")

### A.     Infringement: Literal Infringement

20.     Do you find that Kyphon has shown by a preponderance of the evidence that DOT infringes one or more of the following claims of the '054 Patent?  A "YES" answer is a finding for Kyphon.  A "NO" answer is a finding for DOT.

Claim 26        YES ____         NO ____

Claim 27        YES ____         NO ____

Claim 28        YES ____         NO ____

Claim 29        YES ____         NO ____

Claim 36        YES ____         NO ____

Claim 37        YES ____         NO ____

Claim 38        YES ____         NO ____

10

Claim 39    YES _____    NO _____

Claim 41    YES _____    NO _____

Claim 42    YES _____    NO _____

Claim 43    YES _____    NO _____

Claim 44    YES _____    NO _____

Claim 46    YES _____    NO _____

Claim 47    YES _____    NO _____

Claim 48    YES _____    NO _____

Claim 49    YES _____    NO _____

**B.    Infringement: Doctrine of Equivalents**

21.    If your answer to one or more of the claims in Question 20 is "NO," do you find that Kyphon has shown by a preponderance of the evidence that DOT infringes one or more of such claims under the doctrine of equivalents?  A "YES" answer is a finding for Kyphon.  A "NO" answer is a finding for DOT.

Claim 26    YES _____    NO _____

Claim 27    YES _____    NO _____

Claim 28    YES _____    NO _____

Claim 29    YES _____    NO _____

Claim 36    YES _____    NO _____

Claim 37    YES _____    NO _____

Claim 38    YES _____    NO _____

Claim 39    YES _____    NO _____

Claim 41    YES _____    NO _____

Claim 42    YES _____    NO _____

Claim 43    YES _____    NO _____

Claim 44    YES _____    NO _____

Claim 46    YES _____    NO _____

11

Claim 47      YES \_\_\_\_        NO \_\_\_\_

Claim 48      YES \_\_\_\_        NO \_\_\_\_

Claim 49      YES \_\_\_\_        NO \_\_\_\_

**C.      Infringement: Willfulness**

22.      If you answered "YES" for any of the claims in Questions 20 or 21, do you find that Kyphon has proven by clear and convincing evidence that DOT's infringement of the '054 Patent was willful?  A "YES" answer is a finding for Kyphon. A "NO" answer is a finding for DOT.

YES \_\_\_\_             NO \_\_\_\_

**D.      Validity: Obviousness[6]**

23.      Do you find that DOT has shown by clear and convincing evidence that any of the following claims of the '054 Patent is invalid as obvious over the prior art?  A "YES" answer is a finding for DOT.  A "NO" answer is a finding for Kyphon.

Claim 26      YES \_\_\_\_        NO \_\_\_\_

Claim 27      YES \_\_\_\_        NO \_\_\_\_

Claim 28      YES \_\_\_\_        NO \_\_\_\_

Claim 29      YES \_\_\_\_        NO \_\_\_\_

Claim 36      YES \_\_\_\_        NO \_\_\_\_

Claim 37      YES \_\_\_\_        NO \_\_\_\_

Claim 38      YES \_\_\_\_        NO \_\_\_\_

Claim 39      YES \_\_\_\_        NO \_\_\_\_

Claim 41      YES \_\_\_\_        NO \_\_\_\_

Claim 42      YES \_\_\_\_        NO \_\_\_\_

Claim 43      YES \_\_\_\_        NO \_\_\_\_

---

[6]      Kyphon believes that the issue of obviousness is not properly presentable to the Jury.  However, in the event that the Court decides otherwise, Question Nos. 30 & 31 (Part V.D) set forth Kyphon's proposed special verdict on the issue of obviousness.

12

|          |           |          |
|----------|-----------|----------|
| Claim 44 | YES ____ | NO ____ |
| Claim 46 | YES ____ | NO ____ |
| Claim 47 | YES ____ | NO ____ |
| Claim 48 | YES ____ | NO ____ |
| Claim 49 | YES ____ | NO ____ |

## VI.    DAMAGES

Only answer the following questions if you find that DOT infringes one or more valid claims of the '888 patent, and/or the '404 patent, and/or the '043 patent, and/or the '734 patent, and/or the '054 patent.

24.    What amount of lost profits, based on lost sales, do you find by a preponderance of the evidence that Kyphon has suffered as a result of DOT's infringement of the '888, '404, '043, '734, and/or '054 patents?

$ _____

25.    If you determine that Kyphon is not entitled to any lost profits, or is entitled to some but not all lost profits it claims, what amount of reasonable royalty on the remaining sales do you find, by a preponderance of the evidence, that DOT owes Kyphon for infringing the '888, '404, '043, '734, and/or '054 patents?

$ _____

26.    If you determine that Kyphon is entitled to some but not all lost profits it claims, add the dollar amounts in your answers to Questions 24 and 25 to determine the total damages that DOT owes Kyphon for infringing the '888, '404, '043, '734, and/or '054 patents:

$ _____

You each must sign this Verdict Form:


Dated:_____          _____
                                       (Foreperson)


                                       _____


                                       _____


                                       _____


                                       _____


                                       _____


                                       _____


                                       _____

50273787 (2).doc

14