# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

MARYELLEN NOREIKA
302 575 7278
302 425 3011 Fax
mnoreika@mnat.com

June 3, 2005

BY E-FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re:  Kyphon, Inc. v. Disc-O-Tech Medical Technologies, Ltd., *et al.*,
C.A. No. 04-0204 (JJF)

Dear Judge Farnan:

Pursuant to the Court's May 20, 2005 Order (D.I. 223), the parties' submissions relating to objections to the Special Master's opinions are now complete. Disc-O-Tech hereby requests oral argument on the issues raised in those submissions.

Respectfully,

Maryellen Noreika (#3208)

cc:  Dr. Peter T. Dalleo, Clerk (By Hand)
     Thomas L. Halkowski, Esquire (By Hand)