# EXHIBIT A

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

Kyphon reserves the right to supplement or otherwise amend this exhibit list in with respect to evidence that is the subject of pending motions *in limine*, and to the extent that other decisions by the Court necessitate

| KY TRIAL EXHIBIT NO | DESCRIPTION | DESIGNATED AT DEPO OR USED IN | DOC DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0001 | News articles re Kyphon/Kyphoplasty | | Various | DOTINC 002730-002731; DOTINC 002392; DOTINC 002738-002741; KY 045686; KY 022533-022534; KY 022549; KY 261446-261448; KY 285293-285358; KY 285361-285362; KY 285368-285369; KY 285372-285373; KY 377458; KY 386741-386742 | Compilation exhibit; Hearsay; Authentication (as to the articles that are undated and lack a source or author); Kyphon's expert lacks personal knowledge regarding vertebroplasty; Prejudicial and misleading; KY26146, KY 285294-95, KY 285306, KY 285311 and KY 285312 lack an author |
| PTX 0002 | Presentation | Mitchell Ex. 3 | 12/1/2004 | DM 001001-001058 | |
| PTX 0003 | Kazaz email to Magal | Kazaz Ex. 4 (7/7/04) | 5/14/2004 | DOTINC 007447 | Irrelevant |
| PTX 0004 | Product Delivered Goods forms from Mary Black Memorial Hospital | Saunders Ex. 314 (1/28/05) | N/A | DOTINC 000317-000330 | Irrelevant |
| PTX 0005 | Letter from Kazaz to Saunders | Saunders Ex. 306 (1/28/05) | 4/29/2004 | DOTINC 000595 | Irrelevant |
| PTX 0006 | Draft Sales Agent Agreement | Saunders Ex. 302 (1/28/05) | N/A | DOTINC 000597-000612 | Irrelevant |
| PTX 0007 | Appendix A – SKy Bone Expander System Instructions for Use (IFU) | Kazaz Ex. 15 (7/7/04) | 12/00/03 | DOTINC 000686-000689 | |

1

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF / USED IN | DOC DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0008 | Sky Surgical Technique brochures | Kazaz Exs. 48, 49, 208; Reilly Ex. 263 | Various | DOTINC 000988-001001; DOTLTD 006341-006353; TR 000197-TR00208; DOTLTD 015359-015373; DOTLTD 014707-014713 | Compilation exhibit (5 documents); DOTINC 000988 - 1001 - irrelevant (draft) |
| PTX 0009 | Letter from Shaw to Saunders | Saunders Ex. 308 (1/28/05) | 5/21/2004 | DOTINC 001024-001025 | Irrelevant |
| PTX 0010 | SKy case studies | Expert Witness Report of Michael Marks, M.D., MBA | N/A | DOTINC 002511-002531 | |
| PTX 0011 | List of Kyphon Surgeons | Barak Ex. 230-A (2/14/05) | N/A | DOTINC 003165-003279 | |
| PTX 0012 | Memo from Tamir Kazaz to Motti Beyar | | 6/3/2004 | DOTINC 003954 | Irrelevant |
| PTX 0013 | Competitive Comparison Document | Kazaz Ex. 235 1/28/05 | 4/28/2004 | DOTINC 004795-004798 | |
| PTX 0014 | DOT SKy Bone Expander System - FAQ | Kazaz Ex. 14 (7/7/04) | 1/00/2004 | DOTINC 004891-004893 | |
| PTX 0015 | Kyphon Bone Tamp CRF | | 12/00/2003 | DOTINC 005176-005217 | Irrelevant |
| PTX 0016 | Sky Bone Expander System V2.0 basic information | Kazaz Ex. 218 (1/28/05) | 12/15/2003 | DOTINC 005270-005271 | |
| PTX 0017 | Email regarding Corvus Medical | | N/A | DOTINC 005503-005507 | Irrelevant |
| PTX 0018 | Email to Kazaz from Barak | Expert report of Brian W. Napper | N/A | DOTINC 006357 | Irrelevant |
| PTX 0019 | E-mail from Elkayam to Kazaz and Barak cc'ing Magal | Magal Ex. 179 (1/26/05) | 1/26/2004 | DOTINC 006633 | |
| PTX 0020 | Email to Jeff Lubin from Ronny Barak | Barak Ex. 295 (2/14/05) | 4/23/2004 | DOTINC 006685-006773 | |
| PTX 0021 | Morales email to Kazaz | Kazaz Ex. 12 (7/7/04) | N/A | DOTINC 006917-006918 | |

