EXHIBIT A

**DeMento, Robert J.**

| | |
|---|---|
| **From:** | Thomas Halkowski [halkowski@fr.com] |
| **Sent:** | Tuesday, June 07, 2005 2:37 PM |
| **To:** | Sobel, Jonathan M. |
| **Cc:** | Lobenfeld, Eric J.; Thomas Halkowski; Chow, Arlene L.; DeMento, Robert J.; MNoreika@MNAT.com; Frank Scherkenbach |
| **Subject:** | RE: Kyphon: Live Witnesses for Infringement/Validity Trials |

Jonathan,

Kyphon anticipates presenting testimony from Drs. Halliday and Loguidice regarding objective indicia of non-obviousness (e.g., praise, long-felt need, etc.). Their full names are set forth in the proposed pretrial order previously filed with the Court, as well as in Kyphon's letter to DOT of January 12, 2005, advising DOT during fact discovery of Kyphon's intention to present them as trial witnesses. The proposed pretrial order also sets forth the witnesses' addresses.

Regards,

Tom

-----Original Message-----
From: Thomas Halkowski
Sent: Monday, June 06, 2005 7:37 PM
To: 'JMSobel@HHLAW.com'
Cc: 'EJLobenfeld@HHLAW.com'; 'ALChow@HHLAW.com'; 'RJDeMento@HHLAW.com'; 'MNoreika@MNAT.com'; Frank Scherkenbach
Subject: Re: Kyphon: Live Witnesses for Infringement/Validity Trials

Jonathan,

We are considering DOT's request and will respond as soon as possible, but today we are focusing on getting our exhibit list out the door.

Btw, on what grounds would DOT possibly move to exclude these witnesses?

Regards,

Tom
--------------------------
Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Tel:  302-652-5070 (x8407)
Fax:  302-652-0607
halkowski@fr.com

-----Original Message-----
From: Sobel, Jonathan M. <JMSobel@HHLAW.com>
To: Thomas Halkowski <halkowski@fr.com>
CC: Lobenfeld, Eric J. <EJLobenfeld@HHLAW.com>; Chow, Arlene L. <ALChow@HHLAW.com>; DeMento, Robert J. <RJDeMento@HHLAW.com>; mnoreika@mnat.com <mnoreika@mnat.com>; Frank Scherkenbach <Scherkenbach@fr.com>
Sent: Sun Jun 05 16:06:34 2005
Subject: RE: Kyphon: Live Witnesses for Infringement/Validity Trials

Tom and Frank -

Please advise whether Kyphon will provide a substantive answer to the inquiry below by close of business tomorrow, June 6.  DOT reserves its right to move in limine to preclude

1

the testimony of these witnesses.
If necessary, we will seek relief from Judge Farnan to obtain this information.

Thank you for your attention.

Very truly yours,
Jonathan

Jonathan M. Sobel
Hogan & Hartson L.L.P.
875 Third Avenue
New York, New York 10022
Tel:  (212) 918-3541
Fax:  (646) 619-4219 (local/efax)
Email:  JMSobel@hhlaw.com

———————————————————

        From: Sobel, Jonathan M.
        Sent: Thursday, June 02, 2005 4:16 PM
        To: Thomas Halkowski
        Cc: Lobenfeld, Eric J.; Chow, Arlene L.; DeMento, Robert J.; mnoreika@mnat.com;
Frank Scherkenbach
        Subject: RE: Kyphon: Live Witnesses for Infringement/Validity Trials

        Tom,

        Please disclose as soon as possible the subject matter about which Drs. Halliday and
Loguidice will testify.
        Please identify the relevance of their testimony to the invalidity and infringement
trials.  Please also provide their employers
and titles.    Please also provide their full names.

        Thank you.

        Very truly yours,
        Jonathan

        Jonathan M. Sobel
        Hogan & Hartson L.L.P.
        875 Third Avenue
        New York, New York 10022
        Tel:  (212) 918-3541
        Fax:  (646) 619-4219 (local/efax)
        Email:  JMSobel@hhlaw.com

———————————————————

        From: Thomas Halkowski [mailto:halkowski@fr.com]
        Sent: Wednesday, June 01, 2005 6:50 PM
        To: Sobel, Jonathan M.
        Cc: Lobenfeld, Eric J.; Chow, Arlene L.; DeMento, Robert J.;
mnoreika@mnat.com; Frank Scherkenbach
        Subject: Kyphon: Live Witnesses for
Infringement/Validity Trials

        Jonathan,

        Per the parties' agreement to exchange lists of live witnesses on June 1st
that each side anticipates will be presented during the upcoming trials on infringement

2

and validity issues, Kyphon advises that in addition to Dr. Marks, Kyphon anticipates presenting testimony from the inventors (Dr. Reiley, Mr. Scholten and Dr. Talmadge), Kyphon's CEO (Mr. Mott), and brief testimony from Drs. Halliday and Loguidice.

     Regards,

     Tom


This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (+1-202-637-5600) or by electronic mail (PostMaster@HHLAW.COM) immediately.

# EXHIBIT B

# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

January 12, 2005

### VIA FACSIMILE AND FIRST CLASS MAIL
Jonathan M. Sobel, Esq.
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Re:     *Kyphon Inc. v. Disc-O-Tech Medical Technologies, et al.*
        USDC-D. Del. – C.A. 04-204-JJF

Dear Jonathan:



BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

This letter concerns the provisions of the Scheduling Order regarding trial witnesses and asserted patent claims.

Kyphon presently anticipates that it may present testimony from the following witnesses:

* Ben Clawson
* Andrew V.S. Doggett
* Dan Daniels
* Dick Emmitt
* Dr. Andrea Halliday
* Jack Lasersohn
* Dr. Joseph C. Loguidice
* Melissa Chang Lui
* Henry Klyce
* Dr. Michael Marks
* Christian S. McCutcheon
* Richard Mott
* Brian Napper
* Heather A. Ramey
* Dr. Mark Reiley
* Arie Scholten
* Robert Scribner
* David Shaw
* Dr. Harry Skinner
* Karen Talmadge
* Art Taylor
* Karl Wenger
* Stuart Young

2005-Jan-12  05:36pm   From-fish@richardson                    302 652 0607        T-192   P.003/003   F-635

FISH & RICHARDSON P.C.

Jonathan M. Sobel, Esq.
January 12, 2005
Page 2


Kyphon reserves the right to present testimony from any of the witnesses set forth on
DOT's January 12, 2005, witness list, and from any of the depositions that are taken
in this suit (or the prior ITC proceeding related to this suit).

With regard to the number of patent claims to be presented at trial, Kyphon advises
that it is continuing to carefully review the asserted claims and will advise as soon as
practicable of any changes to the reduced set of claims that are presently being
asserted by Kyphon.  We also look forward to receiving the proposed stipulation that,
prior to the holidays, DOT had advised would soon be presented for Kyphon's
consideration concerning the narrowing of issues for trial regarding the '054 and '734
patents.

Regards,

*Thomas L. Halkowski*

Thomas L. Halkowski

TLH:sb

cc    Maryellen Noreika, Esq. (via hand delivery)


80022249.doc