IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISC-O-TECH MEDICAL TECHNOLOGIES, LTD. and DISC ORTHOPAEDIC TECHNOLOGIES, INC., <br><br> Defendants. | Civil Action No. 04-0204-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Defendants Disc-O-Tech Medical Technologies, Ltd.'s and Disc Orthopaedic Technologies, Inc.'s Supplemental Responses and Objections to Plaintiff Kyphon Inc.'s Interrogatory Nos. 20 & 24; and (2) Defendants Disc-O-Tech Medical Technologies, Ltd.'s and Disc Orthopaedic Technologies, Inc.'s Supplemental Responses to Plaintiff Kyphon Inc.'s First Set of Requests for Admissions (Nos. 1-29) were caused to be served on June 214, 2005 upon the following in the manner indicated:

**BY HAND**

Thomas L. Halkowski
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114

- 2 -

                                        MORRIS, NICHOLS, ARSHT & TUNNELL

                                    /s/ Maryellen Noreika (#3208)
                           Maryellen Noreika (#3208)
                           E-mail address:  mnoreika@mnat.com
                           James W. Parrett, Jr. (#4292)
                           1201 N. Market Street
                           P. O. Box 1347
                           Wilmington, DE  19899-1347
                           (302) 658-9200
                            Attorneys for Defendants/Counterclaimants
                            Disc-O-Tech Medical Technologies, Ltd.
                            and Disc Orthopaedic Technologies, Inc.

OF COUNSEL:

Eric J. Lobenfeld
Jonathan M. Sobel
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY  10022
(212) 918-3000

June 14, 2005