IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYPHON, INC.,

             Plaintiff,

   v.

DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.
and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,

             Defendants.

Civil Action No. 04-0204-JJF

**DEFENDANTS' DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.
AND DISC ORTHOPAEDIC TECHNOLOGIES, INC.'S
<u>COUNTER-DESIGNATIONS AND OBJECTIONS</u>**

<u>Kyphon's Deposition Designations—Liability Phases</u>

<u>Eisenhart</u>

<u>DOT Objections</u>:     DOT objects to the use of any portion of Mr. Eisenhart's testimony at phases 1 and 2 of trial.  Mr. Eisenhart is an attorney who prepared non-infringement opinions relating to the '404, '888 and '043 patents, which DOT will rely on as part of DOT's evidence of lack of willfulness, should there be a trial on that issue.  Mr. Eisenhart's testimony is relevant only to phase three of trial, should there be one, relating to willfulness and damages.  It is improper to use his testimony as, in effect, expert testimony.  His role as a fact witness was restricted to the context of willfulness, and his testimony should, accordingly, be limited to phase three willfulness issues, should a phase three trial occur.

In addition to the foregoing objections, and without waiver of them, in the event the Court were to permit the introduction of Mr. Eisenhart's testimony during

phases one or two of trial, DOT proffers the following counter-designations and objections.

| Kyphon Designations | DOT objections | DOT counterdesignations | Kyphon objections |
|---|---|---|---|
| | | | |
| 4:25-5:4 | Irrelevant | | |
| 6:6-11 | Irrelevant | | |
| 14:10-18 | Irrelevant | | |
| 14:23-15:18 | Irrelevant | | |
| 16:15-17 | Irrelevant | | |
| 22:19-25 | Irrelevant | | |
| 23:10-16 | Irrelevant | | |
| 89:10-17 | Irrelevant | 88:14-18; 88:20-24 | |
| 90:18-91:19 | Irrelevant | | |
| 91:23-93:17 | Irrelevant | 93:19-21; 93:25-94:3 | |
| 97:9-98:11 | Irrelevant | | |
| 99:4-6 | Irrelevant | 100:3-19; 101:1-10 | |
| 99:14-100:1 | Irrelevant | 101:14-23; 102:1-11; 102:15-17 | |
| **Reilly Designations** | | | |
| 4:24-5:2 | | | |
| 7:18-8:3 | | | |
| 9:14-21 | | | |
| 12:13-15 | | | |
| 13:13-15 | | | |
| 14:4-9 | | | |
| 14:17-21 | | | |
| 29:5-12 | Irrelevant | 29:13-24 | |
| 30:13-18 | Irrelevant | | |
| 31:2-4 | Irrelevant | 45:2-48:7 and PTX 156 | |
| 49:23-50:4 | Irrelevant; FRE 403; lack of foundation | 50:5-10 | |
| 50:11-51:5 | Irrelevant; FRE 403; lack of foundation | 51:6-19 | |
| 51:23-52:6 | Irrelevant; FRE 403; lack of foundation | 77:2-78:6 | |
| 55:5-17 | | | |

MORRIS, NICHOLS, ARSHT & TUNNELL


_____/s/ Maryellen Noreika (#3208)_____
Maryellen Noreika (#3208)
E-mail address:  mnoreika@mnat.com
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Defendants/Counterclaimants
  Disc-O-Tech Medical Technologies, Ltd.
  and Disc Orthopaedic Technologies, Inc.

OF COUNSEL:

Eric J. Lobenfeld
Jonathan M. Sobel
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY  10022
(212) 918-3000

June 14, 2005

<u>CERTIFICATE OF SERVICE</u>

I, Maryellen Noreika, hereby certify that on June 14, 2005 I electronically

filed the foregoing with the Clerk of the Court using CM/ECF, which will send

notification of such filing(s) to the following:

> Thomas L. Halkowski
> FISH & RICHARDSON P.C.
> 919 N. Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE  19899-1114

I also certify that copies were caused to be served on June 14, 2005 upon

the following in the manner indicated:

**BY HAND**

> Thomas L. Halkowski
> FISH & RICHARDSON P.C.
> 919 N. Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE  19899-1114

> /s/     Maryellen Noreika (#3208)
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> MNoreika@mnat.com