June 14, 2005

BY HAND

Ms. Deborah Krett
Case Manager
United States District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

      Re:    Request For Permission To Have Laptop Computer In Courtroom 4B

Dear Ms. Krett:

      We are scheduled to appear for a trial in the Kyphon v. Disc-O-Tech matter in Courtroom 4B commencing on June 20, 2005 and request permission to bring laptop computers, Blackberries, a scanner/printer, projector, screen, LCD monitors, switch boxes, cables and wiring, speakers, an ELMO and powercords to Courtroom 4B to assist in presentations during our trial. We additionally request permission to bring in the equipment and set the courtroom up on June 17, 2005. We are aware of Judge Farnan's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

      A proposed form of Order is attached. Thank you for your assistance.

      Sincerely,

      */s/ Maryellen Noreika*
      Maryellen Noreika

MN/bls
Enclosure

cc:    David Thomas, United States Marshal
       Keith Ash, Chief Court Security Officer