## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | ) |
| PERMISSION FOR COUNSEL TO | ) |
| POSSESS AND UTILIZE A LAPTOP | ) |
| COMPUTER DURING COURT | ) |
| PROCEEDINGS IN COURTROOM 4B | ) |
| OF THE J. CALEB BOGGS FEDERAL | ) |
| BUILDING | ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers, Blackberries, a scanner/printer, projector, screen, LCD monitors, switch boxes, cables and wiring, speakers, an ELMO and powercords for proceedings commencing on June20, 2005 at 9:00 a.m.  Counsel shall comply with the inspection provisions of the United States Marshal.

    Maryellen Noreika
    David Kelley
    Tom Lyle
    ArLene Chow
    Eric Lobenfeld
    Jonathan Sobel
    Robert DeMento
    Theresa Holt
    Vadim Bergelson

_____       _____
    DATE       JOSEPH J. FARNAN, JR.
     United States District Court Judge