# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

June 15, 2005

**VIA HAND DELIVERY**
Ms. Anita Bolton
Courtroom Deputy – JJF
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE:   *Kyphon Inc. v. Disc-O-Tech Medical Technologies Ltd, et al.*
      USDC-D. Del. - C.A. 04-204-JJF

Dear Ms. Bolton:

We are scheduled to appear trial in Courtroom 4B beginning Monday, June 20, 2005. I am writing to request permission for Rama Elluru, Chris Hadley and myself to bring laptop computers to Courtroom 4B for the duration of trial. We are aware of the Court's October 20, 2004 Order, and agree to comply with the policies and procedures set forth by the Court, as well as the United States Marshal's policy regarding electronic devices. I have enclosed a proposed order regarding this request.

Respectfully,

Thomas L. Halkowski

TLH/sb

Enc.

cc   Clerk of Court (via hand delivery)
     Maryellen Noreika, Esq. (via ECF)
     Mr. Keith Ash, Chief Court Security Officer (via hand delivery)
     U.S. Marshal's Office (via hand delivery)

80025168.doc