IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC., <br><br> Plaintiff, <br><br> v. <br><br> DISC-O-TECH MEDICAL TECHNOLOGIES LTD., and DISC ORTHOPAEDIC TECHNOLOGIES, INC., <br><br> Defendants. | C.A. No. 04-204-JJF |

**ORDER RE USE OF LAPTOPS IN COURTROOM 4B**

The attorney listed below from the firm Fish & Richardson P.C. is permitted to bring a laptop computer into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, during conference with Court on June 16, 2005 at 3:00 p.m.

Counsel shall comply with the inspection provisions of the United States Marshal.

Thomas L. Halkowski

**SO ORDERED** this \_\_\_\_ day of June, 2005.

_____
United States District Court Judge