IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: )<br>PERMISSION FOR COUNSEL TO )<br>POSSESS AND UTILIZE A LAPTOP )<br>COMPUTER DURING COURT )<br>PROCEEDINGS IN COURTROOM 4B )<br>OF THE J. CALEB BOGGS FEDERAL )<br>BUILDING )<br>) | C.A. No. 04-204 JJF |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers, Blackberries, a scanner/printer, projector, screen, LCD monitors, switch boxes, cables and wiring, speakers, an ELMO and powercords for proceedings commencing on June20, 2005 at 9:00 a.m. Counsel shall comply with the inspection provisions of the United States Marshal.

> Maryellen Noreika
> David Kelley
> Tom Lyle
> ArLene Chow
> Eric Lobenfeld
> Jonathan Sobel
> Robert DeMento
> Theresa Holt
> Vadim Bergelson

_6/16/05_
DATE

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge