IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYPHON INC.,

    Plaintiff,

v.

DISC-O-TECH MEDICAL
TECHNOLOGIES LTD., and DISC
ORTHOPAEDIC TECHNOLOGIES, INC.,

    Defendants.

C.A. No. 04-204-JJF

### ORDER RE USE OF LAPTOPS IN COURTROOM 4B

The attorneys and paralegal listed below from the firm Fish & Richardson P.C. are permitted to bring a laptop computer into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, during trial, which is scheduled for the week beginning Monday, June 20, 2005.

Counsel shall comply with the inspection provisions of the United States Marshal.

Thomas L. Halkowski

Rama Elluru

Chris Hadley

SO ORDERED this 16 day of June, 2005.

_____
United States District Court Judge