IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                    )
KYPHON INC.,                                        )
                                                    )
                    Plaintiff,                      )
                                                    )
             v.                                     )        C.A. No. 04-204-JJF
                                                    )
DISC-O-TECH MEDICAL TECHNOLOGIES                    )
LTD., and DISC ORTHOPAEDIC                          )
TECHNOLOGIES, INC.,                                 )
                                                    )
                                                    )
                    Defendants.                     )
                                                    )
_____          )

**JOINT PROPOSED FORM OF VERDICT AND
SPECIAL INTERROGATORIES FOR THE INFRINGEMENT CASE**

We, the jury, unanimously find as follows:

1.    Has Kyphon proven by a preponderance of the evidence that Disc-O-Tech literally
      infringed Claim 17 of the '043 Patent?

      **Yes _____ (for Kyphon)          No _____ (for Disc-O-Tech)**

2.    Has Kyphon proven by a preponderance of the evidence that Disc-O-Tech
      infringed Claim 17 of the '043 Patent under the doctrine of equivalents?

      **Yes _____ (for Kyphon)          No _____ (for Disc-O-Tech)**

You must each sign this verdict form

Dated: _____
        (Foreperson)

_____

_____

_____

_____

_____

_____

_____

_____