## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| _____ | ) | |
| KYPHON INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-204-JJF |
| | ) | |
| DISC-O-TECH MEDICAL TECHNOLOGIES | ) | |
| LTD., and DISC ORTHOPAEDIC | ) | |
| TECHNOLOGIES, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## JOINT PROPOSED FORM OF VERDICT AND
## SPECIAL INTERROGATORIES FOR THE VALIDITY CASE[1]

We, the jury, unanimously find as follows:

### A.    Invalidity of the '404 Patent – Anticipation

1.    Has Disc-O-Tech proven by clear and convincing evidence that the following
claims of the '404 Patent are anticipated, and therefore invalid?

Claim 1          **Yes _____  (for Disc-O-Tech)          No _____  (for Kyphon)**

Claim 3          **Yes _____  (for Disc-O-Tech)          No _____  (for Kyphon)**

Claim 8          **Yes _____  (for Disc-O-Tech)          No _____  (for Kyphon)**

Claim 9          **Yes _____  (for Disc-O-Tech)          No _____  (for Kyphon)**

---

[1]The parties anticipate further revisions of the proposed verdict form prior to submission
to the jury based on the evidence actually introduced in the trial.

Claim 10        Yes _____   (for Disc-O-Tech)        No _____   (for Kyphon)

Claim 12        Yes _____   (for Disc-O-Tech)        No _____   (for Kyphon)

Claim 15        Yes _____   (for Disc-O-Tech)        No _____   (for Kyphon)

If you answered yes to Question 5 as to one or more claims, indicate the anticipated claims of the '404 patent by each of the following prior art references:

| **Prior Art References[2]** | **Anticipated Claim(s)** |
|---|---|
| Article entitled "Transpedicular Fixation of Thoracolumbar Vertebral Fractures" by Olerud et al., February 1988 ("Olerud"). | _____ |
| Article entitled "Open Reduction of Central Compression Fractures of the Tibial Plateau" by Edeland, 1976 ("Edeland"). | _____ |
| Article entitled "Fractures of the Tibial Condyles: A Preliminary Report on Supplementary Fixation with Methylmethacrylate," by Kennedy, 1978 ("Kennedy"). | _____ |
| Article entitled "Transpedikuläre Reposition und erste Spongiosaplastik bei Wirbelkörperbrüchen der unteren Brust und Lendenwirbelsäule," by Daniaux, 1986 ("Daniaux 1986"). | _____ |
| Article entitled "Therapeutic Concept and Results of Operative Treatment in Acute Trauma of the Thoracic and Lumbar Spine: The Hannover Experience," by Blauth, 1987 ("Blauth"). | _____ |
| Chapter 35 in Operative Orthopaedics, by Schatzker, 1988 ("Schatzker"). | _____ |

---

[2]The list of references will be adjusted, if and as necessary, based on evidence at trial.

2

**B.     Invalidity of the '888 Patent – Anticipation**

2.     Has Disc-O-Tech proven by clear and convincing evidence that the following claims of the '888 Patent are anticipated, and therefore invalid?

Claim 1          **Yes _____     (for Disc-O-Tech)                    No _____     (for Kyphon)**

Claim 3          **Yes _____     (for Disc-O-Tech)                    No _____     (for Kyphon)**

Claim 7          **Yes _____     (for Disc-O-Tech)                    No _____     (for Kyphon)**

Claim 8          **Yes _____     (for Disc-O-Tech)                    No _____     (for Kyphon)**

Claim 9          **Yes _____     (for Disc-O-Tech)                    No _____     (for Kyphon)**

Claim 11        **Yes _____     (for Disc-O-Tech)                    No _____     (for Kyphon)**

Claim 14        **Yes _____     (for Disc-O-Tech)                    No _____     (for Kyphon)**

If you answered yes to Question 6 as to one or more claims, indicate the anticipated claims of the '888 patent by each of the following prior art references:

| **Prior Art References** | **Anticipated Claim(s)** |
|---|---|
| Article entitled "Transpedicular Fixation of Thoracolumbar Vertebral Fractures" by Olerud et al., February 1988 ("Olerud"). | _____ |
| Article entitled "Open Reduction of Central Compression Fractures of the Tibial Plateau" by Edeland, 1976 ("Edeland"). | _____ |
| Article entitled "Fractures of the Tibial Condyles:  A Preliminary Report on Supplementary Fixation with Methylmethacrylate," by Kennedy, 1978 ("Kennedy"). | _____ |

3

Article entitled "Transpedikuläre
Reposition und erste Spongiosaplastik bei
Wirbelkörperbrüchen der unteren Brust
und Lendenwirbelsäule," by Daniaux,
1986 ("Daniaux 1986").                                    _____

Article entitled "Therapeutic Concept and
Results of Operative Treatment in Acute
Trauma of the Thoracic and Lumbar
Spine:  The Hannover Experience," by
Blauth, 1987 ("Blauth").                                  _____

Chapter 35 in Operative Orthopaedics, by
Schatzker, 1988 ("Schatzker").                            _____

### C.    Invalidity of the '404 Patent – Obviousness

3.    Has Disc-O-Tech proven by clear and convincing evidence that the following
claims of '404 Patent are invalid for obviousness?

