IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON INC., <br><br> Plaintiff, <br><br> v. <br><br> DISC-O-TECH MEDICAL TECHNOLOGIES LTD., and DISC ORTHOPAEDIC TECHNOLOGIES, INC., <br><br> Defendants. | Civil Action No. 04-204-JJF |

**STIPULATION AND ORDER
ON DEPENDENT CLAIMS AND INDIRECT INFRINGEMENT**

To streamline the issues for the trial starting on June 20, 2005, and consistent with the parties' positions taken in this case, Plaintiff Kyphon, Inc. ("Kyphon") and Defendants Disc-O-Tech Medical Technologies, Ltd. and Disc Orthopaedic Technologies, Inc. (collectively, "DOT"), by and between the undersigned attorneys for the respective parties, stipulate as follows:

1.  If judgment is entered that DOT infringes independent claim 17 of U.S. Patent No. 6,235,043, then DOT agrees that at the same time judgment may be entered that it also infringes asserted claims 20, 24 and 26, which depend from claim 17.

2.  DOT does not contest that if the use of the accused SKy Bone Expander System infringes the asserted claims of U.S. Patent Nos. 4,969,888, 5,108,404 and 6,235,043, DOT induces infringement and contributes to the infringement of those claims, and agrees that judgment may be entered on inducement and contributory infringement, if and when judgment is entered on infringement.

3.  This stipulation will not be read to the jury or used in any way at the trial commencing on June 20, 2005.

4.     This stipulation is made without prejudice to DOT's rights to appeal the claim constructions and rulings of Special Master Popitti, which have been adopted by the District Court.

Respectfully Submitted,

| | |
|---|---|
| */s/ Thomas L. Halkowski* | */s/ Maryellen Noreika* |
| _____ | _____ |
| Thomas L. Halkowski, (#4099) | Maryellen Noreika (#3208) |
| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & |
| 919 N. Market Street, Suite 1100 | TUNNELL |
| P.O. Box 1114 | 201 N. Market Street |
| Wilmington, DE 19899-1114 | Post Office Box 1347 |
| Tel: (302) 652-5070 | Wilmington, Delaware 19899 |
| | (302) 658-9200 |
| Frank E. Scherkenbach | |
| 225 Franklin Street | Of Counsel: |
| Boston, MA 02110-2804 |     Eric J. Lobenfeld |
| Tel: (617) 542-5070 |     Jonathan M. Sobel |
| |     Arlene A. Chow |
| Karen I. Boyd |     Robert J. Demento |
| Limin Zheng |     Hogan & Hartson L.L.P. |
| 500 Arguello Street, Suite 500 | 875 Third Avenue |
| Redwood City, CA 94063 | New York, NY 10022 |
| Tel: (650) 839-5070 | (212) 918-3000 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Disc-O-Tech* |
| *Kyphon Incorporated* | *Medical Technologies, Ltd. and Disc* |
| | *Orthopaedic Technologies, Inc.* |
| Dated: June 19, 2005 | |

IT IS SO ORDERED this _____ day of

_____, 2005.

_____
United States District Judge