IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Filed in open court
on 6/22/05 *RB*

KYPHON INC.,

    Plaintiff,

v.

DISC-O-TECH MEDICAL TECHNOLOGIES
LTD., and DISC ORTHOPAEDIC
TECHNOLOGIES, INC.,

    Defendants.

: C.A. No. 04-204-JJF

## SPECIAL VERDICT FORM

We, the jury, unanimously find as follows:

1. Has Kyphon proven by a preponderance of the evidence that Disc-O-Tech literally infringed Claim 17 of the '043 Patent?

    Yes  X  (for Kyphon)          No ____ (for Disc-O-Tech)

We, the jurors, by signing below, indicate our unanimous verdict.

Date: June 22 05

_____          _____
Jury Foreperson                    Juror

_____          _____
Juror                              Juror

_____          _____
Juror                              Juror

_____          _____
Juror                              Juror

1