&AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF _____

Kyphon, Inc.

**EXHIBIT AND WITNESS LIST**

v.

Disc-o-Tech Medical Technologies, Inc., etal.

Case Number: 04-204

| PRESIDING JUDGE Farnan, Jr. | | | PLAINTIFF'S ATTORNEY Thomas Halkowski | DEFENDANT'S ATTORNEY mary ellen Noreika |
|---|---|---|---|---|
| TRIAL DATE (S) 6/20/05 - 6/22/05 | | | COURT REPORTER Dale + Heather Hawkins | COURTROOM DEPUTY Joyce Craig Bient |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 6/20/05 | | | Richard Mott |
| W2 | | 6/20/05 | | | Dr. Mark Reiley |
| W3 | | 6/21/05 | | | Dr. Michael Marks |
| | W1 | 6/21/05 | | | Dr. Motti Beyar |
| | W2 | 6/21/05 | | | Dr. David Mitchell |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages

Kyphon v. DOT
USDC-DE CA 04-204-JJF

Admitted Kyphon Trial Exhibit List

| Y TRIAL EXHIBIT | DESCRIPTION | BATES RANGE |
|---|---|---|
| PTX 0002 | Presentation: The SKy Bone Expander System for Void Creation and Vertebral Height Restoration | DM 001001-001058 |
| PTX 0008 | SKy Surgical Technique brochures | DOTINC 000988-001001; DOTLTD 006341-006353; TR 000197-TR00208; DOTLTD 015359-015373; DOTLTD 014707-014713; DOTINC 001399-001409; DOTLTD 15835-15849 |
| PTX 0035A | Physical-SKy Bone Expander System (4mm)-physical | |
| PTX 0036 | CD | DOTINC 050012 |
| PTX 0053 | 510(k) Premarket Notification re B-Twin Bone Expander System | DOTLTD 001982-002052 |
| PTX 0054 | Correspondence from Kahan to FDA | DOTLTD 002055-002063 |
| PTX 0055 | Communication from Shavit to FDA | DOTLTD 002069-002074 |
| PTX 0146A | SKy Bone Expander Demonstration System (including DOTINC 50743 [PTX 146A]and 50010 [PTX 146B]) | N/A |
| PTX 0148 | Marks CV | N/A |
| PTX 0167 | U.S. Patent No. 4,969,888 | KY 181053-181069 |
| PTX 0168 | U.S. Patent No. 5,108,404 | KY 181104-181120 |
| PTX 0169 | U.S. Patent No. 6,235,043 | KY 181227-181246 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYPHON, INC.,

    Plaintiff,

v.

DISC-O-TECH MEDICAL TECHNOLOGIES, LTD.
and DISC ORTHOPAEDIC TECHNOLOGIES, INC.,

    Defendants.

Civil Action No. 04-0204-JJF

## Defendants Admitted Trial Exhibits

| Exhibit No. | Dep. Exhibit or Exhibit to Court Filing | Production No. | Date | Description |
|---|---|---|---|---|
| DTX 1003 | | KY 22904 - 229364 | N/A | File History for U.S. Patent No. 6,235,043 B1 (which includes issued patent) |
| DTX 1024 | Reiley Ex. 3 | KY 116725 – 116739 | 9/26/1988 | Record of Invention for Balloon Assisted Fixation of Osteoporotic Fractures (Ari Scholten and Mark Reiley) |
| DTX 1034 | Scholten Ex. 523 | KY 386667 -386685 | 8/27/2002 | U.S. Patent No. 6,440,138 ("Reiley et al.") |
| DTX 1059D | Marks Ex. 1 | | 2005 | Consulting Agreement |
| DTX 1071 | DOT Appendix Ex. A-1 | | N/A | Curriculum Vitae of Dr. David Mitchell |

| Exhibit No. | Dep. Exhibit or Exhibit to Court Filing | Production No. | Date | Description |
|---|---|---|---|---|
| DTX 1076 | | DOTINC 050002 – 050003 | N/A | DOT Marketing Pamphlet: "SKy Bone Expander for Percutaneous Vetebral Fracture Reduction" |
| DTX 1084 | | DOTLTD 002124-27 | N/A | Tecoflex Tube Engineering Drawings |