IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYPHON, INC.,

    Plaintiff

v.

DISO-O-TECH MEDICAL TECHNOLOGIES
LTD., and DISC ORTHOPAEDIC
TECHNOLOGIES, INC.,

    Defendants.          : Civil Action No.04-204-JJF

## ORDER

AND NOW, this __29__ day of June, 2005, it is

ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 8 jurors in the above entitled case for June 20 thru 22, 2005.

                                    UNITED STATES DISTRICT JUDGE

CC: Financial Administrator