REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

TO: Commissioner of Patents and Trademarks
Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 04-0204 | 04/02/04 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Kyphon Inc. | Disc-O-Tech Medical |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,969,888 | 11/30/90 | Arie Scholten |
| 2 | 5,108,404 | 4/28/92 | Arie Scholten |
| 3 | US 6,235,043 B1 | 5/22/01 | Kyphon Inc. |
| 4 | US 6,248,110 | 6/19/01 | Kyphon Inc. |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

See attached

CLERK: PETER T. DALLEO, CLERK

(BY) DEPUTY CLERK: Anita Belton

DATE: 10/28/05

04/05/04