IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04-204-JJF |
| ) | |
| DISC-O-TECH MEDICAL TECHNOLOGIES, LTD. ) | |
| and DISC ORTHOPAEDIC TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

**MEDTRONIC'S RENEWED MOTION FOR LEAVE TO INTERVENE FOR THE PURPOSE OF MODIFYING THE STIPULATED PROTECTIVE ORDER AND TO MODIFY THE STIPULATED PROTECTIVE ORDER**

Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek USA, Inc., and SDGI Holdings, Inc. (collectively "Medtronic") hereby file this Renewed Motion for Leave to Intervene for the Purpose of Modifying the Stipulated Protective Order and to Modify the Stipulated Protective Order. For the reasons explained in Medtronic's Brief in Support of this motion, Medtronic respectfully requests that this Court grant its motion to intervene in this case and to modify the stipulated protective order entered by this Court on September 30, 2004.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Steven M. Zager<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, TX 77002<br>(713) 220-5800 | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P. O. Box 951<br>    Wilmington, DE 19899-0951<br>    (302) 984-6000<br>    provner@potteranderson.com |
| Edward F. Fernandes<br>Fred I Williams<br>Michael Simons<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>300 West 6th Street, Suite 2100<br>Austin, TX 78701<br>(512) 499-6200 | Attorneys for Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek USA, Inc., and SDGI Holdings, Inc. |

Michael A. O'Shea
Paul A. Gennari
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
(202) 887-4000


Dated: February 26, 2007

779708

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on February 26, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Thomas L. Halkowski, Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

Maryellen Noreika, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
menefiling@mnat.com

I hereby certify that on February 26, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

Frank E. Scherkenbach, Esq.
Fish & Richardson P.C.
225 F rankling Street
Boston, MA 02110-2804
scherkenbach@fr.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com