IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYPHON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04-204-JJF |
| ) | |
| DISC-O-TECH MEDICAL TECHNOLOGIES, LTD. ) | |
| and DISC ORTHOPAEDIC TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF NO OPPOSITION

On February 26, 2007, Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek USA, Inc., and SDGI Holdings, Inc. (collectively "Medtronic") filed a Renewed Motion for Leave to Intervene for the Purpose of Modifying the Stipulated Protective Order and to Modify the Stipulated Protective Order (D.I. 292) (the "Motion"). Pursuant to D. Del. LR 7.1.2, responses to the Motion were due on March 12, 2007. On that date, Kyphon, Inc. filed a response indicating that it did not oppose the Motion (D.I. 295)[1]; Disc-O-Tech Medical Technologies, Ltd. and Disc Orthopaedic Technologies, Inc. filed no response whatsoever. Medtronics' Motion therefore is unopposed. Accordingly, Medtronics respectfully requests that this Court grant its motion to intervene in this case and to modify the stipulated protective order entered by this Court on September 30, 2004.

---

[1] On March 19, 2007, Kyphon filed a "corrected" response, once again confirming that it does not oppose the granting of the Motion. (D.I. 296).

                                          POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Steven M. Zager
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
(713) 220-5800

Edward F. Fernandes
Fred I Williams
Michael Simons
AKIN GUMP STRAUSS HAUER & FELD LLP
300 West 6th Street, Suite 2100
Austin, TX 78701
(512) 499-6200

Michael A. O'Shea
Paul A. Gennari
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
(202) 887-4000

By:  /s/ Philip A. Rovner
     Philip A. Rovner (#3215)
     Hercules Plaza
     P. O. Box 951
     Wilmington, DE 19899-0951
     (302) 984-6000
     provner@potteranderson.com

Attorneys for Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek USA, Inc., and SDGI Holdings, Inc.

Dated: March 19, 2007

783673

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I, Philip A. Rovner, hereby certify that on March 19, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

| | |
|---|---|
| Thomas L. Halkowski, Esq. | Maryellen Noreika, Esq. |
| Fish & Richardson, P.C. | Morris, Nichols, Arsht & Tunnell |
| 919 N. Market Street, Suite 1100 | 1201 N. Market Street |
| P.O. Box 1114 | P.O. Box 1347 |
| Wilmington, DE 19899-1114 | Wilmington, DE 19899 |
| halkowski@fr.com | menefiling@mnat.com |

    I hereby certify that on March 19, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

Frank E. Scherkenbach, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

                 /s/ Philip A. Rovner
                 Philip A. Rovner (#3215)
                 Potter Anderson & Corroon LLP
                 Hercules Plaza
                 P.O. Box 951
                 Wilmington, Delaware 19899
                 (302) 984-6000
                 E-mail: provner@potteranderson.com