OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 4, 2008

**Thomas Lee Halkowski, Esq.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: halkowski@fr.com

Dear Counsel:         RE: **CA 04-204 JJF, Kyphon Inc., v. Disc-O-Tech Medical et.al.**

Pursuant to the Order entered on 2/1/2008, the following documents are herewith returned to you:

ITEMS # 20, 55, 56, 57, 58, 59, 60, 61, 62, 64, 91, 92, 93, 145, 146, 147, 149, 150, 151, 172, 173, 174, 176, 204, 230, 237, 238, and 271.

A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _____

Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s), on: 2/6/08

_____
Signature of Attorney or their representative