OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 4, 2008

**Maryellen Noreika, Esq.**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Email: menefiling@mnat.com

Dear Counsel:   RE: **CA 04-204 JJF, Kyphon Inc., v. Disc-O-Tech Medical et.al.**

Pursuant to the Order entered on 2/1/2008, the following documents are herewith returned to you:

**ITEMS # 83, 84, 85, 86, 136, 137, 138, 139, 140, 141, 142, 143, 144, 163, 164, 165, 181, 205, 206, 208, 231, 232, 233, and 249.**

A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _____
Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s), on: 2/6/08

_____
Signature of Attorney or their representative