OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 30, 2009

Thomas Lee Halkowski
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington , DE 19899-1114

RE:   Civil Action No. 04-204-JJF
      Docket Item # 175-2

Dear Counsel:

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. Recently, it was brought to our attention that the document identified above contains a social security number which you may want to protect from public access on the internet.

If you would like this personal information to be treated as confidential, you must file a "Motion to Seal" with the Court. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". A redacted version of the document should then be filed that does not contain the private information or that contains only limited personal information.

If you should have any questions, please contact our Help Desk at 302-573-6170.

Sincerely,

/s/ Peter T. Dalleo
Clerk of Court