2

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

| TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF/USED IN | DOC DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0022 | E-mail from Weinstein to Kazaz | Magal Ex. 180 (1/26/05) | 5/23/2004 | DOTINC 007172-007173 | Irrelevant |
| PTX 0023 | Email between Kazaz and Barak | Expert report of Brian W. Napper | N/A | DOTINC 007255 | Irrelevant |
| PTX 0024 | Barak email to Kazaz | Kazaz Ex. 17 (7/7/04) | 6/1/2004 | DOTINC 007304-007323 | |
| PTX 0025 | Email between Dr. Rutledge and Barak | | | DOTINC 007834-007835 | |
| PTX 0026 | Email between Kazaz and Barak | | 2/00/2004 | DOTINC 008033-008034 | Irrelevant |
| PTX 0027 | Email between Kazaz and Barak | Expert report of Brian W. Napper | 4/27/2004 | DOTINC 008435 | Irrelevant |
| PTX 0028 | Email between Barak and Whitaker | Expert report of Brian W. Napper | 4/29/2004 | DOTINC 008470 | Irrelevant |
| PTX 0029 | Email to Morales from Barak | Barak Ex. 293 (2/14/05) | 5/12/2004 | DOTINC 008607-008608 | Irrelevant |
| PTX 0030 | Letter from Kazaz to Mitchell and attachment | Mitchell Ex. 2 | 6/30/2004 | DOTINC 008834, DOTINC 008837-008846 | |
| PTX 0031 | CD | | N/A | DOTINC 009422 | |
| PTX 0032 | Portion of SKy Bone Expander System Training Manual | Kazaz Ex. 236 (1/28/05) | 11/00/04 | DOTINC 009430-009449 | |
| PTX 0033 | Report for 12 month period ending December 31st, 2004 for the SKy bone expander system in the US | Kazaz Ex. 204 (1/28/05) | 1/6/2005 | DOTINC 009593-009639 | |
| PTX 0034 | SKy Bone Expander System Brochure | Kazaz Ex. 225 (1/28/05) | 7/00/2004 | DOTINC 050002 - 050003 | |
| PTX 0035 | Physical-SKy Bone Expander System (4mm)-physical | | N/A | DOTINC 050009/050010 | |
| PTX 0036 | CD | | N/A | DOTINC 050012 | Compilation exhibit (more than 10 documents) |