Claim 1          **Yes _____    (for Disc-O-Tech)**          **No _____    (for Kyphon)**

Claim 3          **Yes _____    (for Disc-O-Tech)**          **No _____    (for Kyphon)**

Claim 8          **Yes _____    (for Disc-O-Tech)**          **No _____    (for Kyphon)**

Claim 9          **Yes _____    (for Disc-O-Tech)**          **No _____    (for Kyphon)**

Claim 10         **Yes _____    (for Disc-O-Tech)**          **No _____    (for Kyphon)**

Claim 12         **Yes _____    (for Disc-O-Tech)**          **No _____    (for Kyphon)**

Claim 15         **Yes _____    (for Disc-O-Tech)**          **No _____    (for Kyphon)**

If you answered yes to Question 7 as to one or more claims, indicate the claims of the '404
patent rendered obvious by any of the following references alone, or in combination with one
of more of the other references listed here:

**Prior Art References**                         **Claim(s) Rendered Obvious**

Article entitled "Transpedicular Fixation
of Thoracolumbar Vertebral Fractures" by
Olerud et al., February 1988 ("Olerud").        _____

4

Article entitled "Open Reduction of Central Compression Fractures of the Tibial Plateau" by Edeland, 1976 ("Edeland").                          _____

Article entitled "Fractures of the Tibial Condyles:  A Preliminary Report on Supplementary Fixation with Methylmethacrylate," by Kennedy, 1978 ("Kennedy").                          _____

Article entitled "Transpedikuläre Reposition und erste Spongiosaplastik bei Wirbelkörperbrüchen der unteren Brust und Lendenwirbelsäule," by Daniaux, 1986 ("Daniaux 1986").                          _____

Article entitled "Therapeutic Concept and Results of Operative Treatment in Acute Trauma of the Thoracic and Lumbar Spine:  The Hannover Experience," by Blauth, 1987 ("Blauth").                          _____

Chapter 35 in Operative Orthopaedics, by Schatzker, 1988 ("Schatzker").                          _____

Chapter 44 in Campbell's Operative Orthopaedics, 1987 ("Campbell").                          _____

Article entitled "Treated by Percutaneous Poking Reduction and Internal Fixation," by Ma, 1984 ("Ma").                          _____

Article entitled "Technik und Ergebnisse der transpedikulären Spongiosaplastik bei Kompressionsbrüchen im Lendenwirbelsäulenbereich," Daniaux, 1982 ("Daniaux 1982").                          _____

Article entitled "Use of the Acetabular Reamer to Harvest Autogeneic Bone Graft Material:  A Simple Method for Producing Bone Paste," by Dick, 1986 ("Dick 1986").                          _____

Article entitled "The Use of Methylmethacrylate in Repair of Neoplastic Lesions in Bone," by Carlson, 1974 ("Carlson").                            _____

U.S. Patent No. 4,518,430, issued on May 21, 1985 to Brown et al. ("Brown and Chow patent").                            _____

Article entitled "Effect of Cyrosurgery and Polymethyl Methacrylate on the Tumor Cavity," by Malawer and Marks, 1987 ("Malawer and Marks article").                            _____

Chapter entitled "Effectiveness of Methyl Methacrylate as a Physical adjuvant in Local Tumor Control," 1987 ("Limb Salvage chapter").                            _____

### D.    Invalidity of the '888 Patent – Obviousness

4.    Has Disc-O-Tech proven by clear and convincing evidence that the following claims of 888 Patent are invalid for obviousness?