3

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

| TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OR USED IN | DOC DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0037 | Medical Manufacturing reports | | N/A | DOTINC 050199-050204; DOTLTD 050013-050015; DOTLTD 009837-009843 | Irrelevant; Compilation exhibit |
| PTX 0038 | Surgeon and procedure list | | N/A | DOTINC 050452-050477 | |
| PTX 0039 | Surgical Technique The SKy Bone Expander System | | 1/00/05 | DOTINC 050741-050742 | |
| PTX 0040 | CD - The Sky Bone Expander System | | N/A | DOTINC 087552 | |
| PTX 0041 | Email exchange between Barak and David Smith | Expert report of Brian W. Napper | 5/00/2004 | DOTINC 7621-7622 | Irrelevant |
| PTX 0042 | Saunders fax to DOT | Saunders Ex. 307 (1/28/05) | 5/12/2004 | DOTINC 000613-000614 | Irrelevant; Hearsay |
| PTX 0043 | WRHAMBRECHT+CO report re Kyphon stock | Rebuttal Expert Witness Report of Michael Marks, M.D. | N/A | DOTINC 002473-002479 | Hearsay |
| PTX 0044 | Sky Bone Expander System, Training Manual - First Draft | Kazaz Ex. 43 (7/15/04) | 6/0020/04 | DOTINC 004023-004087 | Compilation exhibit |
| PTX 0045 | E-mail to Martin from Morales | Kazaz Ex. 65 (7/15/04) | 4/28/2004 | DOTINC 004792-004794 | |
| PTX 0046 | Exhibit Not Used | | | | |
| PTX 0047 | The SKy Bone Expander System for Void Creation and Vertebral Height Restoration | Kazaz Ex. 37 (7/15/04) | 5/23/2004 | DOTINC 008753-008805 | |
| PTX 0048 | SKy Bone Expander System Training Manual | Barak Ex. 297 (2/14/05) | 11/00/2004 | DOTINC 050205-050300 | |
| PTX 0049 | Email from Mott to Beyar | Beyar Ex. 174 (1/25/05) | 4/7/2004 | DOTLTD 000040 | Hearsay; Irrelevant |
| PTX 0050 | Letter from Mott to Beyar | Beyar Ex. 173 (1/25/05) | 3/3/2004 | DOTLTD 000042 | |
| PTX 0051 | SKY System, Manufacturing Flow Chart | Globerman Ex. 80 (7/29/04) | N/A | DOTLTD 000702-000723 | |

4

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OR USED IN | DOC DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0052 | SKy Bone Expander Instructions for Use | Expert Witness Report of Michael Marks, M.D., MBA | N/A | DOTLTD 000957-000959 | |
| PTX 0053 | 510k Premarket Notification re B-Twin Bone Expander System | Beyar Ex. 168 (1/25/05) | 7/30/2003 | DOTLTD 001982-002052 | Irrelevant |
| PTX 0054 | Correspondence from Kahan to FDA | Beyar Ex. 169 (1/25/05) | 10/00/2003 | DOTLTD 002055-002063 | Irrelevant |
| PTX 0055 | Communication from Shavit to FDA | Beyar Ex. 170 (1/25/05) | 11/00/2003 | DOTLTD 002069-002074 | Irrelevant |
| PTX 0056 | Communication with FDA submitting Special 510(k) | Beyar Ex. 171 (1/25/05) | 12/29/2003 | DOTLTD 002081-002137 | Irrelevant |
| PTX 0057 | Specification sheets | | N/A | DOTLTD 002324; DOTLTD 000048 | |
| PTX 0058 | SKy System-Design Review, in Hebrew, with translation | | | DOTLTD 003357-003371, 003377, 003387 | |
| PTX 0059 | 510(K) Pre Market Notification re Sky Bone Expander | Beyar Ex. 172 (1/25/05) | 3/4/2004 | DOTLTD 003692-003732 | Irrelevant |
| PTX 0060 | Document listing revenues re BE/Twin Sky and trauma | Kazaz Ex. 203 (1/28/05) | 6/30/2004 | DOTLTD 005533-005548 | |
| PTX 0061 | List of SKy Bone Expander US Surgeons | | 05/00/2004 | DOTLTD 005584 | Incomplete; Irrelevant |
| PTX 0062 | SKy Surgical Notes | Kazaz Ex. 210 (/28/05) | 5/20/2004 | DOTLTD 006176-006178 | |
| PTX 0063 | E-mail from Magal to Beyar and Globerman | Magal Ex. 178 (1/25/05) | 11/6/2003 | DOTLTD 006427-006428 | Irrelevant |
| PTX 0064 | Email from Kazaz to Globerman | Globerman Ex. 198 (1/27/05) | N/A | DOTLTD 010883 | |
| PTX 0065 | Non-infringement opinion for US Patent No. 6,235,043 | Globerman Ex. 190 (1/27/05) | 6/18/2004 | DOTLTD 014123-014203 | |
| PTX 0066 | DOT written material attached to opinion letters | Eisenhart Ex. 352 (3/17/05) | N/A | DOTLTD 014239-014250 | |
| PTX 0067 | Exhibit Not Used | | | | |