Claim 1        **Yes _____    (for Disc-O-Tech)        No _____    (for Kyphon)**

Claim 3        **Yes _____    (for Disc-O-Tech)        No _____    (for Kyphon)**

Claim 7        **Yes _____    (for Disc-O-Tech)        No _____    (for Kyphon)**

Claim 8        **Yes _____    (for Disc-O-Tech)        No _____    (for Kyphon)**

Claim 9        **Yes _____    (for Disc-O-Tech)        No _____    (for Kyphon)**

Claim 11       **Yes _____    (for Disc-O-Tech)        No _____    (for Kyphon)**

Claim 14       **Yes _____    (for Disc-O-Tech)        No _____    (for Kyphon)**

If you answered yes to Question 8 as to one or more claims, indicate the claims of the '888 patent rendered obvious by any of the following references alone, or in combination with one of more of the other references listed here:

6

Prior Art References                              Claim(s) Rendered Obvious

Article entitled "Transpedicular Fixation of
Thoracolumbar Vertebral Fractures" by
Olerud et al., February 1988 ("Olerud").                    _____

    Article entitled "Open Reduction of
    Central Compression Fractures of the
    Tibial Plateau" by Edeland, 1976
    ("Edeland").                                            _____

    Article entitled "Fractures of the Tibial
    Condyles:  A Preliminary Report on
    Supplementary Fixation with
    Methylmethacrylate," by Kennedy, 1978
    ("Kennedy").                                            _____

    Article entitled "Transpedikuläre
    Reposition und erste Spongiosaplastik bei
    Wirbelkörperbrüchen der unteren Brust
    und Lendenwirbelsäule," by Daniaux,
    1986 ("Daniaux 1986").                                  _____

    Article entitled "Therapeutic Concept and
    Results of Operative Treatment in Acute
    Trauma of the Thoracic and Lumbar
    Spine:  The Hannover Experience," by
    Blauth, 1987 ("Blauth").                                _____

    Chapter 35 in Operative Orthopaedics, by
    Schatzker, 1988 ("Schatzker").                          _____

    Chapter 44 in Campbell's Operative
    Orthopaedics, 1987 ("Campbell").                        _____

    Article entitled "Treated by Percutaneous
    Poking Reduction and Internal Fixation,"
    by Ma, 1984 ("Ma").                                     _____

    Article entitled "Technik und Ergebnisse
    der transpedikulären Spongiosaplastik bei
    Kompressionsbrüchen im
    Lendenwirbelsäulenbereich," Daniaux,
    1982 ("Daniaux 1982").                                  _____

Article entitled "Use of the Acetabular
Reamer to Harvest Autogeneic Bone Graft
Material:  A Simple Method for Producing
Bone Paste," by Dick, 1986 ("Dick
1986").                                                    _____

Article entitled "The Use of
Methylmethacrylate in Repair of
Neoplastic Lesions in Bone," by Carlson,
1974 ("Carlson").                                         _____

U.S. Patent No. 4,518,430, issued on May
21, 1985 to Brown et al. ("Brown and
Chow patent").                                            _____

Article entitled "Effect of Cyrosurgery and
Polymethyl Methacrylate on the Tumor
Cavity," by Malawer and Marks, 1987
("Malawer and Marks article").                            _____

Chapter entitled "Effectiveness of Methyl
Methacrylate as a Physical adjuvant in
Local Tumor Control," 1987 ("Limb
Salvage chapter").                                        _____

### E.    <u>Invalidity of the '043 Patent – Obviousness</u>

5.    Has Disc-O-Tech proven by clear and convincing evidence that the following
claims of '043 Patent are invalid for obviousness?

Claim 17     **Yes _____ (for Disc-O-Tech)**     **No _____ (for Kyphon)**

Claim 20     **Yes _____ (for Disc-O-Tech)**     **No _____ (for Kyphon)**

Claim 24     **Yes _____ (for Disc-O-Tech)**     **No _____ (for Kyphon)**

Claim 26     **Yes _____ (for Disc-O-Tech)**     **No _____ (for Kyphon)**

If you answered yes to Question 9 as to one or more claims, indicate the claims of the
'043 patent rendered obvious by U.S. Patent No. 5,108,404, issued on April 28, 1992 to
Scholten et al. (" '404 Patent") in combination with one or more of the following
references listed here:

| **Prior Art References** | **Claim(s) Rendered Obvious** |
|---|---|
| U.S. Patent No. 3,626,949, issued on December 14, 1971 to Shute (" '949 Patent"). | _____ |
| U.S. Patent No. 4,878,495, issued on November 7, 1989 to Grayzel (" '495 Patent"). | _____ |
| U.S. Patent No. 4,909,252, issued on March 20, 1990 to Goldberger (" '252 Patent"). | _____ |
| U.S. Patent No. 5,049,132, issued on September 17, 1991 to Shaffer et al. (" '132 Patent"). | _____ |

You must each sign this verdict form

Dated: _____
(Foreperson)

_____

_____

_____

_____

_____

_____

_____

_____