5

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0068 | Check list of equipment and material for Beyar US tour | Barak Ex. 281 (2/14/05) | N/A | DOTLTD 014729-014730 | Irrelevant |
| PTX 0069 | "Potential 2004 Conferences/Events to Launch SKy..." | | N/A | DOTLTD 014740-014743 | Irrelevant |
| PTX 0070 | SKy Surgical Notes | Magal Ex. 183 (1/26/05) | 5/20/2004 | DOTLTD 015459-015462 | Irrelevant |
| PTX 0071 | Surgical technique for the SKy device | Kazaz Ex. 207 (1/28/05) | 5/00/2004 | DOTLTD 015835-015849 | |
| PTX 0072 | CD | | N/A | DOTLTD 050017 | Irrelevant (Portugal presentation); Compilation exhibit |
| PTX 0073 | SKy Bone Expander System, Instructions for Use | Globerman Ex. 85 (7/29/04) | Undated | DOTLTD 000413-000415 | |
| PTX 0074 | Sky Systems, Design and Development Plan | Globerman Ex. 95 (7/29/04) | Undated | DOTLTD 000431-000437 | |
| PTX 0075 | B-Twin BE System, Risk Analysis | Globerman Ex. 76 (7/29/04) | Undated | DOTLTD 000438-000467 | |
| PTX 0076 | Product (tube) spec, updated to 12/03 | Expert Witness Report of Michael Marks, M.D., MBA | N/A | DOTLTD 000560-000572 | |
| PTX 0077 | Tecoflex Tube-Product Specifications | Expert Witness Report of Michael Marks, M.D., MBA | N/A | DOTLTD 000755-000767 | |
| PTX 0078 | Delivery System - Product Technical Specifications | Expert Witness Report of Michael Marks, M.D., MBA | N/A | DOTLTD 000866-000877 | |
| PTX 0079 | Document in Hebrew, with translation | Globerman Ex. 98 (7/29/04) | 5/25/2003 | DOTLTD 001227 | Irrelevant; Authentication (inaccurate translation); Misleading, confusing and prejudicial |
| PTX 0080 | Surgical Technique, The Sky Bone Expander System, Kyphoplasty | Globerman Ex. 87 (7/29/04) | Undated | DOTLTD 001560-001576 | Irrelevant; Compilation exhibit |

6

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF/USED IN | DOC DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0081 | B-Twin BE – Design Review (DR) (in Hebrew), with translation | Globerman Ex. 100 (7/29/04) | 8/17/2003 | DOTLTD 001630-001635 | Authentication (inaccurate translation); Misleading, confusing and prejudicial |
| PTX 0082 | SKy System, Clinical Evaluation – Spinal Indication | Globerman Ex. 94 (7/29/04) | Undated | DOTLTD 001843-001860 | Irrelevant; Misleading, confusing and prejudicial |
| PTX 0083 | Handwritten document in Hebrew, with translation | Globerman Ex. 99 (7/29/04) | 6/23/2003 | DOTLTD 003387 | Authentication (inaccurate translation); Irrelevant; Misleading, confusing and prejudicial |
| PTX 0084 | Discotech Medical Technologies Ltd. Annual Reports | | 2003 | DOTLTD 010048-010155 | |
| PTX 0085 | Ads and Brochures | Expert Witness Report of Michael Marks, M.D., MBA | N/A | DOTLTD 014714-014715; DOTLTD 015126-015127 | Irrelevant |
| PTX 0086 | Exhibit Not Used | | | | |
| PTX 0087 | Impactor Kit / Bone Filler Sets | | N/A | Including: DOTINC 051000; 050013; 050014; Ex. 140 | Irrelevant in light of offer of judgment and acceptance thereof |
| PTX 0088 | SKy Bone Expander Instrumentation Sets | | N/A | Including: DOTINC 50008; 50009; 51001 | Irrelevant with respect to bone filler |
| PTX 0089 | Balloon drawings | | N/A | KY 004260-004265 | |
| PTX 0090 | CV of Mark Reiley | | N/A | KY 018204-018207 | |
| PTX 0091 | CV of Karen Talmadge | | N/A | KY 018209-018211 | |
| PTX 0092 | Reiley Orthopedics Business Plan – 1993 | | N/A | KY 018311-018401 | Irrelevant; Authentication (no date); Incomplete (only includes first four pages of document); Compilation exhibit; Hearsay |
| PTX 0093 | Letter from Dr. Riggs to Karen Talmadge | | 8/1/1994 | KY 021608 | Hearsay; Irrelevant |

7

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF /USED IN | DOC DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0094 | Letter from Dr. Riggs to Mark Reiley | | 6/17/1994 | KY 021609 | Hearsay; Irrelevant |
| PTX 0095 | Kushwaha and Laliberte, Abstract: Vertebral height restoration after kyphoplasty | | N/A | KY 024020-024022 | Hearsay; Irrelevant |
| PTX 0096 | Ledlie & Renfro, "Balloon kyphoplasty: one-year outcomes in vertebral body height restoration, chronic pain, and activity levels" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1/00/2003 | KY 024038-024044 | Irrelevant; Hearsay |
| PTX 0097 | Gehlbach et al., "Hospital care of osteoporosis-related vertebral fractures" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 2003 | KY 024092-024099 | Irrelevant; Hearsay |
| PTX 0098 | 2003 Financial and Operations Summary | Expert report of Brian W. Napper | N/A | KY 038903-038908 | |
| PTX 0099 | Theodorou, et al. "Percutaneous balloon kyphoplasty for the correction of spinal deformity in painful vertebral body compression fractures" | | N/A | KY 045782-045786 | Irrelevant; Hearsay |
| PTX 0100 | New Heights in Compression Fracture Management | | N/A | KY 074834-074879 | Irrelevant; Hearsay |
| PTX 0101 | Brochure for Kyphx Xpander IBT | | N/A | KY 114345-114346 | Irrelevant; Misleading, confusing and prejudicial |
| PTX 0102 | Brochure - Elevate IBT | | N/A | KY 114976-114978 | Irrelevant |
| PTX 0103 | Invention Disclosure Documents | Reiley Ex. 3 (11/3/04) | 10/5/1988 | KY 116725-116739 | |
| PTX 0104 | Reiley-Scholten Agreement | | 7/2/1986 | KY 116754-116755 | Hearsay; Irrelevant; Misleading, confusing and prejudicial |
| PTX 0105 | Letter from Melton to Reiley re kyphoplasty | | 7/26/2004 | KY 123799 | Irrelevant; Hearsay |
| PTX 0106 | Letter from Reiley to authors of article - explaining background of kyphoplasty | | 1/28/2003 | KY 123835 | Hearsay; Irrelevant; Misleading, confusing and prejudicial |

8

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

| KY TRIAL EXHIBIT NO | DESCRIPTION | DESIGNATED AT DEPO. OR USED IN | DOC DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0107 | Handwritten Notes | | N/A | KY 124271-124280 | Hearsay; Irrelevant; Authentication; Misleading, confusing and prejudicial |
| PTX 0108 | Strategic Marketing Kyphon # 974, San Francisco, CA (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | 6/6/1994 | KY 152400 | Hearsay; Irrelevant; |
| PTX 0109 | Balloon kyphoplasty video (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | N/A | KY 152401 | Irrelevant; Hearsay; Misleading, confusing and prejudicial |
| PTX 0110 | Exhibit Not Used | | | | |
| PTX 0111 | CD-Surgical Management of Osteoporotic Patients | | N/A | KY 152405 | Hearsay; Irrelevant; Authentication |
| PTX 0112 | Kyphoplasty review 2002 (CD) and hard copy of CD | Rebuttal Expert Witness Report of Michael Marks, M.D. | N/A | KY 152406 | Hearsay; Irrelevant; Authentication |
| PTX 0113 | Presentation re VCF and kyphoplasty results | | N/A | KY 154159-154183 | Hearsay; Irrelevant; Misleading, confusing and prejudicial |
| PTX 0114 | ThinkEquity report, "KYPH: Expect NASS meeting to be a positive effect for Kyphon" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/15/2003 | KY 155597-155611 | Hearsay; Irrelevant |
| PTX 0115 | Presentation -- Kyphon Health Care Conference | | N/A | KY 158089 - 158129 | Hearsay; Irrelevant |
| PTX 0116 | VMS news monitoring report (local and national TV network) re Kyphon | Rebuttal Expert Witness Report of Michael Marks, M.D. | 4/11/2002 - 4/18/2002 | KY 159761-159782 | Hearsay; Irrelevant; |
| PTX 0117 | Gold et al., "Unexpected consequences of osteoporosis" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 1996 | KY 163634-163640 | Hearsay; Irrelevant; |
| PTX 0118 | Kyphon Mission presentation | | 2002 | KY 165570-165590 | Hearsay; Irrelevant; |

9

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

| TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO. OR USED IN | DOC. DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0119 | ThinkEquity report, "KYPH: Reiterate overweight following two important milestones" | Rebuttal Expert Witness Report of Michael Marks, M.D. | 4/5/2004 | KY 177602-177611 | Hearsay; Irrelevant |
| PTX 0120 | Minimally Invasive Therapy for Functionally Unstable Osteoporotic Vertebral Fracture by Means of Kyphoplasty: Prospective Comparative Study of 19 Surgically and 17 Conservatively Treated Patients (Komp et al.) | Expert report of Brian W. Napper | N/A | KY 178124-178127 | Hearsay; Irrelevant; |
| PTX 0121 | Copy of File History of U.S. Patent No. 6,235,043 B1 Inflatable Device for Use in Surgical Protocol Relating to Fixation of Bone (Reiley et al.) | | N/A | KY 229044-229364 | |
| PTX 0122 | Letter from Scribner to Scribner | Rebuttal Expert Witness Report of Michael Marks, M.D. | N/A | KY 229840-229841 | Hearsay; Authentication; Irrelevant |
| PTX 0123 | Presentation by Dr. Garfin et al. at NASS | Rebuttal Expert Witness Report of Michael Marks, M.D. | 10/31/1998 | KY 230118-230122 | Hearsay; Irrelevant |
| PTX 0124 | Handwritten notes | | N/A | KY 285086 - 285090 | Hearsay; Irrelevant; Authentication; Compilation exhibit |
| PTX 0125 | Handwritten notes | | N/A | KY 285123 - 285124 | Hearsay; Irrelevant; Authentication |
| PTX 0126 | Channel 12 Connecticut evening news re Dr. Marks' kyphoplasty surgery (CD) | Rebuttal Expert Witness Report of Michael Marks, M.D. | 07/00/2001 | KY 375745 | Hearsay; Irrelevant; Misleading, confusing and prejudicial |
| PTX 0127 | Picture of early prototypes | Rebuttal Expert Witness Report of Michael Marks, M.D. | N/A | KY 386722-386723 | Misleading, confusing and prejudicial; Hearsay; Authentication |

10

Kyphon v. DOT
USDC-DE CA 04-204-JJF
Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OF/USED IN | DOC DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0128 | Channel 3 CBS Kyphoplasty Segment (CD) | | 2/4/2005 | KY 386743 | Hearsay; Irrelevant; Misleading, confusing and prejudicial |
| PTX 0129 | Slides: The Downward Spiral : Impact of Vertebral Body Compression Fractures; Slides: Vertebral Body Compression Fracture Treatment Options | Mitchell Exs. 5 and 8 | N/A | KY 387436-387475; KY 387517-387555 | Hearsay; Compilation exhibit |
| PTX 0130 | Taylor review article | | N/A | KY 387578-387711 | Produced weeks before trial; Hearsay; |
| PTX 0131 | Presentation: Innovation in Spinal Surgery: Kyphoplasty | | N/A | MARKS 000220-000275 | Hearsay; Irrelevant; |
| PTX 0132 | Presentation: Osteoporosis, Back Pain and Treatment Options | | 3/3/2005 | MARKS 000472-000523 | Hearsay; Irrelevant |
| PTX 0133 | Presentation: Advanced Concepts in Minimally Invasive Vertebral Compression Fracture Management | | 9/18/2004 | MARKS 000524-000623 | Hearsay; Irrelevant; Compilation exhibit |
| PTX 0134 | Presentation: Ending the Downward Spiral | | N/A | MARKS 000624-000679 | Hearsay; Irrelevant |
| PTX 0135 | Jewish Hospital Operative Reports, Majd MD. (9/24/04; 12/15/04) | | N/A | MM 000051-000053; MM 000065-000067 | Irrelevant |
| PTX 0136 | SKy Bone Expander System Instructions for Use | Martin Ex. 138 (1/20/05) | 07/00/2004 | N/A | |
| PTX 0137 | Spine. 2002 Oct 1; 27(19):E419-22. Paraplegia as a complication of percutaneous vertebroplasty with polymethylmethacrylate: a case report. Lee BJ, Lee SR, Yoo TY | Rebuttal Expert Witness Report of Michael Marks, M.D. | N/A | N/A | Misleading, confusing and prejudicial; Hearsay; Irrelevant |
| PTX 0138 | Anesth. Analg. 2004 Apr; 98(4):1184-6. Severe hypercapnia due to pulmonary embolism of polymethylmethacrylate during vertebroplasty. Stricker K, Orler R, Yen K, Takala J, Luginbuhl M. | Rebuttal Expert Witness Report of Michael Marks, M.D. | N/A | N/A | Misleading, confusing and prejudicial; Hearsay; Irrelevant |

11

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT/DEPO OF/USED IN | DOC DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0139 | Lieberman and Reinhardt, Vertebroplasty and Kyphoplasty for Osteolytic Vertebral Collapse | Rebuttal Expert Witness Report of Michael Marks, M.D. | N/A | N/A | Hearsay; Irrelevant; |
| PTX 0140 | Phillips, et al., "An In Vivo Comparison of the Potential for Extravertebral Cement Leak After Vertebroplasty and Kyphoplasty" | Rebuttal Expert Witness Report of Michael Marks, M.D. | N/A | N/A | Misleading, confusing and prejudicial; Hearsay; Irrelevant |
| PTX 0141 | Wong et al, "Vertebroplasty/Kyphoplasty" | ITC Complaint Public Exhibit 30 | 8/1/2000 | N/A | Hearsay; Irrelevant; |
| PTX 0142 | Garfin et al. "Vertebroplasty and Kyphoplasty (Chapter 32-The Practice of Minimally Invasive Spinal Technique) | ITC Complaint Public Exhibit 30 |  | N/A | Hearsay; Irrelevant |
| PTX 0143 | Copy of the Surgical guidelines and tips distributed to sales reps | Kazaz Ex. 13 (7/7/04) | N/A | N/A |  |
| PTX 0144 | Document with Power Point Slides and Case Studies | Barak Ex. 351 (2/14/05) | N/A | N/A | Compilation exhibit; |
| PTX 0145 | Declaration of Dr. Joseph M. Lane | Lane Ex. 1 (11/4/04) | 10/8/2004 | N/A | Hearsay; Irrelevant; |
| PTX 0146 | SKy Bone Expander Demonstration System (including DOTINC 50743 and 50010) |  | N/A | N/A |  |
| PTX 0147 | Kyphon's IBT devices-physical |  | N/A | N/A |  |
| PTX 0148 | Marks CV | Marks Ex. 3 (portion) | N/A | N/A |  |
| PTX 0149 | Medical Device Alliance, Inc. Form 10-KSB/A |  | N/A | N/A | Hearsay; Irrelevant; Not produced in the litigation |
| PTX 0150 | Kyphon SEC 10K filings |  | N/A | N/A | Compilation exhibit |
| PTX 0151 | Exhibit Not Used |  |  |  |  |
| PTX 0152 | DOT 510(k) summary |  | 1/28/2004 | N/A | Irrelevant |
| PTX 0153 | Disc Orthopaedic Technologies -- Sky Bone expander: Kyphoplasty | Reilly, Tom Ex. 245 (2/4/05) | N/A | TR 000001 |  |
| PTX 0154 | Sky Bone Expander 2005 Plan of Attack | Reilly, Tom Ex. 246 (2/4/05) | N/A | TR 000004-TR 000016 | Hearsay; Irrelevant |

12

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Kyphon's June 10th 2005 Pre-Trial Order Exhibit List

| KY TRIAL EXHIBIT NO. | DESCRIPTION | DESIGNATED AT DEPO OR USED IN | DOC DATE | BATES RANGE | DOT'S OBJECTIONS |
|---|---|---|---|---|---|
| PTX 0155 | The Sky Bone Expander System for Void Creation and Vertebral Height Restoration | Reilly, Tom Ex. 249 (2/4/05) | N/A | TR 000080-TR 000090 | Compilation exhibit |
| PTX 0156 | Letter from Reilly to Rudy, Pete and Mark | Reilly, Tom Ex. 250 (2/4/05) | N/A | TR 000094 | Hearsay; Irrelevant; |
| PTX 0157 | SKy sales pitch | Reilly, Tom Ex. 252 (2/4/05) | N/A | TR 000138-TR 000139 | Hearsay; Irrelevant |
| PTX 0158 | ID Words - cheat sheet for using SKy | Reilly, Tom Ex. 272 (2/4/05) | N/A | TR 000143 | Hearsay; Irrelevant |
| PTX 0159 | SKy Bone Expander System -- FAQ | Reilly, Tom Ex. 277 (2/4/05) | 01/00/2004 | TR 000209-TR 000211 | |
| PTX 0160 | Disc-O-Tech Medical Technologies Ltd. Sky Bone Expander Surgical Technique Tutorial | Reilly, Tom Ex. 268 (2/4/05) | N/A | TR 000245-TR 000277 | |
| PTX 0161 | Letter from Martin | Martin Ex. 155 (1/20/05) | N/A | WM 000001 - 000005 | Hearsay; Irrelevant; Compilation exhibit (5 documents) |
| PTX 0162 | Kyphon Request for Purchase Orders, KyphoPak Tray brochure | Martin Ex. 153 (1/20/05) | Various | WM 000202-000213 | Hearsay; Irrelevant; |
| PTX 0163 | SKy Bone Expander System Brochure | Kazaz Ex. 22 (7/15/04) | 2/2/2004 | DOTINC006166-6177 | Irrelevant; |
| PTX 0164 | Early Scholten/Reiley Prototypes - physical | | | | |
| PTX 0165 | Summary of DOT sales and costs to be prepared prior to damages trial on a schedule to be addressed by the parties | | | | |
| PTX 0166 | Summary of Kyphon sales and costs to be prepared prior to damages trial on a schedule to be addressed by the parties | | | | |

13